UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/Reid

PIERCE ROBINSON, *et al.*,

     *Plaintiffs*,

*v.*

MARK CUBAN, *et al.*,

     *Defendants.*

_____/

## ORDER IN CASES WITH MULTIPLE PLAINTIFFS AND DEFENDANTS

To better manage the orderly progress of the case, the Court hereby **ORDERS** as follows:

1. The Plaintiffs in this case shall file proof of service, as to each Defendant, within seven days of perfecting service on each Defendant.

2. The Plaintiffs and Defendants shall file their responses and motions jointly.

    a. If conflicts of position exist, the Plaintiffs and Defendants shall file a *motion for leave to file separate responses or motions*, in which they must describe what those conflicts are.

    b. If the Plaintiffs or Defendants need more than twenty pages for their joint responses or motions, they shall file a *motion for leave to file excess pages*, which the Court will consider expeditiously.

3. The Defendants may file separate *answers* to the complaint. [1] The time for responsive pleadings—for all Defendants—begins to run when the last Defendant is served.

4. Failure to comply with these procedures may result in sanctions, including the striking of the motion(s) or response(s).

_____

[1] If the Defendants file a joint response or motion, it must contain *all* bases for dismissal, stay, abstention, or other relief the Defendants intend to raise. Nothing in this Order precludes the Defendants from later raising (non-waivable) jurisdictional defenses.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of August 2022.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record