## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:22-CV-22538

Plaintiff:
**Pierce Robertson, et al.**

vs.

Defendant:
**Mark Cuban, et al.**

For:
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134

Received by Tom Kroll on the 17th day of August, 2022 at 11:35 am to be served on **Dallas Basketball Limited, d/b/a Dallas Mavericks by serving its registered agent: Capitol Corporate Services, Inc., 1501 S Mopac Expy, Suite 220, Austin, Travis County, TX 78746**.

I, Tom Kroll, being duly sworn, depose and say that on the **17th day of August, 2022** at **1:50 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint and Demand for Jury Trial, Civil Cover Sheet, and Exhibits A through L** with the date of delivery endorsed thereon by me, to **Paul Morales, Capitol Corporate Services, Inc.** as the designated agent to accept delivery of process at the address of **1501 S Mopac Expy, Suite 220, Austin, Travis County, TX 78746** on behalf of **Dallas Basketball Limited, d/b/a Dallas Mavericks** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 18th day of August, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Tom Kroll
PSC-3012, Exp. 8/31/2023

Date 8/15/22

Magic City Process, LLC
1825 Ponce De Leon Blvd.
#283
Coral Gables, FL 33134
(786) 539-7227

Our Job Serial Number: ATX-2022009194
Ref: 2022004573