# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 1:22-CV-22538

Plaintiff:
**Pierce Robertson, Rachel Gold, Sanford Gold, Rahil Sayed, Christopher Ehrentraut, Todd Manganiello, Dan Newsom, William Ayer, Anthony Dorn, Dameco Gates, Marshall Peters, and Edwin Garrison**, on beha



MGS2022004574

vs.

Defendant:
**Mark Cuban, Dallas Basketball Limited, d/b/a Dallas Mavericks, and Stephen Ehrlich,**

Received by Magic City Process Serving LLC on the 12th day of August, 2022 at 10:34 pm to be served on **MARK CUBAN, 5424 DELOACHE AVE, DALLAS, TX 75220**.

I, Michael Hernandez, being duly sworn, depose and say that on the **15th day of August, 2022** at **10:24 am, I:**

executed **SUBSTITUTE** service by delivering a true copy of the **SUMMONS, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** with the date of service endorsed thereon by me, to: THE DEFENDANT, MARK CUBAN, BY DELIVERING TO **MITCH MICHAEL** as **SECURITY GUARD AT THE USUAL PLACE ABODE OF THE DEFENDANT, MARK CUBAN, located at 5424 DELOACHE AVE, DALLAS, TX 75220.**

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the State of Texas. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state or federal jurisdiction. I declare that I have personal knowledge of these facts and the statements are true and correct."

State of Texas
County of Dallas

Subscribed and sworn to before me on the 16th day of August, 2022 by the affiant who is personally known to me.

_____
Notary Public

_____
**Michael Hernandez**
PSC4593 Exp. 7/31/23

**Magic City Process Serving LLC**
**1825 Ponce De Leon Blvd #283**
**Coral Gables, Florida 33134**
**(786) 539-7227**

Our Job Serial Number: MGS-2022004574

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1p