Hearing Date: September 13, 2022, at 11:00 a.m. (prevailing Eastern Time)
Objection Deadline: September 6, 2022, at 4:00 p.m. (prevailing Eastern Time)

| | |
|---|---|
| Joshua A. Sussberg, P.C. | Michael B. Slade (admitted *pro hac vice*) |
| Christopher Marcus, P.C. | **KIRKLAND & ELLIS LLP** |
| Christine Okike, P.C. | **KIRKLAND & ELLIS** |
| Allyson B. Smith (admitted *pro hac vice*) | **INTERNATIONAL LLP** |
| **KIRKLAND & ELLIS LLP** | 300 North LaSalle |
| **KIRKLAND & ELLIS** | Chicago, IL 60654 |
| **INTERNATIONAL LLP** | Telephone: (312) 862-2000 |
| 601 Lexington Avenue | Facsimile: (312) 862-2200 |
| New York, NY 10022 | |
| Telephone: (212) 446-4800 | |
| Facsimile: (212) 446-4900 | |

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10943 (MEW)<br>(Jointly Administered) |
| VOYAGER DIGITAL HOLDINGS, INC. *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCINE DE SOUSA, et al,<br><br>Defendants. | Adv. Pro. No. 22-01138 (MEW) |

**NOTICE OF HEARING OF**
**THE DEBTORS' MOTION TO EXTEND AUTOMATIC STAY OR,**
**IN THE ALTERNATIVE, FOR INJUNCTIVE RELIEF ENJOINING**
**PROSECUTION OF CERTAIN PENDING LITIGATION AGAINST**
**THE DEBTORS' DIRECTORS AND OFFICERS**

**PLEASE TAKE NOTICE** that a hearing on the *Debtors' Motion to Extend Automatic Stay or, in the alternative, for Injunctive Relief Enjoining Prosecution of Certain Pending*

**EXHIBIT "A"**

*Litigation* [Docket No. 2] (the "Motion") will be held on September 13, 2022, at 11:00 a.m., prevailing Eastern Time (the "Hearing"). In accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted telephonically. Any parties wishing to participate must do so by making arrangements through CourtSolutions by visiting https://www.court-solutions.com.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; (c) be filed electronically with the Court on the docket of *In re Voyager Digital Holdings, Inc. v. Pierce Robertson, et al.*, Adv. Pro. No. 22-01138 (MEW) by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at http://www.nysb.uscourts.gov); and (d) be served so as to be actually received by **September 6, 2022, at 4:00 p.m., prevailing Eastern Time**, by (i) the entities on the Master Service List available on the case website of the above-captioned debtors and debtors in possession (the "Debtors") at https://cases.stretto.com/Voyager and (ii) any person or entity with a particularized interest in the subject matter of the Motion.

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely objection may result in entry of a final order granting the Motion as requested by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at

**EXHIBIT "A"**

\*\*\*\*\*\*\*\*cases.stretto.com/Voyager. You may also obtain copies of the Motion and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: August 22, 2022
New York, New York

/s/ Joshua A. Sussberg
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jsussberg@kirkland.com
cmarcus@kirkland.com
christine.okike@kirkland.com
allyson.smith@kirkland.com

and

Michael B. Slade (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: mslade@kirkland.com

*Counsel to the Debtors and Debtors in Possession*

# EXHIBIT "A"