IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CV-22538-ALTMAN/REID**

PIERCE ROBERTSON, *et al.*,

        Plaintiffs,

v.

MARK CUBAN, *et al.*,

        Defendants.

_____ /

### ORDER ON DEFENDANTS MARK CUBAN AND DALLAS BASKETBALL LIMITED D/B/A DALLAS MAVERICKS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT

**THIS MATTER** came before the Court on Defendants, Mark Cuban ("Mr. Cuban") and Dallas Basketball Limited d/b/a Dallas Mavericks ("the Mavericks") (altogether "Defendants"), Motion for Extension of Time to File a Response to Plaintiffs' Complaint, and the Court having considered the motion and otherwise being duly advised in the premises it is:

**ORDERED** that Defendants' Motion for Extension of Time to File a Response to Plaintiffs' Complaint is **GRANTED**. Defendants shall have thirty (30) days from the bankruptcy ruling on Debtors' Motion to Stay to file a Response to Plaintiffs' Complaint.

**DONE AND ORDERED** in Miami, Florida this _____ day of August, 2022.

                                              ROY K. ALTMAN
                                              UNITED STATES DISTRICT JUDGE

cc: Counsel of Record