IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CV-22538-ALTMAN/REID**

PIERCE ROBERTSON, *et al*.,

          Plaintiffs,

v.

MARK CUBAN, *et al*.,

          Defendants.

_____ /

### DEFENDANTS MARK CUBAN AND DALLAS BASKETBALL LIMITED D/B/A DALLAS MAVERICKS' NOTICE THAT NEW YORK BANKRUPTCY COURT RESCHEDULED HEARING ON MOTION TO EXTEND AUTOMATIC STAY

Defendants MARK CUBAN and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS ("Defendants"), pursuant to the Court's August 31, 2022 Order [ECF No. 8], hereby provide the following Notice:

1.      On September 6, 2022, in connection with the Chapter 11 bankruptcy action in the United States Bankruptcy Court for the Southern District of New York, Case No. 22-10943 (MEW), by Voyager Digital Holdings, Inc., Voyager Digital, Ltd., and Voyager Digital, LLC (together "Voyager Debtors"), the Bankruptcy Court issued a "Notice of Adjournment of Certain Motions," a copy of which is attached hereto as "Exhibit 1".

2.      Pursuant to that Notice, the September 13, 2022 hearing on the Voyager Debtors' Motion for Stay "has been adjourned and shall now be heard on **October 18, 2022 at 2:00 p.m.**" [Exhibit 1: p. 2 (emphasis in original)].

3.      In accordance with this Court's Order, dated August 31, 2022 [ECF No. 8] in this proceeding, directing that Defendants "file in this case any order the bankruptcy court issues in connection with the [September 13, 2022] hearing," Defendants will promptly file with this

Case No. 22-CV-22538-ALTMAN/REID

Court any order that the Bankruptcy Court issues in connection with the hearing, now set for October 18, 2022.

Respectfully submitted,

/s/ *Christopher E. Knight*
CHRISTOPHER E. KNIGHT
Fla. Bar No. 607363
Email: cknight@fowler-white.com

ALEXANDRA L. TIFFORD
Fla. Bar No. 0178624
Email: atifford@fowler-white.com

ESTHER E. GALICIA
Fla. Bar No. 510459
Email: egalicia@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Christopher E. Knight*
CHRISTOPHER E. KNIGHT
Fla. Bar No. 607363

2

## SERVICE LIST

Adam M. Moskowitz, Esq.
Joseph M. Kaye, Esq.
Barbara C. Lewis, Esq.
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, Florida 33134
E-mail: adam@moskowitz-law.com
Email: joseph@moskowitz-law.com
Email: barbara@moskowitz-law.com
Telephone: (305) 740-1423

*Attorneys for Plaintiffs and the Proposed
Class*