UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/Reid

**PIERCE ROBINSON**, *et al.*,

    *Plaintiffs*,

*v.*

**MARK CUBAN**, *et al.*,

    *Defendants.*

_____/

## **ORDER**

On September 7, 2022, Defendants Mark Cuban ("Cuban") and Dallas Basketball Limited d/b/a Dallas Mavericks (the "Mavericks") notified us that the United States Bankruptcy Court for the Southern District of New York—Case No. 22-10943 (MEW) (the "Bankruptcy Action")—adjourned the hearing on a motion that may result in a stay of this case. *See generally* [ECF No. 9] (the "Notice"). The hearing is now scheduled for October 18, 2022. *See id.* at 1. Accordingly, the Court **ORDERS** and **ADJUDGES** as follows:

1. This case shall remain administratively **CLOSED**.

2. After the October 18, 2022 hearing in the Bankruptcy Action, Cuban and the Mavericks shall file in this case any order the bankruptcy court issues in connection with that hearing.

3. If the court in the Bankruptcy Action orders this case to remain stayed pending the completion of the Bankruptcy Action, then either party may move to reopen this case within 30 days of the completion of the Bankruptcy Action. In this scenario, the parties shall also file a Joint Status Report every 30 days from the date of this Order, keeping us apprised of the status of the Bankruptcy Action. Alternatively, if the court in the Bankruptcy Action orders that this

case may proceed, then either party may move to reopen this case within seven days of that order.

4. Notwithstanding the above, the Plaintiffs shall continue their efforts to serve Defendant Stephen Ehrlich under FED. R. CIV. P. 4.

**DONE AND ORDERED** in Miami, Florida, this 9th day of September 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record