UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-22538-ALTMAN/REID

PIERCE ROBERTSON, et al. on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

MARK CUBAN, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the Honorable Ursula Ungaro (Ret.) and Stephen Neal Zack of Boies Schiller Flexner LLP, hereby give notice of their appearance as co-counsel for Plaintiffs and the putative classes. Counsel respectfully request that all orders, pleadings, and correspondence be served on Boies Schiller Flexner LLP at the address below.

Respectfully submitted this 9th day of September 2022.

By:  */s/ Stephen Neal Zack*
Stephen Neal Zack
Florida Bar No. 145215
Hon. Ursula Ungaro (Ret.)
Florida Bar No. 200883
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
Fax: 305-539-1307
szack@bsfllp.com
uungaro@bsfllp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9th, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

By:  */s/ Stephen Neal Zack*
Stephen Neal Zack