IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CV-22538-ALTMAN/REID**

PIERCE ROBERTSON, *et al.*,

        Plaintiffs,

v.

MARK CUBAN, *et al.*,

        Defendants.

_____/

**NOTICE OF APPEARANCE AND**
**DESIGNATION OF E-MAIL ADDRESSES**

PLEASE NOTE the appearance and designation of e-mail addresses of ESTHER E. GALICIA of the law firm of FOWLER WHITE BURNETT, P.A., as Co-Counsel for Defendants MARK CUBAN and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS.

| | |
|---|---|
| Attorney Name: | Esther E. Galicia, Esq. |
| E-Mail Address: | egalicia@fowler-white.com |
| Secondary E-Mail: | sabreu@fowler-white.com |

Please include the undersigned counsel in the service list of all future filings or other matters pertaining to the case.

        Respectfully submitted,

        */s/ Esther E. Galicia*
        ESTHER E. GALICIA
        Fla. Bar No. 510459
        Email: egalicia@fowler-white.com

        FOWLER WHITE BURNETT, P.A.
        Brickell Arch, Fourteenth Floor
        1395 Brickell Avenue
        Miami, Florida 33131
        Telephone: (305) 789-9200
        Facsimile:  (305) 789-9201

Case No. 22-CV-22538-ALTMAN/REID

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12th, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Esther E. Galicia*
ESTHER E. GALICIA
Fla. Bar No. 510459
Email: egalicia@fowler-white.com

Case No. 22-CV-22538-ALTMAN/REID

## **SERVICE LIST**

Adam M. Moskowitz, Esq.
Joseph M. Kaye, Esq.
Barbara C. Lewis, Esq.
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, Florida 33134
E-mail: adam@moskowitz-law.com
Email: joseph@moskowitz-law.com
Email: barbara@moskowitz-law.com

*Attorneys for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

Stephen Neal Zack, Esq.
szack@bsfllp.com
Ursula Ungaro, Esq.
uungaro@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 S.E. 2nd St., Suite 2800
Miami, FL 33131

*Co-Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**