IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CV-22538-ALTMAN/REID**

PIERCE ROBERTSON, *et al*.,

Plaintiffs,

v.

MARK CUBAN, *et al*.,

Defendants.                        /

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that ALEXANDRA L. TIFFORD of the law firm FOWLER

WHITE BURNETT, P.A., hereby enters her appearance as co-Local Counsel in the instant matter

for Defendants, MARK CUBAN and DALLAS BASKETBALL LIMITED d/b/a DALLAS

MAVERICKS ("Defendants"). The undersigned respectfully requests that she be provided with

copies of all future pleadings, motions, notices, correspondence and any and all other documents

pertaining to the above-referenced case.

Respectfully submitted,

/s/ Alexandra L. Tifford
Alexandra L. Tifford
Fla. Bar No. 0178624
Email: atifford@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201

## CERTIFICATE OF SERVICE

I hereby certify that on October 20th, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Alexandra L. Tifford
Alexandra L. Tifford

## SERVICE LIST

### CASE NO. 22-CV-22538-ALTMAN/REID

Adam M. Moskowitz, Esq.
Joseph M. Kaye, Esq.
Barbara C. Lewis, Esq.
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, Florida 33134
E-mail: adam@moskowitz-law.com
Email: joseph@moskowitz-law.com
Email: barbara@moskowitz-law.com

*Attorneys for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

Stephen Neal Zack, Esq.
Ursula Ungaro, Esq.
Boies Schiller Flexner LLP
100 S.E. 2nd St., Suite 2800
Miami, FL 33131
Email: szack@bsfllp.com
Email: uungaro@bsfllp.com

*Co-Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**