UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-CV-22538-ALTMAN/REID

PIERCE ROBERTSON, *et.al.*,

    Plaintiffs,

v.

Mark Cuban, *et.al.,*

    Defendants.
_____/

**CERTIFICATION OF SIGMUND WISSNER-GROSS**

Sigmund Wissner-Gross Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State of New York; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                             /s/ Sigmund Wissner-Gross
                                             Sigmund Wissner-Gross