**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 22-CV-22538-ALTMAN/REID**

PIERCE ROBERTSON, *et.al.*,

      Plaintiffs,

v.

Mark Cuban, *et.al.,*

      Defendants.

_____/

## CERTIFICATION OF RACHEL O. WOLKINISON

Rachel O. Wolkinson Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the District of Columbia and the State of Maryland; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

          /s/ Rachel O. Wolkinson
          Rachel O. Wolkinson