**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 22-CV-22538-ALTMAN/REID**

PIERCE ROBERTSON, *et.al.*,

    Plaintiffs,

v.

MARK CUBAN, *et.al.*,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Stephen A. Best of the law firm of Brown Rudnick LLP, 601 Thirteenth Street NW Suite 600, Washington, DC 20005; Telephone: 202-536-1737, for purposes of appearance as co-counsel on behalf of Defendants, Mark Cuban and Dallas Mavericks Limited d/b/a Dallas Mavericks, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Stephen A. Best to receive electronic filings in this case, and in support thereof states as follows:

    1.    Stephen A. Best is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia and the Commonwealth of Virginia.

    2.    Movant, Christopher E. Knight, Esquire, of the law firm of Fowler White Burnett, P.A., 1395 Brickell Ave., 14th Floor, Miami, FL 33131; Telephone: 305-789-9200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may

be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Stephen A. Best has made payment of this Court's $213.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Stephen A. Best, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Stephen A. Best at email address: sbest@brownrudnick.com.

WHEREFORE, Christopher E. Knight, moves this Court to enter an Order Stephen A. Best, to appear before this Court on behalf of Defendants, Mark Cuban and Dallas Mavericks Limited d/b/a Dallas Mavericks, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Stephen A. Best.

Date: October 20, 2022

Respectfully submitted,

/s/ Christopher E. Knight
Christopher E. Knight
Fla. Bar No. 607363
Email: cknight@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:   (305) 789-9201

*Attorneys for Defendants, Mark Cuban and*
*Dallas Mavericks Limited d/b/a Dallas Mavericks*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20th, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Christopher E. Knight
Christopher E. Knight

## SERVICE LIST

### CASE NO. 22-CV-22538-ALTMAN/REID

Adam M. Moskowitz, Esq.
Joseph M. Kaye, Esq.
Barbara C. Lewis, Esq.
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, Florida 33134
E-mail: adam@moskowitz-law.com
Email: joseph@moskowitz-law.com
Email: barbara@moskowitz-law.com

*Attorneys for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

Stephen Neal Zack, Esq.
Ursula Ungaro, Esq.
Boies Schiller Flexner LLP
100 S.E. 2nd St., Suite 2800
Miami, FL 33131
Email: szack@bsfllp.com
Email: uungaro@bsfllp.com

*Co-Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**