# Exhibit A

| | |
|---|---|
| **From:** | Adam Moskowitz |
| **To:** | Alexandra L. Tifford; Joseph Kaye; Glorissa Olivares |
| **Cc:** | SBest@brownrudnick.com; Wolkinson, Rachel O.; SWissner-Gross@brownrudnick.com; Barbara C. Lewis; CHRISTOPHER E. KNIGHT; Stephen N. Zack; Ursula Ungaro; Rejane Passos; Dione Iturria; Angela Herazo; Jason Rosell |
| **Subject:** | RE: Robertson, Gold, et. al. v. Mark Cuban, Dallas Basketball Limited, d/b/a Dallas Mavericks, et. al. | S Dist. Court. S.D. FL. Civil Case No. 1:22-cv-22538 |
| **Date:** | Friday, September 9, 2022 7:04:50 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

Chris: It is really great to hear from you and please give all my regards to Brian. Let me know a good time early next week, so we can talk and coordinate all of our efforts in this matter. We have a lot going on in these cases, so we think it is always helpful to simply update the Court, at least to let them know what is going on in the various courts. We now have excellent bankruptcy co-counsel (Pachulski Stang Ziehl & Jones LLP) whom your team has already been coordinating with and I hope will continue such great cooperation. We need to be coordinated in both forums.

I am sure you know the background of our different Voyager cases, but just to be sure, our original Voyager class action case is pending before Chief Judge Altonaga, but was stayed as a result of the Voyager's bankruptcy filing. The actions of Voyager's counsel in that case may be revisited, because I am not sure I would have represented to the Court (on numerous occasions) that there was "no risk" of any delay, when at the same time, they might have been secretly preparing and filed, an extensive bankruptcy petition.

The Court in our second class action case briefly administratively stayed our proceedings, after you filed your motion (but before we responded) and until the next bankruptcy hearing, so we think it might be beneficial to the Court (who can certainly decide), if we all give a brief update at the end of the month, as to what is happening in the different forums. I think we can all agree that our direct claims against Mr. Cuban, might be treated differently than the claims against Mr. Erhlich and those against Voyager directly, but those are matters for a later day. Moreover, we now have great co-counsel in our district court actions, in Mr. Steve Zack and Judge Ungaro, and their law firm, Boies, Schiller, Flexner, so it is always great to initially meet via Zoom in our class cases, so we can put a face to the name.

Our clients may not agree on all of the issues, but I do know that with you and Brian, we will always have a professional and cooperative channel. Thanks and have a great weekend, Adam


Adam M. Moskowitz
The Moskowitz Law Firm
2 Alhambra Plaza
Suite 601
Coral Gables, Fl 33134
305.740.1423 main
786.309.9561 direct
adam@moskowitz-law.com<mailto:adam@moskowitz-law.com>

www.Moskowitz-Law.com<http://www.Moskowitz-Law.com>

**From:** Alexandra L. Tifford <ATifford@fowler-white.com>
**Sent:** Friday, September 9, 2022 4:50 PM
**To:** Joseph Kaye <joseph@moskowitz-law.com>; Glorissa Olivares <GOlivares@fowler-white.com>; Adam Moskowitz <Adam@moskowitz-law.com>
**Cc:** SBest@brownrudnick.com; Wolkinson, Rachel O. <RWolkinson@brownrudnick.com>; SWissner-Gross@brownrudnick.com; Barbara C. Lewis <barbara@moskowitz-law.com>; CHRISTOPHER E. KNIGHT <CKnight@fowler-white.com>; Stephen N. Zack <szack@bsfllp.com>; Ursula Ungaro <UUngaro@bsfllp.com>; Rejane Passos <rejane@moskowitz-law.com>; Dione Iturria <Dione@moskowitz-law.com>; Angela Herazo <aherazo@fowler-white.com>
**Subject:** RE: Robertson, Gold, et. al. v. Mark Cuban, Dallas Basketball Limited, d/b/a Dallas Mavericks, et. al. | S Dist. Court. S.D. FL. Civil Case No. 1:22-cv-22538

Dear Mr. Kaye,
See letter attached hereto from Mr. Knight.

