UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/REID

PIERCE ROBINSON, *et al.*,

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

**ORDER GRANTING MOTIONS TO APPEAR *PRO HAC VICE*, CONSENT DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

This matter is before the Court on Defendants Mark Cuban and Dallas Mavericks Limited d/b/a Dallas Mavericks ("Defendants") Motions to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motions") for Sigmund Wissner-Gross, Esquire [ECF No. 20], Rachel O. Wolkinson, Esquire [ECF No. 21], and Stephen A. Best [ECF No. 22]. Pursuant to the Rules Governing Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and S.D. Fla. Loc. R. 4(b), and this Court having considered the Motions and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that the Motions [ECF Nos. 20; 21; 22] are **GRANTED**. Sigmund Wissner-Gross, Rachel O. Wolkinson, and Stephen A. Best may appear and participate in this action as counsel on behalf of Defendants. The Clerk of Court shall provide electronic notification of all electronic filing to Sigmund Wissner-Gross at swissner-

gross@brownrudnick.com, Rachel O. Wolkinson at rwolkinson@brownrudnick.com, and Stephen A. Best at sbest@brownrudnick.com.

**DONE AND ORDERED** in Chambers at Miami, Florida this 21st day of October 2022.

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: **All Counsel of Record**