UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 22-CV-22538-ALTMAN/REID

Pierce Robertson, et al., on behalf of themselves
and all others similarly situated,

        Plaintiffs,          **CLASS ACTION COMPLAINT**

v.          **JURY DEMAND**

Mark Cuban, Dallas Basketball Limited, d/b/a
Dallas Mavericks, and Stephen Ehrlich,

        Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STEPHEN EHRLICH
WITH PREJUDICE SUBJECT TO RESERVATION OF RIGHTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and further in accordance with the Stipulation and Agreed Order Resolving Adversary Proceeding No: 22-01138, filed in the Court record at ECF No. 18-1, Plaintiffs hereby file this notice of voluntary dismissal of Defendant Stephen Ehrlich with prejudice, subject to the Reservation of Rights as set forth in Paragraph 2 of the Stipulation and Agreed Order. Pursuant to the Stipulation and Agreed Order, Plaintiffs, the Voyager Debtors, and Defendant Ehrlich shall bear their own costs and attorneys' fees.

Dated: October 21st, 2022.          Respectfully submitted,

**By: /s/ Adam M. Moskowitz**          **By: /s/ Stephen Neal Zack**
Adam M. Moskowitz          Stephen Neal Zack
Florida Bar No. 984280          Florida Bar No. 145215
adam@moskowitz-law.com          Hon. Ursula Ungaro (Ret.)
Joseph M. Kaye          Florida Bar No. 200883
Florida Bar No. 117520          **BOIES SCHILLER FLEXNER LLP**
joseph@moskowitz-law.com          100 SE 2nd St., Suite 2800
Barbara C. Lewis          Miami, FL 33131
barbara@moskowitz-law.com          Office: 305-539-8400
Florida Bar No. 118114          Fax: 305-539-1307
**THE MOSKOWITZ LAW FIRM, PLLC**          szack@bsfllp.com
2 Alhambra Plaza, Suite 601          uungaro@bsfllp.com
Coral Gables, FL 33134
Telephone: (305) 740-1423

*Co-Counsel for Plaintiffs and the Class*          *Co-Counsel for Plaintiffs and the Class*

*Case No.: 22-CV-22538-ALTMAN/REID*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was filed on October 21, 2022, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

                              By: */s/ Adam M. Moskowitz*
                                   Adam M. Moskowitz
                                   Florida Bar No. 984280