UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/Reid

**PIERCE ROBERTSON**, *et al.*,
*on behalf of themselves and all others similarly situated*,

    *Plaintiffs*,

v.

**MARK CUBAN**, *et al.*,

    *Defendants*.

_____/

## ORDER

The Plaintiffs filed a Notice of Voluntary Dismissal of Defendant Stephen Ehrlich [ECF No. 26] (the "Notice"). The Plaintiffs filed the Notice pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and in accordance with the Stipulation and Agreed Order Resolving Adversary Proceeding No: 22-01138. *See* [ECF No. 18-1] (the "Stipulation"). Being fully advised, the Court hereby **ORDERS AND ADJUDGES** that all claims and causes of action brought by the Plaintiffs in this case against Defendant Stephen Ehrlich are **DISMISSED** *with prejudice*, subject to the Reservation of Rights set forth in Paragraph 2 of the Stipulation. Pursuant to the Stipulation, the Plaintiffs, the Voyager Debtors, and Defendant Stephen Ehrlich shall each bear their own costs and attorneys' fees. The Clerk is directed to **TERMINATE** Defendant Stephen Ehrlich from this case.

**DONE AND ORDERED** in the Southern District of Florida this 26th day of October 2022.

                                                      _____
                                                      **ROY K. ALTMAN**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record