UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-22538-ALTMAN/REID

PIERCE ROBERTSON, et al. on behalf
of themselves and all others similarly
situated,

    Plaintiffs,

v.

MARK CUBAN, et al.,

    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of David Boies, Esq. of the law firm of Boies Schiller Flexner LLP, 333 Main Street, Armonk, NY 10504, Phone: (914) 749–8200, for purposes of appearance as co-counsel on behalf of Plaintiffs, Pierce Robertson, Rachel Gold, Sanford Gold, Rahil Sayed, Christopher Ehrentraut, Todd Manganiello, Dan Newsom, William Ayer, Anthony Dorn, Dameco Gates, Marshall, and Edwin Garrison, in the above-styled case, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit David Boies, Esq. to receive electronic filings in this case, and in support thereof states as follows:

    1.    David Boies, Esq., is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of New York (Bar No. 2296333), the United States Supreme Court, the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Ninth, Tenth, Eleventh, Federal, and D.C. Circuits, the United States District Courts for Southern and Eastern Districts of New York and the District of Colorado, the United States Court of International Trade, and the London Court of International Arbitration.

    2.    Movant, Adam M. Moskowitz, of the Moskowitz Law Firm, PLLC, 2 Alhambra Plaza, Suite 601, Coral Gables, FL 33134, Telephone: (305) 740-1423, is a member in good

standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to designation as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Admin. Procedures.

3. In accordance with the local rules of this Court, David Boies, Esq. has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. David Boies, Esq. by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to David Boies, Esq., at email address: dboies@bsfllp.com.

WHEREFORE, Adam M. Moskowitz moves this Court to enter an Order for David Boies, Esq., to appear before this Court on behalf of Plaintiffs for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to David Boies, Esq.

Dated: October 28, 2022

Respectfully Submitted,

By:*/s/Adam M. Moskowitz*

Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
Barbara C. Lewis
Florida Bar No. 118114
barbara@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

*Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-22538-ALTMAN/REID

PIERCE ROBERTSON, et al. on behalf
of themselves and all others similarly
situated,

    Plaintiffs,

v.

MARK CUBAN, et al.,

    Defendants.

_____/

## CERTIFICATION OF DAVID BOIES

David Boies, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of New York (Bar No. 2296333), the United States Supreme Court, the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Ninth, Tenth, Eleventh, Federal, and D.C. Circuits, the United States District Courts for Southern and Eastern Districts of New York and the District of Colorado, the United States Court of International Trade, and the London Court of International Arbitration; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

    By: */s/ David Boies*
    David Boies