UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-22538-ALTMAN/REID

PIERCE ROBERTSON, et al. on behalf
of themselves and all others similarly
situated,

    Plaintiffs,

v.

MARK CUBAN, et al.,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for David Boies, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**. David Boies, Esq. may appear and participate in this action on behalf of Plaintiffs, Pierce Robertson, Rachel Gold, Sanford Gold, Rahil Sayed, Christopher Ehrentraut, Todd Manganiello, Dan Newsom, William Ayer, Anthony Dorn, Dameco Gates, Marshall, and Edwin Garrison. The Clerk shall provide electronic notification of all electronic filings to David Boies, Esq., at dboies@bsfllp.com.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of October, 2022.

                                      HONORABLE ROY ALTMAN
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record