UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/REID

PIERCE ROBERTSON, *et al.,*
on behalf of themselves and all others
similarly situated,

      Plaintiffs,

v.

MARK CUBAN, *et al.*,

      Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

This matter is before the Court on Plaintiffs' Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motions") for David Boies, Esquire [ECF No. 31]. Pursuant to the Rules Governing Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and S.D. Fla. Loc. R. 4(b), and this Court having considered the Motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that the Motion [ECF No. 31] is **GRANTED**. David Boies may appear and participate in this action as counsel on behalf of the Plaintiffs. The Clerk of Court shall provide electronic notification of all electronic filing to David Boies at dboies@bsfllp.com.

**DONE AND ORDERED** in Chambers at Miami, Florida this 1st day of November 2022.

*[signature]*

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:     **All Counsel of Record**