UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-CV-22538-ALTMAN/REID

PIERCE ROBERTSON, *et.al.*,

    Plaintiffs,

v.

MARK CUBAN, *et.al.*,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jessica N. Meyers of the law firm of Brown Rudnick LLP, Seven Times Square, New York, NY 11036; Telephone: 212-209-4938, for purposes of appearance as co-counsel on behalf of Defendants, Mark Cuban and Dallas Mavericks Limited d/b/a Dallas Mavericks, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Jessica Meyers to receive electronic filings in this case, and in support thereof states as follows:

    1.    Jessica Meyers is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of New York and the Commonwealth of Massachusetts.

    2.    Movant, Christopher E. Knight, Esquire, of the law firm of Fowler White Burnett, P.A., 1395 Brickell Ave., 14th Floor, Miami, FL 33131; Telephone: 305-789-9200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be

served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Jessica Meyers has made payment of this Court's $213.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Jessica Meyers, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jessica Meyers at email address: jmeyers@brownrudnick.com.

WHEREFORE, Christopher E. Knight, moves this Court to enter an Order for Jessica Meyers to appear before this Court on behalf of Defendants, Mark Cuban and Dallas Mavericks Limited d/b/a Dallas Mavericks, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jessica Meyers.

Date: November 10, 2022

                                    Respectfully submitted,

                                  /s/ Christopher E. Knight
                                  Christopher E. Knight
                                  Fla. Bar No. 607363
                                  Email: cknight@fowler-white.com

                                  FOWLER WHITE BURNETT, P.A.
                                  Brickell Arch, Fourteenth Floor
                                  1395 Brickell Avenue
                                  Miami, Florida 33131
                                  Telephone:   (305) 789-9200
                                  Facsimile:    (305) 789-9201

                                  *Attorney for Defendants, Mark Cuban and*
                                  *Dallas Mavericks Limited d/b/a Dallas Mavericks*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Christopher E. Knight*
CHRISTOPHER E. KNIGHT
Fla. Bar No. 607363

## SERVICE LIST

Adam M. Moskowitz, Esq.
Joseph M. Kaye, Esq.
Barbara C. Lewis, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, Florida 33134
E-mail: adam@moskowitz-law.com
Email: joseph@moskowitz-law.com
Email: barbara@moskowitz-law.com
Telephone: (305) 740-1423

*Attorneys for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

Stephen Neal Zack, Esq.
szack@bsfllp.com
Ursula Ungaro, Esq.
uungaro@bsfllp.com
BOIES SCHILLER FLEXNER LLP
100 S.E. 2nd St., Suite 2800
Miami, FL 33131

David Boies, Esq.
dboies@bsfllp.com
BOIES SCHILLER FLEXNER, LLP
333 Main Street
Armonk, NY 10504

*Co-Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

3