UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-CV-22538-ALTMAN/REID

PIERCE ROBERTSON, *et.al.*,

        Plaintiffs,

v.

Mark Cuban, *et.al.*,

        Defendants.
_____/

### CERTIFICATION OF JESSICA N. MEYERS

Jessica N. Meyers, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State of New York and the Commonwealth of Massachusetts; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                                                   Jessica N. Meyers