UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/REID

PIERCE ROBERTSON, *et al.*,

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT
DESIGNATION AND REQUEST TO ELECTRONICALLY
RECEIVE NOTICES OF ELECTRONIC FILING**

This matter is before the Court on Defendants' Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion") for Jessica Meyers, Esquire. [ECF No. 36]. Pursuant to the Rules Governing Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and S.D. Fla. Loc. R. 4(b), and this Court having considered the Motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that the Motion [ECF No. 36] is **GRANTED**. Jessica Meyers may appear and participate in this action as counsel on behalf of Defendants. The Clerk of Court shall provide electronic notification of all electronic filing to Jessica Meyers at jmeyers@brownrudnick.com.

**DONE AND ORDERED** in Chambers at Miami, Florida this 14th day of November 2022.

                                                                                LISETTE M. REID
                                                                                UNITED STATES MAGISTRATE JUDGE

cc:     **All Counsel of Record**