# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

**Case No: 1:22-cv-22538 (Altman/Reid)**

PIERCE ROBERTSON, RACHEL GOLD, SANFORD GOLD, RAHIL SAYED, CHRISTOPHER EHRENTRAUT, TODD MANGANIELLO, DAN NEWSOM, WILLIAM AYER, ANTHONY DORN, DAMECO GATES, MARSHALL PETERS, and EDWIN GARRISON, on behalf of themselves and all others similarly situated,

       Plaintiffs,

       v.

MARK CUBAN, and DALLAS BASKETBALL LIMITED, d/b/a DALLAS MAVERICKS

       Defendants.

## DECLARATION OF MATT WOJCIECHOWSKI

I, Matt Wojciechowski, under penalty of perjury, state as follows:

1.    I am the Chief Financial Officer of Dallas Basketball Limited d/b/a Dallas Mavericks (the "Mavericks"), a defendant in the above-captioned action, and submit this declaration on behalf of the Dallas Mavericks, in support of the motion to dismiss for lack of personal jurisdiction by the Mavericks and Mark Cuban in the above-captioned action. Except as otherwise indicated, this declaration is submitted on personal knowledge.

2.    The Dallas Mavericks is an NBA team, and is registered as a Texas Limited Partnership, doing business as Dallas Basketball Limited. The Mavericks are based in Dallas, Texas, where the Mavericks' corporate offices and practice facilities are located, and where all of the Mavericks' home games are played at the American Airlines Center .

3.    As is common in the NBA (and for professional sports teams generally), the Mavericks have a variety of corporate sponsors, one of which is Voyager Digital Holdings, Inc. The Mavericks became a party to an October 2021 sponsorship agreement (the "Sponsorship Agreement") with Voyager Digital Holdings, Inc. ("Voyager"). The Sponsorship Agreement was negotiated by the Mavericks in Dallas, and executed solely by me, in my capacity as Chief Financial Officer, on behalf of the Mavericks in Dallas in late October 2021.  At no point did anyone associated with the Mavericks conduct any negotiations with Voyager in connection with the Sponsorship Agreement in Florida. Nor have the Mavericks at any point since execution of the Sponsorship done anything in Florida in connection with the Sponsorship Agreement.

4.    On October 27, 2021, the Mavericks, in Dallas, Texas, issued a press release announcing such new business deal between the Mavericks and Voyager, after which an approximately 29 minute press conference was held at 2909 Taylor Street,  Dallas, Texas, on October 27, 2021 during which the business deal was discussed.  After the short press conference

was concluded, Mavericks' employees, based in Dallas, on October 28, 2021 placed a video of the press conference on the Mavericks' website. At no time has any conduct been done on behalf of the Mavericks in connection with Voyager in Florida. Nor at any time have the Mavericks directed any communication regarding Voyager to any resident of Florida, including the Plaintiffs.

5.    Attached hereto as Exhibit A is a true and correct certified copy of the transcript of the October 27, 2021 press conference. [1] The video of the October 27, 2021 press conference was uploaded by Mavericks employees in Dallas on October 28, 2021 on the Mavericks' official YouTube account, available at: https://www.youtube.com/watch?v=bbQCUOjjMdc. [2]

6.    The Mavericks own no property, real or otherwise, in Florida and, other than Mavericks scheduled away games in Florida, do not currently nor in the future anticipate to play regular season games in Florida. In calendar 2021, the Mavericks had 2 away games against other NBA teams in Florida. In calendar 2022, the Mavericks have had 2 away games against other NBA teams in Florida to date.

7.    The Mavericks do not own or hold any bank accounts in Florida.

8.    No one on behalf of the Mavericks has visited Florida, in any capacity, at any time in relation to Voyager nor in connection with the Sponsorship Agreement with Voyager, nor, to the best of my knowledge, has anyone on behalf of the Mavericks made any statements in Florida about Voyager or Voyager's business.

---

[1] A flash drive containing the video of the October 27, 2021 press conference will be made available to the Court upon the filing of the motion to dismiss.
[2] I am advised that Plaintiffs allege in the Complaint that the press conference was held in Dallas on October 28, 2021, which is incorrect: it was held on October 27, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17 th day of November, 2022 in Dallas, Texas.

By: _Matt Wojciechowski_

Matt Wojciechowski

1

2

3

4

5

6

7    Transcript of YouTube Video:  Dallas Mavericks Voyager

8             Introductory Press Conference

9

10                        Video Link:

11         https://www.youtube.com/watch?v=bbQCUOjjMdc

12

13                     Runtime:  29:10

14

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT "A"**

1          FEMALE SPEAKER:  -- in a brief

2    statement, and then we have some special

3    guests in the audience that are going to ask

4    a couple of questions.  And then, we are

5    turning it over to the media from there.  As

6    a reminder, we do have microphones roaming

7    in the audience, and we ask that you state

8    your name and your outlet prior to your

9    question.  Thanks for being here.

10          MR. CUBAN: Did you say which side you

11   want?

