IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CV-22538-ALTMAN/REID**

PIERCE ROBERTSON, *et al*.,

        Plaintiffs,

v.

MARK CUBAN, *et al*.,

        Defendants.

_____/

**DEFENDANTS MARK CUBAN'S AND DALLAS BASKETBALL LIMITED'S
CERTIFICATE OF INTERESTED PARTIES *AND*
CORPORATE DISCLOSURE STATEMENT**

Defendants MARK CUBAN ("MR. CUBAN") and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS ("MAVERICKS"), by and through undersigned counsel and pursuant to the Court's Instructions at the October 28, 2022 Status Conference, hereby submit their Certificate of Interested Parties and Corporate Disclosure Statement and state:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

        (a)    <u>Plaintiffs</u>:  Pierce Robertson, Rachel Gold, Sanford Gold, Rahil Sayed, Christopher Ehrentraut, Todd Manganiello, Dan Newsom, William Aver, Anthony Dorn, Dameco Gates, Marshall Peters, and Edwin Garrison.

(b) <u>Plaintiffs' Attorneys</u>: Adam M. Moskowitz, Esq.; Joseph M. Kaye, Esq.; Barbara C. Lewis, Esq.; The Moskowitz Law Firm, PLLC; Stephen Neal Zack, Esq.; Ursula Ungaro, Esq.; David Boies, Esq.; Boies Schiller Flexner LLP.

(c) <u>Defendants</u>: Mark Cuban and Dallas Basketball Limited d/b/a Dallas Mavericks.

(d) <u>Persons and Legal Entities related to Defendant Dallas Basketball Limited d/b/a Dallas Mavericks</u>: Dallas Basketball Limited is a Texas limited partnership. Radical Mavericks Management, LLC is the General Partner of Dallas Basketball Limited.

(e) <u>Defendants' Attorneys</u>: Christopher E. Knight, Esq.; Esther E. Galicia, Esq.; Alexandra L. Tifford, Esq.; Fowler White Burnett, P.A.; Stephen A. Best, Esq.; Sigmund S. Wissner-Gross, Esq.; Rachel O. Wolkinson, Esq.; Jessica N. Meyers, Esq.; Brown Rudnick LLP.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of these proceedings: **Unknown to Defendants**.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or if no creditors' committee, the 20 largest unsecured creditors) in bankruptcy cases: **Unknown to Defendants**.

4.	The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:  **Unknown to Defendants**.

I, CHRISTOPHER E. KNIGHT, hereby certify that I am unaware of any actual or potential conflict of interest involving the District Court Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict..

Dated: November 18, 2022.

Respectfully submitted,

*/s/ Christopher E. Knight*
CHRISTOPHER E. KNIGHT, ESQ.
Fla. Bar No. 607363
Email: cknight@fowler-white.com

ESTHER E. GALICIA, ESQ.
Fla. Bar No. 510459
Email: egalicia@fowler-white.com

ALEXANDRA L. TIFFORD, ESQ.
Fla. Bar No. 0178624
Email: atifford@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:	(305) 789-9200
Facsimile:	(305) 789-9201

*-and-*

Case No. 22-CV-22538-ALTMAN/REID

>STEPHEN A. BEST, ESQ.
>*Pro Hac Vice*
>Email: sbest@brownrudnick.com
>
>RACHEL O. WOLKINSON, ESQ.
>*Pro Hac Vice*
>Email: rwolkinson@brownrudnick.com
>
>BROWN RUDNICK LLP
>601 Thirteenth Street NW Suite 600
>Washington, DC 20005
>Telephone (202) 536-1755
>
>*-and-*
>
>SIGMUND S. WISSNER-GROSS, ESQ.
>*Pro Hac Vice*
>Email: swissner-gross@brownrudnick.com
>
>JESSICA N. MEYERS, ESQ.
>*Pro Hac Vice*
>Email: jmeyers@brownrudnick.com
>
>BROWN RUDNICK LLP
>Seven Times Square
>New York, NY 11036
>Telephone: (212) 209-4930

Case No. 22-CV-22538-ALTMAN/REID

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 18, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I ALSO CERTIFY that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Christopher E. Knight*
CHRISTOPHER E. KNIGHT, ESQ.
Fla. Bar No. 607363
Email: cknight@fowler-white.com

Case No. 22-CV-22538-ALTMAN/REID

## SERVICE LIST

Adam M. Moskowitz, Esq.
Joseph M. Kaye, Esq.
Barbara C. Lewis, Esq.
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, Florida 33134
E-mail: adam@moskowitz-law.com
Email: joseph@moskowitz-law.com
Email: barbara@moskowitz-law.com

*Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

David Boies, Esq.
*Pro Hac Vice*
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
Email: dboies@bsfllp.com

*Co-Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

Stephen Neal Zack, Esq.
szack@bsfllp.com
Ursula Ungaro, Esq.
uungaro@bsfllp.com
Boies Schiller Flexner LLP
100 S.E. 2nd St., Suite 2800
Miami, FL 33131

*Co-Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**