UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 22-CV-22538-ALTMAN/REID

Pierce Robertson, et al., on behalf of
themselves and all others similarly situated,

        Plaintiffs,

v.

Mark Cuban, and Dallas Basketball Limited,
d/b/a Dallas Mavericks

        Defendants.
_____/

**CLASS ACTION COMPLAINT**

**JURY DEMAND**

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Court's instructions at the October 28, 2022 Status Conference, Plaintiffs Pierce Robertson, Rachel Gold, Sanford Gold, Rahil Sayed, Christopher Ehrentraut, Todd Manganiello, Dan Newsom, William Ayer, Anthony Dorn, Dameco Gates, Marshall, and Edwin Garrison ("Plaintiffs"), hereby disclose the following list of known persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party in this case:

1. Pierce Robertson, Plaintiff
2. Rachel Gold, Plaintiff
3. Sanford Gold, Plaintiff
4. Rahil Sayed, Plaintiff
5. Christopher Ehrentraut, Plaintiff
6. Todd Manganiello, Plaintiff
7. Dan Newsom, Plaintiff
8. William Ayer, Plaintiff
9. Anthony Dorn, Plaintiff
10. Dameco Gates, Plaintiff
11. Marshall Peters, Plaintiff
12. Edwin Garrison, Plaintiff

*Case No.: 22-CV-22538-ALTMAN/REID*

13. Putative Class Members:
    a. **Nationwide Class:** All persons or entities in the United States who, within the applicable limitations period, purchased or enrolled in an EPA.
    b. **Florida Subclass:** All persons or entities in the state of Florida who, within the applicable limitations period, purchased or enrolled in an EPA.
    c. **New Jersey Subclass:** All persons in the state of New Jersey who, within the applicable limitations period, purchased or enrolled in an EPA.
    d. **Virginia Subclass:** All persons in the state of Virginia who, within the applicable limitations period, purchased or enrolled in an EPA.
    e. **Alabama Subclass:** All persons in the state of Alabama who, within the applicable limitations period, purchased or enrolled in an EPA.
    f. **Louisiana Subclass:** All persons in the state of Louisiana who, within the applicable limitations period, purchased or enrolled in an EPA.
    g. **California Subclass:** All persons in the state of California who, within the applicable limitations period, purchased or enrolled in an EPA.
    h. **Oklahoma Subclass:** All persons in the state of Oklahoma who, within the applicable limitations period, purchased or enrolled in an EPA.
    i. **Pennsylvania Subclass:** All persons in the state of Pennsylvania who, within the applicable limitations period, purchased or enrolled in an EPA.
    j. **Tennessee Subclass:** All persons in the state of Tennessee who, within the applicable limitations period, purchased or enrolled in an EPA.

Excluded from the Classes are Defendants and their officers, directors, affiliates, legal representatives, and employees, any governmental entities, any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staff.

14. The Moskowitz Law Firm, PLLC, Counsel for Plaintiffs
    a. Adam M. Moskowitz
    b. Joseph M. Kaye
    c. Barbara C. Lewis

15. Boies Schiller Flexner, LLP Counsel for Plaintiffs
    a. David Boies

        b. Stephen Neal Zack
        c. Hon. Ursula Ungaro (Ret.)
16. Mark Cuban, Defendant
17. Dallas Basketball Limited, d/b/a Dallas Mavericks, Defendant
18. Fowler White Burnett, P.A., Counsel for Defendants
        a. Christopher E. Knight
        b. Esther E. Galicia
        c. Alexandra L. Tifford
19. Brown Rudnick LLP, Counsel for Defendants
        a. Stephen A. Best
        b. Rachel O. Wolkinson
        c. Sigmund Wissner-Gross

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: November 18, 2022.	Respectfully submitted,

**By: /s/ Adam M. Moskowitz**
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
Barbara C. Lewis
barbara@moskowitz-law.com
Florida Bar No. 118114
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

*Co-Counsel for Plaintiffs and the Class*

**By: /s/ Stephen Neal Zack**
Stephen Neal Zack
Florida Bar No. 145215
Hon. Ursula Ungaro (Ret.)
Florida Bar No. 200883
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
Fax: 305-539-1307
szack@bsfllp.com
uungaro@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

David Boies
(*Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

*Case No.: 22-CV-22538-ALTMAN/REID*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the forgoing was filed on November18, 2022, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

                                    By: */s/ Adam M. Moskowitz*
                                           Adam M. Moskowitz
                                           Florida Bar No. 984280