IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CV-22538-ALTMAN/REID**

PIERCE ROBERTSON, *et al.*,

      Plaintiffs,

v.

MARK CUBAN, *et al.*,

      Defendants.

_____/

**ORDER ON PLAINTIFFS' MOTION FOR BRIEF EXTENSION OF TIME AND PAGE LIMITS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS [ECF NO. 41]**

**THIS MATTER** came before the Court on Plaintiffs' Motion for Extension of Time and Page Limits to Response to Defendants' Motion to Dismiss [ECF No. 41], and the Court having considered the motion and otherwise being duly advised in the premises it is:

**ORDERED** that Plaintiffs' Motion for Extension of Time and Page Limits to Response to Defendants' Motion to Dismiss is **GRANTED**.

1. Plaintiffs shall file their Opposition to Defendants' Motion to Dismiss (ECF No. 41) on or before January 3, 2022.

2. Defendants shall make Mark Cuban and Matt Wojciechowski available for deposition by Zoom on mutually convenient dates by on or before December 28, 2022.

3. Plaintiffs' Opposition to Defendants' Motion to Dismiss shall be no more than 30 pages.

**DONE AND ORDERED** in Miami, Florida this _____ day of December 2022.

                                              ROY K. ALTMAN
                                              UNITED STATES DISTRICT JUDGE

cc: Counsel of Record