

AGENDA   SPEAKERS   PARTNERS   NFT TICKETS

BUY TICKETS

# Previous 2022 Agenda

**Search**

## Sunday • 16th of January

4:00 PM  Sun   Pre- Registration • 2h 0min
               at James L. Knight Center

6:00 PM  Sun   Kick-off & Launch Networking Party • 5h 0min
               The Wharf (114 SW North River Dr, Miami, FL 33130)

**Days**

Sunday, 16th of January
Monday, 17th of January
Tuesday, 18th of January
Wednesday, 19th of January

**Tags**

Analytics
Art
Banking
Blockchain

## Monday • 17th of January

8:00 AM  Mon   Registration & Coffee •

| Time | Session | |
|---|---|---|
| 10:00 AM Mon | **Openers** • 10min<br>Moe Levin, Keynote Limited | Careers |
| | | Compliance |
| | | Data |
| 10:10 AM Mon | **Making Smart Contracts Scalable** • 15min<br>Michael Kong, Fantom Foundation<br>Blockchain   DeFi | DeFi |
| | | Decentralization |
| | | Digital Assets |
| | | Ecosystem |
| | | Education |
| 10:25 AM Mon | **In Conversation With Moe Levin** • 45min<br>Mark Cuban, Lazy.com<br>Moe Levin, Keynote Limited | Finance |
| | | Gaming |
| | | Governance |
| | | Identity |
| 11:10 AM Mon | **Decentralize Your Self** • 15min<br>Craig Sellars, Tether<br>Blockchain   Digital Assets   Identity   Ownership | Inclusivity |
| | | Institutional Investment |
| | | International Policy |
| | | Interoperability |
| 11:25 AM Mon | **Finding The NFTs You're Looking For, Even When You Don't Know What They Are** • 15min<br>Shaun Khan, Tapistrii | Metaverse Ecosystem |
| | | NFTs |
| | | Ownership |
| | | Permissions |
| 11:40 AM Mon | **Welcome Address** • 15min<br>Francis Suarez, City of Miami | Regulation |
| | | Scalability |
| | | Security |
| 11:55 AM Mon | **Unlock What's Possible** • 8min<br>Josip Rupena, Milo Credit | Space |
| | | Stablecoins |
| | | Tokenization |

TradFi

Trading

Workforce

adoption

12:03 PM
Mon

**NFT 2.0 - The Evolution Of Digital Assets From Gaming To Commerce** • 15min

William Quigley, WAX

12:18 PM
Mon

**UntoldStories Of Crypto** • 20min

Powered by Brella

12:38 PM
Mon

**Building The Future Of Crypto Trading: A Unified Trading Infrastructure** • 7min

Christophe Michot, Apifiny

12:45 PM
Mon

**Ere Be Dragons? The Biggest Risks In Our Quest To Crypto For All** • 15min

Chris Pace, Coincover

1:00 PM
Mon

**Lunch** • 1h 0min

2:00 PM
Mon

**Let's Explore The Glue Behind Decentralized Finance: Stablecoins** • 15min

Pablo Javier Peillard, QiDao Protocol

2:15 PM
Mon

**The Future Of Crypto Regulation** • 45min

Liat Shetret, Elliptic

Mary Beth Buchanan, Merkle Science

Veronica McGregor, Exodus

Jeffrey Howard, OSL

Andrew Hinkes, K&L Gates

Regulation    Compliance    Governance    International Policy

**3:00 PM** Mon
**Capital Efficiency & Counterparty Risk** • 15min
Glenn Barber, Copper.co

**3:15 PM** Mon
**Accelerating Bitcoin Mining In North America** • 15min
Kevin Zhang, Foundry Digital

Governance    Security    Trading

**3:30 PM** Mon
**Hashpower: The Next Great Commodity** • 15min

**3:45 PM** Mon
**Permissioned DeFi: The DeFi Gateway For Institutions** • 15min
Neil Chopra, Fireblocks

DeFi    Security    TradFi    Permissions

**4:00 PM** Mon
**The Role Of Data In Decentralization** • 20min
Imgesu Cetin, Defy Trends
Chris Poulin, SingularityDAO

Data    Analytics    Decentralization

**4:20 PM** Mon
**Whales In Space** • 15min
Shannon Graham, Astranaut

| 4:35 PM Mon | **Metaverses, Play To Earn & The New World Order** • 15min |
|---|---|
| | Evan Luthra, Startup Studio |
| | Metaverse Ecosystem |

| 4:50 PM Mon | **Marketing Bitcoin In 2022** • 8min |
|---|---|
| | David Wachsman, Wachsman |

| 4:58 PM Mon | **The Future Of NFTS: What Are The NextGen Possibilities & Opportunities For Non-Fungible Tokens?** • 15min |
|---|---|
| | Halsey Minor, Live Planet & Strategic Technology Partner at VideoCoin |
| | NFTs   Scalability |

| 5:13 PM Mon | **Closing** • |

| 5:15 PM Mon | **NFT Gallery Drinks Reception** • 1h 45min |
|---|---|
| | in partnership with Coincover |
| | Kitty Grier, NFT Girl Gang |
| | Eryka Gemma, Timelock Venture Fund |

