| | |
|---|---|
| **From:** | Linda Carlsen |
| **To:** | Best, Stephen A. |
| **Cc:** | Alexandra L. Tifford; Joseph Kaye; Barbara C. Lewis; Rejane Passos; Adam Moskowitz; David Boies; Ronald D. Shindler; Wolkinson, Rachel O.; CHRISTOPHER E. KNIGHT; Wissner-Gross, Sigmund S.; Esther E. Galicia; Meyers, Jessica N.; Ursula Ungaro |
| **Subject:** | RE: Cuban |
| **Date:** | Friday, December 2, 2022 4:02:43 PM |

**CAUTION:** External E-mail. Use caution accessing links or attachments.



Thank you, it does.

**From:** Best, Stephen A. <SBest@brownrudnick.com>
**Sent:** Friday, December 2, 2022 3:57 PM
**To:** Linda Carlsen <lcarlsen@BSFLLP.com>
**Cc:** Alexandra L. Tifford <ATifford@fowler-white.com>; Joseph Kaye <joseph@moskowitz-law.com>; Barbara C. Lewis <barbara@moskowitz-law.com>; Rejane Passos <rejane@moskowitz-law.com>; Adam Moskowitz <Adam@moskowitz-law.com>; David Boies <DBoies@BSFLLP.com>; Ronald D. Shindler <RShindler@fowler-white.com>; Wolkinson, Rachel O. <RWolkinson@brownrudnick.com>; CHRISTOPHER E. KNIGHT <CKnight@fowler-white.com>; Wissner-Gross, Sigmund S. <SWissner-Gross@brownrudnick.com>; Esther E. Galicia <EGalicia@fowler-white.com>; Meyers, Jessica N. <JMeyers@brownrudnick.com>; Ursula Ungaro <UUngaro@bsfllp.com>
**Subject:** Re: Cuban

Thank you. Your co-counsel, Mr. Moscowitz asked for a meet and confer for this precise date, made an unfortunate filing last evening without engaging in the meet and confer he asked for today, I sent an email last evening to all counsel noting the meet and confer today and, hearing nothing from Mr. Boies or Mr. Moscowitz, we sent out a notice as a courtesy. I hope this clarifies your concern over the "last minute" notice.

Sent from my iPhone

> On Dec 2, 2022, at 3:51 PM, Linda Carlsen <lcarlsen@bsfllp.com> wrote:
>
> **CAUTION:** External E-mail. Use caution accessing links or attachments.
>
> David (nor I for him) did not "accept" this zoom mtg.  I don't know about the others since I don't work for them.
> I am very sorry but it was rather a last-minute notice sent out.

**From:** Best, Stephen A. <SBest@brownrudnick.com>
**Sent:** Friday, December 2, 2022 3:30 PM
**To:** Linda Carlsen <lcarlsen@BSFLLP.com>
**Cc:** Alexandra L. Tifford <ATifford@fowler-white.com>; Joseph Kaye <joseph@moskowitz-law.com>; Barbara C. Lewis <barbara@moskowitz-law.com>; Rejane Passos <rejane@moskowitz-law.com>; Adam Moskowitz <Adam@moskowitz-law.com>; David Boies <DBoies@BSFLLP.com>; Ronald D. Shindler <RShindler@fowler-white.com>; Wolkinson, Rachel O. <RWolkinson@brownrudnick.com>; CHRISTOPHER E. KNIGHT <CKnight@fowler-white.com>; Wissner-Gross, Sigmund S. <SWissner-Gross@brownrudnick.com>; Esther E. Galicia <EGalicia@fowler-white.com>; Meyers, Jessica N. <JMeyers@brownrudnick.com>; Ursula Ungaro <UUngaro@bsfllp.com>
**Subject:** Re: Cuban

Thank you. We sent out notices hours ago, heard from no one and have been on the conference line for 20 minutes. Where are all other counsel from your side?

Sent from my iPhone


On Dec 2, 2022, at 3:25 PM, Linda Carlsen <lcarlsen@bsfllp.com> wrote:

> **CAUTION:** External E-mail. Use caution accessing links or attachments.

David Boies is at a hearing in Fla

**From:** Alexandra L. Tifford <ATifford@fowler-white.com>
**Sent:** Friday, December 2, 2022 3:09 PM
**To:** Joseph Kaye <joseph@moskowitz-law.com>; Barbara C. Lewis <barbara@moskowitz-law.com>; Rejane Passos <rejane@moskowitz-law.com>; Adam Moskowitz <Adam@moskowitz-law.com>; David Boies <DBoies@BSFLLP.com>
**Cc:** Ronald D. Shindler <RShindler@fowler-white.com>; Rachel O. Wolkinson <rwolkinson@brownrudnick.com>; Best, Stephen A. <SBest@brownrudnick.com>; CHRISTOPHER E. KNIGHT <CKnight@fowler-white.com>; Sigmund S. Wissner-Gross <swissnergross@brownrudnick.com>; Esther E. Galicia <EGalicia@fowler-white.com>; Ronald D. Shindler <RShindler@fowler-white.com>; Meyers, Jessica N. <JMeyers@brownrudnick.com>; Ursula Ungaro

<UUngaro@bsfllp.com>; Linda Carlsen <lcarlsen@BSFLLP.com>
**Subject:** Cuban

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Dear Adam and all,

We are on the Zoom call. Would you please advise us of your status on joining?

Thank you.

Regards,
Ali

**Alexandra L. Tifford**
Shareholder

Brickell Arch
1395 Brickell Avenue
14th Floor
Miami, Florida 33131

_ _ _

direct 305.728.7539
main 305.789.9200
fax 305.728.7549
ATifford@fowler-white.com
vCard | Bio | Website

****Please take a moment to review our firm's Privacy Policy****

The information contained in this message and any documents accompanying this transmission are protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521, and may be attorney-client privileged or contain confidential information intended only for the use of the individual(s) or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use of, disclosure, dissemination, distribution, reliance on the contents or copying of this communication is strictly prohibited and may result in legal action against you. If you have received this message in error, please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Alternatively, you may notify us by telephone immediately. No liability is accepted for any loss or damage resulting from a computer virus, or resulting from a defect in transmission of this email or any attached file. It is the duty and obligation of the sender to take practical measures to purge or safeguard and avoid providing sensitive metadata embedded in any electronic document to prevent the disclosure of confidential information. Thank you. ****

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient,

you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

*********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary [here](#) which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*********************************************************************************

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

*********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary [here](#) which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*********************************************************************************

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]