UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 22-CV-22538-ALTMAN/REID

Pierce Robertson, et al., on behalf of themselves and
all others similarly situated,

        Plaintiffs,
v.

Mark Cuban, Dallas Basketball Limited, d/b/a
Dallas Mavericks,

        Defendants.
_____/

**PLAINTIFFS' NOTICE OF FILING**

Plaintiffs hereby give notice of filing the verified returns of service of subpoenas to testify at a deposition upon Jeffrey A. Mishkin and Henry "Que" Gaskins. *See* **Exhibits A and B, respectively.**

Dated: December 6, 2022
        Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
Barbara C. Lewis
barbara@moskowitz-law.com
Florida Bar No. 118114
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

By: */s/ David Boies*
David Boies
(Admitted *Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504

1

        Phone: (914) 749–8200
        dboies@bsfllp.com

        By: */s/ Stephen Neal Zack*
        Stephen Neal Zack
        Florida Bar No. 145215
        Hon. Ursula Ungaro (Ret.)
        Florida Bar No. 200883
        **BOIES SCHILLER FLEXNER LLP**
        100 SE 2nd St., Suite 2800
        Miami, FL 33131
        Office: 305-539-8400
        szack@bsfllp.com
        uungaro@bsfllp.com

        *Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on December 6, 2022, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

        By: */s/ Adam M. Moskowitz*
           ADAM M. MOSKOWITZ
           Florida Bar No. 984280