IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CV-22538-ALTMAN/REID**

PIERCE ROBERTSON, *et al.*,

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

**ORDER ON DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' REPLY [ECF NO. 51] TO MOTION FOR BRIEF EXTENSION OF TIME**

THIS CAUSE came before the Court upon Defendants MARK CUBAN and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS' Motion for Leave to File Sur-Reply to Plaintiffs' Reply [ECF No. 51] to Motion for Brief Extension of Time and the Court having reviewed the relevant court documents and being otherwise fully informed in the premises, it is

**ORDERED AND ADJUDGED** that said Motion is hereby _____.

_____

_____

_____.

**DONE AND ORDERED** at Miami, Florida, on this \_\_\_\_\_ day of December 2022.

                                                                                           The Honorable Roy K. Altman
                                                                                           U.S. District Court Judge

*Copies furnished to all Counsel of Record via CM/ECF*