IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CV-22538-ALTMAN/REID

PIERCE ROBERTSON, *et al.*,

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF ORDER ADOPTING PROTECTIVE ORDER FROM *CASSIDY V. VOYAGER DIGITAL, ET AL.*

**THIS MATTER** came before the Court on Plaintiffs' Motion for Entry of Order Adopting Stipulated Protective Order from *Cassidy v. Voyager Digital, et al.* [ECF No. ___], and the Court having considered the motion and otherwise being duly advised in the premises it is:

**ORDERED** that Plaintiffs' Motion is **GRANTED**.

1. The Court hereby adopts the Stipulated Protective Order entered by Chief Judge Cecilia Altonaga in the related action, *Mark Cassidy v. Voyager Digital Ltd., et al.,* No. 1:21-cv-24441-CMA, ECF No. 42 (S.D. Fla. March 28, 2022), which shall apply to the Parties of this Action.

**DONE AND ORDERED** in Miami, Florida this _____ day of December 2022.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record