**UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA MIAMI DIVISION**

**CASE NO.: 22-cv-22538-ALTMAN/REID**

PIERCE ROBERTSON, *et al.*, on
behalf of himself and others similarly
situated,

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.
_____/

**JOINT NOTICE OF SELECTION OF MEDIATOR**

In accordance with the Court's Order of Referral to Mediation [ECF No. 58], Plaintiffs, PIERCE ROBERTSON, et al. ("Plaintiffs"), and Defendants, MARK CUBAN and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS, ("Defendants"), have agreed to select Rodney Andrew Max, Esq., to mediate this action on **August 17, 2023, at 10:00 a.m. in person at One Biscayne Tower, 2 Biscayne Blvd., #2030, Miami, FL and/or by Zoom**. A proposed Order accompanies this Notice as **Exhibit A**.

Dated: December 27, 2022                                Respectfully submitted,

| *By: /s/ Adam Moskowitz* | By: */s/ Christopher E. Knight* |
|---|---|
| Adam M. Moskowitz | Christopher E. Knight |
| Florida Bar No. 984280 | Florida Bar No. 607363 |
| adam@moskowitz-law.com | cknight@fowler-white.com |
| Joseph M. Kaye | **FOWLER WHITE BURNETT, P.A.** |
| Florida Bar No. 117520 | Brickell Arch, Fourteenth Floor |
| joseph@moskowitz-law.com | 1395 Brickell Avenue |
| Barbara C. Lewis | Miami, FL 33131 |
| barbara@moskowitz-law.com | Telephone: (305) 789-9200 |
| Florida Bar No. 118114 | Facsimile: (305) 789-9201 |
| **THE MOSKOWITZ LAW FIRM, PLLC** | |
| 2 Alhambra Plaza, Suite 601 | Stephen A. Best (*pro hac vice*) |
| Coral Gables, FL 33134 | sbest@brownrudnick.com |
| Telephone: (305) 740-1423 | Rachel O. Wolkinson (*pro hac vice*) |
| | rwolkinson@brownrudnick.com |
| *By: /s/ David Boies* | **Brown Rudnick LLP** |

1

| | |
|---|---|
| David Boies<br>(Admitted Pro Hac Vice)<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street<br>Armonk, NY 10504<br>Phone: (914) 749–8200<br>dboies@bsfllp.com<br><br>By: /s/ Stephen Neal Zack<br>Stephen Neal Zack<br>Florida Bar No. 145215<br>Hon. Ursula Ungaro (Ret.)<br>Florida Bar No. 200883<br>**BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd St., Suite 2800<br>Miami, FL 33131<br>Office: 305-539-8400<br>szack@bsfllp.com<br>uungaro@bsfllp.com<br><br>*Co-Counsel for Plaintiffs and the Class* | 601 Thirteenth Street NW Suite 600<br>Washington, DC 20005<br>Telephone: (202) 536-1737<br><br>Sigmund Wissner-Gross (*pro hac vice*) swissner-gross@brownrudnick.com<br>Jessica N. Meyers (*pro hac vice*)<br>jmeyers@brownrudnick.com<br>**Brown Rudnick LLP**<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed December 27, 2022 through the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Christopher E. Knight*
Christopher E. Knight