IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CV-22538-ALTMAN/REID**

PIERCE ROBERTSON, *et al*.,

        Plaintiffs,

v.

MARK CUBAN, *et al*.,

        Defendants.

_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Rodney A. Max on August 17, 2023, at 10:00 a.m. in person at One Biscayne Tower, 2 Biscayne Blvd., #2030, Miami, FL 33131 and/or by Zoom.

**DONE AND ORDERED** at Miami, Florida, on this _____ day of December 2022.

_____
Roy K. Altman
United States District Judge

*Copies furnished to all Counsel of Record via CM/ECF*