IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CV-22538-ALTMAN/REID

PIERCE ROBERTSON, *et al.*,

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

**ORDER GRANTING PLAINTIFFS'** *EXPEDITED* **MOTION TO EXTEND THE DEADLINES FOR PLAINTIFFS TO OPPOSE DEFENDANTS' MOTION TO DISMISS OR TO MOVE FOR LEAVE TO AMEND THE COMPLAINT**

**THIS MATTER** came before the Court on Plaintiffs' *Expedited* Motion to Extend the Deadlines for Plaintiffs to Oppose Defendants' Motion to Dismiss or to Move for Leave to Amend the Complaint [ECF No. __], and the Court having considered the Motion and otherwise being duly advised in the premises it is:

**ORDERED** that Plaintiffs' Motion is **GRANTED** as follows:

1.    Plaintiffs shall have until Friday, February 24, 2023, to either file an Opposition to Defendants' Motion to Dismiss, [ECF No. 41], or a Motion for Leave to File an Amended Complaint.

**DONE AND ORDERED** in Miami, Florida this _____ day of _____, 202_.

 

                                              ROY K. ALTMAN
                                              UNITED STATES DISTRICT JUDGE

cc: Counsel of Record