UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/Reid

**PIERCE ROBERTSON**, *et al.*,

    *Plaintiffs*,

v.

**MARK CUBAN**, *et al.*,

    *Defendants.*

_____/

## ORDER SCHEDULING MEDIATION

The parties filed a Joint Notice of Selection of Mediator [ECF No. 66]. Mediation in this case shall be held before Rodney Andrew Max, Esq., on **August 17, 2023, at 10:00 a.m.** either in person at One Biscayne Tower, 2 Biscayne Blvd., #2030, Miami, FL, or via Zoom videoconferencing.

Within **three days** of the mediation, the parties shall file a joint mediation report with the Court. The report shall indicate whether the case settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse. Failure to comply with this Order may result in sanctions, including dismissal without prejudice and without further notice.

**DONE AND ORDERED** in the Southern District of Florida on December 28, 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record