**EXHIBIT D**

IN THE CIRCUIT/COUNTY COURT OF THE _____ JUDICIAL CIRCUIT
IN AND FOR Seminole COUNTY, FLORIDA

Pierce Robertson
Plaintiff/Petitioner or In the Interest of

CASE NO. 2021-CA-2237

vs.

Shawn Portocarrero
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. I have __0__ dependents. (Include only those persons you list on your U.S. Income tax return.)
   Are you Married?...Yes (No)  Does your Spouse Work?...Yes (No)  Annual Spouse Income? $ __0__

2. I have a net income of $ __0__ paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other ____
   *(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)*

3. I have other income paid ( ) weekly ( ) every two weeks ( ) semi-monthly (X) monthly ( ) yearly ( ) other ____
   *(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

   | | | | | |
   |---|---|---|---|---|
   | Second Job | Yes $ 0 (No) | Veterans' benefits | Yes $ 0 (No) |
   | Social Security benefits | | Workers compensation | Yes $ 0 (No) |
   | For you | (Yes) $ 947 No | Income from absent family members | Yes $ 0 (No) |
   | For child(ren) | Yes $ 0 (No) | Stocks/bonds | Yes $ 0 (No) |
   | Unemployment compensation | Yes $ 0 (No) | Rental income | Yes $ 0 (No) |
   | Union payments | Yes $ 0 (No) | Dividends or interest | Yes $ 0 (No) |
   | Retirement/pensions | Yes $ 0 (No) | Other kinds of income not on the list | Yes $ 0 (No) |
   | Trusts | Yes $ 0 (No) | Gifts | Yes $ 0 (No) |

   I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

   | | | | | |
   |---|---|---|---|---|
   | Cash | (Yes) $ 26 No | Savings account | Yes $ 0 (No) |
   | Bank account(s) | (Yes) $ 18.26 No | Stocks/bonds | Yes $ 0 (No) |
   | Certificates of deposit or | | Homestead Real Property* | (Yes) $ 114,000 No |
   | Money market accounts | Yes $ 0 (No) | Motor Vehicle* | (Yes) $ 1000 No |
   | Boats* | Yes $ 0 (No) | Non-homestead real property/real estate* | Yes $ 0 (No) |
   | | | Other assets* | Yes $ 0 (No) |

   Check one: I ( ) DO (X) DO NOT expect to receive more assets in the near future. The asset is ____

5. I have total liabilities and debts of $ ____ as follows: Motor Vehicle $ 0, Home $ 100,000, Boat $ 0, Non-homestead Real Property $ 0, Child Support paid direct $ 0, Credit Cards $ 1434.86
   Medical Bills $ 697, Cost of medicines (monthly) $ 212, Other $ 0.

6. I have a private lawyer in this case.........Yes (No)

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge.**

Signed on __9-14__, 20__21__
Year of Birth __1981__   Last 4 digits of Driver License or ID Number __2060__

Signature of Applicant for Indigent Status
Print Full Legal Name __Pierce Robertson__
Phone Number/s: __407-335-1539__

Email address: ____
Address: __4351 Northern Dancer Way, Orlando, FL 32826__

This form was completed with the assistance of: ____
Clerk/Deputy Clerk/Other authorized person.

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be (✓) Indigent ( ) Not Indigent, according to §57.082, F.S.
Dated on __September 14__ 20 __21__.

GRANT MALOY, CLERK OF
CIRCUIT COURT & COMPTROLLER
Clerk of the Circuit Court
By __Haley Crawford__ Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision ____