UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/Reid

PIERCE ROBERTSON *et al*, on behalf
of himself and others similarly situated,

    Plaintiff,

v.

MARK CUBAN and DALLAS
BASKETBALL LIMITED, d/b/a Dallas
Mavericks, *et al*

    Defendants.

_____/

## NOTICE OF ZOOM DISCOVERY HEARING FOR JANUARY 6, 2023

**NOTICE IS HEREBY GIVEN** that the Plaintiffs will raise pending discovery issues before Magistrate Judge Lisette M. Reid on **January 6, 2023 at 10:00 a.m.** The Court will circulate Zoom instructions via email.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), Plaintiffs certifies that good faith efforts were made to resolve these disputes through various emails and teleconferences. The parties were unable to resolve the above-noted disputes, however, and respectfully require Court intervention to resolve them.

Dated: January 3, 2023          Respectfully submitted,

    By: */s/ Adam Moskowitz*
    Adam M. Moskowitz
    Florida Bar No. 984280
    adam@moskowitz-law.com
    Joseph M. Kaye
    Florida Bar No. 117520
    joseph@moskowitz-law.com
    Barbara C. Lewis
    barbara@moskowitz-law.com
    Florida Bar No. 118114
    **THE MOSKOWITZ LAW FIRM, PLLC**

*CASE NO. 22-cv-22538-ALTMAN/Reid*

        2 Alhambra Plaza, Suite 601
        Coral Gables, FL 33134
        Telephone: (305) 740-1423

        By: */s/ David Boies*
        David Boies
        (Admitted *Pro Hac Vice*)
        **BOIES SCHILLER FLEXNER LLP**
        333 Main Street
        Armonk, NY 10504
        Phone: (914) 749–8200
        dboies@bsfllp.com

        By: */s/ Stephen Neal Zack*
        Stephen Neal Zack
        Florida Bar No. 145215
        **BOIES SCHILLER FLEXNER LLP**
        100 SE 2nd St., Suite 2800
        Miami, FL 33131
        Office: 305-539-8400
        szack@bsfllp.com
        uungaro@bsfllp.com

        *Co-Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on January 3, 2023, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

        By: */s/ Adam Moskowitz*
            Adam M. Moskowitz