UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-22538-ALTMAN/REID

PIERCE ROBERTSON, et al., on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

MARK CUBAN, et al.,

    Defendants.

_____/

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Howard M. Bushman of The Moskowitz Law Firm PLLC, hereby gives notice of appearance as co-counsel for Plaintiffs and the putative classes. Counsel respectfully requests that all orders, pleadings, and correspondence be served at the address below.

    Respectfully submitted this 5th day of January 2023.

    By: */s/ Howard M. Bushman*
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
Howard M. Bushman
Florida Bar No. 0364230
howard@moskowitz-law.com
Barbara C. Lewis
Florida Bar No. 118114
barbara@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 5th, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

      By: */s/ Howard M. Bushman*
           Howard M. Bushman