# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CV-22538-ALTMAN/REID

PIERCE ROBERTSON, *et al.*,

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____ /

**[*PROPOSED*] ORDER GRANTING
PLAINTIFFS' *EXPEDITED* MOTION TO SUBSTITUTE AND ADD ADDITIONAL
CLASS REPRESENTATIVES**

**THIS MATTER** came before the Court on Plaintiffs' *Expedited* Motion to Substitute and Add Additional Class Representatives [ECF No. __], and the Court having considered the Motion and otherwise being duly advised in the premises it is:

**ORDERED** that Plaintiffs' Motion is **GRANTED** as follows:

1.    Sanford Gold is substituted out and Linda Mayrand and Dominik Karnas are hereby joined as additional Putative Class Representative Plaintiffs.

**DONE AND ORDERED** in Miami, Florida this _____ day of _____, 2023.

                                                                  ROY K. ALTMAN
                                                                   UNITED STATES DISTRICT JUDGE

cc: Counsel of Record