UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-22538-ALTMAN/Reid

PIERCE ROBERTSON, et al.,

    Plaintiffs,

v.

MARK CUBAN, et al.,

    Defendants.
_____/

**NOTICE OF APPEARANCE**

Paul C. Huck, Jr., Esq. of THE HUCK LAW FIRM, P.A. hereby gives notice of his appearance on behalf of Defendants, MARK CUBAN and DALLAS BASKETBALL LIMITED, d/b/a DALLAS MAVERICKS, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 13, 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

            THE HUCK LAW FIRM
            334 Minorca Avenue
            Coral Gables, Florida 33134
            Telephone: (305) 441-2299
            Telecopier: (305) 441-8849
            paul@thehucklawfirm.com

By:   */s/Paul C. Huck, Jr.*
      PAUL C. HUCK, JR.
      Florida Bar No. 0968358