# Exhibit A

| 12/20/2022 | 63 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Lisette M. Reid: Discovery Hearing held on 12/20/2022. The Court will be entering a Protective Order as agreed after receiving Proposed Order from the parties and further Discovery Order to follow. Total time in court: 2 hour(s). Attorney Appearance(s): David Boies, Adam M. Moskowitz, Joseph M. Kaye, Stephen N. Zack, Alexandra Lyn Tifford, Stephen A. Best, Rachel O. Wolkinson, Sigmund Wissner-Gross, Jessica N. Meyers, and Christopher Edson Knight. (Digital 15:26:21) (jbs) (Entered: 12/20/2022) |