# Exhibit B

3. The Mavericks must produce Ryan Mackey and Kyle Tapply for deposition on February 1, 2023, in Dallas, Texas;

4. The in-person depositions of three Florida-based Plaintiffs, Pierce Robertson, Rachel Gold, and Sanford Gold, as well as non-party Eric Rares (Rachel Gold's husband), are to be scheduled to take place in Miami, Florida;

5. Defendants shall provide complete responses, without objection, to Plaintiffs' initial discovery requests no later than **January 20, 2023**;

6. Plaintiffs shall provide complete responses to Defendants' First Omnibus Request for Production no later than **January 20, 2023**. If Plaintiffs continue to assert any objections, the parties are to meet and confer to try to resolve any remaining dispute. If after meeting and conferring, the parties cannot resolve the remaining issues, they may request another discovery hearing;

7. For any future discovery hearings, the parties are directed to comply with this Court's discovery procedures, which includes, but is not limited to, filing a joint discovery memorandum prior to the hearing. The Court's discovery procedures can be found on the Court's webpage, at the following link: https://www.flsd.uscourts.gov/content/judge-lisette-m-reid.

**DONE AND ORDERED** in chambers at Miami, Florida, this 9th day of January 2023.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Roy K. Altman;
    All Counsel of Record

2

3. The three Florida-based Plaintiffs shall appear for *in-person* depositions as follows:

    a. Pierce Robertson may be deposed in Chicago, Illinois during the week of January 9, 2023;

    b. Rachel Gold shall be deposed in her Coral Springs, Florida home on January 23, 2023;

    c. Sanford Gold shall be deposed in Miami, Florida, on either January 23 or 24, 2023;

    d. Non-party Eric Rares shall be deposed in Miami, Florida on either January 23 or 24, 2023;

4. Plaintiffs shall produce outstanding discovery requested in Defendants' First Omnibus Request for Production. Specifically, Plaintiffs must produce outstanding discovery relating to Plaintiffs' Voyager accounts and trading and financial information related to those Voyager accounts by the close of business January 13, 2023. With respect to the request for "documents relating to any investment accounts with any brokerage firm, person or entity," at this juncture, Plaintiffs have not established the relevancy of those documents; and

5. Defendants shall produce Mavericks employees Ryan Mackey and Kyle Tapply to be deposed prior to February 23, 2023. Defendants shall prioritize and produce all discovery to Plaintiffs as to these two individuals by the end of January 2023.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 6th day of January 2023.

                                                                                        LISETTE M. REID
                                                                                        UNITED STATES MAGISTRATE JUDGE

cc:    **U.S. District Court Judge Roy K. Altman**; and

        **All Counsel of Record**