# Exhibit C

```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2
                       CASE NO. 22-CV-22538-RKA
 3
      PIERCE ROBERTSON, et al.,
 4                                        Miami, Florida
                     Plaintiff(s),
 5                                        December 20, 2022
             vs.
 6
      MARK CUBAN, et al.,
 7
                     Defendant(s).        Pages 1 - 90
 8    -----------------------------------------------------------

 9                          DISCOVERY HEARING
                  TRANSCRIBED FROM DIGITAL AUDIO RECORDING
10                 BEFORE THE HONORABLE LISETTE M. REID
                      UNITED STATES MAGISTRATE JUDGE
11
      APPEARANCES:
12


13


14    FOR THE PLAINTIFF(S):  ADAM MOSKOWITZ, ESQ.
                             JOSEPH M. KAYE, ESQ.
15                           THE MOSKOWITZ LAW FIRM, PLLC
                             2 Alhambra Plaza
16                           Coral Gables, FL 33134
                             (305) 740-1423
17                           adam@moskowitz-law.com
                             joseph@moskowitz-law.com
18

19

20

21

22

23

24

25
```

```
 1    APPEARANCES (CONT'D)

 2

 3    FOR THE PLAINTIFF(S):   DAVID BOIES, ESQ.
                              BOIES SCHILLER & FLEXNER
 4                            333 Main Street
                              Armonk, NY 10504
 5                            (914) 749-8200
                              dboies@bsfllp.com
 6

 7                            STEPHEN N. ZACK, ESQ.
                              BOIES SCHILLER & FLEXNER
 8                            100 SE 2nd Street
                              Miami, FL 33131
 9                            (305) 539-8400
                              szack@bsfllp.com
10

11

12    FOR THE DEFENDANT(S):   STEPHEN A. BEST, ESQ.
                              RACHEL O. WOLKINSON, ESQ.
                              BROWN RUDNICK, LLP
13                            601 Thirteenth Street NW
                              Washington, DC 20005
14                            (202) 536-1737
                              sbest@brownrudnick.com
15                            rwolkinson@brownrudnick.com

16

17                            SIGMUND WISSNER-GROSS, ESQ.
                              JESSICA N. MEYERS, ESQ.
18                            BROWN RUDNICK, LLP
                              Seven Times Square
19                            New York, NY 11036
                              (212) 209-4930
20                            swissner-gross@brownrudnick.com
                              jmeyers@brownrudnick.com
21

22

23

24

25
```

```
 1    APPEARANCES (CONT'D)

 2


 3    FOR THE DEFENDANT(S):   ALEXANDRA LYN TIFFORD, ESQ.
                              CHRISTOPHER E. KNIGHT, ESQ.
 4                            RONALD D. SHINDLER, ESQ.
                              FOWLER WHITE BURNETT
 5                            1395 Brickell Avenue
                              Miami, FL 33131
 6                            (305) 728-7539
                              atifford@fowler-white.com
 7                            cknight@fowler-white.com
                              rshindler@fowler-white.com
 8


 9
      TRANSCRIBED BY:         Joanne Mancari, RPR, CRR, CSR
10                            Court Reporter
                              jemancari@gmail.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1    Thereupon,

2    the following proceedings were held via Zoom videoconference:

3              THE COURT:  Good afternoon, everyone.

4              All right.  Thank you, everyone.

5              This is a discovery dispute hearing in this case.  So

6    what I want to do is start with appearances of counsel.  Let's

7    start with the plaintiff.

8              MR. MOSKOWITZ:  Good afternoon, your Honor.  This is

9    Adam Moskowitz, from the Moskowitz Law Firm, and with me from

10   my firm is my partner Joey Kaye.

11             MR. BOIES:  Good afternoon, your Honor.  This is David

12   Boies, of Boies Schiller Flexner, and with me is my partner

13   Steve Zack.

14             MR. ZACK:  Hello, your Honor.

15             THE COURT:  Very good.

16             OK.  I still see a number of faces.

17             MR. BEST:  Your Honor, this is Stephen Best, from the

18   law firm of Brown Rudnick, appearing on behalf of the

19   defendants Mark Cuban and the Dallas Mavericks.  Along with me

20   is Sigmund Wissner-Gross, my partner, as well as my partner

21   Rachel Wolkinson.

22             THE COURT:  OK.  Very good.  Welcome.

23             Is that everyone?

24             MR. BEST:  No.  We have local counsel as well, your

25   Honor.
```

```
 1              MS. TIFFORD:  Good afternoon, your Honor.  This is
 2    Alexandra Tifford on behalf of Fowler White Burnett.  As
 3    Mr. Best described, we are local counsel.  My partner,
 4    Christopher Knight, likewise either is on or should be joining
 5    momentarily.
 6              MR. BEST:  We don't have to wait, your Honor.
 7              THE COURT:  OK.  I see my law clerk is here.
 8              I am trying to make sure I know who all the other
 9    attendees are.
10              MS. MEYERS:  Good afternoon, your Honor.  This is
11    Jessica Meyers.  I'm also from Brown Rudnick.
12              THE COURT:  OK.  Very good.
13              MR. SHINDLER:  And good afternoon, your Honor.  This
14    is Ronald Shindler, from Fowler White.
15              THE COURT:  Who do you represent, sir?
16              MR. SHINDLER:  Defendants.
17              THE COURT:  Defendants.  OK.  All right.  Very good.
18              More people coming in.  OK.  So we will give them a
19    few seconds.
20              MR. KNIGHT:  Good afternoon, your Honor.  Christopher
21    Knight.
22              THE COURT:  Good afternoon.  Thank you.
23              So I have the list of issues that were sent initially
24    and then the list that was sent, was it yesterday?
25              MR. BEST:  Yes, your Honor.
```

```
 1              THE COURT:  After the parties had had a chance to meet

 2    and confer.

 3              Selection of the mediator has already occurred.  So

 4    that is good.

 5              Let me hear first from the plaintiffs as to what you

 6    want to address today and then from the defendants as to what

 7    you want to address, and then we can decide what can be done

 8    today.

 9              MR. MOSKOWITZ:  Thank you so much, your Honor.  This

10    is Adam Moskowitz.  I am going to just be very brief for the

11    plaintiffs, maybe five, ten minutes, just to kind of give you a

12    little bit of the background.

13              I know this is our first hearing before your Honor, so

14    I will give you a little background, tell you exactly where we

15    are, where we have our differences, and then I am going to turn

16    it over to Mr. Boies, who is going to say just a few other

17    words as well.

18              First let me thank you so much on behalf of hundreds

19    of our clients across the country because they have all been

20    tracking the case carefully and we are so honored to finally

21    have a discovery hearing.  We had our first hearing with Judge

22    Altman a few weeks ago where he denied the stay.  So we are so

23    grateful to have this hearing with your Honor because we are

24    the only case out there about Voyager that is pending in the

25    country.  So this is really the only avenue for all those
```

```
 1    people.
 2            My partner, Joey Kaye, is going to show a few slides
 3    and I will kind of go through the background.
 4            Why don't you start, Joey, and we can move them
 5    expeditiously.
 6            So this is our presentation.
 7            Why don't you make it full screen.  Great.
 8            Let's go to the first one.
 9            So, your Honor, we are looking at about a year, a year
10    ago -- this has been a long battle.  It is not something that
11    just started.  A year ago we filed a class action on behalf of
12    all of the same Voyager customers we have today, and it was
13    assigned to Chief Judge Altonaga.
14            We sued Voyager for various different allegations.  We
15    spent a good portion of the allegations specifically about
16    Mr. Cuban and about the Mavericks, and it made newspapers all
17    around the country, obviously, and it made a lot of
18    international papers, because we said that Mr. Cuban and the
19    Mavericks were assisting in this fraud that we alleged, and we
20    actually said that if Voyager will agree to end these interest
21    accounts, which we believe the SEC has already ruled are
22    securities, we would be willing not to take attorneys' fees in
23    this case because our real relief was let's try to help these
24    people and let's try to help them out of this situation because
25    we saw the writing on the wall.
```

```
 1            Voyager was not doing well, although they were citing
 2       billions and billions in revenue.  We knew something was going
 3       to happen quick, so we needed some quick action.  Judge
 4       Altonaga was wonderful in terms of moving the case quickly
 5       before the company went bankrupt, which stayed us for about six
 6       months.
 7            When we first filed, there is no dispute that
 8       Mr. Cuban and the Mavericks, they knew and they anticipated
 9       litigation was going to be filed.  So the first thing that
10       Voyager did is exactly like this case.  Voyager Digital filed a
11       motion saying there is a lack of personal jurisdiction between
12       Florida and Voyager.  They said there is no connection between
13       Voyager and Florida.
14            So Judge Altonaga heard the arguments and she said:
15       Under these facts where you have allegations of a connection,
16       you always allow depositions in discovery.
17            Ironically, we took the deposition of the Voyager
18       declarant and it was just the opposite.  Florida turned out to
19       be one of the largest states where they were getting most of
20       their revenue.  So it clearly showed that these declarations
21       were not true.
22            Next slide.
23            So really what did Judge Altonaga rule?  Judge
24       Altonaga looked at the Eleventh Circuit law and she said:  It's
25       well established that the Eleventh Circuit recognizes the right
```

1  to conduct limited jurisdictional discovery.  She said:  Once

2  jurisdictional facts are disputed, the court does not have

3  discretion to grant or deny the request; rather, the element of

4  discretion, if any, exists with respect to the forum that that

5  discovery will take, and she ordered Voyager to immediately

6  make available those specific declarants who provided their

7  sworn declarations in support of the motion to dismiss, and she

8  provided us with discovery.  So that is the basis and what the

9  track record is of what has been going on about a year ago.

10       So now in this case we were shocked, frankly, to get a

11  motion for lack of jurisdiction, and for some reason these

12  lawyers decided to make it from Mr. Cuban himself.  In Voyager

13  we got it from one of their employees.  We didn't get it from

14  the top, top of the gun.  But here, they decided that Mr. Cuban

15  was going to make a sworn declaration.

16       We read it with complete shock.  It said:  At no time

17  have I done anything with or in connection with Voyager in

18  Florida; none of my visits to Florida had any connection to

19  Voyager; and I only own two vacation homes, and we have

20  estimated the values about $40 billion.  This really caused us

21  some concern because of what we already know and which isn't

22  disputed.

23       In our actual complaint, unlike the one case that the

24  defendants cite where they didn't make any allegations of

25  jurisdiction, we go through countless paragraphs showing that

1    Mark Cuban was actually doing a press conference with Voyager,

2    invited all of the international media to that conference, said

3    the Voyager Mavericks partner was going to be a leader, and he

4    said it is going to be a leader around the country.  Not just

5    in Dallas or not in the local area; he said it is going to be

6    in Florida.  He said:  Any resident who purchased any of these

7    Bitcoin products would be matched $100, including people in

8    Florida.  If you open up a Voyager account and you type in the

9    Mark Cuban code, you get $100 into your account paid by the

10   Mavericks.

11        We make many other allegations that Florida residents

12   specifically bought these products because they heard Mark

13   Cuban's conference.

14        Now in this case we are alleging that these interest

15   accounts, that every Voyager customer had, were all securities.

16   In 2017 the SEC said, we think they are securities.  So our

17   case is anyone who promotes them is strictly liable.  It is

18   that simple.  It is not a crazy case.  It is not something that

19   is going to last ten years.  It is just did Mark Cuban promote

20   this product that is an unregistered security.

21        For jurisdiction we make, I think, 14 allegations in

22   the complaint about his connection to Florida, how he said he

23   wants to make this around the country, how he let Florida

24   residents buy these Bitcoin promotions.  So of course, there is

25   a connection between Mark Cuban and Florida.

1          It didn't stop there.  He actually had, Mark Cuban, an

2    international press conference on October 27, 2021 where he put

3    it over the internet, where people in Miami, Florida, all

4    watched it.  We want to just show you one minute of what he

5    told the country in terms of expecting other people to believe

6    that Voyager was coming into their community.

7          THE COURT:  Well, Mr. Moskowitz, I appreciate the

8    presentation, but are we going to be talking about a stay

9    pending discovery?  I think that's already been ruled on --

10         MR. MOSKOWITZ:  Yes, your Honor.

11         THE COURT:  -- in terms of the motion to dismiss.

12         MR. MOSKOWITZ:  The defendants didn't produce any

13   discovery.  They objected to everything, and they said

14   everything should be stayed pending the motion to dismiss.

15         THE COURT:  And Judge Altman already ruled on that,

16   right?

17         MR. MOSKOWITZ:  Yes, your Honor.  Judge Altman, in a

18   very extensive order, said:  I peeked at the merits.  I think

19   there is a claim here.  I don't believe any discovery should be

20   stayed.  And in fact, he said:  I don't see any basis for even

21   a protective order.

22         THE COURT:  OK.

23         MR. MOSKOWITZ:  So as we are right now, Judge Altman

24   said:  I haven't seen any evidence that we need a

25   confidentiality or protective order.

1    We are being nice saying we will agree to the one we

2    had in the Voyager case, and I'll explain it, but what Judge

3    Altman said is:  You have presented nothing to justify a stay,

4    so I'm going to allow discovery.  And we had Mark Cuban,

5    because he is a defendant, we had him noticed for deposition

6    three months ago.  We asked for a date.  They said we are not

7    going to give you anything because we are going to win our

8    motion to stay.  I said, if you don't win your motion to stay,

9    could you please give us some alternate dates, and we didn't

10   get any.

11        THE COURT:  OK.

12        MR. MOSKOWITZ:  So here we are now and we have a

13   motion to dismiss on personal jurisdiction.  They decided to

14   give the sworn declaration of Mark Cuban.  They could have

15   picked anybody, but they picked Mark Cuban.

16        He makes these statements that we believe are not

17   true.  They are not accurate.  He had this press conference,

18   that we will show you, with Steve Ehrlich, about Voyager.  Then

19   we are going to show you that he came back to Miami.

20        This isn't in his declaration.  That is what makes it

21   extremely questionable.  I think it's very, very -- I don't

22   know what the word is -- it is very risky for a lawyer to get

23   his client saying I've never discussed Voyager in Miami when

24   two months after this international press conference, as you

25   will see, he comes back to Miami to be the keynote speaker, and

1    Steve Ehrlich from Voyager is there.

2           So, Joey, why don't you just show one of these clips

3    quickly.

4           MR. WISSNER-GROSS:  Your Honor, your Honor, Sigmund

5    Wissner-Gross.  I think that has really gone a bit too far.

6           MR. MOSKOWITZ:  Judge, I'll only be five minutes and

7    they can have all the time they'd like.

8           THE COURT:  Excuse me.  Thank you, counsel.

9           Mr. Moskowitz, I'm trying to make sure that I

10   understand the frame of reference in which I'm viewing your

11   evidence.  If your point is going to be I want to depose

12   Mr. Cuban earlier rather than later, is that why I'm looking at

13   this?  I just want to make sure I understand the point of

14   reference.

15          MR. MOSKOWITZ:  Absolutely, your Honor, because we

16   need to depose him before their motion to dismiss for lack of

17   jurisdiction is decided because they are relying strongly and

18   mainly on his sworn allegations.

19          THE COURT:  OK.

20          MR. MOSKOWITZ:  We said to them, why don't you just

21   withdraw your declaration if you don't want to make him

22   available now, but they said no, we want it both ways.  We are

23   going to rely on his declaration, which we think is false --

24          THE COURT:  OK.

25          MR. MOSKOWITZ:  -- and we are going to have a hearing

1    on the motion to dismiss before we ever allow you to depose

2    Mr. Cuban.

3         So I said to them, why don't you just withdraw his

4    declaration because Judge Altonaga already ruled.  Of course,

5    we are allowed to depose the people that you are relying upon

6    for your motion to dismiss.

7         THE COURT:  OK.  I understand the frame of reference.

8    You can proceed.

9         MR. MOSKOWITZ:  OK.  Joey, can you play this brief

10   one.  This will just give you a background on him and Mr.

11   Ehrlich.

12        (Audiotape played:  *It's different.  You know, what*

13   *FTX did with the Heat was great and they also had -- they're*

14   *also trying to push their retail software application, but at*

15   *the same time I think we're trying to make this driven more*

16   *towards education and enabling more and exposing more people in*

17   *an educated manner to crypto through Voyager).*

18        MR. MOSKOWITZ:  What I am going to do -- Joey, you can

19   skip through all the other clips because they are all in

20   evidence, Judge Reid.

21        What we are showing you is Mark Cuban last year held a

22   news conference where he said:  We're trying to target all

23   Maverick fans around the country.  I believe the Voyager crypto

24   is safe.  I've checked it out.  I have an account, and I want

25   all Mav fans from around the country to participate.

1        So how that could not be enough to at least wage

2   allegations that there is jurisdiction over Mark Cuban is just

3   baffling to us.  It is more than what we have ever seen.

4        Next slide, Joey.

5        So the court, as your Honor said, Judge Altman had a

6   hearing and he said:  Motions to stay are not favored, so I'm

7   going to deny it.  He said:  Defendants have done nothing to

8   establish a specific showing of prejudice or burdensome, and he

9   said, in fact, taking a preliminary peek at the merits, the

10  motion is not clearly meritorious.

11       Next slide, Joey.

12       So you have to now remember, Mark Cuban and Steve

13  Ehrlich, who is the CEO of Voyager, are going back and forth

14  hugging each other in the end of 2021, saying, Mark is a

15  tremendous advisor to me, we have a great relationship, and

16  this is all important because we need to take his deposition on

17  the jurisdictional parts.

18       Joey.

19       So two months after this conference where these two

20  guys are arm in arm telling the country that they are going to

21  make this brand new type of partnership, that's never been seen

22  before, and he's comparing it to FTX.  He says:  We're going to

23  work together on educational programs, we're going to go

24  provide materials to people around the country.  Two months

25  later, what does he do?

1          Joey.

2          He is the keynote speaker in the Miami Crypto

3    International Convention.

4          So we say to ourselves, as an officer of the court

5    you've just signed an affidavit saying in 2022, I, Mark Cuban,

6    have never been in Florida discussing Voyager ever.  What they

7    don't disclose is he was the keynote speaker at the crypto

8    convention just two months after announcing this world-famous

9    partnership with Voyager.  And who else is at this conference?

10   Steve Ehrlich from Voyager.

11         So these are all points that you will never find in

12   any case which says, of course, you need to depose him.  A, it

13   shows that his affidavit may be false, but secondly, how could

14   that not be contested of whether he is saying is true or not.

15         You have got here a Crypto International Convention

16   that he did not disclose in his affidavit.  All they are going

17   to say is, well, good luck, you found it.  Well, why did we

18   have to find it?  As an officer of a court, don't you need to

19   say, well, he wasn't in Florida.  But he actually was as the

20   keynote speaker, the main speaker.  So was Steve Ehrlich at

21   Voyager.  These are facts you need to share as officers of the

22   court.

23         Next slide, Joey.

24         This was promoted all around the world.  It said:

25   Mark Cuban, the billionaire crypto currency guy, is coming to

1  Miami.  He is going to discuss his 18 Blockchain companies, and

2  he is going to discuss everything he knows.

3          So I don't know -- how do we react when an officer of

4  the court files an affidavit saying I've never spoken in Miami

5  about these issues?  We don't know what to do.  We don't want

6  to move for sanctions because we have great respect for our

7  counsel, but after a year this is pretty much pushing the

8  envelope.

9          Joey, next slide.

10         So Mark Cuban is here in Miami.  Remember, they said

11 he's never come to Miami and discussed it.  We found this clip.

12 This wasn't a clip that they provided.  He is sitting in a cafe

13 in Miami, Mark Cuban, in 2022, when he said, under oath, he's

14 never discussed these issues.

15         Joey, let's hear what he had to say.

16         (Audiotape played:  *Miami crowd is completely*

17 *different.  I never heard hooting and hollering and screaming*

18 *and yelling, and, you know, it was like a party out there*

19 *talking about NFT.  So it's a completely different environment,*

20 *and the mayor deserves a lot of credit).*

21         MR. MOSKOWITZ:  So I mean, really?  I mean, you're

22 saying in an affidavit in 2022 I never discussed any of these

23 issues because I want the case dismissed for lack of personal

24 jurisdiction and as an officer of a court you say that, when we

25 find on our own, after weeks of private investigators, of

1    video, where he is in Miami saying Miami's got the greatest

2    crowd and it's going to be the hotbed of crypto.

3           Mark Cuban doesn't stop there.  Judge, every week he

4    is making comments now in the newspaper.  He said just three

5    weeks ago to the public media -- this was covered in every

6    newspaper -- first, you gotta understand crypto.  There's

7    speculation.  That's all the noise.  Then there's the things

8    that happened with Voyager and with FTX now.  That's somebody

9    running a company that's just dumb as -- I don't want to say --

10   F greedy.

11          We shouldn't be able to depose this guy?  And he is

12   now saying that Steve Ehrlich, who was his best friend and his

13   mentor, is dumb as F'ing greedy.  It is just preposterous.  He

14   is not staying silent in the media.

15          Next slide, Joey.

16          THE COURT:  So, Mr. Moskowitz, as I understand the

17   dispute, the question is when, right.  I don't think your

18   opponents are saying, well, you can't depose Mr. Cuban, or are

19   they?

20          MR. MOSKOWITZ:  Right.  Well, they're saying we can

21   get you him maybe -- the last we had -- Judge, this is the

22   frustrating part.  We have had nine meet and confers.  The last

23   part was, we think we can get him to you in March.

24          So my point was, well, then you're going to withdraw

25   his affidavit, right?  I mean, how could you tell Judge Altman

```
 1   to dismiss this case based on what we think may be lies from

 2   Mr. Cuban and we don't get to test his declaration?

 3          So we said, just make it easy.  Withdraw his

 4   declaration and make him available in February, or you're going

 5   to rely on his declaration, you decided to use him, you would

 6   have to say, hey, if I'm giving a declaration of somebody, I

 7   have got to put them up for deposition.  That's what Judge

 8   Altonaga ruled in this exact same case.

 9          So my only request is let's take his deposition now or

10   agree you're not going to rely on his declaration and let's

11   take it in February or March.  So that's that point.

12          The three items that we have today, your Honor, is

13   simply entry of a confidentiality order, the deposition, and

14   they have objected to every single discovery request.  We made

15   it funny.  We only did like three or four requests for

16   production, three interrogatories, two requests for admission.

17   Just give us everything between you and Voyager.  That's all we

18   want.  It is that simple.

19          The confidentiality order, I sent them a copy of the

20   one Judge Altonaga entered in Voyager four months ago.  I knew

21   this was going to be a delay because this was -- all we do is

22   class action litigation, and the defendants always say let's

23   spend a couple of months drafting a confidentiality order.

24          So four months ago I sent them the draft

25   confidentiality order.  Only last week they said, you know
```

1   what, we are going to need a super-secret confidentiality order

2   which has two layers.  One that we think is confidential and

3   one we think is super confidential that you can't show your

4   clients, you can't show your experts without telling us, and,

5   Judge Jonathan Goodman, as we cite in our papers, that we will

6   get to, says that's absurd, I would never approve it.

7          Here, Judge Altman already denied their request for a

8   protective order, that we have said, but then in the Procats

9   case in this court he said:  Defendants' highly confidential

10   designation, this court says, is the most restrictive possible

11   protective order, confines dissemination of discovery materials

12   only to opposing parties' attorneys.

13          So Judge Goodman said that's ridiculous, and we have

14   had this type of confidentiality order and it was a nightmare.

15   You can't give it to your clients.  Why is that?  He said,

16   Judge Goodman:  It requires defendants to describe the alleged

17   harm it will suffer with a specific demonstration of fact.

18          They haven't done that here.  He said there's simply

19   no basis for a highly confidential because the risk of harm to

20   plaintiffs from indiscriminate use poses significant handicaps

21   on the restricted litigant.  Discovery can't be shared with any

22   of their clients.

23          I have to tell them if I am going to share it with a

24   witness and then I have to get that witness to sign an

25   affidavit.  It is just ridiculous.

```
1              The last thing I want to do, your Honor, is fight over

2     confidentiality orders.  Of course.  But the one that was

3     entered in Voyager gives them full protection.  Anything they

4     think is confidential they can designate, and I can come to

5     your Honor and challenge it.

6              So they're saying now we have some responsive

7     documents the last month, but we're not giving you any until

8     you sign a confidentiality agreement, and now they are saying

9     we want to spend the next 60 days, should it be a one tier or

10    two tier, and we want to now do ESI discovery.  I said, why do

11    you need to do electronic discovery?  This is one of the most

12    basic cases.  Give us the documents between the Mavericks and

13    the Voyager deal.  We don't want to delay this.  But we don't

14    want to wait now 90 more days.

15             Joey, next slide.

16             So we are coming in for a landing.  So Mark Cuban says

17    in his affidavit, I have no connection.  The complaint says he

18    does.  The case law is clear.  We get the discovery.

19             Next slide.

20             They have one case in their whole papers where they

21    say that we shouldn't be able to depose him.  It is this

22    Magistrate Reinhart case, which is incredible because there,

23    there the plaintiffs failed to say any facts of the

24    forum-related conduct.  Not a single one.  And the complaint

25    didn't even reference Florida's long arm statute.
```

```
 1              So you compare that to our case, where we have pages

 2      and pages of allegations about Mark Cuban, the Mavericks, and

 3      Miami, we have press conferences that take place in Miami, we

 4      have video of Mark Cuban in Miami, and Judge Reinhart even

 5      said:  I'll let you file an amended complaint to cure those

 6      deficiencies.

 7              So there is no case in the country that says under

 8      these facts we wouldn't get to depose Mr. Cuban.

 9              Again, I don't know why they had him do the

10      declaration.  If they wanted some lower-level person, get a

11      lower-level person.

12              So this was the very reasonable proposal we said to

13      them a few weeks ago -- either you withdraw your declaration

14      and we'll depose him later or we need to extend our deadline,

15      because our opposition to their motion to dismiss is due

16      January 3rd and our deadline to amend the pleadings or add

17      parties is January 24th.  So if we're going to add anything

18      based on this discovery, we would like that to be at the

19      January 24th deadline.

20              So we have been willing to negotiate and compromise,

21      but the argument that we're just not making Mr. Cuban available

22      because he's busy, and meanwhile he is going on podcasts every

23      day talking about these cases, but he's busy, I can't go until

24      March, that significantly prejudices us.  They decided to give

25      Mark Cuban's affidavit, not us.
```

1          Next slide, Joey.

2          So now the final point is just on the discovery.

3     Every single discovery request has an objection of vague,

4     ambiguous, overbroad, or redundant.  Every single one.  So they

5     have produced nothing.  They say in their papers that we have

6     produced some discovery.  You know what they did?  They said

7     Mark Cuban had a Voyager account.  That was the sole bit of

8     information from all of our requests in the last three months,

9     and they said we'll give you stuff excluding any account that

10    the defendant may have had with Voyager.  How is that possible?

11         So sitting here today after three months we have

12    nothing, not a single document.

13         They have moved to dismiss on personal jurisdiction.

14    We would ask your Honor to enter the reasonable confidentiality

15    order.  We would ask your Honor to overrule all of these

16    objections, that are just silly.  The ones in the interrogatory

17    say we don't even think you make any sense with your requests,

18    and all we do is we quote Mark Cuban, where he says it's cheap,

19    it's fast, the pricing is really good.  He says, it's as close

20    as risk free as you're going to get, your Honor.  We say, how

21    did you know that?  How did you know that it is as close as

22    risk free when you made that representation to the country?

23    The answer is he didn't, because now he's saying I met Steve

24    Ehrlich one day.

25         So they are sort of in a box.  Either he didn't know

1    anything about Voyager when he gave this public press

2    conference or he did know and he's lying.

3          We would ask your Honor very respectfully to enter the

4    confidentiality order that Judge Altonaga entered -- it is

5    entered in 99 percent of the cases -- require them to produce

6    Mr. Cuban for deposition in the next 30 days or withdraw his

7    affidavit.  Third, overrule all of these objections, which are

8    just silly and baseless, and allow us to do what we have been

9    doing in Voyager for a year, where we will just get to the

10   bottom of what are the connections between Mr. Cuban and

11   Florida and then let's get to the merits of this.

12         Remember, he said Mark is a tremendous advisor to me,

13   we have a great relationship.  They are now claiming in an

14   affidavit Mr. Ehrlich may have been embellishing this.  So we

15   don't even know what their relationship is.  But we're deposing

16   Mr. Ehrlich January 25th.  So he is set.  They tried to get

17   that one stopped, but that is not happening.  So we are going

18   to find out from him, and we have some other third-party

19   discovery, which we have tried to work with with them.  We

20   didn't go forward with them because they have asked us not to.

21         We, being very reasonable, but we represent thousands

22   of investors all around the world and we have been trying for a

23   year.

24         Voyager went bankrupt.  So that was stayed for six

25   months.  The order was going to come out from Judge Altonaga

```
 1    appointing lead counsel just days before they declared
 2    bankruptcy.  Now it is time to get on with this case.
 3         It is two issues, your Honor.  Did Mark Cuban promote
 4    an unregistered product, and did he disclose in all of these
 5    conventions that he was getting paid millions of dollars for
 6    doing it.  Nothing else matters.  That is what we are going to
 7    prove to your Honor.  It doesn't matter if people saw the
 8    commercials.  It is just those two issues.
 9         So what they want to do is, they called us yesterday
10    and said, why don't we spend the next few months creating an
11    ESI protocol, why don't we create searchable terms, why don't
12    we get document custodians, why don't we then review all the
13    documents, why don't we do an exchange in two months, and then
14    after those two, three months we'll start depositions.  We
15    said, are you kidding me?  We have been doing this case for
16    seven months.  We sent you discovery three months ago.  Your
17    documents are overdue, and Judge Altman denied your motion to
18    stay.  What have you been doing for three months?
19         The documents have to be ready.  We want them
20    tomorrow.  We don't need ESI protocol.  Do a search for
21    Mavericks and Voyager.  We are trying to be very reasonable,
22    your Honor, but the damages are about $10 billion.  We have got
23    hundreds of thousands of customers around the globe that are
24    waiting for this one case, because that is their only avenue of
25    relief, and we would like to move it along.
```

1          Thank you so much, your Honor.

2          THE COURT:  Thank you, Mr. Moskowitz.

3          MR. MOSKOWITZ:  I'm turning it over to Mr. Boies.

4          THE COURT:  OK.  So I'd like to hear from the defense,

5    the defendants.

6          MR. WISSNER-GROSS:  Your Honor, Sigmund Wissner --

7          MR. BEST:  This is Steve Best.  Actually, David, did

8    you have something to say before we begin?

