# Exhibit F

(submitted to Chambers for *in camera* review)