UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/Reid

PIERCE ROBERTSON *et al*, on behalf
of himself and others similarly situated,

    Plaintiff,

v.

MARK CUBAN and DALLAS
BASKETBALL LIMITED, d/b/a Dallas
Mavericks, *et al*

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF SANFORD GOLD WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice of dismissal of Plaintiff Sanford Gold, without prejudice.

Dated: January 23, 2023

Respectfully submitted,

**By: /s/ Adam M. Moskowitz**
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
Howard M. Bushman
Florida Bar No. 0364230
howard@moskowitz-law.com
Barbara C. Lewis
barbara@moskowitz-law.com
Florida Bar No. 118114
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

*Co-Counsel for Plaintiffs and the Class*

**By: /s/ Stephen Neal Zack**
Stephen Neal Zack
Florida Bar No. 145215
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
Fax: 305-539-1307
szack@bsfllp.com

**David Boies**
(Admitted *Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

*Case No.: 22-CV-22538-ALTMAN/REID*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on January 23, 2023, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

By: <u>/s/ *Adam M. Moskowitz*</u><br>
Adam M. Moskowitz<br>
Florida Bar No. 984280