IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CV-22538-ALTMAN/REID**

PIERCE ROBERTSON, *et al.*,

        Plaintiffs,

v.

MARK CUBAN, *et al.*,

        Defendants.

_____/

**ORDER ON DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL THE UNREDACTED VERSIONS OF THEIR MOTION TO TRANSFER VENUE AND TWO DECLARATIONS IN SUPPORT THEREOF BECAUSE THEY CONTAIN REFERENCES TO CONFIDENTIAL INFORMATION**

        **THIS CAUSE** came before the Court upon Defendants MARK CUBAN and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS' Motion for Leave to File Under Seal the Unredacted Versions of their Motion to Transfer Venue and Two Declarations in Support Thereof Because They Contain References to Confidential Information, and the Court having reviewed the relevant court filings and being otherwise fully informed in the premises, it is

        **ORDERED AND ADJUDGED** that said Motion is hereby GRANTED and the Defendants may file under seal the unredacted versions of their Motion to Transfer Venue *and* the two Declarations filed in support thereof.

        **DONE AND ORDERED** at Miami, Florida, on this ___ day of _____, 2023.

_____
The Honorable Roy K. Altman
U.S. District Court Judge

*Copies furnished to all Counsel of Record via CM/ECF*