IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CV-22538-ALTMAN/REID**

PIERCE ROBERTSON, *et al.*,

        Plaintiffs,

v.

MARK CUBAN, *et al.*,

        Defendants.

_____/

**ORDER ON DEFENDANTS MARK CUBAN AND DALLAS BASKETBALL LIMITED'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF TEXAS AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

**THIS CAUSE** came before the Court upon Defendants MARK CUBAN and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS' Motion to Transfer Venue to the Northern District of Texas and Memorandum of Law in Support thereof, and the Court having reviewed the relevant court filings and being otherwise fully informed in the premises, it is

**ORDERED AND ADJUDGED** that said Motion to Transfer Venue is hereby GRANTED and this case is transferred to the Northern District of Texas.

**DONE AND ORDERED** at Miami, Florida, on this ___ day of _____, 2023.

                                                                          The Honorable Roy K. Altman
                                                                          U.S. District Court Judge

*Copies furnished to all Counsel of Record via CM/ECF*