# EXHIBIT A

**MAVSCUBAN00001188 (excerpted)**

**REDACTED**



# DALLAS MAVERICKS
1333 N. Stemmons Fwy. Suite 105 Dallas, Texas 75207

## SPONSORSHIP AGREEMENT



1

120019604

CONFIDENTIAL

MAVSCUBAN00001188



120019604

10

CONFIDENTIAL

MAVSCUBAN00001197

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the date first set forth above.

| **CLUB:** | **SPONSOR:** |
|---|---|
| DALLAS BASKETBALL LIMITED | VOYAGER DIGITAL HOLDINGS, INC. |
| By: *[DocuSigned signature: Matt Wojciechowski]* <br> 14F3FDA4FA7E4C4... <br> (Authorized Officer Name) | By: *[DocuSigned signature: Steve Ehrlich]* <br> 3724C7E0863B426... <br> (Authorized Officer Name) |
| Printed Name: Matt Wojciechowski | Printed Name: Steve Ehrlich |
| Title: Chief Financial Officer | Title: Chief Executive Officer |
| Date: October 29, 2021 | Date: October 29, 2021 |

120019604

CONFIDENTIAL

MAVSCUBAN00001201