# EXHIBIT B

**Rob-Voyager-00000001-Rob-Voyager-000000021
(excerpted)**

**REDACTED**



CONFIDENTIAL

Rob-Voyager-00000001



CONFIDENTIAL



CONFIDENTIAL

Rob-Voyager-0000000



CONFIDENTIAL



CONFIDENTIAL

Rob-Voyager-00000010



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

Rob-Voyager-00000021