# EXHIBIT C

January 23, 2023 Deposition of Rachel Gold
Transcript (excerpted)

REDACTED



# Transcript of Rachel Jean Gold

**Date:** January 23, 2023
**Case:** Robertson, et al. -v- Cuban, et al.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                        MIAMI DIVISION

 3                                      x

 4    PIERCE ROBERTSON, RACHEL GOLD,    :
      SANFORD GOLD, RAHIL SAYED,
 5    CHRISTOPHER EHRENTRAUT, TODD      :
      MANGANIELLO, DAN NEWSOM,
 6    WILLIAM AYER, ANTHONY DORN,       :
      DAMECO GATES, MARSHALL PETERS,
 7    and EDWIN GARRISON, on behalf     :
      of themselves and all others
 8    similarly situated,               :

 9            Plaintiffs,               :

10      v.                              : Case No.:
                                          1:22 cv 22538
11    MARK CUBAN and DALLAS             :
      BASKETBALL LIMITED d/b/a
12    DALLAS MAVERICKS,                 :

13            Defendants.               :

14                                      x

15             REMOTE VIDEOTAPED DEPOSITION OF

16                    RACHEL JEAN GOLD

17                    ███████████████

18

19            Monday, January 23, 2023

20                    10:15 a.m.

21

22    Job No. 478352

23    Pages: 1   218

24    Reported By:  April L. Crites, RMR, CRR, CSR, CCR

25    Notary Public, State of Ohio
```

```
 1        Deposition of RACHEL JEAN GOLD
 2          held at the location of:
 3
 4
 5     Rachel Jean Gold
 6     ████████████████████████
 7     ████████████████████████
 8
 9
10                *   *   *
11
12        Pursuant to notice, before
13     April L. Crites, RMR, CRR, CSR, CCR
14   Notary Public in and for the State of Ohio.
15
16                *   *   *
17
18
19
20
21
22
23
24
25
```

Transcript of Rachel Jean Gold
January 23, 2023
66

:00
:02
:06
:09
:15
:16
:19
:23
:34
:37
:38
:38
:42
:48
:53
:57
:00
:02
:02
:03
:06
:06
:07
:10
:14

11:37:18
11:37:24
11:37:30
11:37:33
11:37:36
11:37:39
11:37:43
11:37:46
11:37:50
11:37:53
11:38:03
11:38:03
11:38:03
11:38:04
11:38:04
11:38:05
11:38:08
11:38:10
11:38:12
11:38:18
11:38:18
11:38:22
11:38:24
11:38:24
11:38:27

Transcript of Rachel Jean Gold

```
11:38:30
11:38:34
11:38:34
11:38:37
11:38:38
11:38:39
11:38:43
11:38:46
11:38:46
11:38:49
11:38:55
11:38:57
11:39:05
11:39:07
11:39:13
11:39:16
11:39:20
11:39:24
11:39:29
11:39:35
11:39:40
11:39:43
11:39:44
11:39:45
11:39:46
```

Transcript of Rachel Jean Gold

11:39:48
11:39:48
11:39:51
11:39:56
11:40:01
11:40:03
11:40:03
11:40:05
11:40:08
11:40:10
11:40:11
11:40:14
11:40:18
11:40:20
11:40:24
11:40:29
11:40:34
11:40:36
11:40:51
11:40:51
11:40:51
11:40:56
11:40:56
11:40:57
11:40:58

Transcript of Rachel Jean Gold

11:40:58
11:41:00
11:41:09
11:41:10
11:41:12
11:41:14
11:41:15
11:41:17
11:41:21
11:41:23
11:41:24
11:41:28
11:41:38
11:41:44
11:41:51
11:41:53
11:41:56
11:41:56
11:42:00
11:42:01
11:42:04
11:42:06
11:42:07
11:42:10
11:42:10

Transcript of Rachel Jean Gold

71

```
11:42:18
11:42:25
11:42:28
11:42:29
11:42:34
11:42:41
11:42:44
11:42:48
11:42:49
11:42:50
11:42:52
11:42:59
11:43:01
11:43:03
11:43:08
11:43:10
11:43:10
11:43:13
11:43:15
11:43:21
11:43:21
11:43:21
11:43:23
11:43:28
11:43:32
```

Transcript of Rachel Jean Gold
January 23, 2023
72

11:43:37
11:43:42
11:43:45
11:43:51
11:43:54
11:43:56
11:44:00
11:44:03
11:44:05
11:44:07
11:44:10
11:44:12
11:44:20
11:44:24
11:44:26
11:44:29
11:44:32
11:44:35
11:44:36
11:44:54
11:44:54
11:44:57
11:44:57
11:44:57
11:44:59

Transcript of Rachel Jean Gold
January 23, 2023                                                73

11:45:02
11:45:07
11:45:09
11:45:12
11:45:16
11:45:18
11:45:21
11:45:22
11:45:22
11:45:27
11:45:27
11:45:28
11:45:31
11:45:35
11:45:37
11:45:40
11:45:45
11:45:45
11:45:46
11:45:49
11:45:59
11:46:06
11:46:08
11:46:11
11:46:13

11:46:14
11:46:22
11:46:22
11:46:24
11:46:27
11:46:30
11:46:37
11:46:40
11:46:46
11:46:48
11:47:01
11:47:01
11:47:02
11:47:02
11:47:02
11:47:04
11:47:08
11:47:12
11:47:15
11:47:16
11:47:21
11:47:24
11:47:24
11:47:25
11:47:27

11:47:32
11:47:33
11:47:33
11:47:35
11:47:41
11:47:43
11:47:47
11:47:50
11:47:51
11:47:55
11:48:00
11:48:01
11:48:01
11:48:04
11:48:04
11:48:08
11:48:09
11:48:11
11:48:12
11:48:18
11:48:18
11:48:18
11:48:20
11:48:21
11:48:23

Transcript of Rachel Jean Gold
January 23, 2023                                              76

```
11:48:24
11:48:24
11:48:28
11:48:28
11:48:30
11:48:34
11:48:37
11:48:37
11:48:38
11:48:41
11:48:45
11:48:48
11:48:54
11:48:59
11:48:59
11:49:02
11:49:06
11:49:15
11:49:16
11:49:20
11:49:21
11:49:22
11:49:26
11:49:32
11:49:37
```