UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-cv-22538-ALTMAN/REID

PIERCE ROBERTSON, *et al.,*

    Plaintiffs,

v.

MARK CUBAN, *et al.,*

    Defendants.
_____/

## CERTIFICATION OF SCOTT C. THOMAS

Scott C. Thomas, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State Bar of Texas; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                  */s/ Scott C. Thomas*
                                                  Scott C. Thomas