UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-cv-22538-ALTMAN/REID

PIERCE ROBERTSON, *et al.*,

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Thomas M. Melsheimer of the law firm of Winston & Strawn LLP, 2121 N. Pearl St., Suite 900 Dallas, TX 75201; Telephone: 214-453-6500, for purposes of appearance as co-counsel on behalf of Defendants, Mark Cuban and Dallas Mavericks Limited d/b/a Dallas Mavericks, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Thomas M. Melsheimer to receive electronic filings in this case, and in support thereof states as follows:

    1.    Thomas M. Melsheimer is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Texas.

    2.    Movant, Christopher E. Knight, Esquire, of the law firm of Fowler White Burnett, P.A., 1395 Brickell Ave., 14th Floor, Miami, FL 33131; Telephone: 305-789-9200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel

may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Thomas M. Melsheimer has made payment of this Court's $213.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Thomas M. Melsheimer, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Thomas M. Melsheimer at email address: tmelsheimer@winston.com.

WHEREFORE, Christopher E. Knight moves this Court to enter an Order for Thomas M. Melsheimer to appear before this Court on behalf of Defendants, Mark Cuban and Dallas Mavericks Limited d/b/a Dallas Mavericks, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Thomas M. Melsheimer.

Date: February 1, 2023          Respectfully submitted,

*/s/ Christopher E. Knight*
Christopher E. Knight
Fla. Bar No. 607363
Email: cknight@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

*Attorneys for Defendants, Mark Cuban and Dallas Mavericks Limited d/b/a Dallas Mavericks*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 1, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                 */s/ Christopher E. Knight*
                 Christopher E. Knight

# SERVICE LIST

Adam M. Moskowitz, Esq.
Joseph M. Kaye, Esq.
Barbara C. Lewis, Esq.
Howard M. Bushman, Esq.
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, Florida 33134
E-mail: adam@moskowitz-law.com
Email: joseph@moskowitz-law.com
Email: barbara@moskowitz-law.com
Email: howard@moskowitz-law.com

*Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

David Boies, Esq.
*Pro Hac Vice*
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY  10504
Email:  dboies@bsfllp.com

*Co-Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

Paul C. Huck, Jr., Esq.
The Huck Law Firm
334 Minorca Ave.
Coral Gables, FL 33134
Email: paul@thehucklawfirm.com

*Co-Counsel for Defendants*

**VIA CM/ECF**

Stephen Neal Zack, Esq.
szack@bsfllp.com
Hon. Ursula Ungaro (Retired), Esq.
uungaro@bsfllp.com
Boies Schiller Flexner LLP
100 S.E. 2nd St., Suite 2800
Miami, FL 33131

*Co-Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

Stephen A. Best, Esq.

Rachel O. Wolkinson, Esq.
Brown Rudnick
601 Thirteenth Street NW Suite 600
Washington, DC 20005
Email: sbest@brownrudnick.com
rwolkinson@brownrudnick.com

and

Sigmund Wissner-Gross, Esq.
Jessica N. Meyers, Esq.
Brown Rudnick, LLP
Seven Times Square
New York, NY 11036
Email: swissner-gross@brownrudnick.com
jmeyers@brownrudnick.com
PRO HAC VICE

*Co-Counsel for Defendants*

**VIA CM/ECF**