UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-cv-22538-ALTMAN/REID

PIERCE ROBERTSON, *et al.,*

    Plaintiffs,

v.

MARK CUBAN, *et al.,*

    Defendants.

_____/

### CERTIFICATION OF THOMAS M. MELSHEIMER

Thomas M. Melsheimer, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State Bar of Texas; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                                */s/ Thomas M. Melsheimer*
                                                                                 Thomas M. Melsheimer