UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-22538-ALTMAN/REID

PIERCE ROBERTSON, et al. on behalf of
themselves and all others similarly situated,

    Plaintiffs,

vs.

MARK CUBAN, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jose M. Ferrer, of Mark Migdal and Hayden, LLC, appears in this action as co-counsel for Plaintiffs and the putative class. Counsel respectfully requests that all orders, pleadings, and correspondence be served upon Mark Migdal and Hayden, LLC at the address below.

    **MARK MIGDAL & HAYDEN**
    80 S.W. 8th Street, Suite 1999
    Miami, Florida 33130
    Telephone: (305) 374-0440

    By: *s/ Jose M. Ferrer*
        Jose M. Ferrer
        Florida Bar No. 173746
        jose@markmigdal.com
        eservice@markmigdal.com
        kristine@markmigdal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTFY that on February 2, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system, which sent notifications of such filing to all CM/ECF participants.

By: *s/ Jose M. Ferrer*  
Jose M. Ferrer
