UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-22538-ALTMAN/Reid

PIERCE ROBERTSON, et al.,

    Plaintiffs,

v.

MARK CUBAN, et al.,

    Defendants.

_____/

### NOTICE OF ZOOM DISCOVERY HEARING FOR FEBRUARY 7, 2023

**NOTICE IS HEREBY GIVEN** that the Defendants will raise the issue of extending the current deadlines for the exchange of expert reports before Magistrate Judge Lisette M. Reid on **February 7, 2023, at 4:00 p.m.** The Court will circulate Zoom instructions via email.

### Local Rule 7.1(a)(3) Certification

Pursuant to Local Rule 7.1(a)(3), Defendants certify that good faith efforts were made to resolve this dispute through various emails. The parties were unable to resolve the issue and respectfully request Court intervention to resolve it.

Dated: February 7, 2023

    Respectfully submitted,

    By: */s/Paul C. Huck, Jr.*
    Paul C. Huck, Jr.
    Florida Bar No. 0968358
    THE HUCK LAW FIRM, P.A.
    334 Minorca Avenue
    Coral Gables, Florida 33134
    Telephone: (305) 441-2299
    Telecopier: (305) 441-8849
    paul@thehucklawfirm.com
    *Co-counsel for Defendants*

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on February 7, 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

                 By: */s/Paul C. Huck, Jr.*
                    Paul C. Huck, Jr.