UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/REID

PIERCE ROBERTSON, *et al.*,

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.
_____/

## ORDER FOLLOWING HEARING

This cause is before the Court following a discovery hearing held on February 7, 2023. *See* [ECF No. 104]. At the hearing Defendants requested that the current February 23, 2023, deadline for the parties to exchange expert witness reports/summaries be extended to May 31, 2023, and that the date for exchange of rebuttal expert reports be extended to June 14, 2023. The proposed deadline changes would not impact any of the other pre-trial deadlines in the Amended Scheduling Order, including the discovery cut-off deadline, which is currently set for July 5, 2023. *See* [ECF No. 58]. The Undersigned concludes there is good cause to grant Defendants' request.

Having heard from the parties, in accordance with the ruling from the bench, and for the reasons stated on the record, it is **ORDERED AND ADJUDGED** as follows:

1. The deadline for the parties to exchange expert witness reports/summaries is now **May 31, 2023**; and

2. The parties shall exchange rebuttal expert reports by **June 14, 2023**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 8th day of February 2023.

1

2

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: **U.S. District Court Judge Roy K. Altman**; and
**All Counsel of Record**