**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 22-cv-22538-ALTMAN/REID**

PIERCE ROBERTSON, *et al.*, on
behalf of himself and others similarly
situated,

      Plaintiffs,

v.

MARK CUBAN, *et al.*,

      Defendants.

_____/

**PLAINTIFFS' <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE**
**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO**
**<u>TRANSFER VENUE TO THE NORTHERN DISTRICT OF TEXAS</u>**

Plaintiffs respectfully move the Court for an order granting Plaintiffs a brief extension, up to
March 3, 2023, to respond to Defendants' Motion to Transfer Venue to the Northern District of
Texas (the "Motion to Transfer") (D.E. 90).

Defendants filed their Motion To Transfer on January 31, 2023, directed to the current
Complaint and Plaintiffs. Plaintiffs will be filing an Amended Complaint by February 24th (the Court-
ordered deadline). Plaintiffs' response to the Motion to Transfer is currently due on February 14th.

All counsel conferred and agreed that Plaintiffs should be provided with an additional week
after the deadline to file the Amended Complaint to serve an Opposition to the Motion to Transfer
(if it is still applicable). Defendants request (and Plaintiffs consent) to affording Defendants an
additional 14 days to file any Reply.

Plaintiffs respectfully request that this Court grant Plaintiffs extension, up to and including
**March 3, 2023**, to respond to Defendants' Motion to Transfer, together with any such other relief
this Honorable Court deems just, equitable, and proper.

**<u>S.D. FLA. L.R. 7.1 CERTIFICATION</u>**

Plaintiffs' Counsel have conferred with Defendants' Counsel in a good faith effort to resolve
this motion, and gladly report that Defendants consent to the requested relief.

CASE NO.: *22-cv-22538-ALTMAN/REID*

Dated: February 13, 2023          Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
Barbara C. Lewis
barbara@moskowitz-law.com
Florida Bar No. 118114
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

By: */s/ David Boies*
David Boies
(Admitted *Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

By: */s/ Stephen Neal Zack*
Stephen Neal Zack
Florida Bar No. 145215
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
uungaro@bsfllp.com
*Co-Counsel for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was filed on February 13, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ
Florida Bar No. 984280

2