IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CV-22538-ALTMAN/REID

PIERCE ROBERTSON, *et al.*,

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

**[*PROPOSED*] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF TEXAS**

**THIS MATTER** came before the Court on Plaintiffs' Unopposed Motion for Extension of Time to File Plaintiffs' Response to Defendants' Motion to Transfer Venue to the Northern District of Texas and Memorandum of Law [ECF No. __], and the Court having considered the Motion and otherwise being duly advised in the premises it is:

**ORDERED** that Plaintiffs' Motion is **GRANTED** as follows:

1.  Plaintiffs have until **March 3, 2023,** to file their response to Defendants' Motion to Transfer Venue to the Northern District of Texas and Memorandum of Law [ECF No. 90]. Defendants shall have 21 days from the Response to file any Reply.

**DONE AND ORDERED** in Miami, Florida this _____ day of February, 2023.

                                              ROY K. ALTMAN
                                              UNITED STATES DISTRICT JUDGE

cc: Counsel of Record