IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1:22-cv-22538 (Altman/Reid)

| | |
|---|---|
| PIERCE ROBERTSON, et al, | |
| Plaintiffs, | |
| v. | |
| MARK CUBAN, et al. | |
| Defendants. | |

**DEFENDANTS MARK CUBAN'S AND DALLAS BASKETBALL LIMITED'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFFS' "MOTION TO REOPEN AND FOR LEAVE TO FILE [SECOND] AMENDED COMPLAINT UNSEALED, IN THE PUBLIC COURT FILE" (ECF NO. 113)**

Defendants Mark Cuban and Dallas Basketball Limited d/b/a Dallas Mavericks (the "Defendants") respectfully move the Court for permission to file a sur-reply to briefly respond to certain statements in Plaintiffs' reply in support of "Plaintiffs' Motion to Reopen Case, and for Leave to File [Second] Amended Complaint Unsealed, in the Public Court File" (ECF No. 113). Defendants' Proposed Sur-Reply to Plaintiffs' "Motion to Reopen and for Leave to File [Second] Amended Complaint Unsealed, in the Public Court File" is attached hereto as **Exhibit A**.

**CERTIFICATE OF GOOD-FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movants/Defendants conferred with Plaintiffs' counsel via telephone conference in a good faith effort to resolve the issues raised in this Motion for Leave to File A Sur-Reply, but have been unable to resolve those issues.

CASE NO: 1:22-CV-22538 (ALTMAN/REID)

Respectfully submitted this 1st day of May 2023.

/s/ Christopher E. Knight
CHRISTOPHER E. KNIGHT, ESQ.
Fla. Bar No. 607363
Email: cknight@fowler-white.com

ESTHER E. GALICIA, ESQ.
Fla. Bar No. 510459
Email: egalicia@fowler-white.com

ALEXANDRA L. TIFFORD, ESQ.
Fla. Bar No. 0178624
Email: atifford@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201

-and-

PAUL C. HUCK, JR., ESQ.
Fla. Bar No. 0968358
Email: paul@thehucklawfirm.com

THE HUCK LAW FIRM
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: (305) 441-2299
Telecopier: (305) 441-8849

-and-

STEPHEN A. BEST, ESQ.
*Pro Hac Vice*
Email:  sbest@brownrudnick.com

RACHEL O. WOLKINSON, ESQ.
*Pro Hac Vice*
Email:  rwolkinson@brownrudnick.com

CASE NO: 1:22-CV-22538 (ALTMAN/REID)

BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
Telephone (202) 536-1755

*-and-*

SIGMUND WISSNER-GROSS, ESQ.
*Pro Hac Vice*
Email:  swissner-gross@brownrudnick.com

JESSICA N. MEYERS, ESQ.
*Pro Hac Vice*
Email:  jmeyers@brownrudnick.com

BROWN RUDNICK LLP
Seven Times Square
New York, NY  11036
Telephone:  (212) 209-4930

CASE NO: 1:22-CV-22538 (ALTMAN/REID)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I ALSO CERTIFY that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Christopher E. Knight*
CHRISTOPHER E. KNIGHT, ESQ.
Fla. Bar No. 607363
Email: cknight@fowler-white.com

CASE NO: 1:22-CV-22538 (ALTMAN/REID)

## SERVICE LIST

Adam M. Moskowitz, Esq.
Joseph M. Kaye, Esq.
Barbara C. Lewis, Esq.
Howard M. Bushman, Esq.
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, Florida 33134
E-mail: adam@moskowitz-law.com
Email: joseph@moskowitz-law.com
Email: barbara@moskowitz-law.com
Email: howard@moskowitz-law.com

*Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

David Boies, Esq.
*Pro Hac Vice*
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
Email: dboies@bsfllp.com

*Co-Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

Stephen Neal Zack, Esq.
szack@bsfllp.com
Hon. Ursula Ungaro (Retired), Esq.
uungaro@bsfllp.com
Tyler E. Ulrich, Esq.
tulrich@bsfllp.com
Boies Schiller Flexner LLP
100 S.E. 2nd St., Suite 2800
Miami, FL 33131

*Co-Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

Jose M. Ferrer, Esq.
Mark Migdal & Hayden
80 S.W. 8th Street, Suite 1999
Miami, FL 33130
Email: jose@markmigdal.com

*Co-Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

**DEFENDANTS' MOTION FOR LEAVE TO FILE A SUR-REPLY TO "PLAINTIFFS' MOTION TO REOPEN CASE, AND FOR LEAVE TO FILE [SECOND] AMENDED COMPLAINT UNSEALED, IN THE PUBLIC COURT FILE"**
**PAGE 5**