# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No: 1:22-cv-22538 (Altman/Reid)

| |
|---|
| PIERCE ROBERTSON, et al, <br><br> Plaintiffs, <br><br> v. <br><br> MARK CUBAN, et al. <br><br> Defendants. |

**DEFENDANTS MARK CUBAN'S AND DALLAS BASKETBALL LIMITED'S [PROPOSED] BRIEF SUR-REPLY TO PLAINTIFFS' "MOTION TO REOPEN AND FOR LEAVE TO FILE [SECOND] AMENDED COMPLAINT UNSEALED, IN THE PUBLIC COURT FILE" (ECF NO. 113)**

CASE NO: 1:22-CV-22538 (ALTMAN/REID)

Defendants Mark Cuban and Dallas Basketball Limited d/b/a Dallas Mavericks (the "Defendants") write to briefly respond to certain statements in Plaintiffs' reply in support of "Plaintiffs' Motion to Reopen Case, and for Leave to File [Second] Amended Complaint Unsealed, in the Public Court File" (ECF No. 113).

First, while Plaintiffs' counsel did provide Defendants' counsel with a draft Second Amended Complaint, Plaintiffs' counsel subsequently represented that the draft was being modified. Because Defendants have not yet seen the actual proposed Second Amended Complaint, Defendants reserve all rights to object to Plaintiffs' motion for leave to file an amended complaint until the actual proposed pleading is filed under seal.

Second, Defendants reserve all rights with respect to what, if anything, should be unsealed once Plaintiffs' counsel complies with the procedures under the Protective Order. Plaintiffs' representation that "Defendants claim that almost all of the proposed [Second] Amended Complaint (and attachments) are 'confidential' and/or 'highly confidential' and thus must be filed under seal" (ECF 115 at 1) is simply wrong, as the parties have not conferred regarding the confidentiality of documents and deposition testimony referenced in the proposed Second Amended Complaint, as required by the Protective Order.

Third, there is no need for a status conference or oral argument at this time. And, for what it's worth, contrary to his certification, Plaintiffs' counsel did not confer with Defendants' counsel regarding any purported request for oral argument.

Defendants otherwise rely on their previously filed Response. As stated therein, Defendants have no objection to either (i) the case being administratively reopened, or (ii) any proposed second amended complaint being filed under seal (subject to Defendants' right to oppose Plaintiffs' Rule 15 motion for leave to amend).

CASE NO: 1:22-CV-22538 (ALTMAN/REID)

Respectfully submitted this _____ day of May 2023.

                                                      _____
CHRISTOPHER E. KNIGHT, ESQ.
Fla. Bar No. 607363
Email: cknight@fowler-white.com

ESTHER E. GALICIA, ESQ.
Fla. Bar No. 510459
Email: egalicia@fowler-white.com

ALEXANDRA L. TIFFORD, ESQ.
Fla. Bar No. 0178624
Email: atifford@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:     (305) 789-9201

*-and-*

PAUL C. HUCK, JR., ESQ.
Fla. Bar No. 0968358
Email: paul@thehucklawfirm.com

THE HUCK LAW FIRM
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: (305) 441-2299
Telecopier: (305) 441-8849

*-and-*

STEPHEN A. BEST, ESQ.
*Pro Hac Vice*
Email:  sbest@brownrudnick.com

RACHEL O. WOLKINSON, ESQ.
*Pro Hac Vice*
Email:  rwolkinson@brownrudnick.com

CASE NO: 1:22-CV-22538 (ALTMAN/REID)

BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
Telephone (202) 536-1755

*-and-*

SIGMUND WISSNER-GROSS, ESQ.
*Pro Hac Vice*
Email:  swissner-gross@brownrudnick.com

JESSICA N. MEYERS, ESQ.
*Pro Hac Vice*
Email:  jmeyers@brownrudnick.com

BROWN RUDNICK LLP
Seven Times Square
New York, NY  11036
Telephone:  (212) 209-4930

CASE NO: 1:22-CV-22538 (ALTMAN/REID)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May ____, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I ALSO CERTIFY that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                        CHRISTOPHER E. KNIGHT, ESQ.
Fla. Bar No. 607363
Email: cknight@fowler-white.com

CASE NO: 1:22-CV-22538 (ALTMAN/REID)

# SERVICE LIST

| | |
|---|---|
| Adam M. Moskowitz, Esq.<br>Joseph M. Kaye, Esq.<br>Barbara C. Lewis, Esq.<br>Howard M. Bushman, Esq.<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, Florida 33134<br>E-mail: adam@moskowitz-law.com<br>Email: joseph@moskowitz-law.com<br>Email: barbara@moskowitz-law.com<br>Email: howard@moskowitz-law.com<br><br>*Counsel for Plaintiffs and the Proposed Classes*<br><br>**VIA CM/ECF** | Stephen Neal Zack, Esq.<br>szack@bsfllp.com<br>Hon. Ursula Ungaro (Retired), Esq.<br>uungaro@bsfllp.com<br>Tyler E. Ulrich, Esq.<br>tulrich@bsfllp.com<br>Boies Schiller Flexner LLP<br>100 S.E. 2nd St., Suite 2800<br>Miami, FL 33131<br><br>*Co-Counsel for Plaintiffs and the Proposed Classes*<br><br>**VIA CM/ECF** |
| David Boies, Esq.<br>*Pro Hac Vice*<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>Email: dboies@bsfllp.com<br><br>*Co-Counsel for Plaintiffs and the Proposed Classes*<br><br>**VIA CM/ECF** | Jose M. Ferrer, Esq.<br>Mark Migdal & Hayden<br>80 S.W. 8th Street, Suite 1999<br>Miami, FL 33130<br>Email: jose@markmigdal.com<br><br>*Co-Counsel for Plaintiffs and the Proposed Classes*<br><br>**VIA CM/ECF** |

**DEFENDANTS' [PROPOSED] SUR-REPLY TO "PLAINTIFFS' MOTION TO REOPEN CASE, AND FOR LEAVE TO FILE [SECOND] AMENDED COMPLAINT UNSEALED, IN THE PUBLIC COURT FILE"**
**PAGE 7**