IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1:22-cv-22538 (Altman/Reid)

PIERCE ROBERTSON, *et al.,*

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

### ORDER ON DEFENDANTS MARK CUBAN AND DALLAS BASKETBALL LIMITED'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFFS' "MOTION TO REOPEN AND FOR LEAVE TO FILE [SECOND] AMENDED COMPLAINT UNSEALED, IN THE PUBLIC COURT FILE"

**THIS CAUSE** came before the Court upon Defendants Mark Cuban and Dallas Basketball Limited's Motion for Leave to File a Sur-Reply (ECF No. _____) to Plaintiffs' Motion to Reopen and for Leave to File [Second] Amended Complaint Unsealed, in the Public Court File" (ECF No. 113) and, the Court having reviewed the relevant court documents and being otherwise fully advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** as follows:

    1.    The Defendants' Motion for Leave to File a Sur-Reply is GRANTED and the Sur-Reply attached as "**Exhibit A**" thereto is accepted and deemed filed today.

    **DONE AND ORDERED** in Chambers at Miami-Dade, Florida, on this ____ day of May 2023.

                                                                THE HONORABLE ROY K. ALTMAN
                                                                District Court Judge

Copies furnished to all counsel/parties of record.