UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-22538-ALTMAN/REID

PIERCE ROBERTSON, *et al.*, on behalf of himself and others similarly situated,

  Plaintiffs,

v.

MARK CUBAN, *et al.*,

  Defendants.

_____/

**PLAINTIFFS'** *UNOPPOSED* **MOTION TO STRIKE MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT [ECF NO. 118] WITH LEAVE TO REFILE**

 Plaintiffs, after conferring with Defendants, respectfully move unopposed to request this Court enter an Order striking Plaintiffs' Motion for Leave to File Second Amended Class Action Complaint, [ECF 118], and granting leave to refile under seal Plaintiffs' Motion for Leave to File Second Amended Class Action Complaint.

**S.D. FLA. L.R. 7.1 CERTIFICATION**

 Plaintiffs' Counsel have conferred with Defendants' Counsel in a good faith to resolve the issues raised in this Motion and report that Defendants do not oppose the relief sought herein.

Dated: May 9, 2023          Respectfully submitted,

| | |
|---|---|
| **By: /s/ Adam M. Moskowitz** | **By: /s/ David Boies** |
| Adam M. Moskowitz | David Boies |
| Florida Bar No. 984280 | (admitted *pro hac vice*) |
| Joseph M. Kaye | Alexander Boies |
| Florida Bar No. 117520 | (admitted *pro hac vice*) |
| Barbara C. Lewis | Brooke Alexander |
| Florida Bar No. 118114 | (admitted *pro hac vice*) |
| **THE MOSKOWITZ LAW FIRM, PLLC** | **BOIES SCHILLER FLEXNER LLP** |

CASE NO.: 22-cv-22538-ALTMAN/REID

| | |
|---|---|
| 2 Alhambra Plaza, Suite 601 | 333 Main Street |
| Coral Gables, FL 33134 | Armonk, NY 10504 |
| Telephone: (305) 740-1423 | Phone: (914) 749–8200 |
| adam@moskowitz-law.com | dboies@bsfllp.com |
| joseph@moskowitz-law.com | aboies@bsfllp.com |
| barbara@moskowitz-law.com | balexander@bsfllp.com |

*Co-Counsel for Plaintiffs and the Class*

Stephen Neal Zack
Florida Bar No. 145215
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
Fax: 305-539-1307
szack@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on May 9, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: /s/ *Adam M. Moskowitz*
ADAM M. MOSKOWITZ
Florida Bar No. 984280