UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-22538-ALTMAN/REID

PIERCE ROBERTSON, *et al.*, on
behalf of himself and others similarly
situated,

    Plaintiffs,
v.

MARK CUBAN, *et al.*,

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT
OF MOTION FOR LEAVE TO FILE AMENDED CLASS ACTION COMPLAINT**

Plaintiffs submit, as supplemental authority in support of their Motion for Leave to File Amended Complaint [ECF No. 121], a recent order from the District Court for the Southern District of Florida in *Edwin Garrison, et al. v. Sam Bankman-Fried, et al.* No. 1:22-cv-23753-KMM, ECF No. 204 (S.D. FL. May 12, 2023), attached as **Exhibit A**.

Respectfully submitted this 13th day of May 2023.

| | |
|---|---|
| **By: /s/ Adam M. Moskowitz** | **By: /s/ David Boies** |
| Adam M. Moskowitz | David Boies |
| Florida Bar No. 984280 | (admitted *pro hac vice*) |
| Joseph M. Kaye | Alexander Boies |
| Florida Bar No. 117520 | (admitted *pro hac vice*) |
| Barbara C. Lewis | Brooke Alexander |
| Florida Bar No. 118114 | (admitted *pro hac vice*) |
| **THE MOSKOWITZ LAW FIRM, PLLC** | **BOIES SCHILLER FLEXNER LLP** |
| 2 Alhambra Plaza, Suite 601 | 333 Main Street |
| Coral Gables, FL 33134 | Armonk, NY 10504 |
| Telephone: (305) 740-1423 | Phone: (914) 749–8200 |
| adam@moskowitz-law.com | dboies@bsfllp.com |
| joseph@moskowitz-law.com | aboies@bsfllp.com |
| barbara@moskowitz-law.com | balexander@bsfllp.com |

*Co-Counsel for Plaintiffs and the Class*

*CASE NO.: 22-cv-22538-ALTMAN/REID*

Stephen Neal Zack
Florida Bar No. 145215
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
Fax: 305-539-1307
szack@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on May 13, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ
Florida Bar No. 984280

2