# Exhibit A

| | |
|---|---|
| **From:** | cmecfautosender@flsd.uscourts.gov |
| **To:** | flsd_cmecf_notice@flsd.uscourts.gov |
| **Subject:** | Activity in Case 1:22-cv-23753-KMM Garrison v. Bankman-Fried et al Order on Motion to Amend/Correct |
| **Date:** | Friday, May 12, 2023 2:29:51 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 5/12/2023 at 2:29 PM EDT and filed on 5/12/2023
**Case Name:**       Garrison v. Bankman-Fried et al
**Case Number:**     1:22-cv-23753-KMM
**Filer:**
**Document Number:** 204(No document attached)

**Docket Text:**
**PAPERLESS ORDER. THIS CAUSE came before the Court upon Plaintiffs' [198] Motion to File an Amended Complaint. Therein, Plaintiffs seek permission from the Court to file a Second Amended Complaint. Plaintiffs argue that justice requires that Plaintiffs be permitted to file a Second Amended Complaint, and that filing a Second Amended Complaint will not prejudice either party. Id. at 6-8.**

**Rule 15(a) of the Federal Rules of Civil Procedure provides that "[a] party may amend its pleading once as a matter of course within... 21 days after service of a motion under Rule 12(b), (e), or (f)." Fed. R. Civ. P. 15(a)(1)(B). Beyond that, "a party may amend its pleading only with the opposing party's written consent or the court's leave" and "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). The decision whether to grant leave to amend is committed to the sound discretion of the trial court. Best Canvas Prods. & Supplies, Inc. v. Ploof Truck Lines, Inc., 713 F.2d 618, 622 (11th Cir. 1983). "A court may consider several factors when deciding whether to grant a motion to amend, including undue delay, bad faith or dilatory motive, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, and futility of amendment." Perez v. Wells Fargo N.A., 774 F.3d 1329, 1340 (11th Cir. 2014) (alterations incorporated) (quoting Equity Lifestyle Props., Inc. v. Fla. Mowing &**

**Landscape Serv., Inc., 556 F.3d 1232, 1241 (11th Cir.2009)). However, "[u]nless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial." Dussouy v. Gulf Coast Inv. Corp., 660 F.2d 594, 598 (5th Cir. 1981).**

**Here, the Court finds that there has been no undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies, or undue prejudice to the opposing parties. Accordingly, UPON CONSIDERATION of the Motion [198], the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Plaintiffs Motion [198] is GRANTED. Plaintiffs shall file their Amended Complaint separately on the docket in this matter on or before May 15, 2023. Upon the filing of the Second Amended Complaint, the Court will issue a new briefing schedule. Signed by Judge K. Michael Moore on 5/12/2023. (rfr)**

**1:22-cv-23753-KMM Notice has been electronically mailed to:**

Adam M. Moskowitz     adam@moskowitz-law.com, dione@moskowitz-law.com, rejane@moskowitz-law.com, service@moskowitz-law.com

Adam Michael Schachter     aschachter@gsgpa.com, efilings@gsgpa.com

Alexander Boies     aboies@bsfllp.com

Alexander Manuel Peraza     aperaza@dkrpa.com, gaguilera@dkrpa.com, Veronica@dkrpa.com

Andrew B. Brettler     abrettler@berkbrettler.com

Andrew B. Clubok     andrew.clubok@lw.com

Andrew J. Demko     ademko@mayerbrown.com

Barbara Cabrera Lewis     barbara@moskowitz-law.com, service@moskowitz-law.com

Brandon Scott Floch     bfloch@mnrlawfirm.com

Brittany M.J. Record     Brittany.Record@lw.com

Christopher Stephen Carver     christopher.carver@akerman.com, cary.gonzalez@akerman.com

David Boies     dboies@bsfllp.com

David Alan Rothstein     drothstein@dkrpa.com, gaguilera@dkrpa.com, veronica@dkrpa.com

Edward Soto     edward.soto@weil.com, alli.katzen@weil.com, ann.merlin@weil.com, edward-soto-1991@ecf.pacerpro.com, sv.ecf@weil.com, Zach.Schreiber@weil.com

Elizabeth A. Greenman     Elizabeth.Greenman@lw.com

Ellie Hourizadeh     ehourizadeh@mwe.com

Eric A. Fitzgerald     eric.fitzgerald@mgclaw.com

Eshaba Jahir-Sharuz     eshaba@dkrpa.com

Gerald Edward Greenberg     ggreenberg@gsgpa.com, efilings@gsgpa.com

Glenn K. Vanzura     GVanzura@mayerbrown.com

Hillary N. Ladov     hillary.ladov@mgclaw.com

Howard Mitchell Bushman     howard@moskowitz-law.com, dione@moskowitz-law.com, rejane@moskowitz-law.com, service@moskowitz-law.com

Jamila MacEbong     jmacebong@gibsondunn.com

Jason D. Linder     JLinder@mayerbrown.com

Jason D. Strabo     jstrabo@mwe.com

Jason Samuel Oletsky     jason.oletsky@akerman.com, jill.parnes@akerman.com

Jeffrey Adam Neiman     jneiman@mnrlawfirm.com, mphillip@mnrlawfirm.com

Jeffrey Eldridge Marcus     jmarcus@mnrlawfirm.com, mordenes@mnrlawfirm.com

Jeremy D. Mishkin     jmishkin@mmwr.com

Jessica Stebbins Bina     Jessica.stebbinsbina@lw.com

Jonathan Samuel Klein     Jklein@mayerbrown.com, 6066279420@filings.docketbird.com, wdc.docket@mayerbrown.com

Jose Manuel Ferrer     jose@markmigdal.com, eservice@markmigdal.com, kristine@markmigdal.com

Joseph J. Vescera     jvescera@mayerbrown.com

Joseph M. Kaye     joseph@moskowitz-law.com, dione@moskowitz-law.com, rejane@moskowitz-law.com, service@moskowitz-law.com

Katherine Ann Johnson     Katie.johnson@akerman.com, joyce.gutierrez@akerman.com

Manuel A. Arteaga-Gomez     aag@grossmanroth.com

Marvin Putnam     Marvin.Putnam@lw.com

Matthew Kahn     mkahn@gibsondunn.com

Michael Dore     mdore@gibsondunn.com

Michael Kahn     mjkahn@gibsondunn.com

Michael Anthony Pineiro     mpineiro@mnrlawfirm.com, mordenes@mnrlawfirm.com

Michele D. Johnson     michele.johnson@lw.com

Nathan Marshall Bull     nbull@mwe.com, mblancoaleman@mwe.com

Richard M. Simins     rsimins@mmwr.com

Roberto Martinez     bob@colson.com, becky@colson.com

Sarah P. Hogarth     shogarth@mwe.com

Stephanie Anne Casey     scasey@colson.com, becky@colson.com, claudiav@colson.com, michelle@colson.com

Stephen N. Zack     szack@bsfllp.com, carmen-washenko-5195@ecf.pacerpro.com, Cwashenko@BSFLLP.com, stephen-zack-4984@ecf.pacerpro.com

Stuart Z. Grossman     szg@grossmanroth.com

Susan E. Engel     Susan.Engel@lw.com

Tyler Evan Ulrich     tulrich@bsfllp.com

Ursula Ungaro     kathryn-harlan-1897@ecf.pacerpro.com, ursula-ungaro-8317@ecf.pacerpro.com, victoria-brickey-4914@ecf.pacerpro.com

Zachary Andrew Lipshultz     zach@colson.com, becky@colson.com, swilson2@gibsondunn.com

**1:22-cv-23753-KMM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**