IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CV-22538-ALTMAN/REID**

PIERCE ROBERTSON, *et al*.,

    Plaintiffs,

v.

MARK CUBAN, *et al*.,

    Defendants.

_____/

**ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR
LEAVE TO FILE UNDER SEAL THE UNREDACTED VERSIONS OF
DEFENDANTS' MOTION FOR SANCTIONS UNDER 28 U.S.C. § 1927 *AND*
SUPPORTING EXHIBITS *AND* DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT
BECAUSE THEY CONTAIN REFERENCES TO CONFIDENTIAL INFORMATION**

**THIS CAUSE** came before the Court upon Defendants MARK CUBAN's and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS' Unopposed Motion for Leave to File Under Seal the Unredacted Versions of Defendants' Motion for Sanctions Under 28 U.S.C. § 1927 *and* Supporting Exhibits *and* Defendants' Opposition to Plaintiffs' Motion for Leave to File Second Amended Class Action Complaint Because They Contain References to Confidential Information and the Court being otherwise fully informed in the premises, it is

**ORDERED AND ADJUDGED** that said Motion is hereby GRANTED and the Defendants may file under seal the unredacted versions of Defendants' Motion for Sanctions Under 28 U.S.C. § 1927 *and* Supporting Exhibits as well as Defendants' Opposition to Plaintiffs' Motion for Leave to File Second Amended Class Action Complaint.

Case No. 22-CV-22538-ALTMAN/REID

**DONE AND ORDERED** at Miami, Florida, on this ___ day of _____, 2023.

                                                          The Honorable Roy K. Altman
                                                          U.S. District Court Judge

*Copies furnished to all Counsel of Record via CM/ECF*