# EXHIBIT 1

REDACTED



















