# EXHIBIT 3

REDACTED

Rob-Voyager-00000016 - User Funding Data - Pierce Robertson

Rob-Voyager-00000016 - User Funding Data - Pierce Robertson

Page 2

Rob-Voyager-00000016 - User Funding Data - Pierce Robertson

Rob-Voyager-00000016 - User Trading Data - Pierce Robertson

Rob-Voyager-00000016 - User Trading Data - Pierce Robertson

Rob-Voyager-00000016 - User Trading Data - Pierce Robertson