# EXHIBIT 4

## REDACTED



# Transcript of Rachel Jean Gold

**Date:** January 23, 2023
**Case:** Robertson, et al. -v- Cuban, et al.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                    MIAMI DIVISION

 3                                      x

 4   PIERCE ROBERTSON, RACHEL GOLD,   :
     SANFORD GOLD, RAHIL SAYED,
 5   CHRISTOPHER EHRENTRAUT, TODD     :
     MANGANIELLO, DAN NEWSOM,
 6   WILLIAM AYER, ANTHONY DORN,      :
     DAMECO GATES, MARSHALL PETERS,
 7   and EDWIN GARRISON, on behalf    :
     of themselves and all others
 8   similarly situated,             :

 9        Plaintiffs,                 :

10     v.                            :  Case No.:
                                        1:22 cv 22538
11   MARK CUBAN and DALLAS            :
     BASKETBALL LIMITED d/b/a
12   DALLAS MAVERICKS,                :

13        Defendants.                 :

14                                      x

15        REMOTE VIDEOTAPED DEPOSITION OF

16              RACHEL JEAN GOLD

17        ███████████████████████

18

19         Monday, January 23, 2023

20              10:15 a.m.

21

22   Job No. 478352

23   Pages: 1   218

24   Reported By:  April L. Crites, RMR, CRR, CSR, CCR

25   Notary Public, State of Ohio
```

Transcript of Rachel Jean Gold
January 23, 2023                                    2

```
 1        Deposition of RACHEL JEAN GOLD

 2          held at the location of:

