# EXHIBIT 5

REDACTED



# Transcript of Pierce Robertson

**Date:** January 26, 2023
**Case:** Robertson, et al. -v- Cuban, et al.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1         IN THE UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF FLORIDA
2             MIAMI DIVISION

3                   x
   PIERCE ROBERTSON, RACHEL   :
4   GOLD, SANFORD GOLD, RAHIL  :
   SAYED, CHRISTOPHER       :  Case No.
5   EHRENTRAUT, TODD        :  1:22 cv 22538
   MANGANIELLO, DAN NEWSOM,   :
6   WILLIAM AYER, ANTHONY     :
   DORN, DAMECO GATES,       :
7   MARSHALL PETERS, and      :
   EDWIN GARRISON, on behalf  :
8   of themselves and all     :
   others similarly        :
9   situated,             :
                   :
10      Plaintiffs,      :
                   :
11     vs.              :
                   :
12   MARK CUBAN, and DALLAS    :
   BASKETBALL LIMITED, d/b/a  :
13   DALLAS MAVERICKS,      :
                   :
14      Defendants.      :
                  x
15

16         Videotaped Deposition of

17           PIERCE ROBERTSON

18           Chicago, Illinois

19       Thursday, January 26, 2023

20           9:05 a.m.

21

22  Job No.: 478139

23  Pages: 1   326

24  Stenographically Reported By:

25  JENNIFER L. BERNIER, CSR, RMR, CRR

Transcript of Pierce Robertson
January 26, 2023                                              2

1      Videotaped deposition of PIERCE ROBERTSON, held

2   at the offices of:

3

4

5          WINSTON & STRAWN LLP

6          35 West Wacker Drive

7          Chicago, Illinois 60601

8

9

10

11     Pursuant to notice, before JENNIFER L. BERNIER,

12   Certified Shorthand Reporter, Illinois CSR

13   No. 82.004190, Registered Merit Reporter and

14   Certified Realtime Reporter.

15

16

17

18

19

20

21

22

23

24

25

Transcript of Pierce Robertson
January 26, 2023                                    3

```
1              A P P E A R A N C E S
2    APPEARED ON BEHALF OF THE PLAINTIFFS
3    AND THE DEPONENT:
4       HOWARD M. BUSHMAN, P.A., ESQUIRE
5       BARBARA C. LEWIS, ESQUIRE (Via Zoom)
6       THE MOSKOWITZ LAW FIRM
7       2 Alhambra Plaza, Suite 601
8       Coral Gables, Florida  33134
9       305.740.1423
10       and
11      MARC AYALA, ESQUIRE (Via Zoom)
12      BOIES, SCHILLER & FLEXNER LLP
13      333 Main Street
14      Armonk, New York  10504
15      914.749.8422
16
17   APPEARED ON BEHALF OF THE DEFENDANTS:
18      STEPHEN A. BEST, ESQUIRE
19      RACHEL O. WOLKINSON, ESQUIRE (Via Zoom)
20      BROWN RUDNICK LLP
21      601 Thirteenth Street NW, Suite 600
22      Washington, D.C.  20005
23      202.536.1700
24       and
25
```

Transcript of Pierce Robertson
January 26, 2023                                          4

```
1            A P P E A R A N C E S (Continued)

2       DANIEL F. KERNS, ESQUIRE

3       SIGMUND S. WISSNER GROSS, ESQUIRE (Via Zoom)

4       BROWN RUDNICK LLP

5       7 Times Square

6       New York, New York  10036

7       212.209.4800

8        and

9       STEPHEN COOK, ESQUIRE

10      BROWN RUDNICK LLP

11      2211 Michelson Drive, 7th Floor

12      Irvine, California  92612

13      949.752.7100

14      and

15      CHRISTOPHER E. KNIGHT, ESQUIRE

16      FOWLER WHITE BURNETT, P.A.

17      1395 Brickell Avenue, 14th Floor

18      Miami, Florida  33131

19      305.789.9210

20

21   ALSO PRESENT:

22      Jason Charous (Via Zoom)

23      Gabriel Martin, Videographer

24      Ethan Rex, Exhibit/Zoom technician (Via Zoom)

25
```

Transcript of Pierce Robertson
January 26, 2023                                    40

