# EXHIBIT 6

REDACTED

CONFIDENTIAL

Page 1

```
 1              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF NEW YORK
 2

 3     _____  )
       In re:                           ) Chapter
 4                                      )
       VOYAGER DIGITAL HOLDINGS, INC.,  )
 5     et al.,                          ) Case No. 22-10943 (MEW)
                                        )
 6              Debtors.                ) (Jointly Administered)
       _____  )
 7

 8

 9

10                      Zoom Proceedings
11                 Tuesday, February 21, 2023
                     9:14 a.m. - 7:40 p.m.
12

13     VIDEOTAPED VIDEO TELECONFERENCE DEPOSITION OF
                       STEVEN ERHLICH
14
                         CONFIDENTIAL
15
16
17
18
19
20
21
22
23
              Taken before Robyn Maxwell, RPR, FPR,
24     RSA, and Notary Public in and for the State of Florida at
       Large, pursuant to Notice of Taking Deposition filed in
25     the above-mentioned cause.
```

CONFIDENTIAL

Page 2

```
 1   APPEARANCES (VIA VIDEO CONFERENCE):
 2
 3      ON BEHALF OF THE PLAINTIFFS:
           ADAM MATTHEW MOSKOWITZ, ESQUIRE
 4         adam@moskowitz-law.com
           JOSEPH M. KAYE, ESQUIRE
 5         joseph@moskowitz-law.com
           THE MOSKOWITZ LAW FIRM
 6         2 Alhambra Plaza, Suite  601
           Coral Gables, FL 33134-5269
 7         305.740.1423
 8             -AND-
 9         DAVID BOIES, ESQUIRE
           dboies@bsfllp.com
10         ALEXANDER BOIES, ESQUIRE
           aboies@bsfllp.com
11         STEPHEN ZACK, ESQUIRE
           szack@bsfllp.com
12         TYLER ULRICH, ESQUIRE
           tulrich@bsfllp.com
13         BROOKE ALEXANDER, ESQUIRE
           balexander@bsfllp.com
14         BOIES, SCHILLER & FLEXNER LLP
           333 Main Street
15         Armonk, NY 10504
           914.749.8200
16
               -AND-
17
           JOSÉ M. FERRER, ESQUIRE
18         jose@markmigdal.com
           MARK MIGDAL AND HAYDEN
19         80 SW 8th Street, Suite 1999
           Miami, FL 33130-3036
20         305.374.0440
21             -AND-
22         JASON ROSELL, ESQUIRE
           jrosell@pszjlaw.com
23         PACHULSKI STANG ZIEHL & JONES
           One Sansome Street
24         San Francisco, CA 94104
           415.263.7000
25
```

```
 1    APPEARANCES (VIA VIDEO CONFERENCE) (CONTINUED):
 2
 3        ON BEHALF OF MARK CUBAN AND THE DALLAS MAVERICKS:
              STEPHEN BEST, ESQUIRE
 4            sbest@brownrudnick.com
              RACHEL O. WOLKINSON, ESQUIRE
 5            rwolkinson@brownrudnick.com
              SIGMUND S. WISSNER-GROSS, ESQUIRE
 6            swissner-gross@brownrudnick.com
              BROWN RUDNICK LLP
 7            601 Thirteenth Street NW, Suite 600
              Washington, DC 20005
 8            202.536.1737
 9                 -AND-
10            CHRISTOPHER E. KNIGHT, ESQUIRE
              cknight@fowler-white.com
11            FOWLER WHITE BURNETT, P.A.
              1395 Brickell Avenue, 14th Floor
12            Miami, Florida 33131
              305.789.9210
13
14
          ON BEHALF OF THE WITNESS STEVEN EHRLICH:
15            DANIEL L. SCHWARTZ, ESQUIRE
              dlschwartz@daypitney.com
16            MATTHEW LETTEN, ESQUIRE
              mletten@daypitney.com
17            DAY PITNEY LLP
              One Stamford Plaza
18            Stamford, CT 06901
              203.977.7536
19
20
          VIDEOGRAPHER:  BRIAN SACKRON
21
          ALSO PRESENT:
22
          REJANE PASSOS AND JOHNNY
23
24
25
```



CONFIDENTIAL

Page 311







CONFIDENTIAL



17:37:10

17:37:23

17:37:41

17:37:53

17:38:07

CONFIDENTIAL

Page 315



17:38:19
17:38:49
17:39:11
17:39:22
17:39:39

CONFIDENTIAL





CONFIDENTIAL



CONFIDENTIAL

Page 347



18:24:44

18:24:58

18:25:08

18:25:20

18:25:35

CONFIDENTIAL

Page 348



18:25:47

18:26:03

18:26:23

18:26:32

18:26:40

