# EXHIBIT 11

REDACTED



RGOLD_CUBAN_00158