# EXHIBIT 12

REDACTED

** CONFIDENTIAL **

Rachel Gold Rares

** CONFIDENTIAL **

N__00161

** CONFIDENTIAL **

AN__00162