# EXHIBIT 13

REDACTED



RGOLD_CUBAN_00148





RGOLD_CUBAN_00150