UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

### CASE NO. 22-cv-22538-ALTMAN/Reid

Pierce Robertson, *et al.*, on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

Mark Cuban, et al.,

    Defendants.
_____/

### PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' MOTIONS FOR SANCTIONS UNDER SECTION 1927 UNDER SEAL

Pursuant to the Court's Stipulated Protective Order [ECF No. 75], Plaintiffs respectfully request the Court enter an order granting leave to file their Response to Defendants' Motions for Sanctions Under Section 1927 [ECF No. 129] under seal. A proposed order accompanies this motion as **Exhibit A**.

### CERTIFICATE OF L.R. 7.1(a)(3) GOOD FAITH CONFERENCE

Plaintiffs' counsel certifies that they have conferred in good faith with Defendants' counsel and Defendants do oppose the relief sought in this motion.

Dated: May 25, 2023                                                      Respectfully submitted,

| | |
|---|---|
| **By: /s/ Adam M. Moskowitz** | **By: /s/ David Boies** |
| Adam M. Moskowitz | David Boies |
| Florida Bar No. 984280 | (admitted *pro hac vice*) |
| Joseph M. Kaye | Alexander Boies |
| Florida Bar No. 117520 | (admitted *pro hac vice*) |
| Barbara C. Lewis | Brooke Alexander |
| Florida Bar No. 118114 | (admitted *pro hac vice*) |
| **THE MOSKOWITZ LAW FIRM, PLLC** | **BOIES SCHILLER FLEXNER LLP** |
| Continental Plaza | 333 Main Street |
| 3250 Mary Street, Suite 202 | Armonk, NY 10504 |
| Miami, FL 33133 | Phone: (914) 749–8200 |
| | dboies@bsfllp.com |

| | |
|---|---|
| Mailing Address:<br>P.O. Box 653409, Miami, FL 33175<br>Telephone: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>barbara@moskowitz-law.com<br><br>*Co-Counsel for Plaintiffs and the Class* | aboies@bsfllp.com<br>balexander@bsfllp.com<br><br>Stephen Neal Zack<br>Florida Bar No. 145215<br>**BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd St., Suite 2800<br>Miami, FL 33131<br>Office: 305-539-8400<br>Fax: 305-539-1307<br>szack@bsfllp.com<br><br>*Co-Counsel for Plaintiffs and the Class* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on May 25, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ
Florida Bar No. 984280