# Exhibit A

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 22-cv-22538-ALTMAN/Reid**

Pierce Robertson, *et al.*, on behalf of themselves and
all others similarly situated,

     Plaintiffs,

v.

Mark Cuban, et al.,

     Defendants.

_____/

**[*PROPOSED*] ORDER GRANTING PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' MOTIONS FOR SANCTIONS UNDER SECTION 1927 UNDER SEAL**

**THIS MATTER** came before the Court on Plaintiffs' Unopposed Motion for Leave to file Response to Defendants' Motions for Sanctions Under Section 1927 [ECF No. 129] Under Seal, and the Court having considered the Motion and otherwise being duly advised in the premises it is:

**ORDERED** that Plaintiffs' Motion is **GRANTED** as follows:

1.    Plaintiffs have until **May___, 2023,** to file their Response to Defendants' Motions for Sanctions Under Section 1927 under seal.

**DONE AND ORDERED** in Miami, Florida this _____ day of February, 2023.

                                                                                  _____
                                                                                   ROY K. ALTMAN
                                                                                   UNITED STATES DISTRICT JUDGE

cc: Counsel of Record