UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 22-cv-22538-ALTMAN/Reid**

Pierce Robertson, *et al.*, on behalf of themselves and
all others similarly situated,

      Plaintiffs,

v.

Mark Cuban, et al.,

      Defendants.

_____/

**[*PROPOSED*] ORDER GRANTING PLAINTIFFS' *UNOPPOSED* MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' MOTIONS FOR SANCTIONS UNDER SECTION 1927 UNDER SEAL**

      **THIS MATTER** came before the Court on Plaintiffs' Unopposed Motion for Leave to file Response to Defendants' Motions for Sanctions Under Section 1927 [ECF No. 129] Under Seal, and the Court having considered the Motion and otherwise being duly advised in the premises it is:

      **ORDERED** that Plaintiffs' Motion is **GRANTED** as follows:

      1.     Plaintiffs have until **May___, 2023,** to file their Response to Defendants' Motions for Sanctions Under Section 1927 under seal.

      **DONE AND ORDERED** in Miami, Florida this _____ day of February, 2023.

                                      ROY K. ALTMAN
                                      UNITED STATES DISTRICT JUDGE

cc: Counsel of Record