IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1:22-cv-22538 (Altman/Reid)

PIERCE ROBERTSON, RACHEL GOLD, S, RAHIL SAYED, CHRISTOPHER EHRENTRAUT, TODD MANGANIELLO, DAN NEWSOM, WILLIAM AYER, ANTHONY DORN, DAMECO GATES, MARSHALL PETERS, and EDWIN GARRISON, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

MARK CUBAN, and DALLAS BASKETBALL LIMITED, d/b/a DALLAS MAVERICKS

Defendants.

# NOTICE OF CHANGE OF MAILING ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that The Moskowitz Law Firm PLLC, counsel for plaintiffs in the above-entitled action, has changed its mailing address. The new address is:

**The Moskowitz Law Firm, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Miami, FL 33133

**Mailing Address:**
P.O. Box 653409
Miami, FL 33175

Dated: May 26, 2023                     Respectfully submitted,

                                        By: /s/ *Adam Moskowitz*
                                            Continental Plaza
                                            3250 Mary Street, Suite 202

Miami, FL 33133  
**Mailing Address:**  
P.O. Box 653409  
Miami, FL 33175

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system, which will serve a copy of same on all counsel of record.

By: /s/ *Adam M. Moskowitz*
     Adam M. Moskowitz