IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1:22-cv-22538 (Altman/Reid)

PIERCE ROBERTSON, *et al.,*

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

**ORDER ON DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL THE UNREDACTED VERSION OF DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SANCTIONS UNDER 28 U.S.C. § 1927 *AND* SUPPORTING EXHIBITS BECAUSE THEY CONTAIN REFERENCES TO CONFIDENTIAL INFORMATION**

    **THIS CAUSE** came before the Court upon Defendants MARK CUBAN's and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS' Motion for Leave to File Under Seal the Unredacted Version of Defendants' Reply Memorandum of Law in Support of their Motion for Sanctions Under 28 U.S.C. § 1927 *and* Supporting Exhibits Because They Contain References to Confidential Information and the Court being otherwise fully informed in the premises, it is

    **ORDERED AND ADJUDGED** that said Motion is hereby GRANTED and the Defendants may file under seal the unredacted versions of Defendants' Reply Memorandum of Law in Support of their Motion for Sanctions Under 28 U.S.C. § 1927 *and* Supporting Exhibits.

1

**DONE AND ORDERED** in Chambers in Miami, Florida, on this ____ day of May 2023.

_____
THE HONORABLE ROY K. ALTMAN
District Court Judge

Copies furnished to all counsel/parties of record.