UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 22-cv-22538-ALTMAN/Reid**

Pierce Robertson, *et al.*, on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

Mark Cuban, et al.,

    Defendants.

_____/

## NOTICE OF CHANGE OF ADDRESS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that The Moskowitz Law Firm PLLC, counsel for plaintiffs in the above-entitled action, has changed its mailing address. The new address is:

**The Moskowitz Law Firm, PLLC**
Continental Plaza
3250 Mary Street
Suite 202
Miami, FL 33133

**Mailing Address:**
P.O. Box 653409
Miami, FL 33175

Dated: June 1, 2023             Respectfully submitted,

                                      By: /s/ *Joseph M. Kaye*
                                            Joseph M. Kaye
                                            Florida Bar No. 117520
                                            **The Moskowitz Law Firm, PLLC**
                                            Continental Plaza
                                            3250 Mary Street, Suite 202
                                            Miami, FL 33133
                                            **Mailing Address:**
                                            P.O. Box 653409
                                            Miami, FL 33175

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 1, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system, which will serve a copy of same on all counsel of record.

By: /s/ *Joseph M. Kaye*
Joseph M. Kaye