UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 22-cv-22538-ALTMAN/Reid**

Pierce Robertson, *et al.*, on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

Mark Cuban, et al.,

    Defendants.
_____/

## NOTICE OF CHANGE OF ADDRESS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that The Moskowitz Law Firm PLLC, counsel for plaintiffs in the above-entitled action, has changed its mailing address. The new address is:

**The Moskowitz Law Firm, PLLC**
Continental Plaza
3250 Mary Street
Suite 202
Miami, FL 33133

**Mailing Address:**
P.O. Box 653409
Miami, FL 33175

Dated:  June 1, 2023                    Respectfully submitted,

                                           By: */s/ Howard M. Bushman*
                                              Howard M. Bushman
                                              Florida Bar No. 0364230
                                              **The Moskowitz Law Firm, PLLC**
                                              Continental Plaza
                                              3250 Mary Street, Suite 202
                                              Miami, FL 33133
                                              **Mailing Address:**
                                              P.O. Box 653409
                                              Miami, FL 33175

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system, which will serve a copy of same on all counsel of record.

By: */s/ Howard M. Bushman*
Howard M. Bushman