# Exhibit 1

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 1

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
 2

 3   PIERCE ROBERTSON et al,       )
     on behalf of himself and      )
 4   others similarly              )
     situated,                     )
 5                                 )
              Plaintiff,           )
 6                                 )
     VS.                           )          CASE NO.:
 7                                 ) 22-cv-22538-ALTMAN/Reid
     MARK CUBAN and DALLAS         )
 8   BASKETBALL LIMITED, d/b/a     )
     Dallas Mavericks, et al,      )
 9                                 )
              Defendants.          )
10
     ------------------------------------------------------------
11
              CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
12
              ORAL AND VIDEOTAPED DEPOSITION OF
13                      MARK CUBAN
                     FEBRUARY 2, 2023
14                  (REPORTED REMOTELY)
     ------------------------------------------------------------
15
16         ORAL AND VIDEOTAPED DEPOSITION OF MARK CUBAN,
17   produced as a witness at the instance of the Plaintiff and
18   duly sworn, was taken in the above-styled and numbered
19   cause on Thursday, February 2, 2023, from 9:06 a.m. to
20   4:23 p.m., before Kari Behan, CSR, RPR, CRR, a Texas
21   certified machine shorthand reporter, at the offices of
22   Winston & Strawn LLP, 2121 N. Pearl Street, Suite 900,
23   Dallas, Texas, pursuant to the Federal Rules of Civil
24   Procedure 30.
25   Job No. 5681877
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 2

```
 1                    A P P E A R A N C E S
 2    FOR THE PLAINTIFFS AND THE CLASS:
 3         ADAM M. MOSKOWITZ, ESQ.
           JOSEPH M. KAYE, ESQ.
 4         BARBARA LEWIS, ESQ. (REMOTELY)
           JOSE FERRER, ESQ.
 5         THE MOSKOWITZ LAW FIRM, PLLC
           2 Alhambra Plaza, Suite 601
 6         Coral Gables, Florida 33134
           (305) 740-1423
 7         adam@moskowitz-law.com
           joseph@moskowitz-law.com
 8         barbara@moskowitz-law.com
           jose@moskowitz-law.com
 9
               - and -
10
           DAVID BOIES, ESQ.
11         (Admitted Pro Hac Vice)
           BOIES SCHILLER FLEXNER LLP
12         333 Main Street
           Armonk, New York 10504
13         (914) 749-8200
           dboies@bsfllp.com
14
           STEPHEN NEAL ZACK, ESQ. (REMOTELY)
15         TYLER ULRICH, ESQ. (REMOTELY)
           BOIES SCHILLER FLEXNER LLP
16         100 SE 2nd Street, Suite 2800
           Miami, Florida 33131
17         305-539-8400
           szack@bsfllp.com
18         tulrich@bsfllp.com
19
20    FOR THE DEFENDANTS, MARK CUBAN AND DALLAS MAVERICKS:
21         CHRISTOPHER E. KNIGHT, ESQ.
           FOWLER WHITE BURNETT, P.A.
22         Brickell Arch
           1395 Brickell Avenue
23         14th Floor
           Miami, Florida 33131
24         (305) 789-9210
           cknight@fowler-white.com
25
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 3

```
 1    APPEARANCES (CONTINUED):
 2    FOR THE DEFENDANT, MARK CUBAN:
 3         STEPHEN A. BEST, ESQ.
           RACHEL O. WOLKINSON, ESQ.
 4         EILEEN HREN CITRON, ESQ. (REMOTELY)
           BROWN RUDNICK
 5         601 Thirteenth Street NW, Suite 600
           Washington, DC 20005
 6         (202) 536-1737
           sbest@brownrudnick.com
 7         rwolkinson@brownrudnick.com
           ecitron@brownrudnick.com
 8
 9         TIFFANY B. LEITZ, ESQ.
           SIGMUND S. WISSNER-GROSS, ESQ. (REMOTELY)
10         BROWN RUDNICK
           Seven Times Square
11         New York, New York 10036
           (212) 209-4731
12         tlietz@brownrudnick.com
           swissner-gross@brownrudnick.com
13
14    FOR THE DEFENDANT, DALLAS MAVERICKS:
15         THOMAS M. MELSHEIMER, ESQ.
           SCOTT C. THOMAS, ESQ.
16         WINSTON & STRAWN LLP
           2121 N. Pearl Street, Suite 900
17         Dallas, Texas 75201
           (214) 453-6401
18         tmelsheimer@winston.com
           sthomas@winston.com
19
20    ALSO PRESENT (REMOTELY):
21         Rejane Passos
22         Annalyse Harris
23         Leo Wiesenger
24         Zach Finkelman
25         Brooke Alexander
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 4

1    APPEARANCES (CONTINUED)

2    ALSO PRESENT (IN PERSON):

3         Sekou Lewis, General Counsel, Dallas Mavericks

4         Alexis Frank, Videographer, Veritext Legal

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 14

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 15

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 16

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 17

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 59

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 60

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 61

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 75

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 77

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 87

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 88

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 89

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 90

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 97

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 98

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 99

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 190

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 191

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 192

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 193

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 281

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 282

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 283

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 284