# Exhibit 2

CONFIDENTIAL

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____ )
In re:                          ) Chapter
                                )
VOYAGER DIGITAL HOLDINGS, INC., )
et al.,                         ) Case No. 22-10943 (MEW)
                                )
          Debtors.              ) (Jointly Administered)
_____ )

Zoom Proceedings
Tuesday, February 21, 2023
9:14 a.m. - 7:40 p.m.

VIDEOTAPED VIDEO TELECONFERENCE DEPOSITION OF
STEVEN ERHLICH

CONFIDENTIAL

        Taken before Robyn Maxwell, RPR, FPR, RSA, and Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above-mentioned cause.

CONFIDENTIAL

Page 2

```
 1    APPEARANCES (VIA VIDEO CONFERENCE):
 2
 3         ON BEHALF OF THE PLAINTIFFS:
              ADAM MATTHEW MOSKOWITZ, ESQUIRE
 4            adam@moskowitz-law.com
              JOSEPH M. KAYE, ESQUIRE
 5            joseph@moskowitz-law.com
              THE MOSKOWITZ LAW FIRM
 6            2 Alhambra Plaza, Suite  601
              Coral Gables, FL 33134-5269
 7            305.740.1423
 8                -AND-
 9            DAVID BOIES, ESQUIRE
              dboies@bsfllp.com
10            ALEXANDER BOIES, ESQUIRE
              aboies@bsfllp.com
11            STEPHEN ZACK, ESQUIRE
              szack@bsfllp.com
12            TYLER ULRICH, ESQUIRE
              tulrich@bsfllp.com
13            BROOKE ALEXANDER, ESQUIRE
              balexander@bsfllp.com
14            BOIES, SCHILLER & FLEXNER LLP
              333 Main Street
15            Armonk, NY 10504
              914.749.8200
16
                   -AND-
17
              JOSÉ M. FERRER, ESQUIRE
18            jose@markmigdal.com
              MARK MIGDAL AND HAYDEN
19            80 SW 8th Street, Suite 1999
              Miami, FL 33130-3036
20            305.374.0440
21                -AND-
22            JASON ROSELL, ESQUIRE
              jrosell@pszjlaw.com
23            PACHULSKI STANG ZIEHL & JONES
              One Sansome Street
24            San Francisco, CA 94104
              415.263.7000
25
```

```
 1   APPEARANCES (VIA VIDEO CONFERENCE) (CONTINUED):
 2
 3       ON BEHALF OF MARK CUBAN AND THE DALLAS MAVERICKS:
             STEPHEN BEST, ESQUIRE
 4           sbest@brownrudnick.com
             RACHEL O. WOLKINSON, ESQUIRE
 5           rwolkinson@brownrudnick.com
             SIGMUND S. WISSNER-GROSS, ESQUIRE
 6           swissner-gross@brownrudnick.com
             BROWN RUDNICK LLP
 7           601 Thirteenth Street NW, Suite 600
             Washington, DC 20005
 8           202.536.1737
 9               -AND-
10           CHRISTOPHER E. KNIGHT, ESQUIRE
             cknight@fowler-white.com
11           FOWLER WHITE BURNETT, P.A.
             1395 Brickell Avenue, 14th Floor
12           Miami, Florida 33131
             305.789.9210
13
14
         ON BEHALF OF THE WITNESS STEVEN EHRLICH:
15           DANIEL L. SCHWARTZ, ESQUIRE
             dlschwartz@daypitney.com
16           MATTHEW LETTEN, ESQUIRE
             mletten@daypitney.com
17           DAY PITNEY LLP
             One Stamford Plaza
18           Stamford, CT 06901
             203.977.7536
19
20
         VIDEOGRAPHER:  BRIAN SACKRON
21
         ALSO PRESENT:
22
         REJANE PASSOS AND JOHNNY
23
24
25
```

CONFIDENTIAL

Page 351



CONFIDENTIAL

Page 400



Veritext Legal Solutions
800-726-7007                                                                                              305-376-8800



CONFIDENTIAL

Page 402