IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1:22-cv-22538 (Altman/Reid)

PIERCE ROBERTSON, *et al.,*

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

### ORDER ON DEFENDANTS MARK CUBAN'S AND DALLAS BASKETBALL LIMITED'S *EXPEDITED* MOTION TO SET A COORDINATED MOTION TO DISMISS BRIEFING SCHEDULE AND VACATE THE OPERATIVE SCHEDULING ORDER

**THIS CAUSE** came before the Court upon Defendants MARK CUBAN's and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS' *Expedited* Motion to Set a Coordinated Motion to Dismiss Briefing Schedule and Vacate the Operative Scheduling Order, and it is

**ORDERED AND ADJUDGED** that said Motion is hereby GRANTED and the Court hereby orders that (a) all Defendants' responsive pleadings to Plaintiffs' Second Amended Complaint [ECF No. 155] are due—jointly or otherwise—21 days from the date the last Defendant is served, (b) the current operative Scheduling Order is vacated, and (c) the parties, including the as-yet-unserved defendants, are to jointly coordinate the development of a trial and pre-trial schedule for the Court's review.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this _____ day of June 2023.

_____
THE HONORABLE ROY K. ALTMAN
District Court Judge

Copies furnished to all counsel/parties of record.