AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Pierce Robertson, et al., on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>Mark Cuban, Dallas Basketball Limited, d/b/a Dallas Mavericks, Robert Gronkowski, Victor Oladipo, and Landon Cassill,<br><br>*Defendant(s)* | Civil Action No. 22-cv-22538-ALTMAN/Reid |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Victor Oladipo
851 NE 1 Ave Unit 3301 in Miami, Florida

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Miami, FL 33133
Telephone: (305) 740-1423
Service@moskowitz-law.com

David Boies
Stephen Neal Zack
BOIES SCHILLER FLEXNER LLP
333 Main Street, Armonk, NY 10504
100 SE 2nd St., Suite 2800, Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jun 27, 2023

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Pierce Robertson, et al., on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>Mark Cuban, Dallas Basketball Limited, d/b/a Dallas Mavericks, Robert Gronkowski, Victor Oladipo, and Landon Cassill,<br><br>*Defendant(s)* | Civil Action No. 22-cv-22538-ALTMAN/Reid |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Robert Gronkowski
7 Congdon Cir, Foxborough, MA 02035

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Miami, FL 33133
Telephone: (305) 740-1423
Service@moskowitz-law.com

David Boies
Stephen Neal Zack
BOIES SCHILLER FLEXNER LLP
333 Main Street, Armonk, NY 10504
100 SE 2nd St., Suite 2800, Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jun 27, 2023

Angela E. Noble
Clerk of Court

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Pierce Robertson, et al., on behalf of themselves and all others similarly situated, *Plaintiff(s)* <br> v. <br> Mark Cuban, Dallas Basketball Limited, d/b/a Dallas Mavericks, Robert Gronkowski, Victor Oladipo, and Landon Cassill, *Defendant(s)* | Civil Action No. 22-cv-22538-ALTMAN/Reid |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Landon Cassill
17132 Knoxwood Dr, Huntersville, NC 28078

Alternative address:
345 Innes Way, Cedar Rapids, IA 52403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Miami, FL 33133
Telephone: (305) 740-1423
Service@moskowitz-law.com

David Boies
Stephen Neal Zack
BOIES SCHILLER FLEXNER LLP
333 Main Street, Armonk, NY 10504
100 SE 2nd St., Suite 2800, Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jun 27, 2023

Angela E. Noble
Clerk of Court

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

SUMMONS