UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-22583-ALTMAN/REID

PIERCE ROBERTSON, et al.,

    Plaintifs,

v.

MARK CUBAN, et al.,

    Defendants.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

To:    Clerk of Court and all parties of record

I am admitted and otherwise authorized to practice in this court and I appear in this case as counsel for Defendant **VICTOR OLADIPO**. Further, I request to be served with copies of all letters, emails, notices, pleadings, motions, orders and all other documents filed in or pertaining to this case.

Dated: July 7, 2023

**PHANG & FELDMAN, PA**
*Attorneys for Defendant Victor Oladipo*
One Biscayne Tower, Suite 1600
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 614-1223 // Fax: (305) 614-1187
Secondary Email: service@katiephang.com

By:    */s/ Jonathan S. Feldman*
       JONATHAN S. FELDMAN, ESQ.
       Florida Bar. No. 12682
       Primary Email: feldman@katiephang.com



Case No. 22-cv-22538-Altman/Reid<br>
Page 2 of 3

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 7, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day upon all counsel of record in this case via CM/ECF.

By: _/s/ Jonathan S. Feldman_
JONATHAN S. FELDMAN, ESQ.
Florida Bar. No. 12682
Email: feldman@katiephang.com
service@katiephang.com

Case No. 22-cv-22538-Altman/Reid<br>Page 3 of 3

Service List

Adam M. Moskowitz, Esq.
Joseph M. Kaye, Esq.
Barbara C. Lewis, Esq.
Howard M. Bushman, Esq.
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, Florida 33134
E-mail: adam@moskowitz-law.com
Email: joseph@moskowitz-law.com
Email: barbara@moskowitz-law.com
Email: howard@moskowitz-law.com
*Counsel for Plaintiffs and the Proposed Classes*
**VIA CM/ECF**

David Boies, Esq.
*Pro Hac Vice*
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
Email: dboies@bsfllp.com
*Co-Counsel for Plaintiffs and the Proposed Classes*
**VIA CM/ECF**

Paul C. Huck, Jr., Esq.
The Huck Law Firm
334 Minorca Ave.
Coral Gables, FL 33134
Email: Paul@thehucklawfirm.com
*Co-Counsel for Defendants*
**VIA CM/ECF**

Stephen Neal Zack, Esq.
szack@bsfllp.com
Hon. Ursula Ungaro (Retired), Esq.
uungaro@bsfllp.com
Boies Schiller Flexner LLP
100 S.E. 2nd St., Suite 2800
Miami, FL 33131
*Co-Counsel for Plaintiffs and the Proposed Classes*
**VIA CM/ECF**

Stephen A. Best, Esq.
Rachel O. Wolkinson, Esq.
Brown Rudnick
601 Thirteenth Street NW Suite 600
Washington, DC 20005
Email: sbest@brownrudnick.com
rwolkinson@brownrudnick.com

and

Sigmund Wissner-Gross, Esq.
Jessica N. Meyers, Esq.
Brown Rudnick, LLP
Seven Times Square
New York, NY 11036
Email: swissner-gross@brownrudnick.com
jmeyers@brownrudnick.com
PRO HAC VICE
*Co-Counsel for Defendants*
**VIA CM/ECF**

