UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-22583-ALTMAN/REID

PIERCE ROBERTSON, et al.,

    Plaintifs,

v.

MARK CUBAN, et al.,

    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Kevin A. Fritz, Esq.,** Meister Seeling & Fein PLLC, 125 Park Avenue, 7th Floor, New York, New York 10017, for purposes of appearance as co-counsel on behalf of **Defendant Victor Oladipo**, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Kevin A. Fritz to receive electronic filings in this case. In support thereof, Movant states as follows:

    1.    Kevin A. Fritz is not admitted to practice in the Southern District of Florida and is a member in good standing in the State of New York.

    2.    Movant, Jonathan S. Feldman, Esquire, of the law firm of Phang & Feldman, P.A., 2 South Biscayne Boulevard, Suite 1600, Miami, Florida 33131 (TEL: 305-614-1223), is a member in good standing of The Florida Bar and the United States District Court for the



Case No. 22-cv-22538-Altman/Reid<br>
Page 2 of 4

Southern District of Florida, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Kevin A. Fritz has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Kevin A. Fritz by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Kevin A. Fritz at email address: kaf@msf-law.com

WHEREFORE, Jonathan S. Feldman, Esquire, moves this Court to enter an Order allowing Kevin A. Fritz, Esq., appear before this Court on behalf of Defendant Victor Oladipo, for all purposes relating to the proceedings in the above-styled matter, and directing the Clerk to provide notice of electronic filings to Kevin A. Fritz.

Phang | Feldman

**One Biscayne Tower | Suite 1600 |2 S. Biscayne Boulevard | Miami, FL  33131**
**T: (305) 614-1223 | (F): (305) 614-1187 | www.katiephang.com | feldman@katiephang.com**

Case No. 22-cv-22538-Altman/Reid
Page 3 of 4

Dated: July 7, 2023

**PHANG & FELDMAN, PA**
*Attorneys for Defendant Victor Oladipo*
One Biscayne Tower, Suite 1600
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 614-1223 // Fax: (305) 614-1187
Secondary Email: service@katiephang.com

By: */s/ Jonathan S. Feldman*
    JONATHAN S. FELDMAN, ESQ.
    Florida Bar. No. 12682
    Primary Email: feldman@katiephang.com

*Pro Hac Vice* Application Pending:
Kevin A. Fritz, Esq.
NY Bar No. 4098190
*Attorney for Defendant Victor Oladipo*
Meister Seeling & Fein PLLC
125 Park Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 655-3500
Email: kaf@msf-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 7, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day upon all counsel of record in this case via CM/ECF.

By: */s/ Jonathan S. Feldman*
    JONATHAN S. FELDMAN, ESQ.
    Florida Bar. No. 12682
    Email: feldman@katiephang.com



Case No. 22-cv-22538-Altman/Reid
Page 4 of 4

Service List

Adam M. Moskowitz, Esq.
Joseph M. Kaye, Esq.
Barbara C. Lewis, Esq.
Howard M. Bushman, Esq.
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, Florida 33134
E-mail: adam@moskowitz-law.com
Email: joseph@moskowitz-law.com
Email: barbara@moskowitz-law.com
Email: howard@moskowitz-law.com
*Counsel for Plaintiffs and the Proposed Classes*
**VIA CM/ECF**

David Boies, Esq.
*Pro Hac Vice*
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
Email: dboies@bsfllp.com
*Co-Counsel for Plaintiffs and the Proposed Classes*
**VIA CM/ECF**

Paul C. Huck, Jr., Esq.
The Huck Law Firm
334 Minorca Ave.
Coral Gables, FL 33134
Email: Paul@thehucklawfirm.com
*Co-Counsel for Defendants*
**VIA CM/ECF**

Stephen Neal Zack, Esq.
szack@bsfllp.com
Hon. Ursula Ungaro (Retired), Esq.
uungaro@bsfllp.com
Boies Schiller Flexner LLP
100 S.E. 2nd St., Suite 2800
Miami, FL 33131
*Co-Counsel for Plaintiffs and the Proposed Classes*
**VIA CM/ECF**

Stephen A. Best, Esq.
Rachel O. Wolkinson, Esq.
Brown Rudnick
601 Thirteenth Street NW Suite 600
Washington, DC 20005
Email: sbest@brownrudnick.com
rwolkinson@brownrudnick.com

and

Sigmund Wissner-Gross, Esq.
Jessica N. Meyers, Esq.
Brown Rudnick, LLP
Seven Times Square
New York, NY 11036
Email: swissner-gross@brownrudnick.com
jmeyers@brownrudnick.com
PRO HAC VICE
*Co-Counsel for Defendants*
**VIA CM/ECF**

