UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-22583-ALTMAN/REID

PIERCE ROBERTSON, et al.,

Plaintifs,
v.

MARK CUBAN, et al.,

Defendants.
_____/

### CERTIFICATION OF KEVIN A. FRITZ

**Kevin A. Fritz, Esq.,** pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of New York; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Dated: July 7, 2023   By: ___*/s/ Kevin A. Fritz*___
                                                        Kevin A. Fritz