UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-22583-ALTMAN/REID

PIERCE ROBERTSON, et al.,

    Plaintifs,

v.

MARK CUBAN, et al.,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE comes before the Court without hearing on the *Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing* submitted by Kevin A. Fritz, Esq. (the "***Motion***")(ECF No. \_\_\_) pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, does hereby

ORDER and ADJUDGE as follows:

1.     The Motion is GRANTED and Kevin A. Fritz, Esq. may appear and

participate in this action on behalf of Defendant Victor Oladipo.

2. The Clerk shall provide electronic notification of all electronic filings to Kevin A. Fritz, Esq. at kaf@msf-law.com.

DONE AND ORDERED in Chambers at _____, Florida, on this _____ day of July, 2023.

_____
UNITED STATES DISTRICT COURT

Copies furnished via CM/ECF to:
All counsels of record