# AFFIDAVIT OF SERVICE

| Case: 22-cv-22538 | Court: United States District Court for the Southern District of Florida | County: | Job: 9158609 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Pierce Robertson et. al., on behalf of themselves and other similarly situated | | **Defendant / Respondent:** Mark Cuban, Dallas Basketball Limited, d/b/a Dallas Mavericks, Robert Gronkowski, Victor Oladipo, and Landon Cassill | |
| **Received by:** Derecho Investigations & Security Consultants | | **For:** Magic City Process Service | |
| **To be served upon:** Landon Cassill | | | |

I, Adam Tranum, certify that I am over the age of 21 and a resident of North Carolina, and not a party to the action, and who is not related by blood or marriage to a party to the action or to a person upon whom service is to be made.

**Recipient Name / Address:**   Katelyn Cassill, Home: 17132 Knoxwood Dr, Huntersville, NC 28078
**Manner of Service:**   Substitute Service - Personal, Jul 11, 2023, 5:24 pm EDT
**Documents:**   20R4094-D.E. 155 --SEALED-- Second Amended Complaint.PDF (Received Jul 10, 2023 at 10:39am EDT), 20R4905-D.E. 163 Order Granting Ds' Expedited Motion to Set a Coordinated Motion to Dismiss Briefing Schedule and Vacate the Operative Scheduling Order.PDF (Received Jul 10, 2023 at 10:39am EDT), 20R5564-D.E. 167 Issued Summons as to Landon Cassill.PDF (Received Jul 10, 2023 at 10:39am EDT), D.E. 164 Paperless Minute Order for proceedings held before Magistrate Judge Lisette M. Reid 06.22.23.pdf (Received Jul 10, 2023 at 10:39am EDT), June 16, 2023 Letter to Adam Moskowitz and Proposed Redactions to SAC.pdf (Received Jul 10, 2023 at 10:39am EDT)

**Additional Comments:**
1) Successful Attempt: Jul 11, 2023, 5:24 pm EDT at Home: 17132 Knoxwood Dr, Huntersville, NC 28078 received by Katelyn Cassill. Other: Served to Katelyn Cassill (wife of subject) She had blonde hair and was wearing a pink shirt with black pants.;
Service was made to Katetlyn Cassill (an authorized person under NC Rules of Civil Procedure Rule 4.)

_Adam Tranum_    7/13/2023
Adam Tranum    Date

Subscribed and sworn to before me by the affiant who is personally known to me.

_Lindsy M. Tranum_
Notary Public
7/13/2023    Feb. 7, 2028
Date    Commission Expires

[Notary Seal: LINDSY M. TRANUM, NOTARY PUBLIC, LINCOLN COUNTY, NC]