**Norfolk County Sheriff's Office**, 1255 Hancock Street, Quincy, MA 02169 / Tel. (781) 326-7271
**Norfolk, SS**

July 17, 2023

I hereby certify and return that on 7/15/2023 at 10:04 AM I served a true and attested copy of the Serve Copy of: Summons and Complaint and Exhibits in this action in the following manner: To wit, by leaving at the last and usual place of abode of Robert Gronkowski, 7 Congdon Circle Foxborough, MA 02035   Out of State Fee ($100.00) Total: $100.00

**Deputy Sheriff Alfred Wood**                                              **Deputy Sheriff**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Pierce Robertson, et al., on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>Mark Cuban, Dallas Basketball Limited, d/b/a Dallas Mavericks, Robert Gronkowski, Victor Oladipo, and Landon Cassill,<br><br>*Defendant(s)* | Civil Action No. 22-cv-22538-ALTMAN/Reid |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robert Gronkowski
7 Congdon Cir, Foxborough, MA 02035

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  

Adam M. Moskowitz          David Boies
Joseph M. Kaye             Stephen Neal Zack
THE MOSKOWITZ LAW FIRM, PLLC    BOIES SCHILLER FLEXNER LLP
3250 Mary Street, Suite 202     333 Main Street, Armonk, NY 10504
Miami, FL 33133             100 SE 2nd St., Suite 2800, Miami, FL 33131
Telephone: (305) 740-1423
Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Jun 27, 2023



Angela E. Noble
Clerk of Court

SUMMONS

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts