UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 22-CV-22538-ALTMAN/Reid**

Dominik Karnas, *et al.,* on behalf of themselves and
all others similarly situated,

    *Plaintiffs,*

v.

Mark Cuban, Dallas Basketball Limited, d/b/a
Dallas Mavericks, Robert Gronkowski, Victor
Oladipo, and Landon Cassill,

    *Defendants.*
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that R. Craig Mayfield of Bradley Arant Boult Cummings LLP hereby appears as counsel of record for Defendants Robert Gronkowski and Landon Cassill and requests that copies of all papers in this action also be served on the undersigned at the designated e-mail addresses listed herein.

DATED: August 7, 2023

                                         Respectfully submitted,

                                         */s/ R. Craig Mayfield*
                                         R. Craig Mayfield
                                         Florida Bar No. 429643
                                         BRADLEY ARANT BOULT CUMMINGS LLP
                                         100 North Tampa Street, Suite 2200
                                         Tampa, Florida  33602
                                         Tel:  (813) 559-5500 | Fax:  (813) 229-5946
                                         Primary Email:  cmayfield@bradley.com
                                         Secondary Email:  tabennett@bradley.com
                                         *Attorneys for Defendants Robert Gronkowski and Landon Cassill*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2023, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

*/s/ R. Craig Mayfield*
*Attorneys for Defendants Robert Gronkowski and Landon Cassill*

4858-2989-0421.1