IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1:22-cv-22538 (Altman/Reid)

PIERCE ROBERTSON, *et al.,*

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

## ORDER ON JOINT AGREED MOTION TO EXTEND THE RESPONSE DEADLINE FOR ALL DEFENDANTS

**THIS CAUSE** came before the Court upon Plaintiffs, PIERCE ROBERTSON, et al., and Defendants, MARK CUBAN, DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS, ROBERT GRONKOWSKI, VICTOR OLADIPO, and LANDON CASSILL's Joint Agreed Motion to Extend the Response Deadline for All Defendants (collectively "Defendants"), and it is

**ORDERED AND ADJUDGED** that said Motion is hereby GRANTED and the Court hereby orders that (a) Defendants' deadline for responding to the Second Amended Complaint is amended to October 27, 2023 and (b) the parties' deadline for filing a joint scheduling report, as required by Local Rule 16.1, and for any new defendant to file a certificate of interested parties and a corporate disclosure statement is amended to November 3, 2023.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this \_\_\_\_ day of _____ 2023.

_____
THE HONORABLE ROY K. ALTMAN
District Court Judge

Copies furnished to all counsel/parties of record.