UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No.: 22-CV-22538

Dominik Karnas, *et al*, on behalf of themselves
And All others similarly situated,

    Plaintiffs,

v.

Mark Cuban, Dallas Basketball Limited, d/b/a
Dallas Mavericks, Robert Gronkowski, Victor
Oladipo, and Landon Cassill,

    Defendants.

_____/

**CERTIFICATION OF CHARLES E. ELDER**

Charles E. Elder, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of Tennessee, the State Bar of California, the United States District Court for the Middle District of Tennessee, and the United States District Court for the Central District of California; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                       Charles E. Elder