UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:  1:22-cv-22538-RKA

Dominik Karnas, *et al*, on behalf of themselves
And All others similarly situated,

 Plaintiffs,

v.

Mark Cuban, Dallas Basketball Limited, d/b/a
Dallas Mavericks, Robert Gronkowski, Victor
Oladipo, and Landon Cassill,

 Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

 In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Christopher C. Lam of the law firm of Bradley Arant Boult Cummins LLP, Truist Center, 214 North Tryon Street, Suite 3700, Charlotte, NC  28202-1078, (704) 338-6099, for purposes of appearance as co-counsel on behalf of Defendants, LANDON CASSILL and ROBERT GRONKOWSKI, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Christopher C. Lam to receive electronic filings in this case, and in support thereof states as follows:

 1. Christopher C. Lam is not admitted to practice in the Southern District of Florida and is a member in good standing of the United States District Court for the Western District of North Carolina.

2. Movant, R. Craig Mayfield, Esquire, of the law firm of Bradley Arant Boult Cummins LLP, 100 North Tampa Street, Suite 2200, Tampa, FL 33602, (813) 559-5500, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Christopher C. Lam is making payment of this Court's $200.00 admission fee contemporaneously along with the filing of this Motion. A certification in accordance with Rule 4(b) is also being filed along with this Motion.

4. Christopher C. Lam, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Christopher C. Lam at email address: clam@bradley.com.

WHEREFORE, R. Craig Mayfield, moves this Court to enter an Order allowing Christopher C. Lam, to appear before this Court on behalf of Defendants, LANDON CASSILL and ROBERT GRONKOWSKI, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Christopher C. Lam.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

The undersigned counsel for Defendants, LANDON CASSILL and ROBERT GRONKOWSKI, has conferred with counsel for Plaintiffs regarding this Motion and hereby certifies that counsel for Plaintiffs does not oppose the relief requested herein.

Date:  August 28, 2023

Respectfully submitted,

*/s/ R. Craig Mayfield*
R. CRAIG MAYFIELD
Fla. Bar No. 429643
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 North Tampa Street, Suite 2200
Tampa, Florida  33602
Tel: (813) 559-5525 | Fax: (813) 229-5946
Primary Email:  cmayfield@bradley.com
Secondary Email:  tabennett@bradley.com
Attorneys for Defendants, LANDON CASSILL and ROBERT GRONKOWSKI

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2023, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

*/s/ R. Craig Mayfield*
Attorney for Defendants, LANDON CASSILL and ROBERT GRONKOWSKI