UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:  1:22-cv-22538-RKA

Dominik Karnas, *et al*, on behalf of themselves
And All others similarly situated,

    Plaintiffs,

v.

Mark Cuban, Dallas Basketball Limited, d/b/a
Dallas Mavericks, Robert Gronkowski, Victor
Oladipo, and Landon Cassill,

    Defendants.

_____/

## **CERTIFICATION OF CHRISTOPHER C. LAM**

Christopher C. Lam, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that:  (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of United States District Court for the Western District of North Carolina; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                */s/ Christopher C. Lam*_____
                                                Christopher C. Lam