UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:22-cv-22538-RKA

Dominik Karnas, *et al*, on behalf of themselves
And All others similarly situated,

    Plaintiffs,

v.

Mark Cuban, Dallas Basketball Limited, d/b/a
Dallas Mavericks, Robert Gronkowski, Victor
Oladipo, and Landon Cassill,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Christopher C. Lam, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Christopher C. Lam, may appear and participate in this action on behalf of Defendants, LANDON CASSILL and ROBERT GRONKOWSKI.  The Clerk shall provide electronic notification of all electronic filings to Christopher C. Lam, at clam@bradley.com.

DONE AND ORDERED in the Southern District of Florida on _____.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

Cc: All Counsel of Record