IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1:22-cv-22538 (Altman/Reid)

PIERCE ROBERTSON, *et al.*,

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

**ORDER DENYING PLAINTIFFS' REQUEST FOR AN *IN CAMERA* REVIEW OF PRIVILEGED DOCUMENTS, AND GRANTING DEFENDANTS' MOTION FOR ORDER REQUIRING PLAINTIFFS' TO PUBLICLY FILE A REDACTED BUT OTHERWISE IDENTICAL VERSION OF THE SECOND AMENDED COMPLAINT AND SUPPORTING EXHIBITS**

**THIS CAUSE** came before the Court upon Plaintiffs' Request for an *In Camera* Review of Privileged Documents, Defendants MARK CUBAN's and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS' Response in Opposition to Plaintiffs' Request for an *In Camera* Review of Privileged Documents, and Defendants' Motion for Order Requiring Plaintiffs' to Publicly File a Redacted but Otherwise Identical Version of the Second Amended Complaint and Supporting Exhibits, and it is

**ORDERED AND ADJUDGED** that Plaintiffs' said Request is hereby DENIED because Plaintiffs have failed to set forth a proper legal basis for an *in camera* review of documents designated by Defendants as privileged. Additionally, Defendants' said Motion is GRANTED, and the Court orders that Plaintiffs' publicly filed version of the Second Amended Complaint (ECF No. 155) and its exhibits must be identical to the sealed version of the Second Amended

1

Complaint and exhibits, except for the redactions with respect to which the parties have met and conferred and now agree.

   **DONE AND ORDERED** in Chambers in Miami, Florida, on this \_\_\_\_ day of _____ 2023.

                   _____
                   THE HONORABLE LISETTE M. REID
                   United States Magistrate Judge

Copies furnished to all counsel/parties of record.