IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1:22-cv-22538 (Altman/Reid)

PIERCE ROBERTSON, *et al.,*

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

## ORDER ON DEFENDANTS' JOINT MOTION FOR LEAVE TO ENLARGE THE PAGE LIMIT GOVERNING DEFENDANTS' RULE 12(b) MOTIONS IN RESPONSE TO PLAINTIFFS' SECOND AMENDED COMPLAINT, AND TO PROVIDE FOR SEPARATE LIMITED DEFENDANT-SPECIFIC RESPONSES

**THIS CAUSE** came before the Court upon Defendants MARK CUBAN's and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS, ROBERT GRONKOWSKI, VICTOR OLADIPO, and LANDON CASSILL'S Motion for Leave to File Rule 12(b) responses no longer than 35 pages, and for leave to permit individual defendants to file defendant-specific limited responses no longer than 12 pages.

It is **ORDERED AND ADJUDGED** that said Motion is hereby GRANTED and:

1. Defendants may file an omnibus joint response no longer than 35 pages, and each defendant may file limited, individual responses no longer than 12 pages.

2. Plaintiffs are entitled to reciprocal page-limit extensions in their brief in opposition to Defendants' motion to dismiss.

1

**DONE AND ORDERED** in Chambers in Miami, Florida, on this ____ day of October 2023.

                                                   THE HONORABLE ROY K. ALTMAN
                                                   United States District Court Judge

Copies furnished to all counsel/parties of record.