UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CV-22538-ALTMAN/Reid

DOMINIK KARNAS, et al.,

    *Plaintiffs,*

v.

MARK CUBAN, et al.,

    *Defendants.*

_____/

**NOTICE OF FILING REDACTED SECOND AMENDED COMPLAINT
AND EXHIBITS**

Plaintiffs hereby provide notice of filing the redacted version of the Second Amended Complaint and exhibits, attached hereto as **Exhibit A**, which was previously filed preliminarily under seal. *See* (ECF No. 155). Plaintiffs reserve all rights to contest the applicability of any confidentiality designations made by Defendants or Third Parties at a later date, in accordance with the Court's Stipulated Protective Order (ECF No. 65).

Dated: October 24th, 2023.    Respectfully submitted,

| | |
|---|---|
| By: */s/ Adam M. Moskowitz* | By: */s/ David Boies* |
| Adam M. Moskowitz | David Boies |
| Florida Bar No. 984280 | (Admitted Pro Hac Vice) |
| Joseph M. Kaye | **BOIES SCHILLER FLEXNER LLP** |
| Florida Bar No. 117520 | 333 Main Street |
| Barbara C. Lewis | Armonk, NY 10504 |
| Florida Bar No. 118114 | Phone: (914) 749–8200 |
| **THE MOSKOWITZ LAW FIRM, PLLC** | dboies@bsfllp.com |
| Continental Plaza | |
| 3250 Mary Street, Suite 202 | By: */s/ Stephen Neal Zack* |
| Miami, FL 33133 | Stephen Neal Zack |
| **Mailing Address:** | Florida Bar No. 145215 |
| P.O. Box 653409 | Tyler Ulrich |
| Miami, FL 33175 | Florida Bar No.: 94705 |
| Office: (305) 740-1423 | **BOIES SCHILLER FLEXNER LLP** |

Page 1

adam@moskowitz-law.com
joseph@moskowitz-law.com
barbara@moskowitz-law.com

*Co-Counsel for Plaintiffs and the Class*

100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on October 24th, 2023, a true and correct copy of the foregoing via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam Moskowitz*
    Adam M. Moskowitz