# Plaintiffs'

# Exhibit 2

Page 1

 1

 2

 3

 4

 5

 6

 7     Transcript of YouTube Video:  Dallas Mavericks Voyager

 8              Introductory Press Conference

 9

10                    Video Link:

11         https://www.youtube.com/watch?v=bbQCUOjjMdc

12

13                 Runtime:  29:10

14

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT "A"**

Page 2

```
 1          FEMALE SPEAKER:  -- in a brief
 2    statement, and then we have some special
 3    guests in the audience that are going to ask
 4    a couple of questions.  And then, we are
 5    turning it over to the media from there.  As
 6    a reminder, we do have microphones roaming
 7    in the audience, and we ask that you state
 8    your name and your outlet prior to your
 9    question.  Thanks for being here.
10        MR. CUBAN: Did you say which side you
11    want?
12        MR. EHRLICH:  I'll take this side.
13        MR. CUBAN:  I guess we're going to run
14    a video first?
15        (Video begins at 00:39.)
16        (Video ends at 01:18.)
17        MR. CUBAN:  Okay and thank you,
18    everybody, for coming out.  We're excited to
19    announce that the Mavs have entered a five-
20    year international, integrated partnership
21    with Voyager.  They're our first
22    international partner and our first crypto
23    partner.  So, you know what Voyager is,
24    Voyager is a decentralize-- oh, I'm sorry,
25    it should be centralized -- mobile trading
```

**EXHIBIT "A"**

Page 3

```
 1   platform for cryptocurrencies.  They have
 2   over 65 digital assets on the platform that
 3   allow people to tap into the crypto markets
 4   to try to make a lot of money.  The
 5   partnership includes several components.
 6   One, we're introducing educational community
 7   programs to educate people on crypto and how
 8   they can use it to increase their wealth.
 9   And the partnership also includes naming
10   rights to the building we're in here, the
11   Mavs gaming hub, the official gaming and
12   event venue for the NBA -- the Mavs NBA 2K
13   league team.  And will -- which will be --
14   all the details will be announced at a later
15   date.
16        The Mavs and Voyager will also work on
17   developing unique and engaging promotions
18   for all Mavs fans.  First and foremost, fans
19   who download the app, create an account
20   using the promotional code MAVS100, deposit
21   $100, and make a trade will get $100 in
22   crypto.  I'm guessing that's Voyager?
23        MR. EHRLICH:  No, we're going to give
24   you BTC on this one.
25        MR. CUBAN:  BTC?
```

**EXHIBIT "A"**

Page 4

```
1          MR. EHRLICH:  Yeah, we'll --

2          MR. CUBAN:  Well, there you go.

3          MR. EHRLICH:  -- give you BTC.

4          MR. CUBAN:  Okay.  Offer is only

5    available for the first 48 hours and starts

6    right now.

7          MR. EHRLICH:  Yeah.

8          MR. CUBAN:  So, start this -- so, 48

9    hours, meaning it's going to end on 10/29,

10   so everybody knows.  What else do I got

11   here?  And by the way, this is Voyager's

12   largest offering to date, and it's only for

13   our fans.  As Voyager's home team, the Mavs

14   offer a great opportunity to connect fans

15   and users through a free, easy, and useful

16   crypto exchange.  I've got to add, I'm a

17   customer and I've been a customer for

18   several months now.  I like to use it, it's

19   easy, it's cheap, it's fast, and the pricing

20   is actually really good.  Which we -- so, we

21   find it as a perfect fit for our Mavs fans

22   and reaching Mavs fans of all ages.

23         You know, we wanted this to be a

24   dynamic partnership to engage all of Dallas.

25   I think working together, we're going to be
```

**EXHIBIT "A"**

Page 5

```
 1   at the forefront of innovation.  We're going
 2   to try to come up with new ways to introduce
 3   Mavs fans to cryptocurrencies and
 4   understanding it.  You know, there's a lot
 5   of hype, there's a lot of discussion, but
 6   most people don't really understand the
 7   fundamentals behind it.  And we're really
 8   going to try to bring that level of
 9   education to our fans and to our joint
10   customers.
11        And of course, we're going to -- you
12   know, but the Mavs being a leader, I think
13   we're going to extend this far deeper than
14   just Mavs fans.  I think, Voyager is going
15   to be a leader among sports fans and crypto
16   fans around the country.  So, with that,
17   we're excited to work with you, Steve, and
18   I'll turn it over to you.
19        STEVE:  Thanks, Mark.  For those of you
20   who don't know me, Steve Ehrlich, CEO and
21   cofounder of Voyager.  We are a publicly
22   traded crypto trading platform that is
23   listed on the OTC markets here in the U.S.,
24   and also on the Toronto Stock Exchange in
25   Canada.  So, we're really excited to be here
```

**EXHIBIT "A"**

1   today.

