# Plaintiffs' Exhibit 11

&lt;mcuban@gmail.com&gt;

From: Steve Ehrlich
Sent: Thu 9/09/2021 8:11 PM (GMT-00:00)
To: &lt;mcuban@gmail.com&gt;
Cc:
Bcc:
Subject: Re: [EXT] Voyager / Mavericks Introduction

yes.. 4pm CSt/5pm EST?

What number should I call?

Im at the number below

Stephen Ehrlich
Chief Executive Officer
Voyager Digital, LLC
917-885-9024
sehrlich@investvoyager.com

On Sep 9, 2021, at 4:09 PM, Mark Cuban &lt;mcuban@gmail.com&gt; wrote:

Steve do you have time now or in a bit. It's 3pm cst. Sorry for the short notice. Understand if you can't

On Thu, Sep 9, 2021 at 2:56 PM Steve Ehrlich &lt;sehrlich@investvoyager.com&gt; wrote:
Hi Mark,Saw your tweets last night on SEC/Coinbase. I have been in the securities/broker-dealer world for 27 years and would be happy to talk about crypto regulation and how it compares to securities (ie FINRA/SEC) and where all the gaps are.Its truly amazing about how the SEC is going about this and could put the US at a competitive disadvantage.Look forward to discussing all of this and more at some point.Regards,Steve

Stephen Ehrlich
Chief Executive Officer
Voyager Digital, LLC
917-885-9024
sehrlich@investvoyager.com

On Sep 8, 2021, at 5:35 PM, Mark Cuban &lt;mcuban@gmail.com&gt; wrote:

Hey guys. Nice to meet you. I'm very familiar with Voyager. And have fun with Gronk !

You guys have a number of business lines. Can you give me an overview of how your revenues break down ?

CONFIDENTIAL                                    MAVSCUBAN00001553

EXHIBIT
11

And what is your ultimate goal ?

On Wed, Sep 8, 2021, 3:54 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:
Hi Erika and team! Pleased to meet you and introduce you to Mark Cuban. I'll let Mark take things from here. Looking forward to further conversations! Ryan

Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Wednesday, September 8, 2021 3:33:50 PM
**To:** Drew Northfield <dnorthfield@excelsm.com>
**Cc:** Steve Ehrlich <sehrlich@investvoyager.com>; Pam Kramer <pkramer@investvoyager.com>; Jason Miller <jmiller@excelsm.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Re: [EXT] Voyager / Mavericks Introduction

Thank you kindly for bringing us all together Drew,

Pleasure to e-meet you Ryan - we are very excited to work together on a fully integrated and long term partnership. Looking forward to advancing the discussions.

Erika Szychowski

On Wed, Sep 8, 2021 at 3:18 PM Drew Northfield <dnorthfield@excelsm.com> wrote:

Steve, Pam & Erika:

Please meet Ryan Mackey (cc'd), SVP of Corporate Partnerships for the Dallas Mavericks. Ryan has been with the Mavs for ~20 years and will be a primary point of contact for your team as you continue to evaluate this partnership opportunity. He has been keeping Mark Cuban up to speed on our discussions and is excited to get him involved in this conversation.

Ryan, please meet the core Voyager leadership team: Steve Ehrlich (CEO), Pam Kramer (CMO) and Erika Szychowski (SVP of Marketing). While I have shared some background on their business, growth ambitions & current objectives – these three will be able to answer any outstanding questions that you or Mark may have and are excited to share more about the Voyager story. They are also excited to learn more about your vision for crypto/blockchain integrations across the organization, and identify opportunities for Voyager to lead/support those initiatives as part of this partnership.

CONFIDENTIAL                                                                                       MAVSCUBAN00001554

It would be great if both sides could chime in with brief personal introductions before we begin discussing the platform and opportunity in depth.

Thanks all,

Drew

**Drew Northfield**

Excel Sports Management

(m) 971.344.3677

http://www.excelsm.com

<image001.png><image001.png>

--
Sent from My phone Typos are to be expected Markcuban.com for all my stuff !

CONFIDENTIAL
MAVSCUBAN00001555