Case 1:22-cv-22538-RKA Document 165 *SEALED* Entered on FLSD Docket 06/09/2023 Page 1 of 2
Case 1:22-cv-22538-RKA Document 186-5 Entered on FLSD Docket 06/24/2023 Page 1 of 2
Page 1 of 2

# Plaintiffs' Exhibit 13

From: Ryan Mackey
Sent: Wed 8/25/2021 1:32 PM (GMT-00:00)
To: "Cynthia Marshall" <Cynthia.Marshall@dallasmavs.com>, "Mark Cuban" <mcuban@gmail.com>
Cc: "Mark Cuban" <Mark.Cuban@dallasmavs.com>
Bcc:
Subject: Re: Voyager Company Overview (Confidential)

All of them we've talked to are interested in having access to Mark in some way because he's so visible in the industry. We can still get deals done, but it will move the needle higher on investment level if Mark is willing/perceived to be engaged.

Things we've been asked:

[redacted]

We don't include any of this in pitches and don't promise anything. It would be considered an implied commitment to support the partnership. It's also not an endorsement and he's free to discuss any area of crypto he wants publicly.

We can also move forward without Mark at all if that's preferred. Just let me know!
RM

Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

---

From: Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>
Sent: Wednesday, August 25, 2021 1:51:12 AM
To: Mark Cuban <mcuban@gmail.com>
Cc: Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Mark Cuban <Mark.Cuban@dallasmavs.com>
Subject: Re: Voyager Company Overview (Confidential)

Thanks, Boss!

Let us dig in more. What would you like to know?

Mackey, are they willing to move forward without Mark's involvement? I think that could be a tad compromising. Just my two cynts.

Cynt

CONFIDENTIAL

MAVSCUBAN00001858

**EXHIBIT 13**