# Plaintiffs' Exhibit 18



From: **Mark Cuban** <mcuban@gmail.com>
Date: Thu, Sep 23, 2021, 1:03 AM
Subject: Re: Partnership Outline
To: Ryan Mackey <Ryan.Mackey@dallasmavs.com>
Cc: Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>, Mark Cuban <Mark.Cuban@dallasmavs.com>

They can be our exclusive centralized exchange. They can't be our exclusive Blockchain partner

That's non negotiable

We will help them open accounts to trade on voyager , we encourage people to use it , but his business supports tokens trading on multiple Blockchain platforms

This is exactly what Steve and I discussed and agreed to


If we want to do something with solano to trade NFTs or to promote the token of polygon or an application of some other sort written on Ethereum. We will


On Wed, Sep 22, 2021, 8:31 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

Mark/Cynt-

We had another call with Voyager today and ironed out many of the concerns about their expectations. Here are the final issues:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00005853

EXHIBIT
18