# Plaintiffs' Exhibit 22

| | |
|---|---|
| From: | Kyle Tapply |
| Sent: | Mon 11/08/2021 12:58 PM (GMT-00:00) |
| To: | "Mark Cuban" &lt;Mark.Cuban@dallasmavs.com&gt;, "Cynthia Marshall" &lt;Cynthia.Marshall@dallasmavs.com&gt; |
| Cc: | "Ryan Mackey" &lt;Ryan.Mackey@dallasmavs.com&gt;, "Billy Phillips" &lt;Billy.Phillips@dallasmavs.com&gt; |
| Bcc: | |
| Subject: | Sales Report |
| Attachments: | image00100001.png |

Mark,

Below are some notes on my weekly sales report. Please let me know if you have any questions.



**Voyager**
Status: Recap Numbers -Wanted to share some of the recap numbers they provided us from the initial launch. Overall, the first week was a massive success. They said they had over 75K downloads with fans who used "Mavs100" to claim the offer. Over 30K people funded the account to claim the $100 offer and still counting. They said they expected less than 20K Mavs100 redemptions. Overall, they had 175K downloads for the first week. The PR agency mentioned they received over 1 billion impressions on the partnership announcement in addition to the $100K crypto giveaway halfcourt shot. We couldn't have had a better launch and really appreciate everyone's efforts to get the deal done. We're working on creating a best practice/case study to use for partners in the future and will share more later.

CONFIDENTIAL MAVSCUBAN00006070

Thanks,

**KYLE TAPPLY**
SENIOR DIRECTOR CORPORATE PARTNERSHIPS
DALLAS MAVERICKS | 1333 N STEMMONS FWY #105 | DALLAS, TX 75207
W: 214.658.7145 | C: 970.396.7725
E: Kyle.Tapply@dallasmavs.com | WEB: Mavs Sponsorship Deck

CONFIDENTIAL
MAVSCUBAN00006071