# Plaintiffs' Exhibit 38

Case 1:22-cv-22538-RKA Document 165-110 *SEALED* Entered on FLSD Docket 10/24/2023 Page 2 of 9
Case 1:22-cv-22538-RKA Document 186-110 Filed on FLSD Docket 12/08/2023 Page 2 of 9
Page 2 of 9

**Ryan Mackey**

From:
Sent: Tue 9/21/2021 3:13 PM (GMT-00:00)
To: Mark Cuban
Cc: Cynthia Marshall; Mark Cuban
Bcc:
Subject: RE: Partnership Outline
Attachments: 12104 - Voyager Digital LLC (5).pdf


FYI: Attached is our internal deal sheet. ███████████████████████████
███████████████████████


**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Monday, September 20, 2021 7:32 PM
**To:** Mark Cuban <mcuban@gmail.com>
**Cc:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>; Mark Cuban <Mark.Cuban@dallasmavs.com>
**Subject:** Re: Partnership Outline

We're going to narrow this down internally. Bandwidth and value to be calculated. We are aware of that.


Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

**From:** Mark Cuban <mcuban@gmail.com>
**Sent:** Monday, September 20, 2021 7:07:24 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>; Mark Cuban <Mark.Cuban@dallasmavs.com>
**Subject:** Re: Partnership Outline

When we say opportunity for. What are they expecting. They aren't going to expect us to do none of them. And know we won't do all of them

Which are they expecting even if it's not worded as such

On Mon, Sep 20, 2021, 4:35 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

> MC/Cynt-
>
> Hope this is easier to read. We are still negotiating with Excel but these are the terms we've come up with thus far. The deal is very "fluffy" in terms of inventory so we have a lot of room to work

**EXHIBIT 38**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                              MAVSCUBAN00015015

with.  Please let me know how you feel about this as they are ready to move forward once we can agree on final terms.

RM

**EXHIBIT I**

### Sponsorship Package

In consideration of the Investment Fee, Club shall provide the following advertising and promotional rights, or such other advertising and promotional rights of equivalent media value as mutually agreed upon by the parties ("the **Sponsorship Package**"), to Sponsor at no additional cost to Sponsor during the Term (defined in Exhibit II):



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Case 1:22-cv-22538-RKA Document 165-110 *SEALED* Entered on FLSD Docket 06/24/2023 Page 10 of 39
Case 1:22-cv-22538-RKA Document 155-110 *SEALED* Entered on FLSD Docket 06/24/2023 Page 4 of 9
Page 4 of 9



**EXHIBIT II**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00015017

Case 1:22-cv-22538-RKA Document 165-110 *SEALED* Entered on FLSD Docket 06/24/2023 Page 5 of 9
Case 1:22-cv-22538-RKA Document 186-110 *SEALED* Entered on FLSD Docket 06/24/2023 Page 5 of 9
Page 5 of 9

**TERMS AND CONSIDERATION:**



**INVESTMENT TOTAL:**

2021-22 - Regular Season
2022-23 - Regular Season
2023-24 - Regular Season
2024-25 - Regular Season
2025-26 - Regular Season

**From:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>
**Sent:** Monday, September 20, 2021 3:16 AM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Mark Cuban <Mark.Cuban@dallasmavs.com>
**Subject:** Re: Partnership Outline

Thanks for the update. A summary would be great. I'll also read this outline.

Cynt

> On Sep 19, 2021, at 9:27 PM, Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:
>
> Mark/Cynt-
>
> We're now on the doorstep of a deal here with Voyager. We have to negotiate final terms with Excel but we could net around ███████ if they add on the International partnership. This doc is pretty lengthy…do you want a high-level summary before we take next steps?
> RM

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Sunday, September 19, 2021 9:19 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Steve Ehrlich <sehrlich@investvoyager.com>; Pam Kramer <pkramer@investvoyager.com>; Jason Miller <jmiller@excelsm.com>; Drew Northfield <dnorthfield@excelsm.com>
**Subject:** Partnership Outline

Good evening Ryan,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY　　　　　　　　　　　　　　　　　　　　　　　　　　MAVSCUBAN00015019

Case 1:22-cv-22538-RKA Document 155-110 *SEALED* Entered on FLSD Docket 06/24/2023 Page 7 of 9
Case 1:22-cv-22538-RKA Document 136-110 *SEALED* Entered on FLSD Docket 06/24/2023 Page 8 of 9
Page 7 of 9

Thank you and your team for the incredibly inclusive and thoughtful work to move us forward on a partnership. We reviewed the document of ideas you shared and truly appreciate the creativity and time investment. As we all agreed, we recognize that to bring this partnership to life, to the best of its ability, some programs need to be built upon/built out over the duration of the agreement. Attached is a recommendation from our side.

Looking forward to hearing your feedback and excited to work together.

Erika

--

Erika E. Szychowski

SVP, Brand Marketing & Partnerships

erika@investvoyager.com

mobile: 917.592.5565

<VOYAGER + Dallas Mavs.pdf>

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00015020

**2021 Deal Sheet Summary**

**Deal #: 12104**     **Status: Draft**     **Approval Status: Awaiting Initial VP Approval**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY     MAVSCUBAN00015021

Sponsor: Voyager Digital LLC      Deal: Page 9 of 9 04

2021-22 Deal Sheet Summary - 2 of 2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00015022