# Plaintiffs' Exhibit 38B

**VOYAGER + DALLAS MAVERICKS**

We are excited about the opportunity to expand both brands internationally and appreciate your point that we can run national promotions if we have these rights. We also recognize international was not part of your original pitch. Taking that into consideration we would like to propose:

Term: 5 years
Voyager Commitment: [redacted]
Mutual extension in 2026-27

Recognizing the below is very high level, and acknowledging it does not go into full detail on each of these initiatives, we think outlining the order of priority, and moving directly to contract would allow us to get the agreement done quickly and our teams brought in to work through details and execution plans/timelines, etc.

Before breaking this down into years, can you confirm that this list of media (both brand and digital) can be activated in all years and built upon?

[redacted]

Voyager + Dallas Mavericks, Sep 19, 2021

EXHIBIT
38B

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY MAVSCUBAN00001908



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                     MAVSCUBAN00001909



Case 1:22-cv-22538-RKA Document 185-11 Filed 09/24/2023 Page 5 of 5

Voyager + Dallas Mavericks, Sep 19, 2021

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY MAVSCUBAN00001910