# Plaintiffs' Exhibit 41

# Kyle Tapply

From: Kyle Tapply
Sent: Fri 9/24/2021 2:14 AM (GMT-00:00)
To: Kory Nix; Clay Christopher; Ryan Mackey
Cc:
Bcc:
Subject: Re: [EXT] RE: Thank youu


Agreed with Kory and Clay's initial e-mail. They're getting protection for the exchange platform via the list of companies they provided. All of those companies are in the crypto trading "swim lane" and are prohibited from doing any sponsorships… ████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████

Thanks,

Kyle Tapply
Cell: 970-396-7725

---

**From:** Kory Nix <Kory.Nix@dallasmavs.com>
**Sent:** Thursday, September 23, 2021 8:38:00 PM
**To:** Clay Christopher <Clay.Christopher@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** RE: [EXT] RE: Thank youu

Lots of unknowns of what ████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████

**From:** Clay Christopher <Clay.Christopher@dallasmavs.com>
**Sent:** Thursday, September 23, 2021 8:22 PM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>
**Subject:** RE: [EXT] RE: Thank youu

CONFIDENTIAL

**EXHIBIT 41**

MAVSCUBAN00006662

███████████████████████████████████████████
████████████████

███████████████████████████████████████████
███████████████████

███████████████████████████████████████████
████████████████████

**Clay Christopher**
Dallas Mavericks | Mavs Gaming
Office: 214.658.7146
Cell: 214.869.5977
1333 N. Stemmons Freeway
Suite #105
Dallas, TX 75207

**From:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Sent:** Thursday, September 23, 2021 7:57 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>
**Subject:** Re: [EXT] RE: Thank youu

I read that as he's ███████████████████████████████████████

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Thursday, September 23, 2021 7:44 PM
**To:** Kory Nix; Kyle Tapply; Clay Christopher
**Subject:** Fwd: [EXT] RE: Thank youu

Translation?

Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

**From:** Mark Cuban <mcuban@gmail.com>
**Sent:** Thursday, September 23, 2021 5:34 PM
**To:** Ryan Mackey
**Cc:** Mark Cuban; Cynthia Marshall
**Subject:** Re: FW: [EXT] RE: Thank youu

We won't do business with any other centralized exchange

They can provide us a list of competitors

That's the limitation

On Thu, Sep 23, 2021, 3:29 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

Hey Mark-

Ryan

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Thursday, September 23, 2021 3:04 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Re: [EXT] RE: Thank youu

Ryan, we would ask for a heads up so we could do what we need to to do. See below recommendation.





On Thu, Sep 23, 2021 at 10:15 AM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

Thanks Erika! I think we'll have Spencer from our team handling this but will confirm and put you in touch.
Also, can you please send the exclusivity stuff we talked about? I ran all of this by Mark and he still has some questions. I just want to be sure he's good with it as he and Steve discussed a few things we were not privy to.
Thanks!
Ryan

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Thursday, September 23, 2021 10:12 AM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Thank youu

Appreciate you and your team's work to bring us to this point, we are incredibly excited to be your partner!

Looking forward to receiving the draft agreement as well as next steps on PR and Mkt.

I also have a fun idea to activate your team, help them accelerate their crypto learning that I'd love to run by you - it's a small idea to support internal excitement around the partnership. NO rush of course.

Have a great day.

--

Case 1:22-cv-02538-RK-AA Document 165-12 *SEALED* Filed 06/24/2023 Page 6 of 6
Case 1:22-cv-22538-FAM Document 186-12 Entered on FLSD Docket 06/24/2023 Page 6 of 6
Page 6 of 6

Erika E. Szychowski
SVP, Brand Marketing & Partnerships
erika@investvoyager.com
mobile: 917.592.5565



--
Erika
SVP, Brand Marketing & Partnerships



--
Erika
SVP, Brand Marketing & Partnerships



--
Erika
SVP, Brand Marketing & Partnerships

CONFIDENTIAL

MAVSCUBAN00006666