# Plaintiffs' Exhibit 53

Ryan Mackey

From: Mark Cuban
Sent: Mon 11/22/2021 3:09 PM (GMT-00:00)
To: Kyle Tapply
Cc: Billy Phillips; Cynthia Marshall; Mark Cuban; Ryan Mackey
Bcc:
Subject: Re: Sales Report

And on the stars. I have no interest in getting money for the stars. Zero. None. Double extra zero. I don't want any money going to the aac when it could come to the mavs. Particularly voyager.

Find a way for us to further partner with the mavs. We crushed it for them and a lot of that was because I endorsed it.

I won't approve anything that isn't for the Mavs

On Mon, Nov 22, 2021 at 5:54 AM Kyle Tapply <Kyle.Tapply@dallasmavs.com> wrote:

Mark,

Below are some notes on my weekly sales report. Please let me know if you have any questions.



EXHIBIT
53



**Voyager**

Status: Meeting – We've had some additional conversations with Voyager about getting some additional funds for the AAC/Stars which would allow us to do a little more with the building on the B2B side. They are also working with the Players Association to work on a deal for the Mavs team, minus Luka as he looks to have something in place with either Crypto.com or Coinbase, and see how we can use the players to elevate some of the marketing campaigns. They are also hosting a Crypto 101 education event for the entire Mavs staff on December 17th at the Gaming Hub. Steve is flying down to be part of this event.

Thanks,

 KYLE TAPPLY

SENIOR DIRECTOR CORPORATE PARTNERSHIPS
DALLAS MAVERICKS | 1333 N STEMMONS FWY #105 | DALLAS, TX 75207
W: 214.658.7145 | C: 970.396.7725

E: Kyle.Tapply@dallasmavs.com | WEB: Mavs Sponsorship Deck

--
Sent from My phone Typos are to be expected Markcuban.com for all my stuff !

CONFIDENTIAL
MAVSCUBAN00010354