# Plaintiffs' Exhibit 72

**Ryan Mackey**

From:     Sekou Lewis
Sent:     Sat 10/16/2021 2:48 AM (GMT-00:00)
To:       David Brill; Ryan Mackey
Cc:       Erika Szychowski; Brian Nistler; Warpula, Chad
Bcc:
Subject: RE: NBA Questionnaire

David – Follow up questions from the NBA…



**From:** David Brill <dbrill@investvoyager.com>
**Sent:** Wednesday, October 13, 2021 5:28 PM
**To:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Erika Szychowski <erika@investvoyager.com>; Brian Nistler <bnistler@investvoyager.com>;
Warpula, Chad <Chad.Warpula@troutman.com>
**Subject:** NBA Questionnaire

Sekou and Ryan,

Good to meet you both via email. Attached is the completed NBA questionnaire you provided us. As you
may know, Voyager is a public company and we include our most recent Prospectus and our Condensed
Interim Consolidated Financials for additional information about Voyager. I am available to answer any
questions you or the NBA has about our submission.

EXHIBIT
72

MAVSCUBAN00009363

We look forward to working through the sponsorship process with you and appreciate an update on the status of the Sponsorship Agreement.

Regards.

David


David H. Brill

Head Commercial Counsel

investvoyager.com

+1 917.923.3800

MAVSCUBAN00009364