# Plaintiffs' Exhibit 73

**Ryan Mackey**

From: Ryan Mackey
Sent: Mon 10/25/2021 6:57 PM (GMT-00:00)
To: Sekou Lewis; Erika Szychowski
Cc: David Brill; Nicole Leach; Steve Ehrlich; David Brosgol; Warpula, Chad; Brian Nistler; Pam Kramer
Bcc:
Subject: Re: Voyager <> Mavs NDA

Yes trying to catch up. I can do 2:30.

Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

**From:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>
**Sent:** Monday, October 25, 2021 1:56:22 PM
**To:** Erika Szychowski <erika@investvoyager.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** David Brill <dbrill@investvoyager.com>; Nicole Leach <Nicole.Leach@dallasmavs.com>; Steve Ehrlich <sehrlich@investvoyager.com>; David Brosgol <dbrosgol@investvoyager.com>; Warpula, Chad <Chad.Warpula@troutman.com>; Brian Nistler <bnistler@investvoyager.com>; Pam Kramer <pkramer@investvoyager.com>
**Subject:** Re: Voyager <> Mavs NDA

It was forwarded to Ryan; I'm sure he's been running non-stop today but will countersign it today.

Ryan - Are you able to jump on a call during those times?

**SEKOU LEWIS**
GENERAL COUNSEL
DALLAS MAVERICKS | 1333 N. STEMMONS FWY., SUITE 105 |DALLAS, TX 75207
O: 214.658.7623| C: 214.500.6138 |F: 214.889.3825
E: SEKOU.LEWIS@DALLASMAVS.COM

NOTICE: This e-mail and any files transmitted with it may constitute a CONFIDENTIAL or ATTORNEY-CLIENT PRIVILEGED COMMUNICATION. This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, forwarding, printing or copying of this e-mail or any files transmitted with it is strictly prohibited. Please delete this email and all files transmitted with it from your system,

**EXHIBIT 73**

CONFIDENTIAL                                                                                     MAVSCUBAN00008545

and notify the sender by reply email or by calling (214) 658-7623, so that our address record can be corrected.

On Oct 25, 2021, at 2:18 PM, Erika Szychowski <erika@investvoyager.com> wrote:

> I understand Troutman sent to Ryan
>
> Can we jump on a call to discuss between 2-3pm today? Central
>
> On Mon, Oct 25, 2021 at 1:09 PM Erika Szychowski <erika@investvoyager.com> wrote:
>> Was this sent to Ryan?
>>
>> Do we want to schedule a call for this afternoon?
>>
>> On Mon, Oct 25, 2021 at 11:06 AM David Brill <dbrill@investvoyager.com> wrote:
>>> Thank you. Billy will send a clean version of the NDA shortly.
>>>
>>> David
>>>
>>> On Mon, Oct 25, 2021 at 11:53 AM Sekou Lewis <Sekou.Lewis@dallasmavs.com> wrote:
>>>> Hi David – Thanks for the quick turnaround. For sake of getting this deal done, the Mavs can sign. If you don't mind providing a clean draft, Ryan Mackey can execute via DocuSign. Thanks.
>>>>
>>>>
>>>> **From:** David Brill <dbrill@investvoyager.com>
>>>> **Sent:** Monday, October 25, 2021 9:45 AM
>>>> **To:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>
>>>> **Cc:** Nicole Leach <Nicole.Leach@dallasmavs.com>; Steve Ehrlich <sehrlich@investvoyager.com>; David Brosgol <dbrosgol@investvoyager.com>; Erika Szychowski <erika@investvoyager.com>; Warpula, Chad <Chad.Warpula@troutman.com>; Brian Nistler <bnistler@investvoyager.com>; Pam Kramer <pkramer@investvoyager.com>
>>>> **Subject:** Voyager <> Mavs NDA
>>>>
>>>>
>>>> Sekou,

CONFIDENTIAL
MAVSCUBAN00008546

Attached is the revised NDA. We accepted almost all of your suggestions and note a couple of changes we made in Section 9. Separately, we will be turning the Sponsorship Agreement shortly.

Regards.

David

On Mon, Oct 25, 2021 at 2:04 AM Sekou Lewis <Sekou.Lewis@dallasmavs.com> wrote:

Good evening, David. Let us know if the attached works. Thanks.

