# Plaintiffs' Exhibit 73A

**Ryan Mackey**

| | |
|---|---|
| From: | Brian Nistler |
| Sent: | Mon 10/25/2021 9:42 PM (GMT-00:00) |
| To: | Baucom, William P. (Billy); Ryan Mackey |
| Cc: | Sekou Lewis; David Brill; Erika Szychowski |
| Bcc: | |
| Subject: | Re: [EXT] Voyager NDA |
| Attachments: | Voyager and Dallas Mavericks Mutual Non-Disclosure Agreement.docx (1).pdf |

All,

Fully executed NDA attached.

- Brian

On Mon, Oct 25, 2021 at 4:27 PM Brian Nistler &lt;bnistler@investvoyager.com&gt; wrote:

Ryan,

For convenience, I just sent the NDA via DocuSign, in case that is easier for you.

Brian

On Mon, Oct 25, 2021 at 12:58 PM Baucom, William P. (Billy) &lt;William.Baucom@troutman.com&gt; wrote:

Hey Sekou – Please see attached clean/execution copy of the NDA with Voyager.

**Billy Baucom**
**Associate**
Direct: 404.885.2603 | Mobile: 704.674.4027
william.baucom@troutman.com

**troutman pepper**
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
troutman.com

**A HIGHER COMMITMENT TO CLIENT CARE**

Troutman Sanders and Pepper Hamilton have combined to become Troutman Pepper (Troutman Pepper Hamilton Sanders LLP). Troutman Pepper offers expanded capabilities and practice strengths while continuing to deliver powerful solutions to clients' legal and business issues with a higher commitment to client care.

**EXHIBIT
73A**

CONFIDENTIAL

MAVSCUBAN00013040

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.

--
Brian Nistler
Associate Counsel

VOYAGER
investvoyager.com

--
Brian Nistler
Associate Counsel

VOYAGER
investvoyager.com

MAVSCUBAN00013041

## MUTUAL NON-DISCLOSURE AGREEMENT



CONFIDENTIAL

DocuSign Envelope ID: B1593A82-1310-44E8-8E41-736FD437561E



CONFIDENTIAL
MAVSCUBAN00013043



-3-

MAVSCUBAN00013044

DocuSign Envelope ID: B1592A92-1310-44E8-8E41-736FD437561E



[*Signature Page Follows*]

CONFIDENTIAL

MAVSCUBAN00013045

█████████████████████████████████████████████

**Voyager Digital Holdings, Inc.**

By: *Steve Ehrlich*
   DocuSigned by:
   2724C75086FB426...
Name: Steve Ehrlich
Title: Chief Executive Officer.
Address: 33 Irving Place, 3<sup>rd</sup> Floor
New York, NY 10003
legal@investvoyager.com

**Dallas Basketball Limited**

By: *Ryan Mackey*
   DocuSigned by:
   76D4B069ED684FF...
Name: Ryan Mackney
Title: Sr. Vice President
Address: 1333 N Stemmons Frwy #105
       Dallas TX 75207

Email: Ryan.Mackey@dallasmavs.com

                                         MAVSCUBAN00013046