Case 1:22-cv-02535-RMK-A Document 155-18 *SEALED* Filed 05/24/2023 Page 1 of 5
Case 1:22-cv-02535-RMK-A Document 166-18 *SEALED* Filed 06/24/2023 Page 1 of 5
Page 1 of 5

# Plaintiffs' Exhibit 74

Case 1:22-cv-22538-RKA Document 165-18 *SEALED* Entered on FLSD Docket 06/24/2023 Page 10 of 15
Case 1:22-cv-22538-RKA Document 155-18 *SEALED* Entered on FLSD Docket 06/24/2023 Page 2 of 5
Page 2 of 5

## Ryan Mackey

From: Ryan Mackey
Sent: Mon 10/25/2021 4:34 PM (GMT-00:00)
To: Ronca, Anthony; Rooke, Cassidy
Cc:
Bcc:
Subject: FW: [EXT] RE: Contract

Hey Tony/Cassidy, we're having some trouble getting our contract done...are either one of you available to talk about this really quick?  May need some assistance!  Thank you!  Ryan

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Monday, October 25, 2021 1:20 AM
**To:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Brian Nistler <bnistler@investvoyager.com>; Nicole Leach <Nicole.Leach@dallasmavs.com>; Warpula, Chad <Chad.Warpula@troutman.com>; David Brill <dbrill@investvoyager.com>; Baucom, William P. (Billy) <William.Baucom@troutman.com>
**Subject:** Re: [EXT] RE: Contract

Thanks Sekou, it would be ideal to get this signed tomorrow so that we have, dare I say, a full day to pitch the media and drive attendance at the press conference scheduled for Wed.

Do you have a perspective in regards to garnering the NBA approval and that timing?

Can you please provide the times that work for you/Nicole so that we can get on the books for tomorrow afternoon?

On Mon, Oct 25, 2021 at 1:08 AM Sekou Lewis <Sekou.Lewis@dallasmavs.com> wrote:

> I'll be tied up tomorrow morning with family stuff. Tomorrow afternoon may work. Either Nicole or I will be able to talk through the remaining issues. Note, the NBA still has to approve the deal.

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Monday, October 25, 2021 12:54 AM
**To:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Brian Nistler <bnistler@investvoyager.com>; Nicole Leach <Nicole.Leach@dallasmavs.com>; Warpula, Chad <Chad.Warpula@troutman.com>; David Brill <dbrill@investvoyager.com>; Baucom, William P. (Billy) <William.Baucom@troutman.com>
**Subject:** Re: [EXT] RE: Contract

Thank you Sekou,

EXHIBIT 74

CONFIDENTIAL                                                                                                                         MAVSCUBAN00008541

Adding Billy from Troutman to also stay in the loop as Chad is traveling in the morning. Can you confirm the time that is best for you and Nicole tomorrow to regroup (I believe we discussed afternoon)

E-

On Mon, Oct 25, 2021 at 12:52 AM Sekou Lewis <Sekou.Lewis@dallasmavs.com> wrote:

Hi Erika. Thanks for sending. We'll huddle internally and then follow up. Regarding the revised NDA, I will send that shortly. Thanks.

**SEKOU LEWIS**

GENERAL COUNSEL
DALLAS MAVERICKS | 1333 N. STEMMONS FWY., SUITE 105 | DALLAS, TX 75207
O: 214.658.7623 | C: 214.500.6138 | F: 214.889.3825

E: SEKOU.LEWIS@DALLASMAVS.COM

NOTICE: This e-mail and any files transmitted with it may constitute a CONFIDENTIAL or ATTORNEY-CLIENT PRIVILEGED COMMUNICATION. This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, forwarding, printing or copying of this e-mail or any files transmitted with it is strictly prohibited. Please delete this email and all files transmitted with it from your system, and notify the sender by reply email or by calling (214) 658-7623, so that our address record can be corrected.

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Monday, October 25, 2021 12:51 AM

CONFIDENTIAL
MAVSCUBAN00008542

Case 1:22-cv-22538-RKA Document 165-198 *SEALED* Entered on FLSD Docket 10/24/2023 Page 4 of 5
Case 1:22-cv-22538-RKA Document 155-198 *SEALED* Entered on FLSD Docket 10/24/2023 Page 4 of 5
Page 4 of 5

**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Brian Nistler <bnistler@investvoyager.com>; Nicole Leach <Nicole.Leach@dallasmavs.com>; Warpula, Chad <Chad.Warpula@troutman.com>; Sekou Lewis <Sekou.Lewis@dallasmavs.com>; David Brill <dbrill@investvoyager.com>
**Subject:** Contract

Good evening Ryan,

I hope you are doing well and had a nice weekend. I just went through our agreement and the revisions that were made last week and was hoping we could connect on the below:



CONFIDENTIAL
MAVSCUBAN00008543

Thank you!

--

Erika E. Szychowski

SVP, Brand Marketing & Partnerships

erika@investvoyager.com

mobile: 917.592.5565

--

Erika

SVP, Brand Marketing & Partnerships

--
Erika
SVP, Brand Marketing & Partnerships

CONFIDENTIAL                                                                                                              MAVSCUBAN00008544