# Plaintiffs' Exhibit 77

Case 1:22-cv-22538-RKA Document 165-210 *SEALED* on FSD Docket 10/24/2023 Page 2 of 5
Case 1:22-cv-22538-RKA Document 155-210 *SEALED* Entered on FLSD Docket 10/24/2023 Page 2 of 5
Page 2 of 5

**Ryan Mackey**

---

From: Ryan Mackey
Sent: Wed 10/27/2021 4:04 PM (GMT-00:00)
To: Steinberg, Marcia
Cc:
Bcc:
Subject: FW: Voyager Digital Becomes The Official Cryptocurrency Brokerage Partner of The Dallas Mavericks

Well, we&#8217;re going with it.

From: CK &lt;Collin.Kim@dallasmavs.com&gt;
Sent: Wednesday, October 27, 2021 11:02 AM
To: MavsEveryone &lt;mavseveryone@dallasmavs.com&gt;
Subject: Voyager Digital Becomes The Official Cryptocurrency Brokerage Partner of The Dallas Mavericks

TSX: VOYG
OTCQX: VYGVF
Borse Frankfurt: UCD2

NEWS RELEASE

**VOYAGER DIGITAL BECOMES THE OFFICIAL CRYPTOCURRENCY BROKERAGE PARTNER OF THE DALLAS MAVERICKS**
*Voyager is the first international partner of the Dallas Mavericks, joining forces to make crypto more accessible for all*

CONFIDENTIAL
MAVSCUBAN00013074

**EXHIBIT 77**

NEW YORK, October 27, 2021 - <u>Voyager Digital Ltd.</u> (&quot;Voyager&quot; or the &quot;Company&quot;) (TSX: VOYG; OTCQX: VYGVF; FRA: UCD2), one of the fastest-growing, publicly traded cryptocurrency platforms in the United States, has entered into a five-year exclusive, integrated partnership with the Dallas Mavericks, becoming the team's first cryptocurrency brokerage and international partner. A press conference will be hosted in Dallas today at 4:00 p.m. Central Time to discuss the partnership. To watch, please visit: https://www.mavs.com/voyager/.

Voyager and the Dallas Mavericks will work to make cryptocurrency more accessible through educational and community programs, global activations, and fan engagement promotions. The partnership also includes naming rights to the Mavs Gaming Hub, the official gaming and event venue for the Mavs NBA 2K League team, and will be announced at a later date.

This partnership makes Voyager the first international partner of the Dallas Mavericks, enabling both parties to reach a wider, global audience to raise brand awareness and drive cryptocurrency adoption around the world. In 2019, the NBA granted teams the ability to provide international sponsorship rights, outside the United States and Canada.

&quot;The Mavs are proud to welcome Voyager to the Dallas Mavericks family,&#8221; said Mavs governor Mark Cuban. &quot;Crypto assets and applications are changing how business and personal finance are done. We believe our partnership with Voyager will allow Mavs and NBA fans to learn more about Voyager and how they can earn more from Voyagers' platform than from traditional financial applications.&quot;

&quot;We could not be more excited to partner with the Dallas Mavericks to make crypto more accessible for all,&quot; said Steve Ehrlich, CEO and Co-founder of Voyager. &quot;This partnership gives us the opportunity to educate people all over the world on ways to use crypto in their everyday lives. We want to help people learn alternate ways to grow their wealth to achieve true financial freedom and build intergenerational wealth through crypto. We found a great partner to do this with in the Mavs and their owner, Mark Cuban, who is already deeply involved in the space.&quot;

**About Voyager Digital Ltd.**

Voyager Digital Ltd. (TSX: VOYG; OTCQX: VYGVF; FRA: UCD2) is a fast-growing, publicly traded cryptocurrency platform in the United States founded in 2018 to bring choice, transparency, and cost efficiency to the marketplace. Voyager offers a secure way to trade over 60 different crypto assets using its easy-to-use mobile

CONFIDENTIAL
MAVSCUBAN00013075

application, and earn rewards up to 12 percent annually on more than 30 cryptocurrencies. Through its subsidiary Coinify ApS, Voyager provides crypto payment solutions for both consumers and merchants around the globe. To learn more about the company, please visit https://www.investvoyager.com.

**About The Dallas Mavericks**

The Dallas Mavericks are a first-class global sports and entertainment organization providing memorable experiences for fans worldwide. The Mavs compete in the National Basketball Association as a member of the Western Conference and play at American Airlines Center under the direction of Coach Jason Kidd, General Manager Nico Harrison, CEO Cynt Marshall and Governor Mark Cuban. Since the inaugural season in 1980- 81, the Mavs have won four division titles, two conference championships and one NBA championship in 2011. In addition to on-court success, the Mavs are committed to making a difference in North Texas through community programs and the Mavs Foundation. For more information on Dallas Mavericks players, staff, stats and tickets, visit mavs.com.

*The TSX has not approved or disapproved of the information contained herein.*

SOURCE Voyager Digital Ltd.

**Press Contacts**

**Voyager Digital Ltd.**

Michael Legg
Chief Communications Officer
(212) 547-8807
mlegg@investvoyager.com

Voyager Public Relations Team
pr@investvoyager.com

**Dallas Mavericks**

Erin Finegold White

SVP, Corporate Communications

CONFIDENTIAL MAVSCUBAN00013076

(214) 415-9183

Erin.Finegold@dallasmavs.com

**COLLIN KIM**

**DALLAS MAVERICKS**

CORPORATE COMMUNICATIONS MANAGER

PHONE: (469) 939-4947