Case 1:22-cv-22538-RKA Document 186-1 *SEALED* Entered on FLSD Docket 05/24/2023 Page 1 of 93
Case 1:22-cv-22538-RKA Document 355-21 Filed 09/24/2024 Page 2 of 131
Page 1 of 93

# Exhibit Sealed in its Entirety

# Plaintiffs' Exhibit 85A