Case 1:22-cv-2253-PKA Document 165-22 *SEALED* Filed 06/24/2023 Page 1 of 31
Case 1:22-cv-2253-PKA Document 165-22 *SEALED* on FLSD Docket 06/24/2023 Page 1 of 4
Page 1 of 4

**Exhibit Sealed in its Entirety**

**Plaintiffs' Exhibit 92**