Case 1:22-cv-02435-LLS-SN Document 165-23 *SEALED* Filed 05/24/23 Page 1 of 2
Case 1:22-cv-02435-LLS-SN Document 186-23 Filed 06/30/23 Page 1 of 2
Page 1 of 2

# Plaintiffs' Exhibit 93

## Ryan Mackey

From: Ryan Mackey
Sent: Fri 10/29/2021 5:50 PM (GMT-00:00)
To: Alex Arellano
Cc:
Bcc:
Subject: RE: Congrats


Thanks man!  It was (still is) a legal nightmare getting the contract done.  Still not quite there.


**From:** Alex Arellano <aarellano@aacntr.com>
**Sent:** Wednesday, October 27, 2021 2:43 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Congrats

Ryan,

Congrats on Voyager deal, interesting platform.

Best,
Alex

**EXHIBIT 93**

CONFIDENTIAL                                                                 MAVSCUBAN00008442