Case 1:22-cv-22538-RKA Document 165-24 *SEALED* Entered on FLSD Docket 06/24/2023 Page 1 of 4
Case 1:22-cv-22538-RKA Document 186-254 Filed on FLSD Docket 10/24/2023 Page 10 of 34
Page 1 of 4

# Plaintiffs' Exhibit 150

**Ryan Mackey**

From: Erika Szychowski
Sent: Wed 10/27/2021 7:56 PM (GMT-00:00)
To: Ryan Mackey
Cc:
Bcc:
Subject: Re: [EXT] FW: Voyager



On Wed, Oct 27, 2021 at 1:46 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

Hey Erika-

I made two comments, here was the response:



Cool?
RM

**From:** Ryan Mackey
**Sent:** Wednesday, October 27, 2021 1:29 PM
**To:** Nicole Leach <Nicole.Leach@dallasmavs.com>; Sekou Lewis <Sekou.Lewis@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Subject:** RE: Voyager

EXHIBIT
150

Hey Nicole, I made just a couple comments.  I don't see much else we need to discuss.  Kyle, please check.  Let me know what you think?  Ryan


**From:** Nicole Leach <Nicole.Leach@dallasmavs.com>
**Sent:** Wednesday, October 27, 2021 11:26 AM
**To:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Subject:** RE: Voyager


Ryan – see attached.


 **NICOLE M. LEACH**

VP ASSOCIATE GENERAL COUNSEL
DALLAS MAVERICKS | 1333 N. STEMMONS FWY., SUITE 105 | DALLAS, TX 75207
P: 214.647.8545   E: NICOLE.LEACH@DALLASMAVS.COM


NOTICE: This e-mail and any files transmitted with it may constitute a CONFIDENTIAL or ATTORNEY-CLIENT PRIVILEGED COMMUNICATION.  This e-mail and any files  transmitted with it are intended solely for the use of the individual or entity to whom they are addressed.  If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient,  you are hereby notified that any use, dissemination, forwarding, printing or copying of this e-mail or any files transmitted with it is strictly prohibited.  Please delete this email and all files transmitted with it from your system, and notify the sender  by reply email or by calling (214) 658-7623, so that our address record can be corrected.


**From:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>
**Sent:** Wednesday, October 27, 2021 10:08 AM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Cc:** Nicole Leach <Nicole.Leach@dallasmavs.com>
**Subject:** Voyager

Ryan and Kyle – Mark said it was ok to go forward with the deal.

**SEKOU  LEWIS**

GENERAL COUNSEL
DALLAS MAVERICKS | 1333 N. STEMMONS FWY., SUITE 105 | DALLAS, TX 75207
O: 214.658.7623]  C: 214.500.6138 |F: 214.889.3825

E: SEKOU.LEWIS@DALLASMAVS.COM

NOTICE: This e-mail and any files transmitted with it may constitute a CONFIDENTIAL or ATTORNEY-CLIENT PRIVILEGED COMMUNICATION.  This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed.  If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use,  dissemination, forwarding, printing or copying of this e-mail or any files transmitted with it is strictly prohibited.  Please delete this email and all files transmitted with it from your system, and notify the sender by reply email or by calling (214) 658-7623,  so that our address record can be corrected.

--
Erika E. Szychowski
SVP, Brand Marketing & Partnerships
erika@investvoyager.com
mobile: 917.592.5565