**Exhibit Sealed in its Entirety**

# Plaintiffs' Exhibit 264