Case 1:22-cv-22538-RKA   Document 155-27 *SEALED*   Entered on FLSD Docket 06/09/2023   Page 1 of 522

# Plaintiffs' Exhibit 280

**Kyle Tapply**

From:    Kyle Tapply
Sent:    Wed 9/15/2021 9:33 PM (GMT-00:00)
To:      Kory Nix; Ryan Mackey; Clay Christopher; Billy Phillips
Cc:
Bcc:
Subject: RE: Voyager Crypto

I am too.

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Kory Nix <Kory.Nix@dallasmavs.com>
**Sent:** Wednesday, September 15, 2021 4:26 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Clay Christopher
<Clay.Christopher@dallasmavs.com>; Billy Phillips <Billy.Phillips@dallasmavs.com>; Kyle Tapply
<Kyle.Tapply@dallasmavs.com>
**Subject:** RE: Voyager Crypto

I'm available

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Wednesday, September 15, 2021 4:21 PM
**To:** Clay Christopher <Clay.Christopher@dallasmavs.com>; Billy Phillips <Billy.Phillips@dallasmavs.com>;
Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Cc:** Kory Nix <Kory.Nix@dallasmavs.com>
**Subject:** RE: Voyager Crypto



**From:** Clay Christopher <Clay.Christopher@dallasmavs.com>
**Sent:** Wednesday, September 15, 2021 3:31 PM
**To:** Billy Phillips <Billy.Phillips@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>
**Subject:** RE: Voyager Crypto

Let's get it done! What are next steps?

CONFIDENTIAL

MAVSCUBAN00016450

**EXHIBIT**
4

**Clay Christopher**
Dallas Mavericks | Mavs Gaming
Office: 214.658.7146
Cell: 214.869.5977
1333 N. Stemmons Freeway
Suite #105
Dallas, TX 75207

**From:** Billy Phillips <Billy.Phillips@dallasmavs.com>
**Sent:** Wednesday, September 15, 2021 3:18 PM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Clay Christopher
<Clay.Christopher@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>
**Subject:** Re: Voyager Crypto

You bringing the shortbread biscuit cookies.

Thanks,
Billy Phillips
Dallas Mavericks

On Sep 15, 2021, at 2:57 PM, Kyle Tapply <Kyle.Tapply@dallasmavs.com> wrote:

Looking forward to working with you gentlemen.

<image001.jpg>

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Wednesday, September 15, 2021 2:53 PM
**To:** Clay Christopher <Clay.Christopher@dallasmavs.com>; Kyle Tapply
<Kyle.Tapply@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>
**Cc:** Billy Phillips <Billy.Phillips@dallasmavs.com>
**Subject:** Voyager Crypto

Gents-
In an unprecedented move, I'd like all 3 of you to work on this deal together. It's VERY
hot and likely to close if we can get them what they want. [redacted] and

CONFIDENTIAL

MAVSCUBAN00016451



Please let me know ASAP if you are willing to team up.

RM

Ryan Mackey
Sr. Vice President of Corporate Partnerships
Dallas Mavericks
1333 N Stemmons Frwy #105
Dallas, TX 75207
(214) 658-7132 (o)
(214) 869-5978 (m)
ryan.mackey@dallasmavs.com

CONFIDENTIAL

MAVSCUBAN00016452

**Kyle Tapply**

From:   Kory Nix

Sent:   Wed 9/22/2021 3:14 PM (GMT-00:00)

To:     Kyle Tapply; Billy Phillips

Cc:     Ryan Mackey; Clay Christopher; Patrick Sorensen

Bcc:

Subject: RE: [EXT] RE: Partnership Outline

I feel like this might be one of their best assets, people want to be in an exclusive, networking group with likeminded individuals. I think keeping it clean and simple might be best for name – "Voyager Club"

We will be promoting it with our assets so no need to have Mavs in the name and people will associate crypto with it as Voyager is in the name.

**From:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Sent:** Wednesday, September 22, 2021 9:58 AM
**To:** Billy Phillips <Billy.Phillips@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>; Patrick Sorensen <Patrick.Sorensen@dallasmavs.com>
**Subject:** Re: [EXT] RE: Partnership Outline

That was scary timing. Reading your email and this came in.

CONFIDENTIAL

MAVSCUBAN00005674

**EXHIBIT**

**15**

From: Kyle Tapply
Sent: Mon 11/08/2021 12:58 PM (GMT-00:00)
To: "Mark Cuban" <Mark.Cuban@dallasmavs.com>, "Cynthia Marshall"
    <Cynthia.Marshall@dallasmavs.com>
Cc: "Ryan Mackey" <Ryan.Mackey@dallasmavs.com>, "Billy Phillips"
    <Billy.Phillips@dallasmavs.com>
Bcc:
Subject: Sales Report
Attachments: image00100001.png

Mark,

Below are some notes on my weekly sales report. Please let me know if you have any questions.



**Voyager**
Status: Recap Numbers -Wanted to share some of the recap numbers they provided us from the initial launch. Overall, the first week was a massive success. They said they had over 75K downloads with fans who used "Mavs100" to claim the offer. Over 30K people funded the account to claim the $100 offer and still counting. They said they expected less than 20K Mavs100 redemptions. Overall, they had 175K downloads for the first week. The PR agency mentioned they received over 1 billion impressions on the partnership announcement in addition to the $100K crypto giveaway halfcourt shot. We couldn't have had a better launch and really appreciate everyone's efforts to get the deal done. We're working on creating a best practice/case study to use for partners in the future and will share more later.

CONFIDENTIAL

MAVSCUBAN00006070

EXHIBIT
22

Thanks,

**KYLE TAPPLY**
SENIOR DIRECTOR CORPORATE PARTNERSHIPS
DALLAS MAVERICKS | 1333 N STEMMONS FWY #105 | DALLAS, TX 75207
W: 214.658.7145 | C: 970.396.7725
E: **Kyle.Tapply@dallasmavs.com** | WEB: **Mavs Sponsorship Deck**

CONFIDENTIAL

MAVSCUBAN00006071



TSX: VOYG
OTCQX: VYGVF
Borse Frankfurt: UCD2

**NEWS RELEASE**

## VOYAGER DIGITAL BECOMES THE OFFICIAL CRYPTOCURRENCY BROKERAGE PARTNER OF THE DALLAS MAVERICKS

*Voyager is the first international partner of the Dallas Mavericks, joining forces to make crypto more accessible for all*

NEW YORK, October 27, 2021 - Voyager Digital Ltd. ("Voyager" or the "Company") (TSX: VOYG; OTCQX: VYGVF; FRA: UCD2), one of the fastest-growing, publicly traded cryptocurrency platforms in the United States, has entered into a five-year exclusive, integrated partnership with the Dallas Mavericks, becoming the team's first cryptocurrency brokerage and international partner. A press conference will be hosted in Dallas today at 4:00 p.m. Central Time to discuss the partnership. To watch, please visit: https://www.mavs.com/voyager/.

Voyager and the Dallas Mavericks will work to make cryptocurrency more accessible through educational and community programs, global activations, and fan engagement promotions. The partnership also includes naming rights to the Mavs Gaming Hub, the official gaming and event venue for the Mavs NBA 2K League team, and will be announced at a later date.

This partnership makes Voyager the first international partner of the Dallas Mavericks, enabling both parties to reach a wider, global audience to raise brand awareness and drive cryptocurrency adoption around the world. In 2019, the NBA granted teams the ability to provide international sponsorship rights, outside the United States and Canada.

"The Mavs are proud to welcome Voyager to the Dallas Mavericks family," said Mavs governor Mark Cuban. "Crypto assets and applications are changing how business and personal finance are done. We believe our partnership with Voyager will allow Mavs and NBA fans to learn more about Voyager and how they can earn more from Voyagers' platform than from traditional financial applications."

"We could not be more excited to partner with the Dallas Mavericks to make crypto more accessible for all," said Steve Ehrlich, CEO and Co-founder of Voyager. "This partnership gives us the opportunity to educate people all over the world on ways to use crypto in their everyday lives. We want to help people learn alternate ways to grow their wealth to achieve true financial freedom and build intergenerational wealth through crypto. We found a great partner to do this with in the Mavs and their owner, Mark Cuban, who is already deeply involved in the space."

CONFIDENTIAL

MAVSCUBAN00001486

EXHIBIT
23

**About Voyager Digital Ltd.**
Voyager Digital Ltd. (TSX: VOYG; OTCQX: VYGVF; FRA: UCD2) is a fast-growing, publicly traded cryptocurrency platform in the United States founded in 2018 to bring choice, transparency, and cost efficiency to the marketplace. Voyager offers a secure way to trade over 60 different crypto assets using its easy-to-use mobile application, and earn rewards up to 12 percent annually on more than 30 cryptocurrencies. Through its subsidiary Coinify ApS, Voyager provides crypto payment solutions for both consumers and merchants around the globe. To learn more about the company, please visit https://www.investvoyager.com.

**About The Dallas Mavericks**
The Dallas Mavericks are a first-class global sports and entertainment organization providing memorable experiences for fans worldwide. The Mavs compete in the National Basketball Association as a member of the Western Conference and play at American Airlines Center under the direction of Coach Jason Kidd, General Manager Nico Harrison, CEO Cynt Marshall and Governor Mark Cuban. Since the inaugural season in 1980- 81, the Mavs have won four division titles, two conference championships and one NBA championship in 2011. In addition to on-court success, the Mavs are committed to making a difference in North Texas through community programs and the Mavs Foundation. For more information on Dallas Mavericks players, staff, stats and tickets, visit mavs.com.

*The TSX has not approved or disapproved of the information contained herein.*

SOURCE Voyager Digital Ltd.

**Press Contacts**

**Voyager Digital Ltd.**
Michael Legg
Chief Communications Officer
(212) 547-8807
mlegg@investvoyager.com

Voyager Public Relations Team
pr@investvoyager.com

**Dallas Mavericks**
Erin Finegold White
SVP, Corporate Communications
(214) 415-9183
Erin.Finegold@dallasmavs.com

CONFIDENTIAL

From:       Kyle Tapply
Sent:       Mon 9/20/2021 12:29 PM (GMT-00:00)
To:         "Mark Cuban" <Mark.Cuban@dallasmavs.com>, "Cynthia Marshall"
            <Cynthia.Marshall@dallasmavs.com>
Cc:         "Ryan Mackey" <Ryan.Mackey@dallasmavs.com>, "Billy Phillips"
            <Billy.Phillips@dallasmavs.com>
Bcc:
Subject:    Sales Report
Attachments: image00100001.png

Mark,

Below are some notes on my weekly sales report. Please let me know if you have any questions.



CONFIDENTIAL

**EXHIBIT**
24

## DALLAS MAVS + VOYAGER LAUNCH OUTLINE
### (TENTATIVE AND CONCEPTUAL)
**1. PLANNING AND ALIGNMENT**

**TIMELINE**
October 14th, 2021 Voyager Tour @ Mavs Gaming Hub

October 27, 2021 Launch Event @ Mavs Gaming Hub (details below) Time keeps changing. Maybe 3:30-4 based on players practice schedule.
October 28, 2021 Voyager Game Night @ American Airlines Center

> **Comment [1]:** flexible time here



**Communication Strategy**



> **Comment [2]:** MAVS TEAM- Have we talked to Mike about a content plan? I can talk to him today.

> **Comment [3]:** Yes, we've had some initial conversations with Mike and he outlined a few ideas. We're looking at educational content with Mavs players, working with Brandon, MC will be involved in some capacity. Still finalizing.

<div style="text-align: center">

**EXHIBIT**

**29**

</div>

MAVSCUBAN0001896(



MAVSCUBAN00018961



**Comment [4]:** Deferring to Mavs/Erin.Finegold@dallasmavs.com for more clarity on these

MAVSCUBAN00018962



**Comment [S]:** @Erin.Finegold@dallasmavs.c
om we've put together the below on the media
front. Let us know what you think!
Assigned to erin.finegold@dallasmavs.com_

MEDIA PLAN

MAVSCUBAN00018963





MAVSCUBAN00018965



MAVSCUBAN00018966



**Comment [6]:** @pkramer@investvoyager.com to create / approve presentation; steve to present
Assigned to Pam Kramer

**Comment [7]:** Based on feedback, we think it makes sense to do media first and then Q&A afterward.

**Comment [8]:** @kyle.tapply@dallasmavs.com what are next steps for us to pick this up?
Assigned to Kyle Tapply

**Comment [9]:** We need to confirm the event time/date to see if the players can attend. RM is confirming MC schedule too

MAVSCUBAN00018967

Comment [10]: New Mavs Specs Sheet for same Night Assets.

Comment [11]: @kyle.tapply@dallasmavs.co n can we get a list of all asset needs and specs asp?
Assigned to Kyle Tapply

Comment [12]: @kyle.tapply@dallasmavs.co is there anything that we haven't already rovided other than the print ready files for seat top?

e will have the partnership logo look up to hare soon

here are other tags below we need clairty on hen you can - to get into our creative team Reassigned to Kyle Tapply

Comment [13]: @kyle.tapply@dallasmavs.co n confirmed the amount and we will do without ssurance

bpvramer@investvoyager.com for awareness.
Assigned to Kyle Tapply

Comment [14]: @kyle.tapply@dallasmavs.co n @Spencer.Santora@dallasmavs.com what o we need to provide here?
Assigned to Kyle Tapply

Comment [15]: This will be logo inclusion and LED signage takeover. I do not know if we eed to do an offer or lucky section since veryone is already getting the 100 for 100 ffer.

Comment [16]: @kyle.tapply@dallasmavs.co n @Spencer.Santora@dallasmavs.com what o we need to provide here?
Assigned to Kyle Tapply

Comment [17]: This will be logo inclusion and LED signage takeover. I do not know if we eed to do an offer or lucky section since veryone is already getting the 100 for 100 ffer.

Comment [18]: @kyle.tapply@dallasmavs.co n @Spencer.Santora@dallasmavs.com what o we need to provide here?
Assigned to Kyle Tapply

Comment [19]: This will be logo inclusion and LED signage takeover. I do not know if we eed to do an offer or lucky section since veryone is already getting the 100 for 100

Comment [20]: this covers our needs - I will e Steve, his wife, Pam and myself + I likely ave one person from my team in town to upport the press event

Comment [21]: @mrtknap@gmail.com did ou add this?
Assigned to Marla Kowaiski Knapp

Comment [22]: The media plan is part Mavs nd part us. Stephanie Chen is pulling together

A one-sheeter on Voyager

Comment [23]: Ketchum Social to provide

MAVSCUBAN00018968





MAVSCUBAN00018969



MAVSCUBAN00018970

**Kyle Tapply**

From:     Kyle Tapply
Sent:     Wed 9/15/2021 7:57 PM (GMT-00:00)
To:       Ryan Mackey; Clay Christopher; Kory Nix
Cc:       Billy Phillips
Bcc:
Subject:  RE: Voyager Crypto

Looking forward to working with you gentlemen.



Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Wednesday, September 15, 2021 2:53 PM
**To:** Clay Christopher <Clay.Christopher@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>
**Cc:** Billy Phillips <Billy.Phillips@dallasmavs.com>
**Subject:** Voyager Crypto

EXHIBIT
30

MAVSCUBAN0001645

Gents-

In an unprecedented move, I'd like all 3 of you to work on this deal together.  It's VERY hot and likely to close if we can get them what they want.



Please let me know ASAP if you are willing to team up.

RM


Ryan Mackey
Sr. Vice President of Corporate Partnerships
Dallas Mavericks
1333 N Stemmons Frwy #105
Dallas, TX 75207
(214) 658-7132 (o)
(214) 869-5978 (m)
ryan.mackey@dallasmavs.com

CONFIDENTIAL

## Kyle Tapply

From: Kory Nix
Sent: Wed 9/15/2021 8:45 PM (GMT-00:00)
To: Billy Phillips; Clay Christopher; Kyle Tapply
Cc: Ryan Mackey
Bcc:
Subject: RE: Gronk + VGX—does it get any better?

Yep, looking forward to it, we have all done tons of research in this category to ramp up and learning more everyday so we should be able to activate some cool ideas around the space, pretty exciting.
KN

**From:** Billy Phillips <Billy.Phillips@dallasmavs.com>
**Sent:** Wednesday, September 15, 2021 3:36 PM
**To:** Clay Christopher <Clay.Christopher@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Fwd: Gronk + VGX—does it get any better?

More detailed information coming.
Below is their newsletter I just received.

Thanks,
Billy Phillips
Dallas Mavericks

Begin forwarded message:

> **From:** Voyager <no-reply@investvoyager.com>
> **Date:** September 15, 2021 at 3:27:25 PM CDT
> **To:** Billy Phillips <Billy.Phillips@dallasmavs.com>
> **Subject: Gronk + VGX—does it get any better?**
> **Reply-To:** no-reply@investvoyager.com



Hi billy,

CONFIDENTIAL

EXHIBIT
31

MAVSCUBAN00018517

The Voyager Loyalty Program is unlocking your crypto potential, and VGX is the key.

With 7% staking rewards, crypto back on trades, and more, the new VGX, Voyager's native rewards token, takes your crypto journey to the next level

Why stack VGX? Our latest video has a few reasons.

## Have you met our new best friend? ☐

We're on the same team with NFL superstar and Tampa Bay Buccaneers tight end, Rob Gronkowski, with the endgame of bringing crypto to all. You can read more about this exciting partnership here.

We invited our BFF. Now, it's time for *you* to get your friends into the crypto game with Gronk and Voyager ☐

Click the button below to share your unique referral code with your friends. When they sign up and complete their first trade of $100 or more, you will both receive $25 in Bitcoin.

What are you waiting for? It's time to get in the game.

CONFIDENTIAL

MAVSCUBAN00018516

## Voyager uplisted to the TSX 🗆

In case you missed it, Voyager officially uplisted to the Toronto Stock Exchange (TSX) last week in another big step toward the future of crypto.

You can now find Voyager on the TSX under the stock ticker VOYG. Check with your broker to see if they support the trading of TSX stocks.

Voyager stock is also available Over-the-Counter (OTC) through many US brokerages and can be purchased via the symbol VYGVF.

Thanks,

Team Voyager

MAVSCUBAN00018519



©2021 Voyager Digital, LLC. VOYAGER is a trademark of Voyager IP, LLC, a wholly owned subsidiary of Voyager Digital Ltd. All services provided by Voyager Digital, LLC, a FinCEN registered company. Investments are subject to market risk. 2500 Plaza 5, 25th Floor, Jersey City, NJ 07311. All rights reserved. Terms of Use. Risk Disclosure. Unsubscribe.

Voyager VOYG is listed on the TSX. CANADA: VOYG | US: VYGVF

MAVSCUBAN0001852C

## Ryan Mackey

From:       Ryan Mackey
Sent:       Wed 9/15/2021 10:18 PM (GMT-00:00)
To:         Clay Christopher; Kyle Tapply; Kory Nix
Cc:         Billy Phillips
Bcc:
Subject:    FW: Confidential Partnership
Attachments: Voyager Notes Final Proposal .docx_000.dat; image00001.png

---

Ryan Mackey has shared a OneDrive for Business file with you. To view it, click the link below.

