**<span style="color:red">Exhibit Sealed in its Entirety</span>**

# Plaintiffs' Exhibit 281

## (Part 1)