**Exhibit Sealed in its Entirety**

# Plaintiffs' Exhibit 281

(Part 2)