# Plaintiffs' Exhibit 282

## (PART 2)

# Elon Musk and Mark Cuban are letting loose on FTX's Sam Bankman-Fried: 'Bulls**t meter was redlining'

Steve Mollman

Elon Musk and Mark Cuban are letting Sam Bankman-Fried have it. The heavyweight tech billionaires delivered sharp criticism of the 30-year-old former CEO of crypto exchange FTX, who resigned yesterday as the company declared bankruptcy—and as customers grappled with the possibility they'll never get their money back.

Musk, the CEO of Tesla and SpaceX, tweeted Friday night: "FTX meltdown/ransack being tracked in real-time on Twitter."

As *Fortune* reported in late September, Musk appeared to ghost an offer of up to $15 billion from Bankman-Fried's adviser while he was seeking partners for his $44 billion takeover of Twitter. Musk seemed to doubt Bankman-Fried's financial standing at the time.

Early today, in a Twitter Space, Musk added the following about his doubts, as reported by CoinBase:

"To be honest, I'd never heard of him. But then I got a ton of people telling me [that] he's got, you know, huge amounts of money that he wants to invest in the Twitter deal. And I talked to him for about half an hour. And I know my bullshit meter was redlining. It was like, this dude is bullshit—that was my impression.

"Then I was like, man, everyone including major investment banks— everyone was talking about him like he's walking on water and has a zillion dollars. And that [was] not my impression...that dude is just—there's something wrong, and he does not have capital, and he will not come through. That was my prediction."

Cuban, a *Shark Tank* star and investor in crypto and blockchain-related platforms, was no less harsh. Speaking Friday at a conference hosted by *Sports Business Journal*, the Dallas Mavericks owner had sharp words for Bankman-Fried:

"First, you've got to understand crypto. There's speculation—that's all the noise. Then there's things that have happened with [crypto platform] Voyager and with FTX now— that's somebody running a company that's just dumb as f*** greedy. So, what does Sam Bankman do? He just, give me more, give me more, give me more, so I'm gonna borrow money, loan it to my affiliated company, and hope and pretend to myself that the FTT tokens that are in there on my balance sheet are gonna sustain their value."

Cuban was accused in a lawsuit in August of misleading investors into signing up for accounts with Voyager Digital, a crypto platform that filed for bankruptcy in July.

He tweeted Saturday morning about the downfalls of crypto entities:

"These blowups have not been crypto blowups, they have been banking blow-ups.

EXHIBIT
1

Lending to the wrong entity, misvaluations of collateral, arrogant arbs, followed by depositor runs. See Long Term Capital, Savings & Loan and Sub-Prime blowups. All different versions of the same story."

This story was originally featured on [Fortune.com](Fortune.com)

**More from Fortune:**

[The U.S. housing market to see second biggest correction of the post-WWII era—when to expect the home price bottom](#)

[Sam Bankman-Fried's failed crypto empire 'was run by a gang of kids in the Bahamas' who all dated each other](#)

[COVID cases are on the rise again this autumn. Here are the symptoms to look out for](#)

[I had to be an overachiever to escape homelessness and land a six-figure tech job. Here's what I think about quiet quitting.](#)

Case 1:22-cv-22538-RKA   Document 155-3   *SEALED*   Entered on FLSD Docket 06/09/2023
Page 296 of 468
Case 1:22-cv-22538-RKA   Document 41-1   Entered on FLSD Docket 11/18/2022   Page 5 of 39

Page 1

```
 1

 2

 3

 4

 5

 6

 7     Transcript of YouTube Video:  Dallas Mavericks Voyager

 8              Introductory Press Conference

 9

10                    Video Link:

11       https://www.youtube.com/watch?v=bbQCUOjjMdc

12

13                  Runtime:  29:10

14

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT "A"**

EXHIBIT
2

1          FEMALE SPEAKER:  -- in a brief

2    statement, and then we have some special

3    guests in the audience that are going to ask

4    a couple of questions.  And then, we are

5    turning it over to the media from there.  As

6    a reminder, we do have microphones roaming

7    in the audience, and we ask that you state

8    your name and your outlet prior to your

9    question.  Thanks for being here.

10        MR. CUBAN: Did you say which side you

11   want?

12        MR. EHRLICH:  I'll take this side.

13        MR. CUBAN:  I guess we're going to run

14   a video first?

15        (Video begins at 00:39.)

16        (Video ends at 01:18.)

17        MR. CUBAN:  Okay and thank you,

18   everybody, for coming out.  We're excited to

19   announce that the Mavs have entered a five-

20   year international, integrated partnership

21   with Voyager.  They're our first

22   international partner and our first crypto

23   partner.  So, you know what Voyager is,

24   Voyager is a decentralize-- oh, I'm sorry,

25   it should be centralized -- mobile trading

**EXHIBIT "A"**

```
 1   platform for cryptocurrencies.  They have

 2   over 65 digital assets on the platform that

 3   allow people to tap into the crypto markets

 4   to try to make a lot of money.  The

 5   partnership includes several components.

 6   One, we're introducing educational community

 7   programs to educate people on crypto and how

 8   they can use it to increase their wealth.

 9   And the partnership also includes naming

10   rights to the building we're in here, the

11   Mavs gaming hub, the official gaming and

12   event venue for the NBA -- the Mavs NBA 2K

13   league team.  And will -- which will be --

14   all the details will be announced at a later

15   date.

16        The Mavs and Voyager will also work on

17   developing unique and engaging promotions

18   for all Mavs fans.  First and foremost, fans

19   who download the app, create an account

20   using the promotional code MAVS100, deposit

21   $100, and make a trade will get $100 in

22   crypto.  I'm guessing that's Voyager?

23        MR. EHRLICH:  No, we're going to give

24   you BTC on this one.

25        MR. CUBAN:  BTC?
```

Page 3

**EXHIBIT "A"**

1          MR. EHRLICH:  Yeah, we'll --

2          MR. CUBAN:  Well, there you go.

3          MR. EHRLICH:  -- give you BTC.

4          MR. CUBAN:  Okay.  Offer is only

5     available for the first 48 hours and starts

6     right now.

7          MR. EHRLICH:  Yeah.

8          MR. CUBAN:  So, start this -- so, 48

9     hours, meaning it's going to end on 10/29,

10    so everybody knows.  What else do I got

11    here?  And by the way, this is Voyager's

12    largest offering to date, and it's only for

13    our fans.  As Voyager's home team, the Mavs

14    offer a great opportunity to connect fans

15    and users through a free, easy, and useful

16    crypto exchange.  I've got to add, I'm a

17    customer and I've been a customer for

18    several months now.  I like to use it, it's

19    easy, it's cheap, it's fast, and the pricing

20    is actually really good.  Which we -- so, we

21    find it as a perfect fit for our Mavs fans

22    and reaching Mavs fans of all ages.

23         You know, we wanted this to be a

24    dynamic partnership to engage all of Dallas.

25    I think working together, we're going to be

**EXHIBIT "A"**

```
 1   at the forefront of innovation.  We're going

 2   to try to come up with new ways to introduce

 3   Mavs fans to cryptocurrencies and

 4   understanding it.  You know, there's a lot

 5   of hype, there's a lot of discussion, but

 6   most people don't really understand the

 7   fundamentals behind it.  And we're really

 8   going to try to bring that level of

 9   education to our fans and to our joint

10   customers.

11        And of course, we're going to -- you

12   know, but the Mavs being a leader, I think

13   we're going to extend this far deeper than

14   just Mavs fans.  I think, Voyager is going

15   to be a leader among sports fans and crypto

16   fans around the country.  So, with that,

17   we're excited to work with you, Steve, and

18   I'll turn it over to you.

19        STEVE:  Thanks, Mark.  For those of you

20   who don't know me, Steve Ehrlich, CEO and

21   cofounder of Voyager.  We are a publicly

22   traded crypto trading platform that is

23   listed on the OTC markets here in the U.S.,

24   and also on the Toronto Stock Exchange in

25   Canada.  So, we're really excited to be here
```

**EXHIBIT "A"**

Page 6

```
 1   today.

 2        And you know, this is our first foray

 3   into a team sport, and we look at this as a

 4   partnership.  Everything we do at Voyager is

 5   about partnerships and partnering with the

 6   right people to bring education to the

 7   masses when it comes to cryptocurrency.  And

 8   there's no one better than the Mavs

 9   themselves.  And you guys have Dogecoin, it

10   comes through platform, and everything you

11   guys do.  But nothing better that working

12   with the Mavs and this guy right here, who

13   is a leader in the cryptocurrency space.

14   He's out there talking about different

15   coins, engaging with the communities.  I

16   just listened to you a couple of week ago on

17   the Twitter Spaces at night.  So, you know,

18   there's no one better for us to do that.

19        But really, the whole key to this was

20   not just all the affiliation and the -- and

21   having our ads out, and working in the

22   arena, but it's the education that we want

23   to bring.  It's really important for us.  We

24   think there's a lot for people to learn, and

25   now blockchain, cryptocurrency, Bitcoin have
```

**EXHIBIT "A"**

1    all been around for 10-plus years.

2          MR. CUBAN:  Right.

3          MR. EHRLICH:  But really, in the end,

4    you know, people are just starting to learn

5    about it.  Literally, in the last 9 months,

6    you've seen this exploding of people having

7    interest in cryptocurrency.  Now, we're

8    still really in the early stages of that.

9    You know, to use, you know, a basketball

10   phrase of part of this, is like, we're still

11   in the -- in the first half of the first

12   quarter in teaching people about

13   cryptocurrencies.  And so, we think that

14   what we'll be able to deliver -- and it

15   starts here, it starts in Dallas, it starts

16   right now, with us teaching people about,

17   you know, decentralized finance,

18   cryptocurrencies, you know, non-fungible

19   tokens.  Well, we really want to bring that

20   to the community, and we want to start that

21   now.

22          And why the Mavs?  Like I said, you

23   know, the Mavs because of Mark and the

24   leadership that he brings to the NBA when it

25   comes to cryptocurrency.  Now, why Dallas?

**EXHIBIT "A"**

1   You know, Texas itself is a state that is

2   really becoming a crypto hub.  And we felt

3   like Dallas is where a lot of our customers

4   are today, there's a lot of opportunity for

5   us to educate within Dallas.  And Texas

6   being that hub -- I know there's a lot of

7   folks here from the Texas Blockchain

8   Association today -- you know, we want to

9   participate.  We want to become part of that

10  leadership group and really help drive

11  cryptocurrency adoption.

12      This is a global -- a real global

13  opportunity.  You know, the Mavs themselves

14  are looking on the front line.  You have a

15  lot of foreign players.  I think -- I think

16  Sid (phonetic) said to me yesterday that you

17  guys have the second most foreign players in

18  the league?  Something like that.  So, we

19  want to actually engage and take this

20  global.  Today, Voyager's only in the U.S.

21  Tomorrow, in 2022, we will be global.  You

22  know, the first -- the first place we want

23  to go is in Europe and we will get there.

24  But doing that with a real partner, like

25  Mark and the Mavs, is really important for

**EXHIBIT "A"**

Page 9

1   us.  And we're really excited about it.  As

2   I said, happy to start.  Dallas is our place

3   to start, Texas is our place to start, it

4   starts now, and we want to bring crypto for

5   all for everybody.  So, thank you for your

6   time today.

7        MR. CUBAN:  Cool.  All right, we got

8   some questions from our crypto enthusiasts

9   at the Dallas Mavericks, starting with Doe

10  Doe Crypto Finney-Smith.

11       MR. FINNEY-SMITH:  Dorian Finney-Smith,

12  yeah.  You know, you I got the first

13  question.  It is how can I get an account?

14       MR. EHRLICH:  Really easy to get an

15  account.  That the one of the advantages of

16  Voyager, is that you can actually download

17  the app, and fund your account, and trade in

18  three minutes or less.  We make it really

19  simple.  We have a very easy to use and

20  integrated, you know, platform that allows

21  you to get engaged in the crypto market very

22  quickly.  That's one of the values of

23  Voyager.  You just go straight to the App

24  Store or the Google Play Store, download the

25  app, and you'll be trading in three minutes

**EXHIBIT "A"**

Page 10

```
 1   or less.

 2        MR. CUBAN:  Yeah, I mean, it's just

 3   like using any other of the financial apps

 4   that you have.  You can connect your bank,

 5   and that allows you to input money so you

 6   can put in your first $100 to get the free

 7   $50, or you can put in more.  And can you do

 8   -- use credit cards to by your first

 9   (inaudible)?

10        MR. EHRLICH:  No credit --

11        MR. CUBAN:  No credit cards.

12        MR. EHRLICH:  Yeah.

13        MR. CUBAN:  Right.  So, it's really

14   easy to get set up, just like every other

15   financial application that you have on your

16   phone.

17        MR. EHRLICH:  And don't forget, it's

18   $100 now.

