Case 1:22-cv-22538-RKA   Document 155-32 *SEALED*   Entered on FLSD Docket 06/09/2023   Page 1 of 263

# Plaintiffs' Exhibit 283

## (Part 2)

**Kyle Tapply**

From:        Billy Phillips
Sent:        Wed 9/15/2021 8:55 PM (GMT-00:00)
To:          Kory Nix
Cc:          Clay Christopher; Kyle Tapply; Ryan Mackey
Bcc:
Subject:     Re: Gronk + VGX—does it get any better?
Attachments: image001.png; image002.png; image003.png

Don't laugh.
Ryan will share Mark's Doge ideas.

Thanks,
Billy Phillips
Dallas Mavericks

On Sep 15, 2021, at 3:53 PM, Kory Nix <Kory.Nix@dallasmavs.com> wrote:

> Yep, everyone in the arena gets a Doge coin on Dogeter Pepper Nights courtesy of
> Voyager......
>
> **From:** Clay Christopher <Clay.Christopher@dallasmavs.com>
> **Sent:** Wednesday, September 15, 2021 3:49 PM
> **To:** Kory Nix <Kory.Nix@dallasmavs.com>; Billy Phillips <Billy.Phillips@dallasmavs.com>;
> Kyle Tapply <Kyle.Tapply@dallasmavs.com>
> **Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
> **Subject:** RE: Gronk + VGX—does it get any better?
>
> Yeah, like Doge Pepper Nights....right Kory? lol
>
> **Clay Christopher**
> Dallas Mavericks | Mavs Gaming
> Office: 214.658.7146
> Cell: 214.869.5977
> 1333 N. Stemmons Freeway
> Suite #105
> Dallas, TX 75207
>
> **From:** Kory Nix <Kory.Nix@dallasmavs.com>
> **Sent:** Wednesday, September 15, 2021 3:45 PM
> **To:** Billy Phillips <Billy.Phillips@dallasmavs.com>; Clay Christopher
> <Clay.Christopher@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>
> **Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
> **Subject:** RE: Gronk + VGX—does it get any better?

EXHIBIT
68

CONFIDENTIAL

MAVSCUBAN00018643

Yep, looking forward to it, we have all done tons of research in this category to ramp up and learning more everyday so we should be able to activate some cool ideas around the space, pretty exciting.
KN

**From:** Billy Phillips <Billy.Phillips@dallasmavs.com>
**Sent:** Wednesday, September 15, 2021 3:36 PM
**To:** Clay Christopher <Clay.Christopher@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Fwd: Gronk + VGX—does it get any better?

More detailed information coming.
Below is their newsletter I just received.

Thanks,
Billy Phillips
Dallas Mavericks

Begin forwarded message:

> **From:** Voyager <no-reply@investvoyager.com>
> **Date:** September 15, 2021 at 3:27:25 PM CDT
> **To:** Billy Phillips <Billy.Phillips@dallasmavs.com>
> **Subject:** Gronk + VGX—does it get any better?
> **Reply-To:** no-reply@investvoyager.com



Hi billy ,

The Voyager Loyalty Program is unlocking your crypto potential, and VGX is the key.

With 7% staking rewards, crypto back on trades, and more, the new VGX, Voyager's native rewards token, takes your crypto journey to the next level

CONFIDENTIAL

MAVSCUBAN00018644

Why stack VGX? Our latest video has a few reasons.

<image001.png>

## Have you met our new best friend? 🐕

We're on the same team with NFL superstar and Tampa Bay Buccaneers tight end, Rob Gronkowski, with the endgame of bringing crypto to all. You can read more about this exciting partnership here.

We invited our BFF. Now, it's time for *you* to get your friends into the crypto game with Gronk and Voyager 🏈

Click the button below to share your unique referral code with your friends. When they sign up and complete their first trade of $100 or more, you will both receive $25 in Bitcoin.

What are you waiting for? It's time to get in the game.

<image002.png>

## Voyager uplisted to the TSX 🚀

In case you missed it, Voyager officially uplisted to the Toronto Stock Exchange

CONFIDENTIAL

MAVSCUBAN00018645

(TSX) last week in another big step toward the future of crypto.

You can now find Voyager on the TSX under the stock ticker VOYG. Check with your broker to see if they support the trading of TSX stocks.

Voyager stock is also available Over-the-Counter (OTC) through many US brokerages and can be purchased via the symbol VYGVF.

<image003.png>

Thanks,

Team Voyager

©2021 Voyager Digital, LLC. VOYAGER is a trademark of Voyager IP, LLC, a wholly owned subsidiary of Voyager Digital Ltd. All services provided by Voyager Digital, LLC, a FinCEN registered company. Investments are subject to market risk. 2500 Plaza 5, 25th Floor, Jersey City, NJ 07311. All rights reserved. Terms of Use. Risk Disclosure. Unsubscribe.

CONFIDENTIAL

MAVSCUBAN00018646

Voyager  VOYG is listed on the TSX.  CANADA: VOYG  |  US: VYGVF

CONFIDENTIAL

MAVSCUBAN00018647



MAVSCUBAN00018648

**SHARE MY REFERRAL CODE**

CONFIDENTIAL

MAVSCUBAN00018649

READ THE PRESS RELEASE

CONFIDENTIAL
MAVSCUBAN00018650

Kyle Tapply

From: Kory Nix
Sent: Mon 9/20/2021 2:53 AM (GMT-00:00)
To: Ryan Mackey; Billy Phillips; Kyle Tapply; Clay Christopher; Patrick Sorensen
Cc:
Bcc:
Subject: RE: Suggested Approach

From: Ryan Mackey <Ryan.Mackey@dallasmavs.com>
Sent: Sunday, September 19, 2021 9:33 PM
To: Kory Nix <Kory.Nix@dallasmavs.com>; Billy Phillips <Billy.Phillips@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>; Patrick Sorensen <Patrick.Sorensen@dallasmavs.com>
Subject: RE: Suggested Approach

From: Kory Nix <Kory.Nix@dallasmavs.com>
Sent: Friday, September 17, 2021 7:30 PM
To: Billy Phillips <Billy.Phillips@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>; Patrick Sorensen <Patrick.Sorensen@dallasmavs.com>
Subject: RE: Suggested Approach

From: Billy Phillips <Billy.Phillips@dallasmavs.com>
Sent: Friday, September 17, 2021 7:25 PM
To: Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>; Patrick Sorensen <Patrick.Sorensen@dallasmavs.com>
Subject: RE: Suggested Approach

Flexibility is still a great suggestion.

Thank You,

Billy Phillips
Dallas Mavericks
1333 N. Stemmons Freeway
Dallas, TX 75207
214-658-7127

From: Ryan Mackey <Ryan.Mackey@dallasmavs.com>
Sent: Friday, September 17, 2021 6:42 PM
To: Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>; Billy Phillips <Billy.Phillips@dallasmavs.com>; Patrick Sorensen <Patrick.Sorensen@dallasmavs.com>
Subject: Re: Suggested Approach

Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

From: Kyle Tapply <Kyle.Tapply@dallasmavs.com>
Sent: Friday, September 17, 2021 6:20:49 PM
To: Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>; Billy Phillips <Billy.Phillips@dallasmavs.com>; Patrick Sorensen <Patrick.Sorensen@dallasmavs.com>
Subject: Re: Suggested Approach

Should we wait to see what they come back and see what the priority assets are? Feel like we need some flexibility in what programs we offer after we showed them so many ideas?

Thanks,

Kyle Tapply

EXHIBIT
70

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00018392

Cell: 970-396-7725

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Friday, September 17, 2021 6:01:25 PM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>; Billy Phillips <Billy.Phillips@dallasmavs.com>; Patrick Sorensen <Patrick.Sorensen@dallasmavs.com>
**Subject:** FW: Suggested Approach

Thoughts?

**From:** Jason Miller <jmiller@excelsm.com>
**Sent:** Friday, September 17, 2021 5:49 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Drew Northfield <dnorthfield@excelsm.com>
**Subject:** Suggested Approach

Hey Ry – here is my thinking:



Have a good weekend and obviously call me whenever.

Jason D. Miller
SVP, Head of Properties
Excel Sports Management
1700 Broadway, 29th Floor
New York, NY 10019
646.798.8953 (o)
617.775.7287 (m)
http://www.excelsm.com

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Kyle Tapply

| | |
|---|---|
| From: | Kyle Tapply |
| Sent: | Wed 10/13/2021 12:21 PM (GMT-00:00) |
| To: | Erin Finegold White; Collin Kim; Bonnie Pena |
| Cc: | Ryan Mackey; Spencer Santora; Billy Phillips; Kory Nix; Clay Christopher |
| Bcc: | |
| Subject: | FW: [EXT] Mavs PR Plan |
| Attachments: | Re [EXT] VoyagerMavs Announcement_000.msg |

Hi Erin and Collin,

Hope you are well. I wanted to share some updates from Voyager regarding the launch and press. Hopefully the google doc is helping track and streamline all of this information.



We can discuss all of this on the call today. Once again, thanks for your help in getting this launched.

Thanks,

**EXHIBIT
71**

ONFIDENTIAL

Kyle Tapply

Cell: 970-396-7725

**From:** Erika Szychowski &lt;erika@investvoyager.com&gt;
**Sent:** Wednesday, October 13, 2021 1:25 AM
**To:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Kyle Tapply
&lt;Kyle.Tapply@dallasmavs.com&gt;; Erin Finegold White
&lt;Erin.Finegold@dallasmavs.com&gt;; Ashley Movshovich (Ketchum)
&lt;ashley.movshovich@ketchum.com&gt; Patrick Wixted (Ketchum)
&lt;patrick.wixted@ketchum.com&gt;; Summer Sinnett (Ketchum)
&lt;summer.sinnett@ketchum.com&gt;; Conor Febos (Access)
&lt;conorf@accesstheagency.com&gt;; Stephanie Chen &lt;schen@investvoyager.com&gt;;
Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;; Billy Phillips
&lt;Billy.Phillips@dallasmavs.com&gt;; Clay Christopher
&lt;Clay.Christopher@dallasmavs.com&gt;
**Subject:** Fwd: [EXT] Mavs PR Plan

HI team, please see below --- wanted to share directly as this has not been incorporated into the
master document just yet - but is further along w/ talking points.  Draft press release is also in
motion.

---------- Forwarded message ---------
From: **Ashley Movshovich (Ketchum)** &lt;ashley.movshovich@ketchum.com&gt;
Date: Mon, Oct 11, 2021 at 5:58 PM
Subject: [EXT] Mavs PR Plan
To: Erika Szychowski &lt;erika@investvoyager.com&gt;, Pam Kramer
&lt;pkramer@investvoyager.com&gt;
Cc: Stephanie Chen &lt;schen@investvoyager.com&gt;, Conor Febos (Access)
&lt;conorf@accesstheagency.com&gt;, Patrick Wixted (Ketchum)
&lt;patrick.wixted@ketchum.com&gt;, Summer Sinnett (Ketchum)
&lt;summer.sinnett@ketchum.com&gt;

Hi Pam and Erika &#8211; sharing our media plan for the Mavericks announcement. You can find it here.
Incorporated are our edits to the messaging, for PR purposes. We utilized the Q&amp;A to flush these out and
made tweaks for media use. We still need a few points clarified, but know that you&#8217;re still finalizing
the details of the partnership as well. Wanted to share them with you first before inputting them in the
document.

ONFIDENTIAL

MAVSCUBAN00015332

A few things to call out:

1. We need to start outreach ASAP given we are inviting media to travel to Dallas. Also, want to ensure we have enough time to pitch the first-run story and schedule the interview with Mark/Steve.
2. We need to be prepared that reporters will likely not want to travel to Dallas given the pandemic and nature of the news. Many may feel there isn&#8217;t a need to travel for it, especially if they can view it virtually.
3. We need to confirm with the Mavs PR team what media they are owning. We are happy to own sports but it might make more sense for them to own, and us to focus on tech and crypto. We do want to own CNBC however.
4. Since we&#8217;re not sharing the deal size (which media will want to know and drives coverage if it&#8217;s large), let&#8217;s be sure to lean into:
   1. Cuban&#8217;s investment with crypto and Voyager (especially the why he&#8217;s interested in Voyager)
   2. Continue the thread of Voyager making strides in the sports industry
   3. The sports industry further backing crypto

Let us know if you have any questions.

Ash

---

Ashley Movshovich

Vice President, Technology

O  +1 415 398 5766

M  +1 203 216 1167

**Ketchum**

empathy + intelligence

*A global communications consultancy built to create _impact_*

CONFIDENTIAL

MAVSCUBAN00015333

This email is intended only for the person or entity to which it is addressed and may contain information that is privileged,
confidential or otherwise protected from disclosure. Dissemination, distribution, or copying of this email or the information herein by
anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient,
is prohibited. If you have received this email in error, please notify the sender immediately.

--

Erika

SVP, Brand Marketing &amp; Partnerships

CONFIDENTIAL

MAVSCUBAN00015334

## Kyle Tapply

| | |
|---|---|
| From: | Erika Szychowski |
| Sent: | Wed 10/13/2021 12:03 AM (GMT-00:00) |
| To: | Ashley Movshovich (Ketchum); Kyle Tapply; Ryan Mackey |
| Cc: | Erin Finegold White; Pam Kramer; Patrick Wixted (Ketchum); Summer Sinnett (Ketchum) |
| Bcc: | |
| Subject: Re: [EXT] Voyager/Mavs Announcement | |

Thanks team, adding in @kyle.tapply@dallasmavs.com and @Ryan Mackey for awareness.

On Tue, Oct 12, 2021 at 6:37 PM Ashley Movshovich (Ketchum)
<ashley.movshovich@ketchum.com> wrote:

Hi Erin – hope all is well!

Wanted to share our PR media plan we created for the Voyager/Mavs announcement (we also
copied it into the main Mavs doc we are all working in). We need to align on the final
messaging, as well as outreach plan. Since we're inviting media to the press conference, we'd
like to send invites ASAP to see if folks are interested (on our end).

A few questions still pending:

- * Is Mark confirmed for a media interview ahead of the press conference (CNBC,
  Jabari)? If so, how much time can we get (don't need more than 15-20 mins) and what
  days?
- * Will your team own all sports and local media? If so, we can in turn own tech and
  crypto.

Would love to find time this week to sync. Let me know what works.

Thanks!

Ash

---

MAVSCUBAN00015335

Ashley Movshovich

Vice President, Technology

O  +1 415 398 5766

M  +1 203 216 1167

**Ketchum**

empathy + intelligence

*A global communications consultancy built to create <u>impact</u>*

This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution, or copying of this email or the information herein  by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this email in error, please notify the sender immediately.

--
Erika
SVP, Brand Marketing & Partnerships

CONFIDENTIAL

MAVSCUBAN00015336

## Kyle Tapply

From: Marla Knapp
Sent: Thu 10/14/2021 1:23 AM (GMT-00:00)
To: Kyle Tapply
Cc: Spencer Santora
Bcc:
Subject: Re: [EXT] FW: Mark usage guidelines

Wonderful! Thank you, Kyle!

I will review with the creative team and follow up if we have any questions.

We will mock up a composite logo for your team's approval and send it via email in the coming days.

