# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CV-22538-ALTMAN/REID**

DOMINIK KARNAS, *et al.*,

       Plaintiffs,

v.

MARK CUBAN, *et al.*,

       Defendants.

_____/

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY CASE
AS TO SETTLING DEFENDANT LANDON CASSILL**

This CAUSE came before the Court on the Joint Motion to Stay Case as to Settling Defendant Landon Cassill (ECF No. ) ("Joint Motion"), filed by Plaintiffs and Settling Defendant, Landon Cassill (the "Settling Parties").

The Court has reviewed the Joint Motion and hereby **ORDERS AND ADJUDGES** that the Joint Motion is **GRANTED** as follows:

1. This action is **STAYED** as to Settling Defendant, Landon Cassill.

2. By April 5, 2024, if other Defendants have settled, Plaintiffs' Counsel shall submit a Status Report, with a proposed schedule for filing of a Motion for Preliminary Approval which will include the pending Settlement with Defendant Cassill.

3. If no other Defendant has settled by April 5, 2024, Plaintiffs' Counsel shall move for preliminary approval of the pending Settlement with Mr. Cassill.

DONE AND ORDERED in Miami, Florida this _____ day of October, 2023.

                                                  _____

                                                  ROY K. ALTMAN

                                                  UNITED STATES DISTRICT JUDGE