IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1:22-cv-22538 (Altman/Reid)

PIERCE ROBERTSON, *et al.,*

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

### [PROPOSED] ORDER ON DEFENDANTS' REQUEST FOR A HEARING ON DEFENDANTS' OMNIBUS MOTION TO DISMISS

**THIS CAUSE** came before the Court upon Defendants MARK CUBAN and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS, ROBERT GRONKOWSKI, and VICTOR OLADIPO'S Request for a Hearing on Defendants' Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint, and the Court being otherwise fully informed in the premises, it is

**ORDERED AND ADJUDGED** that said Request is hereby GRANTED, and that a hearing on Defendants' Motion to Dismiss will be held on a date certain set by this Court.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this ____ day of October 2023.

                                                                                              _____
                                                                                              THE HONORABLE ROY K. ALTMAN
                                                                                              District Court Judge

Copies furnished to all counsel/parties of record.

Copies furnished to all counsel/parties of record.