UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CV-22538-ALTMAN/Reid

Dominik Karnas, *et al.,* on behalf of themselves and
all others similarly situated,

    *Plaintiffs,*

v.

Mark Cuban, Dallas Basketball Limited, d/b/a
Dallas Mavericks, Robert Gronkowski, Victor
Oladipo, and Landon Cassill,

    *Defendants.*
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Alexis Buese of Bradley Arant Boult Cummings LLP hereby appears as counsel of record for Defendants Robert Gronkowski and Landon Cassill and requests that copies of all papers in this action also be served on the undersigned at the designated e-mail addresses listed herein.

DATED:  November 6, 2023

        Respectfully submitted,

        */s/ Alexis Buese*
        Alexis Buese
        Florida Bar No. 1028599
        BRADLEY ARANT BOULT CUMMINGS LLP
        100 North Tampa Street, Suite 2200
        Tampa, Florida  33602
        Tel: (813) 559-5511 | Fax: (813) 229-5946
        Primary Email:  abuese@bradley.com
        Secondary Email:  syazbek@bradley.com
        *Attorneys for Defendants Robert Gronkowski and Landon Cassill*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2023, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

>   */s/ Alexis Buese*
>   *Attorneys for Defendants Robert Gronkowski and Landon Cassill*

4858-2989-0421.1