UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 22-CV-22538-ALTMAN/REID

Dominik Karnas, et al., on behalf of themselves and
all others similarly situated,

   Plaintiffs,

v.

Mark Cuban, *et al.*,

   Defendants.

_____/

### PLAINTIFFS' *AGREED* MOTION FOR BRIEFING SCHEDULE AND FOR RECIPROCAL EXTENSION OF PAGE LIMITS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS [ECF NO. 189]

  Plaintiffs respectfully move the Court for an order: (1) granting Plaintiffs a reciprocal 35-page extension for their Opposition to Defendants' Omnibus Motion to Dismiss; and (2) setting a briefing schedule on the motion to dismiss giving Plaintiffs until November 17, 2023 to file their Opposition and giving Defendants until December 6, 2023 to file their Reply. Defendants have agreed to the relief requested in this motion.

  1. On October 13, 2023, Defendants moved for a page limit extension to file their motion to dismiss the Second Amended Complaint to 35 pages, with leave to file 12-page individual supplemental responses. [ECF No. 184]. Defendants noted Plaintiffs would request a reciprocal page extension of 35 pages for their Opposition, but opposed the request for individual supplemental briefs. *Id.*, 4–5.

  2. On October 16, 2023, the Court granted Defendants' request in part, giving them 35 pages for their Omnibus Motion to Dismiss and denying leave to file individual supplemental responses. [ECF No. 185].

  3. On October 27, 2023, Defendants filed their Omnibus Motion to Dismiss. [ECF No. 189].

  4. The Parties previously conferred and agreed to a briefing schedule giving Plaintiffs a one-week extension to November 17, 2023, to file their Opposition to the Omnibus Motion to Dismiss. *See* [ECF No. 190] at 8 (November 17th in Plaintiffs' proposed schedule) and 9 (November 17th in Defendants' proposed schedule).

5. While the Parties previously discussed giving Defendants an extra week for their Reply, to December 1, 2023, Defendants later asked for an additional 5 days to December 6, 2023, given the Thanksgiving holiday. *See* [ECF No. 190] at 8 (December 1st in Plaintiffs' proposed schedule) and 10 (December 6th in Defendants' proposed schedule).

6. Plaintiffs do not object to December 6th for Defendants to file their Reply.

7. This motion is brought in good faith and not for purposes of delay.

8. Plaintiffs have conferred with Defendants, who agree to the relief requested in this motion.

## CONCLUSION

Plaintiffs respectfully request an order (1) granting Plaintiffs a reciprocal 35-page extension for their Opposition to Defendants' Omnibus Motion to Dismiss; and (2) setting a briefing schedule on the motion to dismiss giving Plaintiffs until November 17, 2023 to file their Opposition and giving Defendants until December 6, 2023 to file their Reply. A proposed Order is attached as **Exhibit A**.

## S.D. FLA. L.R. 7.1 CERTIFICATION

Counsel for the Movants made reasonable efforts to confer with all parties who may be affected by the relief sought in the motion in a good faith effort to resolve it, and report that Defendants agree to the requested relief.

Dated: November 8, 2023                                  Respectfully submitted,

| | |
|---|---|
| **By: /s/ Adam M. Moskowitz** | **By: /s/ David Boies** |
| Adam M. Moskowitz | David Boies |
| Florida Bar No. 984280 | (admitted *pro hac vice*) |
| adam@moskowitz-law.com | Alexander Boies |
| Joseph M. Kaye | (admitted *pro hac vice*) |
| Florida Bar No. 117520 | Brooke Alexander |
| joseph@moskowitz-law.com | (admitted *pro hac vice*) |
| Barbara C. Lewis | **BOIES SCHILLER FLEXNER LLP** |
| barbara@moskowitz-law.com | 333 Main Street |
| Florida Bar No. 118114 | Armonk, NY 10504 |
| **THE MOSKOWITZ LAW FIRM, PLLC** | Phone: (914) 749–8200 |
| 2 Alhambra Plaza, Suite 601 | dboies@bsfllp.com |
| Coral Gables, FL 33134 | aboies@bsfllp.com |
| Telephone: (305) 740-1423 | balexander@bsfllp.com |

*Co-Counsel for Plaintiffs and the Class*

| | |
|---|---|
| Jose M. Ferrer | Stephen Neal Zack |
| Florida Bar No. 173746 | Florida Bar No. 145215 |
| Desiree Fernandez | Tyler Ulrich |
| Florida Bar No. 119518 | Florida Bar No. 94705 |
| **MARK MIGDAL HAYDEN LLP** | **BOIES SCHILLER FLEXNER LLP** |
| 8 SW 8th Street, Suite 1999 | 100 SE 2nd St., Suite 2800 |
| Miami, FL 33130 | Miami, FL 33131 |
| Office: 305-374-0440 | Office: 305-539-8400 |
| jose@markmigdal.com | Fax: 305-539-1307 |
| desiree@markmigdal.com | szack@bsfllp.com |
| | tulrich@bsfllp.com |

*Co-Counsel for Plaintiffs and the Class*

*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on November 8, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ
Florida Bar No. 984280