# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 22-CV-22538-ALTMAN/REID

Dominik Karnas, et al., on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

Mark Cuban, *et al.*,

    Defendants.

_____/

**ORDER GRANTING
PLAINTIFFS'** *AGREED* **MOTION FOR BRIEFING SCHEDULE AND FOR
RECIPROCAL EXTENSION OF PAGE LIMITS TO RESPOND TO DEFENDANTS'
MOTION TO DISMISS [ECF NO. 189]**

THIS CAUSE came before the Court on Plaintiffs' Agreed Motion for Briefing Schedule and for Reciprocal Extension of Page Limits to Respond to Defendants' Motion to Dismiss [ECF No. 189] (the "Motion to Dismiss"), (ECF No. 191) (the "Motion"). This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**.
2. Plaintiffs may file an Opposition to Defendants' Motion to Dismiss of no more than 35 pages.
3. Plaintiffs shall file their Opposition to Defendants' Motion to Dismiss on or before November 17, 2023.
4. Defendants shall file their Reply in support of their Motion to Dismiss on or before December 6, 2023.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of November, 2023.

                                            _____
                                            HONORABLE ROY K. ALTMAN
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record