UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/Reid

**PIERCE ROBERTSON,** *et al.*,

    *Plaintiffs*,

*v.*

**MARK CUBAN,** *et al.*,

    *Defendants*.

_____/

**ORDER SETTING BRIEFING SCHEDULE**

The parties filed a Joint Agreed Motion for Briefing Schedule and Reciprocal Extension of Page Limits [ECF No. 193]. After careful review, the Motion is **GRANTED**. Accordingly, we hereby **ORDER AND ADJUDGE** as follows:

1. The Plaintiffs shall file their Opposition to the Defendants' Motion to Dismiss [ECF No. 189] by **November 17, 2023**. Their Opposition may not exceed **35 pages**.

2. The Defendants shall file their Reply by **December 6, 2023**.

**DONE AND ORDERED** in the Southern District of Florida on November 8, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**