IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-22538-ALTMAN/REID

PIERCE ROBERTSON, *et al.*,

        Plaintiffs,

v.

MARK CUBAN, *et al.*,

        Defendants.

_____/

**DEFENDANTS' UNOPPOSED JOINT MOTION FOR LEAVE TO ENLARGE THE PAGE LIMIT GOVERNING DEFENDANTS' OMNIBUS REPLY IN FURTHER SUPPORT OF THEIR RULE 12(b) MOTION AND IN RESPONSE TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

Defendants MARK CUBAN and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS, ROBERT GRONKOWSKI, and VICTOR OLADIPO, ("Defendants"), move for an enlargement of 5 pages to the 10-page limit governing their Reply in further support of Defendants' Omnibus Motion to Dismiss the Second Amended Complaint and Incorporated Memorandum of Law (ECF No. 189, "Omnibus MTD"). In other words, Defendants move for permission to file **a Joint Reply of no more than 15 pages**. Plaintiffs do not oppose the requested relief. As grounds therefor, Defendants state as follows:

    1.    This Court previously granted Defendants' request to file a 35-page Memorandum in support of the Omnibus MTD (ECF No. 185), and Plaintiffs' unopposed motion for a reciprocal 15-page enlargement of the page limit for their Response (ECF No. 194). Plaintiffs filed a 35-page opposition to the Omnibus MTD (ECF No. 195).

2.       The Omnibus MTD asserts that dismissal is required, as the Second Amended Complaint ("SAC") suffers from numerous legal and procedural defects. The Omnibus MTD addresses all of the fatal jurisdictional and substantive flaws associated with Plaintiffs' SAC, the latter of which requires analysis of eleven disparate state consumer fraud or deceptive trade practices statutes and eleven different state securities statutes, as well as the case law interpreting these statutes.

3.       The complexity of the legal arguments associated with the jurisdictional and various other grounds under Rule 12(b) for dismissal, as well as the sheer multitude of allegations, complex issues, and claims asserted under the laws of eleven different jurisdictions in Plaintiffs' SAC warrant the requested enlargement of the page limit. *See Vorsteg v. U.S.*, No. 11–61160, 2011 WL 5169353, at *2 (S.D. Fla. Nov. 1, 2011) ("enlarging the number of allowed pages from 20 to 30"); *see also Saginaw Chippewa Indian Tribe of Michigan v. Granholm*, No. 05–10296, 2010 WL 2231907, at *1 (E.D. Mich. June 3, 2010) (preemptively extending page limits for dispositive motions where they were "likely to involve complex issues and analysis"); *Frederick v. Federal-Mogul, Inc.*, No. 06-11549-BC, 2008 WL 4372635, at *3 (E.D. Mich. 2008) (granting request for permission to file a 34-page brief in support of motion to dismiss because the facts and "legal complexity of the issues may justify extending the page limits").

4.       This Motion is filed in good faith and not for any dilatory purpose, and Plaintiffs do not oppose this request.

5.       For these reasons, Defendants respectfully request this Honorable Court to enter an order enlarging the limit for Defendants' Joint Reply in further support of the Omnibus MTD by 5 pages, *i.e.*, for a single Reply of up to a total of 15 pages.

Dated: November 28, 2023

Respectfully submitted,

**Counsel for Defendant Victor Oladipo:**

*/s/ Jonathan S. Feldman*
JONATHAN S. FELDMAN, ESQ.
Florida Bar. No. 12682
Primary Email: feldman@katiephang.com

**PHANG & FELDMAN, PA**
One Biscayne Tower, Suite 1600
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 614-1223
Fax: (305) 614-1187

*-and-*

KEVIN A. FRITZ, ESQ.
*Pro Hac Vice*
Email:  kaf@msf-law.com

**MEISTER SEELING & FEIN PLLC**
125 Park Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 655-3500

**Counsel for Defendant Robert Gronkowski:**

*/s/ R. Craig Mayfield*
R. CRAIG MAYFIELD, ESQ.
Fla. Bar No. 429643
Email:  cmayfield@babc.com
Email:  cmayfield@bradley.com

