IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1:22-cv-22538 (Altman/Reid)

PIERCE ROBERTSON, *et al.,*

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.
_____/

**ORDER ON DEFENDANTS' UNOPPOSED JOINT MOTION FOR LEAVE TO ENLARGE THE PAGE LIMIT GOVERNING DEFENDANTS' OMNIBUS REPLY IN FURTHER SUPPORT OF THEIR RULE 12(b) MOTION AND IN RESPONSE TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

**THIS CAUSE** came before the Court upon Defendants' Unopposed Motion for Leave to Enlarge the Page Limit Governing Defendants' Omnibus Reply in Further Support of their Rule 12(B) Motion and in Response to Plaintiffs' Second Amended Class Action Complaint.

It is **ORDERED AND ADJUDGED** that said Motion is hereby GRANTED as follows:

1.     Defendants may file a Joint Omnibus Reply in further support of their Motion to Dismiss of no more than 15 pages.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this _____ day of November 2023.

                                                                  _____
                                                                   THE HONORABLE ROY K. ALTMAN
                                                                   United States District Court Judge

Copies furnished to all counsel/parties of record.