UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CV-22538-ALTMAN/Reid

Dominik Karnas, *et al.*, on behalf of themselves and
all others similarly situated,

    *Plaintiffs,*

v.

Mark Cuban, Dallas Basketball Limited, d/b/a
Dallas Mavericks, Robert Gronkowski, Victor
Oladipo, and Landon Cassill,

    *Defendants.*
_____/

## JOINT NOTICE OF SELECTION OF MEDIATOR

    In accordance with the Court's Order of Referral to Mediation [ECF No. 192], Plaintiffs and Defendants MARK CUBAN, DALLAS BAKETBALL LIMITED d/b/a DALLAS MAVERICKS, ROBERT GRONKOWSKI, and VICTOR OLADIPO (collectively, the "Parties"), have agreed to select Howard Tescher, Esq., to mediate this action on May 14-15, 2024, at 10:00 a.m. in person at 100 SE 2nd St., Suite 2800, Miami, FL 33131 and/or by Zoom. A proposed Order accompanies this Notice as **Exhibit A**.

| | |
|---|---|
| Dated: November 28, 2023 | Respectfully submitted, |
| Counsel for Defendants Mark Cuban and Dallas Mavericks Limited d/b/a Dallas Mavericks: | Counsel for Plaintiffs: |
| **By: */s/ Christopher E. Knight*** | **By: */s/ Adam M. Moskowitz*** |
| CHRISTOPHER E. KNIGHT, ESQ. | ADAM M. MOSKOWITZ |
| Florida Bar No. 607363 | Florida Bar No. 984280 |
| Email: cknight@fowler-white.com | Email: adam@moskowitz-law.com |
| ESTHER E. GALICIA, ESQ. | JOSEPH M. KAYE |
| Florida Bar No. 510459 | Florida Bar No. 117520 |
| Email: egalicia@fowler-white.com | Email: joseph@moskowitz-law.com |
| ALEXANDRA L. TIFFORD, ESQ. | BARBARA C. LEWIS |
| Florida Bar No. 0178624 | Florida Bar No. 118114 |
| Email: atifford@fowler-white.com | Email: barbara@moskowitz-law.com |
| **FOWLER WHITE BURNETT, P.A.** | **THE MOSKOWITZ LAW FIRM, PLLC** |

| | |
|---|---|
| Brickell Arch, Fourteenth Floor<br>1395 Brickell Avenue<br>Miami, Florida 33131<br>Telephone: (305) 789-9200<br>Facsimile: (305) 789-9201 | 2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134<br>Telephone: (305) 740-1423 |

PAUL C. HUCK, JR., ESQ.
Fla. Bar No. 0968358
Email: paul@thehucklawfirm.com
**THE HUCK LAW FIRM**
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: (305) 441-2299

STEPHEN A. BEST, ESQ.
*Pro Hac Vice*
Email: sbest@brownrudnick.com
RACHEL O. WOLKINSON, ESQ.
*Pro Hac Vice*
Email: rwolkinson@brownrudnick.com
**BROWN RUDNICK LLP**
601 Thirteenth Street NW Suite 600
Washington, DC 20005
Telephone (202) 536-1755

SIGMUND WISSNER-GROSS, ESQ.
*Pro Hac Vice*
Email: swissner-gross@brownrudnick.com
JESSICA N. MEYERS, ESQ.
*Pro Hac Vice*
Email: jmeyers@brownrudnick.com
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 11036
Telephone: (212) 209-4930

DAVID BOIES
*Pro Hac Vice*
Email: dboies@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Telephone: (914) 749–8200

STEPHEN NEAL ZACK
Florida Bar No. 145215
Email: szack@bsfllp.com
TYLER ULRICH
Florida Bar No. 94705
Email: tulrich@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400

Counsel for Defendant Victor Oladipo:

**By: */s/ Jonathan S. Feldman***
Jonathan S. Feldman, Esq.
Florida Bar. No. 12682
Email: feldman@katiephang.com
**PHANG FELDMAN**
One Biscayne Tower, Suite 1600

Counsel for Defendants Robert Gronkowski and Landon Cassill:

**By: */s/ R. Craig Mayfield***
R. Craig Mayfield
Florida Bar No. 429643
cmayfield@bradley.com
ALEXIS BUESE, ESQ.

2

| | |
|---|---|
| 2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 614-1223<br>Facsimile: (305) 614-1187<br><br>Kevin A. Fritz, Esq.,<br>*Pro Hac Vice*<br>Email: kaf@msf-law.com<br>**MEISTER SEELING & FEIN PLLC**<br>125 Park Avenue, 7th Floor<br>New York, New York 10017 | Florida Bar No. 1028599<br>Email: abuese@bradley.com<br><br>**BRADLEY ARANT BOULT CUMMINGS LLP**<br>100 North Tampa Street, Suite 2200<br>Tampa, Florida 33602<br>Telephone: (813) 559-5500<br>Facsimile: (813) 229-5946<br><br>Charles E. Elder<br>*Pro Hac Vice*<br>celder@bradley.com<br>**BRADLEY ARANT BOULT CUMMINGS LLP**<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>Telephone: (615) 252-3597<br><br>Christopher C. Lam<br>*Pro Hac Vice*<br>clam@bradley.com<br>**BRADLEY ARANT BOULT CUMMINGS LLP**<br>Truist Center<br>214 North Tryon Street, Suite 3700<br>Charlotte, NC 28202-1078<br>Telephone: (704) 338-6099 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed November 28, 2023 through the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280