# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 22-CV-22538-ALTMAN/Reid**

Dominik Karnas, *et al.*, on behalf of themselves and
all others similarly situated,

    *Plaintiffs,*

v.

Mark Cuban, Dallas Basketball Limited, d/b/a Dallas
Mavericks, Robert Gronkowski, Victor Oladipo, and
Landon Cassill,

    *Defendants.*
_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Howard Tescher, Esq. on May 14-15, 2024, at 10:00 a.m. in person at 100 SE 2nd St., Suite 2800, Miami, FL 33131 and/or by Zoom.

**DONE AND ORDERED** at Miami, Florida, on this _____ day of _____ 2023.

                                                                        Roy K. Altman
                                                                        United States District Judge

*Copies furnished to all Counsel of Record via CM/ECF*