UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/Reid

**PIERCE ROBERTSON,** *et al.*,

    *Plaintiffs*,

*v.*

**MARK CUBAN,** *et al.*,

    *Defendants*.

_____/

**ORDER SCHEDULING MEDIATION**

The parties have filed a Joint Notice of Mediator Selection [ECF No. 197]. Mediation in this case shall be held before Howard Tescher on **May 14-15, 2024**, at **10:00 AM** at 100 SE 2nd St., Suite 2800, Miami, FL 33131, or by Zoom.

Within **three days** of the mediation, the parties shall file a joint mediation report. The report shall indicate whether the case has settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse. Failure to comply with this Order may result in sanctions, including dismissal without prejudice and without further notice.

**DONE AND ORDERED** in the Southern District of Florida on November 29, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record