UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CV-22538-ALTMAN/Reid

DOMINIK KARNAS, et al.,

    *Plaintiffs,*

v.

MARK CUBAN, et al.,

    *Defendants.*

_____/

**NOTICE OF FILING IN SUPPORT OF [ECF NO. 195] PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' OMNIBUS MOTION [ECF NO. 189] TO DISMISS THE SECOND AMENDED COMPLAINT**

In support of their Opposition to Defendants' Omnibus Motion to Dismiss the Second Amended Complaint, [ECF No. 195], Plaintiffs give notice of filing the following document:

1. Exhibit A: Press Release published by the Federal Trade Commission on October 12, 2023, announcing a settlement with the Voyager Entities.

2. Exhibit B: Complaint filed by the FTC against the Voyager Entities and their Founder and CEO, Stephen Ehrlich, styled *Federal Trade Commission v. Voyager Digital LLC et al*, which includes FTC findings and allegations relevant to this action. *See, e.g., id.*, para. 18-19

3. Exhibit C: The Plan Administrator's *Ex-Parte* Motion for Entry of an Order Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 Authorizing and Directing Subpoena for the Production of Documents by the Examination of, (I) Dallas Basketball Limited d/b/a Dallas Mavericks and (II) Mark Cuban filed on DATE, in *In re: Voyager Digital Holdings, Inc., et al.,* Case No. 22-10943 (MEW), ECF No. 1621, United States Bankruptcy Court Southern District of New York.

Dated: December 11, 2023.        Respectfully submitted,

By: /s/ Adam M. Moskowitz
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
Barbara C. Lewis
Florida Bar No. 118114
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Miami, FL 33133
**Mailing Address:**
P.O. Box 653409
Miami, FL 33175
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
barbara@moskowitz-law.com

*Co-Counsel for Plaintiffs and the Class*

By: /s/ Jose M. Ferrer
Jose M. Ferrer
Florida Bar No. 173746
Desiree Fernandez
Florida Bar No. 119518
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
Office: 305-374-0440
jose@markmigdal.com
desiree@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*

By: /s/ David Boies
David Boies
(Admitted Pro Hac Vice)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

By: /s/ Stephen Neal Zack
Stephen Neal Zack
Florida Bar No. 145215
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2023, a true and correct copy of the foregoing via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: /s/ *Adam Moskowitz*
Adam M. Moskowitz