**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 22-CV-22538-ALTMAN/Reid**

Dominik Karnas, *et al.,*

     *Plaintiffs,*

v.

Mark Cuban, *et al.*,

     *Defendants.*

_____/

### COUNSEL FOR DEFENDANTS ROBERT GRONKOWSKI AND LANDON CASSILL'S NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 11.1(g), R. Craig Mayfield, counsel for Defendants Robert Gronkowski and Landon Cassill, hereby advises the Court and all Counsel of a change to his mailing address (remaining contact information has not changed).  The new mailing address is as follows:

Bradley Arant Boult Cummings LLP
1001 Water Street, Suite 1000
Tampa, FL 33602

DATED:  February 7, 2024       Respectfully submitted,

          */s/ R. Craig Mayfield*
          R. Craig Mayfield
          Florida Bar No. 429643
          BRADLEY ARANT BOULT CUMMINGS LLP
          1001 Water Street, Suite 1000
          Tampa, Florida  33602
          Tel:  (813) 559-5500 | Fax:  (813) 229-5946
          Primary Email:  cmayfield@bradley.com
          Secondary Email:  tabennett@bradley.com
          *Attorneys for Defendants Robert Gronkowski and Landon Cassill*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 7, 2024, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

*/s/ R. Craig Mayfield*
*Attorneys for Defendants Robert Gronkowski and Landon Cassill*

4863-4087-6451.1