UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CV-22538-ALTMAN/Reid

Dominik Karnas, *et al.,*

    Plaintiffs,

v.

Mark Cuban, *et al*.,

    Defendants,

_____/

**COUNSEL FOR DEFENDANTS ROBERT GRONKOWSKI
AND LANDON CASSILL'S NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Rule 11.1(g), Alexis Buese, counsel for Defendants Robert Gronkowski and Landon Cassill, hereby advises the Court and all Counsel of a change to her mailing address (remaining contact information has not changed). The new mailing address is as follows:

Bradley Arant Boult Cummings LLP
1001 Water Street, Suite 1000
Tampa, FL 33602

DATED: February 7, 2024                    Respectfully submitted,

                                              */s/ Alexis Buese*
                                              Alexis Buese (Fla. Bar No. 95777)
                                              BRADLEY ARANT BOULT CUMMINGS LLP
                                              1001 Water Street, Suite 1000
                                              Tampa, FL 33602
                                              Telephone: (813) 559-5500
                                              Fax: (813) 229-5946
                                              Primary Email: abuese@bradley.com
                                              Secondary Email: syazbek@bradley.com
                                              *Attorneys for Defendants Robert Gronkowski and Landon Cassill*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2024, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

*/s/ Alexis Buese*
Attorneys for Defendants Robert Gronkowski and Landon Cassill