UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-cv-22538-ALTMAN/Reid**

**PIERCE ROBERTSON**, *et al.*,

    *Plaintiffs*,

*v.*

**MARK CUBAN**, *et al.*,

    *Defendants.*

_____/

## ORDER FOLLOWING STATUS CONFERENCE

For the reasons stated on the record at the hearing on February 13, 2024, *see* Paperless Minute Entry [ECF No. 210], we hereby **ORDER and ADJUDGE** as follows:

1. The Plaintiffs and Defendant Landon Cassill shall file a joint status report telling us whether they've settled the case by **February 16, 2024**.

2. The Plaintiffs and Defendants Mark Cuban and Dallas Basketball Ltd. shall file a joint status report telling us whether they've settled the case by **February 16, 2024**.

3. The parties are directed to prepare and file a revised joint scheduling report, as required by S.D. Fla. L.R. 16.1(b)(2), by **February 23, 2024**. This report shall propose deadlines for exchanging expert summaries (as to class certification), exchanging expert rebuttals (as to class certification), closing class discovery, and filing class-certification motions. The report must also propose amended deadlines for all forthcoming events on the operative Amended Scheduling Order, *see* Amnd. Scheduling Order [ECF No. 193] at 2, including trial.

4. The Clerk is **DIRECTED** to change the style of this action to *Dominik Karnas et al. v. Mark Cuban et al.* All pleadings filed after this date shall bear that style.

**DONE AND ORDERED** in the Southern District of Florida on February 13, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record