UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CV-22538-ALTMAN/Reid

Dominik Karnas, *et al.*, on behalf of themselves and
all others similarly situated,

    *Plaintiffs,*

v.

Mark Cuban, Dallas Basketball Limited, d/b/a
Dallas Mavericks, Robert Gronkowski, Victor
Oladipo, and Landon Cassill,

    *Defendants.*

_____/

## JOINT STATUS REPORT

In accordance with the Court's Order Following Status Conference on January 13, 2024 [ECF No. 211], Mr. Boies and Mr. Best discussed a possible settlement of the Class's claims against Mr. Cuban and the Dallas Mavericks, including a demand from Plaintiffs', Defendants' response, and related negotiations. No resolution was reached, and the parties remain far apart, but the parties agreed to advance the date of the planned mediation to a date in late March or April. The parties will report back to the Court when they have agreed on a mediator and a date for the mediation is set.

Dated: February 16, 2024            Respectfully submitted,

| Counsel for Defendants Mark Cuban and Dallas Mavericks Limited d/b/a Dallas Mavericks: | Counsel for Plaintiffs: |
|---|---|
| **By:** */s/ Stephen A. Best* <br> STEPHEN A. BEST, ESQ. <br> *Pro Hac Vice* <br> Email: sbest@brownrudnick.com <br> RACHEL O. WOLKINSON, ESQ. <br> *Pro Hac Vice* <br> Email: rwolkinson@brownrudnick.com <br> **BROWN RUDNICK LLP** <br> 601 Thirteenth Street NW Suite 600 <br> Washington, DC 20005 | **By:** */s/ Adam M. Moskowitz* <br> ADAM M. MOSKOWITZ <br> Florida Bar No. 984280 <br> Email: adam@moskowitz-law.com <br> JOSEPH M. KAYE <br> Florida Bar No. 117520 <br> Email: joseph@moskowitz-law.com <br> BARBARA C. LEWIS <br> Florida Bar No. 118114 <br> Email: barbara@moskowitz-law.com |

1

Telephone (202) 536-1755

CHRISTOPHER E. KNIGHT, ESQ.
Florida Bar No. 607363
Email: cknight@fowler-white.com
ESTHER E. GALICIA, ESQ.
Florida Bar No. 510459
Email: egalicia@fowler-white.com
ALEXANDRA L. TIFFORD, ESQ.
Florida Bar No. 0178624
Email: atifford@fowler-white.com
**FOWLER WHITE BURNETT, P.A.**
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

PAUL C. HUCK, JR., ESQ.
Fla. Bar No. 0968358
Email: paul@thehucklawfirm.com
**THE HUCK LAW FIRM**
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: (305) 441-2299

SIGMUND WISSNER-GROSS, ESQ.
*Pro Hac Vice*
Email: swissner-gross@brownrudnick.com
JESSICA N. MEYERS, ESQ.
*Pro Hac Vice*
Email: jmeyers@brownrudnick.com
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 11036
Telephone: (212) 209-4930

**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Telephone: (305) 740-1423

DAVID BOIES
*Pro Hac Vice*
Email: dboies@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Telephone: (914) 749–8200

STEPHEN NEAL ZACK
Florida Bar No. 145215
Email: szack@bsfllp.com
TYLER ULRICH
Florida Bar No. 94705
Email: tulrich@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed February 15, 2024 through the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: /s/ *Adam M. Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280