UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 22-CV-22538-ALTMAN/Reid**

Dominik Karnas, *et al.*, on behalf of themselves and
all others similarly situated,

    *Plaintiffs,*

v.

Mark Cuban, Dallas Basketball Limited, d/b/a
Dallas Mavericks, Robert Gronkowski, Victor
Oladipo, and Landon Cassill,

    *Defendants.*
_____/

## JOINT STATUS REPORT

    In accordance with the Court's Order Following Status Conference on January 13, 2024 [ECF No. 211], Mr. Moskowitz and Mr. Feldman conferred in good faith regarding a possible settlement of the Class's claims against Victor Oladipo. Although no resolution has been reached, the parties intend to engage in additional discussions the week of February 18, 2024 regarding potential settlement and will file an updated status report with the Court by no later than February 23, 2024.

Dated: February 16, 2024                      Respectfully submitted,

Counsel for Defendant Victor Oladipo:      Counsel for Plaintiffs:

**By:** */s/ Jonathan S. Feldman*             **By:** */s/ Adam M. Moskowitz*
Jonathan S. Feldman, Esq.                 ADAM M. MOSKOWITZ
Florida Bar. No. 12682                      Florida Bar No. 984280
Email: feldman@katiephang.com         Email: adam@moskowitz-law.com
**PHANG FELDMAN**                          JOSEPH M. KAYE
One Biscayne Tower, Suite 1600          Florida Bar No. 117520
2 South Biscayne Boulevard             Email: joseph@moskowitz-law.com
Miami, Florida 33131                       BARBARA C. LEWIS
Telephone: (305) 614-1223              Florida Bar No. 118114
Facsimile: (305) 614-1187               Email: barbara@moskowitz-law.com
                                         **THE MOSKOWITZ LAW FIRM, PLLC**
Kevin A. Fritz, Esq.,                       Continental Plaza
Pro Hac Vice                              3250 Mary Street, Suite 202
Email: kaf@msf-law.com                 Coconut Grove, FL 33133

| | |
|---|---|
| **MEISTER SEELING & FEIN PLLC**<br>125 Park Avenue, 7th Floor<br>New York, New York 10017 | Telephone: (305) 740-1423<br><br>DAVID BOIES<br>*Pro Hac Vice*<br>Email: dboies@bsfllp.com<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street<br>Armonk, NY 10504<br>Telephone: (914) 749–8200<br><br>STEPHEN NEAL ZACK<br>Florida Bar No. 145215<br>Email: szack@bsfllp.com<br>TYLER ULRICH<br>Florida Bar No. 94705<br>Email: tulrich@bsfllp.com<br>**BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd St., Suite 2800<br>Miami, FL 33131<br>Telephone: (305) 539-8400 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed February 16, 2024 through the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
   Adam M. Moskowitz
   Florida Bar No. 984280