UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CV-22538-ALTMAN/Reid

Dominik Karnas, *et al.*, on behalf of themselves and
all others similarly situated,

    *Plaintiffs,*

v.

Mark Cuban, Dallas Basketball Limited, d/b/a
Dallas Mavericks, Robert Gronkowski, Victor
Oladipo, and Landon Cassill,

    *Defendants.*
_____/

**JOINT STATUS REPORT**

In accordance with the Court's Order Following Status Conference on February 13, 2024 [ECF No. 211], and as announced at the February 13th Status Conference, Mr. Moskowitz and Mr. Mayfield conferred in good faith and have reached a settlement in principle of the Class's claims against Robert Gronkowski. The parties are in the process of finalizing terms on the settlement that will allow the parties to move to stay the proceedings as to Mr. Gronkowski within the next ten days. This resolution will now mean that claims against both Mr. Gronkowski and Mr. Cassill can both have the same status as stayed pending final approval of a class action settlement.

Dated: February 16, 2024                     Respectfully submitted,

| Counsel for Defendants Robert Gronkowski and Landon Cassill: | Counsel for Plaintiffs: |
|---|---|
| **By:** */s/ R. Craig Mayfield* | **By:** */s/ Adam M. Moskowitz* |
| R. Craig Mayfield | ADAM M. MOSKOWITZ |
| Florida Bar No. 429643 | Florida Bar No. 984280 |
| cmayfield@bradley.com | Email: adam@moskowitz-law.com |
| ALEXIS BUESE, ESQ. | JOSEPH M. KAYE |
| Florida Bar No. 1028599 | Florida Bar No. 117520 |
| Email: abuese@bradley.com | Email: joseph@moskowitz-law.com |
| **BRADLEY ARANT BOULT CUMMINGS LLP** | BARBARA C. LEWIS |
| | Florida Bar No. 118114 |

1

| | |
|---|---|
| 100 North Tampa Street, Suite 2200<br>Tampa, Florida 33602<br>Telephone: (813) 559-5500<br>Facsimile: (813) 229-5946<br><br>Charles E. Elder<br>Pro Hac Vice<br>celder@bradley.com<br>**BRADLEY ARANT BOULT**<br>**CUMMINGS LLP**<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>Telephone: (615) 252-3597<br><br>Christopher C. Lam<br>Pro Hac Vice<br>clam@bradley.com<br>**BRADLEY ARANT BOULT**<br>**CUMMINGS LLP**<br>Truist Center<br>214 North Tryon Street, Suite 3700<br>Charlotte, NC 28202-1078<br>Telephone: (704) 338-6099 | Email: barbara@moskowitz-law.com<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Telephone: (305) 740-1423<br><br>DAVID BOIES<br>*Pro Hac Vice*<br>Email: dboies@bsfllp.com<br>**BOIES SCHILLER FLEXNER LLP**<br>333 Main Street<br>Armonk, NY 10504<br>Telephone: (914) 749–8200<br><br>STEPHEN NEAL ZACK<br>Florida Bar No. 145215<br>Email: szack@bsfllp.com<br>TYLER ULRICH<br>Florida Bar No. 94705<br>Email: tulrich@bsfllp.com<br>**BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd St., Suite 2800<br>Miami, FL 33131<br>Telephone: (305) 539-8400 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed February 16, 2024 through the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
    Adam M. Moskowitz
    Florida Bar No. 984280