UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case No.: 22-CV-22538-ALTMAN/Reid**

Dominik Karnas, *et al.*, on behalf of themselves and
all others similarly situated,

      Plaintiffs,

v.

Mark Cuban, Dallas Basketball Limited, d/b/a
Dallas Mavericks, Robert Gronkowski, Victor
Oladipo, and Landon Cassill,

      Defendants.
_____/

**PLAINTIFFS' NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

      Plaintiffs, in accordance with Rule 3.8 of the Local Rules of the United States District Court for the Southern District of Florida, respectfully give notice of the following related actions pending in this District, and that Plaintiffs have moved in these related actions to have them transferred to this Court's docket:

1. *Dominik Karnas, et al. v Matthew Barkley, et al.*, No. 1:24-cv-20535 (Martinez, J.)
2. *Dominik Karnas, et al. v Ketchum, Inc.*, No. 1:24-cv-20534 (Gayles, J.)

Dated: February 23, 2024             Respectfully submitted,

**By:** */s/ Adam M. Moskowitz*           **By:** */s/ David Boies*
Adam M. Moskowitz                          David Boies
Florida Bar No. 984280                     (Admitted Pro Hac Vice)
Joseph M. Kaye                            **BOIES SCHILLER FLEXNER LLP**
Florida Bar No. 117520                     333 Main Street
Barbara C. Lewis                           Armonk, NY 10504
Florida Bar No. 118114                     Phone: (914) 749–8200
**THE MOSKOWITZ LAW FIRM, PLLC**    dboies@bsfllp.com
Continental Plaza
3250 Mary Street, Suite 202              **By:** */s/ Stephen Neal Zack*
Miami, FL 33133                           Stephen Neal Zack
**Mailing Address:**                           Florida Bar No. 145215
P.O. Box 653409                            Tyler Ulrich
Miami, FL 33175                           Florida Bar No. 94705

| | |
|---|---|
| Office: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>barbara@moskowitz-law.com | **BOIES SCHILLER FLEXNER LLP**<br>100 SE 2nd St., Suite 2800<br>Miami, FL 33131<br>Office: 305-539-8400<br>szack@bsfllp.com<br>tulrich@bsfllp.com |
| *Co-Counsel for Plaintiffs and the Class* | |
| | *Co-Counsel for Plaintiffs and the Class* |
| Jose M. Ferrer<br>Florida Bar No. 173746<br>Desiree Fernandez<br>Florida Bar No. 119518<br>MARK MIGDAL HAYDEN LLP<br>8 SW 8th Street, Suite 1999<br>Miami, FL 33130<br>Office: 305-374-0440<br>jose@markmigdal.com<br>desiree@markmigdal.com | |
| *Co-Counsel for Plaintiffs and the Class* | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on February 23, 2024, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ
Florida Bar No. 984280