UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/Reid

**DOMINIK KARNAS**, *et al.*,

    *Plaintiffs*,

v.

**MARK CUBAN**, *et al.*,

    *Defendants*.

_____/

## AMENDED SCHEDULING ORDER

**THIS MATTER** is set for trial during the Court's two-week trial calendar beginning on **November 4, 2024**. Counsel for all parties shall also appear at a calendar call at **1:45 p.m. on October 29, 2024**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 12-4 at the Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 N. Miami Avenue, Miami, Florida 33128. The parties shall adhere to the following schedule[1]:

    **March 18, 2024**. The Plaintiffs shall file their motion for class certification. The Defendants shall file their response in opposition within **fourteen (14) days** of being served with the motion. The Plaintiffs will then have **seven (7) days** to file their reply. The parties shall file any *Daubert* (or other) challenge to class certification stage expert witnesses. Each party is limited filing one *Daubert* motion. If a party cannot address all evidentiary issues in a 20-page memorandum, it must petition the Court for leave to include additional pages. The parties are reminded that *Daubert* motions must contain the Local Rule 7.1(a)(3) certification.

    **June 11, 2024**.  The parties shall exchange expert witness summaries or reports regarding the merits.

    **June 25, 2024**.  The parties shall exchange rebuttal expert witness summaries or reports.

    **July 9, 2024**.  All discovery, including expert discovery, shall be completed.

---

[1] The prior Scheduling Order [ECF No. 192] shall remain in effect as to all deadlines and rules not addressed in this Order. This Order does not affect our Order Scheduling Mediation [ECF No. 199] for May 14–15, 2024.

**July 31, 2024**. The parties shall file all pre-trial motions, including motions for summary judgment, *Daubert* motions, and motions for a bench trial. Each party is limited to filing one *Daubert* motion. If a party cannot address all evidentiary issues in a 20-page memorandum, it must petition the Court for leave to include additional pages. The parties are reminded that *Daubert* motions must contain the Local Rule 7.1(a)(3) certification. **The parties are directed to review the Court's procedure for the filing of summary judgment motions.**

**July 31, 2024**. In accordance with 28 U.S.C. § 636(c)(1), the parties may consent to trial and final disposition by Magistrate Judge Reid by this date.

**September 30, 2024**. The parties shall file any motions *in limine* (other than *Daubert* motions). Each party is limited to filing one motion *in limine*, which may not, without leave of Court, exceed the page limits allowed by the Rules. **The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.**

**October 21, 2024**. The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable.

**DONE AND ORDERED** in the Southern District of ~~Florida on~~ February 26, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record