UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 22-CV-22538-ALTMAN/Reid

Dominik Karnas, *et al.*, on behalf of themselves and
all others similarly situated,

      Plaintiffs,

v.

Mark Cuban, Dallas Basketball Limited, d/b/a
Dallas Mavericks, Robert Gronkowski, Victor
Oladipo, and Landon Cassill,

      Defendants.

_____/

**PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT
OF [ECF NO. 194] PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS'
OMNIBUS MOTION [ECF NO. 189] TO DISMISS THE SECOND AMENDED
COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

      Plaintiffs submit, as supplemental authority in support of their Response in Opposition [ECF No. 194] to Defendants' Omnibus Motion to Dismiss the Second Amended Complaint [ECF No. 189], a recent order from the District Court for the Western District of Washington in *Securities and Exchange Commission v. Ishan Wahi, et al.,* No. 2:22-cv-01009-TL, ECF No. 119 (W.D. Wash. March 1, 2024), attached as **Exhibit A**.[1]

Dated: March 5, 2024                Respectfully submitted,

By: */s/ Adam M. Moskowitz*           By: */s/ David Boies*
Adam M. Moskowitz                  David Boies
Florida Bar No. 984280              (Admitted Pro Hac Vice)
Joseph M. Kaye                     **BOIES SCHILLER FLEXNER LLP**
Florida Bar No. 117520              333 Main Street
Barbara C. Lewis                    Armonk, NY 10504
Florida Bar No. 118114              Phone: (914) 749–8200
**THE MOSKOWITZ LAW FIRM, PLLC**   dboies@bsfllp.com
Continental Plaza
3250 Mary Street, Suite 202
Miami, FL 33133

---

[1] *See also* https://www.coindesk.com/policy/2024/03/04/us-judge-enters-default-ruling-against-ex-coinbase-insider-says-secondary-market-sales-are-securities-transactions/ (published March 4, 2024).

**Mailing Address:**
P.O. Box 653409
Miami, FL 33175
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
barbara@moskowitz-law.com

*Co-Counsel for Plaintiffs and the Class*

Jose M. Ferrer
Florida Bar No. 173746
Desiree Fernandez
Florida Bar No. 119518
MARK MIGDAL HAYDEN LLP
8 SW 8th Street, Suite 1999
Miami, FL 33130
Office: 305-374-0440
jose@markmigdal.com
desiree@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*

Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the forgoing was filed on March 5, 2024, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

    By: */s/ Adam M. Moskowitz*
        ADAM M. MOSKOWITZ
        Florida Bar No. 984280