**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 22-CV-22538-ALTMAN/REID**

DOMINIK KARNAS, *et al.*,

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____

**MOTION FOR ORDER AUTHORIZING *PRO HAC VICE* ATTORNEY JESSICA N. MEYERS TO WITHDRAW AS COUNSEL OF RECORD *AND* GRANTING REQUEST FOR REMOVAL FROM ALL SERVICE LISTS**

Pursuant to Local Rule 11.1(d)(3)(A), the undersigned Lead Local Counsel Christopher E. Knight and JESSICA N. MEYERS, ESQ. (hereinafter "Ms. Meyers"), admitted and appearing *Pro Hac Vice*, respectfully move this Court for the entry of an Order authorizing Ms. Meyers to withdraw as counsel of record for Defendants MARK CUBAN and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS. The other counsel of record from the firm of Brown Rudnick LLP, as well as counsel of record from Fowler White Burnett, P.A., and Lawson Huck Gonzalez, PLLC will remain as counsel for those Defendants in this action. Undersigned confirms that the notices required by Local Rule 11.1(d)(3)(A) have been provided.

The undersigned and Ms. Meyers also respectfully request the entry of an Order directing the Clerk of Court to remove Ms. Meyers from the Court's service list <u>and</u> from the list of recipients registered to receive electronic notifications in this case.

The withdrawal of Ms. Meyers will not cause any delay in this action because the above-mentioned Defendants will continue to be represented by all other counsel of record for those Defendants.

WHEREFORE, undersigned Lead Local Counsel Christopher E. Knight and JESSICA N. MEYERS, ESQ., respectfully request that the Court enter an Order allowing JESSICA N. MEYERS, ESQ., to withdraw as counsel of record for the above-referenced Defendants, and directing the Clerk of Court to remove her from the Court's service list in this action and the list of recipients registered to receive electronic notifications in this case.

DATED: March 8, 2024

Respectfully submitted,

*/s/ Christopher E. Knight*
CHRISTOPHER E. KNIGHT, ESQ.
Fla. Bar No. 607363
Email: cknight@fowler-white.com

ESTHER E. GALICIA, ESQ.
Fla. Bar No. 510459
Email: egalicia@fowler-white.com

ALEXANDRA L. TIFFORD, ESQ.
Fla. Bar No. 0178624
Email: atifford@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201

*-and-*

PAUL C. HUCK, JR., ESQ.
Fla. Bar No. 0968358
Email: paul@lawsonhuckgonzalez.com

LAWSON HUCK GONZALEZ, PLLC
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: (850) 825-4334

*-and-*

STEPHEN A. BEST, ESQ.
*Pro Hac Vice*
Email: sbest@brownrudnick.com

RACHEL O. WOLKINSON, ESQ.
*Pro Hac Vice*
Email: rwolkinson@brownrudnick.com

BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
Telephone (202) 536-1755

Case No. 22-CV-22538-ALTMAN/REID

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 8, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I ALSO CERTIFY that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Christopher E. Knight*
CHRISTOPHER E. KNIGHT, ESQ.
Fla. Bar No. 607363
Email: cknight@fowler-white.com

## SERVICE LIST

Adam M. Moskowitz, Esq.
Joseph M. Kaye, Esq.
Barbara C. Lewis, Esq.
Howard M. Bushman, Esq.
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, Florida 33134
Email: adam@moskowitz-law.com
Email: joseph@moskowitz-law.com
Email: barbara@moskowitz-law.com
Email: howard@moskowitz-law.com

*Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

David Boies, Esq.
*Pro Hac Vice*
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY  10504
Email:  dboies@bsfllp.com

*Co-Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

Jonathan Samuel Feldman, Esq.
Phang & Feldman, P.A.
One Biscayne Tower, Suite 1600
2 South Biscayne Boulevard
Miami, FL  33131
Email:  feldman@katiephang.com

*Co-Counsel for Defendant Victor Oladipo*

**VIA CM/ECF**

Stephen Neal Zack, Esq.
Hon. Ursula Ungaro (Retired), Esq.
Tyler E. Ulrich, Esq.
Boies Schiller Flexner LLP
100 S.E. 2nd St., Suite 2800
Miami, FL 33131
Email: szack@bsfllp.com
Email: uungaro@bsfllp.com
Email:  tulrich@bsfllp.com

*Co-Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

Jose M. Ferrer, Esq.
Mark Migdal & Hayden
80 S.W. 8th Street, Suite 1999
Miami, FL  33130
Email:  jose@markmigdal.com

*Co-Counsel for Plaintiffs and the Proposed Classes*

**VIA CM/ECF**

Kevin A. Fritz, Esq.
Meister Seelig & Fein, LLP
125 Park Avenue, 7th Floor
New York, NY  10017-5627
Email:  kaf@msf-law.com

*Co-Counsel for Defendant Victor Oladipo*

**VIA CM/ECF**

R. Craig Mayfield, Esq.
Alexis Buese, Esq.
Bradley Arant Boult Cummings
1001 Water Street, Suite 1000
Tampa, FL  33602
Email:  cmayfield@babc.com
cmayfield@bradley.com
Email:  abuese@bradley.com

*Counsel for Defendants Landon Cassill and Robert Gronkowski*

**VIA CM/ECF**

Christopher C. Lam, Esq.
Bradley Arant Boult Cummins LLP
Truist Center
214 North Tryon Street, Suite 3700
Charlotte, NC  28202
Email:  clam@bradley.com

*Counsel for Defendants Landon Cassill and Robert Gronkowski*

**VIA CM/ECF**

Charles E. Elder, Esq.
Bradley Arant Boult Cummins LLP
1600 Division Street, Suite 700
Nashville, TN  37203
Email:  celder@bradley.com

*Counsel for Defendants Landon Cassill and Robert Gronkowski*

**VIA CM/ECF**