IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CV-22538-ALTMAN/REID

DOMINIK KARNAS, *et al.*,

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

**ORDER AUTHORIZING *PRO HAC VICE* ATTORNEY JESSICA N. MEYERS TO WITHDRAW AS COUNSEL OF RECORD *AND* GRANTING REQUEST FOR REMOVAL FROM ALL SERVICE LISTS**

**THIS CAUSE** came before the Court upon the filing of the *Motion For Order Authorizing Pro Hac Vice Attorney Jessica N. Meyers To Withdraw As Counsel Of Record And Granting Request For Removal From All Service Lists* ("the "Motion").  The Court, having reviewed the Motion, and having found good cause exists to grant the relief requested therein, it is hereby **ORDERED AND ADJUDGED**, as follows:

    1.  The Motion [D.E. \_\_] is ***GRANTED***.

    2.  JESSICA N. MEYERS, ESQ., is thus withdrawn and no longer counsel of record for Defendants, MARK CUBAN and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS.

    3.  The Clerk of Court is directed to remove JESSICA N. MEYERS, ESQ., from all service lists in this case.

4. The other counsel of record from the firm of Brown Rudnick LLP, as well as counsel of record from the firms of Fowler White Burnett, P.A., and Lawson Huck Gonzalez PLLC remain as counsel for the above-referenced Defendants in this action.

DONE AND ORDERED in Chambers in Miami, Florida on this ___ day of ____, 2024.

_____
**HONORABLE ROY K. ALTMAN**
**United States District Court Judge**

*Copies furnished to:*

All Counsel of Record