# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-22538-ALTMAN/REID

DOMINIK KARNAS, *et al.*,

       Plaintiffs,

v.

MARK CUBAN, *et al.*,

       Defendants.
_____/

### [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY CASE AS TO SETTLING DEFENDANTS VICTOR OLADIPO AND ROBERT GRONKOWSKI

This CAUSE came before the Court on the Joint Motion to Stay Case as to Settling Defendant Victor Oladipo (ECF No. ) ("Joint Motion"), filed by Plaintiffs and Settling Defendants, Victor Oladipo and Robert Gronkowski (the "Settling Parties").

The Court has reviewed the Joint Motion and hereby **ORDERS AND ADJUDGES** that the Joint Motion is **GRANTED** as follows:

1. This action is **STAYED** as to Settling Defendants, Victor Oladipo and Robert Gronkowski.

2. By May 3, 2024, if other Defendants have settled, Plaintiffs' Counsel shall submit a Status Report, with a proposed schedule for filing of a Motion for Preliminary Approval which will include the pending Settlements with Defendants Cassill, Gronkowski, and Oladipo.

3. If no other Defendant has settled by May 3, 2024, Plaintiffs' Counsel shall move for preliminary approval of the pending Settlements with Defendants Cassill, Gronkowski, and Oladipo.

DONE AND ORDERED in Miami, Florida this _____ day of March, 2024.

                                                                               _____
                                                                               HONORABLE ROY K. ALTMAN
                                                                               UNITED STATES DISTRICT JUDGE