Regards,
Ali

**Alexandra L. Tifford**
Shareholder

Brickell Arch
1395 Brickell Avenue
14th Floor
Miami, Florida 33131

direct 305.728.7539
main 305.789.9200
fax 305.728.7549
ATifford@fowler-white.com
vCard | Bio | Website



****Please take a moment to review our firm's Privacy Policy****

The information contained in this message and any documents accompanying this transmission are protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521, and may be attorney-client privileged or contain confidential information intended only for the use of the individual(s) or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use of, disclosure, dissemination, distribution, reliance on the contents or copying of this communication is strictly prohibited and may result in legal action against you. If you have received this message in error, please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Alternatively, you may notify us by telephone immediately. No liability is accepted for any loss or damage resulting from a computer virus, or resulting from a defect in transmission of this email or any attached file. It is the duty and obligation of the sender to take practical measures to purge or safeguard and avoid providing sensitive metadata embedded in any electronic document to prevent the disclosure of confidential information. Thank you. ****

**From:** Joseph Kaye <joseph@moskowitz-law.com>
**Sent:** Friday, September 9, 2022 4:13 PM
**To:** Glorissa Olivares <GOlivares@fowler-white.com>; Adam Moskowitz <Adam@moskowitz-law.com>

**Cc:** SBest@brownrudnick.com; Wolkinson, Rachel O. <RWolkinson@brownrudnick.com>; SWissner-Gross@brownrudnick.com; Alexandra L. Tifford <ATifford@fowler-white.com>; Barbara C. Lewis <barbara@moskowitz-law.com>; CHRISTOPHER E. KNIGHT <CKnight@fowler-white.com>; Stephen N. Zack <szack@bsfllp.com>; Ursula Ungaro <UUngaro@bsfllp.com>; Rejane Passos <rejane@moskowitz-law.com>; Dione Iturria <Dione@moskowitz-law.com>
**Subject:** RE: Robertson, Gold, et. al. v. Mark Cuban, Dallas Basketball Limited, d/b/a Dallas Mavericks, et. al. | S Dist. Court. S.D. FL. Civil Case No. 1:22-cv-22538

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

Good afternoon all,

Please see attached for some materials we are filing later today. Please confirm for us by EOB no objection, thank you.

Best,

Joseph M. Kaye
Partner
**The Moskowitz Law Firm, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Office: (305) 740-1423
Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.

**From:** Glorissa Olivares <GOlivares@fowler-white.com>
**Sent:** Thursday, August 25, 2022 5:04:49 PM
**To:** Adam Moskowitz <Adam@moskowitz-law.com>
**Cc:** SBest@brownrudnick.com <SBest@brownrudnick.com>; Wolkinson, Rachel O. <RWolkinson@brownrudnick.com>; SWissner-Gross@brownrudnick.com <SWissner-Gross@brownrudnick.com>; Alexandra L. Tifford <ATifford@fowler-white.com>; Joseph Kaye <joseph@moskowitz-law.com>; Barbara C. Lewis <barbara@moskowitz-law.com>
**Subject:** Robertson, Gold, et. al. v. Mark Cuban, Dallas Basketball Limited, d/b/a Dallas Mavericks, et. al. | S Dist. Court. S.D. FL. Civil Case No. 1:22-cv-22538

Dear Mr. Moskowitz:

Attached please find correspondence from Mr. Knight.

Thank you,


**Glorissa Olivares**
Legal Assistant to Christopher E. Knight



Brickell Arch
1395 Brickell Avenue
14th Floor
Miami, Florida 33131

main 305.789.9200
extension 1643
fax 305.789.9201
GOlivares@fowler-white.com
Website



****Please take a moment to review our firm's Privacy Policy****

The information contained in this message and any documents accompanying this transmission are protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521, and may be attorney-client privileged or contain confidential information intended only for the use of the individual(s) or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use of, disclosure, dissemination, distribution, reliance on the contents or copying of this communication is strictly prohibited and may result in legal action against you. If you have received this message in error, please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Alternatively, you may notify us by telephone immediately. No liability is accepted for any loss or damage resulting from a computer virus, or resulting from a defect in transmission of this email or any attached file. It is the duty and obligation of the sender to take practical measures to purge or safeguard and avoid providing sensitive metadata embedded in any electronic document to prevent the disclosure of confidential information. Thank you. ****