12          MR. EHRLICH:  I'll take this side.

13          MR. CUBAN:  I guess we're going to run

14   a video first?

15          (Video begins at 00:39.)

16          (Video ends at 01:18.)

17          MR. CUBAN:  Okay and thank you,

18   everybody, for coming out.  We're excited to

19   announce that the Mavs have entered a five-

20   year international, integrated partnership

21   with Voyager.  They're our first

22   international partner and our first crypto

23   partner.  So, you know what Voyager is,

24   Voyager is a decentralize-- oh, I'm sorry,

25   it should be centralized -- mobile trading

**EXHIBIT "A"**

1   platform for cryptocurrencies.  They have

2   over 65 digital assets on the platform that

3   allow people to tap into the crypto markets

4   to try to make a lot of money.  The

5   partnership includes several components.

6   One, we're introducing educational community

7   programs to educate people on crypto and how

8   they can use it to increase their wealth.

9   And the partnership also includes naming

10  rights to the building we're in here, the

11  Mavs gaming hub, the official gaming and

12  event venue for the NBA -- the Mavs NBA 2K

13  league team.  And will -- which will be --

14  all the details will be announced at a later

15  date.

16       The Mavs and Voyager will also work on

17  developing unique and engaging promotions

18  for all Mavs fans.  First and foremost, fans

19  who download the app, create an account

20  using the promotional code MAVS100, deposit

21  $100, and make a trade will get $100 in

22  crypto.  I'm guessing that's Voyager?

23       MR. EHRLICH:  No, we're going to give

24  you BTC on this one.

25       MR. CUBAN:  BTC?

**EXHIBIT "A"**

1            MR. EHRLICH:  Yeah, we'll --

2            MR. CUBAN:  Well, there you go.

3            MR. EHRLICH:  -- give you BTC.

4            MR. CUBAN:  Okay.  Offer is only

5    available for the first 48 hours and starts

6    right now.

7            MR. EHRLICH:  Yeah.

8            MR. CUBAN:  So, start this -- so, 48

9    hours, meaning it's going to end on 10/29,

10   so everybody knows.  What else do I got

11   here?  And by the way, this is Voyager's

12   largest offering to date, and it's only for

13   our fans.  As Voyager's home team, the Mavs

14   offer a great opportunity to connect fans

15   and users through a free, easy, and useful

16   crypto exchange.  I've got to add, I'm a

17   customer and I've been a customer for

18   several months now.  I like to use it, it's

19   easy, it's cheap, it's fast, and the pricing

20   is actually really good.  Which we -- so, we

21   find it as a perfect fit for our Mavs fans

22   and reaching Mavs fans of all ages.

23       You know, we wanted this to be a

24   dynamic partnership to engage all of Dallas.

25   I think working together, we're going to be

**EXHIBIT "A"**

1  at the forefront of innovation.  We're going

2  to try to come up with new ways to introduce

3  Mavs fans to cryptocurrencies and

4  understanding it.  You know, there's a lot

5  of hype, there's a lot of discussion, but

6  most people don't really understand the

7  fundamentals behind it.  And we're really

8  going to try to bring that level of

9  education to our fans and to our joint

10 customers.

11      And of course, we're going to -- you

12 know, but the Mavs being a leader, I think

13 we're going to extend this far deeper than

14 just Mavs fans.  I think, Voyager is going

15 to be a leader among sports fans and crypto

16 fans around the country.  So, with that,

17 we're excited to work with you, Steve, and

18 I'll turn it over to you.

19      STEVE:  Thanks, Mark.  For those of you

20 who don't know me, Steve Ehrlich, CEO and

21 cofounder of Voyager.  We are a publicly

22 traded crypto trading platform that is

23 listed on the OTC markets here in the U.S.,

24 and also on the Toronto Stock Exchange in

25 Canada.  So, we're really excited to be here

**EXHIBIT "A"**

1    today.

2        And you know, this is our first foray

3    into a team sport, and we look at this as a

4    partnership.  Everything we do at Voyager is

5    about partnerships and partnering with the

6    right people to bring education to the

7    masses when it comes to cryptocurrency.  And

8    there's no one better than the Mavs

9    themselves.  And you guys have Dogecoin, it

10   comes through platform, and everything you

11   guys do.  But nothing better that working

12   with the Mavs and this guy right here, who

13   is a leader in the cryptocurrency space.

14   He's out there talking about different

15   coins, engaging with the communities.  I

16   just listened to you a couple of week ago on

17   the Twitter Spaces at night.  So, you know,

18   there's no one better for us to do that.

19        But really, the whole key to this was

20   not just all the affiliation and the -- and

21   having our ads out, and working in the

22   arena, but it's the education that we want

23   to bring.  It's really important for us.  We

24   think there's a lot for people to learn, and

25   now blockchain, cryptocurrency, Bitcoin have

**EXHIBIT "A"**

1    all been around for 10-plus years.