## Tuesday ● 18th of January

| 8:00 AM | **Registration & Coffee** • |

Tue

**9:40 AM**  Opener • 5min
Tue

**9:45 AM**  Bitcoin VS Web3? Let's Get Ready To Rumble! • 15min
Tue
   Bill Barhydt, Abra

**10:00 AM**  Is Bitcoin Your Key To Personal Freedom? • 8min
Tue
   Michael Cobb, ECI Development

**10:08 AM**  Connecting Everything • 7min
Tue
   Eraj Akhtar, CrowdPoint Technologies

**10:15 AM**  Digital Assets: Legal, Security, & Diversification
Tue           Considerations • 30min
   Brian Forman, Morrison Cohen
   Andrew Holland, Clearwater Digital Partners
   Neil Chopra, Fireblocks
   Eryka Gemma, Timelock Venture Fund

**10:45 AM**  The Tezos Ecosystem • 15min
Tue
   Kathleen Breitman, Tezos

**11:00 AM**  Netki Annoucement • 15min
Tue
   Justin Newton, Netki

**11:15 AM**
Tue

**Project Tubular** • 15min

Michael Maloney, Tubular

**11:30 AM**
Tue

**Investing In Crypto: Why Strategy Outweighs Prediction** • 40min

Surprise Guest

Maja Vujinovic, OGroup

Stephen Ehrlich, Voyager

Mate Tokay, Bitcoin.com

Moe Levin, Keynote Limited

Blockchain    Digital Assets    Finance    Institutional Investment

Banking

**12:10 PM**
Tue

**Strategies For Building Generational Wealth** • 15min

Steve Beauregard, GoCoin, Regard Ventures Corp

**12:25 PM**
Tue

**Blockchain & Crypto: The Journey To A Decentralized Future** • 15min

Paula Reina, Tron

**12:40 PM**
Tue

**Bitcoin At Intersection Of Financial Equity & Future Of Work** • 20min

Cleve Mesidor, Blockchain Association

Blockchain    Careers    Inclusivity    Workforce

**1:00 PM**
Tue

**Lunch** • 1h 0min

**2:00 PM**
Tue

**Intellectual Property & NFTs** • 15min

Jenna Pilgrim, Streambed

Identity    Ownership    Security    NFTs

**2:15 PM**
Tue

**The Future of Bank-Issued Stablecoins** • 20min

Chance Barnett, Jewel

James Putra, Tradestation Crypto

DeFi    TradFi    Stablecoins

**2:35 PM**
Tue

**NFTs & Web3 With Bad Crypto** • 20min

Joel Comm, Bad Crypto Podcast

Travis Wright, Bad Crypto Podcast

Eryka Gemma, Timelock Venture Fund

**2:55 PM**
Tue

**Digital Property Rights Revolution** • 15min

Shawn Owen, Equa

**3:10 PM**
Tue

**A Message From Ross Ulbricht** • 15min

Lyn Ulbricht, FreeRoss.org

**3:25 PM**
Tue

**To The Moon!** • 45min

Dionna Bailey, Lunargistics

Scarlett Arana, BitBasel

Samuel Reid, Geometric Energy Corporation

Grant Blaisdell, Copernic Space

Irina Litchfield, Percival Capital

Ryan Blowers, Astranaut

Blockchain    DeFi    Space

---

**4:10 PM**
Tue

**The Revolution Will Not Be Centralized** • 15min

Nick Spanos

Blockchain    DeFi    Decentralization

---

**4:25 PM**
Tue

**Tomorrow's DeFi** • 30min

James Putra, Tradestation Crypto

Tomer Weller, Stellar Development Foundation

Maja Vujinovic, OGroup

Blockchain    DeFi    Finance    Ecosystem

---

**4:55 PM**
Tue

**Transforming Musicians Into Platforms On Blockchain** • 15min

Esteban van Goor, Megalodon

---

**5:10 PM**
Tue

**Tomb Finance Explained** • 10min

Surprise Guest

---

**5:30 PM**
Tue

**Closing** •

---

**5:30 PM**
Tue

**Official TNABC Networker at Riverwalk** •

in partnership with Cross River

| | | |
|---|---|---|
| 8:30 PM<br>Tue | | Unofficial After-party • 2h 30min<br>hosted by Art N Folly |