9          MR. BOIES:  No.  I think in the interest of time, I

10   think Adam has said it well.  I will pass.

11         THE COURT:  OK.  I appreciate that.

12         MR. BEST:  Your Honor, this is Stephen Best.  I am

13   going to turn it over to Mr. Wissner-Gross in a second.

14         I want to frame this for an actual logical discussion

15   and correct a number of misstatements that have been made by

16   Mr. Moskowitz.

17         We have -- in fact, in our meet and confer yesterday,

18   which was our only meet and confer on these substantive issues,

19   not nine prior meet and confers.  In fact, there were several

20   meet and confers that were scheduled and Mr. Moskowitz didn't

21   show up.

22         In any event, let me address the videos and let me

23   address the rhetoric.  What you didn't hear --

24         THE COURT:  I am not sure you need to.

25         MR. BEST:  All right.  Let me frame the issue.  We

```
 1    offered up Mr. Cuban and asked for dates in February or March,

 2    any range of dates from the plaintiffs.

 3            THE COURT:  OK.

 4            MR. BEST:  He wouldn't give them to us.

 5            THE COURT:  OK.  So his argument is that in January

 6    3rd he's got to file a response to the motion to dismiss, if I

 7    understand correctly.  So he wants to be able to get

 8    information from Mr. Cuban.  That would obviously be a problem.

 9            MR. BEST:  Right.

10            THE COURT:  If what he is saying is true, and I'm

11    seeing the video myself, and Mr. Cuban is saying he never

12    promoted this Voyager in Florida, we have a problem, correct?

13            MR. WISSNER-GROSS:  Your Honor, Sigmund Wissner-Gross.

14    Perhaps, Steve -- do you want to make the comments or can I

15    take over?

16            MR. BEST:  Go ahead, Sig.

17            MR. WISSNER-GROSS:  Your Honor, look, Mr. Moskowitz

18    went for 30 minutes and, frankly, misrepresented the record

19    from beginning to end.  So, your Honor, if I could --

20            THE COURT:  So I need more information on the record.

21    OK.

22            MR. WISSNER-GROSS:  Let me try to just reset the table

23    a little bit.  Frankly, it is usual in a conference before a

24    magistrate, we talk about the issues step by step.

25    Mr. Moskowitz went through a long ad hominem.  I think we owe
```

1    it to the court to give a little bit of context to set the

2    record straight.

3         THE COURT:   OK.

4         MR. WISSNER-GROSS:   So, first of all, his is not the

5    only case.   There is a case in the Southern District, just for

6    reference.   Secondly, the Cassidy case, there are scant

7    references to Mr. Cuban in that case.   That case was filed in

8    the Southern District.   It was stayed because of the Voyager

9    bankruptcy.

10        THE COURT:   I understand.

11        MR. WISSNER-GROSS:   He subsequently filed the case

12   against Mr. Cuban and the Mavs and Mr. Ehrlich, and to cut a

13   deal -- to be able to avoid a stay of our case, he cut a deal

14   with the debtors and the creditors' committee in the Voyager

15   bankruptcy to dismiss Mr. Ehrlich.   So he is out of the case.

16   That leaves the Mavericks and Mr. Cuban.

17        All right.   Let's just talk a little bit of the basic

18   facts which are necessary to give you context for why

19   Mr. Cuban, who has been named individually, as in any other

20   case where someone moves for lack of personal jurisdiction

21   submits a jurisdictional affidavit limited to the

22   jurisdictional issues.

23        First of all, where did the meetings occur?   Well,

24   there was a press conference in Dallas on October 27th in which

25   there was an announcement that the Mavs entered into a

1    sponsorship agreement with Voyager.  No dispute.  That press

2    conference occurred in Dallas.

3         Mr. Moskowitz claims that there is a specific

4    statement that it would be directed to the people in Florida.

5    That never happened.  Mr. Moskowitz just made up that fact.  It

6    was a press -- in fact, your Honor, the press conference is

7    referenced in the complaint.  There is a link.  So you and

8    everybody else can look at the press conference and see for

9    yourself that there is actually nothing that was ever said at

10   that press conference in any way, manner, or form, connected to

11   Florida.

12        That point is made in the, not surprisingly, in

13   Mr. Cuban's jurisdictional affidavit he says that he met Mr.

14   Ehrlich in Dallas, which is correct, and in the Mavs

15   jurisdictional affidavit they make the same point.

16        Now, in addition, he met Mr. Ehrlich a second time in

17   Dallas for a charity event for the Mavs, which he states in his

18   affidavit.  Nothing in dispute with respect to that.

19        Now if you step back a moment, Mr. Moskowitz talks

20   about at one point he represents hundreds of people, one point

21   he represents thousands of people.  In the complaint he claims

22   that there is $5 billion of damages, now he is claiming $10

23   billion of damages.

24        We think a central issue in the case, if it survives a

25   motion to dismiss, is whether there was any damages suffered by

1    any of these plaintiffs.  We think there is a material

2    causation issue in the case, both on the front-end and the back

3    end.  By front-end I mean the following.

4          The press conference didn't occur until October 27,

5    2021, several years after Voyager began its operations,

6    presumably also during part of the class period that preceded

7    that.  What Mr. Moskowitz doesn't tell you, what we found in

8    our investigation, even though we haven't had a chance to

9    depose the plaintiffs yet, is that at least eight of the 12

10   named plaintiffs opened their Voyager account prior to October

11   27, 2021.

12         So what does that mean?  That means that there is

13   going to be a material, if not dispositive, issue in terms of

14   reliance and causation for eight of the 12 plaintiffs, and we

15   haven't even deposed them yet.  So that takes care of eight of

16   the 12.

17         MR. BEST:  And to be clear, your Honor, that is only

18   what our investigation has confirmed at this point.  It may be

19   more than eight, but at this point we can represent to the

20   court it is at least eight of the 12.

21         THE COURT:  OK.

22         MR. WISSNER-GROSS:  So in addition, our investigation

23   has uncovered some things about named plaintiffs.

24   Mr. Moskowitz is shocked.  I'm doubly shocked.  There are going

25   to be things about some of these named plaintiffs that we are

1    stunned he would have the temerity to include them as named

2    plaintiffs.

3           One thing he didn't mention --

4           THE COURT:  I understand, Mr. Wissner-Gross, that

5    there are lots of issues out there that Judge Altman is going

6    to have to recon with.  What I am trying to do is make sure

7    that I am dealing with the ones that I need to deal with.

8           MR. WISSNER-GROSS:  Let me turn, if I could, to the

9    issue of Miami.

10          THE COURT:  OK.  Thank you.

11          MR. WISSNER-GROSS:  It is a fair point.  We filed a

12   jurisdictional affidavit.  Notwithstanding what Mr. Moskowitz

13   told you, if you look at the affidavit, paragraph 8 --

14          THE COURT:  Which document, by the way, is the

15   affidavit so I can look at it with you?

16          MR. WISSNER-GROSS:  Mr. Cuban's affidavit, which is

17   41-2 in the docket.

18          THE COURT:  I am going to pull that up.

19          MR. WISSNER-GROSS:  If you look at paragraph 8, he

20   does say that he attended conferences in Florida.  But let's

21   talk about, if we could, let's -- Steve.

22          MR. BEST:  Could I fast track this, because, your

23   Honor, you clearly want kind of some overarching resolution

24   here.

25          Your Honor makes a very good point as to the dilemma

1    that has been framed, albeit opaquely, by Mr. Moskowitz.  I

2    think a reasonable resolution here is that we find a way to

3    push the judge's response on the jurisdictional issue, allow

4    some time to schedule depositions not only of Mr. Cuban but of

5    the plaintiffs in this case, because our jurisdictional

6    arguments also include a concern as to a good faith filing of

7    this lawsuit by named plaintiffs who in fact had opened their

8    accounts prior to Mr. Cuban making any statement, and as well

9    what hasn't been told is that our investigation has revealed

10   that as part of what you watched on TV, what wasn't on there

11   was the promotion by the Mavericks to give $100 of crypto if

12   anybody opens their account.

13          Our investigation reveals that none of the plaintiffs

14   responded to that opportunity, and none of the plaintiffs,

15   named plaintiffs in this case opened their accounts and

16   received $100 worth of free crypto pursuant to this sponsorship

17   agreement.

18          So I understand everything that you were getting to,

19   your Honor.  I just want to make it clear that we are spending

20   an incredible amount of money and cost responding to a lawsuit

21   where we have significant evidence at this point that there is

22   a real question as to causation here from these named

23   plaintiffs.

24          So that brings us to what are we going to do here if

25   we are going to push this off and allow an opportunity from

1    Mr. Moskowitz and Mr. Boies to take the deposition of Mr. Cuban

2    solely on jurisdictional issues.  We at the very least,

3    respectfully, insist on deposing these named plaintiffs to

4    address our significant concern as to a good faith filing in

5    this case.

6              THE COURT:  OK.

7              MR. WISSNER-GROSS:  Your Honor, if I could just --

8              THE COURT:  I'm sorry.  Go ahead.

9              MR. WISSNER-GROSS:  I was going to say, if I could add

10   to that, just to complete the record.

11             The appearance by Mr. Cuban at the conference in

12   January 2022 in Miami, that was videotaped.  So in other words,

13   Mr. Moskowitz gives you a clip from his appearance.  You can

14   watch it.  It is about 45 minutes or so.  There is no reference

15   to Voyager at all during the course of the -- he was

16   interviewed at a conference in Miami.

17             Mr. Moskowitz, as part of his investigation before he

18   filed the lawsuit, could have reviewed that clip, which was

19   available for months before the filing of the lawsuit.  He

20   could have confirmed for himself that at the conference in

21   Miami Mr. Cuban made no reference to Voyager.

22             MR. BEST:  Yes.  Mr. Cuban didn't bring up Voyager

23   once at that conference.  It is on videotape.  Mr. Moskowitz

24   knows that.

25             He was also in Miami and other parts of Florida for

```
 1   the Dallas Mavericks, but he didn't bring up Voyager then as
 2   well.  Let's be clear.
 3           MR. WISSNER-GROSS:  So he also gave you a clip of what
 4   was a short like 10-, 15-minute chat with Mayor Suarez the same
 5   day as he appeared at the conference.  There is no reference to
 6   Voyager in that clip either.
 7           THE COURT:  I see.
 8           MR. WISSNER-GROSS:  He also suggests that with Mr.
 9   Ehrlich, that maybe, who appeared at the same conference, and
10   maybe they met, etc.  Well, Mr. Cuban appeared a day before.
11   We've actually checked this out.  He was on his plane heading
12   back to Dallas the following day when Mr. Ehrlich, who didn't
13   appear on the same day, appeared at the conference.
14           He is welcome to try to confirm with Mr. Ehrlich
15   whether they met in Miami, but the answer is no.
16           THE COURT:  OK.
17           MR. WISSNER-GROSS:  We recognize that if your Honor is
18   inclined to give the plaintiff some jurisdictional discovery --
19   I mean, normally, your Honor, he has to make a showing in his
20   response to the motion to dismiss to demonstrate entitlement to
21   contest some of the jurisdictional facts to be permitted to
22   take a deposition of Mr. Cuban on issues of jurisdiction.  The
23   suggestion that Mr. Cuban should withdraw a pretty *pro forma*,
24   standard declaration in support of dismissal is the, frankly,
25   opposite way the procedure is supposed to work.
```

1    Mr. Cuban and the Mavs submitted pretty much standard

2    jurisdictional declarations.  It is Mr. Moskowitz's burden,

3    under well-established case law, in his opposition to make a

4    showing that he is entitled to jurisdictional discovery of

5    Mr. Cuban and of the Mavs, and he has every right to do that in

6    his response on January 3rd.

7          If your Honor is inclined to alter the schedule,

8    obviously we will live with that, but at the same time, as we

9    have noted, we have serious questions about the plaintiffs,

10   their standing and causation issues.

11         Under the schedule we are supposed to be submitting,

12   under Judge Altman's schedule, expert reports at the end of

13   February.  We need to be able to complete our depositions of

14   the plaintiffs well before then, unless there is some

15   adjustment on that.

16         THE COURT:  OK.

17         MR. WISSNER-GROSS:  Your Honor, I don't have to go

18   further on the jurisdictional issues unless you have some

19   questions.

20         THE COURT:  Right.  So on the jurisdictional -- let me

21   just also start by saying I have a great deal of respect for

22   both attorneys on both sides, and I expect that in this kind of

23   case both attorneys, all the attorneys are going to give their

24   strongest arguments.  It is my job to kind of sort that out and

25   figure out the most just and fair way to proceed under the law.

1        So I am not in any way trying to cut anybody short.   I

2   just want to make sure I get to the facts as efficiently as

3   possible and I don't waste anyone's time.

4        MR. MOSKOWITZ:   Judge, can I respond just in ten

5   seconds to what they said?

6        THE COURT:   I don't think that's necessary really.

7        What I want to do is focus on this.   I think both

8   parties understand that there is case law to support and a lot

9   of law to support jurisdictional depositions, and yes, there

10  should be some reason for it.   In this case Mr. Moskowitz's

11  reasoning is, well, we have at least instances in which he

12  discussed these types of products in Florida and the business

13  itself generally and his statements are generally directed

14  towards Florida.

15       So the question is, when should that deposition occur.

16       I don't think you're saying, Mr. Wissner-Gross, that

17  you don't want to make your client available for a deposition.

18  The only question is when.   Correct?

19       MR. WISSNER-GROSS:   That's correct, your Honor.   We

20  have offered up -- our client is not available in December nor

21  counsel, and Mr. Moskowitz originally noticed his deposition

22  for January 13th.   That's the date counsel --

23       THE COURT:   January 13th is not a possibility.

24       Has anyone asked Judge Altman to extend the deadline

25  for responding to the motion to dismiss?

```
 1              MR. WISSNER-GROSS:  If I could, I don't think that's
 2     happened, but there are also two other substantive grounds for
 3     dismissal.
 4              Jurisdictional is the first prong.  We then have the
 5     substantive, and we think compelling, ground that the state law
 6     claims that have been asserted fail to state a claim under
 7     numerous grounds.  We have an alternative third ground that
 8     Voyager, which is really at the center of his lawsuit, is a
 9     necessary party, it's in bankruptcy, and the case has to be
10     dismissed because you cannot join them.
11              THE COURT:  I understand.
12              MR. WISSNER-GROSS:  That is it about jurisdiction.  If
13     Judge Altman agrees with us that there is a lack of in personam
14     jurisdiction, the case is over, it gets dismissed.  Otherwise,
15     he has to reach the other two grounds.
16              THE COURT:  But he hasn't stayed discovery and we want
17     to try to deal with the issue that is in front of us right now.
18              So the earliest that Mr. Cuban could be available for
19     discovery, and we are talking about limited discovery with
20     respect to jurisdiction, is when?
21              MR. WISSNER-GROSS:  Steve, I believe it's February,
22     correct?
23              MR. BEST:  I mean, that is what we offered up to the
24     plaintiffs yesterday, and they did not respond.  But yes,
25     February, your Honor.
```

1          THE COURT:  February what?  We need to have some

2     dates.

3          MR. BEST:  All right.  So I asked Mr. Moskowitz

4     yesterday for a range of dates so I could check with Mr. Cuban

5     and he did not respond.  So I'm asking for a range of dates.

6          THE COURT:  OK.

7          MR. BEST:  And I will go back to Mr. Cuban and ask him

8     when he is available within that range.

9          THE COURT:  OK.  Very good.

10         Mr. Moskowitz, if there is an extension of time to

11    respond to the motion to dismiss and you get that deposition in

12    early February, is that a problem?

13         MR. MOSKOWITZ:  No.

14         THE COURT:  OK.

15         MR. MOSKOWITZ:  No.

16         THE COURT:  So let's talk about dates.  I think

17    everyone is agreeing that that deposition needs to occur, but

18    we are having a problem with dates.

19         I certainly understand, Mr. Moskowitz, you want that

20    information in time to respond, but at this point perhaps Judge

21    Altman would be willing to give you that extension if there

22    were a definite deposition date on the table.

23         MR. MOSKOWITZ:  Yes.  I think if we both go, the

24    parties go in a joint request and say we believe -- he was very

25    clear in his order denying the stay.  I mean, I know they said

1    there are many grounds.  He said, I have looked at all the

2    grounds and I find that there is merit here and I am not

3    staying any discovery.

4              THE COURT:  I understand.

5              MR. MOSKOWITZ:  I think if we go in with a joint

6    request to extend the time to oppose the motion and/or amend

7    the complaint, because that's two weeks later.  Maybe we are

8    going to amend the complaint, and I don't want Steve to have to

9    respond to something that we are filing an amended complaint,

10   so then they do a different response.

11             So if we have a deadline that is to respond to their

12   complaint and/or amend the complaint right after Mr. Cuban's

13   deposition, we are fine.  So let's just get a set date in early

14   February for Mr. Cuban's deposition.  That's all we've ever

15   asked for.

16             MR. WISSNER-GROSS:  Your Honor, one approach that's

17   been taken in another case I am involved in is theoretically

18   you could stay the time to respond to the jurisdictional

19   arguments but respond to the balance of the motion to dismiss

20   and then submit his opposition papers, at least directed to

21   jurisdictional issues, after he's taken the deposition of

22   Mr. Cuban.

23             Judge Altman did set a firm schedule of January 3rd.

24   There was an application to extend the time.  Mr. Moskowitz did

25   brief all these issues about wanting to take the depositions

1   prior to the response date, and the judge set a January 3rd

2   date for his opposition and a January 10th date for our reply.

3   He gave Mr. Moskowitz an extra ten pages for his opposition.

4   He gave us an extra five for the reply.

5          THE COURT:  So this has already been decided.  He is

6   not allowing any further extensions.  Is that what I'm hearing?

7          MR. MOSKOWITZ:  Your Honor, I don't think so.  I mean,

8   I think the only thing Judge Altman was clear on is discovery

9   is not stayed.  So all of these documents, which were due last

10  week, all of these documents about Mark Cuban and Voyager,

11  where are they?  I mean, we need them immediately.  Those

12  aren't stayed.

13         So all of this argument now about, well, if we put

14  Mark Cuban up for deposition in February, let's just forget

15  everything that Judge Altman just ruled?  Judge Altman has a

16  two-page order saying I'm not delaying depositions, I'm not

17  delaying document requests, I'm not delaying interrogatories.

18  All of that stuff needs to be immediately produced.

19         MR. WISSNER-GROSS:  You know --

20         MR. MOSKOWITZ:  Can I finish?

21         MR. WISSNER-GROSS:  In all fairness --

22         THE COURT:  Excuse me.  Sorry.  It's impossible for me

23  to deal with two voices going at the same time.

24         Mr. Moskowitz, I'm looking at this order.  I see a

25  paperless order.  Can you tell me what document you are

1   referring to?

2          MR. MOSKOWITZ:  It is a paperless order.  No, the one

3   denying the motion to dismiss.  I mean denying the motion to

4   stay.

5          THE COURT:  Denying the motion to stay I have a

6   paperless order document 45, which simply says that he's taken

7   a preliminary peek at the merits of the motion to dismiss, the

8   one that you referred to.

9          MR. MOSKOWITZ:  Right.

10          THE COURT:  Am I supposed to look at something else?

11          MR. MOSKOWITZ:  No, no, no.  That's it.

12          THE COURT:  OK.

13          MR. MOSKOWITZ:  And all of the discovery that we have

14   served was due three weeks ago and we haven't gotten any of it.

15          THE COURT:  You served discovery in September, you're

16   saying.

17          MR. MOSKOWITZ:  Yes.

18          THE COURT:  OK.

19          MR. MOSKOWITZ:  So I don't know why there would be any

20   dispute now that all of that discovery shouldn't be produced

21   tomorrow.

22          THE COURT:  OK.

23          MR. MOSKOWITZ:  That has nothing to do with the

24   jurisdictional discovery.

25          THE COURT:  All right.  Thank you.  Thank you.

```
 1              MR. MOSKOWITZ:  He's saying there are other grounds to
 2     dismiss the case.
 3              THE COURT:  OK.  Let me talk to Mr. Wissner-Gross now.
 4     Go ahead, sir.
 5              MR. WISSNER-GROSS:  Yes, your Honor.  First of all,
 6     thank you.  The paperless order speaks for itself.  There was
 7     nothing in that order about producing things forthwith, etc.
 8     That is just not in the order.
 9              We have actually asked Mr. Moskowitz for an extension
10     of time to respond to our discovery responses.  Didn't get it.
11     We served our discovery responses.  It is a little bit odd that
12     he is asking you to rule on discovery issues that aren't before
13     you, including our written responses.
14              But for context, there was a request to admit served
15     on Mr. Cuban.  He answered the request.  He answered the
16     request.  He responded to the request to admit.  There was a
17     set of interrogatories served on Mr. Cuban and a separate set
18     served on the Mavs.  We actually answered.  We provided
19     responses to those.
20              For example, they ask:  Tell me, Mr. Cuban, if there
21     are deals that you have or compensation you received.  Well,
22     Mr. Moskowitz may not have liked the answer, but Mr. Cuban
23     didn't have an agreement with Voyager and he didn't get
24     compensation from Voyager.
25              They asked the Mavs whether the NBA had some separate
```

1  deals.  The questions were answered.

2         The document requests which were served on Mr. Cuban

3  add the Mavs.  There were written responses.  As is standard in

4  cases like this, we said we would produce responsive,

5  nonprivileged documents, A, once a protective order was entered

6  and, B, on a reciprocal basis, reciprocal rolling basis, with

7  the production from the plaintiffs.

8         We have served them with discovery requests that are

9  due on December 22nd.  We still remain prepared to begin a

10  rolling production on a reciprocal basis once a protective

11  order is entered.  What we have suggested in the letter or

12  email submitted to your Honor is since we haven't gotten any

13  search terms from the other side, there is no ESI protocol in

14  place, let's do this --

15         THE COURT:  Excuse me.  So we're still stuck on

16  setting a date for a deposition of Mr. Cuban and we don't have

17  the date.  No one is offering any dates at this point?

18         MR. BEST:  So back to where we were, your Honor.

19         THE COURT:  Yes.

20         MR. BEST:  I asked Mr. Moskowitz for a range of dates.

21  He won't give it.

22         MR. MOSKOWITZ:  Judge, this is a game.  He's saying

23  give me dates after your response is due.  I said, why would I

24  give you voluntarily a date after it's due if I want it before

25  our pleadings are due.

```
 1              THE COURT:  Right.  I understand.  Then so we were

 2   talking about, perhaps, an agreed motion for getting an

 3   extension on the response.

 4              MR. BEST:  This is not a game, your Honor.  This is

 5   not a game.

 6              THE COURT:  So why don't we just go ahead and come up

 7   with some dates.

 8              MR. BEST:  Yes.  Just give me some dates.

 9              MR. MOSKOWITZ:  February 1st, 2nd, 3rd, 4th, or 5th.

10              MR. BEST:  I will talk to Mr. Cuban and we will work

11   within that range.

12              Do you have an alternative range date, Mr. Moskowitz?

13              MR. MOSKOWITZ:  1st, 2nd, 3rd, 4th, 5th, 6th, or 7th.

14              THE COURT:  That sounds like alternatives, Mr. Best.

15              MR. BEST:  I think that is the weekend, but yes.

16              THE COURT:  He is saying as early as possible in

17   February, is what I'm hearing.

18              MR. BEST:  So the first half week or the second full

19   week.  The first full week or the first half week in February.

20   I will get a date within that range.

21              THE COURT:  And now are we talking about depositions

22   limited to the jurisdictional issue at that point.  I just want

23   to clarify.

24              MR. WISSNER-GROSS:  That's fine with us.

25              THE COURT:  OK.
```

```
 1              MR. MOSKOWITZ:  Why would it be limited?

 2              THE COURT:  Excuse me, Mr. Moskowitz.  Excuse me,

 3   please.

 4              So are we also talking about a joint motion to Judge

 5   Altman to make sure that you have that additional time to

 6   respond to the motion to dismiss?

 7              MR. WISSNER-GROSS:  I had suggested, and we are doing

 8   this in realtime, your Honor, so Mr. Best can trump me on this

 9   or disagree, but I suggested it be limited to the

10   jurisdictional issue rather than pushing back all the rest of

11   the briefing, because the second and third grounds for

12   dismissal have nothing to do with jurisdiction.  The discovery

13   will have no bearing on those other alternative grounds.

14              MR. BEST:  And if we are going to talk about a joint

15   motion, we have to consider the important discussion about

16   deposing plaintiffs on the causation issue, because that

17   affects our date we're asking the judge to push the

18   jurisdictional discovery piece on.

19              THE COURT:  OK.  Because all of this is a part of the

20   motion to dismiss.

21              MR. BEST:  Yes, your Honor.

22              MR. MOSKOWITZ:  The only thing, your Honor --

23              THE COURT:  OK.  So you want to have a certain amount

24   of discovery done before response is due.

25              MR. BEST:  If that is what --
```

```
 1                THE COURT:  Is that what I'm hearing?  I just want to
 2       be clear.
 3                MR. BEST:  On the issue of going jointly before Judge
 4       Altman, yes, of course.
 5                THE COURT:  So the defendants and the plaintiffs need
 6       some discovery.  Plaintiffs need discovery with respect to
 7       Mr. Cuban and defendants want discovery of the plaintiffs and
 8       their relationship to Voyager.
 9                MR. BEST:  Yes, your Honor.
10                THE COURT:  So there is a lot happening.
11                Mr. Boies.
12                MR. BOIES:  The thing that I think it is important not
13       to lose track of here is that Judge Altman ordered that
14       discovery go forward.  He set some time limits on us.
15                I frankly don't think it takes 60 days to get a
16       deposition of Mr. Cuban, but if it takes that long and it
17       doesn't prejudice anybody, I think that's fine.
18                I think the thing that is important is that if Judge
19       Altman says no, we are going to stick to this schedule, then we
20       are going to have to take Mr. Cuban within that schedule.
21                THE COURT:  Right.
22                MR. BOIES:  We can't have a situation in which we put
23       Mr. Cuban outside of whatever schedule Judge Altman is prepared
24       to give us.
25                THE COURT:  Has already done.  Right.
```

```
 1              MR. BEST:  And we are saying Mr. Boies is absolutely
 2    right.
 3              THE COURT:  Thank you.
 4              Thank you, Mr. Boies.
 5              So right now the January 3rd is simply the 14 days.
 6    It wasn't a court-set deadline.
 7              MR. WISSNER-GROSS:  No.  The response was originally
 8    due in December.
 9              THE COURT:  So it's been extended already.
10              MR. WISSNER-GROSS:  They made an application to extend
11    it.  The judge extended it to January 3rd and gave us to
12    January 10th for our reply.
13              THE COURT:  OK.  Can I see that order?  Where would
14    that be?
15              MR. BEST:  ECF No. 59, Judge.
16              THE COURT:  So you already had an extension.  I'm
17    sorry.  I didn't understand that.
18              Here we go.  Paperless order.
19              (Pause)
20              THE COURT:  Right.  You have spent a lot of time in
21    this case before you got to me.  I see.  OK.  The court has
22    already given you an extension.
23              All right.  So now what is really holding all this up
24    is the next problem is your confidentiality order.  I see that
25    is in the order as well.
```

```
 1                MR. BEST:  Yes.

 2                MR. WISSNER-GROSS:  Your Honor, if I could briefly

 3     respond on that issue.

 4                THE COURT:  I'm sorry.

 5                MR. WISSNER-GROSS:  And I will be very brief.

 6                THE COURT:  Yes.  Go ahead.

 7                MR. BEST:  So we received from Mr. Moskowitz the

 8     Cassidy protective order, which was not ours.

 9                THE COURT:  I saw that.

10                MR. BEST:  We reviewed it.  We used it as a template.

11     We frankly made modest changes to add principally a second

12     level confidentiality for highly confidential documents that

13     would cover personal financial information, for example, of

14     Mr. Cuban or extremely sensitive competitive information of the

15     Mavericks.

16                The proposed changes we made preserved the ability of

17     Mr. Moskowitz or us, to the extent we object to a highly

18     confidential designation, to go to the court, and now to go to

19     your Honor, to challenge any designation.

20                I have done lots of cases on the plaintiff's side.  I

21     have never resisted a defendant's effort to have the two-level

22     classification.

23                What is a bit ironic here is that Mr. Moskowitz's

24     clients were sued in the Voyager bankruptcy when Voyager sought

25     to stay this case and Mr. Moskowitz agreed to a protective
```

1   order in that case that had the same two levels, two tiers of

2   confidentiality, confidential and highly confidential.

3          In our meet and confer yesterday we had hoped that at

4   least on this issue Mr. Moskowitz would agree to our request

5   or, alternatively, give us specific comments.

6          The one comment that I think he had, which I am going

7   to go out on a limb and throw him a bone or concede on one

8   point to see if we can get to a resolution on this, is he

9   yesterday objected to language we inserted requiring that we as

10  defense counsel have a chance to see who is signing the joinder

11  when an expert or third-party has to sign the joinder to agree

12  to be bound by the confidentiality.  I'm prepared to forego

13  that.  So if whoever he shows it to, as long as they sign the

14  joinder that they will agree to the terms, that that will be

15  sufficient.  I think that was a main concern he had.

16         Beyond that, this is standard, and we could show your

17  Honor tons of cases from this district where courts routinely

18  approve the two-tier approach --

19         THE COURT:  I have routinely approved it myself.

20         MR. WISSNER-GROSS:  It is not my practice to just

21  rotely designate everything as highly confidential.  That is

22  not the way I practice.

23         So we haven't had a chance to submit our proposed form

24  to your Honor.  I know Mr. Moskowitz gave you a redlined

25  version.  It is probably impossible to figure out what is

1    redlined and what isn't.  We are prepared to submit that to

2    you.  We think it is extremely reasonable and standard.

3              THE COURT:  OK.  I saw a redlined one that was

4    attached to a motion that was eventually denied by the court,

5    because obviously he wanted me to handle that and he did not

6    have the evidence for why a protective order was needed.  He

7    didn't ask for that.

8              The redlined one that is in the court record, is that

9    different from what you are proposing?

10             MR. WISSNER-GROSS:  That is our redline.

11             THE COURT:  Right.

12             MR. WISSNER-GROSS:  By the way, Mr. Moskowitz just, to

13   clarify the record, I think he suggested in his statement that

14   a few days ago we gave you a protective order.  We actually

15   gave it to him before Thanksgiving.

16             THE COURT:  OK.

17             MR. WISSNER-GROSS:  Our version.

18             If it would be convenient for the court, we could,

19   right after this conference, we could submit to your Honor a

20   clean version of our order.