 3

 4

 5       ████████████████

 6       ██████████████████████

 7       ████████████████████████████

 8

 9

10              *   *   *

11

12        Pursuant to notice, before

13     April L. Crites, RMR, CRR, CSR, CCR

14   Notary Public in and for the State of Ohio.

15

16              *   *   *

17

18

19

20

21

22

23

24

25
```

Transcript of Rachel Jean Gold

51

11:08:48

11:08:49

11:08:51

11:08:55

11:08:58

11:09:08

11:09:11

11:09:16

11:09:18

11:09:19

11:09:21

11:09:24

11:09:29

11:09:32

11:09:35

11:09:38

11:09:41

11:09:44

11:09:46

11:09:49

11:09:52

11:09:53

11:09:58

11:10:02

11:10:04

Transcript of Rachel Jean Gold
January 23, 2023                                    52

11:10:06

11:10:11

11:10:15

11:10:20

11:10:24

11:10:28

11:10:29

11:10:32

11:10:34

11:10:35

11:10:38

11:10:43

11:10:44

11:10:55

11:10:58

11:11:01

11:11:04

11:11:11

11:11:14

11:11:17

11:11:21

11:11:22

11:11:25

11:11:26

11:11:30

Transcript of Rachel Jean Gold
January 23, 2023                                    53

11:11:32

11:11:35

11:11:35

11:11:37

11:11:42

11:11:46

11:11:49

11:11:51

11:11:53

11:11:55

11:12:02

11:12:05

11:12:07

11:12:09

11:12:09

11:12:18

11:12:18

11:12:20

11:12:21

11:12:28

11:12:38

11:12:40

11:12:42

11:12:44

11:12:47

Transcript of Rachel Jean Gold

64

11:33:50

11:33:51

11:33:52

11:33:55

11:33:59

11:34:01

11:34:04

11:34:10

11:34:11

11:34:11

11:34:12

11:34:15

11:34:17

11:34:21

11:34:24

11:34:25

11:34:28

11:34:30

11:34:34

11:34:39

11:34:44

11:34:46

11:34:49

11:34:53

11:34:56

Transcript of Rachel Jean Gold
January 23, 2023                                    65

11:34:58

11:35:01

11:35:03

11:35:08

11:35:12

11:35:15

11:35:18

11:35:18

11:35:18

11:35:19

11:35:23

11:35:25

11:35:28

11:35:30

11:35:33

11:35:35

11:35:37

11:35:39

11:35:43

11:35:47

11:35:47

11:35:51

11:35:55

11:35:55

11:35:57

11:36:00

11:36:02

11:36:06

11:36:09

11:36:15

11:36:16

11:36:19

11:36:23

11:36:34

11:36:37

11:36:38

11:36:38

11:36:42

11:36:48

11:36:53

11:36:57

11:37:00

11:37:02

11:37:02

11:37:03

11:37:06

11:37:06

11:37:07

11:37:10

11:37:14

Transcript of Rachel Jean Gold

67

11:37:18

11:37:24

11:37:30

11:37:33

11:37:36

11:37:39

11:37:43

11:37:46

11:37:50

11:37:53

11:38:03

11:38:03

11:38:03

11:38:04

11:38:04

11:38:05

11:38:08

11:38:10

11:38:12

11:38:18

11:38:18

11:38:22

11:38:24

11:38:24

11:38:27

Transcript of Rachel Jean Gold
January 23, 2023                                    68

11:38:30

11:38:34

11:38:34

11:38:37

11:38:38

11:38:39

11:38:43

11:38:46

11:38:46

11:38:49

11:38:55

11:38:57

11:39:05

11:39:07

11:39:13

11:39:16

11:39:20

11:39:24

11:39:29

11:39:35

11:39:40

11:39:43

11:39:44

11:39:45

11:39:46

Transcript of Rachel Jean Gold
January 23, 2023                                    69

11:39:48

11:39:48

11:39:51

11:39:56

11:40:01

11:40:03

11:40:03

11:40:05

11:40:08

11:40:10

11:40:11

11:40:14

11:40:18

11:40:20

11:40:24

11:40:29

11:40:34

11:40:36

11:40:51

11:40:51

11:40:51

11:40:56

11:40:56

11:40:57

11:40:58

Transcript of Rachel Jean Gold
January 23, 2023                                    70

11:40:58

11:41:00

11:41:09

11:41:10

11:41:12

11:41:14

11:41:15

11:41:17

11:41:21

11:41:23

11:41:24

11:41:28

11:41:38

11:41:44

11:41:51

11:41:53

11:41:56

11:41:56

11:42:00

11:42:01

11:42:04

11:42:06

11:42:07

11:42:10

11:42:10

Transcript of Rachel Jean Gold
January 23, 2023                              71

11:42:18

11:42:25

11:42:28

11:42:29

11:42:34

11:42:41

11:42:44

11:42:48

11:42:49

11:42:50

11:42:52

11:42:59

11:43:01

11:43:03

11:43:08

11:43:10

11:43:10

11:43:13

11:43:15

11:43:21

11:43:21

11:43:21

11:43:23

11:43:28

11:43:32

Transcript of Rachel Jean Gold

1:43:37

1:43:42

1:43:45

1:43:51

1:43:54

1:43:56

1:44:00

1:44:03

1:44:05

1:44:07

1:44:10

1:44:12

1:44:20

1:44:24

1:44:26

1:44:29

1:44:32

1:44:35

1:44:36

1:44:54

1:44:54

1:44:57

1:44:57

1:44:57

1:44:59

Transcript of Rachel Jean Gold
January 23, 2023                                    73

11:45:02

11:45:07

11:45:09

11:45:12

11:45:16

11:45:18

11:45:21

11:45:22

11:45:22

11:45:27

11:45:27

11:45:28

11:45:31

11:45:35

11:45:37

11:45:40

11:45:45

11:45:45

11:45:46

11:45:49

11:45:59

11:46:06

11:46:08

11:46:11

11:46:13

Transcript of Rachel Jean Gold
January 23, 2023

74

11:46:14

11:46:22

11:46:22

11:46:24

11:46:27

11:46:30

11:46:37

11:46:40

11:46:46

11:46:48

11:47:01

11:47:01

11:47:02

11:47:02

11:47:02

11:47:04

11:47:08

11:47:12

11:47:15

11:47:16

11:47:21

11:47:24

11:47:24

11:47:25

11:47:27

11:47:32

11:47:33

11:47:33

11:47:35

11:47:41

11:47:43

11:47:47

11:47:50

11:47:51

11:47:55

11:48:00

11:48:01

11:48:01

11:48:04

11:48:04

11:48:08

11:48:09

11:48:11

11:48:12

11:48:18

11:48:18

11:48:18

11:48:20

11:48:21

11:48:23

Transcript of Rachel Jean Gold

11:48:24

11:48:24

11:48:28

11:48:28

11:48:30

11:48:34

11:48:37

11:48:37

11:48:38

11:48:41

11:48:45

11:48:48

11:48:54

11:48:59

11:48:59

11:49:02

11:49:06

11:49:15

11:49:16

11:49:20

11:49:21

11:49:22

11:49:26

11:49:32

11:49:37

Transcript of Rachel Jean Gold

77

11:49:38

11:49:46

11:49:49

11:49:50

11:49:50

11:49:53

11:49:57

11:49:59

11:50:01

11:50:05

11:50:07

11:50:09

11:50:10

11:50:14

11:50:19

11:50:22

11:50:26

11:50:33

11:50:37

11:50:40

11:50:43

11:50:45

11:50:48

11:50:51

11:50:55

Transcript of Rachel Jean Gold

11:50:58

11:51:01

11:51:09

11:51:11

11:51:14

11:51:17

11:51:20

11:51:21

11:51:21

11:51:24

11:51:24

11:51:25

11:51:29

11:51:35

11:51:36

11:51:42

11:51:47

11:51:50

11:51:56

11:51:56

11:51:56

11:52:02

11:52:04

11:52:08

11:52:11

Transcript of Rachel Jean Gold
January 23, 2023                                79