9:53:15

9:53:18

9:53:19

9:53:22

9:53:25

9:53:27

9:53:28

9:53:33

9:53:33

9:53:35

9:53:37

9:53:40

9:53:40

9:53:42

9:53:47

9:53:51

9:53:59

9:54:15

9:54:17

9:54:22

9:54:25

9:54:30

9:54:33

9:54:34



Transcript of Pierce Robertson

42

09:56:11

09:56:17

09:56:22

09:56:25

09:56:29

09:56:32

09:56:33

09:56:36

09:56:46

09:56:49

09:56:53

09:56:56

09:57:02

09:57:02

09:57:05

09:57:06

09:57:08

09:57:08

09:57:11

09:57:14

09:57:18

09:57:23

09:57:27

09:57:35

09:57:40

Transcript of Pierce Robertson
January 26, 2023                                          43

09:57:42

09:57:45

09:57:49

09:57:53

09:57:56

09:58:00

09:58:01

09:58:04

09:58:08

09:58:08

09:58:09

09:58:12

09:58:15

09:58:16

09:58:16

09:58:26

09:58:30

09:58:30

09:58:30

09:58:39

09:58:43

09:58:44

09:58:45

09:58:54

09:59:01

Transcript of Pierce Robertson
January 26, 2023

44

09:59:04

09:59:07

09:59:10

09:59:14

09:59:18

09:59:18

09:59:23

09:59:28

09:59:32

09:59:35

09:59:37

09:59:44

09:59:47

09:59:49

09:59:54

09:59:59

10:00:05

10:00:08

10:00:14

10:00:14

10:00:17

10:00:19

10:00:24

10:00:26

10:00:27

Transcript of Pierce Robertson
January 26, 2023

11:40:24

11:40:26

11:40:29

11:40:30

11:40:33

11:40:35

11:40:39

11:40:42

11:40:43

11:40:43

11:40:46

11:40:50

11:40:52

11:40:54

11:40:54

11:41:00

11:41:05

11:41:06

11:41:06

11:41:08

11:41:09

11:41:14

11:41:15

11:41:16

11:41:19

Transcript of Pierce Robertson
January 26, 2023

107

11:41:22

11:41:24

11:41:25

11:41:37

11:41:41

11:41:44

11:41:45

11:41:46

11:41:47

11:41:53

11:41:54

11:41:56

11:41:59

11:42:01

11:42:03

11:42:03

11:42:06

11:42:08

11:42:12

11:42:17

11:42:19

11:42:24

11:42:25

11:42:28

11:42:29

Transcript of Pierce Robertson
January 26, 2023

11:42:30

11:42:32

11:42:34

11:42:37

11:42:39

11:42:41

11:42:45

11:42:46

11:42:48

11:42:49

11:42:50

11:42:53

11:42:58

11:42:59

11:43:01

11:43:05

11:43:09

11:43:13

11:43:15

11:43:16

11:43:19

11:43:24

11:43:29

11:43:40

11:43:43

Transcript of Pierce Robertson
January 26, 2023                                    109

11:43:45

11:43:47

11:43:49

11:43:53

11:43:55

11:43:57

11:43:59

11:44:00

11:44:02

11:44:07

11:44:11

11:44:13

11:44:14

11:44:15

11:44:17

11:44:18

11:44:21

11:44:21

11:44:21

11:44:23

11:44:26

11:44:30

11:44:32

Transcript of Pierce Robertson
January 26, 2023                                              110

```
                                                    11:44:34

                                                    11:44:35

                                                    11:44:36

                                                    11:44:40

                                                    11:44:42

                                                    11:44:44

                                                    11:44:45

                                                    11:44:46

                                                    11:44:49

                                                    11:44:49

                                                    11:44:49

                                                    11:44:50

                                                    11:44:55

                                                    11:44:57

                                                    11:44:59

                                                    11:44:59

                                                    11:45:02

                                                    11:45:07

                                                    11:45:10

                                                    11:45:11

                                                    11:45:13

                                                    11:45:14

                                                    11:45:14

                                                    11:45:21

                                                    11:45:22
```

Transcript of Pierce Robertson
January 26, 2023                                                111