2      And you know, this is our first foray

3   into a team sport, and we look at this as a

4   partnership. Everything we do at Voyager is

5   about partnerships and partnering with the

6   right people to bring education to the

7   masses when it comes to cryptocurrency. And

8   there's no one better than the Mavs

9   themselves. And you guys have Dogecoin, it

10   comes through platform, and everything you

11   guys do. But nothing better that working

12   with the Mavs and this guy right here, who

13   is a leader in the cryptocurrency space.

14   He's out there talking about different

15   coins, engaging with the communities. I

16   just listened to you a couple of week ago on

17   the Twitter Spaces at night. So, you know,

18   there's no one better for us to do that.

19      But really, the whole key to this was

20   not just all the affiliation and the -- and

21   having our ads out, and working in the

22   arena, but it's the education that we want

23   to bring. It's really important for us. We

24   think there's a lot for people to learn, and

25   now blockchain, cryptocurrency, Bitcoin have

**EXHIBIT "A"**

1   all been around for 10-plus years.

2       MR. CUBAN:  Right.

3       MR. EHRLICH:  But really, in the end,

4   you know, people are just starting to learn

5   about it.  Literally, in the last 9 months,

6   you've seen this exploding of people having

7   interest in cryptocurrency.  Now, we're

8   still really in the early stages of that.

9   You know, to use, you know, a basketball

10  phrase of part of this, is like, we're still

11  in the -- in the first half of the first

12  quarter in teaching people about

13  cryptocurrencies.  And so, we think that

14  what we'll be able to deliver -- and it

15  starts here, it starts in Dallas, it starts

16  right now, with us teaching people about,

17  you know, decentralized finance,

18  cryptocurrencies, you know, non-fungible

19  tokens.  Well, we really want to bring that

20  to the community, and we want to start that

21  now.

22      And why the Mavs?  Like I said, you

23  know, the Mavs because of Mark and the

24  leadership that he brings to the NBA when it

25  comes to cryptocurrency.  Now, why Dallas?

**EXHIBIT "A"**

Page 8

```
 1   You know, Texas itself is a state that is

 2   really becoming a crypto hub.  And we felt

 3   like Dallas is where a lot of our customers

 4   are today, there's a lot of opportunity for

 5   us to educate within Dallas.  And Texas

 6   being that hub -- I know there's a lot of

 7   folks here from the Texas Blockchain

 8   Association today -- you know, we want to

 9   participate.  We want to become part of that

10   leadership group and really help drive

11   cryptocurrency adoption.

12        This is a global -- a real global

13   opportunity.  You know, the Mavs themselves

14   are looking on the front line.  You have a

15   lot of foreign players.  I think -- I think

16   Sid (phonetic) said to me yesterday that you

17   guys have the second most foreign players in

18   the league?  Something like that.  So, we

19   want to actually engage and take this

20   global.  Today, Voyager's only in the U.S.

21   Tomorrow, in 2022, we will be global.  You

22   know, the first -- the first place we want

23   to go is in Europe and we will get there.

24   But doing that with a real partner, like

25   Mark and the Mavs, is really important for
```

**EXHIBIT "A"**

1  us.  And we're really excited about it.  As

2  I said, happy to start.  Dallas is our place

3  to start, Texas is our place to start, it

4  starts now, and we want to bring crypto for

5  all for everybody.  So, thank you for your

6  time today.

7       MR. CUBAN:  Cool.  All right, we got

8  some questions from our crypto enthusiasts

9  at the Dallas Mavericks, starting with Doe

10  Doe Crypto Finney-Smith.

11       MR. FINNEY-SMITH:  Dorian Finney-Smith,

12  yeah.  You know, you I got the first

13  question.  It is how can I get an account?