**From:** Sekou Lewis
**Sent:** Saturday, October 23, 2021 10:04 AM
**To:** David Brill <dbrill@investvoyager.com>
**Cc:** Nicole Leach <Nicole.Leach@dallasmavs.com>; Steve Ehrlich <sehrlich@investvoyager.com>; David Brosgol <dbrosgol@investvoyager.com>; Erika Szychowski <erika@investvoyager.com>; Warpula, Chad <Chad.Warpula@troutman.com>; Brian Nistler <bnistler@investvoyager.com>; Pam Kramer <pkramer@investvoyager.com>
**Subject:** Re: NDA and Base Shelf Prospectus

Good morning, David. I'll get you a slightly revised draft today or tomorrow. Thanks.

<image001.png>
**SEKOU LEWIS**

GENERAL COUNSEL
DALLAS MAVERICKS | 1333 N. STEMMONS FWY., SUITE

105 |DALLAS, TX 75207
O: 214.658.7623| C: 214.500.6138 |F: 214.889.3825

E: SEKOU.LEWIS@DALLASMAVS.COM

NOTICE: This e-mail and any files transmitted with it may constitute a CONFIDENTIAL or ATTORNEY-CLIENT PRIVILEGED COMMUNICATION. This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, forwarding, printing or copying of this e-mail or any files transmitted with it is strictly prohibited. Please delete this email and all files transmitted with it from your system, and notify the sender by reply email or by calling (214) 658-7623, so that our address record can be corrected.

> On Oct 23, 2021, at 8:55 AM, David Brill <dbrill@investvoyager.com> wrote:
>
> Good morning, Sekou.
>
> Yes, we can agree to limit the definition of Confidential Information to the legal opinion, and the conversation in connection therewith. An exclusion to share the conversation with the NBA feels appropriate and we are comfortable with you and the team sharing the opinion with your outside counsel in connection with answering questions relating to the opinion.
>
> We look forward to receiving your comments to the NDA and discussing any other open questions you or the team have.
>
> Regards

CONFIDENTIAL                                                                 MAVSCUBAN00008548

David

Sent from my iPad

> On Oct 22, 2021, at 9:53 PM, Sekou Lewis <Sekou.Lewis@dallasmavs.com> wrote:
>
> Thanks, David. I glanced over the NDA and before I take a deeper look, can we agree to limit the definition of confidential information to the legal opinion, and the conversations in connection therewith? Also, we'll need to have an exclusion to share with the NBA the conversations, and we can "describe" (I can't think of a better word at the moment) – we can "describe" the contents of the opinion but we cannot share the actual document, file, etc. memorializing the opinion. Lastly, if we have questions we may need to share the opinion or portions of it with our outside counsel.
>
> Is that acceptable?
>
> (The NBA stated if the Mavs, and its outside counsel are comfortable with the opinion, then the call with Voyager and the NBA is not necessary).
>
> **From:** David Brill <dbrill@investvoyager.com>
> **Sent:** Friday, October 22, 2021 5:12 PM

CONFIDENTIAL
MAVSCUBAN00008549

**To:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>; Nicole Leach <Nicole.Leach@dallasmavs.com>
**Cc:** Steve Ehrlich <sehrlich@investvoyager.com>; David Brosgol <dbrosgol@investvoyager.com>; Erika Szychowski <erika@investvoyager.com>; Warpula, Chad <Chad.Warpula@troutman.com>; Brian Nistler <bnistler@investvoyager.com>; Pam Kramer <pkramer@investvoyager.com>
**Subject:** NDA and Base Shelf Prospectus

Sekou and Nicole,

Attached is the Mutual NDA excluding Mark Cuban and Voyager's Base Shelf Prospectus. Let us know if you have any questions or comments regarding the attached.

Regards.

David

David H. Brill

<~WRD1898.jpg>

Head Commercial Counsel

investvoyager.com

CONFIDENTIAL
MAVSCUBAN00008550

+1 917.923.3800


--
Erika
SVP, Brand Marketing & Partnerships


--
Erika
SVP, Brand Marketing & Partnerships

CONFIDENTIAL                                                                                                                                                          MAVSCUBAN00008551