▣  Voyager Notes Final Proposal .docx

..........................................................................................

fyi


**From:** Sarah Musaali &lt;Sarah.Musaali@dallasmavs.com&gt;
**Sent:** Wednesday, September 15, 2021 3:59 PM
**To:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;;; Billy Phillips
&lt;Billy.Phillips@dallasmavs.com&gt;;; Patrick Sorensen
&lt;Patrick.Sorensen@dallasmavs.com&gt;
**Cc:** Lacey Frederick &lt;Lacey.Frederick@dallasmavs.com&gt;
**Subject:** RE: Confidential Partnership

CONFIDENTIAL

EXHIBIT
32

MAVSCUBAN00012330

Application Specific File

CONFIDENTIAL

MAVSCUBAN00012331



CONFIDENTIAL

MAVSCUBAN00012332

## Ryan Mackey

| | |
|---|---|
| From: | Ryan Mackey |
| Sent: | Thu 9/16/2021 10:05 PM (GMT-00:00) |
| To: | Kory Nix; Kyle Tapply; Clay Christopher |
| Cc: | Sarah Musaali; Lacey Frederick; Patrick Sorensen; Billy Phillips |
| Bcc: | |
| Subject: | Voyager |



CONFIDENTIAL

EXHIBIT
33

MAVSCUBAN00012350



CONFIDENTIAL

MAVSCUBAN00012351



Ryan Mackey

Sr. Vice President of Corporate Partnerships

Dallas Mavericks

1333 N Stemmons Frwy #105

Dallas, TX 75207

(214) 658-7132 (o)

(214) 869-5978 (m)

ryan.mackey@dallasmavs.com

MAVSCUBAN00012352

**Kyle Tapply**

| | |
|---|---|
| From: | Clay Christopher |
| Sent: | Fri 9/17/2021 11:55 AM (GMT-00:00) |
| To: | Kyle Tapply; Billy Phillips |
| Cc: | Kory Nix; Ryan Mackey |
| Bcc: | |
| Subject: | RE: [EXT] RE: |

Definitely think it would be good to hop on together prior and I will shift as needed to make the time this morning.

I'm for Ryan running play by play and we can jump in and add color as needed.

Lot's of good ideas, just need to be flushed out.

**Clay Christopher**
Dallas Mavericks | Mavs Gaming
Office: 214.658.7146
Cell: 214.869.5977
1333 N. Stemmons Freeway
Suite #105
Dallas, TX 75207

**From:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Sent:** Friday, September 17, 2021 6:31 AM
**To:** Billy Phillips <Billy.Phillips@dallasmavs.com>
**Cc:** Kory Nix <Kory.Nix@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>
**Subject:** RE: [EXT] RE:

Hey Billy,

This call is to review some of the concepts and ideas so that we can put together a formal proposal. After working on this yesterday, we all felt like we had a lot of great ideas but needed more direction on which ones would make sense to include in the partnership.

We might have enough time to get all of this into digi but I don't think it's absolutely necessary at this point.

Thanks,

Kyle Tapply
Cell: 970-396-7725

EXHIBIT
34

CONFIDENTIAL

MAVSCUBAN00018769

**From:** Billy Phillips <Billy.Phillips@dallasmavs.com>
**Sent:** Friday, September 17, 2021 5:57 AM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Cc:** Kory Nix <Kory.Nix@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>
**Subject:** Re: [EXT] RE:



Thanks,
Billy Phillips
Dallas Mavericks

On Sep 16, 2021, at 11:20 PM, Kyle Tapply <Kyle.Tapply@dallasmavs.com> wrote:

Ok, I moved my 11:30 so that should work for everyone else's schedule. Let me know if you want me to create a calendar invite and send over to Erika and Pam.

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Kory Nix <Kory.Nix@dallasmavs.com>
**Sent:** Thursday, September 16, 2021 11:08 PM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Billy Phillips <Billy.Phillips@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>
**Subject:** RE: [EXT] RE:

MAVSCUBAN00018770

I am actually pretty open all day, I have an unscheduled ███ all and interview call at 4:00 but that is it.

**From:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Sent:** Thursday, September 16, 2021 10:51 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Billy Phillips <Billy.Phillips@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>
**Subject:** RE: [EXT] RE:

Doesn't look like a ton of options for all of us without people moving things or missing. I can try to move my 11:30 with ███████ but looks like KN is out at the same time. I can also try to move my Noon call with ██ but could also have the activation team take that too, KN is also not available. Assume we want to try and work around Pam's (CMO) schedule? If not, all of could be free at 10am if we move our meeting Ryan and Billy.

12:30-1 works for everyone but KN and RM.

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Thursday, September 16, 2021 10:31 PM
**To:** Billy Phillips <Billy.Phillips@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>
**Subject:** Fwd: [EXT] RE:

Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Thursday, September 16, 2021 9:25 PM
**To:** Ryan Mackey
**Cc:** Drew Northfield; Jason Miller; Pam Kramer; Billy Phillips
**Subject:** Re: [EXT] RE:

Thank you for the quick call Ryan, excited to regroup and hear some of the ideas that have you and your team excited. To loop everyone else back in, Ryan shared with me that they have a lot of ideas that potentially bring this to life in different ways and I offered our support to help narrow down what resonates with us so that they can formalize the proposal without having to fully bake out all of the ideas.

CONFIDENTIAL

MAVSCUBAN00018771

Since we all appreciate more options rather than less options, I propose we regroup tomorrow, at one of the following times. Pam and I are both available from 1130-1 Central and if that doesn't work, I am also available: 9-11am and anytime after 330pm - also central.

Looking forward to connecting tomorrow, and excited to hear your collective ideas.

E-

On Thu, Sep 16, 2021 at 5:02 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

Hi Erika & Team-

We're working hard on ideas but we're going to need more time to get them into a proposal format. Would you like to wait for that or shall we send you what we have now to keep things moving along?
Ryan

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Friday, September 10, 2021 3:07 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Drew Northfield <dnorthfield@excelsm.com>; Jason Miller <jmiller@excelsm.com>
**Cc:** Pam Kramer <pkramer@investvoyager.com>
**Subject:**

Hi Team!

Thank you for the time today and for such a great call. @Ryan Mackey Please add your other teammates, as necessary.

Excited to move quickly on creating a mutually beneficial and fully integrated partnership for Voyager + Mavericks that delivers results and is rooted in innovation. In follow-up to our discussion, please find below notes, thought starters and a few questions. Let me know when best to regroup and of course if you have any questions!

CONFIDENTIAL

MAVSCUBAN00018772

Voyager is seeking:



MAVSCUBAN00018773

Again, thank you for the opportunity to jump on a call and move this quickly forward –
should have asked this on the call - what is your facility capacity for the coming season
- are you restricting in any way?

Is there someone on the team that can educate us / recap for us the results of any
activations you have already implemented with/for your bitpay partnership and
Dogecoin?

have a great weekend.

--

Erika E. Szychowski

SVP, Brand Marketing & Partnerships

erika@investvoyager.com

mobile: 917.592.5565

--
Erika
SVP, Brand Marketing & Partnerships

CONFIDENTIAL

MAVSCUBAN00018774

**Ryan Mackey**

From: Kory Nix
Sent: Fri 9/17/2021 12:20 PM (GMT-00:00)
To: Clay Christopher; Kyle Tapply; Billy Phillips
Cc: Ryan Mackey
Bcc:
Subject: RE: [EXT] RE:

Yep, with the speed in which this deal is moving, it will take a level of trust on both sides that we will deliver value and provide what they are looking for and having the relationship with Excel helps, we will have over 100+ years of experience on this call so just need to communicate that they are in great hands with us and MC as their partner.

**From:** Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;
**Sent:** Friday, September 17, 2021 6:56 AM
**To:** Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;; Billy Phillips &lt;Billy.Phillips@dallasmavs.com&gt;
**Cc:** Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;; Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;
**Subject:** RE: [EXT] RE:

Definitely think it would be good to hop on together prior and I will shift as needed to make the time this morning.

I'm for Ryan running play by play and we can jump in and add color as needed.

Lot's of good ideas, just need to be flushed out.

**Clay Christopher**

Dallas Mavericks | Mavs Gaming

Office: 214.658.7146

Cell: 214.869.5977

EXHIBIT
35

CONFIDENTIAL

MAVSCUBAN00012460

1333 N. Stemmons Freeway

Suite #105

Dallas, TX 75207

**From:** Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;
**Sent:** Friday, September 17, 2021 6:31 AM
**To:** Billy Phillips &lt;Billy.Phillips@dallasmavs.com&gt;
**Cc:** Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;; Ryan Mackey
&lt;Ryan.Mackey@dallasmavs.com&gt;; Clay Christopher
&lt;Clay.Christopher@dallasmavs.com&gt;
**Subject:** RE: [EXT] RE:

Hey Billy,

This call is to review some of the concepts and ideas so that we can put together a formal
proposal. After working on this yesterday, we all felt like we had a lot of great ideas but needed
more direction on which ones would make sense to include in the partnership.

We might have enough time to get all of this into digi but I don't think it's absolutely necessary
at this point.



Thanks,

Kyle Tapply

Cell: 970-396-7725

CONFIDENTIAL

**From:** Billy Phillips &lt;Billy.Phillips@dallasmavs.com&gt;
**Sent:** Friday, September 17, 2021 5:57 AM
**To:** Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;
**Cc:** Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;; Ryan Mackey
&lt;Ryan.Mackey@dallasmavs.com&gt;; Clay Christopher
&lt;Clay.Christopher@dallasmavs.com&gt;
**Subject:** Re: [EXT] RE:

Well I wish I had looked at my phone last night. I would have been in favor of taking the 4pm or later time slot and presenting a half baked digideck then a half baked word document. We could had all hands on deck and everyone work on a page during the day.



Just asking for time to give a quick run through, do we have time for that this morning.

I would suggest if we are all on that Ryan is the host/MC of the show and he passes it off to different people to present that asset they are comfortable with. Unless Ryan you want to present the whole enchilada.

This is the fun part, it will be great, just want a little prep time.

I can be open until 11am, Kyle we would have to reschedule our meeting.


Thanks,

Billy Phillips

Dallas Mavericks

CONFIDENTIAL

MAVSCUBAN00012462

On Sep 16, 2021, at 11:20 PM, Kyle Tapply
&lt;Kyle.Tapply@dallasmavs.com&gt; wrote:

Ok, I moved my 11:30 so that should work for everyone else's schedule. Let me
know if you want me to create a calendar invite and send over to Erika and Pam.

Thanks,

Kyle Tapply

Cell: 970-396-7725

**From:** Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;
**Sent:** Thursday, September 16, 2021 11:08 PM
**To:** Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;; Ryan Mackey
&lt;Ryan.Mackey@dallasmavs.com&gt;; Billy Phillips
&lt;Billy.Phillips@dallasmavs.com&gt;; Clay Christopher
&lt;Clay.Christopher@dallasmavs.com&gt;
**Subject:** RE: [EXT] RE:

I am actually pretty open all day, I have an unschedule ▓▓▓ call and interview
call at 4:00 but that is it.

**From:** Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;
**Sent:** Thursday, September 16, 2021 10:51 PM
**To:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Billy Phillips
&lt;Billy.Phillips@dallasmavs.com&gt;; Kory Nix
&lt;Kory.Nix@dallasmavs.com&gt;; Clay Christopher
&lt;Clay.Christopher@dallasmavs.com&gt;
**Subject:** RE: [EXT] RE:

CONFIDENTIAL

MAVSCUBAN00012463

Doesn't look like a ton of options for all of us without people moving things or missing. I can try to move my 11:30 with ▆▆▆▆ but looks like KN is out at the same time. I can also try to move my Noon call with ▆ but could also have the activation team take that too, KN is also not available. Assume we want to try and work around Pam's (CMO) schedule? If not, all of could be free at 10am if we move our meeting Ryan and Billy.

12:30-1 works for everyone but KN and RM.

Thanks,

Kyle Tapply

Cell: 970-396-7725

**From:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;
**Sent:** Thursday, September 16, 2021 10:31 PM
**To:** Billy Phillips &lt;Billy.Phillips@dallasmavs.com&gt;; Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;; Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;; Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;
**Subject:** Fwd: [EXT] RE:

Ryan Mackey

214-658-7132 (w)

214-869-5978 (m)

CONFIDENTIAL

MAVSCUBAN00012464

**From:** Erika Szychowski &lt;erika@investvoyager.com&gt;
**Sent:** Thursday, September 16, 2021 9:25 PM
**To:** Ryan Mackey
**Cc:** Drew Northfield; Jason Miller; Pam Kramer; Billy Phillips
**Subject:** Re: [EXT] RE:


Thank you for the quick call Ryan, excited to regroup and hear some of the ideas that have you and your team excited. To loop everyone else back in, Ryan shared with me that they have a lot of ideas that potentially bring this to life in different ways and I offered our support to help narrow down what resonates with us so that they can formalize the proposal without having to fully bake out all of the ideas.


Since we all appreciate more options rather than less options, I propose we regroup tomorrow, at one of the following times. Pam and I are both available from 1130-1 Central and if that doesn't work, I am also available: 9-11am and anytime after 330pm - also central.


Looking forward to connecting tomorrow, and excited to hear your collective ideas.


E-




On Thu, Sep 16, 2021 at 5:02 PM Ryan Mackey
&lt;Ryan.Mackey@dallasmavs.com&gt; wrote:

Hi Erika &amp; Team-

We're working hard on ideas but we're going to need more time to get them into a proposal format. Would you like to wait for that or shall we send you what we have now to keep things moving along?
Ryan

CONFIDENTIAL

MAVSCUBAN00012465

**From:** Erika Szychowski &lt;erika@investvoyager.com&gt;
**Sent:** Friday, September 10, 2021 3:07 PM
**To:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Drew Northfield &lt;dnorthfield@excelsm.com&gt;; Jason Miller &lt;jmiller@excelsm.com&gt;
**Cc:** Pam Kramer &lt;pkramer@investvoyager.com&gt;
**Subject:**

Hi Team!

Thank you for the time today and for such a great call. @Ryan Mackey Please add your other teammates, as necessary.

Excited to move quickly on creating a mutually beneficial and fully integrated partnership for Voyager + Mavericks that delivers results and is rooted in innovation. In follow-up to our discussion, please find below notes, thought starters and a few questions. Let me know when best to regroup and of course if you have any questions!

Voyager is seeking:



CONFIDENTIAL

MAVSCUBAN00012466



Again, thank you for the opportunity to jump on a call and move this quickly forward - should have asked this on the call - what is your facility capacity for the coming season - are you restricting in any way?

is there someone on the team that can educate us / recap for us the results of any activations you have already implemented with/for your bitpay partnership and Dogecoin?

have a great weekend.

--

Erika E. Szychowski

MAVSCUBAN00012467

SVP, Brand Marketing &amp; Partnerships

erika@investvoyager.com

mobile: 917.592.5565

--

Erika

SVP, Brand Marketing &amp; Partnerships

CONFIDENTIAL

MAVSCUBAN00012468

## Ryan Mackey

| | |
|---|---|
| From: | Ryan Mackey |
| Sent: | Fri 9/17/2021 4:29 PM (GMT-00:00) |
| To: | erika@investvoyager.com; Billy Phillips; dnorthfield@excelsm.com; Clay Christopher; pkramer@investvoyager.com; Kory Nix; Kyle Tapply; jmiller@excelsm.com; Sarah Musaali |
| Cc: | sehrlich@investvoyager.com |
| Bcc: | |
| Subject: | RE: Mavs + Voyager Connect |
| Attachments: | Voyager & Mavs Asset Summary.pdf |

FYI For our call today


-----Original Appointment-----
**From:** erika@investvoyager.com &lt;erika@investvoyager.com&gt;
**Sent:** Friday, September 17, 2021 8:56 AM
**To:** erika@investvoyager.com; Billy Phillips; dnorthfield@excelsm.com; Clay Christopher; pkramer@investvoyager.com; Kory Nix; Kyle Tapply; jmiller@excelsm.com; Ryan Mackey; Sarah Musaali
**Cc:** sehrlich@investvoyager.com
**Subject:** Mavs + Voyager Connect
**When:** Friday, September 17, 2021 11:30 AM-12:30 PM (UTC-06:00) Central Time (US &amp; Canada).
**Where:**
**Sensitivity:** Private


| | |
|---|---|
| You have been invited to the following event. | |
| **Mavs + Voyager Connect** | |
| When | Fri Sep 17, 2021 11:30am &#8211; 12:30pm Central Time - Chicago |
| Joining info | Join with Google Meet |
| | meet.google.com/txt-focq-dzi |
| | Join by phone |
| | (US) +1 802-348-1309 (PIN: 789810873) |
| | More phone numbers |
| Calendar | ryan.mackey@dallasmavs.com |

EXHIBIT
36

CONFIDENTIAL

| Who | &#8226; | erika@investvoyager.com - organizer |
| | &#8226; | billy.phillips@dallasmavs.com |
| | &#8226; | dnorthfield@excelsm.com |
| | &#8226; | clay.christopher@dallasmavs.com |
| | &#8226; | pkramer@investvoyager.com |
| | &#8226; | kory.nix@dallasmavs.com |
| | &#8226; | kyle.tapply@dallasmavs.com |
| | &#8226; | jmiller@excelsm.com |
| | &#8226; | ryan.mackey@dallasmavs.com |
| | &#8226; | sarah.musaali@dallasmavs.com |
| | &#8226; | sehrlich@investvoyager.com - optional |

**more details &raquo;**

Going (ryan.mackey@dallasmavs.com)?   **Yes** - **Maybe** - **No**   more options &raquo;

Invitation from Google Calendar

You are receiving this courtesy email at the account ryan.mackey@dallasmavs.com because you are an attendee of this event.

To stop receiving future updates for this event, decline this event. Alternatively you can sign up for a Google account at https://calendar.google.com/calendar/ and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.

CONFIDENTIAL

MAVSCUBAN00012367

Dallas Mavericks & Voyager



MAVSCUBAN00012368



CONFIDENTIAL

MAVSCUBAN00012369



MAVSCUBAN00012370



CONFIDENTIAL

MAVSCUBAN00012371

# Kyle Tapply

From: Kyle Tapply
Sent: Tue 9/21/2021 1:11 AM (GMT-00:00)
To: Clay Christopher; Ryan Mackey; Kory Nix
Cc:
Bcc:
Subject: Re: Partnership Outline

Good work Clay. I saw a few edits on the doc you sent earlier. I'll update abs send back.

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Clay Christopher <Clay.Christopher@dallasmavs.com>
**Sent:** Monday, September 20, 2021 8:08:54 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>
**Subject:** RE: Partnership Outline

Is this what you mean?  Probably still needs some work too.  Keep in mind there is a $1M opportunity in place right now to build out any media and marketing support to help drive the programming.

**Clay Christopher**
Dallas Mavericks | Mavs Gaming
Office: 214.658.7146
Cell: 214.869.5977
1333 N. Stemmons Freeway
Suite  #105
Dallas, TX 75207

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Monday, September 20, 2021 7:46 PM
**To:** Clay Christopher <Clay.Christopher@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>
**Subject:** Fwd: Partnership Outline

Can you guys please send a deal sheet?

Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

**From:** Mark Cuban <mcuban@gmail.com>
**Sent:** Monday, September 20, 2021 7:07 PM
**To:** Ryan Mackey

```
EXHIBIT
37
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00005324

**Cc:** Cynthia Marshall; Mark Cuban
**Subject:** Re: Partnership Outline

When we say opportunity for. What are they expecting. They aren't going to expect us to do none of them. And know we won't do all of them

Which are they expecting even if it's not worded as such

On Mon, Sep 20, 2021, 4:35 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

MC/Cynt-
Hope this is easier to read. We are still negotiating with Excel but these are the terms we've come up with thus far. The deal is very ████ in terms of inventory so we have a lot of room to work with. Please let me know how you feel about this as they are ready to move forward once we can agree on final terms.
RM

## EXHIBIT I

### Sponsorship Package



MAVSCUBAN00005325



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00005326



**From:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>
**Sent:** Monday, September 20, 2021 3:16 AM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Mark Cuban <Mark.Cuban@dallasmavs.com>
**Subject:** Re: Partnership Outline

Thanks for the update. A summary would be great. I'll also read this outline.

Cynt

> On Sep 19, 2021, at 9:27 PM, Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:
>
> Mark/Cynt-
> We're now on the doorstep of a deal here with Voyager. We have to negotiate final terms with Excel but we could net around ▮ annually if they add on the International partnership. This doc is pretty lengthy...do you want a high-level summary before we take next steps?
> RM

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00005327

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Sunday, September 19, 2021 9:19 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Steve Ehrlich <sehrlich@investvoyager.com>; Pam Kramer
<pkramer@investvoyager.com>; Jason Miller <jmiller@excelsm.com>; Drew
Northfield <dnorthfield@excelsm.com>
**Subject:** Partnership Outline

Good evening Ryan,

Thank you and your team for the incredibly inclusive and thoughtful work
to move us forward on a partnership.  We reviewed the document of
ideas you shared and truly appreciate  the creativity and time
investment.  As we all agreed, we recognize that to bring this partnership
to life, to the best of its ability, some programs need to be built upon/built
out over the duration of the agreement. Attached is a recommendation
from our  side.

Looking forward to hearing your feedback and excited to work together.

Erika

--
Erika E. Szychowski
SVP, Brand Marketing & Partnerships
erika@investvoyager.com
mobile: 917.592.5565
<VOYAGER + Dallas Mavs.pdf>

MAVSCUBAN00005328

**Ryan Mackey**

| | |
|---|---|
| From: | |
| Sent: | Tue 9/21/2021 3:13 PM (GMT-00:00) |
| To: | Mark Cuban |
| Cc: | Cynthia Marshall; Mark Cuban |
| Bcc: | |
| Subject: | RE: Partnership Outline |
| Attachments: | 12104 - Voyager Digital LLC (5).pdf |

FYI: Attached is our internal deal sheet. We have over ▮▮▮▮▮ built in. Mavs Gaming and Legends would each get ▮▮▮ as part of the deal.

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Monday, September 20, 2021 7:32 PM
**To:** Mark Cuban <mcuban@gmail.com>
**Cc:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>; Mark Cuban <Mark.Cuban@dallasmavs.com>
**Subject:** Re: Partnership Outline

We're going to narrow this down internally. Bandwidth and value to be calculated. We are aware of that.

Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

**From:** Mark Cuban <mcuban@gmail.com>
**Sent:** Monday, September 20, 2021 7:07:24 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>; Mark Cuban <Mark.Cuban@dallasmavs.com>
**Subject:** Re: Partnership Outline

When we say opportunity for. What are they expecting. They aren't going to expect us to do none of them. And know we won't do all of them

Which are they expecting even if it's not worded as such

On Mon, Sep 20, 2021, 4:35 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

MC/Cynt-

Hope this is easier to read. We are still negotiating with Excel but these are the terms we've come up with thus far. The deal is very ▮▮▮▮ in terms of inventory so we have a lot of room to work

**EXHIBIT
38**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

with. Please let me know how you feel about this as they are ready to move forward once we can agree on final terms.

RM



MAVSCUBAN00015016



EXHIBIT II

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00015017

**TERMS AND CONSIDERATION:**



MAVSCUBAN00015018

**From:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>
**Sent:** Monday, September 20, 2021 3:16 AM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Mark Cuban <Mark.Cuban@dallasmavs.com>
**Subject:** Re: Partnership Outline


Thanks for the update. A summary would be great. I'll also read this outline.

Cynt


> On Sep 19, 2021, at 9:27 PM, Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:


Mark/Cynt-

We're now on the doorstep of a deal here with Voyager. We have to negotiate final
terms with Excel but we could net around ▉ annually if they add on the
international partnership. This doc is pretty lengthy...do you want a high-level
summary before we take next steps?
RM



**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Sunday, September 19, 2021 9:19 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Steve Ehrlich <sehrlich@investvoyager.com>; Pam Kramer
<pkramer@investvoyager.com>; Jason Miller <jmiller@excelsm.com>; Drew Northfield
<dnorthfield@excelsm.com>
**Subject:** Partnership Outline


Good evening Ryan,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Thank you and your team for the incredibly inclusive and thoughtful work to move us forward on a partnership. We reviewed the document of ideas you shared and truly appreciate the creativity and time investment. As we all agreed, we recognize that to bring this partnership to life, to the best of its ability, some programs need to be built upon/built out over the duration of the agreement. Attached is a recommendation from our side.

Looking forward to hearing your feedback and excited to work together.


Erika


--

Erika E. Szychowski

SVP, Brand Marketing & Partnerships

erika@investvoyager.com

mobile: 917.592.5565

<VOYAGER + Dallas Mavs.pdf>

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00015020



Legal Information

Sponsor:  Voyager Digital LLC          Deal:   12104

2021-22 Deal Sheet Summary – 2 of 2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    MAVSCUBAN00015022

**Kyle Tapply**

From: Kyle Tapply
Sent: Wed 9/22/2021 3:45 AM (GMT-00:00)
To: Ryan Mackey; Kory Nix; Clay Christopher; Billy Phillips; Patrick Sorensen
Cc:
Bcc:
Subject: RE: [EXT] RE: Partnership Outline

It looks like we already have the language they need to start. We can add this...

- * Official and Exclusive Crypto Brokerage Exchange Partner – likely need to define this further

@Clay, we need to change Mavs Players to Mavs Personnel. I know legal will want that.

@Ryan Mackey – do we need to review this with legal/marketing? I know we're trying to get this expedited so trying to determine how to move this quickly.

Do they want to use Zoom/Google again? Or should we send a Teams invite? Looks like everyone is available at 4:30.


Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Tuesday, September 21, 2021 10:38 PM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>; Billy Phillips <Billy.Phillips@dallasmavs.com>; Patrick Sorensen <Patrick.Sorensen@dallasmavs.com>
**Subject:** Fwd: [EXT] RE: Partnership Outline


Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

**From:** Jason Miller <jmiller@excelsm.com>
**Sent:** Tuesday, September 21, 2021 10:14 PM
**To:** Ryan Mackey
**Cc:** Drew Northfield
**Subject:** Fwd: [EXT] RE: Partnership Outline

I can do 3 or 4:30 for 30 min. Maybe we prep earlier in the day?

**EXHIBIT**

**39**

MAVSCUBAN00005336

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Tuesday, September 21, 2021 8:56:31 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Jason Miller <jmiller@excelsm.com>; Drew Northfield <dnorthfield@excelsm.com>
**Subject:** Re: [EXT] RE: Partnership Outline

**External email**
How exciting, that sounds great!

Im free tomorrow 3-5 - would that window work on your end?

On Tue, Sep 21, 2021 at 7:22 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

Hi Erika, letting you know I believe we're just about ready to move ahead to contract!  How about we
schedule a call to walk through the final deal points and categories? Ryan


Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Monday, September 20, 2021 3:43:47 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Jason Miller <jmiller@excelsm.com>; Drew Northfield <dnorthfield@excelsm.com>
**Subject:** Re: [EXT] RE: Partnership Outline

perfect, I thought so!

On Mon, Sep 20, 2021 at 3:33 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

Yes, we assumed that!  Should have a doc to work from very shortly. Thank you! Ryan


Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Monday, September 20, 2021 2:40:03 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Jason Miller <jmiller@excelsm.com>; Drew Northfield <dnorthfield@excelsm.com>
**Subject:** Re: [EXT] RE: Partnership Outline

good afternoon Ryan,

I just realized that in my note last night, I did not mention that from your pitch, we also want to
ensure we take advantage of the below:

MAVSCUBAN00005337

Partner Status –
IP Rights or Rights to use Marks and Logos
Official and Exclusive Crypto Brokerage Exchange Partner

Partnership Announcement – Dallas Mavericks and Voyager to create a national press announcement highlighting the partnership. Opportunity to work with Mavs and Mark Cuban on additional press coverage via speaking engagements ~~on Crypto~~ and media publications.

^^on the "and", I am confident that we will have mainstream media quite interested in this partnership and would like to leverage Mavs/Mark/Steve to capitalize on the interest.

Thanks!

On Sun, Sep 19, 2021 at 9:19 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

Thank you, Erika!  We're on it!

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Sunday, September 19, 2021 9:19 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Steve Ehrlich <sehrlich@investvoyager.com>; Pam Kramer <pkramer@investvoyager.com>; Jason Miller <jmiller@excelsm.com>; Drew Northfield <dnorthfield@excelsm.com>
**Subject:** Partnership Outline

Good evening Ryan,

Thank you and your team for the incredibly inclusive and thoughtful work to move us forward on a partnership.  We reviewed the document of ideas you shared and truly appreciate the creativity and time investment.  As we all agreed, we recognize that to bring this partnership to life, to the best of its ability, some programs need to be built upon/built out over the duration of the agreement. Attached is a recommendation from our side.

Looking forward to hearing your feedback and excited to work together.

Erika

MAVSCUBAN00005338

--

Erika E. Szychowski

SVP, Brand Marketing & Partnerships

erika@investvoyager.com

mobile: 917.592.5565

--
Erika
SVP, Brand Marketing & Partnerships

--
Erika
SVP, Brand Marketing & Partnerships

--
Erika
SVP, Brand Marketing & Partnerships

CONFIDENTIAL

MAVSCUBAN00005339

**Kyle Tapply**

| | |
|---|---|
| Sent: | Wed 9/22/2021 4:59 PM (GMT-00:00) |
| Subject: | Accepted: Mavs / Voyager Regroup |
| Location: | https://us02web.zoom.us/j/84252638908 |

| | |
|---|---|
| Start: | Wed 9/22/2021 9:00 PM (GMT-00:00) |
| End: | Wed 9/22/2021 9:45 PM (GMT-00:00) |

Organizer:     Kyle Tapply

Required Attendees: Drew Northfield
Optional Attendees:

EXHIBIT
40

MAVSCUBAN00016511

## Kyle Tapply

From:     Kyle Tapply
Sent:     Fri 9/24/2021 2:14 AM (GMT-00:00)
To:       Kory Nix; Clay Christopher; Ryan Mackey
Cc:
Bcc:
Subject:  Re: [EXT] RE: Thank youu



Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Kory Nix <Kory.Nix@dallasmavs.com>
**Sent:** Thursday, September 23, 2021 8:38:00 PM
**To:** Clay Christopher <Clay.Christopher@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>;
Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** RE: [EXT] RE: Thank youu



**From:** Clay Christopher <Clay.Christopher@dallasmavs.com>
**Sent:** Thursday, September 23, 2021 8:22 PM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Kory
Nix <Kory.Nix@dallasmavs.com>
**Subject:** RE: [EXT] RE: Thank youu

**EXHIBIT
41**

CONFIDENTIAL

MAVSCUBAN00006662

**Clay Christopher**
Dallas Mavericks | Mavs Gaming
Office: 214.658.7146
Cell: 214.869.5977
1333 N. Stemmons Freeway
Suite #105
Dallas, TX 75207

**From:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Sent:** Thursday, September 23, 2021 7:57 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Clay
Christopher <Clay.Christopher@dallasmavs.com>
**Subject:** Re: [EXT] RE: Thank youu

I read that as he's only letting voyager be exclusive in the centralized exchange category. That's it.

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Thursday, September 23, 2021 7:44 PM
**To:** Kory Nix; Kyle Tapply; Clay Christopher
**Subject:** Fwd: [EXT] RE: Thank youu

Translation?

Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

**From:** Mark Cuban <mcuban@gmail.com>
**Sent:** Thursday, September 23, 2021 5:34 PM
**To:** Ryan Mackey
**Cc:** Mark Cuban; Cynthia Marshall
**Subject:** Re: FW: [EXT] RE: Thank youu

We won't do business with any other centralized exchange

CONFIDENTIAL

They can provide us a list of competitors

That's the limitation

On Thu, Sep 23, 2021, 3:29 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

Hey Mark-
Voyager took a shot at clarifying the categories. They would like us to run new opportunities by
them/Steve as they arise to see if they can either assist us, spend more, or step aside if we want to do
things that don't apply to their category or they simply can't do. The protected list is mostly about
restricting promotion/advertising partnerships with competitors, not restricting our ability to enter into
business agreements or transactions with others. But let me know if you are still concerned about
moving forward and maybe we can get Steve on the phone.
Ryan

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Thursday, September 23, 2021 3:04 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Re: [EXT] RE: Thank youu

Ryan, we would ask for a heads up so we could do what we need to to do. See below
recommendation.



MAVSCUBAN00006664



On Thu, Sep 23, 2021 at 10:15 AM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

Thanks Erika! I think we'll have Spencer from our team handling this but will confirm and put you in touch.

Also, can you please send the exclusivity stuff we talked about? I ran all of this by Mark and he still has some questions. I just want to be sure he's good with it as he and Steve discussed a few things we were not privy to.

Thanks!

Ryan

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Thursday, September 23, 2021 10:12 AM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Thank youu

Appreciate you and your team's work to bring us to this point, we are incredibly excited to be your partner!

Looking forward to receiving the draft agreement as well as next steps on PR and Mkt.

I also have a fun idea to activate your team, help them accelerate their crypto learning that I'd love to run by you - it's a small idea to support internal excitement around the partnership. NO rush of course.

Have a great day.

--

MAVSCUBAN00006665

Erika E. Szychowski
SVP, Brand Marketing & Partnerships
erika@investvoyager.com
mobile: 917.592.5565

--
Erika
SVP, Brand Marketing & Partnerships

--
Erika
SVP, Brand Marketing & Partnerships

--
Erika
SVP, Brand Marketing & Partnerships

CONFIDENTIAL

**Ryan Mackey**

| | |
|---|---|
| From: | Erika Szychowski |
| Sent: | Wed 10/06/2021 10:30 PM (GMT-00:00) |
| To: | Ryan Mackey; Spencer Santora; Erin Finegold White; Ashley Movshovich (Ketchum); Stephanie Chen; Summer Sinnett (Ketchum); patrick.wixted@ketchum.com; Patrick Sorensen; Kyle Tapply; Kory Nix; Conor Febos (Access); Collin Kim; Clay Christopher; Bonnie Pena |
| Cc: | Pam Kramer |
| Bcc: | |
| Subject: Re: Employee Education / Mavs / PR Launch | |

Please find attached the deck that was presented at the Players Symposium we referenced yesterday - we would use this for it's building blocks to create the educational components for both Mavericks employees as well as Media (2 separate presentations with similar components)

Please note we have quite a few changes we would make - but again, this is simply an example.

ex: We would change the offer for your employees and remove offers for media day
Ex: we would add a slide on VGX and a few slides on NFTs
etcs

 **Players Symposium Voyager v9.pdf**

Let me know if you have questions
Erika

On Wed, Oct 6, 2021 at 12:37 PM Erika Szychowski <erika@investvoyager.com> wrote:
Thank you all for the time yesterday!

We are thrilled to be moving towards our official announcement of this partnership, and aligned on the date of October 27, pending Mark's availability.
@Erin Finegold White Please let us know if there are any outstanding components from the Voyager side that you need for your one-sheeter.

- * Oct 27, Time?
- * Location: Mavs Gaming Hub, Dallas
- * Event to include a crypto-finance presentation from Voyager (CEO, Steve Ehrlich) and press conference with both Steve and Mark.

@Pam Kramer to provide an example of presentation from NFL players association as well as Video

CONFIDENTIAL

EXHIBIT
42

MAVSCUBAN00010268

It was agreed that a press release will be initiated via Ketchum and mutually edited. Ketchum will also work with Erin to secure national pubs and a recommendation on an exclusive. Also confirmed we can remote in national press.