19        MR. CUBAN:  $100, yeah.

20        MR. EHRLICH:  $100 now.

21        MR. CUBAN:  Yeah.  Next question?

22        MR. POWELL:  All right, so my question

23   is what makes Voyager app different from

24   other crypto apps?

25        MR. CUBAN:  That's a good question,
```

**EXHIBIT "A"**

1   Dwight.

2       MR. EHRLICH:  That's a really good

3   question.  So, look, it's the user

4   interface, which makes it really easy for

5   people to use.  And that was -- it's really

6   intuitive by doing that, and that's how we

7   set out.  When we started to build the

8   company -- and we've only been in business

9   three years.  So, we started the company

10  about three years ago.  We wanted to make it

11  very easy to get people engaged into the

12  app.  And really trade and engage with

13  cryptocurrencies.  So, you know, the

14  differentiations for us, really, are that.

15  We have our own community, we have our own

16  Voyager token that allows you to comm-- you

17  know, to participate in the community, to

18  learn more about crypto.  And you know, easy

19  to use 65 coins as well on the app right

20  now, and then you get to earn staking

21  rewards on a lot of the coins too.  So, you

22  get to create some wealth through the app.

23  So, we're really excited about where it's

24  going.

25      MR. CUBAN:  And so, for those of you

**EXHIBIT "A"**

```
 1   who already use crypto, I know for me, it
 2   was really easy.  I took some of my Matic
 3   tokens that I own and transferred it over,
 4   because Voyager paid a higher interest rate,
 5   or return rate, than the application I was
 6   using before, Aave.  So, it was really easy,
 7   they give you a wallet address, you just go
 8   into your MetaMask, or whatever you're
 9   using.  You just -- not swap it, but you
10   send it to that destination address, it
11   shows up an hour later, you start earning
12   more money.  And so, right -- immediately, I
13   was earning more when I went over to
14   Voyager.
15        And it's the same with USDC, a stable
16   coin.  And the other thing about it is, for
17   those of you who use DeFi, you know, there's
18   always -- you're -- the pricing is always
19   higher on DeFi, as they try to look through
20   all the different decentralized financing
21   platforms to try to get the best -- not even
22   the best price, but a price.  And so, you
23   know, with this -- with Voyager, the pricing
24   has been far, far better.  And so, if you're
25   paying attention and want to get the best
```

**EXHIBIT "A"**

1   price, Voyager's a great platform for it.

2       MR. EHRLICH:  Yeah, the one other thing

3   I'll follow up on is the rewards program

4   that Mark mentioned.  You know, we have an

5   extensive rewards program, as you hold a

6   certain amount of a level of assets, you

7   even get more rewards on the -- on the

8   program.  So, we're trying to engage you and

9   bring you in the platform.  And teach and

10  educate, and create that wealth through our,

11  you know, expansive rewards program.

12      MR. CUBAN:  Yeah, one more thing.  You

13  know, one of the reasons we want to do the

14  education program, there's a big opportunity

15  for small businesses.  One of the challenges

16  of small businesses, if you have any cash in

17  the bank, you know, you're making point-

18  zero-two-five-percent.  You can convert to,

19  you know, -- put it in to a USDC stable coin

20  on Voyager, and I thought it was seven

21  percent, but now it's --?

22      MR. EHRLICH:  Nine percent.

23      MR. CUBAN:  Nine percent.  And so, it's

24  just a way -- so, I've taken a lot of my

25  cash and made it available in USDC.  I'm not

**EXHIBIT "A"**

1  trying here to tell you it's 100% risk free,

2  but it's as close to risk free as you're

3  going to get in the crypto universe.  And

4  so, just the ability to make that much more

5  on your savings, as an individual, and as a

6  business is a huge opportunity.

7       MR. KLEBER:  What's up, everybody?

8  Maxi Kleber from the Mavericks.  And my

9  question is, is it too late to get into

10  crypto?

11       MR. EHRLICH:  It's never too late.  I

12  think, actually, it's the right time,

13  because as I said, I still think it's the

14  first half of the first quarter on crypto

15  adoption.  There are some numbers that I've

16  used in a Crypto Education 101 platform that

17  I -- I gave a presentation to the NFL

18  players symposium back in July, about 100

19  different players.  And you know, there's

20  adoption about an -- you know, about a 150

21  million people -- 220 million people

22  actually have crypto right now.  And the

23  anticipation is, we're going to get to a

24  billion in four years.  So, that shows you,

25  you know, where we're -- where, you know, we

**EXHIBIT "A"**

Case 1:22-cv-22538-RKA Document 155-38 Entered on FLSD Docket 09/24/2024 Page 18 of 269
Page 17 of 468

1   can actually go with crypto and the --

2   crypto and the crypto adoption.  Now, the

3   comparison there is the internet.  It took

4   the internet eight years, you know, for the

5   same time frame to grow that fast, from the

6   200 million to one billion.  So, I think

7   there's a -- it's a great time to enter the

8   space, learn more.

9        And I think that's the key is, you've

10  got to come in, you've got to learn, you've

11  got to educate yourself.  We help, you know,

12  we help educate, but you want to learn more.

13  And I think that's the key is, not just be -

14  - hey, listen to what somebody says and just

15  buy that coin or so forth.  You want to

16  really learn about what you're doing.  So,

17  great time to enter right now.

18       MR. CUBAN:  Yeah, let me add to that.

19  You don't have to spend a lot of money in

20  order to learn.  It's not like the stock

21  market where, you know, it's almost

22  impossible, except on a few platforms to

23  spend $10 and get started.  You know, my son

24  -- my now 12-year-old son got me into

25  Dogecoin when it was less than a penny.  And

**EXHIBIT "A"**

```
 1   I -- I was like, "let's do this," because

 2   it's a cheap way for you to learn how all of

 3   this works.  So, while you need to put in

 4   $100 to get the $50 bonus in the next two

 5   days, if you don't have $100, and you just

 6   want to, you know, download the app, and put

 7   in $5 and by Shibu (phonetic) -- do you guys

 8   do Shibu Inu?

 9        MR. EHRLICH:  We do Shiba.

10        MR. CUBAN:  Yeah, Shibu or Doge.  Do

11   you guys do Doge?

12        MR. EHRLICH:  We do Doge.

13        MR. CUBAN:  Shibu and Doge, right?

14        MR. EHRLICH:  I couldn't sit here with

15   you if I didn't do Doge.

16        MR. CUBAN:  Do Doge.  Right.

17        MR. EHRLICH:  So --

18        MR. CUBAN:  And so, there's a lot of

19   way to inexpensively start to get an

20   understanding.  And it's a lot easier than

21   even opening up a savings account.  It's a

22   pain in the ass to open up a savings

23   account, particularly for your kids these

24   days.  There's so much paperwork.  And you

25   know, whether it's yourself personally,
```

EXHIBIT "A"

Case 1:22-cv-22538-RKA Document 455-36 Entered on FLSD Docket 09/24/2025 Page 21 of 269
Page 3 of 175

```
 1   someone you're trying to -- teach your --

 2   you're trying to teach your kids about

 3   personal finance, believe it or not, this is

 4   actually a better way.  And so, that's one

 5   of the unique opportunities and why it's not

 6   too late.

 7        MR. EHRLICH:  Well, that's a great -- I

 8   mean, another great point, Mark, is that the

 9   financial literacy, we need to teach the

10   youth.  That's part of what we want to bring

11   too is the education.  When we build out the

12   education -- and we're in the middle of

13   building that out -- Crypto 101 is the first

14   thing that we do to teach people.  But you

15   know, teach the youth, go to the community

16   and teach the youth about financial

17   literacy.  I think, it's really important,

18   because most young kids don't get the

19   opportunity to learn about financial

20   literacy, and they end wind up going to

21   college, and now they're on their own and

22   they don't know how to manage their money.

23   Then they're out in the real world, earning

24   salaries, and they don't know what even just

25   FICA is, right?  I've heard a lot of stories
```

**EXHIBIT "A"**

Case 1:22-cv-22538-RKA Document 155-38 Entered on FLSD Docket 10/24/2023 Page 22 of 269

Page 18

```
 1   like, who is this FICA guy taking my money?

 2   But that's what happens.

 3        And so, we have to find -- you know, I

 4   teach financial literacy, and it's got to

 5   start at the young ages.  You know, we've

 6   got to get out there.  It's part of our plan

 7   with the education is to get to the

 8   communities around -- in Dallas and around -

 9   - in the surrounding areas and teach

10   financial literacy.  That's how we're going

11   to get people -- you know, students and

12   young people to be smarter about how to

13   manage their future life.

14        MR. BRUNSON:  Jalen Brunson, Dallas

15   Mavericks.  This is my first time getting

16   into crypto, what are some key things I need

17   to know before I do?

18        MR. EHRLICH:  Yeah, look, I think in

19   any crypto, you know, as Mark said, I think

20   I would -- I would start and enter small.

21   And just learn a little bit, right?  Look at

22   the coins, learn a little bit about Bitcoin,

23   learn a little bit about Ethereum, some of

24   the other protocols that are out there.  But

25   start small, you know, I think it's -- it's
```

**EXHIBIT "A"**

Case 1:22-cv-22538-RKA   Document 455-3   Entered on FLSD Docket 09/24/2024   Page 22 of 176
Page 175 of 468

```
 1   always wise to start financial investments
 2   small and then work your way up.  As you
 3   start learning more and understanding more,
 4   then you can start increasing from there.
 5   But it always is a wise place to start.
 6        MR. CUBAN:  Yeah, I mean, you're
 7   spending your money, always be careful.  But
 8   the other thing is, look, there's
 9   investments, and things like Shibu Inu and -
10   - or whatever it's called -- and Dogecoin,
11   those aren't investments, right?  Those --
12   it -- this is better than a lottery ticket,
13   but it's a good way to learn.  And it's also
14   something you can do on your phone, you
15   don't have to have a bank account.  So, --
16   and people who are unbanked, trying to learn
17   about financing, but have a smartphone and
18   can download the app, you can start getting
19   into this and saving your money.  And that's
20   just a unique opportunity.  Frank?
21        MR. NTILIKINA:  Hi, everyone, I'm Frank
22   Ntilikina from the Dallas Mavericks.  I'm
23   from France, so is my question.  Is Voyager
24   going to be available outside of the United
25   States?
```

**EXHIBIT "A"**

Page 20

```
 1        MR. EHRLICH:  Yes, we definitely are.

 2   Yeah, we'll be in there by -- we're -- hope

 3   to be in Europe by the end of March.  We

 4   recently just got approval from the AMF in

 5   France, which is very hard to get.  I think

 6   we're the only retail platform, crypto

 7   trading platform -- cryptocurrency platform,

 8   that was that approval in France.  And so,

 9   we've got it from the AMF that allows us to

10   enter France, which we will.  That will be

11   the first country we get into in Europe.

12   Sorry, Maxi, we're going to get to France

13   first.  And then, -- and then, we'll be in

14   Europe from there, because we'll be able to

15   passport around and get, you know, customers

16   from the rest of Europe.  So, we're excited

17   about it.  It's a great entry point.

18        MR. CUBAN:  But Wurzburg is second,

19   right?

20        MR. EHRLICH:  What's that?

21        MR. CUBAN:  Wurzburg, Germany is

22   second?