Have a great evening and thank you for responding so quickly.

Best,
Marla


On Wed, Oct 13, 2021 at 5:50 PM Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt; wrote:

Hey Marla,

See attached for the brand guidelines. Let us know if you have any questions.

Thanks,

Kyle Tapply

Cell: 970-396-7725


**From:** Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;
**Sent:** Friday, October 8, 2021 9:25 AM
**To:** Erika Szychowski &lt;erika@investvoyager.com&gt;; Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;; Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;
**Subject:** RE: Mark usage guidelines

Hi Erika,

Here are our brand guidelines and current logos. Yes, you can use "Proud Partner of the Dallas Mavericks", we prefer that designation centered under the logo lock up. I have attached an example of a Dr Pepper piece from last season with their designation under the lock up.

CONFIDENTIAL

MAVSCUBAN00015337

We have three different versions of our logo:

- CMYK for print
- RGB for digital and screens
- PMS is normally used for t-shirts and other physical items

Let me know if you have any questions.

## Spencer Santora

Sponsorship Activation Manager

Dallas Mavericks | 1333 N Stemmons FWY #105 | Dallas, TX 75207

C: (817) 939-4334 | O: (214) 658-7144

**From:** Erika Szychowski &lt;erika@investvoyager.com&gt;
**Sent:** Friday, October 8, 2021 8:50 AM
**To:** Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;; Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;
**Subject:** Mark usage guidelines

Could you kindly supply your logo usage guidelines for our team?  We are working on better understanding what we can and can't do with our mutual marks

Voyager, proud partner of

Dallas Mavericks?

Is that allowed in a lock - up / logo treatment?

--

Erika E. Szychowski

SVP, Brand Marketing &amp; Partnerships

erika@investvoyager.com

mobile: 917.592.5565

MAVSCUBAN00015338

## Kyle Tapply

| | |
|---|---|
| From: | Ryan Mackey |
| Sent: | Thu 10/14/2021 6:49 PM (GMT-00:00) |
| To: | Kyle Tapply |
| Cc: | |
| Bcc: | |
| Subject: | RE: FW: Timeline for Mark |

Is this the recorded segment Voyager asked about? If so, couldn't we dictate what they ask in the interview and what gets released?

**From:** Erin Finegold White &lt;Erin.Finegold@dallasmavs.com&gt;
**Sent:** Thursday, October 14, 2021 1:09 PM
**To:** Mark Cuban &lt;mcuban@gmail.com&gt;
**Cc:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;; Cynthia Marshall &lt;Cynthia.Marshall@dallasmavs.com&gt;; dawn knox &lt;dawn.knox@markcubancompanies.com&gt;
**Subject:** Re: FW: Timeline for Mark

Understood. Thanks so much!

**ERIN FINEGOLD WHITE**

**SVP CORP. COMMS, CONTENT &amp; EVENTS**

**DALLAS MAVERICKS**

**CELL:** (214) 415-9183

**From:** Mark Cuban &lt;mcuban@gmail.com&gt;
**Date:** Thursday, October 14, 2021 at 1:07 PM
**To:** Erin Finegold White &lt;Erin.Finegold@dallasmavs.com&gt;

CONFIDENTIAL

**Cc:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;, Kyle Tapply
&lt;Kyle.Tapply@dallasmavs.com&gt;, Cynthia Marshall
&lt;Cynthia.Marshall@dallasmavs.com&gt;, dawn knox
&lt;dawn.knox@markcubancompanies.com&gt;
**Subject:** Re: FW: Timeline for Mark

No. THey will ask me one question on voyager and all other questions will be non voyager. They
just use this as an excuse to get me on

On Thu, Oct 14, 2021 at 12:42 PM Erin Finegold White
&lt;Erin.Finegold@dallasmavs.com&gt; wrote:

Hey Mark,

The team from Voyager is wondering if you would do an exclusive with Jabari Young (CNBC)
ahead of the press conference on the 27th. Would you available for a 10-15 min interview?

Thanks so much,

Erin

ERIN FINEGOLD WHITE

SVP CORP. COMMS, CONTENT &amp; EVENTS

DALLAS MAVERICKS

CELL: (214) 415-9183

Begin forwarded message:

**From:** Mark Cuban &lt;mcuban@gmail.com&gt;
**Date:** October 13, 2021 at 10:08:29 PM CDT
**To:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;, dawn knox
&lt;dawn.knox@markcubancompanies.com&gt;
**Cc:** Mark Cuban &lt;mark.cuban@dallasmavs.com&gt;, Cynthia Marshall
&lt;Cynthia.Marshall@dallasmavs.com&gt;

CONFIDENTIAL

MAVSCUBAN00015340

**Subject: Re: FW: Timeline for Mark**
**Reply-To:** mcuban@gmail.com

Sure

On Wed, Oct 13, 2021, 10:06 PM Ryan Mackey
&lt;Ryan.Mackey@dallasmavs.com&gt; wrote:

Mark/Cynt-

Are you able/willing to participate in this launch event/press conference with
Steve from Voyager on the 27th?  Time frame is currently 1:30-2:30 but could
change slightly.  Hoping you both can be there for this as it's very important to
Voyager.

Ryan

**From:** Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;
**Sent:** Wednesday, October 13, 2021 9:33 PM
**To:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Erin Finegold
White &lt;Erin.Finegold@dallasmavs.com&gt;
**Subject:** Re: Timeline for Mark

We were trying to make it closer to lunch but we can do whenever he's
available. The players have an afternoon practice and we were trying to give
them enough time to get over from practice if they can attend. The time slot is
flexible.

Thanks,

Kyle Tapply

Cell: 970-396-7725

CONFIDENTIAL

**From:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;
**Sent:** Wednesday, October 13, 2021 9:27 PM
**To:** Erin Finegold White; Kyle Tapply
**Subject:** Timeline for Mark

Erin/Kyle, is this 1:30-2:30pm now the time for the press conference? I know
we talked about 2-4pm timeframe...what time does Mark need to arrive?



MAVSCUBAN00015342



Ryan Mackey

Sr. Vice President of Corporate Partnerships

Dallas Mavericks

1333 N Stemmons Frwy #105

Dallas, TX 75207

(214) 658-7132 (o)

CONFIDENTIAL

(214) 869-5978 (m)

ryan.mackey@dallasmavs.com

--

m

http://www.markcuban.com

My NFTs https://lazy.com/mcuban

Lets Go Mavs !

#MFFL

CONFIDENTIAL

## Kyle Tapply

From:    Kory Nix
Sent:    Thu 10/21/2021 1:48 AM (GMT-00:00)
To:      Ryan Mackey; Clay Christopher; Kyle Tapply
Cc:
Bcc:
Subject: RE: Gaming Hub and G League

No response from Becca, here is the outline I started, still ne to build it out more.


Voyager Gaming Assets

MAVSCUBAN00015345

CONFIDENTIAL

MAVSCUBAN00015346



**From:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;
**Sent:** Wednesday, October 20, 2021 8:35 PM
**To:** Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;; Kyle Tapply
&lt;Kyle.Tapply@dallasmavs.com&gt;; Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;
**Subject:** Fwd: Gaming Hub and G League


FYI


Ryan Mackey

214-658-7132 (w)

214-869-5978 (m)


_____

**From:** Erika Szychowski &lt;erika@investvoyager.com&gt;
**Sent:** Wednesday, October 20, 2021 6:30 PM
**To:** Ryan Mackey
**Subject:** Gaming Hub and G League


Were you able to work with your team on getting this inserted into the Exhibit for the
agreement? I believe this is the last step of points we have yet to define.

Should have mentioned on our call today!

CONFIDENTIAL

MAVSCUBAN00015347

--

Erika E. Szychowski

SVP, Brand Marketing &amp; Partnerships

erika@investvoyager.com

mobile: 917.592.5565

CONFIDENTIAL

MAVSCUBAN00015348

## Kyle Tapply

| | |
|---|---|
| From: | Kyle Tapply |
| Sent: | Thu 10/21/2021 5:39 PM (GMT-00:00) |
| To: | Collin Kim; Spencer Santora |
| Cc: | Clay Christopher; Ashley Gambino; Gavin Mulloy; Erin Finegold White |
| Bcc: | |
| Subject: | RE: Run of Show |

Yeah, I don&#8217;t think we have that yet&#8230; I just asked Spencer if he&#8217;s
received it yet.

Thanks,

Kyle Tapply

Cell: 970-396-7725

**From:** Collin Kim &lt;Collin.Kim@dallasmavs.com&gt;
**Sent:** Thursday, October 21, 2021 12:39 PM
**To:** Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;; Spencer Santora
&lt;Spencer.Santora@dallasmavs.com&gt;
**Cc:** Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;; Ashley Gambino
&lt;Ashley.Gambino@dallasmavs.com&gt;; Gavin Mulloy
&lt;Gavin.Mulloy@dallasmavs.com&gt;; Erin Finegold White
&lt;Erin.Finegold@dallasmavs.com&gt;
**Subject:** Re: Run of Show

I checked this doc and didn&#8217;t see anything. Marla said she started another one regarding
ROS, but I guess it wasn&#8217;t shared&#8230;

Just wanted to make sure we aren&#8217;t caught off guard, but I guess we&#8217;ll see what
they have for us in 20 min.

CONFIDENTIAL

MAVSCUBAN00015349

**COLLIN KIM**

**DALLAS MAVERICKS**

CORPORATE COMMUNICATIONS MANAGER

PHONE: (469) 939-4947

**From:** Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;
**Date:** Thursday, October 21, 2021 at 12:35 PM
**To:** Collin Kim &lt;Collin.Kim@dallasmavs.com&gt;, Spencer Santora
&lt;Spencer.Santora@dallasmavs.com&gt;
**Cc:** Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;, Ashley Gambino
&lt;Ashley.Gambino@dallasmavs.com&gt;, Gavin Mulloy
&lt;Gavin.Mulloy@dallasmavs.com&gt;, Erin Finegold White
&lt;Erin.Finegold@dallasmavs.com&gt;
**Subject:** RE: Run of Show

Here is the launch strategy doc. I am not sure if we&#8217;re missing another one?

Thanks,

Kyle Tapply

Cell: 970-396-7725

**From:** Collin Kim &lt;Collin.Kim@dallasmavs.com&gt;
**Sent:** Thursday, October 21, 2021 12:08 PM
**To:** Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;
**Cc:** Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;; Kyle Tapply
&lt;Kyle.Tapply@dallasmavs.com&gt;; Ashley Gambino
&lt;Ashley.Gambino@dallasmavs.com&gt;; Gavin Mulloy

CONFIDENTIAL

MAVSCUBAN00015350

&lt;Gavin.Mulloy@dallasmavs.com&gt;; Erin Finegold White
&lt;Erin.Finegold@dallasmavs.com&gt;
**Subject:** Re: Run of Show

Could you please share the google doc Marla is referring to?

We don&#8217;t have too much on our end, just FYI.

**COLLIN KIM**

**DALLAS MAVERICKS**

CORPORATE COMMUNICATIONS MANAGER

PHONE: (469) 939-4947

**From:** Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;
**Date:** Thursday, October 21, 2021 at 12:03 PM
**To:** Collin Kim &lt;Collin.Kim@dallasmavs.com&gt;
**Cc:** Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;, Kyle Tapply
&lt;Kyle.Tapply@dallasmavs.com&gt;
**Subject:** RE: Run of Show

Sounds good. Thank you!

# Spencer Santora

Sponsorship Activation Manager

Dallas Mavericks | 1333 N Stemmons FWY #105 | Dallas, TX 75207

C: (817) 939-4334 | O: (214) 658-7144

CONFIDENTIAL

**From:** Collin Kim &lt;Collin.Kim@dallasmavs.com&gt;
**Sent:** Thursday, October 21, 2021 11:37 AM
**To:** Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;
**Cc:** Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;; Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;
**Subject:** Re: Run of Show

Spencer &#8211;

I forwarded this meeting to Ash and Erin as they&#8217;re working on ROS.

**COLLIN KIM**

**DALLAS MAVERICKS**

CORPORATE COMMUNICATIONS MANAGER

PHONE: (469) 939-4947

**From:** Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;
**Date:** Thursday, October 21, 2021 at 11:32 AM
**To:** Marla Knapp &lt;mknapp@investvoyager.com&gt;, Collin Kim &lt;Collin.Kim@dallasmavs.com&gt;, Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;, Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;
**Subject:** Run of Show

Hi Marla,

Does this work for you?

CONFIDENTIAL

MAVSCUBAN00015352

Thanks,

Spencer

_____

## Microsoft Teams meeting

**Join on your computer or mobile app**

**Click here to join the meeting**

**Or call in (audio only)**

+1 469-810-0634,,724780638#  United States, Dallas

Phone Conference ID: 724 780 638#

Find a local number | Reset PIN

Learn More | Meeting options

_____

**From:** Marla Knapp &lt;mknapp@investvoyager.com&gt;
**Sent:** Thursday, October 21, 2021 10:39 AM
**To:** Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;
**Subject:** Run of Show

Hi,

Do you by chance have 30 minutes to review the ROS today anytime before 11:45 am PST.  I started a Google doc but would love your input.  Let me know.

Thanks,

CONFIDENTIAL

MAVSCUBAN00015353

Marla

--

Marla K Knapp

Invest Voyager

+1-415-745-5370

mknapp@investvoyager.com

CONFIDENTIAL

MAVSCUBAN00015354

## Kyle Tapply

From:      Marla Knapp (via Google Docs)
Sent:      Fri 10/22/2021 4:54 PM (GMT-00:00)
To:        Kyle Tapply
Cc:        Ashley Gambino; CK; Erin Finegold White
Bcc:
Subject: Document shared with you: "ROS Mavericks and Invest Voyager"



CONFIDENTIAL

MAVSCUBAN00015355

Google LLC, 1600 Amphitheatre Parkway,
Mountain View, CA 94043, USA
You have received this email because                    **Google** Workspace
mknapp@investvoyager.com shared a document
with you from Google Docs.

CONFIDENTIAL

MAVSCUBAN00015356

## Kyle Tapply

From: Erika Szychowski
Sent: Tue 10/26/2021 3:04 PM (GMT-00:00)
To: Ryan Mackey
Cc: Kyle Tapply; Kory Nix; Clay Christopher; Billy Phillips; Patrick Sorensen
Bcc:
Subject: Re: [EXT] Voyager Contract

I can't even imagine all that you are juggling today - Kyle sent a text asking for 130 at your office, that works for me. Should I plan to include our attorneys with a call link?

On Tue, Oct 26, 2021 at 9:55 AM Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt; wrote:

Hey Erika, today is crazy but want to get on your calendar to review the final contract pieces. Let us know what works for you! Ryan

**From:** Erika Szychowski &lt;erika@investvoyager.com&gt;
**Sent:** Tuesday, October 26, 2021 9:04 AM
**To:** Tim McCarthy &lt;tim@theinfiniteagency.com&gt;
**Cc:** Karen Brent &lt;kbrent@investvoyager.com&gt;; Billy Phillips
&lt;Billy.Phillips@dallasmavs.com&gt;; Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;;
Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Kory Nix
&lt;Kory.Nix@dallasmavs.com&gt;; Clay Christopher
&lt;Clay.Christopher@dallasmavs.com&gt;; Marla Knapp
&lt;mknapp@investvoyager.com&gt;; Spencer Santora
&lt;Spencer.Santora@dallasmavs.com&gt;; Val De Fex &lt;val@theinfiniteagency.com&gt;
**Subject:** Re: [EXT] Infinite Agency x Voyager Launch Video

Good morning, how exciting!!! This is definitely a ton of fun and brings energy to the announcement.