ALEXIS BUESE, ESQ.
Florida Bar No. 1028599
Email:  abuese@bradley.com

**BRADLEY ARANT BOULT CUMMINGS LLP**
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5525
Fax: (813) 229-5946

**Counsel for Defendants Mark Cuban and Dallas Basketball Limited d/b/a Dallas Mavericks:**

*/s/ Christopher E. Knight*
CHRISTOPHER E. KNIGHT, ESQ.
Fla. Bar No. 607363
Email: cknight@fowler-white.com

ESTHER E. GALICIA, ESQ.
Fla. Bar No. 510459
Email: egalicia@fowler-white.com

ALEXANDRA L. TIFFORD, ESQ.
Fla. Bar No. 0178624
Email: atifford@fowler-white.com

**FOWLER WHITE BURNETT, P.A.**
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:     (305) 789-9200
Facsimile:      (305) 789-9201

*-and-*

PAUL C. HUCK, JR., ESQ.
Fla. Bar No. 0968358
Email: paul@lawsonhuckgonzalez.com

**LAWSON HUCK GONZALEZ, PLLC**
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: (850) 825-4334

*-and-*

Case No. 22-CV-22538-ALTMAN/REID

STEPHEN A. BEST, ESQ.
*Pro Hac Vice*
Email:  sbest@brownrudnick.com

RACHEL O. WOLKINSON, ESQ.
*Pro Hac Vice*
Email:  rwolkinson@brownrudnick.com

**BROWN RUDNICK LLP**
601 Thirteenth Street NW Suite 600
Washington, DC 20005
Telephone (202) 536-1755

*-and-*

SIGMUND WISSNER-GROSS, ESQ.
*Pro Hac Vice*
Email:  swissner-gross@brownrudnick.com

JESSICA N. MEYERS, ESQ.
*Pro Hac Vice*
Email:  jmeyers@brownrudnick.com

**BROWN RUDNICK LLP**
Seven Times Square
New York, NY  11036
Telephone:  (212) 209-4930

## LOCAL RULE 7.1(a)(3) CERTIFICATION

I HEREBY CERTIFY that undersigned counsel have conferred via email and on a November 27, 2023 Zoom call with all parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues raised in the Motion and Plaintiffs do not oppose the requested relief.

Case No. 22-CV-22538-ALTMAN/REID

Respectfully submitted,


*/s/ Christopher E. Knight*
CHRISTOPHER E. KNIGHT, ESQ.
Fla. Bar No. 607363
Email: cknight@fowler-white.com

ESTHER E. GALICIA, ESQ.
Fla. Bar No. 510459
Email: egalicia@fowler-white.com


ALEXANDRA L. TIFFORD, ESQ.
Fla. Bar No. 0178624
Email: atifford@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:     (305) 789-9201

*-and-*

PAUL C. HUCK, JR., ESQ.
Fla. Bar No. 0968358
Email: paul@lawsonhuckgonzalez.com

LAWSON HUCK GONZALEZ PLLC
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: (305) 441-2299
Telecopier: (305) 441-8849

*-and-*

Case No. 22-CV-22538-ALTMAN/REID

STEPHEN A. BEST, ESQ.
*Pro Hac Vice*
Email:  sbest@brownrudnick.com

RACHEL O. WOLKINSON, ESQ.
*Pro Hac Vice*
Email:  rwolkinson@brownrudnick.com

BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
Telephone (202) 536-1755

*-and-*

SIGMUND WISSNER-GROSS, ESQ.
*Pro Hac Vice*
Email:  swissner-gross@brownrudnick.com

JESSICA N. MEYERS, ESQ.
*Pro Hac Vice*
Email:  jmeyers@brownrudnick.com

BROWN RUDNICK LLP
Seven Times Square
New York, NY  11036
Telephone:  (212) 209-4930

*-and-*

THOMAS M. MELSHEIMER, ESQ.
*Pro Hac Vice*
Email:  tmelsheimer@winston.com

SCOTT C. THOMAS, ESQ.
*Pro Hac Vice*
Email:  scthomas@winston.com

WINSTON & STRAWN LLP
2121 N. Pearl St., Suite 900
Dallas, TX   75201
Telephone:  (214) 453-6500