2         MR. CUBAN:  Right.

3         MR. EHRLICH:  But really, in the end,

4    you know, people are just starting to learn

5    about it.  Literally, in the last 9 months,

6    you've seen this exploding of people having

7    interest in cryptocurrency.  Now, we're

8    still really in the early stages of that.

9    You know, to use, you know, a basketball

10   phrase of part of this, is like, we're still

11   in the -- in the first half of the first

12   quarter in teaching people about

13   cryptocurrencies.  And so, we think that

14   what we'll be able to deliver -- and it

15   starts here, it starts in Dallas, it starts

16   right now, with us teaching people about,

17   you know, decentralized finance,

18   cryptocurrencies, you know, non-fungible

19   tokens.  Well, we really want to bring that

20   to the community, and we want to start that

21   now.

22         And why the Mavs?  Like I said, you

23   know, the Mavs because of Mark and the

24   leadership that he brings to the NBA when it

25   comes to cryptocurrency.  Now, why Dallas?

EXHIBIT "A"

1  You know, Texas itself is a state that is

2  really becoming a crypto hub.  And we felt

3  like Dallas is where a lot of our customers

4  are today, there's a lot of opportunity for

5  us to educate within Dallas.  And Texas

6  being that hub -- I know there's a lot of

7  folks here from the Texas Blockchain

8  Association today -- you know, we want to

9  participate.  We want to become part of that

10  leadership group and really help drive

11  cryptocurrency adoption.

12      This is a global -- a real global

13  opportunity.  You know, the Mavs themselves

14  are looking on the front line.  You have a

15  lot of foreign players.  I think -- I think

16  Sid (phonetic) said to me yesterday that you

17  guys have the second most foreign players in

18  the league?  Something like that.  So, we

19  want to actually engage and take this

20  global.  Today, Voyager's only in the U.S.

21  Tomorrow, in 2022, we will be global.  You

22  know, the first -- the first place we want

23  to go is in Europe and we will get there.

24  But doing that with a real partner, like

25  Mark and the Mavs, is really important for

**EXHIBIT "A"**

1  us.  And we're really excited about it.  As

2  I said, happy to start.  Dallas is our place

3  to start, Texas is our place to start, it

4  starts now, and we want to bring crypto for

5  all for everybody.  So, thank you for your

6  time today.

7        MR. CUBAN:  Cool.  All right, we got

8  some questions from our crypto enthusiasts

9  at the Dallas Mavericks, starting with Doe

10  Doe Crypto Finney-Smith.

11        MR. FINNEY-SMITH:  Dorian Finney-Smith,

12  yeah.  You know, you I got the first

13  question.  It is how can I get an account?

14        MR. EHRLICH:  Really easy to get an

15  account.  That the one of the advantages of

16  Voyager, is that you can actually download

17  the app, and fund your account, and trade in

18  three minutes or less.  We make it really

19  simple.  We have a very easy to use and

20  integrated, you know, platform that allows

21  you to get engaged in the crypto market very

22  quickly.  That's one of the values of

23  Voyager.  You just go straight to the App

24  Store or the Google Play Store, download the

25  app, and you'll be trading in three minutes

**EXHIBIT "A"**

1    or less.

2         MR. CUBAN:  Yeah, I mean, it's just

3    like using any other of the financial apps

4    that you have.  You can connect your bank,

5    and that allows you to input money so you

6    can put in your first $100 to get the free

7    $50, or you can put in more.  And can you do

8    -- use credit cards to by your first

9    (inaudible)?

10        MR. EHRLICH:  No credit --

11        MR. CUBAN:  No credit cards.

12        MR. EHRLICH:  Yeah.

13        MR. CUBAN:  Right.  So, it's really

14   easy to get set up, just like every other

15   financial application that you have on your

16   phone.

17        MR. EHRLICH:  And don't forget, it's

18   $100 now.

19        MR. CUBAN:  $100, yeah.

20        MR. EHRLICH:  $100 now.

21        MR. CUBAN:  Yeah.  Next question?

22        MR. POWELL:  All right, so my question

23   is what makes Voyager app different from

24   other crypto apps?

25        MR. CUBAN:  That's a good question,

**EXHIBIT "A"**

1   Dwight.

2       MR. EHRLICH:  That's a really good

3   question.  So, look, it's the user

4   interface, which makes it really easy for

5   people to use.  And that was -- it's really

6   intuitive by doing that, and that's how we

7   set out.  When we started to build the

8   company -- and we've only been in business

9   three years.  So, we started the company

10  about three years ago.  We wanted to make it

11  very easy to get people engaged into the

12  app.  And really trade and engage with

13  cryptocurrencies.  So, you know, the

14  differentiations for us, really, are that.

15  We have our own community, we have our own

16  Voyager token that allows you to comm-- you

17  know, to participate in the community, to

18  learn more about crypto.  And you know, easy

19  to use 65 coins as well on the app right

20  now, and then you get to earn staking

21  rewards on a lot of the coins too.  So, you

22  get to create some wealth through the app.

23  So, we're really excited about where it's

24  going.