## Wednesday • 19th of January

| | | |
|---|---|---|
| 8:30 AM<br>Wed | ○ | Venue Open & Coffee • |

| | | |
|---|---|---|
| 9:55 AM<br>Wed | ○ | Opener • 5min |

| | | |
|---|---|---|
| 10:00 AM<br>Wed | ○ | Blockchain Hype VS Reality • 15min<br><br>Xavier Hawk, Phireon Global Partners |

| | | |
|---|---|---|
| 10:15 AM<br>Wed | ○ | Multidimensional NFTs Guarding The Rainforest • 15min<br><br>Lucia Gallardo, Aeternals |

| | | |
|---|---|---|
| 10:30 AM<br>Wed | ○ | Live! Crypto Banter Podcast • 30min<br><br>Ran Neu-Ner, Crypto Banter |

| | | |
|---|---|---|
| 11:00 AM<br>Wed | ○ | The New Economy: Crypto As The Financial System Of The Internet • 30min<br><br>Peter Smith, Blockchain.com<br><br>Moe Levin, Keynote Limited |

Blockchain    DeFi    Finance    Banking

**11:30 AM**
Wed

The Blockchain-Enabled Innovation Platform • 8min

Lavinia Meliti, IPwe

**11:38 AM**
Wed

Digital Shovel SMART PDUs • 7min

Scot Johnson, Digital Shovel

**11:45 AM**
Wed

Bringing Crypto To The Next 1 Billion People • 15min

Ram Ahluwalia, Cross River

**12:00 PM**
Wed

The Growth & Potential Of NFTs • 35min

Matty Mo, Open3

Kitty Grier, NFT Girl Gang

Mark Patterson, realitems.io

Jennifer Sanasie, CoinDesk

Blockchain    NFTs    Art    Gaming

**12:35 PM**
Wed

Social Tokens Fueling The Metaverse • 15min

Andrew Durgee, Republic

Metaverse Ecosystem    Tokenization

**12:50 PM**
Wed

A Special Announcement From Fantom Foundation • 10min

Surprise Guest

**1:00 PM**
Wed

**Lunch** • 1h 0min

**2:00 PM**
Wed

**Bitcoin Around The World** • 30min

Dr Tejwansh Singh Anand, Robert H. Smith School of Business

Marloes Pomp, Netherlands AI Coalition & Liaison of the Dutch Blockchain Coalition

James Ruffer, DB Migrate

Blockchain   International Policy   Careers   Education

**2:30 PM**
Wed

**Blockchain Technology's Impact On The Future** • 8min

Mike Francis, Distributed Ledger

**2:38 PM**
Wed

**Learn How Technology Is Transforming Liquidity In Today's Markets** • 7min

Max Sanchez, EM.ME

**2:45 PM**
Wed

**Where Luxury Meets Crypto** • 40min

Shannon Graham, Astranaut

Lexy Schmertz, Christie's

Liram Sustiel, mph club

Roman Sharf, Luxury Bazaar

Daniela Henao Moreno, Defy Trends

Digital Assets   Metaverse Ecosystem   NFTs

**3:25 PM**
Wed

**From Rare Pepes To The MetaVerse: The Evolution Of Value Creation In Non-fungible Tokens** • 15min

Michael Terpin, Transform Ventures

**3:40 PM**
Wed

**Space Ticket Giveaway Announcement From Astranaut** • 5min

Shannon Graham, Astranaut

**3:45 PM**
Wed

**The Next Frontier For NFTs: Enterprise Apps On The Hypernet Protocol** • 7min

Ivan Ravlich, Hypernet Labs

**3:52 PM**
Wed

**Helios** • 15min

Brock Pierce, Helios

**4:07 PM**
Wed

**Digital Asset Revolution: How DeFi Is Disrupting Wall Street** • 15min

Alex Tapscott, Ninepoint Partners

DeFi    Digital Assets    Banking

**4:22 PM**
Wed

**All Roads Lead To Decentralization** • 15min

Alex Mashinsky, Celsius Network

**4:38 PM**
Wed

**Building For A Multi-Chain Future** • 15min

David Schwartz, Ripple

Tokenization    adoption    Interoperability

| 4:53 PM Wed | Closing • 12min |
|---|---|
| | Moe Levin, Keynote Limited |



Made with love in Miami, New York, Los Angeles, Austin, Manila, and Dubai.

Code of Conduct | Privacy Policy | Covid Safety | Contact