21             THE COURT:  OK.

22             MR. WISSNER-GROSS:  Again, the only changes really

23   were to add a highly confidential designation and some other

24   tweaks.  Other than that we used the Cassidy form as a

25   template.

```
 1              THE COURT:  Right.  I mean, I will be honest,
 2    Mr. Moskowitz --
 3              MR. BEST:  Which plaintiff agreed to.
 4              THE COURT:  -- I looked at the redlined and the
 5    Cassidy.  I found the redlined with the two levels to be
 6    actually clearer in its description of what confidential and
 7    highly confidential are.
 8              While I appreciate your concern regarding the
 9    over-designation issue, that is one that can be addressed by
10    Rule 37.  That would be an abuse if the vast majority of the
11    documents suddenly turned up as highly confidential.  So I
12    appreciate the concern, but I have often signed these
13    two-tiered confidentiality documents.
14              Tell me why, other than your concern for the overuse
15    that you have in this case, as to why I shouldn't sign it.
16              MR. MOSKOWITZ:  Your Honor, the last thing I ever want
17    to fight is confidentiality orders.  It is the last thing that
18    we ever want to fight.  I don't want to fight it.
19              He is right that we did try it in other cases and we
20    found it to be incredibly harmful.  Why?  It says you cannot
21    share these documents with your clients.
22              So at the end of the day when we have class
23    representatives and clients who decide whether they think a
24    settlement is reasonable or not, we are not allowed to show
25    them any of these documents, and there's a lot.
```

```
 1            You're right, a lot of times people over-designate,
 2    but we can't show them any of those documents.  That is why the
 3    only reported decisions I'm aware of, and I just practice class
 4    action in the Southern District of Florida, they have not, when
 5    they were questioned, they have not accepted these double
 6    secret ones, especially Judge Jonathan Goodman who went on for
 7    a few pages as to why.
 8            Your clients can't see any of the documents, and what
 9    is the justification for that?  If the client agrees to the
10    confidentiality order, why wouldn't you tell your own client
11    the basis of these claims.
12            So I don't think --
13            THE COURT:  There have been many cases where Judge
14    Goodman has accepted them.
15            What I think is a concern here is that the Cassidy
16    case, the Cassidy agreement does not contain enough detail as
17    to what would be highly confidential.  For instance, the highly
18    confidential document that I saw marked, you said, well, bank
19    statements that have the account number, other financial
20    accounting statements that have financial information, Social
21    Security numbers, those are, and I think you would have no --
22    you would not contest that that would be highly confidential.
23            MR. MOSKOWITZ:  I think we are getting to a
24    resolution --
25            THE COURT:  But I do think that it is often that the
```

1    entire document might be claimed as highly confidential when

2    you can simply redact out the financial information.

3            So what I would say is, and I'd like to take a look at

4    the documents that you propose, Mr. Moskowitz, and if it is

5    simply the Cassidy agreement as it is, I have that, and the

6    document that you propose, Mr. Wissner-Gross, if you'd like to

7    send me your proposed protective order, I will certainly make a

8    ruling on that.

9            I would add to it that the concerns about

10   over-designation could be remedied by objections to me, that

11   you wouldn't have to write the objection, Mr. Moskowitz.  You

12   can simply contact my chambers and we can have an informal

13   hearing, as we are having now, and that we can also attach

14   sanctions, which are already provided for by Rule 37, in that

15   case of over-designation.

16           We just need that document to be agreed upon so this

17   case can move on.  I have a feeling that that is what is

18   holding things up more than anything else.

19           MR. MOSKOWITZ:  Well, your Honor, I'm very happy with

20   counsel's agreement that I don't have to tell him, hey, I'm

21   going to show this document to this non-testifying expert so

22   that I have to identify all of the experts that we have in our

23   case.  You understand that.  I mean, that is absurd.

24           So he is saying, Adam, you don't have to tell me who

25   the person is that you're sharing these documents with.  That's

```
 1    important.

 2              THE COURT:  OK.

 3              MR. MOSKOWITZ:  So that goes a far way.  As long as we

 4    don't have to do that, the only real question is, why can't we

 5    share it with our clients if our clients are bound by the

 6    confidentiality agreement.  I don't know the answer to that, of

 7    why --

 8              MR. BEST:  It starts with your clients being felons.

 9              THE COURT:  I don't know that we want to go there,

10    Mr. Best.  I have no information on that.

11              MR. BEST:  That is part of the investigation, and that

12    is part of our concern --

13              MR. MOSKOWITZ:  I don't think that's where we need to

14    go.

15              MR. BEST:  And this is --

16              THE COURT:  Excuse me, Mr. Best.  This discussion is

17    not helpful to the court.

18              All right.  So what is helpful is this.  If you need

19    to discuss something with your client, Mr. Moskowitz, you still

20    don't need to give them the bank account number, the financial

21    information, the intricacies of everything that Mr. Cuban has

22    invested in.  This is not part of a discussion that needs to be

23    had in order to determine whether a settlement is fair or not

24    fair.

25              I know you have the experience to do this.  I know you
```

1    do.  I trust you.

2         MR. MOSKOWITZ:  We can get it done.  We will get it

3    done, your Honor.  If he sends me a request that is what he is

4    representing today, I promise you that we can get it done this

5    week so we can get the documents.  We will agree to it.

6         THE COURT:  OK.  So then I don't have to issue an

7    order.  You will agree to the highly confidential, the two tier

8    with the caveat that was just discussed.

9         MR. MOSKOWITZ:  As long as I don't have to tell him

10   who my experts are and, as your Honor very respectfully said,

11   we can raise at any time we want, we can show you any abuse

12   that we believe.  Let's just get this done so we get the

13   documents.

14        THE COURT:  Mr. Wissner-Gross.

15        MR. WISSNER-GROSS:  That's fine, your Honor.

16        THE COURT:  Very good.

17        MR. WISSNER-GROSS:  We'll submit to you right after

18   the conference a copy of our clean version so you can compare

19   them.  I think you're seeing that, other than the highly

20   confidential designation, it is minor tweaks.  Maybe what we

21   will do is we will indicate also, there is one sentence for a

22   request that we get a chance to see who is signing the joinder,

23   we'll delete that --

24        THE COURT:  Delete that.

25        MR. WISSNER-GROSS:  -- version that we submit to your

1   Honor or maybe submit that redline to you with just that line

2   deleted so you can see our clean version of that highlighting

3   which we're prepared to delete.

4              THE COURT:  OK.  So you will submit that.

5              Once I have that, Mr. Moskowitz, that is the document

6   that I am going to go ahead and sign?

7              MR. MOSKOWITZ:  Sure.

8              THE COURT:  OK.

9              MR. MOSKOWITZ:  That's OK with us, your Honor.

10             THE COURT:  Very good.  We got one issue resolved, and

11  I'm very happy about that, I have to tell you.

12             MR. WISSNER-GROSS:  Your Honor, you're on a roll.

13  You're on a roll.

14             THE COURT:  I think it is an important roll because it

15  starts discovery.  We can agree now that documents need to be

16  produced.

17             Now, we still have to determine what to do about

18  Mr. Cuban's deposition and you still need to resolve your

19  objections to the discovery.

20             MR. WISSNER-GROSS:  Your Honor, we also have, if we go

21  chronologically according to the letter that we submitted

22  yesterday, or email, we had proposed, which, again, is standard

23  in cases like this, that the parties have agreed upon search

24  terms and a draft ESI protocol.  I appreciate that

25  Mr. Moskowitz wants to skip all that, but I just haven't done

1   any case, let alone a case like this, in years where we don't

2   have search terms.

3         All the documents are electronically based.  The Mavs

4   is actually a big organization.  Same for Mr. Cuban, in terms

5   of doing searches for his emails, etc.

6         We asked Mr. Moskowitz yesterday to work with us to

7   give us proposed search terms and work with us on an ESI

8   protocol.  We didn't get cooperation yesterday.

9         THE COURT:  Did you suggest any search terms and ESI

10  protocol?  Did you suggest?

11        MR. WISSNER-GROSS:  We are happy to have that

12  discussion.  Usually a plaintiff comes to the defendant and

13  says, here are the search terms we'd like, we look at it, we

14  see the number of hits.

15        I will confess that for Mr. Best and I it is simply

16  the assertions are more facile on this.  What usually happens

17  is that it triggers a huge number of hits and then there is

18  some effort to narrow.  I know that there's been some effort by

19  our associates to get a sense of the universe.

20        MR. BEST:  Hey, Sig, let me cut this short to your

21  Honor.

22        To be clear, we asked counsel last night, opposing

23  counsel last night, for their search terms or any assistance,

24  and they refused or declined to give it and said just give us

25  the discovery.  So they won't give us any search terms.

```
 1              THE COURT:  OK.  So this makes life easy for you.

 2              MR. BEST:  Yes.

 3              THE COURT:  You come up with your search terms, your

 4   ESI protocol.  You tell them what it is going to be.

 5              MR. BEST:  Done.

 6              THE COURT:  You will produce your discovery based on

 7   reasonable search terms framed by their request.

 8              MR. BEST:  Yes.  I say that just to let your Honor

 9   know we have not been obstructionist here.

10              THE COURT:  OK.

11              MR. BEST:  We have been asking them for their search

12   terms and they have declined to give them.  So, your Honor, we

13   absolutely accept your Honor's position on this.

14              THE COURT:  What else can we do.

15              So at this point there is some outstanding discovery

16   from the defendants.  Defendants served plaintiffs with

17   document requests.  Responses are due December 22nd.

18              What about what defendant owes the plaintiff?

19              MR. MOSKOWITZ:  We have document requests that are

20   outstanding that Judge Altman said there is no stay.

21              THE COURT:  Right.

22              MR. MOSKOWITZ:  We haven't gotten them.

23              They are saying once they sign this confidentiality

24   order they are all going to be produced.

25              MR. WISSNER-GROSS:  I think the judge is asking about
```

```
1    your production to us.

2           THE COURT:  I will start with plaintiffs' production

3    and then we will go to defendants' production.

4           MR. MOSKOWITZ:  Sure.

5           THE COURT:  It seems like there is some outstanding on

6    both sides.

7           MR. MOSKOWITZ:  I never got a chance to respond to the

8    20-minute speech that Stephen said about the plaintiffs and how

9    they're felons.  So let me kind of get into this.

10          THE COURT:  I don't know that I want to hear about

11   that either.

12          MR. MOSKOWITZ:  No, no, just discovery.  Just

13   discovery.

14          They filed a motion to dismiss, your Honor.  Nothing

15   in that motion to dismiss raises any of these allegations.

16   They went forward with Judge Altman with a motion to dismiss

17   that they want heard.  It doesn't say they need to take a

18   single deposition of any of the plaintiffs.

19          For three months, three months, there is not a single

20   email from Stephen that ever says we'd like to take any of your

21   depositions.  It only started last week when the judge that

22   denied their motion to stay, then they said, we have to go on

23   the offense.  So for three months --

24          THE COURT:  I understand that they need to do some

25   depositions.  Let's talk about the document requests and the
```

1    responses due from your clients.

2          MR. MOSKOWITZ:  Right.  We have it due next week, I

3    think our objections, and we are planning on --

4          MR. WISSNER-GROSS:  On the 22nd.

5          MR. MOSKOWITZ:  We are, of course, going to comply and

6    provide our responses on time, and that is exactly what we've

7    told them.

8          THE COURT:  So when are your responses due?

9          MR. WISSNER-GROSS:  Thursday.

10         MR. BEST:  Thursday.

11         THE COURT:  Thursday, the 22nd.  Because today is the

12   20th.  I just want to be clear, Mr. Moskowitz.

13         MR. MOSKOWITZ:  Yes.

14         THE COURT:  Is it Thursday?

15         MR. MOSKOWITZ:  Yes, and we're prepared to provide our

16   responses on time.

17         THE COURT:  OK.  All right.  Very good.  So now --

18         MR. MOSKOWITZ:  We are happy to meet and confer and

19   talk about them, like we did over the last three months, and

20   we'll try to work everything out.

21         THE COURT:  Very good.

22         Then defendants, what about what you need to produce?

23   I think you said you responded to some admissions but there are

24   some requests for production outstanding.

25         MR. WISSNER-GROSS:  I think the only thing that would

```
 1    really be at issue would be the document requests.  We

 2    responded to the requests to admit and to the interrogatories.

 3          Again, we proposed that we do this on a rolling basis.

 4    Obviously once we have the protective order in place, ESI in

 5    place, then we will do it on a rolling basis along with the

 6    plaintiffs' production to us.

 7          We had proposed starting in mid-January, your Honor,

 8    frankly to get the ESI protocol in place and the search terms.

 9    We still think that that makes sense.  That is not going to

10    hold up any other issue in the case.  That would be our

11    proposal, that we get the procedure, protective order, ESI

12    search terms in place and that we begin the rolling production

13    by both sides on the 13th of January.

14          MR. BEST:  With the caveat that we accelerate any

15    jurisdictional discovery, document discovery.

16          THE COURT:  That's the problem you have, right.

17          MR. BEST:  Yes.

18          THE COURT:  So you've got an order saying you've

19    already got an extension to January 3rd.  What are you going to

20    do about that?

21          MR. WISSNER-GROSS:  We will work with the other side

22    to accelerate the jurisdictional discovery, the document

23    discovery.  Frankly, I don't think there is much, your Honor,

24    in terms of contacts, relevant contacts in Florida

25          Ironically, the tape of Mr. Cuban's interviews are
```

```
 1    already in the possession of the plaintiffs.

 2              MR. BEST:  I am going to cut Mr. Wissner-Gross off.

 3    We will make the January 3rd deadline for jurisdictional

 4    document discovery.

 5              THE COURT:  Thank you.  That works.

 6              MR. MOSKOWITZ:  Your Honor, if I can just mention,

 7    Judge Altman denied their stay of all discovery.  He did not

 8    limit this to jurisdictional discovery, and we have now been

 9    waiting for three months.  The discovery is outstanding.  Judge

10    Altman denied their motion to stay.  They wrote in their

11    objections we have documents to produce to you once a

12    confidentiality order is entered.  Why can't they produce it

13    next week?

14              What they're trying to say is we want to wait 60 days,

15    agree on ESI protocols, agree upon your documents, and then

16    we're going to play a game with you, tit for tat.  When you

17    produce yours, we'll produce ours.

18              THE COURT:  Well, that is not what I am hearing.  So

19    what I am hearing is that we are going to get the

20    confidentiality order tomorrow, right.  By tomorrow it will be

21    signed, and that they want to start -- they will produce

22    anything that is jurisdictional.  I'm not clear on exactly what

23    that means, but before January 3rd, but that the rest of it

24    you're going to be producing it January 13th.

25              Did I understand that correctly, Mr. Best?
```

```
 1              MR. BEST:  So we are going to make best efforts to --
 2    is January 13th the drop-dead date?  Is that what the order
 3    says?
 4              THE COURT:  Which order?
 5              MR. BEST:  For full discovery.  I don't know where
 6    January 13th came from.
 7              MR. WISSNER-GROSS:  January 13th is not in any order.
 8              THE COURT:  No, it is just what I thought I heard him
 9    say.
10              MR. WISSNER-GROSS:  I have a feel for the process,
11    that our associates can go through.
12              I think, your Honor, if this could be done as a
13    rolling production -- I don't want to be locked in on a gotcha
14    game that there is a substantial production on the 13th but not
15    everything.  I think a rolling production is standard.  If the
16    date begins on January 13th, we will live with that.
17              We had proposed a deadline for the completion of
18    document discovery of March 13th.  We're happy to move that up.
19    I think it is going to have to be a rolling production given
20    what I understand the process on the defendants' side to pull,
21    identify, etc., the documents.
22              MR. MOSKOWITZ:  Your Honor, we would disagree.  We
23    have been abused in these rolling processes that take three or
24    four months.
25              December 20th is today.  Their motion to stay was
```

1   denied two weeks ago.  The documents are outstanding.  They had

2   three months to look for them.  Why can't we have them all by

3   January 3rd?  I don't know -- what have they been doing for

4   three months.  Their stay was denied.

5           THE COURT:  I don't know what they were doing.

6           Let's start with today.  What I see both parties were

7   doing was not coming together to get a protective order in

8   place, and that is generally how it's done.  I mean, we start

9   with the protective order.  So let's get that in place and

10  let's move on from there.  I think that sounds like what we

11  have to do at this point.

12          January 13th is the date for rolling production to

13  commence.

14          Tell me, Mr. Wissner-Gross, Mr. Best, how quickly can

15  you produce the documents so that we are not talking about

16  extending that out for 60 days from there?  We are talking

17  about starting on the 13th, but you wanted to give yourselves

18  some wiggle room so that you could review these documents to

19  make sure there is nothing attorney-client privileged or

20  otherwise.

21          MR. BEST:  That is the problem.  There is a ton of

22  attorney-client privileged communications surrounding legal

23  counsel from the Mavericks discussing the sponsorship

24  agreement.  In fact, the privilege review is going to be much

25  more onerous than a normal document production here, and that

1    will delay the process.

2         If we can prioritize the nonprivileged review, and I

3    think Mr. Moskowitz and Mr. Wissner-Gross spoke about canceling

4    or at least postponing the general counsel of the Mavericks

5    deposition for a while, and we can focus on nonprivileged

6    production, that will speed up the process.

7         THE COURT:  I see.  So, Mr. Moskowitz -- so, Mr. Best,

8    you're saying the reason you're trying to get the

9    jurisdictional things out by January 3rd and then the rest of

10   the documents later is because it is going to make the process

11   a little more efficient for you.

12        MR. BEST:  Yes, your Honor.

13        THE COURT:  OK.  So that sounds very reasonable to me.

14   I just don't know exactly what jurisdictional production means.

15        MR. BEST:  So --

16        THE COURT:  What do you mean by that?

17        MR. BEST:  -- I suspect -- I am going to guess what

18   Mr. Moskowitz wants, because he wouldn't tell us what he

19   wanted.  I am going to guess it is evidence of Mr. Cuban's

20   visits to Florida, emails and/or participation in the crypto

21   conference in Florida, as well as any other touchings in

22   Florida that have to do with the Voyager and/or crypto

23   conference discussions.  Past that, I would be guessing my way

24   through this, and that is why I don't think it will be much

25   because we know that he didn't meet with Mr. Ehrlich in Miami

```
 1    at the crypto conference.

 2              So we will give him jurisdictional discovery on these

 3    points by January 3rd.  Whatever exists he will have.

 4              THE COURT:  OK.

 5              MR. BEST:  I don't think it is much.

 6              THE COURT:  I think I understand what you are saying.

 7    All right.  So let's start with getting that protective order

 8    done.  You can get that to me as soon as possible,

 9    Mr. Wissner-Gross, so I can sign it by tomorrow.

10              MR. WISSNER-GROSS:  We will get it to you right after

11    the conference.  We are going to make that one tweak I promised

12    you.

13              THE COURT:  If you could get it to me today would be

14    even better.  That would be fantastic.

15              Then we are agreeing to jurisdictional evidence by

16    January 3rd, as just described, and the production of documents

17    from defendants to the plaintiffs January 13th and from

18    plaintiffs to defendants December 22nd.

19              MR. BEST:  The only thing left on your calendar is

20    taking up the depositions of the plaintiffs.  I will let you

21    run your course before we get to our points because we have

22    been handling Mr. Moskowitz's points.  In the framework of the

23    calendar, I just want to put that particular letter for

24    discussion.

25              THE COURT:  OK.  Can we pause for just about five
```

```
 1    minutes?

 2             MR. BEST:  Of course.

 3             THE COURT:  Then we will be back.  OK.

 4             MR. BEST:  Yes.

 5             THE COURT:  Let me go off the record for just a few

 6    minutes.

 7             (Recess)

 8             THE COURT:  So the motion to dismiss has a number of

 9    claims.

10             MR. MOSKOWITZ:  So, Sig, just so I understand about

11    the protective order, is there any other reference in the

12    document that says about us having to tell you which are the

13    experts, or just one sentence?

14             MR. WISSNER-GROSS:  I think, Adam, it's only the

15    second sentence in paragraph 8.  I'm having my associate red

16    line it so we can file it.  We will red line that sentence out.

17    Actually, I thought it was a fair -- I thought it was a fair

18    point you made on that issue.

19             MR. MOSKOWITZ:  And I don't mind not sharing with my

20    client how much Mark Cuban makes.  If we need to, we will go to

21    the court and say this person will not settle.  Good

22    cooperation.

23             MR. WISSNER-GROSS:  You and I, we are in different

24    universes.  The judge is trying to get us onto the same planet.

25             MR. MOSKOWITZ:  We're getting there.
```

1   THE COURT:  We are getting there.

2        So far we have been able to get the protective order

3   in place, which is good, and we have talked about the

4   outstanding request for discovery.  So that's good.  Now we are

5   talking about getting Mr. Cuban's deposition in the first week

6   or so of February.

7        The next topic, Mr. Wissner-Gross has brought up is

8   depositions of the plaintiffs.  Of course, it is a lawsuit and

9   you will want to depose the plaintiffs, but let me ask you

10  this.  Is that in connection with this motion to dismiss or

11  simply just your normal discovery of the plaintiffs?

12       MR. WISSNER-GROSS:  I think it's twofold.  Mr. Best

13  identified in connection with the motion to dismiss, obviously

14  we have all but three of the plaintiffs are non-Florida

15  residents.  So part of the argument we have advanced is the

16  lack of connection to Florida.

17       Again, it is not before you but for Judge Altman.  We

18  have advanced an argument under several case law, if you are

19  not in a diversity case, if you are not a Florida plaintiff,

20  you have a problem being able to establish jurisdiction against

21  a nonresident of Florida under these set of claims.

22       Beyond that there is a second issue, and this is a

23  good segue to it.  Under the judge's schedule all the expert

24  reports are due on February 23rd.  We had proposed to

25  Mr. Moskowitz, and it is outlined in the letter from Knight, or

1    emailed to you, that we pushed back the expert reports, the

2    opening reports to May 12th, the rebuttal to June 2nd.  I think

3    the judge in his order contemplated that you could make those

4    adjustments or the parties could stipulate that as long as it

5    doesn't affect the overall deadlines.

6           The reason why that is important to us is that, as we

7    outlined at the beginning of this hearing, we think there are

8    incredibly significant causation issues, damages issues, lack

9    of damages.

10          Our experts, for them to be able to do their job, they

11   obviously have to have us have the benefit of taking the

12   deposition of the plaintiffs.  We think none of them sustained

13   any damages.  There are going to be issues not only of when

14   they opened an account -- at least eight opened it before the

15   press conference -- there are going to be decisions they made

16   about trades within the account.  We don't think, and our

17   experts are going to address this, there are any damages or

18   material causation issues.

19          For them to do that, obviously, we have to depose the

20   plaintiffs reasonably in advance of the opening reports being

21   due February 23rd.  We'd have to depose them all by the end of

22   January.

23          Steve.

24          MR. BEST:  To your Honor's point, though, this

25   specifically goes to the heart of our motion to dismiss on

1    causation, which was at the heart of our core motions to

2    dismiss, particularly since our investigation has recently

3    revealed that it is uncontradicted that at least eight of the

4    12 named plaintiffs did not -- excuse me, opened accounts with

5    Voyager prior to any statements by Mr. Cuban or announcement of

6    the sponsorship.  Importantly, none of the named plaintiffs

7    participated in the Voyager sponsorship free $100 of crypto for

8    opening up an account.

9            So at this point, along with the causation argument,

10   we have a concern as to the good faith filing of this lawsuit

11   given the statements in the lawsuit, in the complaint, that

12   each of the plaintiffs relied upon Mr. Cuban's statements to

13   their detriment.  I can go through all of the paragraphs of the

14   complaint that address that.

15           THE COURT:  I read it.

16           MR. BEST:  It is basic causation issues.

17           THE COURT:  If you already have that information then,

18   is that needed right now for the motion to dismiss?  I guess

19   I'm trying to help with the scheduling of these plaintiffs.  Is

20   that what you need my assistance with?

21           MR. BEST:  Yes, your Honor.

22           THE COURT:  OK.  So then tell me, if you already have

23   that information --

24           MR. BEST:  I only have it through investigation.  I

25   don't have access to the plaintiffs' accounts at FT -- excuse

1    me, at Voyager, as to when they opened it.  So it is all within

2    the specific possession of Mr. Moskowitz and his clients.

3            THE COURT:  I see.

4            MR. WISSNER-GROSS:  In addition, once we get the

5    documents, we are going to have to depose each of the

6    plaintiffs as to decisions that were made by them with respect

7    to each trade within the account.

8            THE COURT:  OK.

9            MR. WISSNER-GROSS:  Even if it were not the customer

10   accounts, we are going to want to find out who you're

11   relying --

12           THE COURT:  What their motivations were.

13           MR. BEST:  Yes, and if they redeemed, if they made any

14   redemptions during that period of time, that is another

15   causation argument.

16           THE COURT:  OK.  So let me ask you this.  Has there

17   been discussion between the parties up to this date about these

18   depositions and setting the dates for the depositions?

19           MR. WISSNER-GROSS:  We noticed them, 30 days ago we

20   noticed them, all the depositions of the plaintiffs beginning

21   on December 22nd --

22           THE COURT:  OK.

23           MR. WISSNER-GROSS:  -- and running through, I think,

24   early January.  So we gave proposed deposition dates.

25           We offered to prioritize them, but we got a little bit

```
 1    of a stiff arm on that.  So we don't have dates yet.  We do

 2    need dates for depositions of all the named plaintiffs.

 3            MR. BEST:  So the specific request, your Honor, is for

 4    in-person deposition dates, particularly of the Florida-named

 5    plaintiffs in the Miami, Southern District of Florida area, as

 6    soon as possible.

 7            THE COURT:  OK.  So, Mr. Moskowitz, have you received

 8    these dates that they have suggested and do your clients have

 9    any concerns or objections?

10            MR. MOSKOWITZ:  Thank you, your Honor.  It should be

11    no surprise there is a little bit of a different background in

12    the Sig and Stephen team up on what they're saying.

13            If you look at their motion to dismiss, your Honor,

14    that's been now going for two months, you don't see the word

15    causation.  Everything they're telling you today has never been

16    brought up before.  I mean, it is just a matter of fact.

17            Their motion to dismiss that they want Judge Altman to

18    grant doesn't say this whole made up, oh, well, there is no

19    causation because they signed up afterwards.  That is not in

20    there.  So when you're asking about discovery and when you need

21    to take their depositions, it's not referenced, it's not

22    mentioned, it's not in the motion to dismiss.

23            If they're going to come up now with a new theory,

24    which I guess they can, if they want to drop their motion to

25    dismiss and say, you know what, that wasn't working and you're
```

1    attacking Mark Cuban because of this affidavit, we're going to

2    attack your clients, it's not in the motion, your Honor.  So

3    that is why it's never been an issue.

4         They asked to take our depositions after three months

5    of us asking for Mr. Cuban, and when the stay was denied, they

6    asked for it and I said absolutely.  If you want to take their

7    depositions, let's try to work out dates in February, but you

8    don't need it for the motion to dismiss because you filed your

9    motion to dismiss.  You didn't rely on any testimony from the

10   clients.  You don't reference any of the clients.  You don't

11   state you need any testimony from the clients.  So doesn't your

12   motion to dismiss speak louder than anything else.

13        So your current motion that is currently pending, it

14   doesn't rely on any statements from the plaintiffs.  They're

15   saying, Mr. Cuban, that we don't have jurisdiction over him.

16   That's it.  What I am saying is I am open to discussion, as I

17   told them last week for the first time.  They said we want to

18   depose all your plaintiffs.  I said, well, you don't need it

19   for the motion to dismiss because I don't see the word

20   causation in any of the paragraphs.  So if you want to depose

21   them like in February, let's start.

22        They're located all around the country.  We will try

23   to have some by Zoom because we'd like to do Zoom.  A lot of

24   the pandemic is still going on.  I'm happy to take Zoom of your

25   clients.  So let me try to come up with a schedule in February,

```
 1   because it has nothing to do with your motion to dismiss.

 2           THE COURT:  Let me ask you this, Mr. Moskowitz.

 3           MR. MOSKOWITZ:  Yes.

 4           THE COURT:  I understand, OK, even if that is the

 5   case, you still have an ongoing case where submission of expert

 6   reports are by February 23, 2023.  Why wait until February when

 7   you have how many plaintiffs to depose?  It is a number of

 8   them.

 9           MR. MOSKOWITZ:  We have a lot of them, and we just

10   were asked last week, can you give us your depositions.

11           THE COURT:  OK.

12           MR. MOSKOWITZ:  So with the holiday season, it is just

13   hard.

14           They can't get Mark Cuban available for three months.

15   They're trying to ask us about our clients and getting them

16   ready immediately.

17           What I said, your Honor, is I will work with them.

18           THE COURT:  OK.

19           MR. MOSKOWITZ:  We will try to produce some of them in

20   February.  If you don't need them for your motion to dismiss,

21   why do you need them.

22           Now they're saying we are going to change our motion

23   to dismiss, we are going to raise this causation type of

24   argument, which has nothing to do with our claim, but, great,

25   I'm willing to work with them, your Honor.  We can start to
```

1   make some available maybe the end of January.

2          These are people that live all around the country.

3   I'm happy to start making them the end of January.  We're

4   making Mr. Cuban February, the first two weeks.  Why don't we

5   start a couple of plaintiffs that week.  I'm happy to.  I mean,

6   if Mr. Cuban is going to wait six months since we first asked,

7   I don't think it is a lot to ask these people, these investors,

8   that have no money and no private jets, to at least give them

9   60 days to try to come up with dates for them.

10         So why don't I give them two or three of the

11  plaintiffs during the same time Mr. Cuban is and we'll start,

12  just like they are, on a rolling basis providing the other

13  ones.  If they need more time for their motion to dismiss

14  because they can't stand on the one that they have, they can

15  ask the court for an extension of time for their motion.

16  Because we are going to both ask the court.

17         THE COURT:  OK.

18         MR. BEST:  Sig, why don't you respond, please.

19         MR. WISSNER-GROSS:  First of all, your Honor --

20         THE COURT:  Yes.

21         MR. WISSNER-GROSS:  First of all, your Honor --

22         MR. MOSKOWITZ:  Wait.  I was going to finish one --

23         MR. WISSNER-GROSS:  One thing I would ask.  If you are

24  going to, and I will try to say this as politely as I can, if

25  you are going to represent facts to the court, please stick to

 1    the facts.

 2            THE COURT:  So best thing to do, Mr. Wissner-Gross, is

 3    address me rather than him.  If everyone just addresses me,

 4    then I think we will be OK.