```
11:52:23
11:52:23
11:52:23
11:52:28
11:52:28
11:52:28
11:52:32
11:52:40
11:52:41
11:52:45
11:52:48
11:52:53
11:52:56
11:52:59
11:53:07
11:53:14
11:53:18
11:53:18
11:53:21
11:53:22
11:53:24
11:53:25
11:53:28
11:53:29
11:53:30
```

Transcript of Rachel Jean Gold

11:53:31

11:53:34

11:53:36

11:53:41

11:53:42

11:53:46

11:53:53

11:53:59

11:54:04

11:54:07

11:54:10

11:54:12

11:54:14

11:54:18

11:54:23

11:54:23

11:54:24

11:54:28

11:54:30

11:54:35

11:54:42

11:54:45

11:54:46

11:54:48

11:54:52

Transcript of Rachel Jean Gold
January 23, 2023                    81

11:54:56

11:55:02

11:55:04

11:55:07

11:55:12

11:55:14

11:55:17

11:55:22

11:55:25

11:55:29

11:55:34

11:55:35

11:55:39

11:55:43

11:55:49

11:55:53

11:55:55

11:55:56

11:56:02

11:56:05

11:56:13

11:56:18

11:56:21

11:56:21

11:56:23

Transcript of Rachel Jean Gold
January 23, 2023                                    88



12:04:41

12:04:44

12:04:46

12:04:46

12:04:48

12:04:51

12:04:51

12:04:54

12:04:55

12:04:55

12:04:59

12:05:03

12:05:03

12:05:06

12:05:07

12:05:10

12:05:14

12:05:14

12:05:17

12:05:21

12:05:33

12:05:36

12:05:39

12:05:39

12:05:43

Transcript of Rachel Jean Gold
January 23, 2023                                89