11:45:24

11:45:27

11:45:37

11:45:42

11:45:46

11:45:48

11:45:50

11:45:50

11:45:51

11:45:54

11:45:57

11:46:06

11:46:10

11:46:10

11:46:16

11:46:18

11:46:19

11:46:45

11:46:57

11:47:14

11:47:14

11:47:14

11:47:15

11:47:18

11:47:18

Transcript of Pierce Robertson
January 26, 2023                                              112

11:47:21

11:47:31

11:47:37

11:47:37

11:47:38

11:47:41

11:47:44

11:47:45

11:47:46

11:47:49

11:47:55

11:48:01

11:48:08

11:48:11

11:48:12

11:48:19

11:48:23

11:48:25

11:48:28

11:48:33

11:48:35

11:48:39

11:48:42

11:48:43

11:48:49

Transcript of Pierce Robertson
January 26, 2023                                     123

12:02:11

12:02:21

12:02:24

12:02:30

12:02:31


12:02:33

12:02:33

12:02:37

12:02:38


12:02:53

12:02:53

12:02:54

12:02:54

12:02:56

12:03:00

12:03:05

12:03:13

12:03:18

12:03:20

12:03:21

12:03:29

12:03:34

12:03:39

Transcript of Pierce Robertson
January 26, 2023                                    124

12:03:41

12:03:42

12:03:59

12:04:01

12:04:04

12:04:08

12:04:09

12:04:11

12:04:14

12:04:16

12:04:16

12:05:16

12:05:20

12:05:50

12:05:50

12:05:56

12:06:03

12:06:05

12:06:06

12:06:11

12:06:15

Transcript of Pierce Robertson
January 26, 2023                                          125

12:06:19

12:06:22

12:06:25

12:06:26

12:06:31

12:06:32

12:06:44

12:06:48

12:06:49

12:06:51

12:06:56

12:07:01

12:07:02

12:07:05

12:07:09

12:07:14

12:07:16

12:07:19

12:07:25

12:07:31

12:07:31

12:07:32

12:07:41

12:07:43

Transcript of Pierce Robertson
January 26, 2023

12:07:44

12:07:49

12:07:50

12:07:50

12:07:58

12:08:03

12:08:04

12:08:10

12:08:15

12:08:17

12:08:18

12:08:34

12:08:35

12:08:35

12:08:37

12:08:40

12:08:49

12:08:55

12:08:59

12:08:59

12:09:02

12:09:03

12:09:07

12:09:10

12:09:18

Transcript of Pierce Robertson
January 26, 2023                                    127



12:09:23

12:09:33

12:09:35

12:09:36

12:09:41

12:09:42

12:09:45

12:09:49

12:09:54

12:09:54

12:09:59

12:10:00

12:10:07

12:10:09

12:10:16

12:10:21

12:10:21

12:10:22

12:10:30

12:10:35

12:10:36

12:10:48

12:10:51

12:10:56

12:11:03

Transcript of Pierce Robertson
January 26, 2023

128



12:11:03

12:11:04

12:11:11

12:11:11

12:11:19

12:11:24

12:11:26

12:11:29

12:11:32

12:11:33

12:11:34

12:11:37

12:11:41

12:11:42

12:11:45

12:11:45

12:11:50

12:12:00

12:12:07

12:12:07

12:12:07

12:12:11

12:12:16

12:12:19

Transcript of Pierce Robertson
January 26, 2023                                          138

12:26:43

12:26:47

12:26:48

12:26:48

12:26:52

12:26:55

12:26:57

12:26:58

12:26:59

12:27:02

12:27:07

12:27:11

12:27:13

12:27:22

12:27:31

12:27:36

12:27:36

12:27:39

12:27:40

12:27:41

12:27:55

12:28:00

12:28:03

12:28:07

12:28:14

Transcript of Pierce Robertson
January 26, 2023                                          139

```
                                                           12:28:16

                                                           12:28:20

                                                           12:28:23

                                                           12:28:23

                                                           12:28:25

                                                           12:28:28

                                                           12:28:32

                                                           12:28:33

                                                           12:29:05

                                                           13:12:00

                                                           13:12:06

                                                           13:12:10

                                                           13:12:11

                                                           13:12:18

                                                           13:12:30

                                                           13:12:32

                                                           13:12:34

                                                           13:12:39

                                                           13:12:44

                                                           13:12:51

                                                           13:12:54

                                                           13:13:03

                                                           13:13:08

                                                           13:13:13

                                                           13:13:16
```