14       MR. EHRLICH:  Really easy to get an

15  account.  That the one of the advantages of

16  Voyager, is that you can actually download

17  the app, and fund your account, and trade in

18  three minutes or less.  We make it really

19  simple.  We have a very easy to use and

20  integrated, you know, platform that allows

21  you to get engaged in the crypto market very

22  quickly.  That's one of the values of

23  Voyager.  You just go straight to the App

24  Store or the Google Play Store, download the

25  app, and you'll be trading in three minutes

**EXHIBIT "A"**

```
 1   or less.

 2        MR. CUBAN:  Yeah, I mean, it's just

 3   like using any other of the financial apps

 4   that you have.  You can connect your bank,

 5   and that allows you to input money so you

 6   can put in your first $100 to get the free

 7   $50, or you can put in more.  And can you do

 8   -- use credit cards to by your first

 9   (inaudible)?

10        MR. EHRLICH:  No credit --

11        MR. CUBAN:  No credit cards.

12        MR. EHRLICH:  Yeah.

13        MR. CUBAN:  Right.  So, it's really

14   easy to get set up, just like every other

15   financial application that you have on your

16   phone.

17        MR. EHRLICH:  And don't forget, it's

18   $100 now.

19        MR. CUBAN:  $100, yeah.

20        MR. EHRLICH:  $100 now.

21        MR. CUBAN:  Yeah.  Next question?

22        MR. POWELL:  All right, so my question

23   is what makes Voyager app different from

24   other crypto apps?

25        MR. CUBAN:  That's a good question,
```

**EXHIBIT "A"**

1   Dwight.

2       MR. EHRLICH:  That's a really good

3   question.  So, look, it's the user

4   interface, which makes it really easy for

5   people to use.  And that was -- it's really

6   intuitive by doing that, and that's how we

7   set out.  When we started to build the

8   company -- and we've only been in business

9   three years.  So, we started the company

10  about three years ago.  We wanted to make it

11  very easy to get people engaged into the

12  app.  And really trade and engage with

13  cryptocurrencies.  So, you know, the

14  differentiations for us, really, are that.

15  We have our own community, we have our own

16  Voyager token that allows you to comm-- you

17  know, to participate in the community, to

18  learn more about crypto.  And you know, easy

19  to use 65 coins as well on the app right

20  now, and then you get to earn staking

21  rewards on a lot of the coins too.  So, you

22  get to create some wealth through the app.

23  So, we're really excited about where it's

24  going.

25      MR. CUBAN:  And so, for those of you

**EXHIBIT "A"**

```
 1   who already use crypto, I know for me, it
 2   was really easy.  I took some of my Matic
 3   tokens that I own and transferred it over,
 4   because Voyager paid a higher interest rate,
 5   or return rate, than the application I was
 6   using before, Aave.  So, it was really easy,
 7   they give you a wallet address, you just go
 8   into your MetaMask, or whatever you're
 9   using.  You just -- not swap it, but you
10   send it to that destination address, it
11   shows up an hour later, you start earning
12   more money.  And so, right -- immediately, I
13   was earning more when I went over to
14   Voyager.
15        And it's the same with USDC, a stable
16   coin.  And the other thing about it is, for
17   those of you who use DeFi, you know, there's
18   always -- you're -- the pricing is always
19   higher on DeFi, as they try to look through
20   all the different decentralized financing
21   platforms to try to get the best -- not even
22   the best price, but a price.  And so, you
23   know, with this -- with Voyager, the pricing
24   has been far, far better.  And so, if you're
25   paying attention and want to get the best
```

**EXHIBIT "A"**

Case 1:22-cv-22538-RKA Document 185-1 Entered on FLSD Docket 09/24/2023 Page 14 of 36

1  price, Voyager's a great platform for it.

2      MR. EHRLICH:  Yeah, the one other thing

3  I'll follow up on is the rewards program

4  that Mark mentioned.  You know, we have an

5  extensive rewards program, as you hold a

6  certain amount of a level of assets, you

7  even get more rewards on the -- on the

8  program.  So, we're trying to engage you and

9  bring you in the platform.  And teach and

10  educate, and create that wealth through our,

11  you know, expansive rewards program.

12      MR. CUBAN:  Yeah, one more thing.  You

13  know, one of the reasons we want to do the

14  education program, there's a big opportunity

15  for small businesses.  One of the challenges

16  of small businesses, if you have any cash in

17  the bank, you know, you're making point-

18  zero-two-five-percent.  You can convert to,

19  you know, -- put it in to a USDC stable coin

20  on Voyager, and I thought it was seven

21  percent, but now it's --?

22      MR. EHRLICH:  Nine percent.

23      MR. CUBAN:  Nine percent.  And so, it's

24  just a way -- so, I've taken a lot of my

25  cash and made it available in USDC.  I'm not

**EXHIBIT "A"**

Page 14

```
 1   trying here to tell you it's 100% risk free,
 2   but it's as close to risk free as you're
 3   going to get in the crypto universe.  And
 4   so, just the ability to make that much more
 5   on your savings, as an individual, and as a
 6   business is a huge opportunity.
 7        MR. KLEBER:  What's up, everybody?
 8   Maxi Kleber from the Mavericks.  And my
 9   question is, is it too late to get into
10   crypto?
11        MR. EHRLICH:  It's never too late.  I
12   think, actually, it's the right time,
13   because as I said, I still think it's the
14   first half of the first quarter on crypto
15   adoption.  There are some numbers that I've
16   used in a Crypto Education 101 platform that
17   I -- I gave a presentation to the NFL
18   players symposium back in July, about 100
19   different players.  And you know, there's
20   adoption about an -- you know, about a 150
21   million people -- 220 million people
22   actually have crypto right now.  And the
23   anticipation is, we're going to get to a
24   billion in four years.  So, that shows you,
25   you know, where we're -- where, you know, we
```