Ketchum - please keep note of any media that would like to attend the game the following day (28th) so that the Mavs can support hosting.

Voyager would like to produce a video for usage at the Event (kick off / hype) as well as after the event on our social media channels. I believe @Spencer Santora is working towards either delivering b-roll, styleguide and logo or solutions on having this created on the Mavs side. Please note we would like to get this in motion asap.

Ahead of the above event, Voyager to educate Mavs organization. To prepare for this, @Spencer Santora please advise

- * headcount
- * date
- * location

We would like to make this a fun and interactive experience – as mentioned in our secondary discussion yesterday, Voyager would like to support creating co-branded merch to celebrate for both of our organizations and we would like to offer a crypto contest for your employees to be incentivized to learn more about Voyager and truly engage in the App. Winning: 10k (broken up however you want).

Thanks All!

p.s. related, but not directly - @Ryan Mackey / @Spencer Santora please advise if there is anything Voyager can do pre-game or in-game on the 28th to celebrate so that we can create corresponding assets quickly.

--
Erika E. Szychowski
SVP, Brand Marketing & Partnerships
erika@investvoyager.com
mobile: 917.592.5565


--
Erika
SVP, Brand Marketing & Partnerships

CONFIDENTIAL

MAVSCUBAN00010269

**Kyle Tapply**

From:      Kory Nix
Sent:      Thu 10/07/2021 1:35 PM (GMT-00:00)
To:        Kyle Tapply; Ryan Mackey; Spencer Santora; Billy Phillips; Patrick Sorensen; Clay Christopher
Cc:
Bcc:
Subject: [No Subject]

EXHIBIT
43

MAVSCUBAN00018335

## Kyle Tapply

| From: | Kyle Tapply |
|---|---|
| Sent: | Wed 10/13/2021 12:21 PM (GMT-00:00) |
| To: | Erin Finegold White; Collin Kim; Bonnie Pena |
| Cc: | Ryan Mackey; Spencer Santora; Billy Phillips; Kory Nix; Clay Christopher |
| Bcc: | |
| Subject: | FW: [EXT] Mavs PR Plan |
| Attachments: | Re [EXT] VoyagerMavs Announcement_000.msg |

Hi Erin and Collin,

Hope you are well. I wanted to share some updates from Voyager regarding the launch and press. Hopefully the google doc is helping track and streamline all of this information.

1. I&#8217;ve also added another e-mail with another request/update.
2. I believe Ryan is making the ask to Mark about the media interview with Steve.
3. They want to look at doing the educational event after the launch and will look at another time to come back to Dallas to host that program. Really excited about that opportunity.
4. Launch Video : Initial concepts from Infinite are here. We&#8217;re looking to roll out with the Drumline video. We think it is the easiest to execute as Voyager wanted to stay away from the last two for several reasons. Infinite will have storyboard concepts and scripts to provide us soon.

https://docs.google.com/presentation/d/1BnZ-jqu4ENY2Dpg423By3KlNvmWMCSqK9p7upPPe4ck/edit#slide=id.gd3361b0c4e_0_720

We can discuss all of this on the call today. Once again, thanks for your help in getting this launched.

Thanks,

EXHIBIT
44

MAVSCUBAN00015331

Kyle Tapply

Cell: 970-396-7725

**From:** Erika Szychowski &lt;erika@investvoyager.com&gt;
**Sent:** Wednesday, October 13, 2021 1:25 AM
**To:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Kyle Tapply
&lt;Kyle.Tapply@dallasmavs.com&gt;; Erin Finegold White
&lt;Erin.Finegold@dallasmavs.com&gt;; Ashley Movshovich (Ketchum)
&lt;ashley.movshovich@ketchum.com&gt;; Patrick Wixted (Ketchum)
&lt;patrick.wixted@ketchum.com&gt;; Summer Sinnett (Ketchum)
&lt;summer.sinnett@ketchum.com&gt;; Conor Febos (Access)
&lt;conorf@accesstheagency.com&gt;; Stephanie Chen &lt;schen@investvoyager.com&gt;;
Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;; Billy Phillips
&lt;Billy.Phillips@dallasmavs.com&gt;; Clay Christopher
&lt;Clay.Christopher@dallasmavs.com&gt;
**Subject:** Fwd: [EXT] Mavs PR Plan

HI team, please see below --- wanted to share directly as this has not been incorporated into the master document just yet - but is further along w/ talking points.  Draft press release is also in motion.

---------- Forwarded message ---------
From: **Ashley Movshovich (Ketchum)** &lt;ashley.movshovich@ketchum.com&gt;
Date: Mon, Oct 11, 2021 at 5:58 PM
Subject: [EXT] Mavs PR Plan
To: Erika Szychowski &lt;erika@investvoyager.com&gt;, Pam Kramer
&lt;pkramer@investvoyager.com&gt;
Cc: Stephanie Chen &lt;schen@investvoyager.com&gt;, Conor Febos (Access)
&lt;conorf@accesstheagency.com&gt;, Patrick Wixted (Ketchum)
&lt;patrick.wixted@ketchum.com&gt;, Summer Sinnett (Ketchum)
&lt;summer.sinnett@ketchum.com&gt;

Hi Pam and Erika &#8211; sharing our media plan for the Mavericks announcement. You can find it here. Incorporated are our edits to the messaging, for PR purposes. We utilized the Q&amp;A to flush these out and made tweaks for media use. We still need a few points clarified, but know that you&#8217;re still finalizing the details of the partnership as well. Wanted to share them with you first before inputting them in the document.

CONFIDENTIAL

MAVSCUBAN00015332

A few things to call out:

1. We need to start outreach ASAP given we are inviting media to travel to Dallas. Also, want to ensure we have enough time to pitch the first-run story and schedule the interview with Mark/Steve.
2. We need to be prepared that reporters will likely not want to travel to Dallas given the pandemic and nature of the news. Many may feel there isn't a need to travel for it, especially if they can view it virtually.
3. We need to confirm with the Mavs PR team what media they are owning. We are happy to own sports but it might make more sense for them to own, and us to focus on tech and crypto. We do want to own CNBC however.
4. Since we're not sharing the deal size (which media will want to know and drives coverage if it's large), let's be sure to lean into:
   1. Cuban's investment with crypto and Voyager (especially the why he's interested in Voyager)
   2. Continue the thread of Voyager making strides in the sports industry
   3. The sports industry further backing crypto

Let us know if you have any questions.

Ash

---

Ashley Movshovich

Vice President, Technology

O  +1 415 398 5766

M  +1 203 216 1167

**Ketchum**

empathy + intelligence

*A global communications consultancy built to create impact*

CONFIDENTIAL

MAVSCUBAN00015333

This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution, or copying of this email or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this email in error, please notify the sender immediately.

--

Erika

SVP, Brand Marketing &amp; Partnerships

CONFIDENTIAL

MAVSCUBAN00015334

# Kyle Tapply

From:     Erika Szychowski
Sent:     Wed 10/13/2021 12:03 AM (GMT-00:00)
To:       Ashley Movshovich (Ketchum); Kyle Tapply; Ryan Mackey
Cc:       Erin Finegold White; Pam Kramer; Patrick Wixted (Ketchum); Summer Sinnett (Ketchum)
Bcc:
Subject:  Re: [EXT] Voyager/Mavs Announcement

Thanks team, adding in @kyle.tapply@dallasmavs.com and @Ryan Mackey for awareness.

On Tue, Oct 12, 2021 at 6:37 PM Ashley Movshovich (Ketchum)
<ashley.movshovich@ketchum.com> wrote:

Hi Erin – hope all is well!

Wanted to share our PR media plan we created for the Voyager/Mavs announcement (we also
copied it into the main Mavs doc we are all working in). We need to align on the final
messaging, as well as outreach plan. Since we're inviting media to the press conference, we'd
like  to send invites ASAP to see if folks are interested (on our end).

A few questions still pending:

- *   Is Mark confirmed for a media interview ahead of the press conference (CNBC,
  Jabari)? If so, how much time can we get (don't need more than 15-20 mins) and what
  days?
- *   Will your team own all sports and local media? If so, we can in turn own tech and
  crypto.

Would love to find time this week to sync. Let me know what works.

Thanks!

Ash

---

MAVSCUBAN00015335



Ashley Movshovich

Vice President, Technology


O  +1 415 398 5766

M  +1 203 216 1167


**Ketchum**

empathy + intelligence

*A global communications consultancy built to create* *impact*


This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution, or copying of this email or the information herein  by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this email in error, please notify the sender immediately.


--
Erika
SVP, Brand Marketing & Partnerships

CONFIDENTIAL

MAVSCUBAN00015336

## Kyle Tapply

From:     Marla Knapp
Sent:     Thu 10/14/2021 1:23 AM (GMT-00:00)
To:       Kyle Tapply
Cc:       Spencer Santora
Bcc:
Subject:  Re: [EXT] FW: Mark usage guidelines

Wonderful!  Thank you, Kyle!

I will review with the creative team and follow up if we have any questions.

We will mock up a composite logo for your team's approval and send it via email in the coming days.

Have a great evening and thank you for responding so quickly.

Best,
Marla

On Wed, Oct 13, 2021 at 5:50 PM Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt; wrote:

Hey Marla,

See attached for the brand guidelines. Let us know if you have any questions.

Thanks,

Kyle Tapply

Cell: 970-396-7725

**From:** Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;
**Sent:** Friday, October 8, 2021 9:25 AM
**To:** Erika Szychowski &lt;erika@investvoyager.com&gt;; Kyle Tapply
&lt;Kyle.Tapply@dallasmavs.com&gt;; Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;
**Subject:** RE: Mark usage guidelines

Hi Erika,

Here are our brand guidelines and current logos. Yes, you can use "Proud Partner of the Dallas Mavericks", we prefer that designation centered under the logo lock up. I have attached an example of a Dr Pepper piece from last season with their designation under the lock up.

MAVSCUBAN00015337

We have three different versions of our logo:

- CMYK for print
- RGB for digital and screens
- PMS is normally used for t-shirts and other physical items

Let me know if you have any questions.

## Spencer Santora

Sponsorship Activation Manager

Dallas Mavericks | 1333 N Stemmons FWY #105 | Dallas, TX 75207

C: (817) 939-4334 | O: (214) 658-7144

**From:** Erika Szychowski &lt;erika@investvoyager.com&gt;
**Sent:** Friday, October 8, 2021 8:50 AM
**To:** Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;; Ryan Mackey
&lt;Ryan.Mackey@dallasmavs.com&gt;; Spencer Santora
&lt;Spencer.Santora@dallasmavs.com&gt;
**Subject:** Mark usage guidelines

Could you kindly supply your logo usage guidelines for our team?  We are working on better
understanding what we can and can't do with our mutual marks

Voyager, proud partner of

Dallas Mavericks?

Is that allowed in a lock - up / logo treatment?

--

Erika E. Szychowski

SVP, Brand Marketing &amp; Partnerships

erika@investvoyager.com

mobile: 917.592.5565

CONFIDENTIAL

MAVSCUBAN00015338

## Kyle Tapply

From:     Ryan Mackey
Sent:     Thu 10/14/2021 6:49 PM (GMT-00:00)
To:       Kyle Tapply
Cc:
Bcc:
Subject:  RE: FW: Timeline for Mark

Is this the recorded segment Voyager asked about? If so, couldn't we dictate what they ask in the interview and what gets released?

**From:** Erin Finegold White &lt;Erin.Finegold@dallasmavs.com&gt;
**Sent:** Thursday, October 14, 2021 1:09 PM
**To:** Mark Cuban &lt;mcuban@gmail.com&gt;
**Cc:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Kyle Tapply
&lt;Kyle.Tapply@dallasmavs.com&gt;; Cynthia Marshall
&lt;Cynthia.Marshall@dallasmavs.com&gt;; dawn knox
&lt;dawn.knox@markcubancompanies.com&gt;
**Subject:** Re: FW: Timeline for Mark

Understood. Thanks so much!

**ERIN FINEGOLD WHITE**

**SVP CORP. COMMS, CONTENT &amp; EVENTS**

**DALLAS MAVERICKS**

**CELL:** (214) 415-9183

**From:** Mark Cuban &lt;mcuban@gmail.com&gt;
**Date:** Thursday, October 14, 2021 at 1:07 PM
**To:** Erin Finegold White &lt;Erin.Finegold@dallasmavs.com&gt;

MAVSCUBAN00015339

**Cc:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;, Kyle Tapply
&lt;Kyle.Tapply@dallasmavs.com&gt;, Cynthia Marshall
&lt;Cynthia.Marshall@dallasmavs.com&gt;, dawn knox
&lt;dawn.knox@markcubancompanies.com&gt;
**Subject:** Re: FW: Timeline for Mark

No. THey will ask me one question on voyager and all other questions will be non voyager. They
just use this as an excuse to get me on

On Thu, Oct 14, 2021 at 12:42 PM Erin Finegold White
&lt;Erin.Finegold@dallasmavs.com&gt; wrote:

Hey Mark,

The team from Voyager is wondering if you would do an exclusive with Jabari Young (CNBC)
ahead of the press conference on the 27th.  Would you available for a 10-15 min interview?

Thanks so much,

Erin


**ERIN FINEGOLD WHITE**

**SVP CORP. COMMS, CONTENT &amp; EVENTS**

**DALLAS MAVERICKS**

**CELL:** (214) 415-9183


Begin forwarded message:

> **From:** Mark Cuban &lt;mcuban@gmail.com&gt;
> **Date:** October 13, 2021 at 10:08:29 PM CDT
> **To:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;, dawn knox
> &lt;dawn.knox@markcubancompanies.com&gt;
> **Cc:** Mark Cuban &lt;mark.cuban@dallasmavs.com&gt;, Cynthia Marshall
> &lt;Cynthia.Marshall@dallasmavs.com&gt;

CONFIDENTIAL

MAVSCUBAN00015340

**Subject: Re: FW: Timeline for Mark**
**Reply-To:** mcuban@gmail.com


Sure


On Wed, Oct 13, 2021, 10:06 PM Ryan Mackey
&lt;Ryan.Mackey@dallasmavs.com&gt; wrote:

Mark/Cynt-

Are you able/willing to participate in this launch event/press conference with
Steve from Voyager on the 27th?  Time frame is currently 1:30-2:30 but could
change slightly.  Hoping you both can be there for this as it's very important to
Voyager.

Ryan


**From:** Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;
**Sent:** Wednesday, October 13, 2021 9:33 PM
**To:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Erin Finegold
White &lt;Erin.Finegold@dallasmavs.com&gt;
**Subject:** Re: Timeline for Mark


We were trying to make it closer to lunch but we can do whenever he's
available. The players have an afternoon practice and we were trying to give
them enough time to get over from practice if they can attend. The time slot is
flexible.


Thanks,


Kyle Tapply

Cell: 970-396-7725

CONFIDENTIAL

MAVSCUBAN00015341

---

**From:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;
**Sent:** Wednesday, October 13, 2021 9:27 PM
**To:** Erin Finegold White; Kyle Tapply
**Subject:** Timeline for Mark

Erin/Kyle, is this 1:30-2:30pm now the time for the press conference? I know we talked about 2-4pm timeframe…what time does Mark need to arrive?

1. October 27, 2021: Launch Event with Mark and Steve

    1. Location: 2909 Taylor St Dallas TX 75226
    2. Time: Confirming: 1:30 - 2:30 or later? Based on Mark and players
    3. Press Conference
    4. Education Event with Media members

New Direction: Start with the press announcement and then have an education piece for the media ~ 30 minutes. Allows them to understand cryptocurrency and ask the right question to Mark and Steve.

Moderator: TBD

Player Involvement: (Jalen Brunson, Maxi Kleber, Reggie Bullock, Dwight Powell, Frank Ntilikina and Josh Green)

    1. Voyager agrees we can host this after practice to allow Mavs players to attend. Brandon has confirmed which players are interested. Need to confirm if they will accept crypto as payment for the initial event.

***Players will need to be paid. Suggesting that Voyager could help them set up an account and put funds into it to have them start engaging with the platform.

****Need to define asset usage that includes players / Mark / Voyager

    1. Launch $100 / 100 Offer (run for 48 hours)

MAVSCUBAN00015342



Ryan Mackey

Sr. Vice President of Corporate Partnerships

Dallas Mavericks

1333 N Stemmons Frwy #105

Dallas, TX 75207

(214) 658-7132 (o)

CONFIDENTIAL

MAVSCUBAN00015343

(214) 869-5978 (m)

ryan.mackey@dallasmavs.com

--

m



http://www.markcuban.com

My NFTs https://lazy.com/mcuban

Lets Go Mavs !

#MFFL

CONFIDENTIAL

MAVSCUBAN00015344

## Kyle Tapply

From:     Kory Nix
Sent:     Thu 10/21/2021 1:48 AM (GMT-00:00)
To:       Ryan Mackey; Clay Christopher; Kyle Tapply
Cc:
Bcc:
Subject:  RE: Gaming Hub and G League

No response from Becca, here is the outline I started, still ne to build it out more.

Voyager Gaming Assets

MAVSCUBAN00015345



CONFIDENTIAL

MAVSCUBAN00015346



**From:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;
**Sent:** Wednesday, October 20, 2021 8:35 PM
**To:** Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;; Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;; Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;
**Subject:** Fwd: Gaming Hub and G League

FYI

Ryan Mackey

214-658-7132 (w)

214-869-5978 (m)

---

**From:** Erika Szychowski &lt;erika@investvoyager.com&gt;
**Sent:** Wednesday, October 20, 2021 6:30 PM
**To:** Ryan Mackey
**Subject:** Gaming Hub and G League

Were you able to work with your team on getting this inserted into the Exhibit for the agreement? I believe this is the last step of points we have yet to define.

Should have mentioned on our call today!

MAVSCUBAN00015347

--

Erika E. Szychowski

SVP, Brand Marketing &amp; Partnerships

erika@investvoyager.com

mobile: 917.592.5565

CONFIDENTIAL

MAVSCUBAN00015348

# Kyle Tapply

From:      Kyle Tapply
Sent:      Thu 10/21/2021 5:39 PM (GMT-00:00)
To:        Collin Kim; Spencer Santora
Cc:        Clay Christopher; Ashley Gambino; Gavin Mulloy; Erin Finegold White
Bcc:
Subject: RE: Run of Show

Yeah, I don&#8217;t think we have that yet&#8230; I just asked Spencer if he&#8217;s
received it yet.

Thanks,

Kyle Tapply

Cell: 970-396-7725

**From:** Collin Kim &lt;Collin.Kim@dallasmavs.com&gt;
**Sent:** Thursday, October 21, 2021 12:39 PM
**To:** Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;; Spencer Santora
&lt;Spencer.Santora@dallasmavs.com&gt;
**Cc:** Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;; Ashley Gambino
&lt;Ashley.Gambino@dallasmavs.com&gt;; Gavin Mulloy
&lt;Gavin.Mulloy@dallasmavs.com&gt;; Erin Finegold White
&lt;Erin.Finegold@dallasmavs.com&gt;