23        MR. EHRLICH:  Yeah, we're going to

24   Germany second.

25        MR. CUBAN:  Yeah.
```

**EXHIBIT "A"**

Case 1:22-cv-22538-RKA Document 455-30 Entered on FLSD Docket 02/24/2023 Page 24 of 269

```
 1        MR. EHRLICH:  There's no doubt about
 2   it.  He's pretty big, he could come after
 3   me.
 4        MR. CUBAN:  No kidding.
 5        FEMALE SPEAKER:  Now, we're going to
 6   open it up for questions.
 7        MS.  CAPLAN:  Hey, I'm Callie Caplan,
 8   with the Dallas Morning News.  Mark, I'm
 9   curious how unique this partnership is to
10   other crypto deals, or lack of crypto deals
11   across the NBA?
12        MR. CUBAN:  Yeah, it's different.  You
13   know, what FTX did with the Heat was great,
14   and they also had -- they're also trying to
15   push their retail software application.  But
16   at the same time, I think we're trying to
17   make this driven more towards education and
18   enabling more -- and exposing more people in
19   an educated manner to crypto through
20   Voyager.
21        FEMALE SPEAKER:  Any other questions?
22        MR. CUBAN:  Easy breezy.  No tech-- no
23   stuff from the Texas Blockchain Association?
24   Let me -- one other thing while we're on
25   crypto, not -- indirectly.  Are you guys
```

**EXHIBIT "A"**

Case 1:22-cv-22538-RKA Document 455-38 Entered on FLSD Docket 01/24/2025 Page 26 of 469

1  going to support NFTs?

2      MR. EHRLICH:  Yeah, we're working on a

3  platform to do NFTs, definitely.

4      MR. CUBAN:  Because last night, if you

5  attended the game, and you had your ticket

6  scanned before the end of the first quarter,

7  if you go -- if you go to

8  Mavscollectibles.com and log into your

9  Ticket Master account, you got a Brad Davis

10  Metapunk.  And so, we did a soft launch, and

11  we're going to do it for every Mavs home

12  game.  We'll have it again tomorrow night

13  against the Spurs.  I think it's Rolando?

14  But we're -- you know, so we wanted to do a

15  soft launch, just to get all the kinks out.

16  But hopeful soon, you'll be able to take

17  those, trade those, and sell them, buy them.

18  Not just on Mavscollectibles.com, but also

19  on Voyager.

20      MALE SPEAKER:  Stand up, please?

21      MR. BRATCHER:  So, Lee Bratcher, I'm

22  the president of Texas Blockchain Council.

23  We're very excited about this partnership

24  and working with you guys to help educate

25  Texas and the DFW community, in particular.

**EXHIBIT "A"**

Case 1:22-cv-22538-RKA  Document 455-30  Entered on FLSD Docket 19/24/2024  Page 37 of 26
Page 176 of 468

1  Just out of curiosity, are any of your team

2  members going to be moving or relocating to

3  Dallas, Austin, anywhere in the Texas area?

4      MR. EHRLICH:  Illustrious Erika --

5      MS. SZYCHOWSKI:  Don't do --

6      MR. EHRLICH:  -- Erika already lives in

7  Austin.

8      MALE SPEAKER:  (Inaudible).

9      MR. EHRLICH:  And we have about four

10 other staff in Austin already today.  It is

11 definitely becoming one of our hubs.  In the

12 COVID world, we've been very fragmented, but

13 we are looking to have certain hubs for the

14 company.

15     MR. CUBAN:  I have office space in the

16 back.

17     MR. EHRLICH:  Done.

18     MR. BRATCHER:  You can't pass that up.

19     MS. SZYCHOWSKI:  I heard it.

20     MR. EHRLICH:  And so, we'll just have

21 to redo that a little bit, but all good.

22 No, I think yes, the answer is we're looking

23 for a couple of hubs around the country.

24 Obviously, New York is a big area for us,

25 but we're big in California, and we want to

**EXHIBIT "A"**

Page 24

1  be big here too.

2      SANJAY:  Hello, my name is Sanjay, I'm

3  also with the Texas Blockchain Council.  I'm

4  just going to ask this question also from a

5  user perspective.  Before I ask those

6  questions, is there a promocode for that

7  offer, or is it just open to everybody?

8      MR. CUBAN:  It's MAVS100.

9      SANJAY:  Okay, I just want to

10  (inaudible).

11      MR. CUBAN:  Yeah, so I -- I probably

12  didn't mention that.

13      SANJAY:  (Inaudible).

14      MR. CUBAN:  So, if you download

15  Voyager, put in $100, trade at all, right?

16      MR. EHRLICH:  Trade -- you have to

17  trade the hundred.

18      MR. CUBAN:  Do a trade, trade your

19  hundred, and then, you'll get the $50 crypto

20  bonus.  But you have to have MAVS100 as your

21  bonus code.

22      SANJAY:  Yeah, we had a recent

23  situation with my wife on a promotion

24  (inaudible), so we're working with

25  (inaudible) get our stuff.  But anyways, the

**EXHIBIT "A"**

1   next question is, you know, the promise of

2   blockchain, Bitcoin, et cetera,

3   cryptocurrencies is reduced friction, you

4   know, egalitarian model, etc.  I think some

5   of the challenges with some of the

6   exchanges, and wallets, et cetera is it's

7   not so frictionless, right?  There's the

8   cost of trading, gas fees, when you put it

9   in a wallet and transfer it to another

10  wallet they take their cut.  And it's

11  actually hard to, once you've purchased

12  cryptocurrencies, to exit and transfer to

13  another because they'll always -- you're

14  taking a piece, right?  So, maybe you can

15  talk about some of that?  And also, some of

16  the maybe -- you mentioned some of the

17  interest bearing.  There's other competitors

18  out there offering interests rates, so maybe

19  you can talk about that too?  That would be

20  -- that would be great.

21      MR. EHRLICH:  Yeah, so a couple of

22  questions to unpack in that one.  First,

23  I'll touch on the NFT side and the gas fees.

24  Our goal is to -- we're in -- we're

25  (inaudible) -- we're connected to about a

**EXHIBIT "A"**

Case 1:22-cv-2538-RKA Document 45-38 Entered on FLSD Docket 10/24/2022 Page 29 of 29

```
 1   dozen different market makers, exchanges
 2   around the globe, so we bring a best price
 3   back to consumers for that.  Our goal in the
 4   NFT world is not to build our own NFT
 5   marketplace, it's to allow our consumers to
 6   be connected to many NFT marketplaces, to
 7   have access to all the big, different NFT
 8   marketplaces.  And whether that is something
 9   on Ethereum, which has the high gas fees, or
10   it's using a Matic, or an Algorand, or an
11   Avalanche.  Using those and connecting
12   people on that.  Because we do believe
13   there's a -- there is a significant issue
14   that, you know, we have to deal with, with
15   the Ethereum world and the gas fees.  And
16   we're trying to figure way out around and to
17   help consumers.
18        Because you -- an example I did is we
19   have a -- we also do a partnership with a
20   NASCAR car in the Xfinity series, with a
21   driver, Landon Cassill.  And someone built
22   an NFT about the car, and I went to buy it,
23   and -- you know for $3, just to play around
24   with NFTs.  After the gas fees, it cost me
25   $300 for -- so, there's -- it doesn't make
```

**EXHIBIT "A"**

Case 1:22-cv-22538-RKA Document 455-3 Entered on FLSD Docket 09/24/2024 Page 30 of 260
Page 32 of 468

 1   any sense, so we've got to fix those

 2   problems on that.

 3         And then, from the rewards side, we run

 4   a rewards program.  So, when you bring your

 5   assets over, we're going to reward you with

 6   earnings on those assets, based upon your

 7   balances, based upon, you know, tokens you

 8   hold and so forth.  So, it's a whole rewards

 9   program that we've built together.  It's

10   really, probably, state of the art, when it

11   comes to crypto with rewards programs.  And

12   that's how we like to operate, to give

13   consumers rewards for using and holding

14   assets on the platform.  So, hopefully, I

15   got your -- answered your questions.

16         SANJAY:  (Inaudible) interest bearing

17   versus staking (inaudible).

18         MR. EHRLICH:  Well, are rewards are

19   generated through staking, you know, it's a

20   lot staking these days.  We have 30-

21   something coins that we offer rewards on,

22   and a bunch of them are on the staking side.

23   Yep.

24         MR. CUBAN:  You got a question back

25   there.

**EXHIBIT "A"**

Case 1:22-cv-22538-RKA Document 455-3 Entered on FLSD Docket 09/24/2024 Page 31 of 176
Page 323 of 468

```
 1        MALE SPEAKER 2:  Thank you.  So,
 2   obviously, with cryptocurrency, security's a
 3   big important part of it, especially where
 4   the private keys are stored, who controls
 5   them.  So, for your application, where does
 6   the responsibility for the user come in?
 7   What should they be doing to protect
 8   themselves?  And then, you know, what do
 9   you, as a company, do to protect users?  And
10   so, where is kind of the line drawn?
11        MR. EHRLICH:  Yeah, I was waiting for
12   that question on security.  It's a really
13   important aspect.  You know, the first thing
14   -- security starts with you, as an
15   individual.  What we recommend to every
16   individual that buys and sells
17   cryptocurrency is to use two-factor
18   authentification [sic] when you actually
19   hold your cryptocurrency.  Do not use an SMS
20   text message.  There are a lot of scammers
21   out there, there are a lot of people who try
22   to SIM swap you.  And that happened -- it
23   almost happened it me a couple -- about a
24   month ago.  On a Friday night, my phone was
25   trying to be SIM swapped, and I caught it
```

**EXHIBIT "A"**

Case 1:22-cv-22538-RKA Document 455-38 Entered on FLSD Docket 07/24/2024 Page 37 of 468
Page 32 of 176

 1   quick enough and called the phone company.
 2   But I use two-factor authentification [sic],
 3   and I think everybody should start there.
 4   That means using a Google authenticator,
 5   Authy, or one of the other-- Duo or any of
 6   the other, you know, products that you can
 7   use for 2FA.
 8        Outside of that, after -- for you to us
 9   is we use multiple custodians.  We do not
10   keep all our coins in one place, we keep
11   them across multiple custodians, we built a
12   really detailed infrastructure for that, to
13   maybe sure that we're spreading that risk
14   and the insurance we get on all that across
15   multiple custodians.  So, it starts with the
16   individual, and making sure you have proper
17   security.  And then it also is us, as well.
18        MR. SPENCER:  Okay, good afternoon.
19   I'm Arnold Spencer, I have a cryptocurrency
20   law firm here in town and I'm a new member
21   of the Texas Blockchain Alliance.  First, I
22   want to say congratulation to both of you
23   guys.  I think it's a terrific partnership,
24   I'm really excited about it.  Second, I want
25   to say I'm about halfway downloading the

**EXHIBIT "A"**

Case 1:22-cv-22538-RKA Document 455-38 Filed 01/09/2026 Page 33 of 176

```
1   app, I just started it.  And I almost

2   transferred a hundred bitcoin over to you,

3   but I (inaudible) transferred a hundred

4   dollars.

5       MR. CUBAN:  I'll give you my wallet

6   address (inaudible).

7       MR. SPENCER:  So, my question, I would

8   like both of you guys to take a shot at.

9   I'm really excited about the educational

10  piece that you all are introducing and

11  talking about.  I do a lot of that myself.

12  You know, just what are the two or three --

13  two or three themes, you know, the elevator

14  speech that you all want to get across in

15  the educational program?  What are you

16  trying to teach new people to crypto about

17  getting into crypto?

18      MR. CUBAN:  Yeah, I was going to say

19  act-- access, first and foremost, the

20  simplicity of access.  The fact that you

21  don't have to rush into it and put all your

22  money in it.  So, patience is a big part of

23  it and then experimentation, right?  Be

24  curious, because if you're buying -- what is

25  Shinu Imu (phonetic), like a half a penny or
```

**EXHIBIT "A"**

Case 1:22-cv-22538-RKA   Document 455-3   Entered on FLSD Docket 11/24/2023   Page 35 of 269
Page 326 of 468

```
 1   something crazy?

 2        MR. EHRLICH:  No, it's -- people would

 3   be very happy if it was half a penny.  It's

 4   like four zeros eight when you --

 5        MR. CUBAN:  I -- yeah.

 6        MR. EHRLICH:  -- or something of that

 7   nature.

 8        MR. CUBAN:  Oh, okay.  So, I didn't

 9   count --

10        MR. EHRLICH:  Yeah.

11        MR. CUBAN:  -- my zeros enough?

12        MR. EHRLICH:  Yeah.

13        MR. CUBAN:  Right.  So, literally,

14   like, when my son and I first tried it, it

15   was less than a penny, and we spent, I think

16   $11.  And that gave us a chance to go

17   through everything and spend some time with

18   it.  And so, because there's such a low cost

19   of introduction and, you know, obviously,

20   the people who need the most education,

21   hopeful are spending the least amount of

22   money.  You know, we -- there's a lot of

23   programs and educational programs that we

24   can do that guide people through the

25   process.  And that's really the key, right?
```

**EXHIBIT "A"**

```
 1        And I think that one of the things that
 2   need to be mentioned, one of the greatest
 3   values of the lower cost crypto isn't so
 4   much, "hey, it could be an investment," it's
 5   more the community.  You know, if you get on
 6   social media, no matter what it is, TikTok,
 7   Twitter, Instagram, everybody's talk-- I
 8   don't even know the Shibu Inu one, but you
 9   know, with Dogecoin, it's like, to the moon.
10   And you know, everybody's got their social
11   profile set up to be a dog.  You know, so
12   there's a -- it's a allow cost entry to
13   fund.  And then, being involved in it on
14   social media is also a way that we can
15   expand education.
16        MR. EHRLICH:  Yeah, and we look at it -
17   - we have our Crypto 101 presentation that
18   we do, that teaches people about Bitcoin.
19   We really think it's a store of value and it
20   will be a long -- you know, there's a long
21   tail for it to be actually used as a
22   currency because of the volatility.
23        MR. CUBAN:  It's not going to happen.
24        MR. EHRLICH:  Yeah, I --
25        MR. CUBAN:  Not going to happen.
```

**EXHIBIT "A"**

Case 1:22-cv-22538-RKA Document 455-3 Entered on FLSD Docket 09/24/2024 Page 37 of 269
Page 328 of 468