On Mon, Oct 25, 2021 at 11:23 PM Tim McCarthy &lt;tim@theinfiniteagency.com&gt; wrote:

MAVSCUBAN00015357

Hello all!

Below is the link to the V1 of our launch video. I wanted to get this over as quickly as possible for any immediate feedback and as I know each team will have their respective approval process before anything goes live.

Erika and team, I also provided a bonus option with the promo if you decide that is the ideal route for this. If you do, we'll just need the legal fine print verbiage to include on the end card. If not, disregard!

Regardless, I hope you all enjoy! The password on both versions is &quot;Infinite&quot;.



**From:** Tim McCarthy &lt;tim@theinfiniteagency.com&gt;
**Date:** Friday, October 22, 2021 at 9:46 AM
**To:** Karen Brent &lt;kbrent@investvoyager.com&gt;
**Cc:** Erika Szychowski &lt;erika@investvoyager.com&gt;, Kyle Tapply
&lt;Kyle.Tapply@dallasmavs.com&gt;, Billy Phillips
&lt;Billy.Phillips@dallasmavs.com&gt;, Clay Christopher
&lt;Clay.Christopher@dallasmavs.com&gt;, Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;,
Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;, Spencer Santora
&lt;Spencer.Santora@dallasmavs.com&gt;, Val De Fex &lt;val@theinfiniteagency.com&gt;,
Marla Knapp &lt;mknapp@investvoyager.com&gt;
**Subject:** Re: [EXT] Infinite Agency x Voyager Launch Video

Hey Karen! Yes, Thank you! All of those would be great! In an ideal world, we would capture those static images or screen recordings live at tomorrow's shoot. We will have Champ hold a physical iphone showing off some of those assets to the camera.

CONFIDENTIAL



Thank you!

Karen Brent

Director of Partner Marketing



**investvoyager.com**

MAVSCUBAN00015359

**From:** Tim McCarthy &lt;tim@theinfiniteagency.com&gt;
**Date:** Thursday, October 21, 2021 at 4:55 PM
**To:** Erika Szychowski &lt;erika@investvoyager.com&gt;
**Cc:** Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;, Billy Phillips
&lt;Billy.Phillips@dallasmavs.com&gt;, Clay Christopher
&lt;Clay.Christopher@dallasmavs.com&gt;, Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;,
Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;, Spencer Santora
&lt;Spencer.Santora@dallasmavs.com&gt;, Val De Fex
&lt;val@theinfiniteagency.com&gt;, Marla Knapp &lt;mknapp@investvoyager.com&gt;,
Karen Brent &lt;kbrent@investvoyager.com&gt;
**Subject:** Re: [EXT] Infinite Agency x Voyager Launch Video

On Thu, Oct 21, 2021 at 3:19 PM Tim McCarthy &lt;tim@theinfiniteagency.com&gt; wrote:

Hey Erika! Updated, replaced and attached!

On Thu, Oct 21, 2021 at 2:47 PM Erika Szychowski &lt;erika@investvoyager.com&gt;
wrote:

thanks Kyle - appreciate the quick turn here Tim --- the team is ready to submit to
compliance as soon as file is back

We are also moving quick on the on-court promo language and will keep that moving fast
on our side as well - working with our outside council.

On Thu, Oct 21, 2021 at 2:37 PM Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;
wrote:

No problem on our end. Thanks

Thanks,

Kyle Tapply

Cell: 970-396-7725

---

**From:** Erika Szychowski &lt;erika@investvoyager.com&gt;
**Sent:** Thursday, October 21, 2021 1:36:12 PM
**To:** Tim McCarthy &lt;tim@theinfiniteagency.com&gt;

**Cc:** Billy Phillips &lt;Billy.Phillips@dallasmavs.com&gt;; Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;; Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;; Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;; Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;; Val De Fex &lt;val@theinfiniteagency.com&gt;; Marla Knapp &lt;mknapp@investvoyager.com&gt;; Karen Brent &lt;kbrent@investvoyager.com&gt;
**Subject:** Re: [EXT] Infinite Agency x Voyager Launch Video

Hi Tim, thank you for the attached, not sure how I missed hitting send on the draft note below - hopefully it is an easy edit to integrate. As a reminder, we need to get a final over to our legal and compliance teams - and I know you are very busy producing this right now. Is there any chance we could get a final version to share with them today? I AM SO SORRY! Added @marla and @karen to ensure the revised file gets sent to our legal and compliance team.



On Mon, Oct 18, 2021 at 11:02 AM Tim McCarthy &lt;tim@theinfiniteagency.com&gt; wrote:

Hi Erica and team!

Attached is the shoot deck PDF with detailed script and visual references. As we get closer to the shoot this Saturday, we will update the exact schedule/ crew notes as our official pre-pro doc.

For now, let us know if you have any notes/ tweaks to the verbiage. Chat soon!

On Fri, Oct 15, 2021 at 2:46 PM Erika Szychowski &lt;erika@investvoyager.com&gt; wrote:

thanks Tim

On Fri, Oct 15, 2021 at 9:39 AM Tim McCarthy &lt;tim@theinfiniteagency.com&gt; wrote:

Hi Erica! Yes! Now that we have a date locked in, I am regrouping with the team later today on the shoot details, and we will have updated materials for approval by mid morning on Monday. Talk soon!

On Thu, Oct 14, 2021 at 9:32 PM Erika Szychowski &lt;erika@investvoyager.com&gt; wrote:

Great news all! Thank you. How fun

Tim- do you have an eta for the components we're waiting on? Need to run by compliance on this end.

On Thu, Oct 14, 2021 at 9:11 PM Tim McCarthy &lt;tim@theinfiniteagency.com&gt; wrote:

Amazing. We will lock it in! We'll look to get there to set up/ load in in the morning to start shooting around Noon. In the meantime, we will keep working on the detailed schedule and treatment to send everyone's way on Monday!

Kyle, just to confirm, will we be at the practice facility or practice court in the AAC?

Chat soon and thank you!

--

**TIM McCARTHY**

Creative Director

312.259.7030 | theinfiniteagency.com

> On Oct 14, 2021, at 7:42 PM, Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt; wrote:


Hey Tim -

Few updates:

- Looks like that Saturday will work. They're confirming the number of Drumline can attend. Told them 6-8 just to make sure we can get 6.
- Champ is also confined

CONFIDENTIAL

MAVSCUBAN00015362

- We can get someone out there to help with the lighting.

Let us know if you have any other questions or needs. I'll confirm numbers soon. We'll need to get a time confined that morning too.

Thanks,

Kyle Tapply

Cell: 970-396-7725

---

**From:** Kyle Tapply
**Sent:** Wednesday, October 13, 2021 11:17:55 AM
**To:** Erika Szychowski &lt;erika@investvoyager.com&gt;; Tim McCarthy &lt;tim@theinfiniteagency.com&gt;
**Cc:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Billy Phillips &lt;Billy.Phillips@dallasmavs.com&gt;; Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;; Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;; Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;; Pam Kramer &lt;pkramer@investvoyager.com&gt;
**Subject:** RE: [EXT] Infinite Agency x Voyager Launch Video

FYI, we're running all of this by the team who helps schedule the drumline/Champ and coordinate the practice court. Hopefully we'll have more answers on this soon if we can get all the right people together for this shoot.

Thanks,

Kyle Tapply

Cell: 970-396-7725

**From:** Erika Szychowski &lt;erika@investvoyager.com&gt;
**Sent:** Wednesday, October 13, 2021 11:15 AM
**To:** Tim McCarthy &lt;tim@theinfiniteagency.com&gt;
**Cc:** Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt;; Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Billy Phillips &lt;Billy.Phillips@dallasmavs.com&gt;; Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;; Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;; Spencer Santora &lt;Spencer.Santora@dallasmavs.com&gt;; Pam Kramer

CONFIDENTIAL

MAVSCUBAN00015363

&lt;pkramer@investvoyager.com&gt;
**Subject:** Re: [EXT] Infinite Agency x Voyager Launch Video

Thank you Tim, so fun - looking forward to the storyboard - sounds
odd, but I need to take that and script and run it by our compliance
and legal team --- required for all that we do in crypto :)

On Wed, Oct 13, 2021 at 10:18 AM Tim McCarthy
&lt;tim@theinfiniteagency.com&gt; wrote:

Hey Erica! Given the tight timeline, we can definitely create a
moodboard, provide visual inspiration, a detailed script with action
notes and a shot list for you.

Kyle, 

If Saturday morn doesn't work, then I think we'll need to shoot in the
practice facility either Wednesday or Friday night of next week. In
either space, we will want to get the space as dark as possible.

Let me know your thoughts! Chat soon!

On Tue, Oct 12, 2021 at 9:48 PM Erika Szychowski
&lt;erika@investvoyager.com&gt; wrote:

Thank you so much everyone - this is going to be great.


Tim, will you also be able to create a storyboard - ?

On Tue, Oct 12, 2021 at 12:47 PM Tim McCarthy
&lt;tim@theinfiniteagency.com&gt; wrote:

You got it.

--

**TIM McCARTHY**

MAVSCUBAN00015364

Creative Director

312.259.7030 | theinfiniteagency.com

> On Oct 12, 2021, at 11:24 AM, Kyle Tapply
> &lt;Kyle.Tapply@dallasmavs.com&gt; wrote:

> Tim,

> While you're doing that, can you please identify
> some dates that we can target for the video? We'll
> need to coordinate this with our drumline team…
> Any interest in having our ManiAACs involved
> too? Maybe they could use a scripted dance?

> Thanks,

> Kyle Tapply

> Cell: 970-396-7725

> **From:** Tim McCarthy
> &lt;tim@theinfiniteagency.com&gt;
> **Sent:** Tuesday, October 12, 2021 11:22 AM
> **To:** Erika Szychowski
> &lt;erika@investvoyager.com&gt;
> **Cc:** Kyle Tapply
> &lt;Kyle.Tapply@dallasmavs.com&gt;; Ryan
> Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;;
> Billy Phillips
> &lt;Billy.Phillips@dallasmavs.com&gt;; Kory Nix
> &lt;Kory.Nix@dallasmavs.com&gt;; Clay
> Christopher
> &lt;Clay.Christopher@dallasmavs.com&gt;;
> Spencer Santora
> &lt;Spencer.Santora@dallasmavs.com&gt;; Pam
> Kramer &lt;pkramer@investvoyager.com&gt;
> **Subject:** Re: [EXT] Infinite Agency x Voyager
> Launch Video

> Woohoo! Amazing. We're going to make this great.
> We'll get started on an official script for this.

> --

MAVSCUBAN00015365

**TIM McCARTHY**

Creative Director

312.259.7030 | theinfiniteagency.com

On Oct 11, 2021, at 7:01 PM, Erika Szychowski &lt;erika@investvoyager.com&gt; wrote:

Thank you all so very much for all of these incredible ideas and quick turnaround (as well as the video example you shared on our call).

we would like to pursue the first concept, for the reasons we all discussed - is it possible to take that concept and create a storyboard? How can we best assist?

Erika

On Mon, Oct 11, 2021 at 3:28 PM Kyle Tapply &lt;Kyle.Tapply@dallasmavs.com&gt; wrote:

Please see below for the launch video presentation from Tim at Infinite Agency.



Let us know if you have any questions.

Thanks,

MAVSCUBAN00015366

&lt;image001.png&gt;

**KYLE TAPPLY**

SENIOR DIRECTOR CORPORATE
PARTNERSHIPS
DALLAS MAVERICKS | 1333 N
STEMMONS FWY #105 | DALLAS, TX
75207
W: 214.658.7145 | C: 970.396.7725

E: **Kyle.Tapply@dallasmavs.com**
| WEB: **Mavs Sponsorship Deck**

--

Erika

SVP, Brand Marketing &amp;
Partnerships

--

Erika

SVP, Brand Marketing &amp; Partnerships

--

Error! Filename not specified.

*Tim*
*McCarthy*

CREATIVE DIRECTOR

Error! Filename not specified.

C 312.259.7030
O 469.310.5870 x893

CONFIDENTIAL

theinfiniteagency.com


--

Erika

SVP, Brand Marketing &amp; Partnerships

--

Erika E. Szychowski

SVP, Brand Marketing &amp; Partnerships

erika@investvoyager.com

mobile: 917.592.5565


--

Error! Filename not specified.

**Tim**
*McCarthy*

CREATIVE DIRECTOR

Error! Filename not specified.

c 312.259.7030
o 469.310.5870 x893
theinfiniteagency.com


--

Erika

SVP, Brand Marketing &amp; Partnerships

MAVSCUBAN00015368

--

Error! Filename not specified.

*Tim*
*McCarthy*

CREATIVE DIRECTOR

Error! Filename not specified.

C 312.259.7030
O 469.310.5870 x893
theinfiniteagency.com

--

Erika

SVP, Brand Marketing &amp; Partnerships

--

Erika

SVP, Brand Marketing &amp; Partnerships

--

Error! Filename not specified.

*Tim*
*McCarthy*
CREATIVE DIRECTOR

MAVSCUBAN00015369

**Error! Filename not specified.**

c 312.259.7030
o 469.310.5870 x893
theinfiniteagency.com

--

**Error! Filename not specified.**

***Tim***
*McCarthy*

**CREATIVE DIRECTOR**

**Error! Filename not specified.**

c 312.259.7030
o 469.310.5870 x893
theinfiniteagency.com

--

***Tim***
*McCarthy*

**CREATIVE DIRECTOR**
c 312.259.7030
o 469.310.5870 x893
theinfiniteagency.com

--

⋈ INFINITE

***Tim***
*McCarthy*

**CREATIVE DIRECTOR**

C 312.259.7030
O 469.310.5870 x893
theinfiniteagency.com

--

Erika

SVP, Brand Marketing &amp; Partnerships

--
Erika
SVP, Brand Marketing &amp; Partnerships

CONFIDENTIAL

MAVSCUBAN00015371

**Ryan Mackey**

| | |
|---|---|
| From: | Sekou Lewis |
| Sent: | Sat 10/16/2021 2:48 AM (GMT-00:00) |
| To: | David Brill; Ryan Mackey |
| Cc: | Erika Szychowski; Brian Nistler; Warpula, Chad |
| Bcc: | |
| Subject: | RE: NBA Questionnaire |

David – Follow up questions from the NBA...



**From:** David Brill <dbrill@investvoyager.com>
**Sent:** Wednesday, October 13, 2021 5:28 PM
**To:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Erika Szychowski <erika@investvoyager.com>; Brian Nistler <bnistler@investvoyager.com>;
Warpula, Chad <Chad.Warpula@troutman.com>
**Subject:** NBA Questionnaire

Sekou and Ryan,

Good to meet you both via email. Attached is the completed NBA questionnaire you provided us. As you
may know, Voyager is a public company and we include our most recent Prospectus and our Condensed
Interim Consolidated Financials for additional information about Voyager. I am available to answer any
questions you or the NBA has about our submission.