/s/ Jonathan S. Feldman
JONATHAN S. FELDMAN, ESQ.
Florida Bar. No. 12682
Primary Email: feldman@katiephang.com

**PHANG & FELDMAN, PA**
One Biscayne Tower, Suite 1600
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 614-1223
Fax: (305) 614-1187

-and-

KEVIN A. FRITZ, ESQ.
*Pro Hac Vice*
Email:  kaf@msf-law.com

**MEISTER SEELING & FEIN PLLC**
125 Park Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 655-3500

*Counsel for Defendant Victor Oladipo*

/s/ R. Craig Mayfield
R. CRAIG MAYFIELD, ESQ.
Fla. Bar No. 429643
Email:  cmayfield@babc.com
Email:  cmayfield@bradley.com

ALEXIS BUESE, ESQ.
Florida Bar No. 1028599
Email:  abuese@bradley.com

**BRADLEY ARANT BOULT CUMMINGS LLP**
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5525
Fax: (813) 229-5946

*Counsel for Defendant Robert Gronkowski*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 28, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I ALSO CERTIFY that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Christopher E. Knight*
CHRISTOPHER E. KNIGHT, ESQ.
Fla. Bar No. 607363

**SERVICE LIST**

Adam M. Moskowitz, Esq.
Joseph M. Kaye, Esq.
Barbara C. Lewis, Esq.
Howard M. Bushman, Esq.
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, Florida 33134
Email: adam@moskowitz-law.com
Email: joseph@moskowitz-law.com
Email: barbara@moskowitz-law.com
Email: howard@moskowitz-law.com

*Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

David Boies, Esq.
*Pro Hac Vice*
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
Email: dboies@bsfllp.com

*Co-Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

Jonathan Samuel Feldman, Esq.
Phang & Feldman, P.A.
One Biscayne Tower, Suite 1600
2 South Biscayne Boulevard
Miami, FL 33131
Email: feldman@katiephang.com

*Co-Counsel for Defendant Victor Oladipo*

**VIA CM/ECF**

Stephen Neal Zack, Esq.
Hon. Ursula Ungaro (Retired), Esq.
Tyler E. Ulrich, Esq.
Boies Schiller Flexner LLP
100 S.E. 2nd St., Suite 2800
Miami, FL 33131
Email: szack@bsfllp.com
Email: uungaro@bsfllp.com
Email: tulrich@bsfllp.com

*Co-Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

Jose M. Ferrer, Esq.
Mark Migdal & Hayden
80 S.W. 8th Street, Suite 1999
Miami, FL 33130
Email: jose@markmigdal.com

*Co-Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

Kevin A. Fritz, Esq.
Meister Seelig & Fein, LLP
125 Park Avenue, 7th Floor
New York, NY 10017-5627
Email: kaf@msf-law.com

*Co-Counsel for Defendant Victor Oladipo*

**VIA CM/ECF**

Case No. 22-CV-22538-ALTMAN/REID

R. Craig Mayfield, Esq.
Alexis Buese, Esq.
Bradley Arant Boult Cummings
100 North Tampa Street, Suite 2200
Tampa, FL  33602
Email:  cmayfield@babc.com
Email:  cmayfield@bradley.com
Email:  abuese@bradley.com

*Counsel for Defendants Landon Cassill and Robert Gronkowski*

**VIA CM/ECF**

Christopher C. Lam, Esq.
Bradley Arant Boult Cummins LLP
Truist Center
214 North Tryon Street, Suite 3700
Charlotte, NC  28202
Email:  clam@bradley.com

*Counsel for Defendants Landon Cassill and Robert Gronkowski*

**VIA CM/ECF**

Charles E. Elder, Esq.
Bradley Arant Boult Cummins LLP
1600 Division Street, Suite 700
Nashville, TN  37203
Email:  celder@bradley.com

*Counsel for Defendants Landon Cassill and Robert Gronkowski*

**VIA CM/ECF**