25      MR. CUBAN:  And so, for those of you

**EXHIBIT "A"**

1   who already use crypto, I know for me, it

2   was really easy.  I took some of my Matic

3   tokens that I own and transferred it over,

4   because Voyager paid a higher interest rate,

5   or return rate, than the application I was

6   using before, Aave.  So, it was really easy,

7   they give you a wallet address, you just go

8   into your MetaMask, or whatever you're

9   using.  You just -- not swap it, but you

10  send it to that destination address, it

11  shows up an hour later, you start earning

12  more money.  And so, right -- immediately, I

13  was earning more when I went over to

14  Voyager.

15       And it's the same with USDC, a stable

16  coin.  And the other thing about it is, for

17  those of you who use DeFi, you know, there's

18  always -- you're -- the pricing is always

19  higher on DeFi, as they try to look through

20  all the different decentralized financing

21  platforms to try to get the best -- not even

22  the best price, but a price.  And so, you

23  know, with this -- with Voyager, the pricing

24  has been far, far better.  And so, if you're

25  paying attention and want to get the best

**EXHIBIT "A"**

1   price, Voyager's a great platform for it.

2       MR. EHRLICH:  Yeah, the one other thing

3   I'll follow up on is the rewards program

4   that Mark mentioned.  You know, we have an

5   extensive rewards program, as you hold a

6   certain amount of a level of assets, you

7   even get more rewards on the -- on the

8   program.  So, we're trying to engage you and

9   bring you in the platform.  And teach and

10  educate, and create that wealth through our,

11  you know, expansive rewards program.

12      MR. CUBAN:  Yeah, one more thing.  You

13  know, one of the reasons we want to do the

14  education program, there's a big opportunity

15  for small businesses.  One of the challenges

16  of small businesses, if you have any cash in

17  the bank, you know, you're making point-

18  zero-two-five-percent.  You can convert to,

19  you know, -- put it in to a USDC stable coin

20  on Voyager, and I thought it was seven

21  percent, but now it's --?

22      MR. EHRLICH:  Nine percent.

23      MR. CUBAN:  Nine percent.  And so, it's

24  just a way -- so, I've taken a lot of my

25  cash and made it available in USDC.  I'm not

**EXHIBIT "A"**

1   trying here to tell you it's 100% risk free,

2   but it's as close to risk free as you're

3   going to get in the crypto universe.  And

4   so, just the ability to make that much more

5   on your savings, as an individual, and as a

6   business is a huge opportunity.

7        MR. KLEBER:  What's up, everybody?

8   Maxi Kleber from the Mavericks.  And my

9   question is, is it too late to get into

10  crypto?

11       MR. EHRLICH:  It's never too late.  I

12  think, actually, it's the right time,

13  because as I said, I still think it's the

14  first half of the first quarter on crypto

15  adoption.  There are some numbers that I've

16  used in a Crypto Education 101 platform that

17  I -- I gave a presentation to the NFL

18  players symposium back in July, about 100

19  different players.  And you know, there's

20  adoption about an -- you know, about a 150

21  million people -- 220 million people

22  actually have crypto right now.  And the

23  anticipation is, we're going to get to a

24  billion in four years.  So, that shows you,

25  you know, where we're -- where, you know, we

**EXHIBIT "A"**

1  can actually go with crypto and the --

2  crypto and the crypto adoption.  Now, the

3  comparison there is the internet.  It took

4  the internet eight years, you know, for the

5  same time frame to grow that fast, from the

6  200 million to one billion.  So, I think

7  there's a -- it's a great time to enter the

8  space, learn more.

9       And I think that's the key is, you've

10  got to come in, you've got to learn, you've

11  got to educate yourself.  We help, you know,

12  we help educate, but you want to learn more.

13  And I think that's the key is, not just be -

14  - hey, listen to what somebody says and just

15  buy that coin or so forth.  You want to

16  really learn about what you're doing.  So,

17  great time to enter right now.

18       MR. CUBAN:  Yeah, let me add to that.

19  You don't have to spend a lot of money in

20  order to learn.  It's not like the stock

21  market where, you know, it's almost

22  impossible, except on a few platforms to

23  spend $10 and get started.  You know, my son

24  -- my now 12-year-old son got me into

25  Dogecoin when it was less than a penny.  And

**EXHIBIT "A"**

```
1   I -- I was like, "let's do this," because

2   it's a cheap way for you to learn how all of

3   this works.  So, while you need to put in

4   $100 to get the $50 bonus in the next two

5   days, if you don't have $100, and you just

6   want to, you know, download the app, and put

7   in $5 and by Shibu (phonetic) -- do you guys

8   do Shibu Inu?

9        MR. EHRLICH:  We do Shiba.

10       MR. CUBAN:  Yeah, Shibu or Doge.  Do

11  you guys do Doge?

12       MR. EHRLICH:  We do Doge.

13       MR. CUBAN:  Shibu and Doge, right?

14       MR. EHRLICH:  I couldn't sit here with

15  you if I didn't do Doge.

16       MR. CUBAN:  Do Doge.  Right.

17       MR. EHRLICH:  So --

18       MR. CUBAN:  And so, there's a lot of

19  way to inexpensively start to get an

20  understanding.  And it's a lot easier than

21  even opening up a savings account.  It's a

22  pain in the ass to open up a savings

23  account, particularly for your kids these

24  days.  There's so much paperwork.  And you

25  know, whether it's yourself personally,
```

**EXHIBIT "A"**

1    someone you're trying to -- teach your --

2    you're trying to teach your kids about

3    personal finance, believe it or not, this is

4    actually a better way.  And so, that's one

5    of the unique opportunities and why it's not

6    too late.