 5            MR. WISSNER-GROSS:  The deposition notices were served

 6    on all the plaintiffs on November 20th.

 7            THE COURT:  OK.

 8            MR. WISSNER-GROSS:  They were all served on November

 9    20th.

10            THE COURT:  So they have been outstanding for a while.

11    OK.

12            MR. WISSNER-GROSS:  They have been outstanding since

13    November 20th.  We served the document request around the same

14    time, approximately the same time, or maybe it was November

15    22nd.  I stand corrected.  The first deposition is for December

16    22nd.

17            Secondly, the motion to dismiss does reference the

18    timing of when accounts were opened.  If necessary, your Honor,

19    I can give you the references.  But we specifically noted in

20    the motion to dismiss that there is an open question on when

21    any of the plaintiffs opened their customer accounts, whether

22    any of them received any of the $100 Bitcoin bonus, so to

23    speak, if they opened an account.  These issues were raised in

24    the papers.

25            Mr. Best suggested, well, why don't you start, start

1    with the three Florida plaintiffs.  I don't think they have to

2    get on a jet to come to Miami to be deposed.  We're prepared to

3    start with those three.  We're willing to prioritize the rest.

4              THE COURT:  OK.  So we have obviously the holiday

5    coming.  Can we start in January to depose -- there are four in

6    Florida, Mr. Wissner-Gross?

7              MR. WISSNER-GROSS:  Three in Florida.

8              THE COURT:  Three in Florida.

9              Mr. Moskowitz, can you contact your clients in Florida

10   to see if they can be deposed in January?

11             MR. MOSKOWITZ:  We can try, your Honor.  The only

12   problem is we are going to have until February now probably 24

13   under this Mr. Cuban delay to either amend the complaint and/or

14   to respond to the current complaint.  I don't know if they want

15   to depose people that we are not going to use as class reps.

16             Why don't they wait and see what is the operative

17   complaint on February 21st, and if we do file a new complaint,

18   we promise to make those plaintiffs available as soon as

19   possible.  It kind of seems silly.

20             THE COURT:  Well, because we have already discussed

21   that we are not going to wait on discovery in this case.  I

22   mean, I think that is a fair way to proceed, is to work as

23   efficiently as possible.

24             You have a number of plaintiffs to depose.  Let's

25   start deposing them.  I understand the delay from the holiday.

```
1    We certainly understand that.  I certainly didn't want to be

2    pushing anyone to be deposed in the middle of the holidays.

3            What about mid-January as some deposition dates

4    starting for at least the individuals that are in Florida so

5    that we can keep the case moving?

6            As far as whether they want to file an amended motion

7    to dismiss, that is up to them.

8            MR. BOIES:  Your Honor, could I just make one point?

9            THE COURT:  Yes, Mr. Boies.

10           MR. BOIES:  We have been talking about Mr. Cuban's

11   deposition.

12           THE COURT:  Yes.

13           MR. BOIES:  There are obviously a lot of other

14   depositions that we are going to want to take as well.  We are

15   in a situation in which, although we noticed Mr. Cuban's

16   deposition a lot earlier than they noticed the plaintiffs'

17   deposition, we are now in a situation where Mr. Cuban is off

18   into February and we are talking about having the plaintiffs in

19   January.

20           THE COURT:  Well, Mr. Cuban is in February because

21   that is the only time that we understand he is available.

22           MR. BOIES:  Your Honor, I have been doing this a long

23   time.

24           THE COURT:  Yes.

25           MR. BOIES:  I have never known anybody who was not
```

```
1    available sometime within 60 days, and I have represented
2    people who were CEOs of corporations that are a lot larger than
3    the Mavericks.  If they want to be available -- nobody is
4    unavailable for 60, 90 days.
5            THE COURT:  I agree.
6            MR. BEST:  I don't know where the 60 or 90 days is
7    coming from.  It's December 20th --
8            MR. BOIES:  60 days.  60 days.
9            MR. BEST:  -- and we have spoken about February 1st.
10           MR. BOIES:  We have been asking for this deposition
11   for a long time.  All right.
12           MR. BEST:  But, David --
13           THE COURT:  Wait, Mr. Best.  Remember we agreed that
14   everyone will just speak to the court, and I think that will be
15   more efficient.
16           Mr. Boies.
17           MR. BOIES:  If they really want to take these
18   depositions, maybe we can start trying to schedule them in
19   January, but we will contact them, we will try to find them.
20   At the same time we want to be able to notice other depositions
21   in January as well.  Maybe Mr. Cuban has to go to February, but
22   there are a lot of other people in the Mavericks
23   organization --
24           THE COURT:  OK.
25           MR. BOIES:  -- whose deposition we want to take.  If
```

1    we are going to sort of move everything to try to get these

2    plaintiffs in sometime in January, let's just hopefully

3    understand that we are going to be able to take some

4    depositions, we have got some 30(b)(6) depositions we want to

5    take, and we want to be able to start those depositions in

6    January too.

7                THE COURT:  OK.  I think that is fair.  I don't think

8    you need me to help you schedule depositions.

9                MR. BOIES:  Right.

10               THE COURT:  This is something that --

11               MR. BOIES:  We ought to be able to do that, your

12   Honor.

13               THE COURT:  -- you can do on your own.

14          I think what you needed me to do was help you get that

15   protective order in place and to get the train back on the

16   track, so to speak, and to determine what needs to be done with

17   reference to that deadline that the court has given you for

18   January 3rd.

19          So I think that if you want Judge Altman to extend

20   that date to respond to the motion to dismiss, and I'm hearing

21   there needs to be some extension, that is why I wanted to get a

22   few dates on the table, so at least when you are filing that

23   motion before Judge Altman you can tell him, well, Judge Reid

24   agreed to certain dates.  That's all I want to do.

25          So you can tell the judge that we came to an agreement

1    with respect to the protective order, that we came to an

2    agreement with respect to a date for the deposition of

3    Mr. Cuban, and a date for the defendant to present any

4    jurisdictional discovery.

5         So then you need to ask the court for an extension

6    that you believe is reasonable for the parties then to be able

7    to either, if you are going to ask him to amend, to file an

8    amended, or to respond.  That I am just not clear on.  I am

9    just trying to do my part and not go too far afield with

10   scheduling depositions.

11        MR. KNIGHT:  Your Honor, along those lines, and we

12   perfectly understand what you are saying here, because of the

13   jurisdictional issues, etc., also your comments I think were

14   right, on the Florida plaintiffs we need those dates in

15   January.  They are the ones that filed in the Southern

16   District.  The rest of them don't even live in the State of

17   Florida.  We need all those.

18        If we can have your assistance relative to the Florida

19   dates starting in January.  We threw out February 1st, 2nd,

20   3rd, 4th, whatever Mr. Moskowitz wants.  If we could have

21   those, just some dates, four or five dates for all three of

22   them in January and we will continue on.  We will work

23   separately, but we will need your assistance, I'm sure, to

24   getting these Florida ones based on what I've already heard

25   from counsel.

```
 1              Sorry to jump in, but we want to keep this moving on
 2     our side.  Thank you.
 3              THE COURT:  OK.  Thank you, sir.
 4              So let's get some dates for the January discovery for
 5     the plaintiffs.  Let's put all of that in an order to Judge
 6     Altman so that you can at least take care of that January 3rd
 7     deadline.
 8              Does that seem reasonable, gentlemen?
 9              MR. MOSKOWITZ:  Yes.  I think we have got the
10     plaintiffs and then, as Mr. Boies said, we have got the
11     non-Maverick officials that are not lawyers.  Those should go
12     forward in January.  Then we have Mr. Cuban the first two weeks
13     in February.
14              So we will try to come up with a date with them, with
15     everybody, what would be a reasonable time that we would need
16     to file a motion to amend the complaint or oppose the motion.
17              THE COURT:  To file an amended motion to dismiss, if
18     that is what the defendants want to do.
19              MR. MOSKOWITZ:  Right.  We will try to work it all out
20     ourselves without your Honor's --
21              THE COURT:  I don't know about all of it.  I don't
22     know if that is going to happen.
23              MR. WISSNER-GROSS:  Just for clarity, the judge's
24     order provided they have to seek leave to amend.  It is not an
25     automatic right.  They have to seek leave to amend.
```

```
1              THE COURT:  To amend the complaint, yes.

2              MR. WISSNER-GROSS:  The other thing is that I

3    appreciate -- just one thing, Steve -- Mr. Boies' suggestion

4    that they can take nonparty discovery.  It is really party

5    discovery of the Mavs other than Mr. Cuban in January.  With

6    all due respect, we are beginning a rolling production in the

7    middle of January.  I suspect that those depositions are not

8    going to happen of the 30(b)(6) witness until February.

9              I don't want the court to assume that that is just

10   definitely going to happen.  I don't think that is going to

11   make any sense whatsoever.  We will proceed with the most

12   dispatch that we can.

13             MR. BOIES:  Your Honor, with respect, I suggest it

14   cannot be that after all the time that we have been trying to

15   get discovery we end up with the only discovery that takes

16   place, the only depositions to take place in January is of the

17   plaintiffs.  Maybe Mr. Cuban is this unique individual who

18   doesn't have to show up, but it cannot be, I respectfully

19   suggest, in a fair way to proceed is that only the defendant

20   gets to take depositions in January.

21             MR. BEST:  Your Honor, there is a fast-track solution

22   to this.  If plaintiffs want to look at the causation argument

23   as regards their three named Florida plaintiffs and address it

24   beforehand, that there may be a significant causation problem,

25   then maybe this fast tracks all of it.
```

```
 1            THE COURT:  Let me understand something, first of all.

 2   Is the defendant going to amend its motion to dismiss?  I just

 3   want to make sure I am on track.

 4            MR. BEST:  No.

 5            THE COURT:  No.  OK.  So I'm looking at your motion to

 6   dismiss.  This is the motion we are traveling on.  The response

 7   is due by the 3rd of January, correct.  OK.

 8            MR. BEST:  Yes.

 9            THE COURT:  I just want to make sure.

10            So the motion is already filed.  That's what you are

11   working with.

12            MR. BEST:  Yes.

13            THE COURT:  Why do you need to depose these witnesses

14   before January, the plaintiffs before January 3rd?

15            MR. BEST:  Well, because it all goes to the leave to

16   take jurisdictional discovery, and in this vein the Florida

17   plaintiffs, named Florida plaintiffs here have been alleged to

18   have a causal connection to Mr. Cuban's statements in their

19   investment and losses suffered under the Voyager platform.

20            THE COURT:  You have other information otherwise --

21            MR. BEST:  Yes.

22            THE COURT:  -- and you want to be able to flesh that

23   out.

24            Your reply is due, not January 3rd, but sometime

25   thereafter, which would be January 10th.
```

```
 1              MR. BEST:  The plaintiffs' reply.

 2              THE COURT:  Oh, the plaintiffs' reply.

 3              MR. BEST:  Yes, your Honor.

 4              THE COURT:  No.  It would be the defendants' reply.

 5              MR. BEST:  I'm sorry.  The plaintiffs' opposition and

 6    the defendants' reply is due after, obviously, the plaintiffs

 7    oppose, which is --

 8              THE COURT:  January 10th.

 9              MR. BEST:  Correct.

10              THE COURT:  OK.

11              MR. BEST:  We have just agreed with your Honor that in

12    this collaborative exercise of planning jurisdictional

13    depositions and discovery that we work with the plaintiffs on a

14    proposed order to Judge Altman.

15              THE COURT:  OK.  So you will need a proposed order,

16    and we are trying to just determine some dates for that.  Now I

17    understand.

18              So, Mr. Boies, while I understand that it seems unfair

19    that the plaintiffs in Florida should be deposed before

20    Mr. Cuban, what we are trying to do is keep the case moving.

21    The plaintiffs need to be deposed at some point.  You all agree

22    on that.  And Mr. Cuban needs to be deposed at some point.

23    Everybody agrees on that.

24              Clearly he has a busy schedule, just as your clients

25    do.  We are trying to do the best we can to come up with some
```

```
 1    dates, and I hear you.  If we can come up with dates for
 2    plaintiffs, Florida plaintiffs before the end of January, let's
 3    get it out of the way, and then very early in February will be
 4    Mr. Cuban's depositions.
 5         In that manner we can proceed to make sure that some
 6    of these deadlines are not pushed back too much further,
 7    because we still have further deadlines.  The idea that --
 8    might be comforting -- that plaintiffs shouldn't be deposed
 9    until after Mr. Cuban is deposed is just not in the rule book.
10         MR. BOIES:  I accept that Mr. Cuban is going to get a
11    pass.  OK.
12         THE COURT:  It is not a pass.  He is going to be
13    deposed.
14         MR. BOIES:  Temporary pass.  Temporary pass.  Harry
15    Bennett Williams always used to say that when you are a
16    defendant, a delay is as good as a victory; it is just not as
17    permanent.
18         I think Mr. Cuban is going to be in February.  I
19    accept that.  My point was that, and the reason I was reacting,
20    is the suggestion by defense counsel if somehow all the other
21    defendant depositions were not going to take place.
22         THE COURT:  You're right.  They can take place too.
23    They can be scheduled.  Exactly.
24         MR. BOIES:  Those we want to schedule in January as
25    well, your Honor.  That is all I was saying.
```

```
 1              THE COURT:  Thank you, Mr. Boies.  There is no reason
 2    they couldn't be.  So if you present some dates to the
 3    defendants and get them scheduled, why not.
 4              MR. BOIES:  We will do that, your Honor.
 5              THE COURT:  There is no stay on discovery, as Judge
 6    Altman has said.
 7              MR. BOIES:  Right.
 8              MR. KNIGHT:  Your Honor, just for a little bit of
 9    clarification.  The Florida plaintiffs in January, but we still
10    have the others, just take those in February and work them at
11    around the February dates of Mr. Cuban so we get all that done,
12    because it goes to jurisdiction too.
13              Just for the court's notice, the plaintiffs have asked
14    for Mr. Ehrlich's deposition as a nonparty, and we have agreed
15    to that already.  That is in January.  I believe it is the
16    25th.  Anybody can correct me if I'm wrong.
17              So we have been cooperating with the other witnesses
18    they were working on, that they did not get dates for, with
19    other counsel.  So we have been working on it with them.  So
20    thank you, Judge Reid.
21              I just want to be clear that we need to take all the
22    plaintiffs, but let's start with the Florida ones, the ones
23    that at least claim they are part of the context because of the
24    jurisdictional issues.  Thank you.
25              THE COURT:  All right.  Thank you.
```

```
1            Do we have an agreement that is clear enough?

2            MR. MOSKOWITZ:  Yes, your Honor.

3            THE COURT:  So I will be looking out for the

4   protective order this afternoon or this evening, correct?

5            MR. WISSNER-GROSS:  You will have it shortly, your

6   Honor.

7            THE COURT:  Terrific.  I'm really glad to have had

8   this discussion with counsel.  It is lively.  I understand

9   that.  I appreciate that everyone is doing what they need to do

10  to represent their client.  As long as we direct our comments

11  to me, I think we can keep it on a professional level, and I

12  know that all of you are very experienced litigators and that

13  you will do your best to represent your clients' interests in a

14  professional way.

15           Thank you so much.

16           MR. KNIGHT:  Your Honor, one housekeeping matter that

17  either we can address today or we can address prior to

18  Mr. Cuban's.

19           As you know, there is a lot of publicity around not

20  this case but the FTX case that Mr. Moskowitz is on.  We see

21  him on TV here, everywhere.  Congratulations.

22           Also on this case there is publicity.  Relative to

23  Mr. Cuban's deposition, we are going to need some sort of gag

24  order relative to everybody here, relative to this case, so it

25  just doesn't end up getting tried out in the papers, the press,
```

```
 1    etc., including anything Mr. Cuban testifies about that it is

 2    just all over the streets.

 3          Whether you want to address that today or sometime

 4    prior to when we get Mr. Cuban's depo date is something

 5    certainly the defendants want to address just because the

 6    amount of publicity and the amount of press that's been already

 7    occurring relative to Mr. Moskowitz and others.

 8          THE COURT:  Are you suggesting a closed deposition?

 9          MR. KNIGHT:  What we don't want to do is have the

10    transcript hit the streets afterwards.  Yes, a closed

11    deposition, and the transcript, some sort of gag order or just

12    a gag order that --

13          THE COURT:  I think the transcripts could be part of

14    the confidentiality agreement, correct?  They certainly could

15    be confidential depending on what the answers are.

16          MR. KNIGHT:  I think that is what we want to address,

17    your Honor.

18          MR. MOSKOWITZ:  We could take this, your Honor -- it

19    is 5:30 now -- so maybe we will take this up.  We have got 30

20    months.  I'm sure we will be able to figure out something.  If

21    not, we will bring it to your Honor's attention.

22          THE COURT:  I think once you have that protective

23    order in place, you can work through that with whatever comes

24    up in the deposition to make sure that the transcript is in

25    compliance with that.
```

```
 1              I will hear from you I'm sure.  I will be looking
 2       forward to it.
 3              MR. KNIGHT:  Thank you for the time you gave us today,
 4       your Honor.  I really appreciate it.
 5              THE COURT:  Have a good evening.
 6              (Adjourned)
 7
 8                      C E R T I F I C A T E
 9
10          I hereby certify that the foregoing is an accurate
11       transcription to the best of my ability of the digital audio
12       recording in the above-entitled matter.
13
14       January 3, 2023          s/ Joanne Mancari
                                  Joanne Mancari, RPR, CRR, CSR
15                                Court Reporter
                                  jemancari@gmail.com
16
17
18
19
20
21
22
23
24
25
```

MR. BEST: [77]  4/17 4/24 5/6 5/25 26/7
26/12 26/25 27/4 27/9 27/16 30/17 31/22
33/22 37/23 38/3 38/7 43/18 43/20 44/4
44/8 44/10 44/15 44/18 45/14 45/21
45/25 46/3 46/9 47/1 47/15 48/1 48/7
48/10 51/3 54/8 54/11 54/15 57/20 58/2
58/5 58/8 58/11 60/10 61/14 61/17 62/2
63/1 63/5 64/21 65/12 65/15 65/17 66/5
66/19 67/2 67/4 69/24 70/16 70/21 70/24
71/13 72/3 75/18 79/6 79/9 79/12 83/21
84/4 84/8 84/12 84/15 84/21 85/1 85/3
85/5 85/9 85/11
MR. BOIES: [21]  4/11 26/9 46/12 46/22
78/8 78/10 78/13 78/22 78/25 79/9 79/10
79/17 79/25 80/9 80/11 83/13 86/10
86/14 86/24 87/4 87/7
MR. KNIGHT: [7]  5/20 81/11 87/8 88/16
89/9 89/16 90/3
MR. MOSKOWITZ: [71]  4/8 6/9 11/10
11/12 11/17 11/23 12/12 13/6 13/15
13/20 13/25 14/9 14/18 17/18 24/23 26/3
36/4 38/13 38/15 38/23 39/5 40/7 40/20
41/2 41/9 41/11 41/13 41/17 41/19 41/23
42/1 43/22 44/9 44/13 45/1 45/22 51/16
52/23 53/19 54/3 54/13 55/2 55/9 56/7
56/9 58/19 58/22 59/4 59/7 59/12 60/2
60/5 60/13 60/15 60/18 62/6 63/22 67/10
67/19 67/25 72/10 74/3 74/9 74/12 74/19
75/22 77/11 82/9 82/19 88/2 89/18
MR. SHINDLER: [2]  5/13 5/16
MR. WISSNER-GROSS: [68]  13/4 26/6
27/13 27/17 27/22 28/4 28/11 30/22 31/8
31/11 31/16 31/19 33/7 33/9 34/3 34/8
34/17 35/17 36/19 37/1 37/12 37/21
39/16 40/19 40/21 42/5 44/24 45/7 47/7
47/10 48/2 48/5 49/20 50/10 50/12 50/17
50/22 55/15 55/17 55/25 56/12 56/20
57/11 58/25 60/4 60/9 60/25 61/21 63/7
63/10 66/10 67/14 67/23 68/12 71/4 71/9
71/19 71/23 75/19 75/23 76/5 76/8
76/12 77/7 82/23 83/2 88/5
MR. ZACK: [1]  4/14
MS. MEYERS: [1]  5/10
MS. TIFFORD: [1]  5/1
THE COURT: [195]

$
$10 [2]  25/22 29/22
$100 [6]  10/7 10/9 32/11 32/16 70/7
76/22
$40 [1]  9/20
$5 [1]  29/22

1
10 [1]  34/4
100 [1]  2/8
10504 [1]  2/4
10th [4]  40/2 47/12 84/25 85/8
11036 [1]  2/19
12 [5]  30/9 30/14 30/16 30/20 70/4
12th [1]  69/2
1395 [1]  3/5
13th [13]  36/22 36/23 61/13 62/24 63/2
63/6 63/7 63/14 63/16 63/18 64/12 64/17
66/17
14 [2]  10/21 47/5
1423 [1]  1/16
15-minute [1]  34/4
1737 [1]  2/14

18 [1]  17/1
1st [1]  44/9 44/18 81/9 81/19

2
20 [1]  1/5
20-minute [1]  59/8
20005 [1]  2/13
2017 [1]  10/16
202 [1]  2/14
2021 [4]  11/2 15/14 30/5 30/11
2022 [5]  1/5 16/5 17/13 17/22 33/12
2023 [2]  74/6 90/14
209-4930 [1]  2/19
20th [6]  60/12 63/25 76/6 76/9 76/13
79/7
212 [1]  2/19
21st [1]  77/17
22-CV-22538-RKA [1]  1/2
22nd [8]  43/9 58/17 60/4 60/11 66/18
71/21 76/15 76/16
23 [1]  74/6
23rd [2]  68/24 69/21
24 [1]  77/12
24th [2]  22/17 22/19
25th [2]  24/16 87/16
27 [3]  11/2 30/4 30/11
27th [1]  28/24
2nd [5]  2/8 44/9 44/13 69/2 81/19

3
30 [6]  24/6 27/18 71/19 80/4 83/8 89/19
305 [3]  1/16 2/9 3/6
33131 [2]  2/8 3/5
33134 [1]  1/16
333 [1]  2/4
37 [2]  51/10 53/14
3rd [22]  22/16 27/6 35/6 39/23 40/1 44/9
44/13 47/5 47/11 61/19 62/3 62/23 64/3
65/9 66/3 66/16 80/18 81/20 82/6 84/7
84/14 84/24

4
41-2 [1]  31/17
45 [2]  33/14 41/6
4930 [1]  2/19
4th [3]  44/9 44/13 81/20

5
536-1737 [1]  2/14
539-8400 [1]  2/9
59 [1]  47/15
5:30 [1]  89/19
5th [2]  44/9 44/13

6
60 [10]  21/9 46/15 62/14 64/16 75/9
79/1 79/4 79/6 79/8 79/8
601 [1]  2/13
6th [1]  44/13

7
728-7539 [1]  3/6
740-1423 [1]  1/16
749-8200 [1]  2/5
7539 [1]  3/6
7th [1]  44/13

8
8200 [1]  2/5
8400 [1]  2/9

9
90 [4]  1/7 21/14 79/4 79/6
914 [1]  2/5
99 [1]  24/5

A
ability [2]  48/16 90/11
able [15]  18/11 21/21 27/7 28/13 35/13
68/2 68/20 69/10 79/20 80/3 80/5 80/11
81/6 84/22 89/20
about [64]  6/24 7/9 7/15 7/16 8/5 9/9
9/20 10/22 11/8 12/18 17/5 17/19 22/2
22/23 24/1 25/22 27/24 29/20 30/23
30/25 31/21 33/14 35/9 37/12 37/19
38/16 39/25 40/10 40/13 42/7 44/2 44/21
45/4 45/14 45/15 53/9 56/11 56/17 58/18
58/25 59/8 59/10 59/25 60/19 60/22
61/20 64/15 64/17 65/3 66/25 67/10
67/12 68/3 68/5 69/16 71/17 72/20 74/15
78/3 78/10 78/18 79/9 82/21 89/1
above [1]  90/12
above-entitled [1]  90/12
absolutely [4]  13/15 47/1 58/13 73/6
absurd [2]  20/6 53/23
abuse [2]  51/10 55/11
abused [1]  63/23
accelerate [2]  61/14 61/22
accept [3]  58/13 86/10 86/19
accepted [2]  52/5 52/14
access [1]  70/25
according [1]  56/21
account [14]  10/8 10/9 14/24 23/7 23/9
30/10 32/12 52/19 54/20 69/14 69/16
70/8 71/7 76/23
accounting [1]  52/20
accounts [9]  7/21 10/15 32/8 32/15 70/4
70/25 71/10 76/18 76/21
accurate [2]  12/17 90/10
across [1]  6/19
action [4]  7/11 8/3 19/22 52/4
actual [2]  9/23 26/14
actually [13]  7/20 10/1 11/1 16/19 26/7
29/9 34/11 42/9 42/18 50/14 51/6 57/4
67/17
ad [1]  27/25
adam [7]  1/14 1/17 4/9 6/10 26/10 53/24
67/14
add [7]  22/16 22/17 33/9 43/3 48/11
50/23 53/9
addition [3]  29/16 30/22 71/4
additional [1]  45/5
address [14]  6/6 6/7 26/22 26/23 33/4
69/17 70/14 76/3 83/23 88/17 88/17 89/3
89/5 89/16
addressed [1]  51/9
addresses [1]  76/3
Adjourned [1]  90/6
adjustment [1]  35/15
adjustments [1]  69/4
admission [1]  19/16
admissions [1]  60/23
admit [3]  42/14 42/16 61/2
advance [1]  69/20
advanced [2]  68/15 68/18
advisor [2]  15/15 24/12
affect [1]  69/5
affects [1]  45/17
affidavit [20]  16/5 16/13 16/16 17/4
17/22 18/25 20/25 21/17 22/25 24/7
24/14 28/21 29/13 29/15 29/18 31/12

## A

affidavit... [4]  31/13 31/15 31/16 73/1
afield [1]  81/9
after [20]  6/1 12/24 15/19 16/8 17/7
 17/25 23/11 25/14 30/5 39/12 39/21
 43/23 43/24 50/19 55/17 66/10 73/4
 83/14 85/6 86/9
afternoon [9]  4/3 4/8 4/11 5/1 5/10 5/13
 5/20 5/22 88/4
afterwards [2]  72/19 89/10
again [5]  22/9 50/22 56/22 61/3 68/17
against [2]  28/12 68/20
ago [14]  6/22 7/10 7/11 9/9 12/6 18/5
 19/20 19/24 22/13 25/16 41/14 50/14
 64/1 71/19
agree [13]  7/20 12/1 19/10 49/4 49/11
 49/14 55/5 55/7 56/15 62/15 62/15 79/5
 85/21
agreed [9]  44/2 48/25 51/3 53/16 56/23
 79/13 80/24 85/11 87/14
agreeing [2]  38/17 66/15
agreement [13]  21/8 29/1 32/17 42/23
 52/16 53/5 53/20 54/6 64/24 80/25 81/2
 88/1 89/14
agrees [3]  37/13 52/9 85/23
ahead [6]  27/16 33/8 42/4 44/6 48/6
 56/6
al [2]  1/3 1/6
albeit [1]  32/1
ALEXANDRA [2]  3/3 5/2
Alhambra [1]  1/15
all [95]
allegations [10]  7/14 7/15 8/15 9/24
 10/11 10/21 13/18 15/22 22/2 59/15
alleged [5]  7/19 20/16 84/17
alleging [1]  10/14
allow [6]  8/16 12/4 14/1 24/8 32/3 32/25
allowed [2]  14/5 51/24
allowing [1]  40/6
alone [1]  57/1
along [5]  4/19 25/25 61/5 70/9 81/11
already [22]  6/3 7/21 9/21 11/9 11/15
 14/4 20/7 40/5 46/25 47/9 47/16 47/22
 53/14 61/19 62/1 70/17 70/22 77/20
 81/24 84/10 87/15 89/6
also [16]  5/11 14/13 14/14 30/6 32/6
 33/25 34/3 34/8 35/21 37/2 45/4 53/13
 55/21 56/20 81/13 88/22
alter [1]  35/7
alternate [1]  12/9
alternative [3]  37/7 44/12 45/13
alternatively [1]  49/5
alternatives [1]  44/14
although [2]  8/1 78/15
Altman [33]  6/22 11/15 11/17 11/23 12/3
 15/5 18/25 20/7 25/17 31/5 36/24 37/13
 38/21 39/23 40/8 40/15 40/15 45/5 46/4
 46/13 46/19 46/23 59/16 59/16 62/7
 62/10 68/17 72/17 80/19 80/23 82/6
 85/14 87/6
Altman's [1]  35/12
Altonaga [10]  7/13 8/4 8/14 8/23 8/24
 14/4 19/8 19/20 24/4 24/25
always [3]  8/16 19/22 86/15
am [26]  5/8 6/10 6/15 14/18 20/23 26/12
 26/24 31/6 31/7 31/18 36/1 39/2 39/17
 41/10 49/6 56/6 62/2 62/18 62/19 65/17
 65/19 73/16 73/16 81/8 81/8 84/3
ambiguous [1]  23/4
amend [11]  22/16 39/6 39/8 39/12 77/13