```
12:05:47

12:05:54

12:05:58

12:06:02

12:06:03

12:06:05

12:06:07

12:06:08

12:06:11

12:06:13

12:06:21

12:06:23

12:06:28

12:06:30

12:06:31

12:06:31

12:06:37

12:06:40

12:06:40

13:18:09

13:18:10

13:18:14

13:18:16

13:18:16

13:18:19
```

Transcript of Rachel Jean Gold
January 23, 2023

```
13:18:23

13:18:28

13:18:32

13:18:40

13:18:40

13:18:40

13:18:47

13:18:53

13:18:55

13:18:59

13:19:01

13:19:01

13:19:03

13:19:03

13:19:03

13:19:06

13:19:12

13:19:16

13:19:27

13:19:30

13:19:32

13:19:32

13:19:34

13:19:37

13:19:40
```

Transcript of Rachel Jean Gold
January 23, 2023

91

13:19:42

13:19:45

13:19:51

13:19:55

13:19:59

13:20:07

13:20:09

13:20:10

13:20:10

13:20:12

13:20:18

13:20:18

13:20:22

13:20:22

13:20:25

13:20:29

13:20:32

13:20:36

13:20:36

13:20:40

13:20:54

13:20:59

13:21:03

13:21:06

13:21:12

Transcript of Rachel Jean Gold

13:21:14

13:21:17

13:21:17

13:21:20

13:21:22

13:21:24

13:21:27

13:21:33

13:21:34

13:21:38

13:21:42

13:21:45

13:21:47

13:21:50

13:21:52

13:21:53

13:21:53

13:21:56

13:21:57

13:22:08

13:22:11

13:22:15

13:22:19

13:22:24

13:22:31

Transcript of Rachel Jean Gold
January 23, 2023                                    82

11:56:24

11:56:26

11:56:27

11:56:31

11:56:35

11:56:38

11:56:39

11:56:42

11:56:45

11:56:46

11:56:49

11:56:52

11:56:55

11:56:55

11:57:00

11:57:05

11:57:05

11:57:05

11:57:08

11:57:17

11:57:20

11:57:26

11:57:31

11:57:37

11:57:43

Transcript of Rachel Jean Gold
January 23, 2023

14:56:22

14:56:23

14:56:27

14:56:29

14:56:35

14:56:39

14:56:41

14:56:45

14:56:48

14:56:52

14:56:55

14:56:57

14:57:02

14:57:05

14:57:11

14:57:14

14:57:15

14:57:27

14:57:32

14:57:38

14:57:43

14:57:48

14:57:51

14:57:52

14:57:53

Transcript of Rachel Jean Gold
January 23, 2023