Transcript of Pierce Robertson
January 26, 2023                                        140

13:13:22

13:13:25

13:13:32

13:13:32

13:13:36

13:13:47

13:13:49

13:13:50

13:13:58

13:14:02

13:14:09

13:14:16

13:14:16

13:14:17

13:14:32

13:14:36

13:14:44

13:14:48

13:14:49

13:14:49

13:14:50

13:14:55

13:15:02

13:15:05

13:15:08

Transcript of Pierce Robertson
January 26, 2023                                              141

13:15:11

13:15:15

13:15:25

13:15:25

13:15:28

13:15:32

13:15:33

13:15:38

13:15:42

13:15:43

13:15:54

13:16:14

13:16:15

13:16:15

13:16:20

13:16:21

13:16:26

13:16:31

13:16:32

13:16:40

13:16:46

13:16:46

13:16:51

13:16:53

Transcript of Pierce Robertson
January 26, 2023

142

13:16:55

13:16:57

13:16:59

13:17:00

13:17:04

13:17:08

13:17:08

13:17:11

13:17:12

13:17:19

13:17:27

13:17:31

13:17:32

13:17:36

13:17:40

13:17:43

13:17:44

13:17:47

13:17:57

13:18:05

13:18:07

13:18:09

13:18:11

13:18:12

13:18:16

Transcript of Pierce Robertson
January 26, 2023                                      143

13:18:16

13:18:16

13:18:27

13:18:33

13:18:35

13:18:35

13:18:43

13:18:50

13:18:55

13:18:59

13:19:00

13:19:06

13:19:15

13:19:19

13:19:19

13:19:27

13:19:31

13:19:43

13:19:49

13:19:50

13:19:54

13:19:58

13:20:03

13:20:07

13:20:10

Transcript of Pierce Robertson
January 26, 2023                                    144

13:20:11

13:20:12

13:20:14

13:20:15

13:20:17

13:20:18

13:20:21

13:20:22

13:20:33

13:20:36

13:20:40

13:20:45

13:20:50

13:21:01

13:21:08

13:21:14

13:21:17

13:21:19

13:21:22

13:21:24

13:21:26

13:21:30

13:21:35

13:21:37

13:21:40

Transcript of Pierce Robertson
January 26, 2023                                    145



13:21:40

13:21:41

13:21:42

13:21:44

13:21:47

13:21:47

13:21:48

13:22:04

13:22:12

13:22:20

13:22:23

13:22:29

13:22:32

13:22:34

13:22:37

13:22:40

13:22:40

13:22:44

13:22:46

13:22:49

13:22:52

13:22:57

13:22:59


13:23:10

Transcript of Pierce Robertson
January 26, 2023                                    324



18:17:35

18:17:38

18:17:40


18:17:42

18:17:44

18:17:46

18:17:51


18:17:51

18:17:52

13          (Deposition concluded at 6:17 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Pierce Robertson
January 26, 2023

325

```
 1                    ACKNOWLEDGMENT OF DEPONENT

 2          I, PIERCE ROBERTSON, do hereby acknowledge

 3     that I have read and examined the foregoing

 4     testimony and the same is a true, correct, and

 5     complete transcription of the testimony given by me

 6     and any corrections appear on the attached errata

 7     sheet signed by me.

 8

 9

10          (SIGNATURE)                    (DATE)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  C E R T I F I C A T E

 2            I, JENNIFER L. BERNIER, a Certified

 3    Shorthand Reporter, Registered Merit Reporter,

 4    Certified Realtime Reporter, the officer before whom

 5    the foregoing deposition was taken, do hereby

 6    certify that the foregoing transcript is a true and

 7    correct record of the testimony given; that said

 8    testimony was taken by me stenographically and

 9    thereafter reduced to typewriting under my

10    supervision; that reading and signing was requested;

11    and that I am neither counsel for or related to, nor

12    employed by any of the parties to this case and have

13    no interest, financial or otherwise, in its outcome.

14            IN WITNESS WHEREOF, I have hereunto set my

15    hand this January 30, 2023.

16

17

18

19

20         JENNIFER L. BERNIER, CSR, RMR, CRR

21

22

23

24

25
```