**EXHIBIT "A"**

1  can actually go with crypto and the --

2  crypto and the crypto adoption.  Now, the

3  comparison there is the internet.  It took

4  the internet eight years, you know, for the

5  same time frame to grow that fast, from the

6  200 million to one billion.  So, I think

7  there's a -- it's a great time to enter the

8  space, learn more.

9       And I think that's the key is, you've

10  got to come in, you've got to learn, you've

11  got to educate yourself.  We help, you know,

12  we help educate, but you want to learn more.

13  And I think that's the key is, not just be -

14  - hey, listen to what somebody says and just

15  buy that coin or so forth.  You want to

16  really learn about what you're doing.  So,

17  great time to enter right now.

18       MR. CUBAN:  Yeah, let me add to that.

19  You don't have to spend a lot of money in

20  order to learn.  It's not like the stock

21  market where, you know, it's almost

22  impossible, except on a few platforms to

23  spend $10 and get started.  You know, my son

24  -- my now 12-year-old son got me into

25  Dogecoin when it was less than a penny.  And

**EXHIBIT "A"**

```
 1   I -- I was like, "let's do this," because

 2   it's a cheap way for you to learn how all of

 3   this works.  So, while you need to put in

 4   $100 to get the $50 bonus in the next two

 5   days, if you don't have $100, and you just

 6   want to, you know, download the app, and put

 7   in $5 and by Shibu (phonetic) -- do you guys

 8   do Shibu Inu?

 9        MR. EHRLICH:  We do Shiba.

10        MR. CUBAN:  Yeah, Shibu or Doge.  Do

11   you guys do Doge?

12        MR. EHRLICH:  We do Doge.

13        MR. CUBAN:  Shibu and Doge, right?

14        MR. EHRLICH:  I couldn't sit here with

15   you if I didn't do Doge.

16        MR. CUBAN:  Do Doge.  Right.

17        MR. EHRLICH:  So --

18        MR. CUBAN:  And so, there's a lot of

19   way to inexpensively start to get an

20   understanding.  And it's a lot easier than

21   even opening up a savings account.  It's a

22   pain in the ass to open up a savings

23   account, particularly for your kids these

24   days.  There's so much paperwork.  And you

25   know, whether it's yourself personally,
```

**EXHIBIT "A"**

```
 1   someone you're trying to -- teach your --
 2   you're trying to teach your kids about
 3   personal finance, believe it or not, this is
 4   actually a better way.  And so, that's one
 5   of the unique opportunities and why it's not
 6   too late.
 7        MR. EHRLICH:  Well, that's a great -- I
 8   mean, another great point, Mark, is that the
 9   financial literacy, we need to teach the
10   youth.  That's part of what we want to bring
11   too is the education.  When we build out the
12   education -- and we're in the middle of
13   building that out -- Crypto 101 is the first
14   thing that we do to teach people.  But you
15   know, teach the youth, go to the community
16   and teach the youth about financial
17   literacy.  I think, it's really important,
18   because most young kids don't get the
19   opportunity to learn about financial
20   literacy, and they end wind up going to
21   college, and now they're on their own and
22   they don't know how to manage their money.
23   Then they're out in the real world, earning
24   salaries, and they don't know what even just
25   FICA is, right?  I've heard a lot of stories
```

**EXHIBIT "A"**

Page 18

```
 1   like, who is this FICA guy taking my money?
 2   But that's what happens.
 3        And so, we have to find -- you know, I
 4   teach financial literacy, and it's got to
 5   start at the young ages.  You know, we've
 6   got to get out there.  It's part of our plan
 7   with the education is to get to the
 8   communities around -- in Dallas and around -
 9   - in the surrounding areas and teach
10   financial literacy.  That's how we're going
11   to get people -- you know, students and
12   young people to be smarter about how to
13   manage their future life.
14        MR. BRUNSON:  Jalen Brunson, Dallas
15   Mavericks.  This is my first time getting
16   into crypto, what are some key things I need
17   to know before I do?
18        MR. EHRLICH:  Yeah, look, I think in
19   any crypto, you know, as Mark said, I think
20   I would -- I would start and enter small.
21   And just learn a little bit, right?  Look at
22   the coins, learn a little bit about Bitcoin,
23   learn a little bit about Ethereum, some of
24   the other protocols that are out there.  But
25   start small, you know, I think it's -- it's
```