**Subject:** Re: Run of Show

I checked this doc and didn&#8217;t see anything. Marla said she started another one regarding
ROS, but I guess it wasn&#8217;t shared&#8230;

Just wanted to make sure we aren&#8217;t caught off guard, but I guess we&#8217;ll see what
they have for us in 20 min.

CONFIDENTIAL

MAVSCUBAN00015349

**COLLIN KIM**

**DALLAS MAVERICKS**

CORPORATE COMMUNICATIONS MANAGER

PHONE: (469) 939-4947

**From:** Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;
**Date:** Thursday, October 21, 2021 at 12:35 PM
**To:** Collin Kim &lt;Collin.Kim@dallasmavs.com&gt;, Spencer Santora
&lt;Spencer.Santora@dallasmavs.com&gt;
**Cc:** Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;, Ashley Gambino
&lt;Ashley.Gambino@dallasmavs.com&gt;, Gavin Mulloy
&lt;Gavin.Mulloy@dallasmavs.com&gt;; Erin Finegold White
&lt;Erin.Finegold@dallasmavs.com&gt;
**Subject:** RE: Run of Show

Here is the launch strategy doc. I am not sure if we&#8217;re missing another one?

Thanks,

Kyle Tapply

Cell: 970-396-7725

**From:** Collin Kim &lt;Collin.Kim@dallasmavs.com&gt;
**Sent:** Thursday, October 21, 2021 12:08 PM
**To:** Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;
**Cc:** Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;; Kyle Tapply
&lt;Kyle.Tapply@dallasmavs.com&gt;; Ashley Gambino
&lt;Ashley.Gambino@dallasmavs.com&gt;; Gavin Mulloy

MAVSCUBAN0001535C

&lt;Gavin.Mulloy@dallasmavs.com&gt;; Erin Finegold White
&lt;Erin.Finegold@dallasmavs.com&gt;
**Subject:** Re: Run of Show

Could you please share the google doc Marla is referring to?

We don&#8217;t have too much on our end, just FYI.

**COLLIN KIM**

**DALLAS MAVERICKS**

CORPORATE COMMUNICATIONS MANAGER

PHONE: (469) 939-4947

**From:** Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;
**Date:** Thursday, October 21, 2021 at 12:03 PM
**To:** Collin Kim &lt;Collin.Kim@dallasmavs.com&gt;
**Cc:** Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;, Kyle Tapply
&lt;Kyle.Tapply@dallasmavs.com&gt;
**Subject:** RE: Run of Show

Sounds good. Thank you!

## Spencer Santora

Sponsorship Activation Manager

Dallas Mavericks | 1333 N Stemmons FWY #105 | Dallas, TX 75207

C: (817) 939-4334 | O: (214) 658-7144

CONFIDENTIAL

MAVSCUBAN00015351

**From:** Collin Kim &lt;Collin.Kim@dallasmavs.com&gt;
**Sent:** Thursday, October 21, 2021 11:37 AM
**To:** Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;
**Cc:** Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;; Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;
**Subject:** Re: Run of Show

Spencer &#8211;

I forwarded this meeting to Ash and Erin as they&#8217;re working on ROS.

**COLLIN KIM**

**DALLAS MAVERICKS**

CORPORATE COMMUNICATIONS MANAGER

PHONE: (469) 939-4947

**From:** Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;
**Date:** Thursday, October 21, 2021 at 11:32 AM
**To:** Marla Knapp &lt;mknapp@investvoyager.com&gt;, Collin Kim &lt;Collin.Kim@dallasmavs.com&gt;, Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;, Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;
**Subject:** Run of Show

Hi Marla,

Does this work for you?

MAVSCUBAN00015352

Thanks,

Spencer

---

—

# Microsoft Teams meeting

**Join on your computer or mobile app**

Click here to join the meeting

**Or call in (audio only)**

+1 469-810-0634,,724780638#   United States, Dallas

Phone Conference ID: 724 780 638#

Find a local number | Reset PIN

Learn More | Meeting options

---

—

---

**From:** Marla Knapp &lt;mknapp@investvoyager.com&gt;
**Sent:** Thursday, October 21, 2021 10:39 AM
**To:** Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;
**Subject:** Run of Show

Hi,

Do you by chance have 30 minutes to review the ROS today anytime before 11:45 am PST.  I started a Google doc but would love your input.  Let me know.

Thanks,

CONFIDENTIAL

MAVSCUBAN00015353

Marla

--

Marla K Knapp

Invest Voyager

+1-415-745-5370

mknapp@investvoyager.com

CONFIDENTIAL

MAVSCUBAN00015354

## Kyle Tapply

From:    Marla Knapp (via Google Docs)
Sent:    Fri 10/22/2021 4:54 PM (GMT-00:00)
To:      Kyle Tapply
Cc:      Ashley Gambino; CK; Erin Finegold White
Bcc:
Subject: Document shared with you: "ROS Mavericks and Invest Voyager"



mknapp@investvoyager.com shared a document

mknapp@investvoyager.com has invited you to **edit** the following document:

Hi team
You now have access to the Mavs/Voyager ROS. Please edit/add more information. There is a ton of information I still need to add. I am out of pocket from 10:30-12:45pm. I would like final comments to be completed by EOD on Monday 10/25/21. Thank you.
Best,
Marla

ROS Mavericks and Invest Voyager

Open

If you don't want to receive files from this person, block the sender from Drive

CONFIDENTIAL

MAVSCUBAN00015355

Google LLC, 1600 Amphitheatre Parkway,
Mountain View, CA 94043, USA
You have received this email because
mknapp@investvoyager.com shared a document
with you from Google Docs.

Google Workspace

CONFIDENTIAL

MAVSCUBAN00015356

CONFIDENTIAL

MAVSCUBAN00015357



CONFIDENTIAL

MAVSCUBAN00015356



CONFIDENTIAL

MAVSCUBAN00015359

**From:** Tim McCarthy &lt;tim@theinfiniteagency.com&gt;
**Date:** Thursday, October 21, 2021 at 4:55 PM
**To:** Erika Szychowski &lt;erika@investvoyager.com&gt;
**Cc:** Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;, Billy Phillips
&lt;Billy.Phillips@dallasmavs.com&gt;, Clay Christopher
&lt;Clay.Christopher@dallasmavs.com&gt;, Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;,
Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;, Spencer Santora
&lt;Spencer.Santora@dallasmavs.com&gt;, Val De Fex
&lt;val@theinfiniteagency.com&gt;, Marla Knapp &lt;mknapp@investvoyager.com&gt;,
Karen Brent &lt;kbrent@investvoyager.com&gt;
**Subject:** Re: [EXT] Infinite Agency x Voyager Launch Video

Also, Erika, are there any specific screens or functionality of the app you would like for us to
show off in the video? If so, do you guys have any screenshots or mockups of said
functionality by any chance? Or would you like for us to use the real app with real credits
instead?

On Thu, Oct 21, 2021 at 3:19 PM Tim McCarthy &lt;tim@theinfiniteagency.com&gt; wrote:

Hey Erika! Updated, replaced and attached!

On Thu, Oct 21, 2021 at 2:47 PM Erika Szychowski &lt;erika@investvoyager.com&gt;
wrote:

thanks Kyle - appreciate the quick turn here Tim --- the team is ready to submit to
compliance as soon as file is back

We are also moving quick on the on-court promo language and will keep that moving fast
on our side as well - working with our outside council.

On Thu, Oct 21, 2021 at 2:37 PM Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;
wrote:

No problem on our end. Thanks

Thanks,

Kyle Tapply

Cell: 970-396-7725

---

**From:** Erika Szychowski &lt;erika@investvoyager.com&gt;
**Sent:** Thursday, October 21, 2021 1:36:12 PM
**To:** Tim McCarthy &lt;tim@theinfiniteagency.com&gt;

CONFIDENTIAL

**Cc:** Billy Phillips &lt;Billy.Phillips@dallasmavs.com&gt;; Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;; Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;; Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;; Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;; Val De Fex &lt;val@theinfiniteagency.com&gt;; Marla Knapp &lt;mknapp@investvoyager.com&gt;; Karen Brent &lt;kbrent@investvoyager.com&gt;

**Subject:** Re: [EXT] Infinite Agency x Voyager Launch Video

Hi Tim, thank you for the attached, not sure how I missed hitting send on the draft note below - hopefully it is an easy edit to integrate. As a reminder, we need to get a final over to our legal and compliance teams - and I know you are very busy producing this right now. Is there any chance we could get a final version to share with them today? I AM SO SORRY! Added @marla and @karen to ensure the revised file gets sent to our legal and compliance team.

Would like to change the line; Buy and sell/trade over 60 digital assets to something like - preferring one in red:
A: Making it easy to buy and hold over 60 different cryptocurrencies.
B: Making it easy to buy and hold a wide range of cryptocurrencies.
C: Making it easy to buy and hold over 60 digital assets.

Mavs team - are you ok with this saying official cryptocurrency partner of the Dallas Mavs? it is a shortened version of the official designation and in video likely makes the most sense if you approve?

On Mon, Oct 18, 2021 at 11:02 AM Tim McCarthy &lt;tim@theinfiniteagency.com&gt; wrote:

Hi Erica and team!

Attached is the shoot deck PDF with detailed script and visual references. As we get closer to the shoot this Saturday, we will update the exact schedule/ crew notes as our official pre-pro doc.

For now, let us know if you have any notes/ tweaks to the verbiage. Chat soon!

On Fri, Oct 15, 2021 at 2:46 PM Erika Szychowski &lt;erika@investvoyager.com&gt; wrote:

thanks Tim

On Fri, Oct 15, 2021 at 9:39 AM Tim McCarthy &lt;tim@theinfiniteagency.com&gt; wrote:

CONFIDENTIAL
MAVSCUBAN00015361

Hi Erica! Yes! Now that we have a date locked in, I am regrouping with the team later today on the shoot details, and we will have updated materials for approval by mid morning on Monday. Talk soon!

On Thu, Oct 14, 2021 at 9:32 PM Erika Szychowski
&lt;erika@investvoyager.com&gt; wrote:

Great news all! Thank you. How fun

Tim- do you have an eta for the components we're waiting on? Need to run by compliance on this end.

On Thu, Oct 14, 2021 at 9:11 PM Tim McCarthy &lt;tim@theinfiniteagency.com&gt; wrote:

Amazing. We will lock it in! We'll look to get there to set up/ load in in the morning to start shooting around Noon. In the meantime, we will keep working on the detailed schedule and treatment to send everyone's way on Monday!

Kyle, just to confirm, will we be at the practice facility or practice court in the AAC?

Chat soon and thank you!


--

**TIM McCARTHY**

Creative Director

312.259.7030 | theinfiniteagency.com

On Oct 14, 2021, at 7:42 PM, Kyle Tapply
&lt;Kyle.Tapply@dallasmavs.com&gt; wrote:


Hey Tim -

Few updates:

- Looks like that Saturday will work. They're confirming the number of Drumline can attend. Told them 6-8 just to make sure we can get 6.
- Champ is also confined

MAVSCUBAN00015362

- We can get someone out there to help with the lighting.

Let us know if you have any other questions or needs. I'll confirm numbers soon. We'll need to get a time confined that morning too.

Thanks,

Kyle Tapply

Cell: 970-396-7725

---

**From:** Kyle Tapply
**Sent:** Wednesday, October 13, 2021 11:17:55 AM
**To:** Erika Szychowski &lt;erika@investvoyager.com&gt;; Tim McCarthy &lt;tim@theinfiniteagency.com&gt;
**Cc:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Billy Phillips &lt;Billy.Phillips@dallasmavs.com&gt;; Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;; Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;; Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;; Pam Kramer &lt;pkramer@investvoyager.com&gt;
**Subject:** RE: [EXT] Infinite Agency x Voyager Launch Video

FYI, we're running all of this by the team who helps schedule the drumline/Champ and coordinate the practice court. Hopefully we'll have more answers on this soon if we can get all the right people together for this shoot.

Thanks,

Kyle Tapply

Cell: 970-396-7725

**From:** Erika Szychowski &lt;erika@investvoyager.com&gt;
**Sent:** Wednesday, October 13, 2021 11:15 AM
**To:** Tim McCarthy &lt;tim@theinfiniteagency.com&gt;
**Cc:** Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;; Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Billy Phillips &lt;Billy.Phillips@dallasmavs.com&gt;; Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;; Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;; Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;; Pam Kramer

CONFIDENTIAL

MAVSCUBAN00015363

&lt;pkramer@investvoyager.com&gt;
**Subject:** Re: [EXT] Infinite Agency x Voyager Launch Video

Thank you Tim, so fun - looking forward to the storyboard - sounds odd, but I need to take that and script and run it by our compliance and legal team --- required for all that we do in crypto :)

On Wed, Oct 13, 2021 at 10:18 AM Tim McCarthy &lt;tim@theinfiniteagency.com&gt; wrote:

Hey Erica! Given the tight timeline, we can definitely create a moodboard, provide visual inspiration, a detailed script with action notes and a shot list for you.

Kyle, from a production perspective, we would love to shoot in the practice court at the AAC. Given the edit timeline, the event schedule there, the team schedule, and the fact we will need to get some of the drumline team in (at least 6), would it be wise to shoot the first half of Saturday, October 23rd? We would need the drumline for up to 4 hours, and the space for a little longer than that. It would also be awesome to get a shot or two with Champ showing off the app as well.

If Saturday morn doesn't work, then I think we'll need to shoot in the practice facility either Wednesday or Friday night of next week. In either space, we will want to get the space as dark as possible.

Let me know your thoughts! Chat soon!

On Tue, Oct 12, 2021 at 9:48 PM Erika Szychowski &lt;erika@investvoyager.com&gt; wrote:

Thank you so much everyone - this is going to be great.

Tim, will you also be able to create a storyboard - ?

On Tue, Oct 12, 2021 at 12:47 PM Tim McCarthy &lt;tim@theinfiniteagency.com&gt; wrote:

You got it.

--

**TIM McCARTHY**

CONFIDENTIAL

MAVSCUBAN00015364

Creative Director

312.259.7030 | theinfiniteagency.com

On Oct 12, 2021, at 11:24 AM, Kyle Tapply
&lt;Kyle.Tapply@dallasmavs.com&gt; wrote:


Tim,

While you're doing that, can you please identify
some dates that we can target for the video? We'll
need to coordinate this with our drumline team...
Any interest in having our ManiAACs involved
too? Maybe they could use a scripted dance?

Thanks,

Kyle Tapply

Cell: 970-396-7725

**From:** Tim McCarthy
&lt;tim@theinfiniteagency.com&gt;
**Sent:** Tuesday, October 12, 2021 11:22 AM
**To:** Erika Szychowski
&lt;erika@investvoyager.com&gt;
**Cc:** Kyle Tapply
&lt;Kyle.Tapply@dallasmavs.com&gt;; Ryan
Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;;
Billy Phillips
&lt;Billy.Phillips@dallasmavs.com&gt;; Kory Nix
&lt;Kory.Nix@dallasmavs.com&gt;; Clay
Christopher
&lt;Clay.Christopher@dallasmavs.com&gt;;
Spencer Santora
&lt;Spencer.Santora@dallasmavs.com&gt;; Pam
Kramer &lt;pkramer@investvoyager.com&gt;
**Subject:** Re: [EXT] Infinite Agency x Voyager
Launch Video

Woohoo! Amazing. We're going to make this great.
We'll get started on an official script for this.

--

MAVSCUBAN00015365

**TIM McCARTHY**

Creative Director

312.259.7030 | theinfiniteagency.com

On Oct 11, 2021, at 7:01 PM, Erika
Szychowski
&lt;erika@investvoyager.com&gt;
wrote:

Thank you all so very much for all of
these incredible ideas and quick
turnaround (as well as the video
example you shared on our call).

we would like to pursue the first
concept, for the reasons we all
discussed - is it possible to take that
concept and create a
storyboard?  How can we best assist?

Erika

On Mon, Oct 11, 2021 at 3:28 PM
Kyle Tapply
&lt;Kyle.Tapply@dallasmavs.com&
gt; wrote:

Please see below for the launch
video presentation from Tim at
Infinite Agency.



Let us know if you have any
questions.

Thanks,

CONFIDENTIAL

MAVSCUBAN00015366

&lt;image001.png&gt;

**KYLE TAPPLY**

SENIOR DIRECTOR CORPORATE
PARTNERSHIPS
DALLAS MAVERICKS | 1333 N
STEMMONS FWY #105 | DALLAS. TX
75207
W: 214.658.7145 | C: 970.396.7725

E: Kyle.Tapply@dallasmavs.com
|WEB: Mavs Sponsorship Deck

--

Erika

SVP, Brand Marketing &amp;
Partnerships

--

Erika

SVP, Brand Marketing &amp; Partnerships

--

Error! Filename not specified.

*Tim*
*McCarthy*

CREATIVE DIRECTOR

Error! Filename not specified.

c 312.259.7030
o 469.310.5870 x893

CONFIDENTIAL

theinfiniteagency.com

--

Erika

SVP, Brand Marketing &amp; Partnerships

--

Erika E. Szychowski

SVP, Brand Marketing &amp; Partnerships

erika@investvoyager.com

mobile: 917.592.5565

--

Error! Filename not specified.

**Tim**
*McCarthy*

CREATIVE DIRECTOR

Error! Filename not specified.

c 312.259.7030
o 469.310.5870 x893
theinfiniteagency.com

--

Erika

SVP, Brand Marketing &amp; Partnerships

CONFIDENTIAL

MAVSCUBAN00015368

--

Error! Filename not specified.

*Tim*
*McCarthy*

CREATIVE DIRECTOR

Error! Filename not specified.

c 312.259.7030
o 469.310.5870 x893
theinfiniteagency.com

--

Erika

SVP, Brand Marketing &amp; Partnerships

--

Erika

SVP, Brand Marketing &amp; Partnerships

--

Error! Filename not specified.

*Tim*
*McCarthy*
CREATIVE DIRECTOR

CONFIDENTIAL

MAVSCUBAN00015369

Error! Filename not specified.

C 312.259.7030
O 469.310.5870 x893
theinfiniteagency.com

--

Error! Filename not specified.

*Tim*
*McCarthy*

**CREATIVE DIRECTOR**

Error! Filename not specified.

C 312.259.7030
O 469.310.5870 x893
theinfiniteagency.com

--

*Tim*
*McCarthy*

**CREATIVE DIRECTOR**
C 312.259.7030
O 469.310.5870 x893
theinfiniteagency.com

--

∞ INFINITE

*Tim*
*McCarthy*

**CREATIVE DIRECTOR**

CONFIDENTIAL

MAVSCUBAN00015370

c 312.259.7030
o 469.310.5870 x893
theinfiniteagency.com

--

Erika

SVP, Brand Marketing &amp; Partnerships

--
Erika
SVP, Brand Marketing &amp; Partnerships

CONFIDENTIAL

MAVSCUBAN00015371

| From: | Kyle Tapply |
| Sent: | Mon 10/18/2021 12:38 PM (GMT-00:00) |
| To: | "Mark Cuban" <Mark.Cuban@dallasmavs.com>, "Cynthia Marshall" <Cynthia.Marshall@dallasmavs.com> |
| Cc: | "Ryan Mackey" <Ryan.Mackey@dallasmavs.com>, "Billy Phillips" <Billy.Phillips@dallasmavs.com> |
| Bcc: | |
| Subject: | Sales Report |
| Attachments: | image00100001.png |

Mark,

Below are some notes on my weekly sales report. Please let me know if you have any questions.



**Voyager**
Status: Meeting – Continued partnership launch meetings this past week and working with them on getting the 10/27 press event confirmed with the 10/28 Game Night Sponsorship plans in place. Also working with Brandon/Greg on how we can get the players involved as several of them are pretty interested in the crypto space. We feel that the players would be a great way to help provide educational content throughout the season and have a few of them involved in the 10/27 press conference.