```
 1        MR. EHRLICH:  It -- as the volatility
 2   and it -- the time on it, it's more of a
 3   store of value, it will replace gold.  So,
 4   teaching people about that.  But then, on
 5   the Ethereum side, we -- you know, we tend
 6   to teach people about smart contracts.  We
 7   think that's really important, because -- I
 8   have my own personal example on this, where
 9   my mother-in-law was going to give -- she
10   had leased a car, and she bought it, and was
11   going to give it to my daughter as a
12   present.  And to get the title moved around
13   --
14        MR. CUBAN:  Uh-huh.
15        MR. EHRLICH:  -- took like four months.
16   I mean, it's a title.  It -- just -- you
17   know, I bought it, you should give me -- so
18   the blockchain will solve that.  And so, we
19   use that in the Crypto 101.  It's teaching
20   people why things like the smart contracts
21   will affect their lives in the long term.
22   And I heard a great podcast you did with
23   Carmelo.
24        MR. CUBAN:  Yeah.
25        MR. EHRLICH:  Where you said, -- I
```

**EXHIBIT "A"**

Page 34

```
 1   think you said, you know, halfway through
 2   that, you know, five years from now, we're
 3   going to be doing things and you're not even
 4   going to know it.  It's like the internet,
 5   you know, all of a sudden you were operating
 6   on high speed internet and you never really
 7   -- you just hit a button and you were done.
 8   And that's how crypto and the smart
 9   contracts will work.  But teaching people
10   why that matters now, to get them to that
11   point, we think that's really key.
12        MR. CUBAN:  Any final questions?  Cool.
13   Steve, thank you.
14        MR. EHRLICH:  Oh, thank you, Mark.
15   Really excited by this.
16        MR. CUBAN:  And thank you to everybody
17   who came out, thanks to our guys who came
18   out, great questions.  Thanks to Voyager,
19   great partnership, we're really excited
20   about it.  Thank you, everybody.
21             (End of recording.)
22
23
24
25
```

**EXHIBIT "A"**

Case 1:22-cv-22538-RKA Document 155-3 Entered on FLSD Docket 10/24/2023 Page 38 of 176

```
 1                    CERTIFICATE

 2

 3                       -  -  -

 4

 5          I, Alexandria Brobst, Transcriptionist,

 6     do hereby certify that I was authorized to

 7     and did listen to and transcribe the

 8     foregoing recorded proceedings and that the

 9     transcript is a true record to the best of

10     my professional ability.