**EXHIBIT**
**72**

MAVSCUBAN00009363

We look forward to working through the sponsorship process with you and appreciate an update on the status of the Sponsorship Agreement.

Regards.

David

David H. Brill

Head Commercial Counsel

investvoyager.com

+1 917.923.3800

CONFIDENTIAL

MAVSCUBAN00009364



**Ryan Mackey**

From: David Brill
Sent: Sun 10/17/2021 4:24 PM (GMT-00:00)
To: Sekou Lewis
Cc: Ryan Mackey; Steve Ehrlich; Erika Szychowski; Brian Nistler; Warpula, Chad
Bcc:
Subject: NBA Questionnaire

Sekou,

Thanks for sharing the additional questions from the NBA.

[redacted]

The following are answers to the NBA's questions below:

On Fri, Oct 15, 2021 at 10:48 PM Sekou Lewis <Sekou.Lewis@dallasmavs.com> wrote:

David – Follow up questions from the NBA…

[redacted]

[redacted]

EXHIBIT
72A

Sekou, feel free to let me know if you or the NBA needs any additional information regarding
their inquiries.

Regards.

David

CONFIDENTIAL

**From:** David Brill <dbrill@investvoyager.com>
**Sent:** Wednesday, October 13, 2021 5:28 PM
**To:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>; Ryan Mackey
<Ryan.Mackey@dallasmavs.com>
**Cc:** Erika Szychowski <erika@investvoyager.com>; Brian Nistler
<bnistler@investvoyager.com>; Warpula, Chad <Chad.Warpula@troutman.com>
**Subject:** NBA Questionnaire


Sekou and Ryan,


Good to meet you both via email. Attached is the completed NBA questionnaire you provided
us. As you may know, Voyager is a public company and we include our most recent Prospectus
and our Condensed Interim Consolidated Financials for additional  information about Voyager.
I am available to answer any questions you or the NBA has about our submission.


We look forward to working through the sponsorship process with you and appreciate an update
on the status of the Sponsorship Agreement.


Regards.


David


David H. Brill




Head Commercial Counsel

investvoyager.com

+1 917.923.3800

MAVSCUBAN00009483

CONFIDENTIAL

MAVSCUBAN00009484

# Ryan Mackey

| | |
|---|---|
| From: | Erika Szychowski |
| Sent: | Fri 10/22/2021 9:00 PM (GMT-00:00) |
| To: | David Brill |
| Cc: | Brian Nistler; David Brosgol; Ryan Mackey; Sekou Lewis; Steve Ehrlich; Warpula, Chad |
| Bcc: | |
| Subject: | Re: NBA Questionnaire |

Ryan has confirmed that Sekou has more insight - can we get on a call ?

On Fri, Oct 22, 2021 at 3:00 PM David Brill <dbrill@investvoyager.com> wrote:
Sekou,

I am happy to get on a call with you this afternoon to discuss this point. It will be helpful to understand what exactly the NBA wants and we can discuss how we get there. I can't speak to how other companies operate but we are a public company and operate in a more rigorous manner than many private companies.

Regards.

David

On Fri, Oct 22, 2021 at 2:43 PM Sekou Lewis <Sekou.Lewis@dallasmavs.com> wrote:

Hi David,

The NBA is requesting a copy of the legal opinion, however, it's not willing to sign an NDA. All other crypto related companies have provided legal opinions without entering into an NDA.

Is this something Voyager is willing to do? Because the opinion states why Voyager's business operations are in compliance with law, what about it needs to remain confidential?

**From:** David Brill <dbrill@investvoyager.com>
**Sent:** Sunday, October 17, 2021 11:24 AM
**To:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Steve Ehrlich <sehrlich@investvoyager.com>; Erika Szychowski <erika@investvoyager.com>; Brian Nistler

**EXHIBIT
72B**

MAVSCUBAN00014891

<bnistler@investvoyager.com>; Warpula, Chad <Chad.Warpula@troutman.com>
**Subject:** NBA Questionnaire

Sekou,

Thanks for sharing the additional questions from the NBA.



The following are answers to the NBA's questions below:

On Fri, Oct 15, 2021 at 10:48 PM Sekou Lewis <Sekou.Lewis@dallasmavs.com> wrote:

David – Follow up questions from the NBA...



MAVSCUBAN00014892



CONFIDENTIAL

MAVSCUBAN00014893

Sekou, feel free to let me know if you or the NBA needs any additional information regarding their inquiries.

Regards.

David

**From:** David Brill <dbrill@investvoyager.com>
**Sent:** Wednesday, October 13, 2021 5:28 PM
**To:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Erika Szychowski <erika@investvoyager.com>; Brian Nistler <bnistler@investvoyager.com>; Warpula, Chad <Chad.Warpula@troutman.com>
**Subject:** NBA Questionnaire

Sekou and Ryan,

Good to meet you both via email. Attached is the completed NBA questionnaire you provided us. As you may know, Voyager is a public company and we include our most recent Prospectus and our Condensed Interim Consolidated Financials for additional information about Voyager. I am available to answer any questions you or the NBA has about our submission.

We look forward to working through the sponsorship process with you and appreciate an update on the status of the Sponsorship Agreement.

Regards.

David

CONFIDENTIAL

MAVSCUBAN00014894

David H. Brill



Head Commercial Counsel

investvoyager.com

+1 917.923.3800

--
Erika E. Szychowski
SVP, Brand Marketing & Partnerships
erika@investvoyager.com
mobile: 917.592.5565

CONFIDENTIAL

**Ryan Mackey**

| | |
|---|---|
| From: | Ryan Mackey |
| Sent: | Mon 10/25/2021 4:34 PM (GMT-00:00) |
| To: | Ronca, Anthony; Rooke, Cassidy |
| Cc: | |
| Bcc: | |
| Subject: | FW: [EXT] RE: Contract |

Hey Tony/Cassidy, we're having some trouble getting our contract done...are either one of you available to talk about this really quick? May need some assistance! Thank you! Ryan

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Monday, October 25, 2021 1:20 AM
**To:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Brian Nistler <bnistler@investvoyager.com>; Nicole Leach <Nicole.Leach@dallasmavs.com>; Warpula, Chad <Chad.Warpula@troutman.com>; David Brill <dbrill@investvoyager.com>; Baucom, William P. (Billy) <William.Baucom@troutman.com>
**Subject:** Re: [EXT] RE: Contract

Thanks Sekou, it would be ideal to get this signed tomorrow so that we have, dare I say, a full day to pitch the media and drive attendance at the press conference scheduled for Wed.

Do you have a perspective in regards to garnering the NBA approval and that timing?

Can you please provide the times that work for you/Nicole so that we can get on the books for tomorrow afternoon?

On Mon, Oct 25, 2021 at 1:08 AM Sekou Lewis <Sekou.Lewis@dallasmavs.com> wrote:

I'll be tied up tomorrow morning with family stuff. Tomorrow afternoon may work. Either Nicole or I will be able to talk through the remaining issues. Note, the NBA still has to approve the deal.

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Monday, October 25, 2021 12:54 AM
**To:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Brian Nistler <bnistler@investvoyager.com>; Nicole Leach <Nicole.Leach@dallasmavs.com>; Warpula, Chad <Chad.Warpula@troutman.com>; David Brill <dbrill@investvoyager.com>; Baucom, William P. (Billy) <William.Baucom@troutman.com>
**Subject:** Re: [EXT] RE: Contract

Thank you Sekou,

> EXHIBIT
> 74

CONFIDENTIAL

MAVSCUBAN00008541

Adding Billy from Troutman to also stay in the loop as Chad is traveling in the morning. Can you confirm the time that is best for you and Nicole tomorrow to regroup (I believe we discussed afternoon)


E-


On Mon, Oct 25, 2021 at 12:52 AM Sekou Lewis <Sekou.Lewis@dallasmavs.com> wrote:

Hi Erika. Thanks for sending. We'll huddle internally and then follow up. Regarding the revised NDA, I will send that shortly. Thanks.



**SEKOU LEWIS**

GENERAL COUNSEL
DALLAS MAVERICKS | 1333 N. STEMMONS FWY., SUITE 105 | DALLAS, TX 75207
O: 214.658.7623 | C: 214.500.6138 |F: 214.889.3825

E: SEKOU.LEWIS@DALLASMAVS.COM


NOTICE: This e-mail and any files transmitted with it may constitute a CONFIDENTIAL or ATTORNEY-CLIENT PRIVILEGED COMMUNICATION. This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, forwarding, printing or copying of this e-mail or any files transmitted with it is strictly prohibited. Please delete this email and all files transmitted with it from your system, and notify the sender by reply email or by calling (214) 658-7623, so that our address record can be corrected.


**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Monday, October 25, 2021 12:51 AM

MAVSCUBAN00008542

**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Brian Nistler <bnistler@investvoyager.com>; Nicole Leach <Nicole.Leach@dallasmavs.com>; Warpula, Chad <Chad.Warpula@troutman.com>; Sekou Lewis <Sekou.Lewis@dallasmavs.com>; David Brill <dbrill@investvoyager.com>
**Subject:** Contract

Good evening Ryan,

I hope you are doing well and had a nice weekend.  I just went through our agreement and the revisions that were made last week and was hoping we could connect on the below:



MAVSCUBAN00008543

Thank you!

—

Erika E. Szychowski

SVP, Brand Marketing & Partnerships

erika@investvoyager.com

mobile: 917.592.5565

—

Erika

SVP, Brand Marketing & Partnerships

—
Erika
SVP, Brand Marketing & Partnerships

CONFIDENTIAL

MAVSCUBAN00008544

# Ryan Mackey

| | |
|---|---|
| From: | Nicole Leach |
| Sent: | Wed 10/27/2021 10:41 PM (GMT-00:00) |
| To: | Erika Szychowski; Brian Nistler |
| Cc: | Warpula, Chad; Ryan Mackey; Sekou Lewis; David Brill; Baucom, William P. (Billy) |
| Bcc: | |
| Subject: | RE: [EXT] RE: Sponsorship Agreement |
| Attachments: | 10.27.21 Final Version Comparison Voayger-Mavs.docx |

Try the attached version.

## NICOLE M. LEACH

VP ASSOCIATE GENERAL COUNSEL
DALLAS MAVERICKS | 1333 N. STEMMONS FWY., SUITE 105 | DALLAS, TX 75207
P: 214.647.8545 E: NICOLE.LEACH@DALLASMAVS.COM

NOTICE: This e-mail and any files transmitted with it may constitute a CONFIDENTIAL or ATTORNEY-CLIENT PRIVILEGED COMMUNICATION. This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, forwarding, printing or copying of this e-mail or any files transmitted with it is strictly prohibited. Please delete this email and all files transmitted with it from your system, and notify the sender by reply email or by calling (214) 658-7623, so that our address record can be corrected.

**From:** Erika Szychowski &lt;erika@investvoyager.com&gt;
**Sent:** Monday, October 25, 2021 6:13 PM
**To:** Brian Nistler &lt;bnistler@investvoyager.com&gt;
**Cc:** Nicole Leach &lt;Nicole.Leach@dallasmavs.com&gt;; Warpula, Chad &lt;Chad.Warpula@troutman.com&gt;; Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Sekou Lewis &lt;Sekou.Lewis@dallasmavs.com&gt;; David Brill &lt;dbrill@investvoyager.com&gt;; Baucom, William P. (Billy) &lt;William.Baucom@troutman.com&gt;
**Subject:** Re: [EXT] RE: Sponsorship Agreement

Thank you Brian,

EXHIBIT
75

CONFIDENTIAL

MAVSCUBAN00013133

@Ryan Mackey can you advise when you will have answers on the business side as discussed on the call?

On Mon, Oct 25, 2021 at 5:36 PM Brian Nistler &lt;bnistler@investvoyager.com&gt; wrote:

Hi all,

Attached please find Voyager's latest rounds of edits in a redline and clean version for convenience.

As mentioned earlier, we are happy to discuss this at the Mav's convenience. Also, due to the business side still ironing out the final details, our edits are subject to additional review and input.

Let us know if you want to schedule some time to discuss.

- Brian

On Fri, Oct 22, 2021 at 2:38 PM Nicole Leach &lt;Nicole.Leach@dallasmavs.com&gt; wrote:

Hey Chad – it was great talking to you as well. See attached our edits with explanations in the margins. For the sake of time, we are sending this to you and our business department simultaneously; therefore, these comments are subject to their review and approval, as well as our internal compliance review and approval.

Thanks!

CONFIDENTIAL



**NICOLE M. LEACH**

VP ASSOCIATE GENERAL COUNSEL
DALLAS MAVERICKS | 1333 N. STEMMONS FWY., SUITE 105 | DALLAS, TX 75207
P: 214.647.8545   E: NICOLE.LEACH@DALLASMAVS.COM

NOTICE: This e-mail and any files transmitted with it may constitute a CONFIDENTIAL or ATTORNEY-CLIENT PRIVILEGED COMMUNICATION. This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, forwarding, printing or copying of this e-mail or any files transmitted with it is strictly prohibited. Please delete this email and all files transmitted with it from your system, and notify the sender by reply email or by calling (214) 658-7623, so that our address record can be corrected.

**From:** Warpula, Chad &lt;Chad.Warpula@troutman.com&gt;
**Sent:** Wednesday, October 20, 2021 2:42 PM
**To:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Nicole Leach &lt;Nicole.Leach@dallasmavs.com&gt;; Sekou Lewis &lt;Sekou.Lewis@dallasmavs.com&gt;
**Cc:** David Brill &lt;dbrill@investvoyager.com&gt;; Erika Szychowski &lt;erika@investvoyager.com&gt;; Baucom, William P. (Billy) &lt;William.Baucom@troutman.com&gt;; Brian Nistler &lt;bnistler@investvoyager.com&gt;
**Subject:** RE: [EXT] RE: Sponsorship Agreement

Hi Sekou and Nicole –



Best regards,

Chad

CONFIDENTIAL

**Chad Warpula**
Partner
**troutman pepper**
Direct: 704.998.4043 | Mobile: 704.651.3412 | Internal: 22-4043
chad.warpula@troutman.com

**From:** Brian Nistler &lt;bnistler@investvoyager.com&gt;
**Sent:** Monday, October 18, 2021 7:02 PM
**To:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Nicole Leach
&lt;Nicole.Leach@dallasmavs.com&gt;; Sekou Lewis &lt;Sekou.Lewis@dallasmavs.com&gt;
**Cc:** David Brill &lt;dbrill@investvoyager.com&gt;; Warpula, Chad
&lt;Chad.Warpula@troutman.com&gt;; Erika Szychowski &lt;erika@investvoyager.com&gt;
**Subject:** Re: [EXT] RE: Sponsorship Agreement

**EXTERNAL SENDER**

Good Evening Mavs Team,

Attached, please find our interim markup of the Sponsorship Agreement. As you will see from
the attached, we accepted the bulk of your edits.



We look forward to working through the final outstanding points together on tomorrow's call.

Thanks,

Brian

On Sun, Oct 17, 2021 at 2:23 PM Erika Szychowski &lt;erika@investvoyager.com&gt; wrote:

Hi all - going to place a hold at 330 on Tues, I am traveling Wed and will be completely out of pocket.