7         MR. EHRLICH:  Well, that's a great -- I

8    mean, another great point, Mark, is that the

9    financial literacy, we need to teach the

10   youth.  That's part of what we want to bring

11   too is the education.  When we build out the

12   education -- and we're in the middle of

13   building that out -- Crypto 101 is the first

14   thing that we do to teach people.  But you

15   know, teach the youth, go to the community

16   and teach the youth about financial

17   literacy.  I think, it's really important,

18   because most young kids don't get the

19   opportunity to learn about financial

20   literacy, and they end wind up going to

21   college, and now they're on their own and

22   they don't know how to manage their money.

23   Then they're out in the real world, earning

24   salaries, and they don't know what even just

25   FICA is, right?  I've heard a lot of stories

**EXHIBIT "A"**

1  like, who is this FICA guy taking my money?

2  But that's what happens.

3      And so, we have to find -- you know, I

4  teach financial literacy, and it's got to

5  start at the young ages.  You know, we've

6  got to get out there.  It's part of our plan

7  with the education is to get to the

8  communities around -- in Dallas and around -

9  - in the surrounding areas and teach

10 financial literacy.  That's how we're going

11 to get people -- you know, students and

12 young people to be smarter about how to

13 manage their future life.

14      MR. BRUNSON:  Jalen Brunson, Dallas

15 Mavericks.  This is my first time getting

16 into crypto, what are some key things I need

17 to know before I do?

18      MR. EHRLICH:  Yeah, look, I think in

19 any crypto, you know, as Mark said, I think

20 I would -- I would start and enter small.

21 And just learn a little bit, right?  Look at

22 the coins, learn a little bit about Bitcoin,

23 learn a little bit about Ethereum, some of

24 the other protocols that are out there.  But

25 start small, you know, I think it's -- it's

**EXHIBIT "A"**

1    always wise to start financial investments

2    small and then work your way up.  As you

3    start learning more and understanding more,

4    then you can start increasing from there.

5    But it always is a wise place to start.

6         MR. CUBAN:  Yeah, I mean, you're

7    spending your money, always be careful.  But

8    the other thing is, look, there's

9    investments, and things like Shibu Inu and -

10   - or whatever it's called -- and Dogecoin,

11   those aren't investments, right?  Those --

12   it -- this is better than a lottery ticket,

13   but it's a good way to learn.  And it's also

14   something you can do on your phone, you

15   don't have to have a bank account.  So, --

16   and people who are unbanked, trying to learn

17   about financing, but have a smartphone and

18   can download the app, you can start getting

19   into this and saving your money.  And that's

20   just a unique opportunity.  Frank?

21        MR. NTILIKINA:  Hi, everyone, I'm Frank

22   Ntilikina from the Dallas Mavericks.  I'm

23   from France, so is my question.  Is Voyager

24   going to be available outside of the United

25   States?

**EXHIBIT "A"**

1           MR. EHRLICH:  Yes, we definitely are.

2     Yeah, we'll be in there by -- we're -- hope

3     to be in Europe by the end of March.  We

4     recently just got approval from the AMF in

5     France, which is very hard to get.  I think

6     we're the only retail platform, crypto

7     trading platform -- cryptocurrency platform,

8     that was that approval in France.  And so,

9     we've got it from the AMF that allows us to

10    enter France, which we will.  That will be

11    the first country we get into in Europe.

12    Sorry, Maxi, we're going to get to France

13    first.  And then, -- and then, we'll be in

14    Europe from there, because we'll be able to

15    passport around and get, you know, customers

16    from the rest of Europe.  So, we're excited

17    about it.  It's a great entry point.

18          MR. CUBAN:  But Wurzburg is second,

19    right?

20          MR. EHRLICH:  What's that?

21          MR. CUBAN:  Wurzburg, Germany is

22    second?

23          MR. EHRLICH:  Yeah, we're going to

24    Germany second.

25          MR. CUBAN:  Yeah.

**EXHIBIT "A"**

1          MR. EHRLICH:  There's no doubt about

2     it.  He's pretty big, he could come after

3     me.

4          MR. CUBAN:  No kidding.

5          FEMALE SPEAKER:  Now, we're going to

6     open it up for questions.