81/7 82/16 82/24 82/25 83/1 84/2
amended [5]  25/18 39/6 84/17 84/17 86/3
amount [4]  32/20 70/23 89/6 89/6
announcement [1]  28/25 70/5
announcing [1]  16/8
another [2]  39/17 71/14
answer [4]  23/23 34/15 42/22 54/6
answered [4]  42/15 42/15 42/18 43/1
answers [1]  89/15
anticipated [1]  8/8
any [64]  9/4 9/18 9/24 10/6 10/6 11/12
 11/19 11/20 11/24 12/8 15/12 17/22
 20/21 21/7 21/23 23/9 23/17 26/22 27/2
 28/19 29/10 29/25 30/1 32/8 36/1 39/3
 40/6 41/14 41/19 43/12 43/17 48/19
 51/25 52/2 52/8 55/11 55/11 57/1 57/9
 57/23 57/25 59/15 59/18 59/20 61/10
 61/14 63/7 65/21 67/11 69/13 69/17 70/5
 71/13 72/9 73/9 73/10 73/11 73/14 73/20
 76/21 76/22 76/22 81/3 83/11
anybody [6]  12/15 32/12 36/1 46/17
 78/25 87/16
anyone [3]  10/17 36/24 78/2
anyone's [1]  36/3
anything [9]  9/17 12/7 21/3 22/17 24/1
 53/18 62/22 73/12 89/1
appear [1]  34/13
appearance [2]  33/11 33/13
appearances [4]  1/11 1/18 2/21 4/6
appeared [4]  34/5 34/9 34/10 34/13
appearing [1]  4/18
application [3]  14/14 39/24 47/10
appointing [1]  25/1
appreciate [8]  11/7 26/11 51/8 51/12
 56/24 83/3 88/9 90/4
approach [2]  39/16 49/18
approve [2]  20/6 49/18
approved [1]  47/10
approximately [1]  76/14
are [171]
area [2]  10/5 72/5
aren't [2]  40/12 42/12
argument [9]  22/21 27/5 40/13 68/15
 68/18 70/9 71/15 74/24 83/22
arguments [4]  8/14 32/6 35/24 39/19
arm [4]  15/20 15/20 21/25 72/1
Armonk [1]  2/4
around [14]  7/17 10/4 10/23 14/23 14/25
 15/24 16/24 24/22 25/23 73/22 75/2
 76/13 87/11 88/19
as [99]
ask [14]  23/14 23/15 24/3 38/7 42/20
 50/7 68/9 71/16 74/2 74/15 75/7 75/15
 75/16 75/23 81/5 81/7
asked [16]  12/6 24/20 27/1 36/24 38/3
 39/15 42/9 42/25 43/20 57/6 57/22 73/4
 73/6 74/10 75/6 87/13
asking [6]  38/5 42/12 45/17 58/11 58/25
 72/20 73/5 79/10
asserted [1]  37/6
assertions [1]  57/16
assigned [1]  7/13
assistance [4]  57/23 70/20 81/18 81/23
assisting [1]  7/19
associate [1]  67/15
associates [2]  57/19 63/11
assume [1]  83/9
at [75]  7/9 8/24 9/16 11/18 13/12 14/14
 15/1 15/9 16/7 16/9 16/20 22/18 29/8
 29/9 29/20 30/9 30/18 30/19 30/20 31/13

31/15 31/19 32/21 33/2 33/1 33/15
 33/16 35/20 35/23 34/5 34/5 34/13 35/8
 35/12 36/11 37/8 38/20 39/1 39/20 40/23
 40/24 41/7 41/10 43/17 44/22 49/3 51/4
 51/22 53/3 55/11 57/13 58/15 61/1 64/11
 65/4 66/1 69/7 69/14 70/1 70/3 70/9
 70/25 71/1 72/13 75/8 78/8 79/20 80/22
 82/6 83/22 84/5 85/21 85/22 87/10 87/23
atifford [1]  3/6
attach [1]  53/13
attached [1]  50/4
attack [1]  73/2
attacking [1]  73/1
attended [1]  31/20
attendees [1]  5/9
attention [1]  89/21
attorney [2]  64/19 64/22
attorney-client [2]  64/19 64/22
attorneys [4]  20/12 35/22 35/23 35/23
attorneys' [1]  7/22
audio [2]  1/9 90/11
Audiotape [2]  14/12 17/16
automatic [1]  82/25
available [16]  9/6 13/22 19/4 22/21
 33/19 36/17 36/20 37/18 38/8 74/14 75/1
 77/18 78/21 79/1 79/3
avenue [2]  3/5 6/25 25/24
avoid [1]  28/13
aware [1]  52/3

## B

back [13]  12/19 12/25 15/13 29/19 30/2
 34/12 38/7 43/18 45/10 67/3 69/1 80/15
 86/6
background [5]  6/12 6/14 7/3 14/10
 72/11
baffling [1]  15/3
balance [1]  39/19
bank [2]  52/18 54/20
bankrupt [2]  8/5 24/24
bankruptcy [5]  25/2 28/9 28/15 37/9
 48/24
based [5]  19/1 22/18 57/3 58/6 81/24
baseless [1]  24/8
basic [3]  21/12 28/17 70/16
basis [10]  9/8 11/20 20/19 43/6 43/6
 43/10 52/11 61/3 61/5 75/12
battle [1]  7/10
be [127]
bearing [1]  45/13
because [55]  6/19 6/23 7/18 7/23 7/24
 9/21 10/12 12/5 12/7 13/15 13/17 14/4
 14/19 15/16 17/6 17/23 19/21 20/19
 21/22 22/15 22/22 23/23 24/20 25/24
 28/8 31/22 32/5 37/10 39/7 45/11 45/16
 45/19 50/5 56/14 60/11 65/10 65/18
 65/25 66/21 72/19 73/1 73/8 73/19 73/23
 74/1 75/14 75/16 77/20 78/20 81/12
 84/15 86/7 87/12 87/23 89/5
been [43]  6/19 7/10 9/9 11/9 15/21 16/6
 22/20 24/8 24/14 24/22 25/15 25/18
 26/15 28/19 32/1 32/9 37/6 39/17 40/5
 47/9 52/13 57/18 58/9 58/11 62/8 63/23
 64/3 66/22 68/2 71/17 72/14 72/15 73/3
 76/10 76/12 78/10 78/22 79/10 83/14
 84/17 87/17 87/19 89/6
before [29]  1/10 6/13 8/5 13/16 14/1
 15/22 25/1 26/8 27/23 33/17 33/19 34/10
 35/14 42/12 43/24 45/24 46/3 47/21
 50/15 52/23 66/21 68/21 69/3 82/9

**B**

before... [5]  80/23 84/14 84/14 85/19 86/2
beforehand [1]  83/24
began [1]  30/5
begin [3]  26/8 43/9 61/12
beginning [4]  27/19 69/7 71/20 83/6
begins [1]  63/16
behalf [4]  4/18 5/2 6/18 7/11
being [5]  12/1 24/21 54/8 68/20 69/20
believe [10]  7/21 11/5 11/19 12/16 14/23 37/21 38/24 55/12 81/6 87/15
benefit [1]  69/11
Bennett [1]  86/15
best [22]  2/11 4/17 5/3 18/12 26/7 26/12 44/14 45/8 54/10 54/16 57/15 62/25 63/1 64/14 65/7 68/12 76/2 76/25 79/13 85/25 88/13 90/11
better [1]  66/14
between [7]  8/11 8/12 10/25 19/17 21/12 24/10 71/17
Beyond [2]  49/16 68/22
big [1]  57/4
billion [4]  9/20 25/22 29/22 29/23
billionaire [1]  16/25
billions [2]  8/2 8/2
bit [11]  6/12 13/5 23/7 27/23 28/1 28/17 42/11 48/23 71/25 72/11 87/8
Bitcoin [3]  10/7 10/24 76/22
Blockchain [1]  17/1
BOIES [16]  2/3 2/3 2/7 4/12 4/12 6/16 26/3 33/1 46/11 47/1 47/4 78/9 79/16 82/10 85/18 87/1
Boies' [1]  83/3
bone [1]  49/7
bonus [1]  76/22
book [1]  86/9
both [11]  13/22 30/2 35/22 35/22 35/23 36/7 38/23 59/6 61/13 64/6 75/16
bottom [1]  24/10
bought [1]  10/12
bound [2]  49/12 54/5
box [1]  23/25
brand [1]  15/21
Brickell [1]  3/5
brief [4]  6/10 14/9 39/25 48/5
briefing [1]  45/11
briefly [1]  48/2
bring [3]  33/22 34/1 89/21
brings [1]  32/24
brought [2]  68/7 72/16
BROWN [4]  2/12 2/18 4/18 5/11
brownrudnick.com [4]  2/14 2/15 2/20 2/20
bsfllp.com [2]  2/5 2/9
burden [1]  35/2
burdensome [1]  15/8
BURNETT [2]  3/4 5/2
business [1]  36/12
busy [3]  22/22 22/23 85/24
but [62]  9/14 11/8 12/2 12/15 13/22 14/14 16/13 16/19 17/7 20/8 21/2 21/7 21/13 22/21 22/23 24/15 24/17 24/21 25/22 30/19 31/20 32/4 34/1 34/15 35/8 37/2 37/16 37/24 38/7 38/20 39/19 42/14 42/22 44/15 45/9 46/16 51/12 52/2 52/25 56/25 60/23 62/23 62/23 63/14 64/17 68/9 68/14 68/17 71/25 73/7 74/24 76/19 79/12 79/19 79/21 81/23 82/1 83/18 84/24 87/9 87/22 88/20

**buy** [1]  10/24

**C**

cafe [1]  17/12
calendar [2]  66/19 66/23
called [1]  25/9
came [4]  12/19 63/6 80/25 81/1
can [76]  6/7 6/7 7/4 13/7 14/8 14/9 14/18 18/20 18/23 21/4 21/4 27/14 29/8 30/19 31/15 33/13 36/4 40/20 40/25 45/8 47/13 49/8 51/9 53/2 53/12 53/12 53/13 53/17 55/2 55/4 55/5 55/11 55/11 55/18 56/2 56/15 58/14 62/6 63/11 64/14 65/2 65/5 66/8 66/9 66/25 67/10 70/13 72/24 74/10 74/25 75/14 75/24 76/19 77/5 77/9 77/10 77/11 78/5 79/18 80/13 80/23 80/25 81/18 82/6 83/4 83/12 85/25 86/1 86/5 86/22 86/23 87/16 88/11 88/17 88/17 89/23
can't [14]  18/18 20/3 20/4 20/15 20/21 22/23 46/22 52/2 52/8 54/4 62/12 64/2 74/14 75/14
canceling [1]  65/3
cannot [2]  10/17 51/20 83/14 83/18
care [2]  30/15 82/6
carefully [1]  6/20
case [70]  1/2 4/5 6/20 6/24 7/23 8/4 8/10 9/10 9/23 10/14 10/17 10/18 12/12 16/12 17/23 19/1 19/8 20/9 21/18 21/20 21/22 22/1 22/7 25/2 25/15 25/24 28/5 28/5 28/6 28/7 28/7 28/11 28/13 28/20 29/24 30/2 32/5 32/15 33/5 35/3 35/23 36/8 36/10 37/9 37/14 39/17 42/2 47/21 48/25 49/1 51/15 52/16 53/15 53/17 53/23 57/1 57/1 61/10 68/18 68/19 74/5 74/5 77/21 78/5 85/20 88/20 88/20 88/22 88/24
cases [9]  21/12 22/23 24/5 43/4 48/20 49/17 51/19 52/13 56/23
Cassidy [7]  28/6 48/8 50/24 51/5 52/15 52/16 53/5
causal [1]  84/18
causation [17]  30/2 30/14 32/22 35/10 45/16 69/8 69/18 70/1 70/9 70/16 71/15 72/15 72/19 73/20 74/23 83/22 83/24
caused [1]  9/20
caveat [2]  55/8 61/14
center [1]  39/24
CEO [1]  15/13
CEOs [1]  79/2
certain [2]  45/23 80/24
certainly [6]  38/19 53/7 78/1 78/1 89/5 89/14
certify [1]  90/10
challenge [2]  21/5 48/19
chambers [1]  53/12
chance [6]  6/1 30/8 49/10 49/23 55/22 59/7
change [1]  74/22
changes [3]  48/11 48/16 50/22
charity [1]  29/17
chat [1]  34/4
cheap [1]  23/18
check [1]  38/4
checked [2]  14/24 34/11
Chief [1]  7/13
CHRISTOPHER [3]  3/3 5/4 5/20
chronologically [1]  56/21
Circuit [2]  8/24 8/25

cite [2]  9/24 29/5
citing [1]  8/7
cknight [1]  3/7
claim [4]  11/19 37/6 74/24 87/23
claimed [1]  53/1
claiming [2]  24/13 29/22
claims [6]  29/3 29/21 37/6 52/11 67/9 68/21
clarification [1]  87/9
clarify [2]  44/23 50/13
clarity [1]  82/23
class [6]  7/11 19/22 30/6 51/22 52/3 77/15
classification [1]  48/22
clean [3]  50/20 55/18 56/2
clear [13]  21/18 30/17 32/19 34/2 38/25 40/8 46/2 57/22 60/12 62/22 81/8 87/21 88/1
clearer [1]  51/6
clearly [4]  8/20 15/10 31/23 85/24
clerk [1]  5/7
client [10]  12/23 36/17 36/20 52/9 52/10 54/19 64/19 64/22 67/20 88/10
clients [2]  6/19 20/4 25/10 20/22 48/24 51/21 51/23 52/8 54/5 54/5 54/8 60/1 71/2 72/8 73/2 73/10 73/10 73/11 73/25 74/15 77/9 85/24
clients' [1]  88/13
clip [6]  17/11 17/12 33/13 33/18 34/3 34/6
clips [2]  13/2 14/19
close [2]  23/19 23/21
closed [2]  89/8 89/10
code [1]  10/9
collaborative [1]  85/12
come [12]  17/11 21/4 24/25 44/6 58/3 72/23 73/25 75/9 77/2 82/14 85/25 86/1
comes [3]  12/25 57/12 89/23
comforting [1]  86/8
coming [7]  5/18 11/6 16/25 21/16 64/7 77/5 79/7
commence [1]  64/13
comment [1]  49/6
comments [5]  18/4 27/14 49/5 81/13 88/10
commercials [1]  25/8
committee [1]  28/14
communications [1]  64/22
community [1]  11/6
companies [1]  17/1
company [2]  8/5 18/9
compare [2]  22/1 55/18
comparing [1]  15/22
compelling [1]  37/5
compensation [2]  42/21 42/24
competitive [1]  48/14
complaint [20]  9/23 10/22 21/7 21/24 22/5 29/7 29/21 39/7 39/8 39/9 39/12 39/12 70/11 70/14 77/13 77/14 77/17 77/17 82/16 83/1
complete [3]  9/16 33/10 35/13
completely [2]  17/16 17/19
completion [1]  63/17
compliance [1]  89/25
comply [1]  60/5
compromise [1]  22/20
concede [1]  49/7
concern [10]  9/21 32/6 33/4 49/15 51/8 51/12 51/14 52/15 54/12 70/10
concerns [2]  53/9 72/9

**C**

conduct [2] 9/1 21/24
confer [5] 6/2 26/17 26/18 49/3 60/18
conference [31] 10/1 10/2 10/13 11/2 12/17 12/24 14/22 15/19 16/9 24/2 27/23 28/24 29/2 29/6 29/8 29/10 30/4 33/11 33/16 33/20 33/23 34/5 34/9 34/13 50/19 55/18 65/21 65/23 66/1 66/11 69/15
conferences [2] 22/3 31/20
confers [3] 18/22 26/19 26/20
confess [1] 57/15
confidential [21] 20/2 20/3 20/9 20/19 21/4 48/12 48/18 49/2 49/2 49/21 50/23 51/6 51/7 51/11 52/17 52/18 52/22 53/1 55/7 55/20 89/15
confidentiality [23] 11/25 19/13 19/19 19/23 19/25 20/1 20/14 21/2 21/8 23/14 24/4 47/24 48/1 49/2 49/12 51/13 51/17 52/10 54/6 58/23 62/12 62/20 89/14
confines [1] 20/11
confirm [1] 34/14
confirmed [2] 30/18 33/20
Congratulations [1] 88/21
connected [1] 29/10
connection [11] 8/12 8/15 9/17 9/18 10/22 10/25 21/17 68/10 68/13 68/16 84/18
connections [1] 24/10
consider [1] 45/15
CONT'D [2] 2/1 3/1
contact [3] 53/12 77/9 79/19
contacts [2] 61/24 61/24
contain [1] 52/16
contemplated [1] 69/3
contest [2] 34/21 52/22
contested [1] 16/14
context [4] 28/1 28/18 42/14 87/23
continue [1] 81/22
convenient [1] 50/18
convention [3] 16/3 16/8 16/15
conventions [1] 25/5
cooperating [1] 87/17
cooperation [3] 87/8 67/22
copy [2] 19/19 55/18
Coral [1] 1/16
core [1] 70/1
corporations [1] 79/2
correct [2] 26/15 27/12 29/14 36/18 36/19 37/22 84/7 85/9 87/16 88/4 89/14
corrected [1] 76/15
correctly [2] 27/7 62/25
cost [1] 32/20
could [32] 12/9 12/14 15/1 16/13 18/25 27/19 31/8 31/21 31/22 33/7 33/9 33/18 33/20 37/1 37/18 38/4 39/18 48/2 49/16 50/18 50/19 53/10 63/12 64/18 66/13 69/3 69/4 78/8 81/20 89/13 89/14 89/18
couldn't [1] 87/2
counsel [17] 4/6 4/24 5/3 13/8 17/7 25/1 36/21 36/22 49/10 57/22 57/23 64/23 65/4 81/25 86/20 87/19 88/8
counsel's [1] 53/20
countless [1] 9/25
country [14] 6/19 6/25 7/17 10/4 10/23 11/5 14/23 14/25 15/20 15/24 22/7 23/22 73/22 75/2
couple [2] 19/23 75/5
course [10] 10/24 14/4 16/12 21/2 33/15 46/4 60/5 66/21 67/2 68/8
court [29] 1/1 3/10 9/2 15/5 16/4 16/18

16/22 17/4 17/24 20/9 20/10 28/1 30/20 47/6 47/21 48/15 50/6 50/8 51/8 70/20 67/21 75/15 75/16 75/18 75/25 79/14 80/17 81/5 83/9 90/15
court's [1] 87/13
court-set [1] 47/6
courts [1] 49/17
cover [1] 48/13
covered [1] 18/5
crazy [1] 10/18
create [1] 25/11
creating [1] 25/10
credit [1] 17/20
creditors' [1] 28/14
crowd [2] 17/16 18/2
CRR [2] 3/9 90/14
crypto [14] 14/17 14/23 16/2 16/7 16/15 16/25 18/2 18/6 32/11 32/16 65/20 65/22 66/1 70/7
CSR [2] 3/9 90/14
CUBAN [99]
Cuban's [18] 10/13 22/25 29/13 31/16 39/12 39/14 56/18 61/25 65/19 68/5 70/12 78/10 78/15 84/18 86/4 88/18 88/23 89/4
cure [1] 22/5
currency [1] 16/25
current [2] 73/13 77/14
currently [1] 73/13
custodians [1] 25/12
customer [3] 10/15 71/9 76/21
customers [2] 7/12 25/23
cut [5] 28/12 28/13 36/1 57/20 62/2
CV [1] 1/2

**D**

Dallas [8] 4/19 10/5 28/24 29/2 29/14 29/17 34/1 34/12
damages [8] 25/22 29/22 29/23 29/25 69/8 69/9 69/13 69/17
date [22] 12/6 36/22 38/22 39/13 40/1 40/2 40/2 43/16 43/17 43/24 44/12 44/20 45/17 63/2 63/16 64/12 71/17 80/20 81/2 81/3 82/14 89/4
dates [35] 12/9 27/1 27/2 38/2 38/4 38/5 38/16 38/18 43/17 43/20 43/23 44/7 44/8 71/18 71/24 72/1 72/2 72/4 72/8 73/7 75/9 78/3 80/22 80/24 81/14 81/19 81/21 81/21 82/4 85/16 86/1 86/1 87/2 87/11 88/20
DAVID [2] 2/3 4/11 26/7 79/12
day [7] 22/23 23/24 34/5 34/10 34/12 34/13 51/22
days [16] 21/9 21/14 24/6 25/1 46/15 47/5 50/14 62/14 64/16 71/19 75/9 79/1 79/4 79/6 79/8 79/8
dboies [1] 2/5
DC [1] 2/13
dead [1] 63/2
deadline [10] 22/14 22/16 22/19 36/24 39/11 47/6 62/3 63/17 80/17 82/7
deadlines [3] 69/5 86/6 86/7
deal [7] 21/13 28/13 28/13 31/7 35/21 37/17 40/23
dealing [1] 31/7
deals [2] 42/21 43/1
debtors [1] 28/14
December [10] 1/5 36/20 43/9 47/8 58/17 63/25 66/18 71/21 76/15 79/7
decide [1] 67/3 51/23

decided [7] 9/12 9/14 12/13 13/17 19/5 19/6 22/24 40/3
decisions [3] 52/3 69/15 71/6
declarant [1] 8/18
declarants [1] 9/6
declaration [14] 9/15 12/14 12/20 13/21 13/23 14/4 19/2 19/4 19/5 19/6 19/10 22/10 22/13 34/24
declarations [3] 8/20 9/7 35/2
declared [1] 25/1
declined [2] 57/24 58/12
defendant [12] 1/7 2/11 3/3 12/5 23/10 57/12 58/18 81/3 83/19 84/2 86/16 86/21
defendant's [1] 48/21
defendants [20] 4/19 5/16 5/17 6/6 9/24 11/12 15/7 19/22 20/16 26/5 46/5 46/7 58/16 58/16 60/22 66/17 66/18 82/18 87/3 89/5
defendants' [5] 20/9 59/3 63/20 85/4 85/6
defense [26] 26/4 49/10 86/20
deficiencies [1] 22/6
definite [1] 38/22
definitely [1] 83/10
delay [6] 19/21 21/13 65/1 77/13 77/25 86/16
delaying [3] 40/16 40/17 40/17
delete [3] 55/23 55/24 56/3
deleted [1] 56/2
demonstrate [1] 34/20
demonstration [1] 20/17
denied [10] 6/22 20/7 25/17 50/4 59/22 62/7 62/10 64/1 64/4 73/5
deny [2] 9/3 15/7
denying [4] 38/25 41/3 41/3 41/5
depending [1] 89/15
depo [1] 89/4
depose [22] 13/11 13/16 14/1 14/5 16/12 18/11 18/18 21/21 22/8 22/12 30/9 68/9 69/19 69/21 71/5 73/18 73/20 74/7 77/5 77/15 77/24 84/13
deposed [10] 30/15 77/2 77/10 78/2 85/19 85/21 85/22 86/8 86/9 86/13
deposing [4] 24/15 33/3 45/16 77/25
deposition [42] 8/17 12/5 15/16 19/7 19/9 19/13 24/6 33/1 34/22 36/15 36/17 36/21 38/11 38/17 38/22 39/13 39/14 39/21 40/14 43/16 54/16 58/18 59/18 65/5 68/5 69/12 71/24 72/4 76/5 76/15 78/3 78/11 78/16 78/17 79/10 79/25 81/2 87/14 88/23 89/8 89/11 89/24
depositions [34] 8/16 25/14 32/4 35/13 36/9 39/25 40/16 44/21 59/21 59/25 66/20 68/8 71/18 71/18 71/20 72/2 72/21 73/4 73/7 74/10 78/14 79/18 79/20 80/4 80/5 80/8 81/10 83/7 83/16 83/20 85/13 86/4 86/21
describe [1] 20/16
described [2] 5/3 66/16
description [1] 51/6
deserves [1] 17/20
designate [3] 21/4 49/21 52/1
designation [8] 20/10 48/18 48/19 50/23 51/9 53/10 53/15 55/20
detail [1] 52/16
determine [4] 54/23 56/17 80/16 85/16
detriment [1] 70/13
did [28] 8/10 8/23 10/19 14/13 16/16 16/17 19/15 23/6 23/21 23/21 24/2 25/3 25/4 26/7 28/23 37/24 38/5 39/23 39/24

**D**

did... [9]  50/5 51/19 57/9 57/10 60/19
62/7 62/25 70/4 87/18
didn't [25]  9/13 9/24 11/1 11/12 12/9
21/25 23/23 23/25 24/20 26/20 26/23
30/4 31/3 33/22 34/1 34/12 42/10 42/23
42/23 47/17 50/7 57/8 65/25 73/9 78/1
differences [1]  6/15
different [8]  7/14 14/12 17/17 17/19
39/10 50/9 67/23 72/11
digital [1]  1/8 8/10 90/11
dilemma [1]  31/25
direct [1]  88/10
directed [3]  29/4 36/13 39/20
disagree [2]  45/9 63/22
disclose [3]  16/7 16/16 25/4
discovery [76]  1/9 4/5 6/21 8/16 9/1 9/5
9/8 11/9 11/13 11/19 12/4 19/14 20/11
20/21 21/10 21/11 21/18 22/18 23/2 23/3
23/6 24/19 25/16 34/18 35/4 37/16 37/19
37/19 39/3 40/8 41/13 41/15 41/20 41/24
42/10 42/11 42/12 43/8 45/12 45/18
45/24 46/6 46/6 46/7 46/14 56/15 56/19
57/25 58/6 58/15 59/12 59/13 61/15
61/15 61/22 61/23 62/4 62/7 62/8 62/9
63/5 63/18 66/2 68/4 68/11 72/20 77/21
81/4 82/4 83/4 83/5 83/15 83/15 84/16
85/13 87/5
discretion [2]  9/3 9/4
discuss [3]  17/1 17/2 54/19
discussed [7]  12/23 17/11 17/14 17/22
36/12 55/8 77/20
discussing [1]  16/6 64/23
discussion [9]  26/14 45/15 54/16 54/22
57/12 66/24 71/17 73/16 88/8
discussions [1]  65/23
dismiss [50]  9/7 11/11 11/14 12/13
13/16 14/1 14/6 19/1 22/15 23/13 27/6
28/15 29/25 34/20 36/25 38/11 39/19
41/3 41/7 42/2 45/6 45/20 59/14 59/15
59/16 67/8 68/10 68/13 69/25 70/2 71/18
72/13 72/17 72/22 72/25 73/8 73/9 73/12
73/19 74/1 74/20 74/23 75/13 76/17
76/20 78/7 80/20 82/17 84/2 84/6
dismissal [3]  34/24 37/3 45/12
dismissed [3]  17/23 37/10 37/14
dispatch [1]  83/12
dispositive [1]  30/13
dispute [6]  4/5 8/7 18/17 29/1 29/18
41/20
disputed [2]  9/2 9/22
dissemination [1]  20/11
district [8]  1/1 1/1 28/5 28/8 49/17 52/4
72/5 81/16
diversity [1]  68/19
do [66]  4/6 5/15 14/18 15/25 17/3 17/5
19/21 21/1 21/10 21/10 21/11 22/9 23/18
24/8 25/9 25/13 25/20 27/14 31/6 32/24
35/5 36/7 39/10 41/23 43/14 44/12 45/12
52/25 54/4 54/25 55/1 55/21 56/17 58/14
59/24 61/3 61/5 61/20 64/11 65/16 65/22
69/10 69/19 72/1 72/8 73/23 74/1 74/21
74/24 76/2 77/17 80/11 80/13 80/14
80/24 81/9 82/18 84/13 85/20 85/25
85/25 87/4 88/1 88/9 88/13 89/9
docket [1]  31/17
document [24]  23/12 25/12 31/14 40/17
40/25 41/6 43/2 52/18 53/1 53/6 53/16
53/21 56/5 58/17 58/19 59/25 61/1 61/15
61/22 62/4 63/18 64/25 67/12 76/13

documents [30]  21/7 21/12 25/13 25/17
25/19 25/19 40/10 45/3 46/12 51/11 51/15
51/21 51/25 52/1 52/2 52/8 53/4 53/25 55/5
55/13 56/15 57/3 62/11 62/15 63/21 64/1
64/15 64/18 65/10 66/16 71/5
does [8]  9/2 15/25 21/18 30/12 31/20
52/16 76/17 82/8
doesn't [11]  18/3 25/7 30/7 46/17 59/17
69/5 72/18 73/11 73/14 83/18 88/25
doing [13]  8/1 10/1 24/9 25/6 25/15
25/18 45/7 57/5 64/3 64/5 64/7 78/22
88/9
dollars [1]  25/5
don't [91]
done [18]  6/7 9/17 15/7 20/18 45/24
46/25 48/20 55/2 55/3 55/4 55/12 56/25
58/5 63/12 64/8 66/8 80/16 87/11
double [1]  52/5
doubly [1]  30/24
draft [2]  19/24 56/24
drafting [1]  19/23
driven [1]  14/15
drop [2]  63/2 72/24
drop-dead [1]  63/2
due [9]  22/15 40/9 41/14 43/9 43/23
43/24 43/25 45/24 47/8 58/17 60/1 60/2
60/8 68/24 69/21 83/6 84/7 84/24 85/6
dumb [2]  18/9 18/13
during [4]  30/6 33/15 71/14 75/11

**E**

each [4]  15/14 70/12 71/5 71/7
earlier [2]  13/12 78/16
earliest [1]  37/18
early [5]  38/12 39/13 44/16 71/24 86/3
easy [2]  19/3 58/1
ECF [1]  47/15
educated [1]  14/17
education [1]  14/16
educational [1]  15/23
efficient [2]  65/11 79/15
efficiently [2]  36/2 77/23
effort [3]  48/21 57/18 57/18
efforts [1]  63/1
Ehrlich [18]  12/18 13/1 14/11 15/13
16/10 16/20 18/12 23/24 24/14 24/16
28/12 28/15 29/14 29/16 34/9 34/12
34/14 65/25
Ehrlich's [1]  87/14
eight [7]  30/9 30/14 30/15 30/19 30/20
69/14 70/3
either [8]  5/4 22/13 23/25 34/6 59/11
77/13 81/7 88/17
electronic [1]  21/11
electronically [1]  57/3
element [1]  9/3
Eleventh [2]  8/24 8/25
else [7]  16/9 25/6 29/8 41/10 53/18
58/14 73/12
email [3]  43/12 56/22 59/20
emailed [1]  69/1
emails [2]  57/5 65/20
embellishing [1]  24/14
employees [1]  9/13
enabling [1]  14/16
end [14]  7/20 15/14 27/19 30/2 30/3
30/3 35/12 51/22 69/21 75/1 75/3 83/15
86/2 88/25
enough [3]  15/1 52/16 88/1
enter [2]  14/23 24/3

entered [8]  19/20 21/3 24/4 24/5 28/25
39/15 67/23 83/8
entire [1]  53/1
entitled [2]  35/4 90/12
entitlement [1]  34/20
entry [1]  19/13
envelope [1]  17/8
environment [1]  17/19
ESI [12]  21/10 25/11 25/20 43/13 56/24
57/7 57/9 58/4 61/4 61/8 61/11 62/15
especially [1]  52/6
ESQ [11]  1/14 1/14 2/3 2/7 2/11 2/12
2/17 2/17 3/3 3/3 3/4
establish [2]  15/8 68/20
established [2]  8/25 35/3
estimated [1]  9/20
et [2]  1/3 1/6
etc [6]  34/10 42/7 57/5 63/21 81/13 89/1
even [11]  11/20 21/25 22/4 23/17 24/15
30/8 30/15 66/14 71/9 74/4 81/14
evening [2]  88/4 90/5
event [2]  26/22 29/17
eventually [1]  50/4
ever [8]  14/1 15/3 16/6 29/9 39/14 51/16
51/18 59/20
every [8]  10/15 18/3 18/5 19/14 22/22
23/3 23/4 35/5
everybody [4]  29/8 82/15 85/23 88/24
everyone [7]  4/3 4/4 4/23 38/17 76/3
79/14 88/9
everything [12]  11/13 11/14 17/2 19/17
32/18 40/15 49/21 54/21 60/20 63/15
72/15 80/1
everywhere [1]  88/21
evidence [7]  11/24 13/11 14/20 32/21
50/6 65/19 66/15
exact [1]  19/8
exactly [6]  6/14 8/10 60/6 62/22 65/14
86/23
example [2]  42/20 48/13
exchange [1]  25/13
excluding [1]  23/9
excuse [8]  13/8 40/22 43/15 45/2 45/2
54/16 70/4 70/25
exercise [1]  85/12
exists [2]  9/4 66/3
expect [1]  35/22
expecting [1]  11/5
expeditiously [1]  7/5
experience [1]  54/25
experienced [1]  88/12
expert [6]  35/12 49/11 53/21 68/23 69/1
74/5
experts [6]  20/4 53/22 55/10 67/13 69/10
69/17
explain [1]  12/2
exposing [1]  14/16
extend [6]  22/14 36/24 39/6 39/24 47/10
80/19
extended [2]  47/9 47/11
extending [1]  64/16
extension [10]  38/10 38/21 42/9 44/3
47/16 47/22 61/19 75/15 80/21 81/5
extensions [1]  40/6
extensive [1]  11/18
extent [1]  48/17
extra [2]  40/3 40/4
extremely [3]  12/21 48/14 50/2