```
14:57:54
14:58:04
14:58:08
14:58:10
14:58:18
14:58:23
14:58:24
14:58:25
14:58:28
14:58:29
14:58:40
14:58:46
14:58:51
14:58:51
14:58:53
14:58:54
14:58:59
14:59:02
14:59:08
14:59:09
14:59:13
14:59:14
14:59:16
14:59:17
14:59:21
```

Transcript of Rachel Jean Gold
January 23, 2023

153

14:59:25

14:59:31

14:59:33

14:59:36

14:59:42

14:59:45

14:59:46

14:59:47

14:59:57

15:00:00

15:00:01

15:00:01

15:00:07

15:00:10

15:00:11

15:00:18

15:00:23

15:00:26

15:00:29

15:00:30

15:00:31

15:00:32

15:00:34

15:00:34

15:00:36

Transcript of Rachel Jean Gold
January 23, 2023                                              155

15:02:28

15:02:29

15:02:30

15:02:33

15:02:36

15:02:41

15:02:45

15:02:49

15:02:52

15:02:52

15:02:53

15:02:55

15:02:56

15:02:57

15:03:00

15:03:02

15:03:04

15:03:07

15:03:10

15:03:13

15:03:17

15:03:19

15:03:24

15:03:29

15:03:33

Transcript of Rachel Jean Gold
January 23, 2023

15:03:36

15:03:40

15:03:44

15:03:49

15:03:50

15:03:55

15:04:02

15:04:05

15:04:20

15:04:22

15:04:23

15:04:26

15:04:33

15:04:37

15:04:41

15:04:55

15:05:07

15:05:10

15:05:18

15:05:21

15:05:23

15:05:24

15:05:26

15:05:28

15:05:31

Transcript of Rachel Jean Gold
January 23, 2023                                    157

15:05:36

15:05:40

15:05:45

15:05:50

15:05:52

15:05:53

15:05:54

15:05:56

15:05:57

15:05:58

15:06:01

15:06:01

15:06:04

15:06:04

15:06:07

15:06:08

15:06:10

15:06:13

15:06:15

15:06:16

15:06:19

15:06:21

15:06:22

15:06:31

15:06:33

Transcript of Rachel Jean Gold
January 23, 2023

15:12:34

15:12:35

15:12:36

15:12:38

15:12:38

15:12:43

15:12:46

15:12:50

15:12:52

15:12:55

15:13:01

15:13:02

15:13:05

15:13:08

15:13:11

15:13:14

15:13:16

15:13:16

15:13:17

15:13:17

15:13:20

15:13:25

15:13:25

15:13:28

15:13:29

Transcript of Rachel Jean Gold
January 23, 2023

164

15:13:32

15:13:34

15:13:35

15:13:37

15:13:38

15:13:40

15:13:41

15:13:45

15:13:46

15:13:47

15:13:50

15:13:50

15:13:51

15:13:56

15:13:59

15:14:03

15:14:05

15:14:11

15:14:15

15:14:15

15:14:16

15:14:19

15:14:21

15:14:25

15:14:26

Transcript of Rachel Jean Gold
January 23, 2023

15:14:30

15:14:33

15:14:35

15:14:59

15:15:07

15:15:10

15:15:14

15:15:17

15:15:23

15:15:33

15:15:37

15:15:39

15:15:44

15:15:51

15:15:58

15:16:02

15:16:05

15:16:09

15:16:13

15:16:17

15:16:19

15:16:22

15:16:25

15:16:32

15:16:40

Transcript of Rachel Jean Gold

```
15:16:45

15:16:49

15:16:49

15:16:49

15:16:56

15:16:56

15:17:00

15:17:02

15:17:09

15:17:11

15:17:14

15:17:20

15:17:23

15:17:25

15:17:29

15:17:32

15:17:35

15:17:38

15:17:41

15:17:42

15:17:44

15:17:45

15:17:47

15:17:54

15:17:54
```

Transcript of Rachel Jean Gold
January 23, 2023

167



15:17:58

15:18:04

15:18:11

15:18:31

15:18:31

15:18:31

15:18:31

15:18:31

15:18:33

15:18:40

15:18:48

15:18:49

15:18:49

15:18:51

15:18:53

15:18:56

15:19:00

15:19:02

15:19:03

15:19:07

15:19:12

15:19:15

15:19:15

15:19:20

15:19:20

Transcript of Rachel Jean Gold
January 23, 2023                                    168

15:19:23

15:19:30

15:19:34

15:19:38

15:19:42

15:19:48

15:19:51

15:19:54

15:19:58

15:20:01

15:20:03

15:20:04

15:20:05

15:20:06

15:20:06

15:20:09

15:20:11

15:20:13

15:20:15

15:20:17

15:20:20

15:20:20

15:20:21

15:20:26

15:20:30

Transcript of Rachel Jean Gold
January 23, 2023                                          169

15:20:31

15:20:34

15:20:37

15:20:42

15:20:43

15:20:46

15:20:49

15:20:53

15:20:55

15:21:01

15:21:02

15:21:03

15:21:08

15:21:10

15:21:12

15:21:12

15:21:14

15:21:18

15:21:21

15:21:25

15:21:32

15:21:43

15:21:45

15:21:45

15:21:46