**EXHIBIT "A"**

Case 1:22-cv-22538-RKA Document 185-1 Entered on FLSD Docket 09/04/2023 Page 20 of 36

```
 1   always wise to start financial investments
 2   small and then work your way up.  As you
 3   start learning more and understanding more,
 4   then you can start increasing from there.
 5   But it always is a wise place to start.
 6        MR. CUBAN:  Yeah, I mean, you're
 7   spending your money, always be careful.  But
 8   the other thing is, look, there's
 9   investments, and things like Shibu Inu and -
10   - or whatever it's called -- and Dogecoin,
11   those aren't investments, right?  Those --
12   it -- this is better than a lottery ticket,
13   but it's a good way to learn.  And it's also
14   something you can do on your phone, you
15   don't have to have a bank account.  So, --
16   and people who are unbanked, trying to learn
17   about financing, but have a smartphone and
18   can download the app, you can start getting
19   into this and saving your money.  And that's
20   just a unique opportunity.  Frank?
21        MR. NTILIKINA:  Hi, everyone, I'm Frank
22   Ntilikina from the Dallas Mavericks.  I'm
23   from France, so is my question.  Is Voyager
24   going to be available outside of the United
25   States?
```

**EXHIBIT "A"**

Page 20

```
 1        MR. EHRLICH:  Yes, we definitely are.
 2   Yeah, we'll be in there by -- we're -- hope
 3   to be in Europe by the end of March.  We
 4   recently just got approval from the AMF in
 5   France, which is very hard to get.  I think
 6   we're the only retail platform, crypto
 7   trading platform -- cryptocurrency platform,
 8   that was that approval in France.  And so,
 9   we've got it from the AMF that allows us to
10   enter France, which we will.  That will be
11   the first country we get into in Europe.
12   Sorry, Maxi, we're going to get to France
13   first.  And then, -- and then, we'll be in
14   Europe from there, because we'll be able to
15   passport around and get, you know, customers
16   from the rest of Europe.  So, we're excited
17   about it.  It's a great entry point.
18        MR. CUBAN:  But Wurzburg is second,
19   right?
20        MR. EHRLICH:  What's that?
21        MR. CUBAN:  Wurzburg, Germany is
22   second?
23        MR. EHRLICH:  Yeah, we're going to
24   Germany second.
25        MR. CUBAN:  Yeah.
```

**EXHIBIT "A"**

Page 21

```
 1          MR. EHRLICH:  There's no doubt about
 2     it.  He's pretty big, he could come after
 3     me.
 4          MR. CUBAN:  No kidding.
 5          FEMALE SPEAKER:  Now, we're going to
 6     open it up for questions.
 7          MS.  CAPLAN:  Hey, I'm Callie Caplan,
 8     with the Dallas Morning News.  Mark, I'm
 9     curious how unique this partnership is to
10     other crypto deals, or lack of crypto deals
11     across the NBA?
12          MR. CUBAN:  Yeah, it's different.  You
13     know, what FTX did with the Heat was great,
14     and they also had -- they're also trying to
15     push their retail software application.  But
16     at the same time, I think we're trying to
17     make this driven more towards education and
18     enabling more -- and exposing more people in
19     an educated manner to crypto through
20     Voyager.
21          FEMALE SPEAKER:  Any other questions?
22          MR. CUBAN:  Easy breezy.  No tech-- no
23     stuff from the Texas Blockchain Association?
24     Let me -- one other thing while we're on
25     crypto, not -- indirectly.  Are you guys
```

**EXHIBIT "A"**

Case 1:22-cv-22538-RKA Document 185-1 Entered on FLSD Docket 09/24/2025 Page 23 of 36

```
 1   going to support NFTs?
 2        MR. EHRLICH:  Yeah, we're working on a
 3   platform to do NFTs, definitely.
 4        MR. CUBAN:  Because last night, if you
 5   attended the game, and you had your ticket
 6   scanned before the end of the first quarter,
 7   if you go -- if you go to
 8   Mavscollectibles.com and log into your
 9   Ticket Master account, you got a Brad Davis
10   Metapunk.  And so, we did a soft launch, and
11   we're going to do it for every Mavs home
12   game.  We'll have it again tomorrow night
13   against the Spurs.  I think it's Rolando?
14   But we're -- you know, so we wanted to do a
15   soft launch, just to get all the kinks out.
16   But hopeful soon, you'll be able to take
17   those, trade those, and sell them, buy them.
18   Not just on Mavscollectibles.com, but also
19   on Voyager.
20        MALE SPEAKER:  Stand up, please?
21        MR. BRATCHER:  So, Lee Bratcher, I'm
22   the president of Texas Blockchain Council.
23   We're very excited about this partnership
24   and working with you guys to help educate
25   Texas and the DFW community, in particular.
```