CONFIDENTIAL

EXHIBIT
**45**

MAVSCUBAN00005978

Thanks,

**KYLE TAPPLY**
SENIOR DIRECTOR CORPORATE PARTNERSHIPS
DALLAS MAVERICKS | 1333 N STEMMONS FWY #105 | DALLAS, TX 75207
W: 214.658.7145 | C: 970.396.7725
E: **Kyle.Tapply@dallasmavs.com** |WEB: **Mavs Sponsorship Deck**

CONFIDENTIAL

MAVSCUBAN00005979



MAVSCUBAN00005980

## Kyle Tapply

From:     Kyle Tapply
Sent:     Mon 10/18/2021 11:08 PM (GMT-00:00)
To:       Ryan Mackey
Cc:       Billy Phillips; Clay Christopher; Kory Nix
Bcc:
Subject:  RE: Voyager Press Conference- Player Appearance

Yes, she was OK to pay all the guys who showed up for this one.

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Monday, October 18, 2021 5:36 PM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Cc:** Billy Phillips <Billy.Phillips@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>;
Kory Nix <Kory.Nix@dallasmavs.com>
**Subject:** RE: Voyager Press Conference- Player Appearance

Thanks for handling, Kyle.  Voyager is cool with paying all the guys?

**From:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Sent:** Monday, October 18, 2021 5:23 PM
**To:** Erin Finegold White <Erin.Finegold@dallasmavs.com>; Brandon Barkley
<Brandon.Barkley@dallasmavs.com>
**Cc:** Billy Phillips <Billy.Phillips@dallasmavs.com>; Collin Kim <Collin.Kim@dallasmavs.com>; Kory Nix
<Kory.Nix@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Clay Christopher
<Clay.Christopher@dallasmavs.com>
**Subject:** RE: Voyager Press Conference- Player Appearance

Hey all,

I know this conversation as somewhat morphed into the questions that Brandon sent over Friday so I'll
answer a few of them below.

Hello Kyle,

Could you share all the information you have in terms of the voyager deals for players that was
I can properly make the asks for the upcoming reveal event and content opportunities.

1.  1.  How much will they be paid, and what are the exact payment options?

EXHIBIT
47

MAVSCUBAN00015904



2. 2. What is the exact ask for the event on 10/27/21? The itinerary also if possible.
   * Attend the press conference event and be prepared to chat about crypto with Mark and Steve. We can help with some prepared questions or talking points if they are looking for that information.

3. 3. Where will content from the event live, and how will it be used?
   * Yes, we will have content from the event that can be used for a recap video later on...I don't foresee the press conference questions and Q&A becoming a strong content piece for them to repurpose. They'll want to do that in a better setting down the road with the players

4. 4. Is there a limit on content, event, and any other asks? There are a lot of players interested.
   * This is just the first event; they'll want to host other educational events throughout the season with the players and I am not sure if the player will want to be paid in crypto or if they players will want to be paid in cash like we've done in the past. More to come here.

Let me know please, as the players are asking a ton of follow ups when I discuss it with them. Any additional information you can provide helps!

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Erin Finegold White <Erin.Finegold@dallasmavs.com>
**Sent:** Monday, October 18, 2021 3:50 PM
**To:** Brandon Barkley <Brandon.Barkley@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Cc:** Billy Phillips <Billy.Phillips@dallasmavs.com>; Collin Kim <Collin.Kim@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>
**Subject:** Re: Voyager Press Conference- Player Appearance

Honestly—it will be a HUGE deal if everyone who is interested can come.  What a story that tells...

**ERIN FINEGOLD WHITE**

CONFIDENTIAL

MAVSCUBAN00015905

SVP CORP. COMMS, CONTENT & EVENTS
DALLAS MAVERICKS
CELL: (214) 415-9183

**From:** Brandon Barkley <Brandon.Barkley@dallasmavs.com>
**Date:** Monday, October 18, 2021 at 2:40 PM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Cc:** Billy Phillips <Billy.Phillips@dallasmavs.com>, Erin Finegold White
<Erin.Finegold@dallasmavs.com>, Collin Kim <Collin.Kim@dallasmavs.com>, Kory Nix
<Kory.Nix@dallasmavs.com>, Ryan Mackey <Ryan.Mackey@dallasmavs.com>, Clay Christopher
<Clay.Christopher@dallasmavs.com>
**Subject:** Re: Voyager Press Conference- Player Appearance

Every player is interested to be honest, it may be easier just to let me know who we don't want
there, and how much crypto each guy will get for attending.

Brandon Barkley
Dallas Mavericks
Player Relations Manager
Brandon.Barkley@dallasmavs.com
Ph: 313-244-7373

> On Oct 18, 2021, at 2:22 PM, Kyle Tapply <Kyle.Tapply@dallasmavs.com> wrote:
>
> Yes, Dwight is interested as well. He's on the google doc at least.
>
> Brandon, I owe you some feedback from your email on Friday but was planning to chat
> with this group (minus Erin) tomorrow AM and can have a better outline for you then.
>
> Thanks,
>
> Kyle Tapply
> Cell: 970-396-7725
>
> **From:** Billy Phillips <Billy.Phillips@dallasmavs.com>
> **Sent:** Monday, October 18, 2021 2:20 PM
> **To:** Erin Finegold White <Erin.Finegold@dallasmavs.com>; Brandon Barkley
> <Brandon.Barkley@dallasmavs.com>; Collin Kim <Collin.Kim@dallasmavs.com>
> **Cc:** Kory Nix <Kory.Nix@dallasmavs.com>; Ryan Mackey
> <Ryan.Mackey@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Clay
> Christopher <Clay.Christopher@dallasmavs.com>
> **Subject:** RE: Voyager Press Conference- Player Appearance

CONFIDENTIAL

MAVSCUBAN00015906

Just curious if Dwight Powell had an interest.  There is a Canadian connection, since the first company that Steve Ehrlich co-founded was Voyager Digital Canada, and Voyager is now listed on the Toronto Stock Exchange.

Erin and I confirmed Jalen Brunson for the Press Conference a few minutes ago.  Brandon had him primed.

Thank You,

Billy Phillips
Dallas Mavericks
1333 N. Stemmons Freeway
Dallas, TX  75207
214-658-7127

**From:** Erin Finegold White <Erin.Finegold@dallasmavs.com>
**Sent:** Monday, October 18, 2021 1:33 PM
**To:** Brandon Barkley <Brandon.Barkley@dallasmavs.com>
**Cc:** Kory Nix <Kory.Nix@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Billy Phillips <Billy.Phillips@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Collin Kim <Collin.Kim@dallasmavs.com>
**Subject:** Voyager Press Conference- Player Appearance

Hey Brandon,
Thanks for the chat earlier!

So here's the basic run down—we'd love to have any and all players (5 being the goal—but more are obviously welcome!!!) to come sit in the audience for the Mavs/ Voyager Launch Press Conference and Educational session. The session will begin around 2:30pm on Wednesday the 28th.

Mark will be joined by Steve Ehrlich, CEO of Voyager, to talk about the partnership, but also give an education on cryptocurrency, trading, mining...etc.
We'd love to have the players involved to ask questions of both Mark and Steve, and take part in the educational portion.  We can help by planting questions with each of them—or if they have a general interest, we want them to ask their own questions and participate.
Media will be on site, so this tells the story of "Crypto for All" and that Voyager is big on educating the masses in this space.
I'd love to be able to include the players on the media invitation – so if we could know who would be able to participate by Thurs of next week, I think we'll be in good shape.

DRAFT of the release is below, and please let me know if I can send you anything else.
Thanks so much,
Erin

CONFIDENTIAL

MAVSCUBAN00015907



[[Mavs quote]]

MAVSCUBAN00015908



**ERIN FINEGOLD WHITE**
SR. VICE PRESIDENT, CORPORATE COMMUNICATIONS, CONTENT AND EVENTS
DALLAS MAVERICKS | MAVS GAMING
1333 N. STEMMONS FWY. | STE. 105 | DALLAS, TX 75207
**CELL:** (214) 415-9183

| From: | Ryan Mackey |
|---|---|
| Sent: | Thu 10/21/2021 10:34 PM (GMT-00:00) |
| To: | Drew Northfield |
| Cc: | |
| Bcc: | |
| Subject: | FW: [EXT] Voyager/Mavs Announcement |
| Attachments: | VOYAGER SCRIPT OUTLINE.docx |

FYI

**From:** Erin Finegold White <Erin.Finegold@dallasmavs.com>
**Sent:** Thursday, October 21, 2021 1:53 PM
**To:** Erika Szychowski <erika@investvoyager.com>; Stephanie Chen <schen@investvoyager.com>
**Cc:** Ashley Movshovich (Ketchum) <ashley.movshovich@ketchum.com>; Collin Kim
<Collin.Kim@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Marla Knapp
<mknapp@investvoyager.com>; Patrick Wixted (Ketchum) <patrick.wixted@ketchum.com>; Ryan
Mackey <Ryan.Mackey@dallasmavs.com>; Summer Sinnett (Ketchum)
<summer.sinnett@ketchum.com>; pkramer@investvoyager.com; Spencer Santora
<Spencer.Santora@dallasmavs.com>
**Subject:** Re: [EXT] Voyager/Mavs Announcement

Hey Marla and team-
Thanks for the call earlier.
Here is the outline of a script for the presser. Please edit any and all talking points as needed (especially
any details on the promotion for fans—we'll want Mark to be able to explain it easily)—and we will def
need info on the educational portion and the planted questions for each of the players we have on the
list so far.

Let me know what else you need in the meantime.
Thanks!
Erin

**ERIN FINEGOLD WHITE**
**SVP CORP. COMMS, CONTENT & EVENTS**
**DALLAS MAVERICKS**
**CELL:** (214) 415-9183

**From:** Erika Szychowski <erika@investvoyager.com>
**Date:** Wednesday, October 20, 2021 at 9:19 PM
**To:** Stephanie Chen <schen@investvoyager.com>
**Cc:** Ashley Movshovich (Ketchum) <ashley.movshovich@ketchum.com>, Collin Kim
<Collin.Kim@dallasmavs.com>, Erin Finegold White <Erin.Finegold@dallasmavs.com>, Kyle
Tapply <Kyle.Tapply@dallasmavs.com>, Marla Knapp <mknapp@investvoyager.com>, Patrick
Wixted (Ketchum) <patrick.wixted@ketchum.com>, Ryan Mackey
<Ryan.Mackey@dallasmavs.com>, Summer Sinnett (Ketchum)

EXHIBIT
48

MAVSCUBAN00010330

<summer.sinnett@ketchum.com>, pkramer@investvoyager.com
<pkramer@investvoyager.com>
**Subject:** Re: [EXT] Voyager/Mavs Announcement

No pressure □

On Wed, Oct 20, 2021 at 8:19 PM Stephanie Chen <schen@investvoyager.com> wrote:

Thanks, Erin. Script is still in the works but if you have a generic outline to share, that would be helpful
and we can build off that.

Thanks,
Stepniae

On Wed, Oct 20, 2021 at 8:30 PM Erin Finegold White <Erin.Finegold@dallasmavs.com> wrote:

Yes- we are working on quote and will get approval from Mark.
I think we're also looking for script/ bulleted notes for Mark for the presser. I can draft a generic
outline if that helps- but if you have something in the works- that would be great to be able to pass
along to him.
We cannot start pitching or inviting media until the deal is signed
Thanks much!

Erin Finegold White
214.415.9183
Sent from my iPhone

On Oct 20, 2021, at 7:08 PM, Stephanie Chen <schen@investvoyager.com> wrote:

Confirming that release was shared with Collin @collin.kim@dallasmavs.com and
Erin @erin.finegold@dallasmavs.com. I believe they said they were working on their
quote. The release is still going through some edits.

Thanks,
Stephanie

On Wed, Oct 20, 2021 at 7:44 PM Ashley Movshovich (Ketchum)
<ashley.movshovich@ketchum.com> wrote:

On the Ketchum side, thank you for the media contacts. We will stay away from the
below outlets.

—

MAVSCUBAN00010331

Ashley Movshovich

Vice President

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Wednesday, October 20, 2021 4:28 PM
**To:** Collin Kim <Collin.Kim@dallasmavs.com>; Marla Knapp
<mknapp@investvoyager.com>
**Cc:** Ashley Movshovich (Ketchum) <ashley.movshovich@Ketchum.com>; Summer
Sinnett (Ketchum) <summer.sinnett@Ketchum.com>; pkramer@investvoyager.com;
Patrick Wixted (Ketchum) <patrick.wixted@ketchum.com>; Ryan Mackey
<Ryan.Mackey@dallasmavs.com>; Erin Finegold White
<Erin.Finegold@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>;
Stephanie Chen <schen@investvoyager.com>
**Subject:** Re: [EXT] Voyager/Mavs Announcement

Adding Stepahnie from our side and @Marla Knapp to support moving us all forward.

I believe the press release and talking points were sent to the Mavs for
review, @Stephanie Chen can you confirm ?

@Ryan Mackey what is your stance on outreach timing considering we are awaiting
our final touches on the agreement?

On Wed, Oct 20, 2021 at 3:07 PM Collin Kim <Collin.Kim@dallasmavs.com> wrote:

Team –

Wanted to update everyone on the media outlets the Mavs will focus on for the press
conference.

They include the following:

NBC5

MAVSCUBAN00010332



FOX4

WFAA

CBS11

Univision

Telemundo

Dallas Morning News

Fort Worth Star Telegram

Dallas Business Journal

Sports Business Journal

Texas Monthly

D Magazine

Dallas Observer

ESPN Dallas

The Ticket (radio)

The Fan (radio)

The Eagle (radio)

Bally's SW

SB Nation

Mavs Moneyball

Mavs.com

The Athletic

Apologies if I've missed this, but please let me know when pitch messaging has been finalized so we can start the outreach.

CONFIDENTIAL

MAVSCUBAN00010333

Thank you!


**COLLIN KIM**

**DALLAS MAVERICKS**

CORPORATE COMMUNICATIONS MANAGER

PHONE: (469) 939-4947


**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Tuesday, October 12, 2021 7:04 PM
**To:** Ashley Movshovich (Ketchum) <ashley.movshovich@ketchum.com>; Kyle
Tapply <Kyle.Tapply@dallasmavs.com>; Ryan Mackey
<Ryan.Mackey@dallasmavs.com>
**Cc:** Erin Finegold White <Erin.Finegold@dallasmavs.com>; Pam Kramer
<pkramer@investvoyager.com>; Patrick Wixted (Ketchum)
<patrick.wixted@ketchum.com>; Summer Sinnett (Ketchum)
<summer.sinnett@ketchum.com>
**Subject:** Re: [EXT] Voyager/Mavs Announcement


Thanks team, adding in @kyle.tapply@dallasmavs.com and @Ryan Mackey for
awareness.


On Tue, Oct 12, 2021 at 6:37 PM Ashley Movshovich (Ketchum)
<ashley.movshovich@ketchum.com> wrote:

Hi Erin – hope all is well!


Wanted to share our PR media plan we created for the Voyager/Mavs
announcement (we also copied it into the main Mavs doc we are all working in).
We need to align on the final messaging, as well as outreach plan. Since we're
inviting media to the press conference, we'd like to send invites ASAP to see if folks
are interested (on our end).

MAVSCUBAN00010334

A few questions still pending:

- *   Is Mark confirmed for a media interview ahead of the press conference (CNBC, Jabari)? If so, how much time can we get (don't need more than 15-20 mins) and what days?
- *   Will your team own all sports and local media? If so, we can in turn own tech and crypto.

Would love to find time this week to sync. Let me know what works.

Thanks!

Ash

---

Ashley Movshovich

Vice President, Technology

O +1 415 398 5766

M +1 203 216 1167

**Ketchum**

empathy + intelligence

*A global communications consultancy built to create impact*

This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution, or copying of this email or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this email in error, please notify the sender immediately.

MAVSCUBAN00010335

--

Erika

SVP, Brand Marketing & Partnerships


--

Erika

SVP, Brand Marketing & Partnerships

--
Erika E. Szychowski
SVP, Brand Marketing & Partnerships
erika@investvoyager.com
mobile: 917.592.5565

CONFIDENTIAL

MAVSCUBAN00010336



CONFIDENTIAL

MAVSCUBAN00010337



OPEN UP FOR MEDIA QUESTIONS:

Kyle Tapply

From:
Sent:        Mon 10/25/2021 5:27 PM (GMT-00:00)
To:          Erin Finegold White; Mark Cuban
Cc:          Ryan Mackey; Cynthia Marshall; dawn knox
Bcc:
Subject:     RE: FW: Timeline for Mark- Voyager
Attachments: Mavericks Flyer 5x7 FINAL.pdf

Thanks Erin and Mark,

For the promotional messaging: one of the larger CTA's that we'll be pushing is an Exclusive Offer for Mavs fans only.

- . * Fans who download the app, create an account using Mavs100, deposit $100 and make a trade will get $100 in crypto.
  - o * Offer is only available for the first 48 hours. Starts the time of the press release and ends 10/29.

FYI: This is Voyager's largest offer to date only for our fans.

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Erin Finegold White <Erin.Finegold@dallasmavs.com>
**Sent:** Monday, October 25, 2021 12:06 PM
**To:** Mark Cuban <mcuban@gmail.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>; dawn knox <dawn.knox@markcubancompanies.com>
**Subject:** Re: FW: Timeline for Mark- Voyager

Wonderful, thank you!

**ERIN FINEGOLD WHITE**
**SVP CORP. COMMS, CONTENT & EVENTS**
**DALLAS MAVERICKS**
**CELL:** (214) 415-9183

**From:** Mark Cuban <mcuban@gmail.com>
**Date:** Monday, October 25, 2021 at 12:05 PM
**To:** Erin Finegold White <Erin.Finegold@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>, Kyle Tapply

EXHIBIT
49

CONFIDENTIAL                                      MAVSCUBAN00018031

<Kyle.Tapply@dallasmavs.com>, Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>, dawn knox <dawn.knox@markcubancompanies.com>
**Subject:** Re: FW: Timeline for Mark- Voyager

yes on email interview

here is a quote

The Mavs are proud to welcome Voyager to the Dallas Mavericks family," said Mavs governor Mark Cuban.  CryptoAssets and applications are changing how business and personal finance are done. We believe our partnership with Voyager will allow Mavs and NBA fans to learn more about Voyagers' application and how they can earn more from Voyagers' savings programs than from traditional financial applications'

On Mon, Oct 25, 2021 at 11:49 AM Erin Finegold White <Erin.Finegold@dallasmavs.com> wrote:

Hey Mark,

A couple of things in this email:



Thanks so much!

Erin

## VOYAGER DIGITAL BECOMES THE OFFICIAL CRYPTOCURRENCY BROKERAGE PARTNER OF THE DALLAS MAVERICKS

*Voyager is the first international partner of the Dallas Mavericks and will work with the team to make crypto more accessible for all*

CONFIDENTIAL

MAVSCUBAN00018032



CONFIDENTIAL

MAVSCUBAN00018033



CONFIDENTIAL

MAVSCUBAN00018034



CONFIDENTIAL

MAVSCUBAN00018035



OPEN UP FOR MEDIA QUESTIONS:

ERIN FINEGOLD WHITE

SVP CORP. COMMS, CONTENT & EVENTS

DALLAS MAVERICKS

MAVSCUBAN00018036

CELL: (214) 415-9183

**From:** Mark Cuban <mcuban@gmail.com>
**Date:** Thursday, October 14, 2021 at 1:07 PM
**To:** Erin Finegold White <Erin.Finegold@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>, Kyle Tapply
<Kyle.Tapply@dallasmavs.com>, Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>, dawn
knox <dawn.knox@markcubancompanies.com>
**Subject:** Re: FW: Timeline for Mark

No. THey will ask me one question on voyager and all other questions will be non voyager. They just
use this as an excuse to get me on

On Thu, Oct 14, 2021 at 12:42 PM Erin Finegold White <Erin.Finegold@dallasmavs.com> wrote:

Hey Mark,

The team from Voyager is wondering if you would do an exclusive with Jabari Young (CNBC) ahead of
the press conference on the 27th. Would you available for a 10-15 min interview?

Thanks so much,

Erin

**ERIN FINEGOLD WHITE**

**SVP CORP. COMMS, CONTENT & EVENTS**

**DALLAS MAVERICKS**

**CELL:** (214) 415-9183

Begin forwarded message:

CONFIDENTIAL

**From:** Mark Cuban <mcuban@gmail.com>
**Date:** October 13, 2021 at 10:08:29 PM CDT
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>, dawn knox
<dawn.knox@markcubancompanies.com>
**Cc:** Mark Cuban <mark.cuban@dallasmavs.com>, Cynthia Marshall
<Cynthia.Marshall@dallasmavs.com>
**Subject: Re: FW: Timeline for Mark**
**Reply-To:** mcuban@gmail.com


Sure


On Wed, Oct 13, 2021, 10:06 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com>
wrote:

Mark/Cynt-

Are you able/willing to participate in this launch event/press conference with Steve
from Voyager on the 27th?  Time frame is currently 1:30-2:30 but could change
slightly.  Hoping you both can be there for this as it's very important to Voyager.

Ryan


**From:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Sent:** Wednesday, October 13, 2021 9:33 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Erin Finegold White
<Erin.Finegold@dallasmavs.com>
**Subject:** Re: Timeline for Mark


We were trying to make it closer to lunch but we can do whenever he's available.
The players have an afternoon practice and we were trying to give them enough time
to get over from practice if they can attend. The time slot is flexible.


Thanks,


Kyle Tapply

CONFIDENTIAL

MAVSCUBAN00018038

Cell: 970-396-7725

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Wednesday, October 13, 2021 9:27 PM
**To:** Erin Finegold White; Kyle Tapply
**Subject:** Timeline for Mark

Erin/Kyle, is this 1:30-2:30pm now the time for the press conference?  I know we talked about 2-4pm timeframe...what time does Mark need to arrive?



MAVSCUBAN00018039



Ryan Mackey

Sr. Vice President of Corporate Partnerships

Dallas Mavericks

1333 N Stemmons Frwy #105

Dallas, TX 75207

(214) 658-7132 (o)

(214) 869-5978 (m)

CONFIDENTIAL

MAVSCUBAN00018040


ryan.mackey@dallasmavs.com

--
--
m

http://www.markcuban.com

My NFTs https://lazy.com/mcuban

Lets Go Mavs !

#MFFL

--
m

http://www.markcuban.com
My NFTs https://lazy.com/mcuban
Lets Go Mavs !
#MFFL

CONFIDENTIAL

MAVSCUBAN00018041



CONFIDENTIAL

MAVSCUBAN00018042




MAVSCUBAN00018043

## Kyle Tapply

From:      Kyle Tapply
Sent:      Wed 11/03/2021 4:47 PM (GMT-00:00)
To:        Patrick Sorensen; Ryan Mackey; Billy Phillips; Kory Nix; Clay Christopher; Spencer Santora
Cc:
Bcc:
Subject: [No Subject]

I had an idea for some of the promotions or opportunity fund.



CONFIDENTIAL

**EXHIBIT
50**

MAVSCUBAN00018316

## Kyle Tapply

| | |
|---|---|
| From: | Kyle Tapply |
| Sent: | Thu 11/04/2021 9:44 PM (GMT-00:00) |
| To: | Patrick Sorensen; Ryan Mackey; Billy Phillips; Kory Nix; Clay Christopher; Spencer Santora |
| Cc: | |
| Bcc: | |
| Subject: | [No Subject] |

BTW - Voyager market cap has grown to 2.8B. $800M since the launch is pretty solid

**EXHIBIT
51**

CONFIDENTIAL

MAVSCUBAN00018318

**Ryan Mackey**

| | |
|---|---|
| From: | Spencer Santora |
| Sent: | Wed 11/10/2021 4:38 PM (GMT-00:00) |
| To: | Ryan Rosenbaum; Kyle Tapply; Jonathan Kornblith |
| Cc: | Patrick Sorensen; Ryan Mackey; Clay Christopher; Kory Nix; Billy Phillips |
| Bcc: | |
| Subject: | RE: Voyager In-Game Promos |

Attachments: VOYAGER Fact Sheet.pdf

Hey Ryan,

Here is their fact sheet. We are still building out the assets in this deal, so we do not necessarily have a number right now. We understand inventory is tight, but we wanted to get on a call to discuss any promo or feature opportunities/ideas that could work for them.

## Spencer Santora

Sponsorship Activation Manager

Dallas Mavericks | 1333 N Stemmons FWY #105 | Dallas, TX 75207

C: (817) 939-4334 | O: (214) 658-7144

**From:** Ryan Rosenbaum &lt;Ryan.Rosenbaum@dallasmavs.com&gt;
**Sent:** Wednesday, November 10, 2021 10:11 AM
**To:** Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;; Spencer Santora
&lt;Spencer.Santora@dallasmavs.com&gt;; Jonathan Kornblith
&lt;Jonathan.Kornblith@dallasmavs.com&gt;
**Cc:** Patrick Sorensen &lt;Patrick.Sorensen@dallasmavs.com&gt;; Ryan Mackey
&lt;Ryan.Mackey@dallasmavs.com&gt;; Clay Christopher
&lt;Clay.Christopher@dallasmavs.com&gt;; Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;;
Billy Phillips &lt;Billy.Phillips@dallasmavs.com&gt;
**Subject:** RE: Voyager In-Game Promos

How many? There wasn't a New Partner sheet sent out so we weren't aware they had any other involvement aside from the GNS

**EXHIBIT**

**52**

MAVSCUBAN00013219

Thank you,

**RYAN ROSENBAUM**

DIRECTOR OF GAME PRESENTATION
DALLAS MAVERICKS | 1333 N STEMMONS FWY #105 | DALLAS, TX 75226
P: 214.658.7152 | F: 214.658.7136

E: RYAN.ROSENBAUM@DALLASMAVS.COM

This email may contain material that is PRIVILEGED and CONFIDENTIAL for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;
**Sent:** Wednesday, November 10, 2021 10:06 AM
**To:** Ryan Rosenbaum &lt;Ryan.Rosenbaum@dallasmavs.com&gt;; Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;; Jonathan Kornblith &lt;Jonathan.Kornblith@dallasmavs.com&gt;
**Cc:** Patrick Sorensen &lt;Patrick.Sorensen@dallasmavs.com&gt;; Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;; Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;; Billy Phillips &lt;Billy.Phillips@dallasmavs.com&gt;
**Subject:** RE: Voyager In-Game Promos

We're looking for some new ideas for the timeout promotions or on-court activations. Have a few ideas but wanted to brainstorm with you all on what Voyager can do now that we've already hit the home run with the shooting promotion.

Thanks,

Kyle Tapply

Cell: 970-396-7725

CONFIDENTIAL

**From:** Ryan Rosenbaum &lt;Ryan.Rosenbaum@dallasmavs.com&gt;
**Sent:** Wednesday, November 10, 2021 10:01 AM
**To:** Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;; Kyle Tapply
&lt;Kyle.Tapply@dallasmavs.com&gt;; Jonathan Kornblith
&lt;Jonathan.Kornblith@dallasmavs.com&gt;
**Cc:** Patrick Sorensen &lt;Patrick.Sorensen@dallasmavs.com&gt;; Ryan Mackey
&lt;Ryan.Mackey@dallasmavs.com&gt;; Clay Christopher
&lt;Clay.Christopher@dallasmavs.com&gt;; Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;;
Billy Phillips &lt;Billy.Phillips@dallasmavs.com&gt;
**Subject:** RE: Voyager In-Game Promos

In Game opportunities is pretty broad. What are they looking for?

Thank you,

**RYAN ROSENBAUM**

DIRECTOR OF GAME PRESENTATION
DALLAS MAVERICKS | 1333 N STEMMONS FWY #105 | DALLAS, TX 75226
P: 214.658.7152 | F: 214.658.7136

E: RYAN.ROSENBAUM@DALLASMAVS.COM

This email may contain material that is PRIVILEGED and CONFIDENTIAL for the sole use of the intended
recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly
prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

-----Original Appointment-----
**From:** Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;
**Sent:** Wednesday, November 10, 2021 9:25 AM
**To:** Kyle Tapply; Ryan Rosenbaum; Jonathan Kornblith
**Cc:** Patrick Sorensen; Ryan Mackey; Clay Christopher; Kory Nix; Billy Phillips
**Subject:** Voyager In-Game Promos
**When:** Wednesday, November 10, 2021 3:30 PM-4:00 PM (UTC-06:00) Central Time (US
&amp; Canada).
**Where:** Microsoft Teams Meeting

MAVSCUBAN00013221

Discuss in-game opportunities for Voyager

---

—

# Microsoft Teams meeting

**Join on your computer or mobile app**

Click here to join the meeting

**Or call in (audio only)**

+1 469-810-0634,,497198040#   United States, Dallas

Phone Conference ID: 497 198 040#

Find a local number | Reset PIN

Learn More | Meeting options

---

—

CONFIDENTIAL

MAVSCUBAN00013222

# VOYAGER

## Account Reps

**Account Executive**: Clay Christopher, Kory Nix, Kyle Tapply
**Activation Account Lead**: Spencer Santora

## Contacts *(* - Key Decision*

Erika E. Szychowski, SVP, Brand Marketing & Partnerships *

## About

Voyager is a cryptocurrency exchange that was founded in 2018 by a group of proven entrepreneurs with highly successful backgrounds at companies like E*TRADE, Uber, and Morgan Stanley.

Our goal is to take the complexity out of crypto for the everyday investor, and to bring crypto out of the shadows and into the light. Mantra is **Crypto for All**. We are making it easy for anyone to learn about, invest in, and use crypto.

**Extended Overview Below**

## Agreement

**Current Contract Length:** 5 Years
**Start Season:** 2021-22
**End Season:** 2025-26

## Objectives

Increase Brand Awareness
Cryptocurrency Education
Increase Cryptocurrency Adoption

## Community

Focused on educating people on cryptocurrency and making it more accessible for all.

## Competitors

| | |
|---|---|
| Cash App | Robinhood |
| Coinbase | Binance |
| Celsius | Venmo/Paypal |
| FTX | WeBull |
| Crypto.com | eToro |

## Digital Presence

**Website:** www.investvoyager.com/

**FB/IG/TW Handle:** @investvoyager

## Sponsorship Assets

MAVSCUBAN00013223



## Full Brand Overview

Voyager was founded in 2018 by a group of proven entrepreneurs with highly successful backgrounds at companies like E*TRADE, Uber, and Morgan Stanley.

Our goal is to take the complexity out of crypto for the everyday investor, and to bring crypto out of the shadows and into the light. This started with a simplified app that, from the beginning, allowed investors to seamlessly trade in USD and coins with zero commissions. We have 1.8 million users, a $400mm Revenue Run Rate, a ~$2.5 billion market cap and several hundred million in liquidity to fuel growth.

We offer 64 coins currently and are curating and adding new coins every month--based on quality, liquidity and demand. We are also a leader in paying rewards for holding crypto. Currently, we pay annual % rewards on 30+ coins. For example, we are currently paying 5.75% on BTC, 4.6% on ETH, 9% on USDC, 12% on DOT (on an annual basis).

We are not an exchange like Coinbase or Binance (exchanges are designed for institutions). Instead, we are an agency broker--which means that it is our responsibility to transact in the best interest of our customers. Going forward, our mantra is *Crypto for All*. We are making it easy for anyone to learn about, invest in, and use crypto. We want consumers to be part of the evolution of finance while growing their own financial future.

### *Publicly Traded Company*

Voyager was the first consumer crypto investing platform to go public – we are currently listed on the CSE. Goal is to be on Nasdaq in 2022. We believe transparency is important for crypto investing platform—which is why we decided to go public early on, subjecting ourselves to standard reporting and regulation. Coinbase is the only other public company in the crypto investing space.

### *Voyager / VGX Community*

We have a very loyal and engaged community around our own token, VGX, which has a ~$1 billion market cap. The VGX token pays 7% staking rewards annually, and, based on certain levels of VGX holdings (10k+), token holders can earn a 1% boost on all rewards we pay out. We just completed what we believe is the largest Token Swap/Token Merger in history on the Ethereum blockchain. Recently launched the much-anticipated Voyager Loyalty Program that pays rewards based on the quantity of VGX tokens held in a Voyager account.

### *Recent Acquisitions / Growth Plan*

We just acquired a global payments company, Coinify, that brings us into the merchant/ B2B payments space. This will also will kickstart our European operations, which will begin in 2022. In the fall, we plan to launch a market-leading debit card tied to the USD Coin.

CONFIDENTIAL

MAVSCUBAN00013224

**Ryan Mackey**

| | |
|---|---|
| From: | Mark Cuban |
| Sent: | Mon 11/22/2021 3:09 PM (GMT-00:00) |
| To: | Kyle Tapply |
| Cc: | Billy Phillips; Cynthia Marshall; Mark Cuban; Ryan Mackey |
| Bcc: | |
| Subject: | Re: Sales Report |

And on the stars. I have no interest in getting money for the stars. Zero. None. Double extra zero. I don't want any money going to the aac when it could come to the mavs. Particularly voyager.

Find a way for us to further partner with the mavs. We crushed it for them and a lot of that was because I endorsed it.

I won't approve anything that isn't for the Mavs

On Mon, Nov 22, 2021 at 5:54 AM Kyle Tapply <<u>Kyle.Tapply@dallasmavs.com</u>> wrote:

Mark,

Below are some notes on my weekly sales report. Please let me know if you have any questions.



**EXHIBIT**
**53**

CONFIDENTIAL

MAVSCUBAN00010353



**Voyager**



Thanks,

 **KYLE  TAPPLY**

SENIOR DIRECTOR CORPORATE PARTNERSHIPS
DALLAS MAVERICKS  |  1333 N STEMMONS FWY #105  |  DALLAS, TX 75207
W: 214.658.7145  |  C: 970.396.7725

E: Kyle.Tapply@dallasmavs.com  |WEB: Mavs  Sponsorship Deck

--
Sent from My phone Typos are to be expected Markcuban.com for all my stuff !

MAVSCUBAN00010354

## Ryan Mackey

From: Mark Cuban
Sent: Mon 11/22/2021 3:06 PM (GMT-00:00)
To: Kyle Tapply
Cc: Billy Phillips; Cynthia Marshall; Mark Cuban; Ryan Mackey
Bcc:
Subject: Re: Sales Report

I don't think ▮▮▮▮ is a real company. Something doesn't add up.

Lots of grants and contracts from states. But nothing on actual results. Something doesn't add up on them.

I'm not opposed to doing a deal. But they seem to be a company that thrives on PR that isn't built on actual results from operations.

So I will not meet with them under any circumstances. Not will we do all the stuff FCD is doing. I don't want to get caught up doing community stuff and have them turn out being a messed up company in some way

But if they want to buy ads to promote themselves in a straight forward deal for advertising. That's fine

But we aren't going to commit to using their technology or be community partners till I'm sure they are legit

On Mon, Nov 22, 2021 at 5:54 AM Kyle Tapply <Kyle.Tapply@dallasmavs.com> wrote:

Mark,

Below are some notes on my weekly sales report. Please let me know if you have any questions.



**EXHIBIT**
**53A**

CONFIDENTIAL

MAVSCUBAN00010355



Voyager



Thanks,

 **KYLE TAPPLY**

SENIOR DIRECTOR CORPORATE PARTNERSHIPS
DALLAS MAVERICKS | 1333 N STEMMONS FWY #105 | DALLAS, TX 75207
W: 214.658.7145 | C: 970.396.7725

E: Kyle.Tapply@dallasmavs.com | WEB: Mavs Sponsorship Deck

--
Sent from My phone Typos are to be expected Markcuban.com for all my stuff !

CONFIDENTIAL

MAVSCUBAN00010357

Ryan Mackey

| | |
|---|---|
| From: | Erika Szychowski |
| Sent: | Wed 12/15/2021 10:57 PM (GMT-00:00) |
| To: | Ashley Gambino |
| Cc: | CK; Erin Finegold White; Gavin Mulloy; Kyle Tapply; Ryan Mackey |
| Bcc: | |
| Subject: | Re: [EXT] Mavs x Voyager Education Session |
| Attachments: | Intro-to-Crypto_Mavs_December17.pptx.pdf |

Hello everyone - not sure who all needs the attached presentation, but this is what we plan to project and then end with Q&A - likely mics make sense, I presume that is the same setup as last time? Happy to be a runner during that time as well

excited to see you all Friday (if not tonight at the game)!

On Wed, Nov 10, 2021 at 9:15 AM Ashley Gambino <Ashley.Gambino@dallasmavs.com> wrote:

Good morning Erika!
Would the afternoon of Friday 12/17 work for Steve? We are confirming with our HR team if that date works for us as well.

Thanks,

Ashley

**ASHLEY GAMBINO**

DIRECTOR OF EVENTS | DALLAS MAVERICKS & MAVS GAMING HUB

**OFFICE:** 214.658.7195 | **CELL:** 480.201.0707

1333 N. STEMMONS FWY. STE. 105 | DALLAS, TX 75207

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Tuesday, November 9, 2021 9:09 PM
**To:** CK <Collin.Kim@dallasmavs.com>
**Cc:** Ashley Gambino <Ashley.Gambino@dallasmavs.com>; Erin Finegold White

CONFIDENTIAL

**EXHIBIT**

**54**

MAVSCUBAN00008875

&lt;Erin.Finegold@dallasmavs.com&gt;; Gavin Mulloy &lt;Gavin.Mulloy@dallasmavs.com&gt;; Kyle
Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;; Marla Knapp &lt;mknapp@investvoyager.com&gt;; Ryan
Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;
**Subject:** Re: [EXT] Mavs x Voyager Education Session


Actually Steve forgot he has Genesis tickets in NYC on the 6th and the 9th is a bit tricky, could
we push for the week of the 13th?


On Tue, Nov 9, 2021 at 1:35 PM Erika Szychowski &lt;erika@investvoyager.com&gt; wrote:

great on the dates, will work with Steve on options - presuming you would want to host on a
non-gameday?  So 6 or 9, 14/16/17  Is that accurate?


Yes we could make a recording available for sure.  I think 2 sessions makes sense, any more
than that and it gets draining and loses steam.


Similar setup as before would be great - with the addition of powerpoint for sure and likely a
clicker and lav mic for him to walk around as he can't stand still.  Then audience QA


On Tue, Nov 9, 2021 at 12:34 PM CK &lt;Collin.Kim@dallasmavs.com&gt; wrote:

Looks like the weeks of 12/6-12/10 and 12/13-12/17 are available for the Gaming Hub.

We're also checking with our HR department to see what works best for our staff.


Few questions:


- * How long will the session be? And how many sessions could we do in a day?
- * Can we make a recording available for those employees unable to make it in-person?
- * What kind of setup will Steve need – Powerpoint projection, etc?