11

12          Dated this 14th day of November, 2022.

13

14

15          Alexandria Brobst

16     _____

17     Alexandria Brobst

18

19

20

21

22

23

24

25
```

**EXHIBIT "A"**

---

From:      Ryan Mackey
Sent:      Wed 9/08/2021 8:54 PM (GMT-00:00)
To:        "Erika Szychowski" <erika@investvoyager.com>, "Drew Northfield"
           <dnorthfield@excelsm.com>
Cc:        "Steve Ehrlich" <sehrlich@investvoyager.com>, "Pam Kramer"
           <pkramer@investvoyager.com>, "Jason Miller" <jmiller@excelsm.com>, "Mark Cuban"
           <Mark.Cuban@dallasmavs.com>
Bcc:
Subject:   Re: [EXT] Voyager / Mavericks Introduction
Attachments: image00100001.png

Hi Erika and team!  Pleased to meet you and introduce you to Mark Cuban. I'll let Mark take
things from here. Looking forward to further conversations!  Ryan

Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

---

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Wednesday, September 8, 2021 3:33:50 PM
**To:** Drew Northfield <dnorthfield@excelsm.com>
**Cc:** Steve Ehrlich <sehrlich@investvoyager.com>; Pam Kramer <pkramer@investvoyager.com>; Jason
Miller <jmiller@excelsm.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Re: [EXT] Voyager / Mavericks Introduction

Thank you kindly for bringing us all together Drew,

Pleasure to e-meet you Ryan - we are very excited to work together on a fully integrated and
long term partnership.  Looking forward to advancing the discussions.

Erika Szychowski

On Wed, Sep 8, 2021 at 3:18 PM Drew Northfield <dnorthfield@excelsm.com> wrote:

 Steve, Pam & Erika:


 Please meet Ryan Mackey (cc'd), SVP of Corporate Partnerships for the Dallas Mavericks.
 Ryan has been with the Mavs for ~20 years and will be a primary point of contact for your team
 as you continue to evaluate this partnership opportunity. He has been keeping Mark Cuban up
 to speed on our discussions and is excited to get him involved in this conversation.

CONFIDENTIAL

MAVSCUBAN00006013

**EXHIBIT**

**3**

Ryan, please meet the core Voyager leadership team: Steve Ehrlich (CEO), Pam Kramer (CMO) and Erika Szychowski (SVP of Marketing). While I have shared some background on their business, growth ambitions & current objectives – these three will be able to answer any outstanding questions that you or Mark may have and are excited to share more about the Voyager story. They are also excited to learn more about your vision for crypto/blockchain integrations across the organization, and identify opportunities for Voyager to lead/support those initiatives as part of this partnership.

It would be great if both sides could chime in with brief personal introductions before we begin discussing the platform and opportunity in depth.

Thanks all,

Drew



**Drew Northfield**

Excel Sports Management

(m) 971.344.3677

http://www.excelsm.com

CONFIDENTIAL

**Kyle Tapply**

---

From:    Kyle Tapply
Sent:    Wed 9/15/2021 9:33 PM (GMT-00:00)
To:      Kory Nix; Ryan Mackey; Clay Christopher; Billy Phillips
Cc:
Bcc:
Subject: RE: Voyager Crypto

I am too.

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Kory Nix <Kory.Nix@dallasmavs.com>
**Sent:** Wednesday, September 15, 2021 4:26 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Clay Christopher
<Clay.Christopher@dallasmavs.com>; Billy Phillips <Billy.Phillips@dallasmavs.com>; Kyle Tapply
<Kyle.Tapply@dallasmavs.com>
**Subject:** RE: Voyager Crypto

I'm available

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Wednesday, September 15, 2021 4:21 PM
**To:** Clay Christopher <Clay.Christopher@dallasmavs.com>; Billy Phillips <Billy.Phillips@dallasmavs.com>;
Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Cc:** Kory Nix <Kory.Nix@dallasmavs.com>
**Subject:** RE: Voyager Crypto

Minor detail I forgot to mention ███████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████

Glad to have all your input on this...will be helpful to get us to the finish line.  Are you all available this
afternoon at 5?

**From:** Clay Christopher <Clay.Christopher@dallasmavs.com>
**Sent:** Wednesday, September 15, 2021 3:31 PM
**To:** Billy Phillips <Billy.Phillips@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>
**Subject:** RE: Voyager Crypto

Let's get it done!  What are next steps?

MAVSCUBAN00016450

**EXHIBIT**
**4**

**Clay Christopher**
Dallas Mavericks | Mavs Gaming
Office: 214.658.7146
Cell: 214.869.5977
1333 N. Stemmons Freeway
Suite  #105
Dallas, TX 75207

**From:** Billy Phillips <Billy.Phillips@dallasmavs.com>
**Sent:** Wednesday, September 15, 2021 3:18 PM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Clay Christopher
<Clay.Christopher@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>
**Subject:** Re: Voyager Crypto

You bringing the shortbread biscuit cookies.

Thanks,
Billy Phillips
Dallas Mavericks


On Sep 15, 2021, at 2:57 PM, Kyle Tapply <Kyle.Tapply@dallasmavs.com> wrote:


Looking forward to working with you gentlemen.

<image001.jpg>


Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Wednesday, September 15, 2021 2:53 PM
**To:** Clay Christopher <Clay.Christopher@dallasmavs.com>; Kyle Tapply
<Kyle.Tapply@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>
**Cc:** Billy Phillips <Billy.Phillips@dallasmavs.com>
**Subject:** Voyager Crypto

Gents-
In an unprecedented move, I'd like all 3 of you to work on this deal together ▪▪▪▪▪▪

████████████████████████████████████████

████████████████████

██████████████████████████████████████

████████████████████████Please let me know ASAP if you are willing to
team up.
RM


Ryan Mackey
Sr. Vice President of Corporate Partnerships
Dallas Mavericks
1333 N Stemmons Frwy #105
Dallas, TX 75207
(214) 658-7132 (o)
(214) 869-5978 (m)
ryan.mackey@dallasmavs.com

MAVSCUBAN00016452

**"Mark Cuban" <mcuban@gmail.com>**

From:   Ryan Mackey
Sent:   Thu 9/23/2021 3:31 AM (GMT-00:00)
To:     "Mark Cuban" <mcuban@gmail.com>
Cc:     "Cynthia Marshall" <Cynthia.Marshall@dallasmavs.com>, "Mark Cuban"
           <Mark.Cuban@dallasmavs.com>
Bcc:
Subject: RE: Partnership Outline


Mark/Cynt-
We had another call with Voyager today and ironed out many of the concerns about their
expectations.  Here are the final issues:

Pro's:



Please let me know either way.
Ryan

MAVSCUBAN00001795

EXHIBIT
5

Case 1:22-cv-22538-RKA Document 155-30 *SEALED* Entered on FLSD Docket 10/24/2023 Page 45 of 126

**From:** Mark Cuban <mcuban@gmail.com>
**Sent:** Tuesday, September 21, 2021 1:00 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>; Mark Cuban <Mark.Cuban@dallasmavs.com>
**Subject:** Re: Partnership Outline

I own both so not sure if allocation is a big deal. And gaming might not stay on that spot. If that matters

But as long as we can meet expectations and they aren't going to be dragging us on every little thing I'm ok if Cynt is

On Tue, Sep 21, 2021 at 8:24 AM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

FYI: Attached is our internal deal sheet. We have a lot allocated to handle these opportunities and will specify them further in the contract. They want to get one today if you both approve?

Mavs Gaming and Legends would also each get ███████ as part of the deal.



**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Monday, September 20, 2021 7:32 PM
**To:** Mark Cuban <mcuban@gmail.com>
**Cc:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>; Mark Cuban <Mark.Cuban@dallasmavs.com>
**Subject:** Re: Partnership Outline

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

We're going to narrow this down internally. Bandwidth and value to be calculated. We are aware of that.

Ryan Mackey

214-658-7132 (w)

214-869-5978 (m)

**From:** Mark Cuban <mcuban@gmail.com>
**Sent:** Monday, September 20, 2021 7:07:24 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>; Mark Cuban
<Mark.Cuban@dallasmavs.com>
**Subject:** Re: Partnership Outline

When we say opportunity for. What are they expecting. They aren't going to expect us to do none of them. And know we won't do all of them

Which are they expecting even if it's not worded as such

On Mon, Sep 20, 2021, 4:35 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

MC/Cynt-

Hope this is easier to read. We are still negotiating with Excel but these are the terms we've come up with thus far. The deal is very ▮▮▮▮ in terms of inventory so we have a lot of room to work with. Please let me know how you feel about this as they are ready to move forward once we can agree on final terms.

RM

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00001798



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00001799



**From:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>
**Sent:** Monday, September 20, 2021 3:16 AM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Mark Cuban <Mark.Cuban@dallasmavs.com>
**Subject:** Re: Partnership Outline

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00001800

Thanks for the update. A summary would be great. I'll also read this outline.

Cynt

> On Sep 19, 2021, at 9:27 PM, Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

Mark/Cynt-

We're now on the doorstep of a deal here with Voyager.  We have to negotiate final terms with Excel but we could net around ▮▮▮▮▮▮ if they add on the International partnership.  This doc is pretty lengthy…do you want a high-level summary before we take next steps?
RM

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Sunday, September 19, 2021 9:19 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Steve Ehrlich <sehrlich@investvoyager.com>; Pam Kramer <pkramer@investvoyager.com>; Jason Miller <jmiller@excelsm.com>; Drew Northfield <dnorthfield@excelsm.com>
**Subject:** Partnership Outline

Good evening Ryan,

Thank you and your team for the incredibly inclusive and thoughtful work to move us forward on a partnership.  We reviewed the document of ideas you shared and truly appreciate the creativity and time investment.  As we all agreed, we recognize that to bring this partnership to life, to the best of its ability, some programs need to be built upon/built out over the duration of the agreement. Attached is a recommendation from our side.

MAVSCUBAN00001801

Looking forward to hearing your feedback and excited to work together.


Erika


--

Erika E. Szychowski

SVP, Brand Marketing & Partnerships

erika@investvoyager.com

mobile: 917.592.5565

<VOYAGER + Dallas Mavs.pdf>

--
Sent from My phone Typos are to be expected Markcuban.com for all my stuff !

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00001802

**<mcuban@gmail.com>**

From:    Steve Ehrlich
Sent:    Wed 10/27/2021 1:35 PM (GMT-00:00)
To:      <mcuban@gmail.com>
Cc:      "Mark Cuban" <Mark.Cuban@dallasmavs.com>
Bcc:
Subject: Re: [EXT] Re: Mavs and Voyager


Hi Mark



Happy to jump on a call as well.

Thanks.

Steve


Sent from my iPhone


On Oct 27, 2021, at 07:58, Mark Cuban <mcuban@gmail.com> wrote:

> Sorry. But send too soon. What is our legal saying is the problem ?
>
> On Wed, Oct 27, 2021, 1:26 AM Steve Ehrlich <sehrlich@investvoyager.com>
> wrote:
> Hi Mark
>
> Congrats on the home opening W tonight!  Wanted to reach out as we are at the
> finish line and prepared to announce before the maket opens tomorrow, but have
> been held up by legal. I'm concerned by the delay as we've been on standby
> without clarity. Any chance you can guide us to the finish line?
>
> Thanks
>
> Steve



**EXHIBIT**

**6**

Sent from my iPhone

CONFIDENTIAL

MAVSCUBAN00006892

**Ryan Mackey**

| | |
|---|---|
| From: | Sekou Lewis |
| Sent: | Fri 10/22/2021 9:02 PM (GMT-00:00) |
| To: | Erika Szychowski |
| Cc: | David Brill; Brian Nistler; David Brosgol; Ryan Mackey; Steve Ehrlich; Warpula, Chad; Nicole Leach |
| Bcc: | |
| Subject: | Re: NBA Questionnaire |
| Attachments: image001.jpg |

I'm available in 30 minutes. Is everyone else available?

**SEKOU LEWIS**
GENERAL COUNSEL
DALLAS MAVERICKS | 1333 N. STEMMONS FWY., SUITE 105 |DALLAS, TX 75207
O: 214.658.7623| C: 214.500.6138 |F: 214.889.3825
E: SEKOU.LEWIS@DALLASMAVS.COM

NOTICE: This e-mail and any files transmitted with it may constitute a CONFIDENTIAL or ATTORNEY-CLIENT PRIVILEGED COMMUNICATION. This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, forwarding, printing or copying of this e-mail or any files transmitted with it is strictly prohibited. Please delete this email and all files transmitted with it from your system, and notify the sender by reply email or by calling (214) 658-7623, so that our address record can be corrected.

On Oct 22, 2021, at 4:01 PM, Erika Szychowski <erika@investvoyager.com> wrote:

Ryan has confirmed that Sekou has more insight - can we get on a call ?

On Fri, Oct 22, 2021 at 3:00 PM David Brill <dbrill@investvoyager.com> wrote:
Sekou,

I am happy to get on a call with you this afternoon to discuss this point. It will be helpful to understand what exactly the NBA wants and we can discuss how we get there. I can't speak to how other companies operate but we are a public company and operate in a more rigorous manner than many private companies.

Regards.

CONFIDENTIAL

MAVSCUBAN00014919

**EXHIBIT**
8

David

On Fri, Oct 22, 2021 at 2:43 PM Sekou Lewis <Sekou.Lewis@dallasmavs.com> wrote:

Hi David,

The NBA is requesting a copy of the legal opinion, however, it's not willing to sign an NDA. All other crypto related companies have provided legal opinions without entering into an NDA.

Is this something Voyager is willing to do? Because the opinion states why Voyager's business operations are in compliance with law, what about it needs to remain confidential?

**From:** David Brill <dbrill@investvoyager.com>
**Sent:** Sunday, October 17, 2021 11:24 AM
**To:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Steve Ehrlich <sehrlich@investvoyager.com>; Erika Szychowski <erika@investvoyager.com>; Brian Nistler <bnistler@investvoyager.com>; Warpula, Chad <Chad.Warpula@troutman.com>
**Subject:** NBA Questionnaire

Sekou,

Thanks for sharing the additional questions from the NBA.

As a general matter, Voyager operates in an industry that is evolving at a fast pace, is subject to significant regulation and, perhaps more importantly, regulatory uncertainty.   It is normal  for financial services firms (digital asset related or otherwise) to receive requests from regulators and law enforcement in the ordinary course of business. Voyager is no different.  When Voyager receives such requests, our

MAVSCUBAN00014920

policy is to cooperate fully, but to limit public discussion as these
matters are always evolving and, as a public company, Voyager is
subject to important rules regarding disclosures about its
business. Voyager strives for overall compliance and has a team of
legal and compliance professionals and outside advisors working hard
to help us operate within the rules as they exist today. We believe we
operate within those rules.


The following are answers to the NBA's questions below:


On Fri, Oct 15, 2021 at 10:48 PM Sekou Lewis
<Sekou.Lewis@dallasmavs.com> wrote:

  David – Follow up questions from the NBA…



MAVSCUBAN00014921



Sekou, feel free to let me know if you or the NBA needs any additional information regarding their inquiries.


Regards.

MAVSCUBAN00014922

David