Hope this works for all

On Fri, Oct 15, 2021 at 10:24 PM Sekou Lewis &lt;Sekou.Lewis@dallasmavs.com&gt; wrote:

Hi Erika – Can't do Tuesday morning but Tuesday after 3:30 pm CT and Wednesday 10:30 am – 1:30 pm CT works.

**From:** Erika Szychowski &lt;erika@investvoyager.com&gt;
**Sent:** Friday, October 15, 2021 12:04 PM
**To:** David Brill &lt;dbrill@investvoyager.com&gt;
**Cc:** Sekou Lewis &lt;Sekou.Lewis@dallasmavs.com&gt;; Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Brian Nistler &lt;bnistler@investvoyager.com&gt;; Warpula, Chad &lt;Chad.Warpula@troutman.com&gt;; Nicole Leach &lt;Nicole.Leach@dallasmavs.com&gt;
**Subject:** Re: Sponsorship Agreement

Thanks all - could we schedule a call to walk through on Tuesday morning with all parties involved?

Erika

On Fri, Oct 15, 2021 at 9:48 AM David Brill &lt;dbrill@investvoyager.com&gt; wrote:

Appreciate you sending us the revised draft and understand the Mavs are reserving its rights to make further revisions.

CONFIDENTIAL

MAVSCUBAN00013137

Regards.


David


On Thu, Oct 14, 2021 at 11:41 PM Sekou Lewis &lt;Sekou.Lewis@dallasmavs.com&gt; wrote:

Good evening, David. Please find attached a redline with our further comments. This draft is being sent simultaneously to our business departments, therefore we reserve the right to make further revisions based on further comments.


Thanks.

Sekou


**From:** David Brill &lt;dbrill@investvoyager.com&gt;
**Sent:** Wednesday, October 13, 2021 5:28 PM
**To:** Sekou Lewis &lt;Sekou.Lewis@dallasmavs.com&gt;; Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;
**Cc:** Erika Szychowski erika@investvoyager.com; Brian Nistler bnistler@investvoyager.com; Warpula, Chad &lt;Chad.Warpula@troutman.com&gt;
**Subject:** NBA Questionnaire


Sekou and Ryan,


Good to meet you both via email. Attached is the completed NBA questionnaire you provided us. As you may know, Voyager is a public company and we include our most recent Prospectus and our Condensed Interim Consolidated Financials for additional information about Voyager. I am available to answer any questions you or the NBA has about our submission.

CONFIDENTIAL

We look forward to working through the sponsorship process with you and appreciate an
update on the status of the Sponsorship Agreement.

Regards.

David

David H. Brill

Head Commercial Counsel

investvoyager.com

+1 917.923.3800

--

Erika

SVP, Brand Marketing &amp; Partnerships

--

CONFIDENTIAL

MAVSCUBAN00013139

Erika

SVP, Brand Marketing &amp; Partnerships

--

Brian Nistler

Associate Counsel



investvoyager.com

This e-mail (and any attachments) from a law firm may contain legally privileged and
confidential information solely for the intended recipient. If you received this message in error,
please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other
use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to
minimize the risk of transmitting computer viruses, but you should scan attachments for
viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.

--

Brian Nistler

Associate Counsel

# VOYAGER

investvoyager.com

MAVSCUBAN00013140

--

Erika

SVP, Brand Marketing &amp; Partnerships

CONFIDENTIAL

MAVSCUBAN00013141

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT

75A

MAVSCUBAN00013142



120019604

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00013143



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00013144



120019604                           4

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY                                        MAVSCUBAN00013145



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



120019604                                    6

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    MAVSCUBAN00013147



120019604

7

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00013148



120019604                                     8

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                           MAVSCUBAN00013149



120019604                    9

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    MAVSCUBAN00013150



120019604                    10

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    MAVSCUBAN00013151



120019604                                   11

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                    MAVSCUBAN00013152



120019604                              12

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                              MAVSCUBAN00013153



120018604                                    13

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    MAVSCUBAN00013154



*[Signature page follows.]*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                            MAVSCUBAN00013155



120019604

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00013156



120019604

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



120019604

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00013159



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



120019604

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00013161



J20019604

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00013162

# Ryan Mackey

| | |
|---|---|
| From: | Kyle Tapply |
| Sent: | Tue 10/26/2021 2:09 PM (GMT-00:00) |
| To: | Ryan Mackey; Clay Christopher; Kory Nix; Billy Phillips; Patrick Sorensen |
| Cc: | |
| Bcc: | |
| Subject: | RE: Contract |
| Attachments: | 2021-22 Dallas Mavericks Sponsorship Agreement (Voyager Edits 10.25.21).docx |

Please see attached for the new edits.

Thanks,

Kyle Tapply

Cell: 970-396-7725

**From:** Kyle Tapply
**Sent:** Monday, October 25, 2021 10:39 PM
**To:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;; Clay Christopher
&lt;Clay.Christopher@dallasmavs.com&gt;; Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;;
Billy Phillips &lt;Billy.Phillips@dallasmavs.com&gt;; Patrick Sorensen
&lt;Patrick.Sorensen@dallasmavs.com&gt;
**Subject:** RE: Contract

**EXHIBIT
76**

MAVSCUBAN00012924

████████████████████████████

████████████████████████████

Thanks,

Kyle Tapply

Cell: 970-396-7725

**From:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;
**Sent:** Monday, October 25, 2021 7:32 PM
**To:** Clay Christopher &lt;Clay.Christopher@dallasmavs.com&gt;; Kyle Tapply
&lt;Kyle.Tapply@dallasmavs.com&gt;; Kory Nix &lt;Kory.Nix@dallasmavs.com&gt;; Billy
Phillips &lt;Billy.Phillips@dallasmavs.com&gt;; Patrick Sorensen
&lt;Patrick.Sorensen@dallasmavs.com&gt;
**Subject:** FW: Contract

**From:** Erika Szychowski &lt;erika@investvoyager.com&gt;
**Sent:** Monday, October 25, 2021 12:51 AM
**To:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;
**Cc:** Brian Nistler &lt;bnistler@investvoyager.com&gt;; Nicole Leach
&lt;Nicole.Leach@dallasmavs.com&gt;; Warpula, Chad &lt;Chad.Warpula@troutman.com&gt;;
Sekou Lewis &lt;Sekou.Lewis@dallasmavs.com&gt;; David Brill
&lt;dbrill@investvoyager.com&gt;
**Subject:** Contract

Good evening Ryan,

CONFIDENTIAL

MAVSCUBAN00012925

I hope you are doing well and had a nice weekend.  I just went through our agreement and the revisions that were made last week and was hoping we could connect on the below:



MAVSCUBAN00012926

Thank you!

--

Erika E. Szychowski

SVP, Brand Marketing &amp; Partnerships

erika@investvoyager.com

mobile: 917.592.5565

CONFIDENTIAL

MAVSCUBAN00012927



CONFIDENTIAL
MAVSCUBAN00012928



MAVSCUBAN00012929



128019604                                3

CONFIDENTIAL                                                                    MAVSCUBAN00012930



120019604

4

CONFIDENTIAL

MAVSCUBAN00012931



120019604    5

CONFIDENTIAL

MAVSCUBAN00012932



120019604

6

CONFIDENTIAL

MAVSCUBAN00012933



120019604                              7

CONFIDENTIAL                                                    MAVSCUBAN00012934



120019604                                8

CONFIDENTIAL                                MAVSCUBAN00012935



120019604                                    9

CONFIDENTIAL                                                    MAVSCUBAN00012936



120019604                                    10

CONFIDENTIAL                                    MAVSCUBAN00012937



120019604                                    [1]

CONFIDENTIAL                                    MAVSCUBAN00012938



120019604                                    12

CONFIDENTIAL                                    MAVSCUBAN00012939



120019604                                    13

CONFIDENTIAL                                    MAVSCUBAN00012940



120019604                                14



120019604

CONFIDENTIAL

MAVSCUBAN00012942



120019604

CONFIDENTIAL

MAVSCUBAN00012943



CONFIDENTIAL



MAVSCUBAN00012945



CONFIDENTIAL

MAVSCUBAN00012945



J20019604

MAVSCUBAN00012947



|20019604

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00012948

**Ryan Mackey**

From:      Emilio Collins
Sent:      Mon 12/13/2021 10:55 PM (GMT-00:00)
To:        Ryan Mackey; Jason Miller
Cc:
Bcc:
Subject: RE: [EXT] RE: Wire instructions (Voyager)


If I'm reading correctly this says they were invoiced on 12/2, but does anyone know if they paid?


**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Monday, December 13, 2021 5:11 PM
**To:** Jason Miller <jmiller@excelsm.com>; Emilio Collins <ecollins@excelsm.com>
**Subject:** FW: [EXT] RE: Wire instructions (Voyager)

**External email**
FYI


**From:** Jana Fleming <Jana.Fleming@dallasmavs.com>
**Sent:** Friday, December 10, 2021 11:28 AM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Matt Wojciechowski
<Matt.Wojciechowski@dallasmavs.com>
**Cc:** Nina Moreno <Nina.Moreno@dallasmavs.com>; Will Gough <Will.Gough@dallasmavs.com>; Patrick
Sorensen <Patrick.Sorensen@dallasmavs.com>
**Subject:** RE: [EXT] RE: Wire instructions (Voyager)

Yes.  It was sent to Evan along with the W-9 on 12/2.


**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Friday, December 10, 2021 11:18 AM
**To:** Matt Wojciechowski <Matt.Wojciechowski@dallasmavs.com>; Jana Fleming
<Jana.Fleming@dallasmavs.com>
**Cc:** Nina Moreno <Nina.Moreno@dallasmavs.com>; Will Gough <Will.Gough@dallasmavs.com>; Patrick
Sorensen <Patrick.Sorensen@dallasmavs.com>
**Subject:** RE: [EXT] RE: Wire instructions (Voyager)

Did we get this out?


**From:** Matt Wojciechowski <Matt.Wojciechowski@dallasmavs.com>
**Sent:** Thursday, December 2, 2021 10:37 AM
**To:** Jana Fleming <Jana.Fleming@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Nina Moreno <Nina.Moreno@dallasmavs.com>;
Will Gough <Will.Gough@dallasmavs.com>;  Patrick Sorensen <Patrick.Sorensen@dallasmavs.com>
**Subject:** RE: [EXT] RE: Wire instructions (Voyager)

**EXHIBIT**
**79**

IGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00013227

Ok, thanks. Be great to get this one out today. Whoever sends this can they make sure to send our W-9? I attached for convenience. Thanks.

**From:** Jana Fleming <Jana.Fleming@dallasmavs.com>
**Sent:** Thursday, December 2, 2021 10:33 AM
**To:** Matt Wojciechowski <Matt.Wojciechowski@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Nina Moreno <Nina.Moreno@dallasmavs.com>; Will Gough <Will.Gough@dallasmavs.com>
**Subject:** RE: [EXT] RE: Wire instructions (Voyager)

I emailed Patrick to update the billing in KORE for this one. The 2nd invoice says $0 for some reason. Once that is set up, I can send it along.

**From:** Matt Wojciechowski <Matt.Wojciechowski@dallasmavs.com>
**Sent:** Thursday, December 2, 2021 7:47 AM
**To:** Evan Psaropoulos <epsaropoulos@investvoyager.com>
**Cc:** Erika Szychowski <erika@investvoyager.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Nina Moreno <Nina.Moreno@dallasmavs.com>; Jana Fleming <Jana.Fleming@dallasmavs.com>; Will Gough <Will.Gough@dallasmavs.com>
**Subject:** RE: [EXT] RE: Wire instructions (Voyager)

Got it. We can do that as well.

**From:** Evan Psaropoulos <epsaropoulos@investvoyager.com>
**Sent:** Thursday, December 2, 2021 7:45 AM
**To:** Matt Wojciechowski <Matt.Wojciechowski@dallasmavs.com>
**Cc:** Erika Szychowski <erika@investvoyager.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Nina Moreno <Nina.Moreno@dallasmavs.com>; Jana Fleming <Jana.Fleming@dallasmavs.com>; Will Gough <Will.Gough@dallasmavs.com>
**Subject:** Re: [EXT] RE: Wire instructions (Voyager)

Email is great. not sure if we got it last time but to be safe also great if you could send us your W9.

On Thu, Dec 2, 2021 at 8:40 AM Matt Wojciechowski <Matt.Wojciechowski@dallasmavs.com> wrote:

Yes, I've copied the team and we will get you something shortly. Ok, to just send to you via email?

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Wednesday, December 1, 2021 6:44 PM
**To:** Matt Wojciechowski <Matt.Wojciechowski@dallasmavs.com>
**Cc:** Evan Psaropoulos <epsaropoulos@investvoyager.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Nina Moreno <Nina.Moreno@dallasmavs.com>
**Subject:** Re: [EXT] RE: Wire instructions (Voyager)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00013228

Happy December Matt,

I believe we owe payment, per agreement today (thanks Evan for that reminder). Could you kindly send an invoice so we can process?

(so you have it going forward ██████████████████████████████████

On Tue, Nov 2, 2021 at 4:28 PM Matt Wojciechowski <Matt.Wojciechowski@dallasmavs.com> wrote:

Absolutely! We'll send you invoices based on the payment schedule in the contract. Thank you for your partnership!

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Tuesday, November 2, 2021 2:51 PM
**To:** Matt Wojciechowski <Matt.Wojciechowski@dallasmavs.com>
**Cc:** Evan Psaropoulos <epsaropoulos@investvoyager.com>; Sekou Lewis <Sekou.Lewis@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Nina Moreno <Nina.Moreno@dallasmavs.com>
**Subject:** Re: [EXT] RE: Wire instructions (Voyager)

Also - @Matt Wojciechowski could you possibly make a plan to invoice us each time payment is due? We do understand our payment terms clearly, but would be great to have an invoice triggered each time, if possible.

E-

On Tue, Nov 2, 2021 at 1:17 PM Erika Szychowski <erika@investvoyager.com> wrote:

thanks all!

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

On Tue, Nov 2, 2021 at 1:01 PM Matt Wojciechowski <Matt.Wojciechowski@dallasmavs.com> wrote:

Thanks Evan.  Confirming receipt of the ▮▮▮▮

**From:** Evan Psaropoulos <epsaropoulos@investvoyager.com>
**Sent:** Tuesday, November 2, 2021 12:57 PM
**To:** Erika Szychowski <erika@investvoyager.com>
**Cc:** Matt Wojciechowski <Matt.Wojciechowski@dallasmavs.com>; Sekou Lewis <Sekou.Lewis@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Re: [EXT] RE: Wire instructions (Voyager)

Hi all,

Wire for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Could you kindly confirm receipt? Please let me know if any questions.

Regards,

Evan

On Tue, Nov 2, 2021 at 12:56 PM Erika Szychowski <erika@investvoyager.com> wrote:

Resending as my adding Evan back last night didn't get him the attachment!

---------- Forwarded message ---------
From: **Matt Wojciechowski** <Matt.Wojciechowski@dallasmavs.com>
Date: Mon, Nov 1, 2021 at 8:01 AM
Subject: [EXT] RE: Wire instructions (Voyager)
To: Sekou Lewis <Sekou.Lewis@dallasmavs.com>, Erika Szychowski <erika@investvoyager.com>
Cc: Ryan Mackey <Ryan.Mackey@dallasmavs.com>

MAVSCUBAN00013230

Here you go.