7          MS.  CAPLAN:  Hey, I'm Callie Caplan,

8     with the Dallas Morning News.  Mark, I'm

9     curious how unique this partnership is to

10     other crypto deals, or lack of crypto deals

11     across the NBA?

12          MR. CUBAN:  Yeah, it's different.  You

13     know, what FTX did with the Heat was great,

14     and they also had -- they're also trying to

15     push their retail software application.  But

16     at the same time, I think we're trying to

17     make this driven more towards education and

18     enabling more -- and exposing more people in

19     an educated manner to crypto through

20     Voyager.

21          FEMALE SPEAKER:  Any other questions?

22          MR. CUBAN:  Easy breezy.  No tech-- no

23     stuff from the Texas Blockchain Association?

24     Let me -- one other thing while we're on

25     crypto, not -- indirectly.  Are you guys

**EXHIBIT "A"**

1  going to support NFTs?

2      MR. EHRLICH:  Yeah, we're working on a

3  platform to do NFTs, definitely.

4      MR. CUBAN:  Because last night, if you

5  attended the game, and you had your ticket

6  scanned before the end of the first quarter,

7  if you go -- if you go to

8  Mavscollectibles.com and log into your

9  Ticket Master account, you got a Brad Davis

10  Metapunk.  And so, we did a soft launch, and

11  we're going to do it for every Mavs home

12  game.  We'll have it again tomorrow night

13  against the Spurs.  I think it's Rolando?

14  But we're -- you know, so we wanted to do a

15  soft launch, just to get all the kinks out.

16  But hopeful soon, you'll be able to take

17  those, trade those, and sell them, buy them.

18  Not just on Mavscollectibles.com, but also

19  on Voyager.

20      MALE SPEAKER:  Stand up, please?

21      MR. BRATCHER:  So, Lee Bratcher, I'm

22  the president of Texas Blockchain Council.

23  We're very excited about this partnership

24  and working with you guys to help educate

25  Texas and the DFW community, in particular.

**EXHIBIT "A"**

1   Just out of curiosity, are any of your team

2   members going to be moving or relocating to

3   Dallas, Austin, anywhere in the Texas area?

4        MR. EHRLICH:  Illustrious Erika --

5        MS. SZYCHOWSKI:  Don't do --

6        MR. EHRLICH:  -- Erika already lives in

7   Austin.

8        MALE SPEAKER:  (Inaudible).

9        MR. EHRLICH:  And we have about four

10  other staff in Austin already today.  It is

11  definitely becoming one of our hubs.  In the

12  COVID world, we've been very fragmented, but

13  we are looking to have certain hubs for the

14  company.

15       MR. CUBAN:  I have office space in the

16  back.

17       MR. EHRLICH:  Done.

18       MR. BRATCHER:  You can't pass that up.

19       MS. SZYCHOWSKI:  I heard it.

20       MR. EHRLICH:  And so, we'll just have

21  to redo that a little bit, but all good.

22  No, I think yes, the answer is we're looking

23  for a couple of hubs around the country.

24  Obviously, New York is a big area for us,

25  but we're big in California, and we want to

**EXHIBIT "A"**

1   be big here too.

2        SANJAY:  Hello, my name is Sanjay, I'm

3   also with the Texas Blockchain Council.  I'm

4   just going to ask this question also from a

5   user perspective.  Before I ask those

6   questions, is there a promocode for that

7   offer, or is it just open to everybody?

8        MR. CUBAN:  It's MAVS100.

9        SANJAY:  Okay, I just want to

10  (inaudible).

11       MR. CUBAN:  Yeah, so I -- I probably

12  didn't mention that.

13       SANJAY:  (Inaudible).

14       MR. CUBAN:  So, if you download

15  Voyager, put in $100, trade at all, right?

16       MR. EHRLICH:  Trade -- you have to

17  trade the hundred.

18       MR. CUBAN:  Do a trade, trade your

19  hundred, and then, you'll get the $50 crypto

20  bonus.  But you have to have MAVS100 as your

21  bonus code.

22       SANJAY:  Yeah, we had a recent

23  situation with my wife on a promotion

24  (inaudible), so we're working with

25  (inaudible) get our stuff.  But anyways, the

**EXHIBIT "A"**

1   next question is, you know, the promise of

2   blockchain, Bitcoin, et cetera,

3   cryptocurrencies is reduced friction, you

4   know, egalitarian model, etc.  I think some

5   of the challenges with some of the

6   exchanges, and wallets, et cetera is it's

7   not so frictionless, right?  There's the

8   cost of trading, gas fees, when you put it

9   in a wallet and transfer it to another

10  wallet they take their cut.  And it's

11  actually hard to, once you've purchased

12  cryptocurrencies, to exit and transfer to

13  another because they'll always -- you're

14  taking a piece, right?  So, maybe you can

15  talk about some of that?  And also, some of

16  the maybe -- you mentioned some of the

17  interest bearing.  There's other competitors

18  out there offering interests rates, so maybe

19  you can talk about that too?  That would be

20  -- that would be great.