## F

faces [1] 4/16
facile [1] 57/16
fact [10] 11/20 15/9 20/17 26/17 26/19
29/5 29/6 32/7 64/24 72/16
facts [10] 8/15 9/2 16/21 21/23 22/8
28/18 34/21 36/2 75/25 76/1
fail [1] 37/6
failed [1] 21/23
fair [9] 31/11 35/25 54/23 54/24 67/17
67/17 77/22 80/7 83/19
fairness [1] 40/21
faith [3] 32/6 33/4 70/10
false [2] 13/23 16/13
famous [1] 16/8
fans [2] 14/23 14/25
fantastic [1] 66/14
far [5] 13/5 54/3 68/2 78/6 81/9
fast [4] 23/19 31/22 83/21 83/25
fast-track [1] 83/21
favored [1] 15/6
February [36] 19/4 19/11 27/1 35/13
37/21 37/25 38/1 38/12 39/14 40/14 44/9
44/17 44/19 68/6 68/24 69/21 73/7 73/21
73/25 74/6 74/6 74/20 75/4 77/12 77/17
78/18 78/20 79/9 79/21 81/19 82/13 83/8
86/3 86/18 87/10 87/11
feel [1] 63/10
feeling [1] 53/17
fees [1] 7/22
felons [2] 54/8 59/9
few [10] 5/19 6/16 6/22 7/2 22/13 25/10
50/14 52/7 67/5 80/22
fight [4] 21/1 51/17 51/18 51/19
figure [3] 35/25 49/25 89/20
file [8] 22/5 27/6 67/16 77/17 78/6 81/7
82/16 82/17
filed [12] 7/11 8/7 8/9 8/10 28/7 28/11
31/11 33/18 59/14 73/8 81/15 84/10
files [1] 17/4
filing [6] 32/6 33/4 33/19 39/9 70/10
80/22
final [1] 23/2
finally [1] 6/20
financial [5] 48/13 52/19 52/20 53/2
54/20
find [8] 16/11 16/18 17/25 24/18 32/2
39/2 71/10 79/19
fine [4] 39/13 44/24 46/17 55/15
finish [2] 40/20 75/22
firm [5] 1/5 4/9 4/10 4/18 39/23
first [24] 6/5 6/13 6/18 6/21 7/8 8/7 8/9
18/6 28/4 28/23 37/4 42/5 44/18 44/19
44/19 68/5 73/17 75/4 75/6 75/19 75/21
76/15 82/12 84/1
five [5] 6/11 13/6 40/4 66/25 81/21
FL [3] 1/16 2/8 3/5
flesh [1] 84/22
FLEXNER [3] 2/3 2/7 4/12
FLORIDA [52] 1/1 1/4 8/12 8/13 8/18
9/18 9/18 10/6 10/8 10/11 10/22 10/23
10/25 11/3 16/6 16/19 24/11 27/12 29/4
29/11 31/20 33/25 36/12 36/14 52/4
61/24 65/20 65/21 65/22 68/14 68/16
68/19 68/21 72/25 77/1 77/6 77/7 77/7
77/8 77/9 78/4 81/14 81/17 81/18 81/24
83/23 84/16 84/17 85/19 86/2 87/9 87/22
Florida's [1] 21/25
Florida-named [1] 72/4
focus [2] 36/7 65/5

following [3] 4/2 30/3 34/12
forego [1] 49/15
foregoing [1] 90/6
forget [1] 40/14
form [3] 29/10 49/23 50/24
forma [1] 34/23
forth [1] 15/13
forthwith [1] 42/7
forum [2] 9/4 21/24
forum-related [1] 21/24
forward [5] 24/20 46/14 59/16 82/12
90/2
found [5] 16/17 17/11 30/7 51/5 51/20
four [6] 19/15 19/20 19/24 63/24 77/5
81/21
fowler [6] 3/4 3/6 3/7 3/7 5/2 5/14
fowler-white.com [3] 3/6 3/7 3/7
frame [4] 13/10 14/7 26/14 26/25
framed [2] 32/1 58/7
framework [1] 66/22
frankly [6] 9/10 27/18 27/23 34/24 46/15
48/11 61/8 61/23
fraud [1] 7/19
free [4] 23/20 23/22 32/16 70/7
friend [1] 18/12
front [3] 30/2 30/3 37/17
front-end [2] 30/2 30/3
frustrating [1] 18/22
FT [1] 70/25
FTX [4] 14/13 15/22 18/8 88/20
full [5] 7/7 21/3 44/18 44/19 63/5
funny [1] 19/15
further [4] 35/18 40/6 86/6 86/7

## G

Gables [1] 1/16
gag [3] 88/23 89/11 89/12
game [5] 43/22 44/4 44/5 62/16 63/14
gave [10] 24/1 34/3 40/3 40/4 47/11
49/24 50/14 50/15 71/24 90/3
general [1] 65/4
generally [3] 36/13 36/13 64/8
gentlemen [1] 82/8
get [65] 9/10 9/13 10/9 12/10 12/22
18/21 18/23 19/2 20/6 20/24 21/18 22/8
22/10 23/20 24/9 24/11 24/16 25/2 25/12
27/7 36/2 38/11 39/13 42/10 42/23 44/20
46/15 49/8 55/2 55/2 55/4 55/5 55/12
55/12 55/22 57/8 57/19 59/9 61/8 61/11
62/19 64/7 64/9 65/8 65/8 66/10 66/13
66/21 67/24 68/2 71/4 74/14 77/2 80/1
80/14 80/15 80/21 82/4 83/15 86/3 86/10
87/3 87/11 87/18 89/4
gets [2] 37/14 83/20
getting [12] 8/19 25/5 32/18 44/2 52/23
66/7 67/25 68/1 68/5 74/15 81/24 88/25
give [37] 5/18 6/11 6/14 12/7 12/7 12/14
14/10 19/17 20/15 21/12 22/24 23/9 27/4
28/1 28/18 32/11 34/18 35/23 38/21
43/21 43/23 43/24 44/8 46/24 49/5 54/20
57/7 57/24 57/24 57/25 58/12 64/17 66/2
74/10 75/8 75/10 76/19
given [4] 47/22 63/19 70/11 80/17
gives [2] 21/3 33/13
giving [2] 19/6 21/7
glad [1] 88/7
globe [1] 25/23
gmail.com [2] 3/10 90/15
go [34] 7/3 7/8 9/25 15/23 22/23 24/20
27/16 33/8 35/17 38/7 38/23 38/24 39/5

42/4 44/6 45/14 47/18 48/6 48/18 48/18
48/7 54/3 54/14 56/6 56/25 59/3 59/22
63/11 67/5 67/20 70/13 79/21 81/9 82/11
goes [4] 54/3 69/25 84/15 87/12
going [109]
gone [1] 13/5
good [31] 4/3 4/8 4/11 4/15 4/22 5/1
5/10 5/12 5/13 5/17 5/20 5/22 6/4 7/15
16/17 23/19 31/25 32/6 33/4 38/9 55/16
56/10 60/17 60/21 67/21 68/3 68/4 68/23
70/10 86/16 90/5
Goodman [5] 20/5 20/13 20/16 52/6
52/14
got [6] 9/13 16/15 18/1 19/7 25/22 27/6
47/21 56/10 59/7 61/18 61/19 71/25 80/4
82/9 82/10 89/19
gotcha [1] 63/13
gotta [1] 18/6
gotten [3] 41/14 43/12 58/22
grant [2] 9/3 72/18
grateful [1] 6/23
great [7] 7/7 14/13 15/15 17/6 24/13
35/21 74/24
greatest [1] 18/1
greedy [2] 18/10 18/13
gross [8] 2/17 2/20 4/20 13/5 26/13
27/13 31/4 36/16 42/3 53/6 55/14 62/2
64/14 65/3 66/9 67/7 76/2 77/6
ground [2] 37/5 37/7
grounds [8] 37/2 37/7 37/15 39/1 39/2
42/1 45/11 45/13
guess [4] 65/17 65/19 70/18 72/24
guessing [1] 65/23
gun [1] 9/14
guy [2] 16/25 18/11
guys [1] 15/20

## H

had [36] 6/1 6/1 6/21 9/18 10/15 11/1
12/2 12/4 12/5 12/17 14/13 15/5 17/15
18/21 18/22 20/14 22/9 23/7 23/10 30/8
32/7 42/25 45/7 47/16 49/1 49/3 49/6
49/15 49/23 54/23 56/22 61/7 63/17 64/1
68/24 88/7
half [2] 44/18 44/19
handicaps [1] 20/20
handle [1] 50/5
handling [1] 66/22
happen [4] 8/3 82/22 83/8 83/10
happened [3] 18/8 29/5 37/2
happening [2] 24/17 46/10
happens [1] 57/16
happy [8] 53/19 56/11 57/11 60/18 63/18
73/24 75/3 75/5
hard [1] 74/13
harm [2] 20/17 20/19
harmful [1] 51/20
Harry [1] 86/14
has [37] 6/3 7/10 7/21 9/9 13/5 20/2 23/3
26/10 28/19 30/18 30/23 32/1 32/9 34/19
35/5 36/24 37/9 37/15 40/5 40/15 41/23
46/25 47/21 49/11 52/14 54/21 67/8 68/7
70/2 71/6 72/15 74/1 74/24 79/21 80/17
85/24 87/6
hasn't [2] 32/9 37/16
have [221]
haven't [9] 11/24 20/18 30/8 30/15 41/14
43/12 49/23 56/25 58/22
having [5] 38/18 53/13 67/12 67/15
78/18

## H

he [124]
he's [12]   15/22 17/11 17/13 22/22 22/23 23/23 24/2 27/6 39/21 41/6 42/1 43/22
heading [1]   34/11
hear [7]   6/5 17/15 26/4 26/23 59/10 86/1 90/1
heard [6]   8/14 10/12 17/17 59/17 63/8 81/24
hearing [16]   1/9 4/5 6/13 6/21 6/21 6/23 13/25 15/6 40/6 44/17 46/1 53/13 62/18 62/19 69/7 80/20
heart [6]   69/25 70/1
Heat [1]   14/13
held [2]   4/2 14/21
Hello [1]   4/14
help [5]   7/23 7/24 70/19 80/8 80/14
helpful [2]   54/17 54/18
here [25]   5/7 9/14 11/9 12/12 16/15 17/10 20/7 20/18 23/11 31/24 32/2 32/22 32/24 39/2 46/13 47/18 48/23 52/15 57/13 58/9 64/25 81/12 84/17 88/21 88/24
hereby [1]   90/10
hey [3]   19/6 53/20 57/20
highlighting [1]   56/2
highly [15]   20/9 20/19 48/12 48/17 49/2 49/21 50/23 51/7 51/11 52/17 52/17 52/22 53/1 55/7 55/19
him [25]   12/5 13/16 13/21 14/10 16/12 18/21 18/23 19/4 19/8 22/9 22/14 24/18 38/7 49/7 50/15 53/20 55/9 63/8 66/2 73/15 76/3 80/23 81/7 88/21
himself [2]   9/12 33/20
his [40]   10/22 12/20 12/23 13/18 13/23 14/3 15/16 16/13 16/16 17/1 18/12 18/12 18/25 19/2 19/3 19/5 19/9 19/10 21/17 24/6 27/5 28/4 29/17 33/13 33/17 34/11 34/19 35/3 35/6 36/13 36/21 37/8 38/25 39/20 40/2 40/3 50/13 57/5 69/3 71/2
hit [1]   89/10
hits [2]   57/14 57/17
hold [1]   61/10
holding [2]   47/23 53/18
holiday [3]   74/12 77/4 77/25
holidays [1]   78/2
hollering [1]   17/17
homes [1]   9/19
hominem [1]   27/25
honest [1]   51/1
Honor [111]
Honor's [4]   58/13 69/24 82/20 89/21
HONORABLE [1]   1/10
honored [1]   6/20
hooting [1]   17/17
hoped [1]   49/3
hopefully [1]   80/2
hotbed [1]   18/2
housekeeping [1]   88/16
how [14]   10/22 10/23 15/1 16/13 17/3 18/25 23/10 23/20 23/21 59/8 64/8 64/14 67/20 74/7
huge [1]   57/17
hugging [1]   15/14
hundreds [3]   6/18 25/23 29/20

## I

I'd [2]   26/4 53/3
I'll [3]   12/2 13/6 22/5
I'm [41]   5/11 12/4 13/9 13/10 13/12 15/6 19/6 26/3 27/10 30/24 33/8 38/5 40/6 40/16 42/18 40/17 50/24 44/17 46/7 47/16 48/4 49/4 52/3 53/19 53/20 56/11 62/22 67/15 70/19 73/24 74/25 75/3 75/5 80/20 81/23 84/5 85/5 87/16 88/7 89/20 90/1
I've [4]   12/23 14/24 17/4 81/24
idea [1]   86/7
identified [1]   68/13
identify [1]   53/22 63/21
if [98]
immediately [4]   9/5 40/11 40/18 74/16
important [7]   15/16 45/15 46/12 46/18 54/1 56/14 69/6
Importantly [1]   70/6
impossible [2]   40/22 49/25
in [284]
in-person [1]   72/4
inclined [2]   34/18 35/7
include [2]   31/1 32/6
including [3]   10/7 42/13 89/1
incredible [2]   21/22 32/20
incredibly [2]   51/20 69/8
indicate [1]   95/10
indiscriminate [1]   20/20
individual [1]   83/17
individually [1]   28/19
individuals [1]   78/4
informal [1]   53/12
information [13]   23/8 27/8 27/20 38/20 48/13 48/14 52/20 53/2 54/10 54/21 70/17 70/23 84/20
initially [1]   5/23
inserted [1]   49/9
insist [1]   33/3
instance [1]   52/17
instances [1]   36/11
interest [3]   7/20 10/14 26/9
interests [1]   88/13
international [6]   7/18 10/2 11/2 12/24 16/3 16/15
internet [1]   11/3
interrogatories [4]   19/16 40/17 42/17 61/2
interrogatory [1]   23/16
interviewed [1]   33/16
interviews [1]   33/16
into [5]   10/9 11/6 28/25 59/9 78/18
intricacies [1]   54/21
invested [1]   54/22
investigation [9]   30/8 30/18 30/22 32/9 32/13 33/17 54/11 70/2 70/24
investigators [1]   17/25
investment [1]   84/19
investors [2]   24/22 75/7
invited [1]   10/2
involved [1]   39/17
ironic [1]   48/23
Ironically [2]   8/17 61/25
is [412]
isn't [3]   9/21 12/20 50/1
issue [21]   26/25 29/24 30/2 30/13 31/9 32/3 37/17 44/22 45/10 45/16 46/3 48/3 49/4 51/9 55/6 56/10 61/1 61/10 67/18 68/22 73/3
issues [25]   5/23 17/5 17/14 17/23 25/3 25/8 26/18 27/24 28/22 31/5 33/2 34/22 35/10 35/18 39/21 39/25 42/12 69/8 69/8 69/13 69/18 70/16 76/23 81/13 87/24
it [206]
it's [22]   8/21 12/21 14/12 17/19 18/2 40/6 43/7 43/11 47/12 61/7 61/13 61/19 43/24 47/9 64/8 67/14 68/12 72/21 72/21 72/22 73/2 73/3 79/7
items [1]   19/12
its [3]   30/5 51/6 84/2
itself [2]   36/13 42/6

## J

January [65]   22/16 22/17 22/19 24/16 27/5 33/12 35/6 36/22 36/23 39/23 40/1 40/2 47/5 47/11 47/12 61/7 61/13 61/19 62/3 62/23 62/24 63/2 63/6 63/7 63/16 64/3 64/12 65/9 66/3 66/16 66/17 69/22 71/24 75/1 75/3 77/5 77/10 78/3 78/19 79/19 79/21 80/2 80/6 80/18 81/15 81/19 81/22 82/4 82/6 82/12 83/5 83/7 83/16 83/20 84/7 84/14 84/14 84/24 84/25 85/8 86/2 86/24 87/9 87/15 90/14
jemancari [2]   3/10 90/15
JESSICA [2]   2/17 5/11
jet [1]   77/2
jets [1]   75/8
jmeyers [1]   2/20
Joanne [3]   3/9 90/14 90/14
job [2]   35/24 69/10
Joey [16]   4/10 7/2 7/4 13/2 14/9 14/18 15/4 15/11 15/18 16/1 16/23 17/9 17/15 18/15 21/15 23/1
join [1]   37/10
joinder [4]   49/10 49/11 49/14 55/22
joining [1]   5/4
joint [4]   38/24 39/5 45/4 45/14
jointly [1]   46/3
Jonathan [2]   20/5 52/6
joseph [2]   1/14 1/17
judge [68]   1/10 6/21 7/13 8/3 8/14 8/23 8/23 11/15 11/17 11/23 12/2 13/6 14/4 14/20 15/5 18/3 18/21 18/25 19/7 19/20 20/5 20/7 20/13 20/16 22/4 24/4 24/25 25/17 31/5 35/12 36/4 36/24 37/13 38/20 39/23 40/1 40/8 40/15 40/15 43/22 45/4 45/17 46/3 46/13 46/18 46/23 47/11 47/15 52/6 52/13 58/20 58/25 59/16 59/21 62/7 62/9 67/24 68/17 69/3 72/17 80/19 80/23 80/23 80/25 82/5 85/14 87/5 87/20
judge's [3]   32/3 68/23 82/23
jump [1]   82/1
June [1]   69/2
jurisdiction [18]   8/11 9/11 9/25 10/21 12/13 13/17 15/2 17/24 23/13 28/20 34/22 37/12 37/14 37/20 45/12 68/20 73/15 87/12
jurisdictional [39]   9/1 9/2 15/17 28/21 28/22 29/13 29/15 31/12 32/3 32/5 33/2 34/18 34/21 35/2 35/4 35/18 35/20 36/9 37/4 39/18 39/21 41/24 44/22 45/10 45/18 61/15 61/22 62/3 62/8 62/22 65/9 65/14 66/2 66/15 81/4 81/13 84/16 85/12 87/24
just [100]
justification [1]   52/9
justify [1]   12/3

## K

KAYE [3]   1/14 4/10 7/2
keep [4]   78/5 82/1 85/20 88/11
keynote [4]   12/25 16/2 16/7 16/20
kidding [1]   25/15

## K

kind [7]   6/11 7/3 31/23 35/22 35/24 59/9 77/19
knew [3]   8/2 8/8 19/20
KNIGHT [4]   3/3 5/4 5/21 68/25
know [39]   5/8 6/13 9/21 12/22 14/12 17/3 17/5 17/18 19/25 22/9 23/6 23/21 23/21 23/25 24/2 24/15 38/25 40/19 41/19 49/24 54/6 54/9 54/25 54/25 57/18 58/9 59/10 63/5 64/3 64/5 65/14 65/25 72/25 77/14 79/6 82/21 82/22 88/12 88/19
known [1]   78/25
knows [2]   17/2 33/24

## L

lack [8]   8/11 9/11 13/16 17/23 28/20 37/13 68/16 69/8
landing [1]   21/16
language [1]   49/9
larger [1]   79/2
largest [1]   8/19
last [17]   10/19 14/21 18/21 18/22 19/25 21/1 21/7 23/8 40/9 51/16 51/17 57/22 57/23 59/21 60/19 73/17 74/10
later [5]   13/12 15/25 22/14 39/7 65/10
law [12]   1/15 4/9 4/18 5/7 8/24 21/18 35/3 35/25 36/8 36/9 37/5 68/18
law.com [2]   1/17 1/17
lawsuit [8]   32/7 32/20 33/18 33/19 37/8 68/8 70/10 70/11
lawyer [1]   12/22
lawyers [2]   9/12 82/11
layers [1]   20/2
lead [1]   25/1
leader [2]   10/3 10/4
least [15]   15/1 30/9 30/20 33/2 36/11 39/20 49/4 65/4 69/14 70/3 75/8 78/4 80/22 82/6 87/23
leave [3]   82/24 82/25 84/15
leaves [1]   28/16
left [1]   66/19
legal [1]   64/22
let [22]   6/5 6/18 10/23 22/5 26/22 26/22 26/25 27/22 31/8 35/20 42/3 57/1 57/20 58/8 59/9 66/20 67/5 68/9 71/16 73/25 74/2 84/1
let's [31]   4/6 7/8 7/23 7/24 17/15 19/9 19/10 19/22 24/11 28/17 31/20 31/21 34/2 38/16 39/13 40/14 43/14 55/12 59/25 64/6 64/9 64/10 66/7 73/7 73/21 77/24 80/2 82/4 82/5 86/2 87/22
letter [4]   43/11 56/21 66/23 68/25
level [5]   22/10 22/11 48/12 48/21 88/11
levels [2]   49/1 51/5
liable [1]   10/17
lies [1]   19/1
life [1]   58/1
like [22]   8/10 13/7 17/18 19/15 22/18 25/25 26/14 34/4 43/4 44/14 53/3 53/6 56/23 57/1 57/13 59/5 59/20 60/19 64/10 73/21 73/23 75/12
liked [1]   42/22
likewise [1]   5/4
limb [1]   49/7
limit [1]   62/8
limited [6]   9/1 28/21 37/19 44/22 45/1 45/9
limits [1]   46/14
line [3]   56/1 67/16 67/16

lines [1]   81/11
LISETTE [1]   1/16
list [2]   5/23 5/24
litigant [1]   20/21
litigation [2]   8/9 19/22
litigators [1]   88/12
little [10]   6/12 6/14 27/23 28/1 28/17 42/11 65/11 71/25 72/11 87/8
live [4]   35/8 63/16 75/2 81/16
lively [1]   88/8
LLP [2]   2/12 2/18
local [3]   4/24 5/3 10/5
located [1]   73/22
locked [1]   63/13
logical [1]   26/14
long [11]   7/10 21/25 27/25 46/16 49/13 54/3 55/9 69/4 78/22 79/11 88/10
look [11]   27/17 29/8 31/13 31/15 31/19 41/10 53/3 57/13 64/2 72/13 83/22
looked [3]   8/24 39/1 51/4
looking [7]   7/9 13/12 40/24 84/5 88/3 90/1
lose [1]   46/13
losses [1]   84/19
lot [15]   7/17 17/20 36/8 46/10 47/20 51/25 52/1 73/23 74/9 75/7 78/13 78/16 79/2 79/22 88/19
lots [2]   31/5 48/20
louder [1]   73/12
lower [2]   22/10 22/11
lower-level [2]   22/10 22/11
luck [1]   16/17
lying [1]   24/2
LYN [1]   3/3

## M

made [16]   7/16 7/17 19/14 23/22 26/15 29/5 29/12 33/21 47/10 48/11 48/16 67/18 69/15 71/6 71/13 72/18
magistrate [1]   1/10 21/22 27/24
main [3]   2/4 16/20 49/15
mainly [1]   13/18
majority [1]   51/10
make [41]   5/8 7/7 9/6 9/12 9/15 9/24 10/11 10/21 10/23 13/9 13/13 13/21 14/15 15/21 19/3 19/4 23/17 27/14 29/15 31/6 32/19 34/19 35/3 36/2 36/17 45/5 53/7 62/3 63/1 64/19 65/10 66/11 69/3 75/1 77/18 78/8 83/11 84/3 84/9 86/5 89/24
makes [6]   12/16 12/20 31/25 58/1 61/9 67/20
making [5]   18/4 22/21 32/8 75/3 75/4
Mancari [3]   3/9 90/14 90/14
manner [3]   14/17 29/10 86/5
many [4]   10/11 39/1 52/13 74/7
March [5]   18/23 19/11 22/24 27/1 63/18
MARK [33]   1/6 4/19 10/1 10/9 10/12 10/19 10/25 11/1 12/4 12/14 12/15 14/21 15/2 15/12 15/14 16/5 16/25 17/10 17/13 18/3 21/16 22/2 22/4 22/25 23/7 23/18 24/12 25/3 40/10 40/14 67/20 73/1 74/14
marked [1]   52/18
matched [1]   10/7
material [3]   30/1 30/13 69/18
materials [1]   15/24 20/11
matter [4]   25/7 72/16 88/16 90/12
matters [1]   25/6
Mav [1]   14/25

Mavericks [17]   4/3 7/16 9/16 9/6 70/3 10/10 21/12 22/2 25/21 28/16 32/11 34/1 48/15 64/23 65/4 79/3 79/21
Mavs [11]   28/12 28/25 29/14 29/17 35/1 35/5 42/18 42/25 43/3 57/3 83/5
may [8]   16/13 19/1 23/10 24/14 30/18 42/22 69/2 83/24
maybe [14]   6/11 18/21 34/9 34/10 39/7 55/20 56/1 75/1 76/14 79/18 79/21 83/17 83/25 89/19
mayor [2]   17/20 34/4
me [55]   4/9 4/12 4/19 6/5 6/18 13/8 15/15 24/12 25/15 26/22 26/22 26/25 27/22 31/8 35/20 40/22 40/22 40/25 42/3 42/20 43/15 43/18 44/22 45/2 45/2 45/8 47/21 50/5 51/14 53/7 53/10 53/24 54/16 55/3 57/20 59/9 64/14 65/13 66/8 66/13 67/5 68/9 70/4 70/22 71/1 71/16 73/25 74/2 76/3 76/3 80/8 80/14 84/1 87/16 88/11
mean [18]   17/21 17/21 18/25 30/3 30/12 34/19 37/23 38/25 40/7 40/11 41/3 51/1 53/23 64/8 65/16 72/16 75/5 77/22
means [3]   30/12 62/23 65/14
meanwhile [1]   22/22
media [3]   10/2 18/5 18/14
mediator [1]   6/3
meet [9]   6/1 18/22 26/17 26/18 26/19 26/20 49/3 60/18 65/25
meetings [1]   28/23
mention [2]   31/3 62/6
mentioned [1]   72/22
mentor [1]   18/13
merit [1]   39/2
meritorious [1]   15/10
merits [4]   11/18 15/9 24/11 41/7
met [5]   23/23 29/13 29/16 34/10 34/15
MEYERS [2]   2/17 5/11
Miami [27]   1/4 2/8 3/5 11/3 12/19 12/23 12/25 16/2 17/1 17/4 17/10 17/11 17/13 17/16 18/1 22/3 22/3 22/4 31/9 33/12 33/16 33/21 33/25 34/15 65/25 72/5 77/2
Miami's [1]   18/1
mid [2]   61/7 78/3
mid-January [2]   61/7 78/3
middle [2]   78/2 83/7
might [2]   53/1 86/8
millions [1]   25/5
mind [1]   67/19
minor [1]   55/20
minute [3]   11/4 34/4 59/8
minutes [6]   6/11 13/6 27/18 33/14 67/1 67/6
misrepresented [1]   27/18
misstatements [1]   26/15
modest [1]   48/11
moment [1]   29/19
momentarily [1]   5/5
money [2]   32/20 75/8
month [1]   21/7
months [32]   8/6 12/6 12/24 15/19 15/24 16/8 19/20 19/23 19/24 23/8 23/11 24/25 25/10 25/13 25/14 25/16 25/16 25/18 33/19 59/19 59/19 59/23 60/19 62/9 63/24 64/2 64/4 72/14 73/4 74/14 75/6 89/20
more [14]   5/18 14/15 14/16 14/16 15/3 21/14 27/20 30/19 53/18 57/16 64/25 65/11 75/13 79/15