**EXHIBIT "A"**

```
 1   Just out of curiosity, are any of your team
 2   members going to be moving or relocating to
 3   Dallas, Austin, anywhere in the Texas area?
 4        MR. EHRLICH:  Illustrious Erika --
 5        MS. SZYCHOWSKI:  Don't do --
 6        MR. EHRLICH:  -- Erika already lives in
 7   Austin.
 8        MALE SPEAKER:  (Inaudible).
 9        MR. EHRLICH:  And we have about four
10   other staff in Austin already today.  It is
11   definitely becoming one of our hubs.  In the
12   COVID world, we've been very fragmented, but
13   we are looking to have certain hubs for the
14   company.
15        MR. CUBAN:  I have office space in the
16   back.
17        MR. EHRLICH:  Done.
18        MR. BRATCHER:  You can't pass that up.
19        MS. SZYCHOWSKI:  I heard it.
20        MR. EHRLICH:  And so, we'll just have
21   to redo that a little bit, but all good.
22   No, I think yes, the answer is we're looking
23   for a couple of hubs around the country.
24   Obviously, New York is a big area for us,
25   but we're big in California, and we want to
```

**EXHIBIT "A"**

Page 24

1   be big here too.

2        SANJAY:  Hello, my name is Sanjay, I'm

3   also with the Texas Blockchain Council.  I'm

4   just going to ask this question also from a

5   user perspective.  Before I ask those

6   questions, is there a promocode for that

7   offer, or is it just open to everybody?

8        MR. CUBAN:  It's MAVS100.

9        SANJAY:  Okay, I just want to

10  (inaudible).

11       MR. CUBAN:  Yeah, so I -- I probably

12  didn't mention that.

13       SANJAY:  (Inaudible).

14       MR. CUBAN:  So, if you download

15  Voyager, put in $100, trade at all, right?

16       MR. EHRLICH:  Trade -- you have to

17  trade the hundred.

18       MR. CUBAN:  Do a trade, trade your

19  hundred, and then, you'll get the $50 crypto

20  bonus.  But you have to have MAVS100 as your

21  bonus code.

22       SANJAY:  Yeah, we had a recent

23  situation with my wife on a promotion

24  (inaudible), so we're working with

25  (inaudible) get our stuff.  But anyways, the

**EXHIBIT "A"**

Page 25

```
 1   next question is, you know, the promise of

 2   blockchain, Bitcoin, et cetera,

 3   cryptocurrencies is reduced friction, you

 4   know, egalitarian model, etc.  I think some

 5   of the challenges with some of the

 6   exchanges, and wallets, et cetera is it's

 7   not so frictionless, right?  There's the

 8   cost of trading, gas fees, when you put it

 9   in a wallet and transfer it to another

10   wallet they take their cut.  And it's

11   actually hard to, once you've purchased

12   cryptocurrencies, to exit and transfer to

13   another because they'll always -- you're

14   taking a piece, right?  So, maybe you can

15   talk about some of that?  And also, some of

16   the maybe -- you mentioned some of the

17   interest bearing.  There's other competitors

18   out there offering interests rates, so maybe

19   you can talk about that too?  That would be

20   -- that would be great.

21       MR. EHRLICH:  Yeah, so a couple of

22   questions to unpack in that one.  First,

23   I'll touch on the NFT side and the gas fees.

24   Our goal is to -- we're in -- we're

25   (inaudible) -- we're connected to about a
```

**EXHIBIT "A"**

```
 1    dozen different market makers, exchanges
 2    around the globe, so we bring a best price
 3    back to consumers for that.  Our goal in the
 4    NFT world is not to build our own NFT
 5    marketplace, it's to allow our consumers to
 6    be connected to many NFT marketplaces, to
 7    have access to all the big, different NFT
 8    marketplaces.  And whether that is something
 9    on Ethereum, which has the high gas fees, or
10    it's using a Matic, or an Algorand, or an
11    Avalanche.  Using those and connecting
12    people on that.  Because we do believe
13    there's a -- there is a significant issue
14    that, you know, we have to deal with, with
15    the Ethereum world and the gas fees.  And
16    we're trying to figure way out around and to
17    help consumers.
18         Because you -- an example I did is we
19    have a -- we also do a partnership with a
20    NASCAR car in the Xfinity series, with a
21    driver, Landon Cassill.  And someone built
22    an NFT about the car, and I went to buy it,
23    and -- you know for $3, just to play around
24    with NFTs.  After the gas fees, it cost me
25    $300 for -- so, there's -- it doesn't make
```