CONFIDENTIAL
MAVSCUBAN00008876

**COLLIN KIM**

**DALLAS MAVERICKS**

CORPORATE COMMUNICATIONS MANAGER

PHONE: (469) 939-4947

**From:** Erika Szychowski <erika@investvoyager.com>
**Date:** Tuesday, November 9, 2021 at 9:06 AM
**To:** CK <Collin.Kim@dallasmavs.com>
**Cc:** Ashley Gambino <Ashley.Gambino@dallasmavs.com>, Erin Finegold White
<Erin.Finegold@dallasmavs.com>, Kyle Tapply <Kyle.Tapply@dallasmavs.com>,  Marla
Knapp <mknapp@investvoyager.com>, Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Re: [EXT] Mavs x Voyager Education Session

We're going to work around your schedule. This is important to us. Sooner the better! Would
be great if we can host before year end, maybe it's a few sessions also so that people  can pick
what time works best for them?

On Tue, Nov 9, 2021 at 8:54 AM CK <Collin.Kim@dallasmavs.com> wrote:

Agreed, in-person is more conducive to learning!

We can plan to host at the Gaming Hub again and get back to y'all on upcoming
availabilities.

Please let us know any blackout dates for Steve and your team.

Thank you!

CONFIDENTIAL

MAVSCUBAN00008877

**COLLIN KIM**

**DALLAS MAVERICKS**

CORPORATE COMMUNICATIONS MANAGER

PHONE: (469) 939-4947

**From:** Erika Szychowski <erika@investvoyager.com>
**Date:** Monday, November 8, 2021 at 7:32 PM
**To:** CK <Collin.Kim@dallasmavs.com>
**Cc:** Erin Finegold White <Erin.Finegold@dallasmavs.com>, Ryan Mackey <Ryan.Mackey@dallasmavs.com>, Kyle Tapply <Kyle.Tapply@dallasmavs.com>, Marla Knapp <mknapp@investvoyager.com>
**Subject:** Re: [EXT] Mavs x Voyager Education Session

We will take your lead here, but I do believe In-person will be more dynamic and valuable as we all tend to get distracted online. Up to you all - this is a service to your team/staff/etc and we want to ensure we support the best facility for all to learn !

E-

On Mon, Nov 8, 2021 at 11:36 AM CK <Collin.Kim@dallasmavs.com> wrote:

Thanks, Erika - excited to get this going!

First thing's first – were we planning on in-person or virtual education session?

This will dictate timing and availability for venue and staff.

**COLLIN KIM**

**DALLAS MAVERICKS**

MAVSCUBAN00008878

CORPORATE COMMUNICATIONS MANAGER

PHONE: (469) 939-4947

**From:** Erika Szychowski <erika@investvoyager.com>
**Date:** Tuesday, November 2, 2021 at 11:42 AM
**To:** CK <Collin.Kim@dallasmavs.com>
**Cc:** Erin Finegold White <Erin.Finegold@dallasmavs.com>, Ryan Mackey
<Ryan.Mackey@dallasmavs.com>, Kyle Tapply <Kyle.Tapply@dallasmavs.com>,  Marla
Knapp <mknapp@investvoyager.com>
**Subject:** Re: [EXT] Mavs x Voyager Education Session

Bring. It. On.

We can't wait to kick this off - I actually owe a reply to another thread I started yesterday
with Ryan/Kyle on this subject, so will instead delete that and keep this thread going.

Steve will likely be the one that makes the most sense to lead this from our perspective as
he is our expert, a few others will support, but he is the man as they say.  If you
could  provide a few date options to make this happen this month, we would be grateful, if
not - look at Dec and let us know.  Not sure if you want to organize more than one session,
so that you can rotate people accordingly, just let me know and we will do our part  to make
it happen!

Erika

On Tue, Nov 2, 2021 at 10:39 AM CK <Collin.Kim@dallasmavs.com> wrote:

Erika –

CONFIDENTIAL

It seems Voyager is abuzz here and everywhere – congrats!

We were in a team meeting and folks were talking about the offer and getting excited about the partnership, so I wanted to touch base on any possible dates for the Mavs Employees Education event.

When you have a moment, please let us know your thoughts and we'll help coordinate.

Thank you!

**COLLIN KIM**

**DALLAS MAVERICKS**

CORPORATE COMMUNICATIONS MANAGER

PHONE: (469) 939-4947

--

Erika

SVP, Brand Marketing & Partnerships

--

Erika

SVP, Brand Marketing & Partnerships

--

CONFIDENTIAL

MAVSCUBAN00008880



Erika E. Szychowski

SVP, Brand Marketing & Partnerships

erika@investvoyager.com

mobile: 917.592.5565

--

Erika

SVP, Brand Marketing & Partnerships

--
Erika
SVP, Brand & Partnership Marketing

CONFIDENTIAL

MAVSCUBAN00008881



VOYAGER

December 17, 2021

©2021 Voyager Digital Ltd. All rights reserved. Privileged and confidential

CONFIDENTIAL

MAVSCUBAN00008882



CONFIDENTIAL

MAVSCUBAN00008883



MAVSCUBAN00008884

CONFIDENTIAL

Case 1:22-cv-22538-RKA   Document 155-27 *SEALED*   Entered on FLSD Docket 06/09/2023   Page 481 of 522



© 2021 Voyager Digital Ltd. All rights reserved. Privileged and confidential.

MAVSCUBAN00008885

CONFIDENTIAL



MAVSCUBAN00008886



CONFIDENTIAL

MAVSCUBAN00008887



MAVSCUBAN00008888

CONFIDENTIAL

# 3 Major Events Happen In Late 2008

- **September 15:** Lehman Brothers files for bankruptcy.

- **October 3:** President Bush signs the *$700 billion* Troubled Asset Relief Program (TARP) to bail out financial intuitions.

- **October 31:** Satoshi Nakamoto publishes a paper on a payment system independent of any financial institution. It's called **Bitcoin**.

VOYAGER    8

MAVSCUBAN00008689



CONFIDENTIAL

MAVSCUBAN00008890



CONFIDENTIAL



CONFIDENTIAL

MAVSCUBAN00008892

CONFIDENTIAL



MAVSCUBAN00008893

CONFIDENTIAL



MAVSCUBAN00008894



CONFIDENTIAL

MAVSCUBAN00008895



CONFIDENTIAL

MAVSCUBAN00008896



CONFIDENTIAL

MAVSCUBAN00008897

CONFIDENTIAL

# All based on **Blockchain:**

A system of recording information that makes it *nearly impossible* to change, hack or cheat the system.

How? By dividing up that information and distributing it across a network of computer systems (nodes) on the blockchain.

17

MAVSCUBAN00008898



CONFIDENTIAL

MAVSCUBAN00008899

CONFIDENTIAL

Case 1:22-cv-22538-RKA   Document 155-27 *SEALED*   Entered on FLSD Docket 06/09/2023   Page 496 of 522



CONFIDENTIAL



MAVSCUBAN00008901



MAVSCUBAN00008902



MAVSCUBAN00008903

CONFIDENTIAL

## Crypto for All

Voyager was founded in 2018 with a simple, easy-to-use mobile app that allows customers to buy, sell and hold crypto, making it easy, secure and *rewarding*.

VOYAGER  23

MAVSCUBAN00008904

CONFIDENTIAL

## The **Voyager** Difference

- 65+ crypto assets
- Rewards on 30+ assets
- Industry-leading loyalty program
- Award-winning, top 10 finance app
- First publicly-traded central platform for crypto



VOYAGER  24

MAVSCUBAN00008905

CONFIDENTIAL

## How to Get Started With Crypto

- Think about your investment goals
- Start with one token
- Read, watch, listen, learn
- Build your portfolio at your own pace
- Take advantage of rewards to create passive income

VOYAGER  25

MAVSCUBAN0000890E

## Crypto **Breakdown**

**Disrupting the traditional financial system**
BTC

**Building a better, decentralized internet**
ETH, AVAX, DOT

**Taking the banker out of your finances**
LUNA, LINK, XTZ

**Bringing value to the digital worlds we play in**
SAND, AXIE

**Rebelling against the system with dogs and memes**
DOGE, SHIB

**Making a digital dollar with the power of the blockchain**
USDC, JSDT

VOYAGER  26

CONFIDENTIAL

MAVSCUBAN00008907

CONFIDENTIAL



MAVS/CUBAN00008908



CONFIDENTIAL

MAVSCUBAN00008909



CONFIDENTIAL

MAVSCUBAN00008910



CONFIDENTIAL

MAVSCUBAN00008911

Kyle Tapply

From:     Kyle Tapply
Sent:     Thu 1/06/2022 10:21 PM (GMT-00:00)
To:       Murphy DiRosa
Cc:
Bcc:
Subject: RE: Voyager Gaming Hub Naming

Hi Murphy –

Please see below for some of my comments. Let me know if you have any questions.

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Murphy DiRosa <Murphy.DiRosa@dallasmavs.com>
**Sent:** Thursday, January 6, 2022 12:12 PM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Subject:** Voyager Gaming Hub Naming

Hi Kyle,

I hope you're having a great week so far. I am working on the presentation for tomorrow's meeting with Group 2 for the Voyager Gaming Hub Naming and was hoping you could lend me your thoughts on reasoning for the names we came up with. Below is what we have right now, but we thought you may have some more ideas, especially on the Voyager Crypto Compound, Voyager's suggestion.



CONFIDENTIAL

EXHIBIT
55

MAVSCUBAN00015676



Thank you so much for any help you may be able to give!



MURPHY DIROSA
BUSINESS OPERATIONS COORDINATOR
1333 N. STEMMONS FWY STE 105 | DALLAS, TX 75207
P: 610.442.1353 | E: MURPHY.DIROSA@DALLASMAVS.COM

CONFIDENTIAL

MAVSCUBAN00015677

Spencer Santora

From:      Kory Nix
Sent:      Mon 2/07/2022 11:17 PM (GMT-00:00)
To:        Ryan Mackey; Kyle Tapply; Clay Christopher; Billy Phillips; Patrick Sorensen; Spencer Santora
Cc:
Bcc:
Subject:   RE: Mavs Gaming Hub renaming

Ryan,

Talked to Messenger and they will have their renderings to us tomorrow EOD or first thing Wednesday
Morning. I would go ahead and respond to Cynt and send the Jones ideas but make sure she knows we
have another set of ideas coming shortly after. Let me know if that is cool?
Thanks,
KN

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Friday, February 4, 2022 11:11 PM
**To:** Kory Nix <Kory.Nix@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Clay Christopher
<Clay.Christopher@dallasmavs.com>; Billy Phillips <Billy.Phillips@dallasmavs.com>; Patrick Sorensen
<Patrick.Sorensen@dallasmavs.com>; Spencer Santora <Spencer.Santora@dallasmavs.com>
**Subject:** Fwd: Mavs Gaming Hub renaming

Let's discuss on Monday.

Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

**From:** Cynt Marshall <cynt.marshall@dallasmavs.com>
**Sent:** Friday, February 4, 2022 8:59 PM
**To:** Greg Nared; Iris Diaz; Erin Finegold White; Alison Panasik; Ryan Mackey; Kyle Tapply
**Subject:** Mavs Gaming Hub renaming

Hi Team,

I know we're trying to get a meeting set up for next week. The schedule is a tad wild right now.

**EXHIBIT**
**56**

                                                                    MAVSCUBAN00007247



Put this one to rest. We have too much other good stuff to get to. Great dialogue deliberations, though. We do indeed have a speak up culture. ☐ ☐☐ And in the future our Branding and Marketing team should lead this kind of effort. Thx

Cynt

MAVSCUBAN00007248

## Spencer Santora

| | |
|---|---|
| From: | Brad Freeman |
| Sent: | Mon 3/14/2022 8:31 PM (GMT-00:00) |
| To: | Kory Nix; Lacey Frederick; Clay Christopher; Spencer Santora; Victor Ribakare; Kyle Tapply |
| Cc: | |
| Bcc: | |
| Subject: | FW: Voyager Logo Update |
| Attachments: | 2KL Jersey.png |

Sorry, I didn't include everyone. Please look over the attached and let us know if we need to make any changes.

**From:** Brad Freeman
**Sent:** Monday, March 14, 2022 3:30 PM
**To:** Kory Nix <Kory.Nix@dallasmavs.com>; Lacey Frederick <Lacey.Frederick@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>; Spencer Santora <Spencer.Santora@dallasmavs.com>
**Cc:** Carolee Dillard <carolee.dillard@dallasmavs.com>
**Subject:** FW: Voyager Logo Update

Are we all good with this mockup?

**From:** Carolee Dillard <carolee.dillard@dallasmavs.com>
**Sent:** Monday, March 14, 2022 3:21 PM
**To:** Spencer Santora <Spencer.Santora@dallasmavs.com>; Brad Freeman <Brad.Freeman@dallasmavs.com>; Roy Krishnan <roy.krishnan@dallasmavs.com>
**Cc:** Kory Nix <Kory.Nix@dallasmavs.com>
**Subject:** Re: Voyager Logo Update

I have attached the jersey mockup with the new voyager logo.

Thoughts?

**From:** Spencer Santora <Spencer.Santora@dallasmavs.com>
**Sent:** Friday, March 11, 2022 3:08 PM
**To:** Brad Freeman <Brad.Freeman@dallasmavs.com>; Roy Krishnan <roy.krishnan@dallasmavs.com>
**Cc:** Carolee Dillard <carolee.dillard@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>
**Subject:** RE: Voyager Logo Update

They would probably want the crypto for all logo in both placements. The thing is they slightly changed that logo this week compared to what I sent a few weeks back.

Attached is the updated logo in various formats, color, and white. The difference is that "Crypto for All" is now equal length as the wordmark.

> **EXHIBIT**
> **57**

MAVSCUBAN00007281

**Spencer Santora**
Sponsorship Activation Manager
Dallas Mavericks | 1333 N Stemmons FWY #105 | Dallas, TX 75207
C: (817) 939-4334 | O: (214) 658-7144

**From:** Brad Freeman <Brad.Freeman@dallasmavs.com>
**Sent:** Friday, March 11, 2022 12:29 PM
**To:** Roy Krishnan <roy.krishnan@dallasmavs.com>; Spencer Santora
<Spencer.Santora@dallasmavs.com>
**Cc:** Carolee Dillard <carolee.dillard@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>
**Subject:** RE: Voyager Logo Update

I removed Gomey and Nathan on this since it doesn't apply to them.
@Roy Krishnan, I haven't seen a jersey mock up with logos from Champion. We should be able
to make changes if we haven't approved the mock up yet. Can you follow up again with
Champion and let's get the correct logo?

@Spencer Santora, I'm assuming the logo with "Crypto for All" goes on the body and just the
"Voyager" wordmark goes on the shoulder. Is that correct?

Thanks,
Brad

**From:** Roy Krishnan <roy.krishnan@dallasmavs.com>
**Sent:** Friday, March 11, 2022 12:12 PM
**To:** Nathan Davis <Nathan.Davis@dallasmavs.com>; Spencer Santora
<Spencer.Santora@dallasmavs.com>
**Cc:** Carolee Dillard <carolee.dillard@dallasmavs.com>; Brad Freeman
<Brad.Freeman@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Austin Gomez
<agomeyy@gmail.com>
**Subject:** Re: Voyager Logo Update

Hi all,
Jersey orders were due to the several weeks ago, and therefore the sponsorship package that was used
was the one available. We can make physical alterations once the jerseys arrive, which I'm expecting
within the next month.
Thanks,
Roy

Get Outlook for iOS

**From:** Nathan Davis <Nathan.Davis@dallasmavs.com>
**Sent:** Friday, March 11, 2022 12:06:33 PM
**To:** Spencer Santora <Spencer.Santora@dallasmavs.com>
**Cc:** Carolee Dillard <carolee.dillard@dallasmavs.com>; Brad Freeman
<Brad.Freeman@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Austin Gomez

CONFIDENTIAL
MAVSCUBAN00007282

<agomeyy@gmail.com>; Roy Krishnan <roy.krishnan@dallasmavs.com>
**Subject:** Re: Voyager Logo Update

This is a team thing, so I will defer to Brad and Roy on that

> On Mar 11, 2022, at 12:05 PM, Spencer Santora <Spencer.Santora@dallasmavs.com>
> wrote:
>
> Thanks, Nathan! Also, the thought came to my mind this morning and I just wanted to
> confirm. Can we make sure the updated logo is on the physical jersey?
>
> Thanks!
>
> **Spencer Santora**
> Sponsorship Activation Manager
> Dallas Mavericks | 1333 N Stemmons FWY #105 | Dallas, TX 75207
> C: (817) 939-4334 | O: (214) 658-7144
>
> **From:** Nathan Davis <Nathan.Davis@dallasmavs.com>
> **Sent:** Monday, March 7, 2022 5:42 PM
> **To:** Spencer Santora <Spencer.Santora@dallasmavs.com>
> **Cc:** Carolee Dillard <carolee.dillard@dallasmavs.com>; Brad Freeman
> <Brad.Freeman@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Austin
> Gomez <agomeyy@gmail.com>
> **Subject:** Re: Voyager Logo Update
>
> Sounds good! Thank you Spencer.
>
> I'm cc'ing Gomey so he can create a new Mavs Gaming Lock Up with this logo instead
>
> > On Mar 7, 2022, at 5:39 PM, Spencer Santora
> > <Spencer.Santora@dallasmavs.com> wrote:
> >
> > Hi Carolee, Nathan, and Brad,
> >
> > Hope you all had a great Monday. This afternoon I received a new logo
> > from Voyager. It looks very similar, but "Crypto for All" is now the same
> > length as the word "Voyager". Please use the attached logo moving
> > forward.
> >
> > Let me know if you have any questions.
> >
> > Thank you!
> >
> > <image001.png>
> > **Spencer Santora**

CONFIDENTIAL

Sponsorship Activation Manager
Dallas Mavericks | 1333 N Stemmons FWY #105 | Dallas, TX 75207
C: (817) 939-4334 | O: (214) 658-7144
Email: spencer.santora@dallasmavs.com

This email may contain material that is PRIVILEGED and
CONFIDENTIAL for the sole use of the intended recipient. Any
review, reliance or distribution by others or forwarding without
express permission is strictly prohibited. If you are not the
intended recipient, please contact the sender and delete all copies.

<Voyager_2022_Logo-White.png><Voyager_2022_Logo-
Color.png><Voyager_2022_Logo.eps>

CONFIDENTIAL

MAVSCUBAN00007284



CONFIDENTIAL

MAVSCUBAN00007285

**Spencer Santora**

From:       Kevin Spann
Sent:       Thu 4/07/2022 4:09 PM (GMT-00:00)
To:         Spencer Santora; Kyle Tapply
Cc:
Bcc:
Subject:    FW: 619090 Voyager - PROOF
Attachments: Voyager96x96 PROOF.pdf

Please approve asap

**Kevin Spann**
Account Executive
Office: 972-390-6515
Cell: 972-672-8422

<div style="text-align:right; border:2px solid black; display:inline-block;">

**EXHIBIT**

**58**

</div>

CONFIDENTIAL                                                                 MAVSCUBAN00007490

WO# 619090

96"h x 96"w (include 4" Pocket on top). Qty 1






















CONFIDENTIAL

MAVSCUBAN00007491

| From: | Kyle Tapply |
|---|---|
| Sent: | Mon 6/13/2022 1:01 PM (GMT-00:00) |
| To: | "Mark Cuban" <Mark.Cuban@dallasmavs.com>, "Cynt Marshall" <cynt.marshall@dallasmavs.com> |
| Cc: | "Ryan Mackey" <Ryan.Mackey@dallasmavs.com>, "Billy Phillips" <Billy.Phillips@dallasmavs.com> |
| Bcc: | |
| Subject: | Sales Report |
| Attachments: | image00100001.png |

Mark,

Below are some notes on my weekly sales report. Please let me know if you have any questions.



**Voyager**

--

Go Mavs,

Kyle Tapply

Thanks,

**KYLE TAPPLY**
SENIOR DIRECTOR CORPORATE PARTNERSHIPS
DALLAS MAVERICKS | 1333 N STEMMONS FWY #105 | DALLAS, TX 75207
W: 214.658.7145 | C: 970.396.7725

**EXHIBIT
59**

CONFIDENTIAL

E: **Kyle.Tapply@dallasmavs.com** | WEB: **Mavs Sponsorship Deck**

CONFIDENTIAL

MAVSCUBAN00005908



MAVSCUBAN00005909

## Kyle Tapply

From:     Kyle Tapply
Sent:     Thu 9/16/2021 3:33 AM (GMT-00:00)
To:       Kory Nix; Ryan Mackey; Billy Phillips; Clay Christopher
Cc:
Bcc:
Subject: [No Subject]


Have a great idea for tomorrow. Hope they can work with Lexus.

███████████████████████

████████████████████████████

**EXHIBIT**
**102**

CONFIDENTIAL                                    MAVSCUBAN00018360