**From:** David Brill <dbrill@investvoyager.com>
**Sent:** Wednesday, October 13, 2021 5:28 PM
**To:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Erika Szychowski <erika@investvoyager.com>; Brian Nistler <bnistler@investvoyager.com>; Warpula, Chad <Chad.Warpula@troutman.com>
**Subject:** NBA Questionnaire

Sekou and Ryan,

Good to meet you both via email. Attached is the completed NBA questionnaire you provided us. As you may know, Voyager is a public company and we include our most recent Prospectus and our Condensed Interim Consolidated Financials for additional information about Voyager. I am available to answer any questions you or the NBA has about our submission.

We look forward to working through the sponsorship process with you and appreciate an update on the status of the Sponsorship Agreement.

Regards.

David

David H. Brill

CONFIDENTIAL

Head Commercial Counsel

investvoyager.com

+1 917.923.3800



--
Erika E. Szychowski
SVP, Brand Marketing & Partnerships
erika@investvoyager.com
mobile: 917.592.5565

CONFIDENTIAL
MAVSCUBAN00014924

**Kyle Tapply**

From:     Kyle Tapply
Sent:     Mon 11/22/2021 3:36 PM (GMT-00:00)
To:       Kory Nix; Clay Christopher; Patrick Sorensen
Cc:
Bcc:
Subject: FW: Sales Report

FYI...

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Mark Cuban <mcuban@gmail.com>
**Sent:** Monday, November 22, 2021 9:09 AM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Cc:** Billy Phillips <Billy.Phillips@dallasmavs.com>; Cynthia Marshall
<Cynthia.Marshall@dallasmavs.com>; Mark Cuban <Mark.Cuban@dallasmavs.com>; Ryan Mackey
<Ryan.Mackey@dallasmavs.com>
**Subject:** Re: Sales Report

And on the stars.  I have no interest in getting money for the stars. Zero. None. Double extra zero.  I
don't want any money going to the aac when it could come to the mavs. Particularly voyager.

Find a way for us to further partner with the mavs. We crushed it for them and a lot of that was because
I endorsed it.

I won't approve anything that isn't for the Mavs

On Mon, Nov 22, 2021 at 5:54 AM Kyle Tapply <Kyle.Tapply@dallasmavs.com> wrote:

  Mark,


  Below are some notes on my weekly sales report. Please let me know if you have any questions.



CONFIDENTIAL                                                            MAVSCUBAN00015794


**EXHIBIT**
**9**



**Voyager**

Status: Meeting – We've had some additional conversations with Voyager about getting some additional funds for the AAC/Stars which would allow us to do a little more with the building on the B2B side. They are also working with the Players Association to work on a deal for the Mavs team, minus Luka as he looks to have something in place with either Crypto.com or Coinbase, and see how we can use the players to elevate some of the marketing campaigns. They are also hosting a Crypto 101 education event for the entire Mavs staff on December 17th at the Gaming Hub. Steve is flying down to be part of this event.

Thanks,

**KYLE TAPPLY**

MAVSCUBAN00015795

SENIOR DIRECTOR CORPORATE PARTNERSHIPS
DALLAS MAVERICKS | 1333 N STEMMONS FWY #105 | DALLAS, TX 75207
W: 214.658.7145 | C: 970.396.7725

E: Kyle.Tapply@dallasmavs.com | WEB: Mavs Sponsorship Deck

--
Sent from My phone Typos are to be expected Markcuban.com for all my stuff !

CONFIDENTIAL

MAVSCUBAN00015796

**"Ryan Mackey" <Ryan.Mackey@dallasmavs.com>**

---

From:    Mark Cuban
Sent:    Thu 8/26/2021 10:49 PM (GMT-00:00)
To:      "Ryan Mackey" <Ryan.Mackey@dallasmavs.com>
Cc:      "Cynthia Marshall" <Cynthia.Marshall@dallasmavs.com>, "Mark Cuban"
          <Mark.Cuban@dallasmavs.com>
Bcc:
Subject: Re: Voyager Company Overview (Confidential)


Sure

On Thu, Aug 26, 2021 at 4:25 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

Sorry, waiting for them to determine who will be involved. Want me to send you their emails
or copy you into one and then you can BCC me out of the thread?



**From:** Mark Cuban <mcuban@gmail.com>
**Sent:** Wednesday, August 25, 2021 7:59 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>; Mark Cuban
<Mark.Cuban@dallasmavs.com>
**Subject:** Re: Voyager Company Overview (Confidential)



Put me on an email with them. I'll find out what his goals are and of they are a fit



M



On Wed, Aug 25, 2021, 5:37 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

I just got this via text:



In short voyager would want as much access to him as they can get within reason - it's up to us
to set the boundaries at this point. Their CEO would hope to build some sort of relationship
with Mark, leverage him for the announcement & PR push, joint content campaigns around the
partnership (crypto convos and educational content), and ideally work with him to integrate his

**EXHIBIT**
**10**

mavs community with theirs. Social promotion would be great as well assuming they can align on messaging. They have some big ideas around rewarding Loyal mavs fans with their VGX token who spend USD within the Mavs ecosystem. Ideally, he can advise on something like this and get behind it.

Ryan Mackey

214-658-7132 (w)

214-869-5978 (m)

---

**From:** Mark Cuban <mcuban@gmail.com>
**Sent:** Wednesday, August 25, 2021 4:38:29 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>; Mark Cuban <Mark.Cuban@dallasmavs.com>
**Subject:** Re: Voyager Company Overview (Confidential)

I dont have a problem with the fact that they are a crypto exchange. The question is what actions and activations they want from us.

m

On Wed, Aug 25, 2021 at 4:36 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

Yes sir.

Ryan Mackey

214-658-7132 (w)

214-869-5978 (m)

---

**From:** Mark Cuban <mcuban@gmail.com>
**Sent:** Wednesday, August 25, 2021 4:36:17 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>; Mark Cuban
<Mark.Cuban@dallasmavs.com>
**Subject:** Re: Voyager Company Overview (Confidential)


per year ?


On Wed, Aug 25, 2021 at 10:49 AM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

 for up to 5 years


**From:** Mark Cuban <mcuban@gmail.com>
**Sent:** Wednesday, August 25, 2021 10:49 AM
**To:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>
**Cc:** Mark Cuban <Mark.Cuban@dallasmavs.com>; Ryan Mackey
<Ryan.Mackey@dallasmavs.com>
**Subject:** Re: Voyager Company Overview (Confidential)




How much do they want to spend ?




On Tue, Aug 24, 2021 at 11:51 PM Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>
wrote:

 Thanks, Boss!

MAVSCUBAN00001537

Let us dig in more. What would you like to know?

Mackey, are they willing to move forward without Mark's involvement? I think that could be a tad compromising. Just my two cynts.

Cynt

> On Aug 25, 2021, at 12:12 AM, Mark Cuban <mcuban@gmail.com> wrote:

> I'll dig in some more. The one thing we can't do is push a token as being better than others or claiming it's a good investment. So if that's important to them. That's n issue

>> On Tue, Aug 24, 2021 at 9:53 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

>> MC-

>> We have strong interest from Voyager as a crypto exchange partnership candidate. Below are some of their key objectives they wanted to share with you. They have received over $100M in funding and are comfortable with a ▊ annual spend. The key components are branding, adoption of the platform using Mavs incentives and educational programs (for both kids and adults). Your potential involvement (input/support, not endorsement) is very attractive to them as well.

>> Before we go further, I told them you would need to check them out. If we advance conversations, they would welcome connecting with you directly to answer any specific questions you may have.

>> Ryan

CONFIDENTIAL

PS.  We're working hard to learn, talking to as many resources as we can: potential sponsors, agencies, teams, league office, etc.  As of today, here's where we've made progress:



**From:** Drew Northfield <dnorthfield@excelsm.com>
**Sent:** Tuesday, August 24, 2021 6:58 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Voyager Company Overview (Confidential)


Hi Ryan,


Below is a quick but thorough overview of Voyager's business for you to
share with Mark. Please keep this information **confidential**, and let me
know if you have any questions before presenting. Their CEO and CMO
would welcome the chance to meet with him and answer any questions if he
would like to pursue a partnership discussion.


### *Why Voyager?*

- Voyager was founded in 2018 by a group of proven entrepreneurs
  with highly successful backgrounds at companies like E*TRADE,
  Uber, and Morgan Stanley.
- Our goal is to take the complexity out of crypto for the everyday
  investor, and to bring crypto out of the shadows and into the light.

  - This started with a simplified app that, from the beginning,
    allowed investors to seamlessly trade in USD and coins with
    zero commissions.

- We have 1.8 million users, a $400mm Revenue Run Rate, a ~$2.5
  billion market cap and several hundred million in liquidity to fuel
  growth.
- We offer 64 coins currently and are curating and adding new coins
  every month--based on quality, liquidity and demand.
- We are also a leader in paying rewards for holding crypto.
  Currently, we pay annual % rewards on 30+ coins.

  - For example, we are currently paying 5.75% on BTC, 4.6%
    on ETH, 9% on USDC, 12% on DOT (on an annual basis).

- We are not an exchange like Coinbase or Binance (exchanges are
  designed for institutions). Instead, we are an agency broker--which

MAVSCUBAN00001540

means that it is our responsibility to transact in the best interest of our customers.

- Going forward, our mantra is *Crypto for All*. We are making it easy for anyone to learn about, invest in, and use crypto.

    o We want consumers to be part of the evolution of finance while growing their own financial future.

### Publicly Traded Company

- Voyager was the first consumer crypto investing platform to go public – we are currently listed on the CSE.
- Confidentially, we are moving to the TSX (8th largest exchange in the world) in just a couple of weeks (announcing on 8/23).

    o Goal is to be on Nasdaq in 2022

- We believe transparency is important for crypto investing platform—which is why we decided to go public early on, subjecting ourselves to standard reporting and regulation.
- Coinbase is the only other public company in the crypto investing space.

### Voyager / VGX Community

- We have a very loyal and engaged community around our own token, VGX, which has a ~$1 billion market cap.
- The VGX token pays 7% staking rewards annually, and, based on certain levels of VGX holdings (10k+), token holders can earn a 1% boost on all rewards we pay out.
- We just completed what we believe is the largest Token Swap/Token Merger in history on the Ethereum blockchain.

    o Note the swap has also given the company a significant amount of tokens for marketing programs

- Check out $VGX on Twitter and you will see a highly engaged community of token holders.
- In September, we'll launch the much-anticipated Voyager Loyalty Program that pays rewards based on the quantity of VGX tokens held in a Voyager account.

MAVSCUBAN00001541

*Recent Acquisitions / Growth Plan*

- We just acquired a global payments company, Coinify, that brings us into the merchant/ B2B payments space (can replace BitPay)

  - This will also will kickstart our European operations, which will begin in 2022

- In the fall, we plan to launch a market-leading debit card tied to the USD Coin.


https://www.investvoyager.com/

--

Sent from My phone Typos are to be expected Markcuban.com for all my stuff !

--

Sent from My phone Typos are to be expected Markcuban.com for all my stuff !


--

m


http://www.markcuban.com

My NFTs https://lazy.com/mcuban

Lets Go Mavs !

#MFFL

MAVSCUBAN00001542

--

m


[http://www.markcuban.com](http://www.markcuban.com)

My NFTs [https://lazy.com/mcuban](https://lazy.com/mcuban)

Lets Go Mavs !

#MFFL


--
Sent from My phone Typos are to be expected Markcuban.com for all my stuff !

CONFIDENTIAL

MAVSCUBAN00001543

**<mcuban@gmail.com>**

From:    Steve Ehrlich
Sent:    Thu 9/09/2021 8:11 PM (GMT-00:00)
To:      <mcuban@gmail.com>
Cc:
Bcc:
Subject: Re: [EXT] Voyager / Mavericks Introduction


yes.. 4pm CSt/5pm EST?

What number should I call?

Im at the number below

Stephen Ehrlich
Chief Executive Officer
Voyager Digital, LLC
917-885-9024
sehrlich@investvoyager.com


On Sep 9, 2021, at 4:09 PM, Mark Cuban <mcuban@gmail.com> wrote:

Steve do you have time now or in a bit. It's 3pm cst. Sorry for the short notice. Understand if you can't

On Thu, Sep 9, 2021 at 2:56 PM Steve Ehrlich <sehrlich@investvoyager.com> wrote:
Hi Mark,Saw your tweets last night on SEC/Coinbase. I have been in the securities/broker-dealer world for 27 years and would be happy to talk about crypto regulation and how it compares to securities (ie FINRA/SEC) and where all the gaps are.Its truly amazing about how the SEC is going about this and could put the US at a competitive disadvantage.Look forward to discussing all of this and more at some point.Regards,Steve

Stephen Ehrlich
Chief Executive Officer
Voyager Digital, LLC
917-885-9024
sehrlich@investvoyager.com


On Sep 8, 2021, at 5:35 PM, Mark Cuban <mcuban@gmail.com> wrote:

Hey guys. Nice to meet you. I'm very familiar with Voyager.  And have fun with Gronk !

You guys have a number of business lines.  Can you give me an overview of how your revenues break down ?

**EXHIBIT**
**11**

And what is your ultimate goal ?

On Wed, Sep 8, 2021, 3:54 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:
Hi Erika and team!  Pleased to meet you and introduce you to Mark Cuban. I'll let Mark take things from here. Looking forward to further conversations!  Ryan


Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Wednesday, September 8, 2021 3:33:50 PM
**To:** Drew Northfield <dnorthfield@excelsm.com>
**Cc:** Steve Ehrlich <sehrlich@investvoyager.com>; Pam Kramer <pkramer@investvoyager.com>; Jason Miller <jmiller@excelsm.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Re: [EXT] Voyager / Mavericks Introduction

Thank you kindly for bringing us all together Drew,

Pleasure to e-meet you Ryan - we are very excited to work together on a fully integrated and long term partnership.  Looking forward to advancing the discussions.

Erika Szychowski

On Wed, Sep 8, 2021 at 3:18 PM Drew Northfield <dnorthfield@excelsm.com> wrote:

Steve, Pam & Erika:


Please meet Ryan Mackey (cc'd), SVP of Corporate Partnerships for the Dallas Mavericks. Ryan has been with the Mavs for ~20 years and will be a primary point of contact for your team as you continue to evaluate this partnership opportunity. He has been keeping Mark Cuban up to speed on our discussions and is excited to get him involved in this conversation.


Ryan, please meet the core Voyager leadership team: Steve Ehrlich (CEO), Pam Kramer (CMO) and Erika Szychowski (SVP of Marketing). While I have shared some background on their business, growth ambitions & current objectives – these three will be able to answer any outstanding questions that you or Mark may have and are excited to share more about the Voyager story. They are also excited to learn more about your vision for crypto/blockchain integrations across the organization, and identify opportunities for Voyager to lead/support those initiatives as part of this partnership.

CONFIDENTIAL