**From:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>
**Sent:** Friday, October 29, 2021 7:22 PM
**To:** Erika Szychowski <erika@investvoyager.com>; Matt Wojciechowski
<Matt.Wojciechowski@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Re: Wire instructions (Voyager)


Adding our CFO.


Matt - Will you provide wiring instructions to Erika? Thanks.

**SEKOU LEWIS**

GENERAL COUNSEL
DALLAS MAVERICKS | 1333 N. STEMMONS FWY., SUITE 105 | DALLAS, TX 75207
O: 214.658.7623 | C: 214.500.6138 | F: 214.889.3825

E: SEKOU.LEWIS@DALLASMAVS.COM


NOTICE: This e-mail and any files transmitted with it may constitute a CONFIDENTIAL or
ATTORNEY-CLIENT PRIVILEGED COMMUNICATION. This e-mail and any files transmitted with it
are intended solely for the use of the individual or entity to whom they are addressed. If the
reader of this e-mail is not the intended recipient or the employee or agent responsible for
delivering the message to the intended recipient, you are hereby notified that any use,
dissemination, forwarding, printing or copying of this e-mail or any files transmitted with it is
strictly prohibited. Please delete this email and all files transmitted with it from your system, and
notify the sender by reply email or by calling (214) 658-7623, so that our address record can be
corrected.


On Oct 29, 2021, at 8:05 PM, Erika Szychowski <erika@investvoyager.com> wrote:

MAVSCUBAN00013231

Good evening, wow, we are at the finish line.

Once we have a fully executed agreement we will wire the first half of the funds, can you kindly provide wire instructions?

Thanks

--

Erika E. Szychowski

SVP, Brand Marketing & Partnerships

erika@investvoyager.com

mobile: 917.592.5565

--

Erika

SVP, Brand Marketing & Partnerships

--

Evan Psaropoulos
Chief Financial Officer
917.455.8927

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

--

Erika

SVP, Brand Marketing & Partnerships

--

Erika

SVP, Brand Marketing & Partnerships

--

Erika

SVP, Brand & Partnership Marketing

--

Evan Psaropoulos
Chief Financial Officer
917.455.8927

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00013233

**Ryan Mackey**

From:     Jana Fleming
Sent:     Wed 12/15/2021 9:21 PM (GMT-00:00)
To:       Ryan Mackey; Patrick Sorensen
Cc:       Matt Wojciechowski; Will Gough
Bcc:
Subject:  Voyager Digital payment

FYI - Nina just emailed and told me we received the second ▮▮▮▮ payment today.  I have updated
payment status in KORE.

Thanks,
Jana

```
┌─────────────┐
│   EXHIBIT   │
│     80      │
└─────────────┘
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Ryan Mackey

| | |
|---|---|
| From: | Ryan Mackey |
| Sent: | Sat 2/26/2022 12:01 AM (GMT-00:00) |
| To: | Alex Burris; billy.phillips@dallasmavs.com; Brooke Roshell; Clay Christopher (clay.christopher@dallasmavs.com); Connor Terry; Desiree Scott (desiree.scott@dallasmavs.com); Jade Bly; Josh Henson; Kelly O'Brien; Kevin Morgan; Kory Nix; Kyle Tapply; Lacey Frederick (Lacey.Frederick@dallasmavs.com); Lindsey Jenkins (lindsey.jenkins@dallasmavs.com); Michaya Richardson; Mike Mattocks; Nwanye Barnes; Sarah Musaali; Spencer Santora; Sunny Shetty; Victor Ribakare |
| Cc: | Ronnie Fauss |
| Bcc: | |
| Subject: | FW: TPD Content Update & NEW Front Page Partnership Sessions |
| Attachments: | 2021_Q4_TPRR_NBA_DAL (003).pdf |

Good stuff in here. Please watch the last two videos from Chris and Tony. Sustainability is a key growth area for us.

The category growth report doesn't tell the whole story but is helpful when you look at the NBA average. As you can see, we still have opportunities to increase our category yield or fill categories. I've attached the last TPRR for comparison.

The partner analysis tells you how many different teams a partner has deals with.

**From:** Rooke, Cassidy <CRooke@nba.com>
**Sent:** Friday, February 25, 2022 5:27 PM
**Cc:** Ronca, Anthony <ARonca@nba.com>; Essaghof, Joy <JEssaghof@nba.com>; Girgenti, Amelia <AGirgenti@nba.com>
**Subject:** RE: TPD Content Update & NEW Front Page Partnership Sessions

All – I apologize for the double email. All links should be working now!
Please let me know if you have trouble opening.

Have a great weekend,
Cassidy



**Cassidy Rooke**
Growth Properties and Partnership Development
Phone: +1 (212) 407-8410
Mobile: +1 (646) 285-6626

**From:** Rooke, Cassidy
**Sent:** Friday, February 25, 2022 6:11 PM
**Cc:** Ronca, Anthony <ARonca@nba.com>; Essaghof, Joy <JEssaghof@nba.com>; Girgenti, Amelia <AGirgenti@nba.com>
**Subject:** TPD Content Update & NEW Front Page Partnership Sessions

CONFIDENTIAL

**EXHIBIT
81**

MAVSCUBAN00008053

Hi all – Happy Friday!



Thanks,
Cassidy



ONFIDENTIAL

MAVSCUBAN00008054

**Cassidy Rooke**

Growth Properties and Partnership Development

Phone: +1 (212) 407-8410

Mobile: +1 (646) 285-6626

CONFIDENTIAL

MAVSCUBAN00008055

EXHIBIT
81A



# Dallas Mavericks

## Team Partnerships Revenue Report

### 2021-22 Midseason Report

LEAGUE AND TEAM CONFIDENTIAL INFORMATION



**REVENUE**



**2021 EOY REVENUE BY INVENTORY**

Page 1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00008056



# Dallas Mavericks
## Team Partnerships Revenue Report
### 2021-22 Midseason Report
LEAGUE AND TEAM CONFIDENTIAL INFORMATION



**INDUSTRY CATEGORIES**



| Top 25 Industries by NBA Total Category Revenue | DAL Category Total | NBA Avg. Category Total* | NBA Avg. Account Size |
|---|---|---|---|

| Above NBA avg. | Below NBA avg. | Not sold | Not available due to exclusivity |

*Excludes teams with $0 revenue in category

Note: Full category ranking list and metrics are available in the "Category Team Allocation Report" on The Playbook

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00008057



# Dallas Mavericks
## Team Partnerships Revenue Report
### 2021-22 Midseason Report
LEAGUE AND TEAM CONFIDENTIAL INFORMATION





ACCOUNTS



| | Top Team Sold Accounts By Revenue | Industry Category | Status | Revenue |
|---|---|---|---|---|
| 1 | | | Retained | |
| 2 | Voyager Digital | Finance - Cryptocurrency / Blockchain / NFTs | New | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00008058



# Dallas Mavericks
## Team Partnerships Revenue Report
### 2021-22 Midseason Report
LEAGUE AND TEAM CONFIDENTIAL INFORMATION

**RETENTION**





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MAVSCUBAN00008059

From:     Ryan Mackey
Sent:     Tue 7/12/2022 10:00 PM (GMT-00:00)
To:       Patrick Sorensen
Cc:
Bcc:
Subject: RE: Voyager

Did Voyager request this?

**From:** Patrick Sorensen <Patrick.Sorensen@dallasmavs.com>
**Sent:** Tuesday, July 12, 2022 4:24 AM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** FW: Voyager

Do you want me to respond?

**PATRICK SORENSEN**
VICE PRESIDENT – SPONSORSHIP ACTIVATION
DALLAS MAVERICKS | 1333 N STEMMONS FWY #105 | DALLAS, TX 75207
P: 214.658.7606 | F: 214.658.7136
E: PATRICK.SORENSEN@DALLASMAVS.COM

This email may contain material that is PRIVILEGED and CONFIDENTIAL for the sole use of
the intended recipient. Any review, reliance or distribution by others or forwarding without
express permission is strictly prohibited. If you are not the intended recipient, please contact the
sender and delete all copies.

**From:** Ronca, Anthony <ARonca@nba.com>
**Sent:** Tuesday, July 12, 2022 9:15 AM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Patrick Sorensen
<Patrick.Sorensen@dallasmavs.com>
**Subject:** Voyager

Hi Ryan & Patrick,

Hope you both are doing well.

Saw the ask to remove all Voyager assets from 2KL signage. I've of course seen the news, so figured I'd
just check in on the status. Put together some backup documents for our senior leadership team on the
current landscape and just want to confirm I have the latest.

Thanks,

**EXHIBIT**
**82**

CONFIDENTIAL
MAVSCUBAN00011586

Tony

CONFIDENTIAL

MAVSCUBAN00011587

**Ryan Mackey**

From:     Ronca, Anthony
Sent:     Wed 7/13/2022 1:10 PM (GMT-00:00)
To:       Ryan Mackey; Patrick Sorensen
Cc:
Bcc:
Subject:  RE: Voyager

Thanks, Ryan. Makes sense. This is very helpful. Will let you know if I have any follow up questions and let us know if we can be of help in any way.

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Tuesday, July 12, 2022 6:07 PM
**To:** Ronca, Anthony <ARonca@nba.com>; patrick.sorensen@dallasmavs.com
**Subject:** RE: Voyager

Hey Anthony-
Yes, we're pausing most of their stuff for now until the situation is resolved.  They believe they can emerge from this and keep our deal alive but it may change in scope/size and even a brand name change  afterwards. That's if they manage to survive.  We're going to wait it out.  If you need anything else, give me a call!
Ryan

**From:** Ronca, Anthony <ARonca@nba.com>
**Sent:** Tuesday, July 12, 2022 9:15 AM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Patrick Sorensen <Patrick.Sorensen@dallasmavs.com>
**Subject:** Voyager

Hi Ryan & Patrick,

Hope you both are doing well.

Saw the ask to remove all Voyager assets from 2KL signage. I've of course seen the news, so figured I'd just check in on the status. Put together some backup documents for our senior leadership team on the  current landscape and just want to confirm I have the latest.

Thanks,
Tony