21      MR. EHRLICH:  Yeah, so a couple of

22  questions to unpack in that one.  First,

23  I'll touch on the NFT side and the gas fees.

24  Our goal is to -- we're in -- we're

25  (inaudible) -- we're connected to about a

**EXHIBIT "A"**

1    dozen different market makers, exchanges

2    around the globe, so we bring a best price

3    back to consumers for that.  Our goal in the

4    NFT world is not to build our own NFT

5    marketplace, it's to allow our consumers to

6    be connected to many NFT marketplaces, to

7    have access to all the big, different NFT

8    marketplaces.  And whether that is something

9    on Ethereum, which has the high gas fees, or

10   it's using a Matic, or an Algorand, or an

11   Avalanche.  Using those and connecting

12   people on that.  Because we do believe

13   there's a -- there is a significant issue

14   that, you know, we have to deal with, with

15   the Ethereum world and the gas fees.  And

16   we're trying to figure way out around and to

17   help consumers.

18        Because you -- an example I did is we

19   have a -- we also do a partnership with a

20   NASCAR car in the Xfinity series, with a

21   driver, Landon Cassill.  And someone built

22   an NFT about the car, and I went to buy it,

23   and -- you know for $3, just to play around

24   with NFTs.  After the gas fees, it cost me

25   $300 for -- so, there's -- it doesn't make

EXHIBIT "A"

1   any sense, so we've got to fix those

2   problems on that.

3       And then, from the rewards side, we run

4   a rewards program.  So, when you bring your

5   assets over, we're going to reward you with

6   earnings on those assets, based upon your

7   balances, based upon, you know, tokens you

8   hold and so forth.  So, it's a whole rewards

9   program that we've built together.  It's

10  really, probably, state of the art, when it

11  comes to crypto with rewards programs.  And

12  that's how we like to operate, to give

13  consumers rewards for using and holding

14  assets on the platform.  So, hopefully, I

15  got your -- answered your questions.

16      SANJAY:  (Inaudible) interest bearing

17  versus staking (inaudible).

18      MR. EHRLICH:  Well, are rewards are

19  generated through staking, you know, it's a

20  lot staking these days.  We have 30-

21  something coins that we offer rewards on,

22  and a bunch of them are on the staking side.

23  Yep.

24      MR. CUBAN:  You got a question back

25  there.

**EXHIBIT "A"**

1          MALE SPEAKER 2:  Thank you.  So,

2   obviously, with cryptocurrency, security's a

3   big important part of it, especially where

4   the private keys are stored, who controls

5   them.  So, for your application, where does

6   the responsibility for the user come in?

7   What should they be doing to protect

8   themselves?  And then, you know, what do

9   you, as a company, do to protect users?  And

10  so, where is kind of the line drawn?

11         MR. EHRLICH:  Yeah, I was waiting for

12  that question on security.  It's a really

13  important aspect.  You know, the first thing

14  -- security starts with you, as an

15  individual.  What we recommend to every

16  individual that buys and sells

17  cryptocurrency is to use two-factor

18  authentification [sic] when you actually

19  hold your cryptocurrency.  Do not use an SMS

20  text message.  There are a lot of scammers

21  out there, there are a lot of people who try

22  to SIM swap you.  And that happened -- it

23  almost happened it me a couple -- about a

24  month ago.  On a Friday night, my phone was

25  trying to be SIM swapped, and I caught it

**EXHIBIT "A"**

1  quick enough and called the phone company.

2  But I use two-factor authentification [sic],

3  and I think everybody should start there.

4  That means using a Google authenticator,

5  Authy, or one of the other-- Duo or any of

6  the other, you know, products that you can

7  use for 2FA.

8       Outside of that, after -- for you to us

9  is we use multiple custodians.  We do not

10  keep all our coins in one place, we keep

11  them across multiple custodians, we built a

12  really detailed infrastructure for that, to

13  maybe sure that we're spreading that risk

14  and the insurance we get on all that across

15  multiple custodians.  So, it starts with the

16  individual, and making sure you have proper

17  security.  And then it also is us, as well.

18       MR. SPENCER:  Okay, good afternoon.

19  I'm Arnold Spencer, I have a cryptocurrency

20  law firm here in town and I'm a new member

21  of the Texas Blockchain Alliance.  First, I

22  want to say congratulation to both of you

23  guys.  I think it's a terrific partnership,

24  I'm really excited about it.  Second, I want

25  to say I'm about halfway downloading the

**EXHIBIT "A"**

1  app, I just started it.  And I almost

2  transferred a hundred bitcoin over to you,

3  but I (inaudible) transferred a hundred

4  dollars.

5     MR. CUBAN:  I'll give you my wallet

6  address (inaudible).

7     MR. SPENCER:  So, my question, I would

8  like both of you guys to take a shot at.

9  I'm really excited about the educational

10  piece that you all are introducing and

11  talking about.  I do a lot of that myself.

12  You know, just what are the two or three --

13  two or three themes, you know, the elevator

14  speech that you all want to get across in

15  the educational program?  What are you

16  trying to teach new people to crypto about

17  getting into crypto?