## M

moskowitz [63] 1/14 1/15 1/17 1/17 4/9
4/9 6/10 11/7 13/9 18/16 26/2 26/16
26/20 27/17 27/25 29/3 29/5 29/19 30/7
30/24 31/12 32/1 33/1 33/13 33/17 33/23
36/21 38/3 38/10 38/19 39/24 40/3 40/24
42/9 42/22 43/20 44/12 45/2 48/7 48/17
48/25 49/4 49/24 50/12 51/2 53/4 53/11
54/19 56/5 56/25 57/6 60/12 65/3 65/7
65/18 68/25 71/2 72/7 74/2 77/9 81/20
88/20 89/7
Moskowitz's [4] 35/2 36/10 48/23 66/22
moskowitz-law.com [2] 1/17 1/17
most [5] 8/19 20/10 21/11 35/25 83/11
motion [69] 8/17 9/7 9/11 11/11 11/14
12/8 12/8 12/13 13/16 14/1 14/6 15/10
22/15 25/17 27/6 29/25 34/20 36/25
38/11 39/6 39/19 41/3 41/3 41/5 41/7
44/2 45/4 45/6 45/15 45/20 50/4 59/14
59/15 59/16 59/22 62/10 63/25 67/8
68/10 68/13 69/25 70/18 72/13 72/17
72/22 72/24 73/2 73/8 73/9 73/12 73/13
73/19 74/1 74/20 74/22 75/13 75/15
76/17 76/20 78/6 80/20 80/23 82/16
82/16 82/17 84/2 84/5 84/6 84/10
motions [2] 15/6 70/1
motivations [1] 71/12
move [7] 7/4 17/6 25/25 53/17 63/18
64/10 80/1
moved [1] 23/13
moves [1] 28/20
moving [6] 8/4 78/5 82/1 85/20
Mr [12] 14/10 24/14 24/16 28/12 28/15
29/13 29/16 34/8 34/12 34/14 65/25
87/14
Mr. [183]
Mr. Best [12] 5/3 44/14 45/8 54/10 54/16
57/15 62/25 64/14 65/7 68/12 76/25
79/13
Mr. Boies [11] 6/16 26/3 33/1 46/11 47/1
47/4 78/9 79/16 82/19 85/18 87/1
Mr. Boies' [1] 83/3
Mr. Cuban [70] 7/16 7/18 8/8 9/12 9/14
13/12 14/2 18/18 19/2 22/8 22/21 24/6
24/10 27/1 27/8 27/11 28/7 28/12 28/16
28/19 32/4 32/8 33/1 33/11 33/21 33/22
34/10 34/22 34/23 35/1 35/5 37/18 38/4
38/7 39/22 42/15 42/17 42/20 42/22 43/2
43/16 44/10 46/7 46/16 46/20 46/23
48/14 54/21 57/4 70/5 73/5 73/15 75/4
75/6 75/11 77/13 78/17 78/20 79/21 81/3
82/12 83/5 83/17 85/20 85/22 86/9 86/10
86/18 87/11 89/1
Mr. Cuban's [16] 29/13 31/16 39/12
39/14 56/18 61/25 65/19 68/5 70/12
78/10 78/15 84/18 86/4 88/18 88/23 89/4
Mr. Moskowitz [56] 11/7 13/9 18/16 26/2
26/16 26/20 27/17 27/25 29/3 29/5 29/19
30/7 30/24 31/12 32/1 33/1 33/13 33/17
33/23 36/21 38/3 38/10 38/19 39/24 40/3
40/24 42/9 42/22 43/20 44/12 45/2 48/7
48/17 48/25 49/4 49/24 50/12 51/2 53/4
53/11 54/19 56/5 56/25 57/6 60/12 65/3
65/7 65/18 68/25 71/2 72/7 74/2 77/9
81/20 88/20 89/7
Mr. Moskowitz's [4] 35/2 36/10 48/23
66/22
Mr. Wissner-Gross [13] 26/13 31/4
36/16 42/3 53/6 55/14 62/2 64/14 65/3
66/9 68/7 76/2 77/6

much [12] 5/9 6/18 17/7 25/1 35/4 61/23
64/24 65/24 66/6 77/20 86/6 86/18
my [22] 4/10 4/10 4/12 4/20 4/20 5/3 5/7
7/2 9/18 18/24 19/9 35/24 49/20 53/12
55/10 65/23 67/15 67/19 70/20 81/9
86/19 90/11
myself [2] 27/11 49/19

## N

named [15] 28/19 30/10 30/23 30/25
31/1 32/7 32/15 32/22 33/3 70/4 70/6
72/2 72/4 83/23 84/17
narrow [1] 57/18
NBA [1] 42/25
necessary [4] 28/18 36/6 37/9 76/18
need [49] 11/24 13/16 15/16 16/12 16/18
16/21 20/1 21/11 22/14 25/20 26/24
27/20 31/7 35/13 38/1 40/11 46/5 46/6
53/16 54/13 54/18 54/20 56/15 56/18
59/17 59/24 60/22 67/20 70/20 72/2
72/20 73/8 73/11 73/18 74/20 74/21
75/13 80/8 81/5 81/14 81/17 81/23 82/15
84/13 85/15 85/21 87/21 88/9 88/23
needed [4] 8/3 50/6 70/18 80/14
needs [6] 38/17 40/18 54/22 80/16 80/21
85/22
negotiate [1] 22/20
never [17] 12/23 15/21 16/6 16/11 17/4
17/11 17/14 17/17 17/22 20/6 27/11 29/5
48/21 59/7 72/15 73/3 78/25
new [4] 2/19 15/21 72/23 77/17
news [1] 14/22
newspaper [2] 18/4 18/6
newspapers [1] 7/16
next [16] 8/22 15/4 15/11 16/23 17/9
18/15 21/9 21/15 21/19 23/1 24/6 25/10
47/24 60/2 62/13 68/7
NFT [1] 17/19
nice [1] 12/1
night [2] 57/22 57/23
nightmare [1] 20/14
nine [2] 18/22 26/19
no [42] 1/2 4/24 8/7 8/12 9/16 13/22
20/19 21/17 22/7 26/9 29/1 33/14 33/21
34/5 34/15 38/13 38/15 41/2 41/11 41/11
41/11 43/13 43/17 45/13 46/19 47/7
47/15 52/21 54/10 58/20 59/12 59/12
63/8 72/11 72/18 75/8 75/8 84/4 84/5
85/4 87/1 87/5
nobody [1] 79/3
noise [1] 18/7
non [3] 53/21 68/14 82/11
non-Florida [1] 68/14
non-Maverick [1] 82/11
non-testifying [1] 53/21
none [5] 9/18 32/13 32/14 69/12 70/6
nonparty [2] 83/4 87/14
nonprivileged [3] 43/5 65/2 65/5
nonresident [1] 68/21
nor [1] 36/20
normal [2] 64/25 68/11
normally [1] 34/19
not [103]
noted [2] 35/9 76/19
nothing [14] 12/3 15/7 23/5 23/12 25/6
29/9 29/18 41/23 42/7 45/12 59/14 64/19
74/1 74/24
notice [2] 79/20 87/13
noticed [6] 12/5 36/21 71/19 71/20 78/15
78/16

notices [2] 71/7 76/5
Notwithstanding [1] 31/25
November [4] 76/6 76/8 76/13 76/14
now [43] 9/10 10/14 11/23 12/12 13/22
15/12 18/4 18/8 18/12 19/9 21/6 21/8
21/10 21/14 23/2 23/23 24/13 25/2 29/16
29/19 29/22 37/17 40/13 41/20 42/3
44/21 47/5 47/23 48/18 53/13 56/15
56/17 60/17 62/18 68/4 70/18 72/14 72/23
74/22 77/12 78/17 85/16 89/19
number [9] 4/16 26/15 52/19 54/20
57/14 57/17 67/8 74/7 77/24
numbers [1] 52/21
numerous [1] 37/7
NW [1] 2/13
NY [2] 2/4 2/19

## O

oath [1] 17/13
object [1] 48/17
objected [3] 11/13 19/14 49/9
objection [2] 23/3 53/11
objections [7] 23/16 24/7 53/10 56/19
60/3 62/11 72/9
obstructionist [1] 58/9
obviously [11] 7/17 27/8 35/8 50/5 61/4
68/13 69/11 69/19 77/4 78/13 85/6
occur [4] 28/23 30/4 36/15 38/17
occurred [2] 6/3 29/2
occurring [1] 89/7
October [4] 11/2 28/24 30/4 30/10
odd [1] 42/11
off [4] 32/25 62/2 67/5 78/17
offense [1] 59/23
offered [4] 27/1 36/20 37/23 71/25
offering [1] 43/17
officer [4] 16/4 16/18 17/3 17/24
officers [1] 16/21
officials [1] 82/11
often [2] 51/12 52/25
oh [2] 72/18 85/2
OK [71] 4/16 4/22 5/7 5/12 5/17 5/18
11/22 12/11 13/19 13/24 14/7 14/9 26/4
26/11 27/3 27/5 27/21 28/3 30/21 31/10
33/6 34/16 35/16 38/8 38/9 38/14 41/12
41/18 41/22 42/3 44/25 45/19 45/23
47/13 47/21 50/3 50/16 50/21 54/2 55/6
56/4 56/8 56/9 58/1 58/10 60/17 65/13
66/4 66/25 67/3 70/22 71/8 71/16 71/22
72/7 74/4 74/11 74/18 75/17 76/4 76/7
76/11 77/4 79/24 80/7 82/3 84/5 84/7
85/10 85/15 86/11
on [139]
once [10] 9/1 33/23 43/5 43/10 56/5
58/23 61/4 62/11 71/4 89/22
one [42] 7/8 8/19 9/13 9/23 11/4 12/1
13/2 14/10 19/20 20/2 20/3 21/2 21/9
21/11 21/20 21/24 23/4 23/24 24/17
25/24 29/20 29/20 31/3 39/16 41/2 41/8
43/17 49/6 49/7 50/3 50/8 51/9 55/21
56/10 66/11 67/13 75/14 75/22 75/23
78/8 83/3 88/16
onerous [1] 64/25
ones [6] 23/16 31/7 52/6 75/13 81/15
81/24 87/22 87/22
ongoing [1] 74/5
only [30] 6/24 6/25 9/19 13/6 19/9 19/15
19/25 20/12 25/24 26/18 28/5 30/17 32/4
36/18 40/8 45/22 50/22 52/3 54/4 59/21
60/16 61/16 62/10 66/23 71/20 74/24 77/11

**Q**

only... [4]  78/21 83/15 83/16 83/19
onto [1]  67/24
opaquely [1]  32/1
open [8]  10/8 73/16 76/20
opened [10]  30/10 32/7 32/15 69/14
 69/14 70/4 71/1 76/18 76/21 76/23
opening [3]  69/2 69/20 70/8
opens [1]  32/12
operations [1]  30/5
operative [1]  77/16
opponents [1]  18/18
opportunity [2]  32/14 32/25
oppose [3]  39/6 82/16 85/7
opposing [2]  20/12 57/22
opposite [2]  8/18 34/25
opposition [6]  22/15 35/3 39/20 40/2
 40/3 85/5
or [66]  5/4 9/3 9/17 10/5 11/25 15/8
 16/14 18/18 19/4 19/9 19/11 19/15 21/9
 22/14 22/16 23/4 24/2 24/6 27/1 27/14
 29/10 33/14 39/6 39/12 42/21 43/11 44/9
 44/13 44/18 44/19 45/9 48/14 48/17 49/5
 49/7 49/11 51/24 54/23 56/1 56/22 57/23
 57/24 63/23 64/19 65/4 65/20 65/22
 67/13 68/6 68/10 68/25 69/4 69/17 70/5
 72/9 75/10 76/14 77/13 79/6 81/8 81/21
 82/16 88/4 88/17 89/3 89/11
order [64]  11/18 11/21 11/25 19/13
 19/19 19/23 19/25 20/1 20/8 20/11 20/14
 23/15 24/4 24/25 38/25 40/16 40/24
 40/25 41/2 41/6 42/6 42/7 42/8 43/5
 43/11 47/13 47/18 47/24 47/25 48/8 49/1
 50/6 50/14 50/20 52/10 53/7 54/23 55/7
 58/24 61/4 61/11 61/18 62/12 62/20 63/2
 63/4 63/7 64/7 64/9 66/7 67/11 68/2
 69/3 80/15 81/1 82/5 82/24 85/14 85/15
 88/4 88/24 89/11 89/12 89/23
ordered [2]  9/5 46/13
orders [2]  21/2 51/17
organization [2]  57/4 79/23
originally [2]  36/21 47/7
other [35]  5/8 6/16 10/11 11/5 14/19
 15/14 24/18 28/19 33/12 33/25 37/2
 37/15 42/1 43/13 45/13 50/23 50/24
 51/14 51/19 52/19 55/19 61/10 61/21
 65/21 67/11 75/12 78/13 79/20 79/22
 83/2 83/5 84/20 86/20 87/17 87/19
others [2]  87/10 89/7
otherwise [3]  37/14 64/20 84/20
ought [1]  80/11
our [66]  6/13 6/15 6/19 6/21 7/6 7/23
 9/23 10/16 12/7 17/6 17/25 20/5 22/1
 22/14 22/15 22/16 23/8 26/17 26/18
 28/13 30/8 30/18 30/22 32/5 32/9 32/13
 33/4 35/13 36/20 40/2 42/10 42/11 42/13
 43/25 45/17 47/12 49/3 49/4 49/23 50/10
 50/17 50/20 52/4 52/5 54/5 54/12 55/18
 56/2 57/19 60/3 60/6 60/15 61/10 63/11
 66/21 69/10 69/16 69/25 70/1 70/2 73/4
 74/15 74/22 74/24 82/2 88/10
ours [2]  48/8 62/17
ourselves [1]  16/4 82/20
out [28]  6/24 7/24 8/18 14/24 17/18
 24/18 24/25 31/8 34/11 35/24
 35/25 49/7 49/25 53/2 60/20 64/16 65/9
 67/16 71/10 73/7 81/19 82/19 84/23 86/3
 88/3 88/25 89/20
outlined [2]  68/25 69/7
outside [1]  46/23

outstanding [9]  58/15 58/20 59/5 59/24
 62/9 62/18 64/7 64/16 76/2
over [15]  6/16 15/8 15/22 21/1 26/3 26/13
 27/15 37/14 51/9 52/1 53/10 53/15 60/19
 73/15 89/2
over-designate [1]  52/1
over-designation [3]  51/9 53/10 53/15
overall [1]  69/5
overarching [1]  31/23
overbroad [1]  23/4
overdue [1]  25/17
overrule [2]  23/15 24/7
overuse [1]  51/14
owe [1]  27/25
owes [1]  58/18
own [4]  9/19 17/25 52/10 80/13

**P**

page [1]  40/16
pages [5]  1/7 22/1 22/2 40/3 52/7
paid [2]  10/9 25/5
pandemic [1]  73/24
paperless [5]  40/25 41/2 41/6 42/6 47/18
papers [7]  7/18 20/5 21/20 23/5 39/20
 76/24 88/25
paragraph [3]  31/13 31/19 67/15
paragraphs [3]  9/25 70/13 73/20
part [13]  18/22 18/23 30/6 32/10 33/17
 45/19 54/11 54/12 54/22 68/15 81/9
 87/23 89/13
participate [1]  14/25
participated [1]  70/7
participation [1]  65/20
particular [1]  66/23
particularly [2]  70/2 72/4
parties [9]  6/2 12/17 36/8 38/24 56/23
 64/6 69/4 71/17 81/6
parties' [1]  20/12
partner [7]  4/10 4/12 4/20 4/20 5/3 7/2
 10/3
partnership [2]  15/21 16/9
parts [2]  15/17 33/25
party [5]  17/18 24/18 37/9 49/11 83/4
pass [5]  26/10 86/11 86/12 86/14 86/14
Past [1]  65/23
pause [2]  47/19 66/25
peek [2]  15/9 41/7
peeked [1]  11/18
pending [4]  6/24 11/9 11/14 73/13
people [19]  5/18 7/1 7/24 10/7 11/3 11/5
 14/5 14/16 15/24 25/7 29/4 29/20 29/21
 52/1 75/2 75/7 77/15 79/2 79/22
percent [1]  24/5
perfectly [1]  81/12
perhaps [3]  27/14 38/20 44/2
period [2]  30/6 71/14
permanent [1]  86/17
permitted [1]  34/21
person [5]  22/10 22/11 53/25 67/21 72/4
personal [6]  8/11 12/13 17/23 23/13
 28/20 48/13
personam [1]  37/13
picked [2]  12/15 12/15
piece [1]  45/18
PIERCE [1]  1/3
place [15]  22/3 43/14 61/4 61/5 61/8
 61/12 64/8 64/9 68/3 80/15 83/16 83/16
 86/21 86/22 89/23
plaintif [1]  1/4 1/14 2/3 4/7 34/18 51/3
 57/12 58/14 68/16

plaintiff's [1]  48/20
plaintiffs [79]  1/5 1/11 2/9 2/24 2/3 27/2
 30/1 30/9 30/10 30/14 30/23 30/25 31/2
 32/5 32/7 32/13 32/14 32/15 32/23 33/3
 35/9 35/14 37/24 43/7 45/16 46/5 46/6
 46/7 58/16 59/8 59/18 62/1 66/17 66/18
 66/20 68/8 68/9 68/11 69/1 69/12 69/20
 70/4 70/6 70/12 70/19 71/6 71/20 72/2
 72/5 73/14 73/18 74/7 75/5 75/11 76/6
 76/21 77/1 77/18 77/24 78/18 80/2 81/14
 82/5 82/10 83/17 83/22 83/23 84/14
 84/17 84/17 85/6 85/13 85/19 85/21 86/2
 86/2 86/8 87/9 87/13 87/22
plaintiffs' [7]  59/2 61/6 70/25 78/16 85/1
 85/2 85/5
plane [1]  34/11
planet [1]  67/24
planning [2]  60/3 85/12
platform [1]  84/19
play [2]  14/9 62/16
played [2]  14/12 17/16
Plaza [1]  1/15
pleadings [2]  22/16 43/25
please [4]  12/9 45/3 75/18 75/25
PLLC [1]  1/15
podcasts [1]  22/22
point [27]  13/11 13/13 18/24 19/11 23/2
 29/12 29/15 29/20 29/24 30/18 30/19
 31/11 31/25 32/21 38/20 43/17 44/22
 49/8 58/15 64/11 67/18 69/24 70/9 78/8
 85/21 85/22 86/19
points [4]  16/11 66/3 66/21 66/22
politely [1]  75/24
portion [1]  7/15
poses [1]  20/20
position [1]  58/13
possession [2]  62/1 71/2
possibility [1]  36/23
possible [8]  20/10 23/10 36/3 44/16 66/8
 72/6 77/19 77/23
postponing [1]  65/4
practice [3]  49/20 49/22 52/3
preceded [1]  30/6
prejudice [2]  15/8 46/17
prejudices [1]  22/24
preliminary [1]  15/9 41/7
prepared [7]  43/9 46/23 49/12 50/1 56/3
 60/15 77/2
preposterous [1]  18/13
present [2]  81/3 87/2
presentation [2]  7/6 11/8
presented [1]  12/3
preserved [1]  48/16
press [16]  10/1 11/2 12/17 12/24 22/3
 24/1 28/24 29/1 29/6 29/6 29/8 29/10
 30/4 69/15 88/25 89/6
presumably [1]  30/6
pretty [3]  17/7 34/23 35/1
pricing [1]  23/19
principally [1]  48/11
prior [7]  26/19 30/10 32/8 40/1 70/5
 88/17 89/4
prioritize [1]  65/2 71/25 77/3
private [2]  17/25 75/8
privilege [1]  64/24
privileged [2]  64/19 64/22
pro [1]  34/23
probably [2]  49/25 77/12
problem [10]  27/8 27/12 38/12 38/18
 42/24 61/16 64/21 68/20 77/12 83/24

**P**

Procats [1] 20/8
procedure [2] 34/25 61/11
proceed [6] 14/8 35/25 77/22 83/11
83/19 86/5
proceedings [1] 4/2
process [5] 63/10 63/20 65/1 65/6 65/10
processes [1] 63/23
produce [12] 11/12 24/5 43/4 58/6 60/22
62/11 62/12 62/17 62/17 62/21 64/15
74/19
produced [6] 23/5 23/6 40/18 41/20
56/16 58/24
producing [2] 42/7 62/24
product [2] 10/20 25/4
production [19] 19/16 43/7 43/10 59/1
59/2 59/3 60/24 61/6 61/12 63/13 63/14
63/15 63/19 64/12 64/25 65/6 65/14
66/16 83/6
products [3] 10/7 10/12 36/12
professional [2] 88/11 88/14
programs [1] 15/23
promise [2] 55/4 77/18
promised [1] 66/11
promote [1] 10/19 25/3
promoted [2] 16/24 27/12
promotes [1] 10/17
promotion [1] 32/11
promotions [1] 10/24
prong [1] 37/4
proposal [2] 22/12 61/11
propose [2] 53/4 53/6
proposed [12] 48/16 49/23 53/7 56/22
57/7 61/3 61/7 63/17 68/24 71/24 85/14
85/15
proposing [1] 50/9
protection [1] 21/3
protective [22] 11/21 11/25 20/8 20/11
43/5 43/10 48/8 48/25 50/6 50/14 53/7
61/4 61/11 64/7 64/9 66/7 67/11 68/2
80/15 81/1 88/4 89/22
protocol [8] 25/11 25/20 43/13 56/24
57/8 57/10 58/4 61/8
protocols [1] 62/15
prove [1] 25/7
provide [3] 15/24 60/6 60/15
provided [6] 9/6 9/8 17/12 42/18 53/14
82/24
providing [1] 75/12
public [2] 18/5 24/1
publicity [3] 88/19 88/22 89/6
pull [2] 31/18 63/20
purchased [1] 10/6
pursuant [1] 32/12
push [4] 14/14 32/3 32/25 45/17
pushed [2] 69/1 86/6
pushing [3] 17/7 45/10 78/2
put [6] 11/2 19/7 40/13 46/22 66/23 82/5

**Q**

question [6] 18/17 32/22 36/15 36/18
54/4 76/20
questionable [1] 12/21
questioned [1] 52/5
questions [3] 35/9 35/19 43/1
quick [2] 8/3 8/3
quickly [3] 8/4 13/3 64/14
quote [1] 23/18

**R**

RACHEL [2] 2/16/21
raise [2] 55/11 74/23
raised [1] 76/23
raises [1] 59/15
range [8] 27/2 38/4 38/5 38/8 43/20
44/11 44/12 44/20
rather [4] 9/3 13/12 45/10 76/3
reach [1] 37/15
react [1] 17/3
reacting [1] 86/19
read [2] 9/16 70/15
ready [2] 25/19 74/16
real [3] 7/23 32/22 54/4
really [15] 6/25 8/23 9/20 13/5 17/21
23/19 36/6 37/8 47/23 50/22 61/1 79/17
83/4 88/7 90/4
realtime [1] 45/8
reason [6] 9/11 36/10 65/8 69/6 86/19
87/1
reasonable [12] 22/12 23/14 24/21 25/1
32/2 50/2 51/24 58/7 65/13 81/6 82/8
82/15
reasonably [1] 69/20
reasoning [1] 36/11
rebuttal [1] 69/2
received [5] 32/16 42/21 48/7 72/7 76/22
recently [1] 70/2
Recess [1] 67/7
reciprocal [3] 43/6 43/6 43/10
recognize [1] 34/17
recognizes [1] 8/25
recon [1] 31/6
record [9] 9/9 27/18 27/20 28/2 33/10
50/8 50/13 67/5
recording [2] 32/20 36/25
red [2] 67/15 67/16
redact [1] 53/2
redeemed [1] 71/13
redemptions [1] 71/14
redline [2] 50/10 56/1
redlined [6] 49/24 50/1 50/3 50/8 51/4
51/5
redundant [1] 23/4
reference [12] 13/10 13/14 14/7 21/25
28/6 33/14 33/21 34/5 67/11 73/10 76/17
80/17
referenced [1] 29/7 72/21
references [2] 28/7 76/19
referred [1] 41/8
referring [1] 41/1
refused [1] 57/24
regarding [1] 51/8
regards [1] 83/23
REID [4] 1/10 14/20 80/23 87/20
Reinhart [2] 21/22 22/4
related [1] 21/24
relationship [4] 15/15 24/13 24/15 46/8
relative [5] 81/18 88/22 88/24 88/24 89/7
relevant [1] 61/24
reliance [1] 30/14
relied [1] 70/12
relief [2] 7/23 25/25
rely [5] 13/23 19/5 19/10 73/9 73/14
relying [3] 13/17 14/5 71/11
remain [1] 43/9
remedied [1] 53/10
remember [4] 15/12 17/10 24/12 79/13
reply [8] 40/2 40/4 47/12 84/24 85/1 85/2
85/4 85/6
reported [1] 52/3
Reporter [2] 3/6 90/15
reports [6] 35/12 68/24 69/1 69/2 69/20
74/6
represent [6] 5/15 24/21 30/19 75/25
88/10 88/13
representation [1] 23/22
representatives [1] 51/23
represented [1] 79/1
representing [1] 55/4
represents [2] 29/20 29/21
reps [1] 77/15
request [18] 9/3 19/9 19/14 20/7 23/3
38/24 39/6 42/14 42/15 42/16 42/16 49/4
55/3 55/22 58/7 68/4 72/3 76/13
requests [13] 19/15 19/16 23/8 23/17
40/17 43/2 43/8 58/17 58/19 59/25 60/24
61/1 61/2
require [1] 24/5
requires [1] 20/16
requiring [1] 49/9
reset [1] 27/22
resident [1] 10/6
residents [3] 10/11 10/24 68/15
resisted [1] 48/21
resolution [4] 31/23 32/2 49/8 52/24
resolve [1] 56/18
resolved [1] 56/10
respect [11] 9/4 17/6 29/18 35/21 37/20
46/6 71/6 81/1 81/2 83/6 83/13
respectfully [4] 24/3 33/3 55/10 83/18
respond [17] 36/4 37/24 38/5 38/11
38/20 39/9 39/11 39/18 39/19 42/10 45/6
48/3 59/7 75/18 77/14 80/20 81/8
responded [4] 32/14 42/16 60/23 61/2
responding [2] 32/20 36/25
response [11] 27/6 32/3 34/20 35/6
39/10 40/1 43/23 44/3 45/24 47/7 84/6
responses [10] 42/10 42/11 42/13 42/19
43/3 58/17 60/1 60/6 60/8 60/16
responsive [2] 21/6 43/4
rest [5] 45/10 62/23 65/9 77/3 81/16
restricted [1] 20/21
restrictive [1] 20/10
retail [1] 14/14
revealed [2] 32/9 70/3
reveals [1] 32/13
revenue [2] 8/2 8/20
review [4] 25/12 64/18 64/24 65/2
reviewed [2] 33/18 48/10
rhetoric [1] 26/23
ridiculous [2] 20/13 20/25
right [48] 4/4 5/17 8/25 11/16 11/23
18/17 18/20 18/25 26/25 27/9 28/17 35/5
35/20 37/17 38/3 39/12 41/9 41/25 44/1
46/21 46/25 47/2 47/5 47/20 47/23 50/11
52/5 55/1 55/19 52/1 54/18 55/17 58/21
60/2 60/17 61/16 62/20 66/7 66/10 70/18
79/11 80/9 81/14 82/19 82/25 86/22 87/7
87/25
risk [3] 20/19 23/20 23/22
risky [1] 12/22
RKA [1] 1/2
ROBERTSON [1] 1/3
roll [3] 56/12 56/13 56/14
rolling [12] 43/6 43/10 61/3 61/5 61/12
63/13 63/15 63/19 63/23 64/12 75/12
83/6
RONALD [2] 3/4 5/14
room [1] 64/18

**R**

rotely [1]  49/21
routinely [2]  49/17 49/19
RPR [2]  3/9 90/14
rshindler [1]  3/7
RUDNICK [4]  2/12 2/18 4/18 5/11
rule [5]  8/23 42/12 51/10 53/14 86/9
ruled [6]  7/21 11/9 11/15 14/4 19/8
40/15
ruling [1]  53/8
run [1]  66/21
running [2]  18/9 71/23
rwolkinson [1]  2/15