EXHIBIT "A"

Page 27

```
 1  any sense, so we've got to fix those

 2  problems on that.

 3       And then, from the rewards side, we run

 4  a rewards program.  So, when you bring your

 5  assets over, we're going to reward you with

 6  earnings on those assets, based upon your

 7  balances, based upon, you know, tokens you

 8  hold and so forth.  So, it's a whole rewards

 9  program that we've built together.  It's

10  really, probably, state of the art, when it

11  comes to crypto with rewards programs.  And

12  that's how we like to operate, to give

13  consumers rewards for using and holding

14  assets on the platform.  So, hopefully, I

15  got your -- answered your questions.

16       SANJAY:  (Inaudible) interest bearing

17  versus staking (inaudible).

18       MR. EHRLICH:  Well, are rewards are

19  generated through staking, you know, it's a

20  lot staking these days.  We have 30-

21  something coins that we offer rewards on,

22  and a bunch of them are on the staking side.

23  Yep.

24       MR. CUBAN:  You got a question back

25  there.
```

**EXHIBIT "A"**

Case 1:22-cv-22538-RKA Document 185-1 Entered on FLSD Docket 09/24/2023 Page 29 of 36
Page 29 of 36

1          MALE SPEAKER 2:  Thank you.  So,

2     obviously, with cryptocurrency, security's a

3     big important part of it, especially where

4     the private keys are stored, who controls

5     them.  So, for your application, where does

6     the responsibility for the user come in?

7     What should they be doing to protect

8     themselves?  And then, you know, what do

9     you, as a company, do to protect users?  And

10    so, where is kind of the line drawn?

11         MR. EHRLICH:  Yeah, I was waiting for

12    that question on security.  It's a really

13    important aspect.  You know, the first thing

14    -- security starts with you, as an

15    individual.  What we recommend to every

16    individual that buys and sells

17    cryptocurrency is to use two-factor

18    authentification [sic] when you actually

19    hold your cryptocurrency.  Do not use an SMS

20    text message.  There are a lot of scammers

21    out there, there are a lot of people who try

22    to SIM swap you.  And that happened -- it

23    almost happened it me a couple -- about a

24    month ago.  On a Friday night, my phone was

25    trying to be SIM swapped, and I caught it

**EXHIBIT "A"**

1   quick enough and called the phone company.

2   But I use two-factor authentification [sic],

3   and I think everybody should start there.

4   That means using a Google authenticator,

5   Authy, or one of the other-- Duo or any of

6   the other, you know, products that you can

7   use for 2FA.

8        Outside of that, after -- for you to us

9   is we use multiple custodians.  We do not

10  keep all our coins in one place, we keep

11  them across multiple custodians, we built a

12  really detailed infrastructure for that, to

13  maybe sure that we're spreading that risk

14  and the insurance we get on all that across

15  multiple custodians.  So, it starts with the

16  individual, and making sure you have proper

17  security.  And then it also is us, as well.

18       MR. SPENCER:  Okay, good afternoon.

19  I'm Arnold Spencer, I have a cryptocurrency

20  law firm here in town and I'm a new member

21  of the Texas Blockchain Alliance.  First, I

22  want to say congratulation to both of you

23  guys.  I think it's a terrific partnership,

24  I'm really excited about it.  Second, I want

25  to say I'm about halfway downloading the

**EXHIBIT "A"**

Page 30

```
 1   app, I just started it.  And I almost

 2   transferred a hundred bitcoin over to you,

 3   but I (inaudible) transferred a hundred

 4   dollars.

 5       MR. CUBAN:  I'll give you my wallet

 6   address (inaudible).

 7       MR. SPENCER:  So, my question, I would

 8   like both of you guys to take a shot at.

 9   I'm really excited about the educational

10   piece that you all are introducing and

11   talking about.  I do a lot of that myself.

12   You know, just what are the two or three --

13   two or three themes, you know, the elevator

14   speech that you all want to get across in

15   the educational program?  What are you

16   trying to teach new people to crypto about

17   getting into crypto?

18       MR. CUBAN:  Yeah, I was going to say

19   act-- access, first and foremost, the

20   simplicity of access.  The fact that you

21   don't have to rush into it and put all your

22   money in it.  So, patience is a big part of

23   it and then experimentation, right?  Be

24   curious, because if you're buying -- what is

25   Shinu Imu (phonetic), like a half a penny or
```