It would be great if both sides could chime in with brief personal introductions before we begin discussing the platform and opportunity in depth.

Thanks all,

Drew



**Drew Northfield**

Excel Sports Management

(m) 971.344.3677

http://www.excelsm.com

<image001.png><image001.png>

--
Sent from My phone Typos are to be expected Markcuban.com for all my stuff !

MAVSCUBAN00001555



From: **Steve Ehrlich** <sehrlich@investvoyager.com>
Date: Mon, Sep 27, 2021, 8:24 PM
Subject: Re: [EXT] Re: Voyager Follow Up
To: <mcuban@gmail.com>
Cc: Mark Cuban <Mark.Cuban@dallasmavs.com>


Yes. Let me know what works for you. I am in LA so on west coast.

Looking forward

Sent from my iPhone


On Sep 27, 2021, at 18:08, Mark Cuban <mcuban@gmail.com> wrote:

> Are you around tomorrow? I'll be able to give you a call
>
> On Fri, Sep 24, 2021, 1:34 PM Steve Ehrlich <sehrlich@investvoyager.com> wrote:
> Happy Friday Mark,
>
> I am excited to hear our teams have aligned on an agreement and confident we will be an incredible partner, and this will be an ongoing, dynamic relationship. Would you by chance be available to jump on a quick call to work through the exclusivity language, I believe you and I understand what we're trying to accomplish and could hammer this out very quickly.
>
> Thanks,
>
> Steve
>
>
> Stephen Ehrlich
> Chief Executive Officer

CONFIDENTIAL

MAVSCUBAN00001497

**EXHIBIT**
**12**

Voyager Digital, LLC
917-885-9024
sehrlich@investvoyager.com

CONFIDENTIAL

MAVSCUBAN00001498

From:   Ryan Mackey
Sent:   Wed 8/25/2021 1:32 PM (GMT-00:00)
To:     "Cynthia Marshall" <Cynthia.Marshall@dallasmavs.com>, "Mark Cuban" <mcuban@gmail.com>
Cc:     "Mark Cuban" <Mark.Cuban@dallasmavs.com>
Bcc:
Subject: Re: Voyager Company Overview (Confidential)



Things we've been asked:

We can also move forward without Mark at all if that's preferred. Just let me know!
RM


Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

**From:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>
**Sent:** Wednesday, August 25, 2021 1:51:12 AM
**To:** Mark Cuban <mcuban@gmail.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Mark Cuban <Mark.Cuban@dallasmavs.com>
**Subject:** Re: Voyager Company Overview (Confidential)

Thanks, Boss!

Let us dig in more. What would you like to know?

Mackey, are they willing to move forward without Mark's involvement? I think that could be a
tad compromising. Just my two cynts.

Cynt

MAVSCUBAN00001858

**EXHIBIT**
**13**

**<mcuban@gmail.com>**

---

| From: | Steve Ehrlich |
|---|---|
| Sent: | Thu 9/09/2021 2:41 AM (GMT-00:00) |
| To: | <mcuban@gmail.com> |
| Cc: | "Ryan Mackey" <Ryan.Mackey@dallasmavs.com>, "Erika Szychowski" <erika@investvoyager.com>, "Drew Northfield" <dnorthfield@excelsm.com>, "Pam Kramer" <pkramer@investvoyager.com>, "Jason Miller" <jmiller@excelsm.com>, "Mark Cuban" <Mark.Cuban@dallasmavs.com> |
| Bcc: | |

Subject: Re: [EXT] Voyager / Mavericks Introduction

Hi Mark,

Pleasure to meet you.

Don't hold it against me but I've been a long-suffering Knicks fan and we seem to lose our best players to you and the Mavs. So from my vantage point, it looks like you know what you're doing.

Right now we have two main revenue sources for our business, trading spreads and crypto earnings revenue. Unlike the typical crypto exchange, we connect to multiple exchanges, which allows us to give our customers a better price, without commissions, and earn spread revenue. Our fiscal year ended in June with revenue at $165mm (up from $1mm for the prior fiscal year). About 80% was spread revenue on trades. With the advent of staking we are evolving our model to stake much of the $5bn and growing of customer AUM, and deliver $400-500mm of revenue for fiscal 2022 with a 50/50 split between staking and spread revenue. We just added merchant payments and will also add more products in 2022, with equity trading leading the way.

We use data to understand our customers and know that Dallas is our 4th largest city, and Texas as a whole is our fastest growing market.

As a challenger brand, we look to partner with companies and people that want to demystify crypto and challenge the status quo. Partnering with Gronk is a way for us to connect with a broader audience. We know with the Mavs, and with your support, we can help bring crypto to all and truly level the playing field. We expect to be in Europe in 2022, and with the Mavs international roster, it seems like an ideal fit.

I would love to meet in person, share more about Voyager's vision, and put together a deal. How quickly can we get this scheduled? Happy to jump on a plane, share more about the company, and work through this.

Let's make history here and create the first ever NBA Team sponsorship in crypto. I think we can blow the roof off!

Look forward to meeting you.

**EXHIBIT**

**14**

Regards

Steve

Stephen Ehrlich
Chief Executive Officer
Voyager Digital, LLC
917-885-9024
sehrlich@investvoyager.com


On Sep 8, 2021, at 5:35 PM, Mark Cuban <mcuban@gmail.com> wrote:

Hey guys. Nice to meet you. I'm very familiar with Voyager. And have fun with Gronk !

You guys have a number of business lines. Can you give me an overview of how your revenues break down ?

And what is your ultimate goal ?

On Wed, Sep 8, 2021, 3:54 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:
Hi Erika and team! Pleased to meet you and introduce you to Mark Cuban. I'll let Mark take things from here. Looking forward to further conversations! Ryan


Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

---

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Wednesday, September 8, 2021 3:33:50 PM
**To:** Drew Northfield <dnorthfield@excelsm.com>
**Cc:** Steve Ehrlich <sehrlich@investvoyager.com>; Pam Kramer <pkramer@investvoyager.com>; Jason Miller <jmiller@excelsm.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Re: [EXT] Voyager / Mavericks Introduction

Thank you kindly for bringing us all together Drew,

Pleasure to e-meet you Ryan - we are very excited to work together on a fully integrated and long term partnership. Looking forward to advancing the discussions.

Erika Szychowski

On Wed, Sep 8, 2021 at 3:18 PM Drew Northfield <dnorthfield@excelsm.com> wrote:

Steve, Pam & Erika:

MAVSCUBAN00001875

Please meet Ryan Mackey (cc'd), SVP of Corporate Partnerships for the Dallas Mavericks. Ryan has been with the Mavs for ~20 years and will be a primary point of contact for your team as you continue to evaluate this partnership opportunity. He has been keeping Mark Cuban up to speed on our discussions and is excited to get him involved in this conversation.

Ryan, please meet the core Voyager leadership team: Steve Ehrlich (CEO), Pam Kramer (CMO) and Erika Szychowski (SVP of Marketing). While I have shared some background on their business, growth ambitions & current objectives – these three will be able to answer any outstanding questions that you or Mark may have and are excited to share more about the Voyager story. They are also excited to learn more about your vision for crypto/blockchain integrations across the organization, and identify opportunities for Voyager to lead/support those initiatives as part of this partnership.

It would be great if both sides could chime in with brief personal introductions before we begin discussing the platform and opportunity in depth.

Thanks all,

Drew



**Drew Northfield**

Excel Sports Management

(m) 971.344.3677

http://www.excelsm.com

<image001.png><image001.png>

CONFIDENTIAL

MAVSCUBAN00001876

**Kyle Tapply**

---

From:    Kory Nix

Sent:    Wed 9/22/2021 3:14 PM (GMT-00:00)

To:      Kyle Tapply; Billy Phillips

Cc:      Ryan Mackey; Clay Christopher; Patrick Sorensen

Bcc:

Subject: RE: [EXT] RE: Partnership Outline


███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

████████████████████


**From:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Sent:** Wednesday, September 22, 2021 9:58 AM
**To:** Billy Phillips <Billy.Phillips@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Clay
Christopher <Clay.Christopher@dallasmavs.com>; Patrick Sorensen
<Patrick.Sorensen@dallasmavs.com>
**Subject:** Re: [EXT] RE: Partnership Outline


That was scary timing. Reading your email and this came in.


CONFIDENTIAL

MAVSCUBAN00005674

**EXHIBIT**

**15**

**"Cynthia Marshall" <Cynthia.Marshall@dallasmavs.com>**

From:   Mark Cuban
Sent:   Fri 10/01/2021 1:09 AM (GMT-00:00)
To:     "Cynthia Marshall" <Cynthia.Marshall@dallasmavs.com>
Cc:     "Ryan Mackey" <Ryan.Mackey@dallasmavs.com>
Bcc:
Subject: Re: Voyager Follow Up



M

On Thu, Sep 30, 2021, 8:07 PM Cynthia Marshall <Cynthia.Marshall@dallasmavs.com> wrote:
Cool.

Cynt

On Sep 30, 2021, at 7:45 PM, Mark Cuban <mcuban@gmail.com> wrote:

Add these 3 back. See what they think

On Thu, Sep 30, 2021, 6:31 PM Ryan Mackey
<Ryan.Mackey@dallasmavs.com> wrote:

                       are non-starters for them, per Erika (marketing).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00001544

**EXHIBIT**
**16**



MAVSCUBAN00001545



**From:** Mark Cuban <mcuban@gmail.com>
**Sent:** Thursday, September 30, 2021 5:25 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>
**Subject:** Re: Voyager Follow Up

MAVSCUBAN00001546

On Thu, Sep 30, 2021 at 3:52 PM Ryan Mackey
<Ryan.Mackey@dallasmavs.com> wrote:

Hey



Your call, of course. I'm just telling you what I think and what I've heard
from their side. Cynt, feel free to jump in if you have comments/thoughts!?

Ryan

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00001547

PS  We discussed a jersey patch provision that would allow them to look at that (if it opens) and bid on it.

**From:** Mark Cuban <mcuban@gmail.com>
**Sent:** Wednesday, September 29, 2021 8:20 PM
**To:** Steve Ehrlich <sehrlich@investvoyager.com>; Ryan Mackey Ryan.Mackey@dallasmavs.comwill
**Subject:** Re: Voyager Follow Up

On Wed, Sep 29, 2021 at 6:23 PM Steve Ehrlich <sehrlich@investvoyager.com> wrote:

Hi Mark,

As you requested here is the list of competitors. I kept them focused on folks who offer cryptotrading exchanges or brokers.

Happy to discuss to get this finalized.

Looking forward to working with you and the team.

Steve

The ones below are all good.

Specific Competitor Exclusions

MAVSCUBAN00001548



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00001549

We cant give first right of refusal, but we can commit to allow you to bid for a category .

Stephen Ehrlich
Chief Executive Officer
Voyager Digital, LLC
917-885-9024
sehrlich@investvoyager.com

On Sep 29, 2021, at 10:09 AM, Mark Cuban <mcuban@gmail.com> wrote:

Tried calling you yesterday

I have NBA meetings all day today. Can try again tomorrow

On Wed, Sep 29, 2021, 12:08 PM Steve Ehrlich <sehrlich@investvoyager.com> wrote:

Hi Mark,

Congrats on the deal. Pretty cool stuff.

Look forward to catching up.

Steve

https://techcrunch.com/2021/09/28/mark-cuban-and-coinbase-back-eternal-an-nft-marketplace-for-trading-twitch-streamer-clips/

Sent from my iPhone

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00001550

\--

m

http://www.markcuban.com

My NFTs https://lazy.com/mcuban

Lets Go Mavs !

#MFFL

\--

m

http://www.markcuban.com

My NFTs https://lazy.com/mcuban

Lets Go Mavs !

#MFFL

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00001551



MAVSCUBAN00001977





MAVSCUBAN00001978



MAVSCUBAN00001979



CONFIDENTIAL

MAVSCUBAN00001980



CONFIDENTIAL

MAVSCUBAN00001981



MAVSCUBAN00001982



MAVSCUBAN00001983



MAVSCUBAN00001984



MAVSCUBAN00001985



CONFIDENTIAL



MAVSCUBAN00001987



MAVSCUBAN00001988



MAVSCUBAN00001989



CONFIDENTIAL

MAVSCUBAN00001990



From: **Mark Cuban** <mcuban@gmail.com>
Date: Thu, Sep 23, 2021, 1:03 AM
Subject: Re: Partnership Outline
To: Ryan Mackey <Ryan.Mackey@dallasmavs.com>
Cc: Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>, Mark Cuban
<Mark.Cuban@dallasmavs.com>

They can be our exclusive centralized exchange. They can't be our exclusive Blockchain
partner

That's non negotiable

We will help them open accounts to trade on voyager , we encourage people to use it , but his
business supports tokens trading on multiple Blockchain platforms

This is exactly what Steve and I discussed and agreed to

If we want to do something with solano to trade NFTs or to promote the token of polygon or an
application of some other sort written on Ethereum. We will

On Wed, Sep 22, 2021, 8:31 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

Mark/Cynt-

We had another call with Voyager today and ironed out many of the concerns about their
expectations. Here are the final issues:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
MAVSCUBAN00005853

**EXHIBIT**
18

**"Steve Ehrlich" <sehrlich@investvoyager.com>**

From:   Mark Cuban
Sent:    Sat 3/05/2022 6:25 PM (GMT-00:00)
To:      "Steve Ehrlich" <sehrlich@investvoyager.com>
Cc:
Bcc:
Subject: Re: [EXT] polygon

The Amos for coming and hope your foot gets better

On Sat, Mar 5, 2022 at 12:18 PM Steve Ehrlich <sehrlich@investvoyager.com> wrote:
 Hi Mark,

 Havent forgotten about getting this done. We are working to add Polygon as a blockchain.

 Really just wanted to say thanks for an amazing event last night. The Mavericks organization
 has truly made Voyager feel like family. From you, to Cyn to Ryan and the entire team its been
 nothing short of special and what we discussed last July. Excited about what teh future holds as
 we get ready to enter Europe.

 Again, thanks for the support and the special organization you created.

 Regards

 Steve

 Steve Ehrlich
 sehrlich@investvoyager.com


On Feb 23, 2022, at 9:05 PM, Mark Cuban <mcuban@gmail.com> wrote:

No worries, thanks for the update.

On Wed, Feb 23, 2022 at 9:50 PM Steve Ehrlich <sehrlich@investvoyager.com> wrote:
 Hi Mark,

 Sorry for the delay. We are looking at how we can do it. As of now we cna do cross chain but
 we are trying to figure out how.

 Thanks for the patience and will be back to you in a few days.

 Regards

 Steve

CONFIDENTIAL

MAVSCUBAN00001729

**EXHIBIT**

**19**



Steve Ehrlich
sehrlich@investvoyager.com
917-885-9024

On Feb 21, 2022, at 5:29 PM, Mark Cuban <mcuban@gmail.com> wrote:

i have a bunch of USDC, USDT and some BTC on polygon

is it possible to transfer to my voyager account ?


--
m


http://www.markcuban.com
My NFTs https://lazy.com/mcuban
Lets Go Mavs !
#MFFL


 --
 Sent from My phone Typos are to be expected Markcuban.com for all my stuff !

 --
Sent from My phone Typos are to be expected Markcuban.com for all my stuff !

CONFIDENTIAL

MAVSCUBAN00001730

CONFIDENTIAL

MAVSCUBAN00006357

EXHIBIT
20



CONFIDENTIAL

MAVSCUBAN00006358



MAVSCUBAN00006359



MAVSCUBAN00006360



MAVSCUBAN00006361



MAVSCUBAN00006362



MAVSCUBAN00006363



CONFIDENTIAL



MAVSCUBAN00006365



MAVSCUBAN00006366



CONFIDENTIAL

MAVSCUBAN00006367

**\<mcuban@gmail.com\>**

From:   Steve Ehrlich
Sent:   Sat 10/30/2021 1:39 AM (GMT-00:00)
To:     \<mcuban@gmail.com\>
Cc:
Bcc:
Subject: Re: [EXT] Voyager

We are investigating as well. FYI over 60k downloads with MAVS100 code

Sent from my iPhone

On Oct 29, 2021, at 21:36, Mark Cuban \<mcuban@gmail.com\> wrote:

> It was the same address when I looked at it.  I cut and pasted it.
>
> I will check again to make sure it wasnt a mistake on my end