```
EXHIBIT
83
```

CONFIDENTIAL

MAVSCUBAN00013226

# Ryan Mackey

From: Ronca, Anthony
Sent: Tue 8/02/2022 2:19 PM (GMT-00:00)
To: Ryan Mackey
Cc:
Bcc:
Subject: FW: Start of Season Team Partnership Requests: 22-23 Season

Hi Ryan,

Just a quick reminder on the projections deadline for this Friday.

For courtside protections, you all had:



Thanks,
Tony

**From:** Ronca, Anthony
**Sent:** Monday, July 25, 2022 4:24 PM
**To:** 'ARONCA@NBA.COM' <ARONCA@NBA.COM>
**Subject:** Start of Season Team Partnership Requests: 22-23 Season
**Importance:** High

Partnership Leads,



EXHIBIT

84

MAVSCUBAN00008870



CONFIDENTIAL

MAVSCUBAN00008871

Thanks,
Tony

 **Tony Ronca**
Partnership Development Lead
Phone: +1 (212) 407-8939
Mobile: +1 (201) 658-5061

CONFIDENTIAL

MAVSCUBAN00008872

## Ryan Mackey

From:     Spencer Santora
Sent:     Tue 10/11/2022 3:52 PM (GMT-00:00)
To:       Ryan Mackey
Cc:
Bcc:
Subject: RE:

Hi Ryan,

████████████████████████

**SPENCER SANTORA**
HE | HIM | HIS
**SR. ACTIVATION MANAGER**
DALLAS MAVERICKS | 1333 N. STEMMONS FREEWAY, STE. 105 | DALLAS, TEXAS 75207
O: (214) 658-7144 | C: (817) 939-4334 | ✉ CLICK TO EMAIL

#**PERFECTOURCRAFTS**: CHARACTER, RESPECT, AUTHENTICITY, FAIRNESS, TEAMWORK, SAFETY

This email may contain material that is PRIVILEGED and CONFIDENTIAL for the sole use of the intended recipient. Any review, reliance or distribution by others
or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Friday, October 7, 2022 5:21 PM
**To:** Spencer Santora <Spencer.Santora@dallasmavs.com>
**Subject:**

Spencer, do you mind sending me the Voyager recap from last season?

Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

**EXHIBIT**
**85**

MAVSCUBAN00010935

Case 1:22-cv-22538-RKA — Document 155-32 *SEALED* — Entered on FLSD Docket 06/09/2023











**Ryan Mackey**

From:
Sent:      Thu 8/25/2022 10:09 PM (GMT-00:00)
To:        Ronca, Anthony; Rooke, Cassidy
Cc:        Patrick Sorensen
Bcc:
Subject: RE: Start of Season Team Partnership Requests: 22-23 Season

No sir, we do not want to protect Voyager.  Our protections would be:

**From:** Ronca, Anthony <ARonca@nba.com>
**Sent:** Thursday, August 25, 2022 1:46 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Rooke, Cassidy <CRooke@nba.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Patrick Sorensen
<Patrick.Sorensen@dallasmavs.com>
**Subject:** RE: Start of Season Team Partnership Requests: 22-23 Season

Just a quick confirmation – for Voyager, are you saying below you are set and would like to protect
them, or still debating and need time?

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Friday, August 12, 2022 5:31 PM
**To:** Rooke, Cassidy <CRooke@nba.com>
**Cc:** Ronca, Anthony <ARonca@nba.com>; ryan.mackey@dallasmavs.com;
patrick.sorensen@dallasmavs.com
**Subject:** RE: Start of Season Team Partnership Requests: 22-23 Season

Hey Cassidy-





**From:** Rooke, Cassidy <CRooke@nba.com>
**Sent:** Thursday, August 11, 2022 8:54 AM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** RE: Start of Season Team Partnership Requests: 22-23 Season

**EXHIBIT
86**

MAVSCUBAN00013932

All good ☐ thank you!

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Thursday, August 11, 2022 9:53 AM
**To:** Rooke, Cassidy <CRooke@nba.com>
**Subject:** RE: Start of Season Team Partnership Requests: 22-23 Season

Sorry Cassidy, we were out all day in a company meeting but I'll have this for you after 10am CT. My apologies. Ryan



**From:** Rooke, Cassidy <CRooke@nba.com>
**Sent:** Tuesday, August 9, 2022 3:25 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** RE: Start of Season Team Partnership Requests: 22-23 Season

Hey Ryan – noted on the below!



Thanks!

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Monday, August 8, 2022 11:52 AM
**To:** Rooke, Cassidy <CRooke@nba.com>
**Subject:** RE: Start of Season Team Partnership Requests: 22-23 Season



**From:** Rooke, Cassidy <CRooke@nba.com>
**Sent:** Monday, August 8, 2022 9:54 AM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** RE: Start of Season Team Partnership Requests: 22-23 Season

CONFIDENTIAL

No worries, Ryan!

Who are you thinking right now? We could likely buy you so more time if you're waiting for a deal to get done? Keep me posted

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Monday, August 8, 2022 9:27 AM
**To:** Ronca, Anthony <ARonca@nba.com>
**Cc:** Rooke, Cassidy <CRooke@nba.com>
**Subject:** Re: Start of Season Team Partnership Requests: 22-23 Season

Sorry Tony, I thought we already sent. Will get this over.

For our 3 protected, can we buy any more time? Hoping to know more by end of the month. If not, I'll choose that last a lot today.

Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

**From:** Ronca, Anthony <ARonca@nba.com>
**Sent:** Sunday, August 7, 2022 8:06 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Rooke, Cassidy <CRooke@nba.com>
**Subject:** RE: Start of Season Team Partnership Requests: 22-23 Season

Hi Ryan,

Following up on the projections and protections requests. I'm out of office this week so also adding in Cassidy.

Let us know if you have any questions.

Thanks again,
Tony

**From:** Ronca, Anthony
**Sent:** Tuesday, August 2, 2022 10:19 AM
**To:** 'RYAN.MACKEY@DALLASMAVS.COM' <RYAN.MACKEY@DALLASMAVS.COM>
**Subject:** FW: Start of Season Team Partnership Requests: 22-23 Season
**Importance:** High

Hi Ryan,

Just a quick reminder on the projections deadline for this Friday.



I assume no changes but please let me know if you want to change the 3rd on the list and we can do so. Not sure if the climate changes how you approach Voyager protection. Otherwise, we can lock these in for the networks.

Thanks,
Tony

**From:** Ronca, Anthony
**Sent:** Monday, July 25, 2022 4:24 PM
**To:** 'ARONCA@NBA.COM' <ARONCA@NBA.COM>
**Subject:** Start of Season Team Partnership Requests: 22-23 Season
**Importance:** High

Partnership Leads,

While I know it feels we have just finished the season, the 22-23 season is fast approaching and we've officially turned the page post-Draft/Summer League.

With that, I'm sharing a condensed list of requests from TMBO **we ask you assist in completing to ensure we are prepared for start of season**. If you have any questions on the below please let me know.



**Team Contact/Distribution Lists Updates**

MAVSCUBAN00013935



**Tony Ronca**
Partnership Development Lead
Phone: +1 (212) 407-8939
Mobile: +1 (201) 658-5061

CONFIDENTIAL

MAVSCUBAN00013936

## Clay Christopher

From:     Kyle Tapply
Sent:     Mon 12/13/2021 9:32 PM (GMT-00:00)
To:       Ryan Mackey; Billy Phillips; Patrick Sorensen; Kory Nix; Clay Christopher
Cc:       Spencer Santora
Bcc:
Subject: FW: [EXT] Mavs Crypto Survey Results

Ryan,

Did you chat with Sekou on the Mavs100 offer? I didn't see an email so I didn't know if you just did that on your end without the larger group?

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Monday, December 13, 2021 3:31 PM
**To:** Spencer Santora <Spencer.Santora@dallasmavs.com>
**Cc:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Subject:** Re: [EXT] Mavs Crypto Survey Results

this is great, thank you so much Spencer.

Looks like most are beginners, but a few questions is awesome start.

Yes we can do an edit on the creative, I hope... or are you saying you can update? Also - is your HR matching the deposit or is it just Voyager?

MAVSHQ100 is our code and it will run for 48 hours I believe starting Thursday - we could time the start w/ your email deploy?

On Mon, Dec 13, 2021 at 3:01 PM Spencer Santora <Spencer.Santora@dallasmavs.com> wrote:

Hi Erika,

Here are the results so far for our Crypto session survey. We currently have 70 RSVPs.



EXHIBIT
89

We were going to send an email later this week to everyone about signing up for an account. I was thinking we could send a graphic like the one attached from the launch. We would just need updated dates and some info on how to use the code. Let me know if something like that works on your end.

Thanks!



**Spencer Santora**

Sponsorship Activation Manager

Dallas Mavericks | 1333 N Stemmons FWY #105 | Dallas, TX 75207

C: (817) 939-4334 | O: (214) 658-7144

Email: spencer.santora@dallasmavs.com

This email may contain material that is PRIVILEGED and CONFIDENTIAL for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

—
Erika
SVP, Brand & Partnership Marketing

**Clay Christopher**

From: Ryan Mackey
Sent: Thu 1/06/2022 7:36 PM (GMT-00:00)
To: Erika Szychowski; Spencer Santora; Patrick Sorensen; Kyle Tapply; Kory Nix; Clay Christopher;
Billy Phillips
Cc:
Bcc:
Subject: RE: Activation Ideas – Voyager/Mavs

Thanks Erika! We'll take these back for a brainstorm session and get back to you!

From: Erika Szychowski <erika@investvoyager.com>
Sent: Wednesday, January 5, 2022 8:11 PM
To: Spencer Santora <Spencer.Santora@dallasmavs.com>; Patrick Sorensen
<Patrick.Sorensen@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Ryan Mackey
<Ryan.Mackey@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Clay Christopher
<Clay.Christopher@dallasmavs.com>; Billy Phillips <Billy.Phillips@dallasmavs.com>
Subject: Activation Ideas - Voyager/Mavs

Spoke to the team today, and we batted around some ideas for activation / on court / in arena. Thought
i'd share the below thread of ideas.







Erika E. Szychowski
VOYAGER
SVP, Brand & Partnership Marketing
erika@investvoyager.com | mobile: 917.592.5565
www.investvoyager.com | Twitter | Facebook | Instagram | LinkedIn

## Clay Christopher

From: Ryan Mackey
Sent: Wed 3/30/2022 6:33 PM (GMT-00:00)
To: Clay Christopher; Kory Nix; Kyle Tapply; Billy Phillips; Patrick Sorensen; Spencer Santora
Cc:
Bcc:
Subject: FW: Voyager News



**From:** Cynt Marshall <cynt.marshall@dallasmavs.com>
**Sent:** Wednesday, March 30, 2022 12:32 PM
**To:** Mark Cuban <mcuban@gmail.com>
**Cc:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>; Matt Wojciechowski
<Matt.Wojciechowski@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Re: Voyager News



Cynt

On Mar 30, 2022, at 12:30 PM, Mark Cuban <mcuban@gmail.com> wrote:



---------- Forwarded message ---------
From: **Mark Cuban** <mcuban@gmail.com>
Date: Wed, Mar 30, 2022, 12:29 PM
Subject: Re: Voyager News
To: Steve Ehrlich <sehrlich@investvoyager.com>


That sucks. I can connect you with my lawyer who has done crypto and sec stuff for me

But unfortunately it's not a surprise

Maybe you can look at doing this like stock loan is handled for stocks by brokers ?

You get paid to loan out usdc etc. Sharing that vig is common with stocks. Why not
with crypto tokens ?

On Wed, Mar 30, 2022, 12:08 PM Steve Ehrlich <sehrlich@investvoyager.com> wrote:
Hi Mark,



EXHIBIT
91

Hope all is well. I wanted to alert you to this press release and news article. Happy to discuss at any point as well.

Any advice you may have is appreciated but we will be working with regulators to drive clarity in the space and to make sure customers have a level playing field.

https://finance.yahoo.com/news/voyager-news-release-110000474.html

https://www.coindesk.com/policy/2022/03/29/new-jersey-orders-voyager-digital-to-cease-and-desist-crypto-interest-offering/

Kind Regards,

Steve


Steve Ehrlich
sehrlich@investvoyager.com

**Ryan Mackey**

From:     Erika Szychowski
Sent:     Wed 10/27/2021 2:22 PM (GMT-00:00)
To:       Ryan Mackey
Cc:
Bcc:
Subject:  Fwd: [EXT] Mavs and Voyager

Again pls don't forward bc of listing note

---------- Forwarded message ---------
From: **Steve Ehrlich** <sehrlich@investvoyager.com>
Date: Wed, Oct 27, 2021 at 9:18 AM
Subject: Fwd: [EXT] Mavs and Voyager
To: Erika Szychowski <erika@investvoyager.com>


Stephen Ehrlich
Chief Executive Officer
Voyager Digital, LLC
917-885-9024
sehrlich@investvoyager.com


Begin forwarded message:

**From:** Mark Cuban <mcuban@gmail.com>
**Subject: Re: [EXT] Re: Mavs and Voyager**
**Date:** October 27, 2021 at 9:16:30 AM CDT
**To:** Steve Ehrlich <sehrlich@investvoyager.com>
**Cc:** Mark Cuban <Mark.Cuban@dallasmavs.com>
**Reply-To:** mcuban@gmail.com

let me find out more from Sekou


On Wed, Oct 27, 2021 at 8:35 AM Steve Ehrlich <sehrlich@investvoyager.com> wrote:
Hi Mark



CONFIDENTIAL

Happy to jump on a call as well.

Thanks.

Steve


Sent from my iPhone


On Oct 27, 2021, at 07:58, Mark Cuban <mcuban@gmail.com> wrote:

> Sorry. But send too soon. What is our legal saying is the problem ?
>
> On Wed, Oct 27, 2021, 1:26 AM Steve Ehrlich <sehrlich@investvoyager.com>
> wrote:
> Hi Mark
>
> Congrats on the home opening W tonight!  Wanted to reach out as we are at the
> finish line and prepared to announce before the maket opens tomorrow, but
> have been held up by legal. I'm concerned by the delay as we've been on
> standby without clarity. Any chance you can guide us to the finish line?
>
> Thanks
>
> Steve
>
> Sent from my iPhone


--
m


http://www.markcuban.com
My NFTs https://lazy.com/mcuban
Lets Go Mavs !
#MFFL

CONFIDENTIAL

MAVSCUBAN00011929

--
Erika E. Szychowski
SVP, Brand Marketing & Partnerships
erika@investvoyager.com
mobile: 917.592.5565

CONFIDENTIAL

**Ryan Mackey**

| | |
|---|---|
| From: | Ryan Mackey |
| Sent: | Fri 10/29/2021 5:50 PM (GMT-00:00) |
| To: | Alex Arellano |
| Cc: | |
| Bcc: | |
| Subject: RE: Congrats | |

Thanks man! It was (still is) a legal nightmare getting the contract done. Still not quite there.

**From:** Alex Arellano <aarellano@aacntr.com>
**Sent:** Wednesday, October 27, 2021 2:43 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Congrats

Ryan,

Congrats on Voyager deal, interesting platform.

Best,
Alex



EXHIBIT
93

CONFIDENTIAL

MAVSCUBAN00008442

**Ryan Mackey**

From:     Erika Szychowski
Sent:     Wed 10/27/2021 7:56 PM (GMT-00:00)
To:       Ryan Mackey
Cc:
Bcc:
Subject:  Re: [EXT] FW: Voyager



On Wed, Oct 27, 2021 at 1:46 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

Hey Erika-

I made two comments, here was the response:



Cool?
RM


**From:** Ryan Mackey
**Sent:** Wednesday, October 27, 2021 1:29 PM
**To:** Nicole Leach <Nicole.Leach@dallasmavs.com>; Sekou Lewis
<Sekou.Lewis@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Subject:** RE: Voyager

**EXHIBIT**
**150**

                                    MAVSCUBAN00011692

Hey Nicole, I made just a couple comments.  I don't see much else we need to discuss.  Kyle, please check.  Let me know what you think? Ryan

**From:** Nicole Leach <Nicole.Leach@dallasmavs.com>
**Sent:** Wednesday, October 27, 2021 11:26 AM
**To:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Subject:** RE: Voyager

Ryan – see attached.

 **NICOLE M. LEACH**

VP ASSOCIATE GENERAL COUNSEL
DALLAS MAVERICKS | 1333 N. STEMMONS FWY., SUITE 105 | DALLAS, TX 75207
P: 214.647.8545  E: NICOLE.LEACH@DALLASMAVS.COM

NOTICE: This e-mail and any files transmitted with it may constitute a CONFIDENTIAL or ATTORNEY-CLIENT PRIVILEGED COMMUNICATION. This e-mail and any files  transmitted with it are intended solely for the use of the individual or entity to whom they are addressed.  If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient,  you are hereby notified that any use, dissemination, forwarding, printing or copying of this e-mail or any files transmitted with it is strictly prohibited.  Please delete this email and all files transmitted with it from your system, and notify the sender  by reply email or by calling (214) 658-7623, so that our address record can be corrected.

**From:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>
**Sent:** Wednesday, October 27, 2021 10:08 AM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Cc:** Nicole Leach <Nicole.Leach@dallasmavs.com>
**Subject:** Voyager

CONFIDENTIAL

MAVSCUBAN00011693

Ryan and Kyle – Mark said it was ok to go forward with the deal.



**SEKOU LEWIS**

GENERAL COUNSEL
DALLAS MAVERICKS | 1333 N. STEMMONS FWY., SUITE 105 | DALLAS, TX 75207
O: 214.658.7623| C: 214.500.6138 |F: 214.889.3825

E: SEKOU.LEWIS@DALLASMAVS.COM

NOTICE: This e-mail and any files transmitted with it may constitute a CONFIDENTIAL or ATTORNEY-CLIENT PRIVILEGED COMMUNICATION. This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, forwarding, printing or copying of this e-mail or any files transmitted with it is strictly prohibited. Please delete this email and all files transmitted with it from your system, and notify the sender by reply email or by calling (214) 658-7623, so that our address record can be corrected.

--
Erika E. Szychowski
SVP, Brand Marketing & Partnerships
erika@investvoyager.com
mobile: 917.592.5565

CONFIDENTIAL

**Ryan Mackey**

| | |
|---|---|
| From: | Ryan Mackey |
| Sent: | Mon 11/07/2022 7:54 PM (GMT-00:00) |
| To: | Ryan Mackey |
| Cc: | |
| Bcc: | |
| Subject: | FW: Voyager |