18     MR. CUBAN:  Yeah, I was going to say

19  act-- access, first and foremost, the

20  simplicity of access.  The fact that you

21  don't have to rush into it and put all your

22  money in it.  So, patience is a big part of

23  it and then experimentation, right?  Be

24  curious, because if you're buying -- what is

25  Shinu Imu (phonetic), like a half a penny or

1   something crazy?

2       MR. EHRLICH:  No, it's -- people would

3   be very happy if it was half a penny.  It's

4   like four zeros eight when you --

5       MR. CUBAN:  I -- yeah.

6       MR. EHRLICH:  -- or something of that

7   nature.

8       MR. CUBAN:  Oh, okay.  So, I didn't

9   count --

10      MR. EHRLICH:  Yeah.

11      MR. CUBAN:  -- my zeros enough?

12      MR. EHRLICH:  Yeah.

13      MR. CUBAN:  Right.  So, literally,

14  like, when my son and I first tried it, it

15  was less than a penny, and we spent, I think

16  $11.  And that gave us a chance to go

17  through everything and spend some time with

18  it.  And so, because there's such a low cost

19  of introduction and, you know, obviously,

20  the people who need the most education,

21  hopeful are spending the least amount of

22  money.  You know, we -- there's a lot of

23  programs and educational programs that we

24  can do that guide people through the

25  process.  And that's really the key, right?

**EXHIBIT "A"**

1          And I think that one of the things that

2     need to be mentioned, one of the greatest

3     values of the lower cost crypto isn't so

4     much, "hey, it could be an investment," it's

5     more the community.  You know, if you get on

6     social media, no matter what it is, TikTok,

7     Twitter, Instagram, everybody's talk-- I

8     don't even know the Shibu Inu one, but you

9     know, with Dogecoin, it's like, to the moon.

10    And you know, everybody's got their social

11    profile set up to be a dog.  You know, so

12    there's a -- it's a allow cost entry to

13    fund.  And then, being involved in it on

14    social media is also a way that we can

15    expand education.

16          MR. EHRLICH:  Yeah, and we look at it -

17    - we have our Crypto 101 presentation that

18    we do, that teaches people about Bitcoin.

19    We really think it's a store of value and it

20    will be a long -- you know, there's a long

21    tail for it to be actually used as a

22    currency because of the volatility.

23          MR. CUBAN:  It's not going to happen.

24          MR. EHRLICH:  Yeah, I --

25          MR. CUBAN:  Not going to happen.

1         MR. EHRLICH:  It -- as the volatility

2    and it -- the time on it, it's more of a

3    store of value, it will replace gold.  So,

4    teaching people about that.  But then, on

5    the Ethereum side, we -- you know, we tend

6    to teach people about smart contracts.  We

7    think that's really important, because -- I

8    have my own personal example on this, where

9    my mother-in-law was going to give -- she

10   had leased a car, and she bought it, and was

11   going to give it to my daughter as a

12   present.  And to get the title moved around

13   --

14        MR. CUBAN:  Uh-huh.

15        MR. EHRLICH:  -- took like four months.

16   I mean, it's a title.  It -- just -- you

17   know, I bought it, you should give me -- so

18   the blockchain will solve that.  And so, we

19   use that in the Crypto 101.  It's teaching

20   people why things like the smart contracts

21   will affect their lives in the long term.

22   And I heard a great podcast you did with

23   Carmelo.

24        MR. CUBAN:  Yeah.

25        MR. EHRLICH:  Where you said, -- I

**EXHIBIT "A"**

1  think you said, you know, halfway through

2  that, you know, five years from now, we're

3  going to be doing things and you're not even

4  going to know it.  It's like the internet,

5  you know, all of a sudden you were operating

6  on high speed internet and you never really

7  -- you just hit a button and you were done.

8  And that's how crypto and the smart

9  contracts will work.  But teaching people

10  why that matters now, to get them to that

11  point, we think that's really key.

12      MR. CUBAN:  Any final questions?  Cool.

13  Steve, thank you.

14      MR. EHRLICH:  Oh, thank you, Mark.

15  Really excited by this.

16      MR. CUBAN:  And thank you to everybody

17  who came out, thanks to our guys who came

18  out, great questions.  Thanks to Voyager,

19  great partnership, we're really excited

20  about it.  Thank you, everybody.

21          (End of recording.)

22

23

24

25

**EXHIBIT "A"**

```
 1                      CERTIFICATE

 2

 3                         - - -

 4

 5        I, Alexandria Brobst, Transcriptionist,

 6   do hereby certify that I was authorized to

 7   and did listen to and transcribe the

 8   foregoing recorded proceedings and that the

 9   transcript is a true record to the best of

10   my professional ability.

11

12        Dated this 14th day of November, 2022.

13

14

15

16   _____

17   Alexandria Brobst

18

19

20

21

22

23

24

25
```

**EXHIBIT "A"**