**S**

safe [1]  14/24
said [67]  7/18 7/20 8/12 8/14 8/24 9/1
9/16 10/2 10/4 10/5 10/6 10/16 10/22
11/13 11/18 11/20 11/24 12/3 12/6 12/8
13/20 13/22 14/3 14/22 15/5 15/6 15/7
15/9 16/24 17/10 17/13 18/4 19/3 19/25
20/8 20/9 20/13 20/15 20/18 21/10 22/5
22/12 23/6 23/9 24/12 25/10 25/15 26/10
29/9 36/5 38/25 39/1 43/4 43/23 52/18
55/10 57/24 58/20 59/8 59/22 60/23 73/6
73/17 73/18 74/17 82/10 87/6
same [7]  7/12 14/15 19/8 29/15 34/4
34/9 34/13 35/8 40/23 49/1 57/4 67/24
75/11 76/13 76/14 79/20
sanctions [2]  17/6 53/14
saw [5]  7/25 25/7 48/9 50/3 52/18
say [28]  6/16 16/4 16/17 16/19 17/15
17/24 18/9 19/6 19/22 21/21 21/23 23/5
23/17 23/20 26/8 31/20 33/9 38/24 53/3
58/8 59/17 62/14 63/9 67/21 72/18 72/25
75/24 86/15
saying [36]  8/11 12/1 12/23 15/14 16/5
16/14 17/4 17/22 18/1 18/12 18/18 18/20
21/6 21/8 23/23 27/10 27/11 35/21 36/16
40/16 41/16 42/1 43/22 44/16 47/1 53/24
58/23 61/18 65/8 66/6 72/12 73/15 73/16
74/22 81/12 86/25
says [17]  5/22 16/12 20/6 20/10 21/16
21/17 22/7 23/18 23/19 29/13 41/6 46/19
51/20 57/13 59/20 63/3 67/12
sbest [1]  2/14
scant [1]  28/6
schedule [14]  32/4 35/7 35/11 35/12
39/23 46/19 46/20 46/23 68/23 73/25
79/18 80/8 85/24 86/24
scheduled [3]  26/20 86/23 87/3
scheduling [2]  70/19 81/10
SCHILLER [3]  2/3 2/7 4/12
screaming [1]  17/17
screen [1]  7/7
SE [1]  2/8
search [14]  25/20 43/13 56/23 57/2 57/7
57/9 57/13 57/23 57/25 58/3 58/7 58/11
61/8 61/12
searchable [1]  25/11
searches [1]  57/5
season [1]  74/12
SEC [2]  7/21 10/16
second [7]  26/13 29/16 44/18 45/11
48/11 67/15 68/22
secondly [1]  16/13 28/6 76/17
seconds [2]  5/19 36/5
secret [2]  20/1 52/6
securities [3]  7/22 10/15 10/16
security [2]  10/20 52/21

see [24]  4/16 5/7 11/20 12/25 29/8 34/7
40/24 47/13 47/16 49/9 49/16 52/8
55/22 56/2 57/17 65/7 71/3 72/14
73/19 77/10 77/16 88/20
seeing [2]  27/11 55/19
seek [2]  82/24 82/25
seem [1]  82/8
seems [3]  59/5 77/19 85/18
seen [3]  11/24 15/3 15/21
segue [1]  68/23
Selection [1]  6/3
send [2]  14/19 56/25
sends [1]  55/3
sense [4]  23/17 57/19 61/9 83/11
sensitive [1]  48/14
sent [5]  5/23 5/24 19/19 19/24 25/16
sentence [4]  55/21 67/13 67/15 67/16
separate [2]  42/17 42/25
separately [1]  81/23
September [1]  41/15
serious [1]  35/9
served [12]  41/14 41/15 42/11 42/14
42/17 42/18 43/2 43/8 58/16 76/5 76/8
76/13
set [10]  24/16 28/1 39/13 39/23 40/1
42/17 42/17 46/14 47/6 68/21
setting [2]  43/16 71/18
settle [1]  67/21
settlement [2]  51/24 54/23
seven [2]  2/18 25/16
several [3]  26/19 30/5 68/18
share [4]  16/21 20/23 51/21 54/5
shared [1]  20/21
sharing [2]  53/25 67/19
she [5]  8/14 8/24 9/1 9/5 9/7
SHINDLER [2]  3/4 5/14
shock [1]  9/16
shocked [5]  9/10 30/24 30/24
short [3]  34/4 36/1 57/20
shortly [1]  88/5
should [10]  5/4 11/14 11/19 21/9 34/23
36/10 36/15 72/10 82/11 85/19
shouldn't [5]  18/11 21/21 41/20 51/15
86/8
show [14]  7/2 11/4 12/18 12/19 13/2
20/3 20/4 26/21 49/16 51/24 52/2 53/21
55/11 83/18
showed [1]  8/20
showing [5]  9/25 14/21 15/8 34/19 35/4
shows [2]  16/13 49/13
side [5]  43/13 48/20 61/21 63/20 82/2
sides [3]  35/22 59/6 61/13
Sig [5]  27/16 57/20 67/10 72/12 75/18
SIGMUND [5]  2/17 4/20 13/4 26/6 27/13
sign [8]  20/24 21/8 49/11 49/13 51/15
56/6 58/23 66/9
signed [4]  16/5 51/12 62/21 72/19
significant [5]  20/20 32/21 33/4 69/8
83/24
significantly [1]  22/24
signing [2]  49/10 55/22
silent [1]  18/14
silly [3]  23/16 24/8 77/19
simple [2]  10/18 19/18
simply [9]  19/13 20/18 41/6 47/5 53/2
53/5 53/12 57/15 68/11
since [4]  43/12 70/2 75/6 76/12
single [7]  19/14 21/24 23/3 23/4 23/12
59/18 59/19
sir [5]  5/15 42/4 82/3

sitting [2]  17/12 23/11
situation [4]  7/24 46/22 78/5 78/17
six [3]  8/5 24/24 75/6
skip [2]  14/19 56/25
slide [9]  8/22 15/4 15/11 16/23 17/9
18/15 21/15 21/19 23/1
slides [1]  7/2
so [200]
Social [1]  52/20
software [1]  14/14
sole [1]  23/7
solely [1]  33/2
solution [1]  83/21
some [49]  8/3 9/11 9/21 12/9 21/6 22/10
23/5 24/18 30/23 30/25 31/23 32/4 34/18
34/21 35/14 35/18 36/10 38/1 42/25 44/7
44/8 46/6 46/14 50/23 57/18 57/18 58/15
59/5 59/24 60/23 60/24 64/18 73/23
74/19 75/1 78/3 80/3 80/4 80/21 81/21
82/4 85/16 85/21 85/22 85/25 86/5 87/2
88/23 89/11
somebody [2]  18/8 19/6
somehow [1]  86/20
someone [1]  28/20
something [11]  7/10 8/2 10/18 26/8 39/9
41/10 54/19 80/10 84/1 89/4 89/20
sometime [4]  79/1 80/2 84/24 89/3
soon [3]  66/8 72/6 77/18
sorry [6]  33/8 40/22 47/17 48/4 82/1 85/5
sort [5]  23/25 35/24 80/1 88/23 89/11
sought [1]  48/24
sounds [3]  44/14 64/10 65/13
SOUTHERN [6]  1/1 28/5 28/8 52/4 72/5
81/15
speak [4]  73/12 76/23 79/14 80/16
speaker [5]  12/25 16/2 16/7 16/20 16/20
speaks [1]  42/6
specific [7]  9/6 15/8 20/17 29/3 49/5
71/2 72/3
specifically [7]  7/15 10/12 69/25 76/19
speculation [1]  18/7
speech [1]  59/8
speed [1]  65/6
spend [3]  19/23 21/9 25/10
spending [1]  32/19
spent [2]  7/15 47/20
spoke [1]  65/3
spoken [2]  17/4 79/9
sponsorship [5]  29/1 32/16 64/23 70/6
70/7
Square [1]  2/18
stand [2]  75/14 76/15
standard [7]  34/24 35/1 43/3 49/16 50/2
56/22 63/15
standing [1]  35/10
start [23]  4/6 4/7 7/4 25/14 35/21 59/2
62/21 64/6 64/8 66/7 73/21 74/25 75/3
75/5 75/11 76/25 76/25 77/3 77/5 77/25
79/18 80/5 87/22
started [2]  7/11 59/21
starting [4]  61/7 64/17 78/4 81/19
starts [2]  54/8 56/15
state [4]  37/5 37/6 73/11 81/16
statement [3]  29/4 32/8 50/13
statements [9]  12/16 36/13 52/19 52/20
70/5 70/11 70/12 73/14 84/18
states [4]  1/1 1/10 8/19 29/17
statute [1]  21/25
stay [6]  6/22 11/8 12/3 12/8 12/8 15/6
25/18 28/13 38/25 39/18 41/4 41/5 48/25

**S**

stay... [8]  58/20 59/22 62/7 62/10 63/25
64/4 73/5 87/5
stayed [8]  8/5 11/14 11/20 24/24 28/8
37/16 40/9 40/12
staying [2]  18/14 39/3
step [3]  27/24 27/24 29/19
STEPHEN [7]  2/7 2/11 4/17 26/12 59/8
59/20 72/12
Steve [4]  4/13 12/18 13/1 15/12 16/10
16/20 18/12 23/23 26/7 27/14 31/21
37/21 39/8 69/23 83/3
stick [2]  46/19 75/25
stiff [1]  72/1
still [11]  4/16 43/9 43/15 54/19 56/17
56/18 61/9 73/24 74/5 86/7 87/9
stipulate [1]  69/4
stop [2]  11/1 18/3
stopped [1]  24/17
straight [1]  38/2
Street [3]  2/4 2/8 2/13
streets [2]  89/2 89/10
strictly [1]  10/17
strongest [1]  35/24
strongly [1]  13/17
stuck [1]  43/15
stuff [2]  23/9 40/18
stunned [1]  31/1
Suarez [1]  34/4
submission [1]  74/5
submit [8]  39/20 49/23 50/1 50/19 55/17
55/25 56/1 56/4
submits [1]  28/21
submitted [3]  35/1 43/12 56/21
submitting [1]  35/11
subsequently [1]  28/11
substantial [1]  63/14
substantive [3]  26/18 37/2 37/5
suddenly [1]  51/11
sued [2]  7/14 48/24
suffer [1]  20/17
suffered [2]  29/25 84/19
sufficient [1]  49/15
suggest [4]  57/9 57/10 83/13 83/19
suggested [6]  43/11 45/7 45/9 50/13
72/8 76/25
suggesting [1]  89/8
suggestion [3]  34/23 83/3 86/20
suggests [1]  34/8
super [2]  20/1 20/3
super-secret [1]  20/1
support [4]  9/7 34/24 36/8 36/9
supposed [3]  34/25 35/11 41/10
sure [17]  5/8 13/9 13/13 26/24 31/6 36/2
45/5 56/7 59/4 64/19 81/23 84/3 84/9
86/5 89/20 89/24 90/1
surprise [1]  72/11
surprisingly [1]  29/12
surrounding [1]  64/22
survives [1]  29/24
suspect [2]  65/17 83/7
sustained [1]  69/12
swissner [1]  2/20
swissner-gross [1]  2/20
sworn [4]  9/7 9/15 12/14 13/18
szack [1]  2/9

**T**

table [3]  27/22 38/22 80/22
take [35]  7/22 9/5 15/16 19/9 19/11 22/3
27/15 33/1 34/22 39/25 46/20 53/3 59/17
59/20 63/23 72/10 75/4 79/6 75/24 79/4
79/17 79/25 80/6 80/9
80/5 82/6 83/4 83/16
83/20 84/16 86/21 86/22 87/10 87/21
89/18 89/19
taken [3]  39/17 39/21 41/6
takes [4]  30/15 46/15 46/16 83/15
taking [1]  15/9 66/20 69/11
talk [9]  27/24 28/17 31/21 38/16 42/3
44/10 45/14 59/25 60/19
talked [1]  68/3
talking [12]  11/8 17/19 22/23 37/19 44/2
44/21 45/4 64/15 64/16 68/5 78/10 78/18
talks [1]  29/19
tape [1]  61/25
target [1]  14/22
tat [1]  62/16
team [1]  72/12
tell [19]  6/14 18/25 20/23 30/7 40/25
42/20 51/14 52/10 53/20 53/24 55/9
56/11 58/4 64/14 65/18 67/12 70/22
80/23 80/25
telling [3]  15/20 20/4 72/15
temerity [1]  31/1
template [2]  48/10 50/25
Temporary [2]  86/14 86/14
ten [4]  6/11 10/19 36/4 40/3
terms [21]  8/4 11/5 11/11 25/11 30/13
43/13 49/14 56/24 57/4 57/7 57/9
57/13 57/23 57/25 58/3 58/7 58/12 61/8
61/12 61/24
Terrific [1]  88/7
test [1]  19/2
testifies [1]  89/1
testifying [1]  53/21
testimony [2]  73/9 73/11
than [14]  13/12 15/3 30/19 45/10 50/24
51/14 53/18 55/19 64/25 73/12 76/3
78/16 79/2 83/5
thank [23]  4/4 5/22 6/9 6/18 13/8 26/1
26/2 31/10 41/25 41/25 42/6 47/3 47/4
62/5 72/10 82/2 82/3 87/1 87/20 87/24
87/25 88/15 90/3
Thanksgiving [1]  50/15
that [478]
that's [31]  11/9 15/21 18/7 18/8 18/9
19/7 19/11 19/17 20/6 20/13 36/6 36/19
36/22 37/1 39/7 39/14 39/16 41/11 44/24
46/17 53/25 54/13 55/15 56/9 61/16 68/4
72/14 73/16 80/24 84/19 89/6
their [44]  8/20 9/6 9/13 11/6 13/16 14/14
20/7 20/22 21/20 22/15 23/5 24/15 25/24
30/10 32/7 32/12 32/15 35/10 35/23
39/11 46/8 57/23 58/7 58/11 59/22 62/7
62/10 62/10 63/25 64/4 69/10 70/13
71/12 72/13 72/17 72/21 72/24 73/6
75/13 75/15 76/23 83/12 84/18 88/10
them [69]  5/18 7/4 7/24 10/17 13/20
14/3 19/7 19/19 19/24 20/23 21/3 22/13
24/5 24/19 24/20 25/19 27/4 30/15 31/1
37/10 40/11 43/8 51/25 52/2 52/14 54/20
55/19 58/4 58/11 58/12 58/22 60/7 70/14
64/2 64/2 69/10 69/12 69/19 69/21 71/6
71/19 71/20 71/25 73/17 73/21 74/8 74/9
74/15 74/17 74/19 74/20 74/21 74/25
75/3 75/8 75/9 75/10 76/22 77/25 78/7
79/18 79/19 79/19 81/16 81/22 82/14
87/3 87/10 87/19
then [38]  5/24 6/6 6/7 6/15 12/18 18/7
18/24 20/8 20/22 21/21 22/15 25/13 34/1

theoretically [1]  39/17
theory [1]  72/23
there [90]  6/24 8/7 8/11 8/12 10/24 11/1
11/19 13/1 15/22 17/18 18/3 21/22 21/23
22/7 26/19 28/5 28/6 28/24 28/25 29/3
29/7 29/9 29/22 29/25 30/1 30/12 30/24
31/5 31/5 32/10 32/21 33/14 34/5 35/14
36/8 36/9 37/2 37/13 38/10 38/21 39/1
39/2 39/24 41/19 42/1 42/6 42/14 42/16
42/20 43/3 43/13 46/10 52/13 54/9 55/21
57/17 58/15 58/20 59/5 59/19 60/23
61/23 63/14 64/10 64/16 64/19 64/21
67/11 67/25 68/1 68/22 69/7 69/13 69/15
69/17 71/16 72/11 72/18 72/20 76/20
77/5 78/13 79/22 80/21 83/21 83/24 87/1
87/5 88/19 88/22
there's [5]  18/6 18/7 20/18 51/25 57/18
thereafter [1]  84/25
Thereupon [1]  3/12
these [54]  7/20 7/23 8/15 8/20 9/11 10/6
10/12 10/14 10/24 12/16 13/2 15/19
16/11 16/21 17/5 17/14 17/22 22/8 22/23
23/15 24/7 25/4 26/18 30/1 30/25 32/22
33/3 36/12 39/23 49/21 50/4 50/10 51/12 51/21
51/25 52/5 52/11 53/25 59/15 63/23
64/18 66/2 68/21 70/19 71/17 72/8 75/2
75/7 75/7 76/23 79/17 80/1 81/24 84/13
86/6
they [132]
they'd [1]  13/7
they're [12]  14/13 18/20 21/6 59/9 62/14
72/12 72/15 72/23 73/14 73/22 74/15
74/22
thing [15]  8/9 21/1 31/3 40/8 45/22 46/12
46/18 51/16 51/17 60/25 66/19 75/23
76/2 83/2 83/3
things [6]  18/7 30/23 30/25 42/7 53/18
65/9
think [87]  10/16 10/21 11/9 11/18 12/21
13/5 13/23 14/15 18/17 18/23 19/1 20/2
20/3 21/4 23/17 26/9 26/10 27/25 29/24
30/1 32/2 36/6 36/7 36/16 37/1 37/5
38/16 38/23 39/5 40/7 40/8 44/15 46/12
46/15 46/17 46/18 49/6 49/15 50/2 50/13
51/23 52/12 52/15 52/21 52/23 52/25
54/13 55/19 56/14 58/25 60/3 60/23
60/25 61/9 61/23 63/12 63/15 63/19
64/10 65/3 65/24 66/5 66/6 67/14 68/12
69/2 69/7 69/12 69/16 71/23 75/7 76/4
77/1 77/22 79/14 80/7 80/7 80/14 80/19
81/13 82/9 83/10 86/18 88/11 89/13
89/16 89/22
third [5]  24/7 24/18 37/7 45/11 49/11
third-party [2]  24/18 49/1
Thirteenth [1]  2/13
this [161]
those [22]  6/25 9/6 22/5 25/8 25/14
40/11 42/19 45/13 52/2 52/21 69/3 77/3
77/18 80/5 81/11 81/14 81/17 81/21
82/11 83/7 86/24 87/10
though [2]  30/8 69/24
thought [3]  63/8 67/17 67/17
thousands [3]  24/21 25/23 29/21
three [29]  12/6 18/4 19/12 19/15 19/16
23/8 23/11 25/14 25/16 25/18 41/14
59/19 59/19 59/23 60/19 62/9 63/23 64/2

**T**

three... [11]  64/4 68/14 73/4 74/14 75/10 77/1 77/3 77/7 77/8 81/21 83/23
threw [1]  81/19
through [11]  7/3 9/25 14/17 14/19 27/25 63/11 65/24 70/13 70/24 71/23 89/23
throw [1]  49/7
Thursday [4]  60/9 60/10 60/11 60/14
tier [4]  21/9 21/10 49/18 55/7
tiered [1]  51/13
tiers [1]  49/1
TIFFORD [2]  3/3 5/2
time [36]  9/16 13/7 14/15 25/2 26/9 29/16 32/4 35/8 36/3 38/10 38/20 39/6 39/18 39/24 40/23 42/10 45/5 46/14 47/20 55/11 60/6 60/16 71/14 73/17 75/11 75/13 75/15 76/14 76/14 78/21 78/23 79/11 79/20 82/15 83/14 90/3
times [2]  2/18 52/1
timing [1]  76/18
tit [1]  62/16
today [14]  6/6 6/8 7/12 19/12 23/11 55/4 60/11 63/25 64/6 66/13 72/15 88/17 89/3 90/3
together [2]  15/23 64/7
told [5]  11/5 31/13 32/9 60/7 73/17
tomorrow [5]  25/20 41/21 62/20 62/20 66/9
ton [1]  64/21
tons [1]  49/17
too [6]  13/5 80/6 81/9 86/6 86/22 87/12
took [1]  8/17
top [2]  9/14 9/14
topic [1]  68/7
touchings [1]  65/21
towards [2]  14/16 36/14
track [6]  9/9 31/22 46/13 80/16 83/21 84/3
tracking [1]  6/20
tracks [1]  83/25
trade [1]  71/7
trades [1]  69/16
train [1]  80/15
TRANSCRIBED [2]  1/9 3/9
transcript [3]  89/10 89/11 89/24
transcription [1]  90/11
transcripts [1]  89/13
traveling [1]  84/6
tremendous [2]  15/15 24/12
tried [3]  24/16 24/19 88/25
triggers [1]  57/17
true [4]  8/21 12/17 16/14 27/10
trump [1]  45/8
trust [1]  55/1
try [18]  7/23 7/24 27/22 34/14 37/17 51/19 60/20 73/7 73/22 73/25 74/19 75/9 75/24 77/11 79/19 80/1 82/14 82/19
trying [20]  5/8 13/9 14/14 14/15 14/22 24/22 25/21 31/6 36/1 62/14 65/8 67/24 70/19 74/15 79/18 81/9 83/14 85/16 85/20 85/25
turn [3]  6/15 26/13 31/8
turned [2]  8/18 51/11
turning [1]  26/3
TV [2]  32/10 88/21
tweak [1]  66/11
tweaks [2]  50/24 55/20
two [30]  9/19 12/24 15/19 15/19 15/24 16/8 19/16 20/2 21/10 25/3 25/8 25/13 25/14 37/2 37/15 39/7 40/16 40/23 48/21

49/1 49/1 49/18 51/5 51/13 55/7 64/1 64/4 75/17 75/19 84/12
two-level [1]  48/21
two-page [1]  40/16
two-tier [1]  49/18
two-tiered [1]  51/13
twofold [1]  68/12
type [4]  10/8 15/21 20/14 74/23
types [1]  36/12

**U**

unavailable [1]  79/4
uncontradicted [1]  70/3
uncovered [1]  30/23
under [13]  8/15 17/13 22/7 35/3 35/11 35/12 35/25 37/6 68/18 68/21 68/23 77/13 84/19
understand [31]  13/10 13/13 14/7 18/6 18/16 27/7 28/10 31/4 32/18 36/8 37/11 38/19 39/4 44/1 47/17 53/23 59/24 62/25 63/20 66/6 67/10 74/4 77/25 78/1 78/21 80/3 81/12 84/1 85/17 85/18 88/8
unfair [1]  85/18
unique [1]  83/17
UNITED [2]  1/1 1/10
universe [1]  57/19
universes [1]  67/24
unless [2]  35/14 35/18
unlike [1]  9/23
unregistered [2]  10/20 25/4
until [7]  21/7 22/23 30/4 74/6 77/12 83/8 86/9
up [39]  10/8 19/7 26/21 27/1 29/5 31/18 33/22 34/1 36/20 37/23 40/14 44/6 47/23 51/11 53/18 58/3 61/10 63/18 65/6 66/20 68/7 70/8 71/17 72/12 72/16 72/18 72/19 72/23 73/25 75/9 78/7 82/14 83/15 83/18 85/25 86/1 88/25 89/19 89/24
upon [5]  14/5 53/16 56/23 62/15 70/12
us [41]  8/5 9/8 9/20 12/9 15/3 17/24 21/12 22/24 22/25 24/8 24/20 25/9 27/4 32/24 37/13 37/17 40/4 44/24 46/14 46/24 47/11 48/17 49/5 56/9 57/6 57/7 57/7 57/24 57/25 59/1 61/6 65/18 67/12 67/24 69/6 69/11 73/5 74/10 74/15 90/3
use [3]  19/5 20/20 77/15
used [3]  48/10 50/24 86/15
usual [1]  27/23
usually [2]  57/12 57/16

**V**

vacation [1]  9/19
vague [1]  23/3
values [1]  9/20
various [1]  7/14
vast [1]  51/10
vein [1]  84/16
version [6]  49/25 50/17 50/20 55/18 55/25 56/2
very [28]  4/15 4/22 5/12 5/17 6/10 11/18 12/21 12/21 12/22 22/12 24/3 24/21 25/21 31/25 33/2 38/9 38/24 48/5 53/19 55/10 55/16 56/10 56/11 60/17 60/21 65/13 86/3 88/12
via [1]  4/2
victory [1]  86/16
video [3]  18/1 22/4 27/11
videoconference [1]  4/2
videos [1]  26/22
videotape [1]  33/23

videotaped [1]  33/12
viewing [1]  73/16
visits [2]  9/18 65/20
voices [1]  40/23
voluntarily [1]  43/24
Voyager [64]  6/24 7/12 7/14 7/20 8/1 8/10 8/10 8/12 8/13 8/17 9/5 9/12 9/17 9/19 10/1 10/3 10/8 10/15 11/6 12/2 12/18 12/23 13/4 14/17 14/23 15/13 16/6 16/9 16/10 16/21 18/8 19/17 19/20 21/3 21/13 23/7 23/10 24/1 24/9 24/24 25/21 27/12 28/8 28/14 29/1 30/5 30/10 33/15 33/21 33/22 34/1 34/6 37/8 40/10 42/23 42/24 46/8 48/24 48/24 65/22 70/5 70/7 71/1 84/19
**W**

wage [1]  15/1
wait [9]  5/6 21/14 62/14 74/6 75/6 75/22 77/16 77/21 79/13
waiting [2]  25/24 62/9
wall [1]  7/25
want [79]  4/6 6/6 6/7 11/4 13/11 13/13 13/21 13/22 14/24 17/5 17/23 18/9 19/18 21/1 21/9 21/10 21/13 21/14 25/9 25/19 26/14 27/14 31/23 32/19 36/2 36/7 36/7 37/16 38/19 39/8 43/24 44/22 45/23 46/1 46/7 51/16 51/18 51/18 54/9 55/11 59/10 59/17 60/12 62/14 62/21 63/13 66/23 68/9 71/10 72/17 72/24 73/6 73/17 73/20 77/14 78/1 78/6 78/14 79/3 79/17 79/20 79/25 80/4 80/5 80/19 80/24 82/1 82/18 83/9 83/22 84/3 84/9 84/22 86/24 87/21 89/3 89/5 89/9 89/16
wanted [5]  22/10 50/5 64/17 65/19 80/21
wanting [1]  39/25
wants [5]  10/23 27/7 56/25 65/18 81/20
was [77]  5/24 5/24 7/12 7/23 8/1 8/2 8/4 8/9 8/18 9/15 10/1 10/3 11/6 14/13 16/7 16/19 16/20 16/24 17/18 18/5 18/12 18/23 18/24 19/21 19/21 20/14 21/2 22/12 23/7 24/24 24/25 25/5 26/18 28/7 28/8 28/24 28/9 29/9 29/25 32/11 33/9 33/12 33/15 33/18 33/25 34/4 34/11 38/24 39/24 40/8 41/14 42/6 42/14 42/16 43/5 47/7 48/8 49/15 50/3 50/4 50/6 55/6 63/25 64/4 64/7 67/17 67/17 70/1 73/5 75/22 76/14 78/25 80/14 86/19 86/19 86/25
Washington [1]  2/13
wasn't [5]  16/19 17/12 32/10 47/6 72/25
waste [1]  36/3
watch [1]  33/14
watched [2]  11/4 32/10
way [14]  29/10 31/14 32/2 34/25 35/25 36/1 49/22 50/12 54/3 65/23 77/22 83/19 86/3 88/14
ways [1]  13/22
we [467]
we'd [4]  57/13 59/20 69/21 73/23
we'll [8]  22/14 23/9 25/14 55/17 55/23 60/20 62/17 75/11
we're [19]  14/15 14/22 15/22 15/23 21/7 22/17 22/21 24/15 43/15 45/17 56/3 60/15 62/16 63/18 67/25 73/1 75/3 77/2 77/3
we've [3]  34/11 39/14 60/6
week [15]  18/3 19/25 40/10 44/18 44/19 44/19 44/19 55/5 59/21 60/2 62/13 68/5 73/17 74/10 75/5

## W

weekend [1]  44/15
weeks [9]  6/22 17/25 18/5 22/13 39/7
41/14 64/1 75/4 82/12
welcome [2]  4/22 34/14
well [37]  4/20 4/24 6/17 8/1 8/25 11/7
16/17 16/17 16/19 18/18 18/20 18/24
26/10 28/23 32/8 34/2 34/10 35/3 35/14
36/11 40/13 42/21 47/25 52/18 53/19
62/18 65/21 72/18 73/18 76/25 77/20
78/14 78/20 79/21 80/23 84/15 86/25
well-established [1]  35/3
went [6]  8/5 24/24 27/18 27/25 52/6
59/16
were [35]  4/2 5/23 7/19 8/1 8/19 8/21
9/10 10/15 26/19 26/20 32/18 38/22 40/9
43/1 43/2 43/3 43/18 44/1 48/24 50/23
52/5 64/5 64/6 71/6 71/9 71/12 74/10
76/5 76/8 76/18 76/23 79/2 81/13 86/21
87/18
what [113]
whatever [4]  46/23 66/3 81/20 89/23
whatsoever [1]  83/11
when [32]  8/7 12/23 17/3 17/13 17/24
18/17 23/22 24/1 34/12 36/15 36/18
37/20 38/8 48/24 49/11 51/22 52/4 53/1
59/21 60/8 62/16 69/13 71/1 72/20 72/20
73/5 74/6 76/18 76/20 80/22 86/15 89/4
where [29]  6/14 6/15 6/22 8/15 8/19 9/24
11/2 11/3 14/22 15/19 18/1 21/20 22/1
23/18 24/9 28/20 28/23 32/21 40/11
43/18 47/13 49/17 52/13 54/13 57/1 63/5
74/5 78/17 79/6
whether [9]  16/14 29/25 34/15 42/25
51/23 54/23 76/21 78/6 89/3
which [39]  7/21 8/5 9/21 13/10 13/23
16/12 20/2 21/22 24/7 24/19 26/18 28/18
28/24 29/14 29/17 31/14 31/16 33/18
36/11 37/8 40/9 41/6 43/2 46/22 48/8
49/6 51/3 53/14 56/3 56/22 63/4 67/12
68/3 70/1 72/24 74/24 78/15 84/25 85/7
while [4]  51/8 65/5 76/10 85/18
WHITE [3]  3/4 5/2 5/14
white.com [3]  3/6 3/7 3/7
who [23]  5/8 5/15 6/16 9/6 10/6 10/17
15/13 16/9 18/12 28/19 32/7 34/9 34/12
49/10 51/23 52/6 53/24 55/10 55/22
71/10 78/25 79/2 83/17
whoever [1]  49/13
whole [2]  21/20 72/18
whose [1]  79/25
why [44]  7/4 7/7 13/2 13/12 13/20 14/3
16/17 20/15 21/10 22/9 25/10 25/11
25/11 25/12 25/13 28/18 41/19 43/23
44/6 45/1 50/6 51/14 51/15 51/20 52/2
52/7 52/10 54/4 54/7 62/12 64/2 65/24
69/6 73/3 74/6 74/21 75/4 75/10 75/18
76/25 77/16 80/21 84/13 87/3
wiggle [1]  64/18
will [79]  5/18 6/14 7/3 7/20 9/5 12/1
12/18 12/25 14/10 16/11 20/5 20/17 24/9
26/10 35/8 38/7 44/10 44/10 44/20 45/13
48/5 49/14 49/14 51/1 53/7 55/2 55/5
55/7 55/21 55/21 56/4 57/15 58/6 59/2
59/3 61/5 61/21 62/3 62/20 62/21 63/16
65/1 65/6 65/24 66/2 66/3 66/10 66/20
67/3 67/16 67/20 67/21 68/9 73/22 74/17
74/19 75/24 76/4 79/14 79/14 79/19
79/19 81/22 81/22 81/23 82/14 82/19
83/11 85/15 86/3 87/4 88/3 88/5 88/13

89/19 89/20 89/21 90/1 90/1
Williams [1]  86/16
willing [5]  7/22 24/20 38/21 74/25 77/3
win [2]  12/7 12/8
WISSNER [18]  2/17 4/20 13/5 26/6
26/13 27/13 31/4 36/16 42/3 53/6 55/14
62/2 64/14 65/3 66/9 68/7 76/2 77/6
WISSNER-GROSS [4]  2/17 4/20 13/5
27/13
withdraw [7]  13/21 14/3 18/24 19/3
22/13 24/6 34/23
within [8]  38/8 44/11 44/20 46/20 69/16
71/1 71/7 79/1
without [2]  20/4 82/20
witness [3]  20/24 20/24 83/8
witnesses [2]  84/13 87/17
WOLKINSON [2]  2/12 4/21
won't [2]  43/21 57/25
wonderful [1]  8/4
word [3]  12/22 72/14 73/19
words [2]  6/17 33/12
work [17]  15/23 24/19 34/25 44/10 57/6
57/7 60/20 61/21 73/7 74/17 74/25 77/22
81/22 82/19 85/13 87/10 89/23
working [4]  72/25 84/11 87/18 87/19
works [1]  62/5
world [3]  16/8 16/24 24/22
world-famous [1]  16/8
worth [1]  32/16
would [40]  7/22 10/7 19/5 20/6 22/18
23/14 23/15 24/3 25/25 27/8 29/4 31/1
38/21 41/19 43/4 43/23 45/1 47/13 48/13
49/4 50/18 51/10 52/17 52/21 52/22
52/22 53/3 53/9 60/25 61/1 61/10 63/22
65/23 66/13 66/14 75/23 82/15 82/15
84/25 85/4
wouldn't [5]  22/8 27/4 52/10 53/11 65/18
write [1]  53/11
writing [1]  7/25
written [2]  42/13 43/3
wrong [1]  87/16
wrote [1]  62/10

## Y

year [8]  7/9 7/9 7/11 9/9 14/21 17/7 24/9
24/23
years [3]  10/19 30/5 57/1
yelling [1]  17/18
yes [39]  5/25 11/10 11/17 33/22 36/9
37/24 38/23 41/17 42/5 43/19 44/8 44/15
45/21 46/4 46/9 48/1 48/6 58/2 58/8
60/13 60/15 61/17 65/12 67/4 70/21
71/13 74/3 75/20 78/9 78/12 78/24 82/9
83/1 84/8 84/12 84/21 85/3 88/2 89/10
yesterday [10]  5/24 25/9 26/17 37/24
38/4 49/3 49/9 56/22 57/6 57/8
yet [3]  30/9 30/15 72/1
York [1]  2/19
you [268]
you'd [1]  53/6
you're [19]  17/21 18/24 19/4 19/10 23/20
36/16 41/15 52/1 53/25 55/19 56/12
56/13 62/24 65/8 65/8 71/10 72/20 72/25
86/22
you've [3]  16/5 61/18 61/18
your [172]
yours [1]  62/17
yourself [1]  29/9
yourselves [1]  64/17

## Z

ZACK [2]  2/7 4/13
Zoom [4]  4/2 73/23 73/23 73/24