**EXHIBIT "A"**

Case 1:22-cv-22538-RKA Document 185-1 Entered on FLSD Docket 09/03/2025 Page 32 of 36

```
 1   something crazy?

 2        MR. EHRLICH:  No, it's -- people would

 3   be very happy if it was half a penny.  It's

 4   like four zeros eight when you --

 5        MR. CUBAN:  I -- yeah.

 6        MR. EHRLICH:  -- or something of that

 7   nature.

 8        MR. CUBAN:  Oh, okay.  So, I didn't

 9   count --

10        MR. EHRLICH:  Yeah.

11        MR. CUBAN:  -- my zeros enough?

12        MR. EHRLICH:  Yeah.

13        MR. CUBAN:  Right.  So, literally,

14   like, when my son and I first tried it, it

15   was less than a penny, and we spent, I think

16   $11.  And that gave us a chance to go

17   through everything and spend some time with

18   it.  And so, because there's such a low cost

19   of introduction and, you know, obviously,

20   the people who need the most education,

21   hopeful are spending the least amount of

22   money.  You know, we -- there's a lot of

23   programs and educational programs that we

24   can do that guide people through the

25   process.  And that's really the key, right?
```

**EXHIBIT "A"**

Page 32

```
 1         And I think that one of the things that
 2    need to be mentioned, one of the greatest
 3    values of the lower cost crypto isn't so
 4    much, "hey, it could be an investment," it's
 5    more the community.  You know, if you get on
 6    social media, no matter what it is, TikTok,
 7    Twitter, Instagram, everybody's talk-- I
 8    don't even know the Shibu Inu one, but you
 9    know, with Dogecoin, it's like, to the moon.
10    And you know, everybody's got their social
11    profile set up to be a dog.  You know, so
12    there's a -- it's a allow cost entry to
13    fund.  And then, being involved in it on
14    social media is also a way that we can
15    expand education.
16         MR. EHRLICH:  Yeah, and we look at it -
17    - we have our Crypto 101 presentation that
18    we do, that teaches people about Bitcoin.
19    We really think it's a store of value and it
20    will be a long -- you know, there's a long
21    tail for it to be actually used as a
22    currency because of the volatility.
23         MR. CUBAN:  It's not going to happen.
24         MR. EHRLICH:  Yeah, I --
25         MR. CUBAN:  Not going to happen.
```

**EXHIBIT "A"**

```
 1        MR. EHRLICH:  It -- as the volatility

 2   and it -- the time on it, it's more of a

 3   store of value, it will replace gold.  So,

 4   teaching people about that.  But then, on

 5   the Ethereum side, we -- you know, we tend

 6   to teach people about smart contracts.  We

 7   think that's really important, because -- I

 8   have my own personal example on this, where

 9   my mother-in-law was going to give -- she

10   had leased a car, and she bought it, and was

11   going to give it to my daughter as a

12   present.  And to get the title moved around

13   --

14        MR. CUBAN:  Uh-huh.

15        MR. EHRLICH:  -- took like four months.

16   I mean, it's a title.  It -- just -- you

17   know, I bought it, you should give me -- so

18   the blockchain will solve that.  And so, we

19   use that in the Crypto 101.  It's teaching

20   people why things like the smart contracts

21   will affect their lives in the long term.

22   And I heard a great podcast you did with

23   Carmelo.

24        MR. CUBAN:  Yeah.

25        MR. EHRLICH:  Where you said, -- I
```

**EXHIBIT "A"**

Page 34

```
 1   think you said, you know, halfway through
 2   that, you know, five years from now, we're
 3   going to be doing things and you're not even
 4   going to know it.  It's like the internet,
 5   you know, all of a sudden you were operating
 6   on high speed internet and you never really
 7   -- you just hit a button and you were done.
 8   And that's how crypto and the smart
 9   contracts will work.  But teaching people
10   why that matters now, to get them to that
11   point, we think that's really key.
12       MR. CUBAN:  Any final questions?  Cool.
13   Steve, thank you.
14       MR. EHRLICH:  Oh, thank you, Mark.
15   Really excited by this.
16       MR. CUBAN:  And thank you to everybody
17   who came out, thanks to our guys who came
18   out, great questions.  Thanks to Voyager,
19   great partnership, we're really excited
20   about it.  Thank you, everybody.
21            (End of recording.)
22
23
24
25
```

**EXHIBIT "A"**

```
 1                    CERTIFICATE

 2

 3                       - - -

 4

 5        I, Alexandria Brobst, Transcriptionist,

 6    do hereby certify that I was authorized to

 7    and did listen to and transcribe the

 8    foregoing recorded proceedings and that the

 9    transcript is a true record to the best of

10    my professional ability.

11

12        Dated this 14th day of November, 2022.

13

14

15

16    _____

17    Alexandria Brobst

18

19

20

21

22

23

24

25
```

**EXHIBIT "A"**