>
> On Fri, Oct 29, 2021 at 8:21 PM Steve Ehrlich \<<u>sehrlich@investvoyager.com</u>\> wrote:
>> HI Mark,
>>
>> We are checking into it but it looks like the deposit was made to a
>> MATIC/Polygon address. We grabbed the deposit which is why it took some
>> time. Its in the account now.
>>
>> Any questions let me know and good luck tonight
>>
>> Steve
>>
>>
>> Stephen Ehrlich
>> Chief Executive Officer
>> Voyager Digital, LLC
>> 917-885-9024
>> <u>sehrlich@investvoyager.com</u>
>>
>>
>> On Oct 29, 2021, at 7:41 PM, Mark Cuban ██████████████ wrote:
>>
>> Steve, █████████████ ████████████████

CONFIDENTIAL

MAVSCUBAN00005890

**EXHIBIT**
**21**

still not seeing it. I know you guys are swamped, what is the longest delay ?

On Fri, Oct 29, 2021 at 4:42 PM Steve Ehrlich <sehrlich@investvoyager.com>
wrote:
  HI Mark,

  Sorry for the delay. Just got home!

  Like the ideas a lot and will bring to my dev team.

  Latest numbers are 50k downloads and 13k funded accounts with over 5mm
  AUM and still going.

  We had to go to a waitlist mode as the demand was so high we had tho throttle.
  That said, we never went waitlist in Texas, Oklahoma, Arkansas, NM and
  Kansas.

  Additionally, we jumped into the Top 50 apps and passed our buddies at
  Robinhood for the fist time!

  Thanks for the support and look forward to this partnership.

  Regards,

  Steve


  Stephen Ehrlich
  Chief Executive Officer
  Voyager Digital, LLC
  917-885-9024
  sehrlich@investvoyager.com


  On Oct 29, 2021, at 11:55 AM, Mark Cuban <mcuban@gmail.com> wrote:


  Damn. That's 5x what I expected !

  Also. Just a suggestion. ███████████████████  Nothing shows up
  for a while.

  If you can show an alert that you received a transfer from cuz wallet for xxx
  usdc and are processing it. That would be comforting.

MAVSCUBAN00005891

Because of the delay I send much less , because it's stressful waiting to see if it got there.  Because of super high eth gas fees it's super expensive to do more than one

Or if you can offer via polygon , then fees don't matter

On Fri, Oct 29, 2021 at 10:48 AM Steve Ehrlich <sehrlich@investvoyager.com> wrote:
 As of last night was over 20k download with MAVS100 code. Getting assets and will share.

 Sent from my iPhone


On Oct 29, 2021, at 10:42, Mark Cuban <mcuban@gmail.com> wrote:


    how many downloads and how much has been deposited ?

    On Fri, Oct 29, 2021 at 10:39 AM Steve Ehrlich <sehrlich@investvoyager.com> wrote:
     I'll get it resolved. It's been amazing the reception

     Sent from my iPhone


    On Oct 29, 2021, at 10:17, Mark Cuban <mcuban@gmail.com> wrote:



        ---------- Forwarded message ---------
        From: **Gabrielle Powell**
        <gabriellepowell8@gmail.com>
        Date: Fri, Oct 29, 2021 at 12:51 AM
        Subject: Voyager
        To: Mark.Cuban@dallasmavs.com
        <Mark.Cuban@dallasmavs.com>


        Hello
        I've signed up and now there's a delay. I don't want to be left out I want to get started. ASAP

        Sincerely

MAVSCUBAN00005892

Gabrielle Powell

--

Sent from My phone Typos are to be expected

Markcuban.com for all my stuff !

--
m


http://www.markcuban.com

My NFTs https://lazy.com/mcuban

Lets Go Mavs !

#MFFL

--

Sent from My phone Typos are to be expected Markcuban.com for all my stuff !

--
m


http://www.markcuban.com

My NFTs https://lazy.com/mcuban

Lets Go Mavs !

#MFFL

--
m


http://www.markcuban.com

My NFTs https://lazy.com/mcuban

Lets Go Mavs !

#MFFL

MAVSCUBAN00005893

| From: | Kyle Tapply |
|---|---|
| Sent: | Mon 11/08/2021 12:58 PM (GMT-00:00) |
| To: | "Mark Cuban" <Mark.Cuban@dallasmavs.com>, "Cynthia Marshall" <Cynthia.Marshall@dallasmavs.com> |
| Cc: | "Ryan Mackey" <Ryan.Mackey@dallasmavs.com>, "Billy Phillips" <Billy.Phillips@dallasmavs.com> |
| Bcc: | |
| Subject: | Sales Report |
| Attachments: | image00100001.png |

Mark,

Below are some notes on my weekly sales report. Please let me know if you have any questions.



**Voyager**

Status: Recap Numbers -Wanted to share some of the recap numbers they provided us from the initial launch. Overall, the first week was a massive success. They said they had over 75K downloads with fans who used "Mavs100" to claim the offer. Over 30K people funded the account to claim the $100 offer and still counting. They said they expected less than 20K Mavs100 redemptions. Overall, they had 175K downloads for the first week. The PR agency mentioned they received over 1 billion impressions on the partnership announcement in addition to the $100K crypto giveaway halfcourt shot. We couldn't have had a better launch and really appreciate everyone's efforts to get the deal done. We're working on creating a best practice/case study to use for partners in the future and will share more later.

CONFIDENTIAL

MAVSCUBAN00006070

**EXHIBIT**
22

Thanks,



**KYLE TAPPLY**
SENIOR DIRECTOR CORPORATE PARTNERSHIPS
DALLAS MAVERICKS | 1333 N STEMMONS FWY #105 | DALLAS, TX 75207
W: 214.658.7145 | C: 970.396.7725
E: **Kyle.Tapply@dallasmavs.com** |WEB: **Mavs Sponsorship Deck**

CONFIDENTIAL

MAVSCUBAN00006071



TSX: VOYG
OTCQX: VYGVF
Borse Frankfurt: UCD2

**NEWS RELEASE**

**VOYAGER DIGITAL BECOMES THE OFFICIAL CRYPTOCURRENCY BROKERAGE PARTNER OF THE DALLAS MAVERICKS**

*Voyager is the first international partner of the Dallas Mavericks, joining forces to make crypto more accessible for all*

NEW YORK, October 27, 2021 - Voyager Digital Ltd. ("Voyager" or the "Company") (TSX: VOYG; OTCQX: VYGVF; FRA: UCD2), one of the fastest-growing, publicly traded cryptocurrency platforms in the United States, has entered into a five-year exclusive, integrated partnership with the Dallas Mavericks, becoming the team's first cryptocurrency brokerage and international partner. A press conference will be hosted in Dallas today at 4:00 p.m. Central Time to discuss the partnership. To watch, please visit: https://www.mavs.com/voyager/.

Voyager and the Dallas Mavericks will work to make cryptocurrency more accessible through educational and community programs, global activations, and fan engagement promotions. The partnership also includes naming rights to the Mavs Gaming Hub, the official gaming and event venue for the Mavs NBA 2K League team, and will be announced at a later date.

This partnership makes Voyager the first international partner of the Dallas Mavericks, enabling both parties to reach a wider, global audience to raise brand awareness and drive cryptocurrency adoption around the world. In 2019, the NBA granted teams the ability to provide international sponsorship rights, outside the United States and Canada.

"The Mavs are proud to welcome Voyager to the Dallas Mavericks family," said Mavs governor Mark Cuban. "Crypto assets and applications are changing how business and personal finance are done. We believe our partnership with Voyager will allow Mavs and NBA fans to learn more about Voyager and how they can earn more from Voyagers' platform than from traditional financial applications."

"We could not be more excited to partner with the Dallas Mavericks to make crypto more accessible for all," said Steve Ehrlich, CEO and Co-founder of Voyager. "This partnership gives us the opportunity to educate people all over the world on ways to use crypto in their everyday lives. We want to help people learn alternate ways to grow their wealth to achieve true financial freedom and build intergenerational wealth through crypto. We found a great partner to do this with in the Mavs and their owner, Mark Cuban, who is already deeply involved in the space."

CONFIDENTIAL

**EXHIBIT**
**23**

**About Voyager Digital Ltd.**

Voyager Digital Ltd. (TSX: VOYG; OTCQX: VYGVF; FRA: UCD2) is a fast-growing, publicly traded cryptocurrency platform in the United States founded in 2018 to bring choice, transparency, and cost efficiency to the marketplace. Voyager offers a secure way to trade over 60 different crypto assets using its easy-to-use mobile application, and earn rewards up to 12 percent annually on more than 30 cryptocurrencies. Through its subsidiary Coinify ApS, Voyager provides crypto payment solutions for both consumers and merchants around the globe. To learn more about the company, please visit https://www.investvoyager.com.

**About The Dallas Mavericks**

The Dallas Mavericks are a first-class global sports and entertainment organization providing memorable experiences for fans worldwide. The Mavs compete in the National Basketball Association as a member of the Western Conference and play at American Airlines Center under the direction of Coach Jason Kidd, General Manager Nico Harrison, CEO Cynt Marshall and Governor Mark Cuban. Since the inaugural season in 1980- 81, the Mavs have won four division titles, two conference championships and one NBA championship in 2011. In addition to on-court success, the Mavs are committed to making a difference in North Texas through community programs and the Mavs Foundation. For more information on Dallas Mavericks players, staff, stats and tickets, visit mavs.com.

*The TSX has not approved or disapproved of the information contained herein.*

SOURCE Voyager Digital Ltd.

**Press Contacts**

**Voyager Digital Ltd.**
Michael Legg
Chief Communications Officer
(212) 547-8807
mlegg@investvoyager.com

Voyager Public Relations Team
pr@investvoyager.com

**Dallas Mavericks**
Erin Finegold White
SVP, Corporate Communications
(214) 415-9183
Erin.Finegold@dallasmavs.com

MAVSCUBAN00001487

From: Kyle Tapply
Sent: Mon 9/20/2021 12:29 PM (GMT-00:00)
To: "Mark Cuban" <Mark.Cuban@dallasmavs.com>, "Cynthia Marshall"
<Cynthia.Marshall@dallasmavs.com>
Cc: "Ryan Mackey" <Ryan.Mackey@dallasmavs.com>, "Billy Phillips"
<Billy.Phillips@dallasmavs.com>
Bcc:
Subject: Sales Report
Attachments: image00100001.png

Mark,

Below are some notes on my weekly sales report. Please let me know if you have any questions.

CONFIDENTIAL

MAVSCUBAN00005874

EXHIBIT
24



From: **Steve Ehrlich** <sehrlich@investvoyager.com>
Date: Wed, Nov 10, 2021, 12:49 PM
Subject: Re: [EXT] Please help -- I still haven't received the promised $100 bonus from Voyager
(MAVS100 promo)
To: Mark Cuban <mcuban@gmail.com>


Hi Mark,

Thanks. We will get him fixed.

Hope all is well - heard you had an exchange with my buddy Jason Raznick.

Regards

Steve


Stephen Ehrlich
Chief Executive Officer
Voyager Digital, LLC
917-885-9024
sehrlich@investvoyager.com


On Nov 10, 2021, at 1:44 PM, Mark Cuban <mcuban@gmail.com> wrote:



---------- Forwarded message ---------
From: **Neil Gillespie** <neil.e.gillespie@gmail.com>
Date: Wed, Nov 10, 2021 at 12:30 PM
Subject: Please help -- I still haven't received the promised $100 bonus from Voyager
(MAVS100 promo)
To: <mcuban@gmail.com>

CONFIDENTIAL

MAVSCUBAN00006136

**EXHIBIT**

**25**

**"Steve Ehrlich" <sehrlich@investvoyager.com>**

From:   Cynthia Marshall
Sent:   Fri 10/29/2021 10:14 PM (GMT-00:00)
To:     "Steve Ehrlich" <sehrlich@investvoyager.com>
Cc:     "Mark Cuban" <mcuban@gmail.com>
Bcc:
Subject: Re: Thank you and a little note

Thanks so much, Steve! I appreciate your kind words about our team.

We're so happy to have you in the Mavs family. It's already been a pleasure working with you and your amazing team. Also, it was a joy to meet your wife last night.

I'm looking forward to the great things we're going to do together. It's very exciting!

Enjoy your weekend. We'll talk soon. Go Mavs!

Cynt

> On Oct 29, 2021, at 4:48 PM, Steve Ehrlich <sehrlich@investvoyager.com> wrote:
>
> HI Mark and Cyn,
>
> I wanted to say thank you to both of you for our partnership. I appreciate all the work you did to get this to the finish line.
>
> I also wanted to say that you have an amazing team. From Ryan and the Sales team to Erin and the PR team to the Social team and event activation team. They all went over and above and we are extremely excited to be working with such a class team and organization.
>
> We look forward to this long term relationship and getting to know the team even better.
>
> Thanks again and enjoy the weekend and
>
> GO MAVS.
>
> Regards,
>
> Steve
>
>
> Stephen Ehrlich
> Chief Executive Officer
> Voyager Digital, LLC
> 917-885-9024

MAVSCUBAN00006032

**EXHIBIT**

**26**

Federal Reserve Board - FDIC and Federal Reserve Board issue letter ...        https://www.federalreserve.gov/newsevents/pressreleases/bcreg202207...

# Joint Press Release

---

July 28, 2022

## FDIC and Federal Reserve Board issue letter demanding Voyager Digital cease and desist from making false or misleading representations of deposit insurance status

Board of Governors of the Federal Reserve System

Federal Deposit Insurance Corporation

For release at 5:15 p.m. EDT

Share

The Federal Deposit Insurance Corporation (FDIC) and the Federal Reserve Board today issued a joint letter demanding that the crypto brokerage firm Voyager Digital cease and desist from making false and misleading statements regarding its FDIC deposit insurance status and take immediate action to correct any such prior statements.

According to the agencies, Voyager and certain officers and employees made various statements online, including on its website, mobile app, and social media accounts, stating or suggesting that:

1. Voyager itself is FDIC-insured;
2. Customers who invested with the Voyager cryptocurrency platform would receive FDIC insurance coverage for all funds provided to, and held by, Voyager, without reference to the insured depository institution account; and
3. The FDIC would insure customers against the failure of Voyager itself.

These representations are false and misleading. Based on the information gathered to date, it appears that these representations likely misled and were relied upon by customers who placed their funds with Voyager and do not have immediate access to their funds.

The Federal Deposit Insurance Act, however, prohibits any person from representing or implying that an uninsured deposit is insured or from knowingly misrepresenting the extent and manner in which a deposit liability, obligation, certificate, or share is insured under that Act. The FDIC is authorized to enforce this prohibition against any person.

Voyager maintains a deposit account for the benefit of its customers at Metropolitan Commercial Bank, which is supervised by the Board. Voyager is not itself insured by the FDIC, though, and so customers who invested through its cryptocurrency platform would not receive insurance coverage in the event of Voyager's failure.

EXHIBIT

27

Case 1:22-cv-22538-RKA   Document 186-33 *SEALED* on FLSD Docket 07/29/2023   Page 152 of 468
Page 447 of 468

The FDIC deposit insurance program protects customers in the event of the failure of an FDIC-insured bank. To determine if an institution is FDIC-insured, you can ask a representative of the institution, look for the FDIC sign at the institution, or use the FDIC's BankFind tool. For more information about FDIC deposit insurance, please see the following FAQs.

Read the agencies' letter to Voyager Digital (PDF)

## Media Contacts:

| FDIC | Carroll Kim | 202-898-7389 |
| Federal Reserve Board | Adrienne Salazar | 202-452-2955 |

## Related Information

### Consumer Complaints:

- FDIC
- Federal Reserve Board

Last Update: July 28, 2022