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Wednesday, October 27, 2021 10:09 AM
**To:** Erika Szychowski <erika@investvoyager.com>
**Subject:** Fwd: Voyager

Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

**From:** Sekou Lewis <Sekou.Lewis@dallasmavs.com>
**Sent:** Wednesday, October 27, 2021 10:08 AM
**To:** Ryan Mackey; Kyle Tapply
**Cc:** Nicole Leach
**Subject:** Voyager

Ryan and Kyle – Mark said it was ok to go forward with the deal.

**SEKOU LEWIS**
GENERAL COUNSEL
DALLAS MAVERICKS | 1333 N. STEMMONS FWY., SUITE 105 | DALLAS, TX 75207
O: 214.658.7623| C: 214.500.6138 |F: 214.889.3825
E: SEKOU.LEWIS@DALLASMAVS.COM

NOTICE: This e-mail and any files transmitted with it may constitute a CONFIDENTIAL or ATTORNEY-CLIENT PRIVILEGED
COMMUNICATION. This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to
whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for
delivering the message to the intended recipient, you are hereby notified that any use, dissemination, forwarding, printing or
copying of this e-mail or any files transmitted with it is strictly prohibited. Please delete this email and all files transmitted with
it from your system, and notify the sender by reply email or by calling (214) 658-7623, so that our address record can be
corrected.

**EXHIBIT**
**150A**

CONFIDENTIAL

MAVSCUBAN00013295

**Kyle Tapply**

From:
Sent:       Thu 11/11/2021 1:19 PM (GMT-00:00)
To:         Victor Ribakare
Cc:
Bcc:
Subject: FW: Could you pull unique visitors to your site?


Are you able to pull any of the

Thanks,

Kyle Tapply
Cell: 970-396-7725


**From:** Spencer Santora <Spencer.Santora@dallasmavs.com>
**Sent:** Wednesday, November 10, 2021 2:47 PM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Chris Davidson <Chris.Davidson@dallasmavs.com>
**Subject:** RE: Could you pull unique visitors to your site?

Here are unique pageviews for the voyager pages we had up:
- * Mavs.com/mavsvoyager (Tamara's article): 28,178 unique pageviews - #1 page on mavs.com
  from Oct 27-30
- * Mavs.com/voyager (Press conference Page): 16,150 unique pageviews - #4 page on
  mavs.com from Oct 27-30
- * 44,328 total

Looping in @Chris Davidson about audience size. Please see the note below, Chris. Do we have data on
how large the Mavs fanbase is?

Thank you!

**Spencer Santora**
Sponsorship Activation Manager
Dallas Mavericks | 1333 N Stemmons FWY #105 | Dallas, TX 75207
C: (817) 939-4334 | O: (214) 658-7144


**From:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Sent:** Wednesday, November 10, 2021 1:27 PM
**To:** Spencer Santora <Spencer.Santora@dallasmavs.com>
**Subject:** FW: Could you pull unique visitors to your site?

Who handles this from Mavs.com? Can we find out the information below?

Can we pull some social numbers on how the posts performed during this time as well?

**EXHIBIT
161**

CONFIDENTIAL                                                                                              MAVSCUBAN00017509

Hard to say what our complete audience size would be, right?

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Erika Szychowski <erika@investvoyager.com>
**Sent:** Tuesday, November 9, 2021 5:48 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Subject:** Could you pull unique visitors to your site?

October 27-30?  We are trying to weight the value of the launch for both our teams to have data

Trying to sort out your consumer size - not just your social size and the impact as a percent to total.  I will ask Iris when we connect tomorrow also, but wondering if you have access to:

  * Unique visitors during those dates
  * What you would consider your audience size to be - not just arena attendance, but what do you consider your mavs fanbase size (recognizing your social channels likely duplicate your numbers as people follow you

we have social listening reporting, press (that I just sent you), new accounts/code usage, etc and we are trying to back into what percentage of your community did we impact?

--
Erika E. Szychowski
SVP, Brand Marketing & Partnerships
erika@investvoyager.com
mobile: 917.592.5565

MAVSCUBAN00017510

**Ryan Mackey**

| | |
|---|---|
| From: | Erika Szychowski |
| Sent: | Tue 11/09/2021 11:45 PM (GMT-00:00) |
| To: | Erin Finegold White |
| Cc: | Kyle Tapply; Ryan Mackey; Cynthia Marshall |
| Bcc: | |
| Subject: Voyager + Dallas Mavericks Coverage Recap | |

Hi Erin & Team, I can't believe I haven't sent this over sooner, thought you would find the below interesting and really compelling from our time together end of October, let me know if you have questions.

Sharing a comprehensive report of all coverage stemming from the Dallas Mavericks partnership announcement.

In collaboration with the Dallas Mavericks PR Team on the day of the announcement, we reached out to a broad list of crypto, tech, sports and business publications. Additionally, we invited local Dallas media to attend the press conference in-person and national reporters to tune in virtually. Attendees included Jabari Young/CNBC, Doyle Rader/Forbes, Tim Cato/The Athletic, and Callie Caplan/Dallas Morning News.

In total, we received **59 pieces of coverage**, including 21 broadcast hits, which generated over one billion online impressions and over 1.4 million broadcast views. A few media highlights include Bitcoinist, Bloomberg, Cointelegraph, Decrypt, Forbes, and Insider (full list below). We also saw an incredible amount of sports coverage including ESPN, Sports Illustrated and NBA.com, in part due to outreach on Friday around the halftime video footage. The news also generated broadcast coverage in both local Dallas NBC5, FOX6, and FOX6)  and national outlets (Bloomberg  Business Flash, Bloomberg Radio, Cheddar, ESPN, and SportsCenter). Additionally, Steve participated in an  interview with Fox Business,  where he discussed the partnership as well as last week's industry happenings.

Please see below for a comprehensive summary of media coverage and some social highlights, in addition to quantitative results.

**EXHIBIT
207**

MAVSCUBAN00013289

## Quantitative Results

- * Total # of articles & broadcast hits: 59
  - o * Articles & newsletters: 31
  - o * Broadcast: 21
  - o * Syndictions: 7
- * Total number of online article impressions: 1,160,385,700
- * Press release pickup:
  - o * 24,527 views
  - o * 19 shares
  - o * 4,715 click-throughs
  - o * 303 total pick-up
  - o * 282 million total audience reach
- * Broadcast metrics:
  - o * Total National Publicity Value: $19,851.58
  - o * Total Local Viewership: 544,415
  - o * Total Local Market Publicity Value: $51,045.99
  - o * Total Station Reach: 924,900

## Notable Quotes:

- * *"He noted that he wants to engage more with the Dallas community, and Texas overall, which he said has become a crypto hub. Ehrlich added that though Voyager is currently US-centric, the company is looking to expand its presence to Europe by the end of March 2022, starting with France." - Blockworks*
- * *"As part of the deal, Voyager and the Dallas Mavericks will work together via educational and community programs, as well as fan engagement promotions, to make cryptocurrency more accessible to a wider audience." - Decrypt*
- * *"The platform teamed up with the Mavs due to its leadership role in the NBA as well Cuban's deep understanding of the digital-asset space, Voyager CEO and co-founder Steve Ehrlich said in a statement." - Insider*
- * *"Integration between the crypto world and outside companies is something that is only starting to take off. The fact that Voyager has been able to ink such an exclusive deal is bullish for this crypto exchange. Indeed, the race for market share in this nascent space is on. And investors seem to think Voyager has a real shot at winning a larger piece of this growing pie." - Investor Place*
- * *"Voyager Digital inked a five-year exclusive deal with the Mavericks to become the NBA team's first cryptocurrency brokerage and international partner, and as part of the partnership, Voyager will get naming rights to the Mavs Gaming Hub, the official gaming and event venue for the Mavs NBA 2K League team. Excel Sports Management's properties division secured the partnership between the Mavs and Voyager." - Sports Business Journal*

CONFIDENTIAL

MAVSCUBAN00013290

- * "Voyager, a publicly-traded crypto platform in the U.S., has partnered with the Dallas Mavericks to help make crypto more accessible and to engage fans through promotions." -TheStreet
- * "The Mavericks on Wednesday morning announced a five-year partnership with publicly traded cryptocurrency platform Voyager, which will become the team's first cryptocurrency brokerage and international partner. The NBA in 2019 allowed teams to start negotiating international sponsorship rights, and the Mavericks' first foray fits with Cuban's interests." - Morning Consult
- * "The owner of the NBA team Dallas Mavericks, Mark Cuban, and the CEO of crypto platform Voyager, Steve Ehrlich, gave some advice on how to get into cryptocurrency last week during the partnership announcement between the Dallas Mavericks and Voyager. They were asked whether it was too late to get into cryptocurrency and what new crypto investors should know. Responding to the question: 'Is it too late to get into crypto?' Voyager CEO Steve Ehrlich replied: 'It's never too late and, actually, now is the right time. I still think it's the first half of the first quarter on crypto adoption.'" - Bitcoin.com
- * "A lucky Dallas Mavericks fan just won $100,000 in Bitcoin in a National Basketball Association (NBA) shootout event. Voyager Digital Ltd, a US-based publicly traded cryptocurrency platform, sponsored the event. The crypto company recently partnered with the Dallas-based basketball team. Voyager Digital joins the growing number of crypto exchanges looking to enter the sports industry. The platform currently has over 2 million registered users with access to trade over 60 digital assets." - Bitcoinist
- * "The Dallas Mavericks announced a five-year partnership with Voyager Digital, a cryptocurrency brokerage platform. Voyager will acquire naming rights to the Mavs Gaming Hub, the home venue of the Mavericks' NBA 2K League team." - Bitcoin.com
- * "The announcement comes just days after the Dallas Mavericks and Voyager Digital signed a partnership to expand their respective customer bases. The idea is to create communication programs and fan promotions in exchange for naming rights to the Mavs Gaming Hub, the official gaming and event venue for the Mavs NBA 2K League team. The partnership is possible thanks to a change in NBA rules that allowed teams to get international sponsors. Voyager Digital would be the first international partner of the Dallas Mavericks." - Crypto Potato

**Press Highlights:**

- * Benzinga: Voyager Digital Becomes First International Crypto Brokerage Partner Of Dallas Mavericks
- * [NEW] Benzinga: Mark Cuban on Dogecoin and Shiba Inu: "I've never told anybody it's a great investment
  - o * (brief mention of Mavs partnership)
- * [NEW] Bitcoinist: Dallas Mavericks Team up with Voyager
- * [NEW] Bitcoinist: Fan of Mark Cuban's Dallas Mavericks wins $100k in Bitcoin at NBA event
- * [NEW] Bitcoin.com: Mark Cuban and Voyager CEO advise how to get into crypto, offer tips for new investors

CONFIDENTIAL

- * Bitcoin Exchange Guide: Mark Cuban's Dallas Mavericks Continue Pro-Crypto Stance With Voyager Digital Partnership
- * Bitcoin: $100 in Free Bitcoin: NBA Team Dallas Mavericks and Voyager Kick Off Partnership With BTC Bonus
- * Bloomberg: Mark Cuban's Dallas Mavericks Giving Away Bitcoin for 48 Hours
  - o * Syndicated to Bloomberg Quint
- * Bloomberg Business Flash (broadcast): Voyager Digital Partners with Dallas Mavericks
- * Blockworks: Voyager Digital Partners with Dallas Mavericks
- * CBS 11 Dallas Fort Worth, TX (broadcast): Mavs Fan Isaiah Stone Scores 100K In Bitcoin After Hitting Half-Court Shot
- * Cheddar (broadcast): Voyager Digital Partners with Dallas Mavericks
- * Cointelegraph: Voyager Digital will be crypto brokerage partner for Dallas Mavericks
  - o * Syndicated to Crypto News Pod, TalkBasket.net
- * Cointelegraph: Voyager Digital announces $75M strategic investment from Alameda Research *(brief mention of Mavs partnership)*
- * [NEW] Cointelegraph: Crypto.com is the #1 app in the Google Play store in the US
  - o * *(brief mention of Mavs partnership)*
- * [NEW] Cryptopolitan: Mavs fan shoots way to 100k BTC prize in Voyager Digital's promo
- * Crypto Potato: Mark Cuban's Dallas Mavericks Are Giving Away BTC
- * Coin Rivet: Alameda Research completes $75m investment into crypto broker Voyager *(brief mention of Mavs partnership)*
  - o * Syndicated to Yahoo News
- * Decrypt: Mark Cuban's Dallas Mavericks Partner with Bitcoin Broker Voyager
- * Dallas Morning News: Mark Cuban, Mavs partner with Voyager cryptocurrency platform in team's first international deal
- * ESPN: Mavs fan calls bank on half-court shot to win $100k in crypto
- * Forbes: Dallas Mavericks announce five-year partnership with cryptocurrency brokerage Voyager Digital
- * Fox Business (broadcast): Voyager Digital CEO: "There's a lot of opportunity for cryptocurrency in the financial sector"
- * FOX4 (Dallas, TX) (broadcast): Dallas Mavericks announce cryptocurrency brokerage deal with Voyager
- * Go Banking Rates: Get $100 in Free Bitcoin by Halloween Through Mark Cuban's Partnership with Crypto Platform Voyager
  - o * Syndicated Yahoo Finance
- * International Business Times: Dallas Mavericks To Dish Out $100 Worth BTC To People Who Download The Voyager Digital App
- * Insider: Mark Cuban's Dallas Mavericks will give $100 in bitcoin to anyone who downloads the Voyager Digital app in the next 36 hours
  - o * Syndicated to Yahoo Finance, Yahoo Sports
- * Investor Place: VYGVF Stock Soars on Move by Mark Cuban
- * NBA.com: Mavs fan hits halfcourt shot, wins $100K (in crypto) Stream Video Here

CONFIDENTIAL

- * **[NEW]** Investing.com: Dallas Mavericks fan wins $100k in Bitcoin at NBA shootout event
- * TheStreet: Mark Cuban's Dallas Mavericks Partner With Voyager Crypto Broker
- * Sports Illustrated: WATCH: Mavs Fan Hits Half-Court Shot For $100K In Crypto
- * Sports Pro Media: Dallas Mavericks agree Voyager deal for naming rights to Mavs Gaming Hub
- * Sport Techie: Mark Cuban's Dallas Mavericks go international, partner with Voyager to further their space in crypto

**Broadcast Coverage:**

- * See the full broadcast report here.

**Newsletter Coverage**

- * Morning Consult *(see mention above)*
- * Sports Business Journal: Marketplace roundup: Mavericks - Voyager deal includes NBA 2K League tie-up *(see mention above)*

**Press Conference Attendance:**

- * Ballys, Ashley Rosch
- * Forbes, Doyle Rader
- * FOX4, John Gnann
- * Dallas Morning News, Callie Caplan
- * Mavs.com, Tamara Jolee
- * Mavs Moneyball, Lauren Gunn
- * NBC5, Noah Bullard
- * The Athletic, Tim Cato

**Virtual Livestream Media Attendance:**

- * BeInCrypto, Jon Buck
- * Blockworks, Morgan Chittum
- * CNBC, Jabari Young
- * Reuters, Rory Carroll
- * The Block, Yogita Khatri

CONFIDENTIAL

**Social Coverage Highlights:**

- *   @Front office sports: The Dallas Mavericks have signed a 5-year partnership with Voyager Digital. It is the team's first international deal and first with a crypto brokerage. Mark Cuban and the Mavs are giving away free bitcoin for fans who sign up for Voyager in the first days of the partnership.
- *   @BloombergTech: The offer is part of a five-year partnership with Voyager Digital
- *   @Forbes Sports Money: Dallas Mavericks announce five-year partnership with cryptocurrency brokerage Voyager Digital
- *   @Cryptopolitan: Mavs fan shoots way to 100k BTC prize in Voyager Digital's promo
- *   @Cointelegraph:  Nothing but net in this latest mashup between a major sports team and a crypto company. [Link to Cointelegraph story]
- *   @thestreetCrypto:  .@mcuban's @dallasmavs have partnered with the @investvoyager #crypto brokerage with the goal of making #crypto more accessible to fans. [Link to CoinTelegraph story]
- *   @darrenrovell (Sports Business Reporter & Senior Executive Producer @ Action Network HQ): Pro and college  sponsorship execs loving the rise of crypto. Every day a new deal. @dallasmavs today announce a five-year deal with crypto  platform @investvoyager.
- *   @TheKobeBeef (Reporter @ Forbes Sports): The **Dallas Mavericks** make their partnership with cryptocurrency brokerage **Voyager** Digital official
- *   @Quicktake: Mark Cuban's Dallas **Mavericks** announced a 5-year partnership with **Voyager** Digital Wednesday, offering free Bitcoin for fans that sign up in the first 48 hours

CONFIDENTIAL

MAVSCUBAN00013294