UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 22-CV-22538-ALTMAN/Reid

Dominik Karnas, *et al.*, on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

Mark Cuban, *et al.*,

    Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF DAMECO GATES
WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice of dismissal of Plaintiff Dameco Gates, without prejudice.

Dated: March 15, 2024                            Respectfully submitted,

| **By:** */s/ Adam M. Moskowitz* | **By:** */s/ David Boies* |
|---|---|
| Adam M. Moskowitz | David Boies |
| Florida Bar No. 984280 | (Admitted Pro Hac Vice) |
| Joseph M. Kaye | **BOIES SCHILLER FLEXNER LLP** |
| Florida Bar No. 117520 | 333 Main Street |
| Barbara C. Lewis | Armonk, NY 10504 |
| Florida Bar No. 118114 | Phone: (914) 749–8200 |
| **THE MOSKOWITZ LAW FIRM, PLLC** | dboies@bsfllp.com |
| Continental Plaza | |
| 3250 Mary Street, Suite 202 | Stephen Neal Zack |
| Miami, FL 33133 | Florida Bar No. 145215 |
| **Mailing Address:** | Tyler Ulrich |
| P.O. Box 653409 | Florida Bar No. 94705 |
| Miami, FL 33175 | **BOIES SCHILLER FLEXNER LLP** |
| Office: (305) 740-1423 | 100 SE 2nd St., Suite 2800 |
| adam@moskowitz-law.com | Miami, FL 33131 |
| joseph@moskowitz-law.com | Office: 305-539-8400 |
| barbara@moskowitz-law.com | szack@bsfllp.com |
| | tulrich@bsfllp.com |
| *Co-Counsel for Plaintiffs and the Class* | *Co-Counsel for Plaintiffs and the Class* |

Jose M. Ferrer
Florida Bar No. 173746
Desiree Fernandez
Florida Bar No. 119518
MARK MIGDAL HAYDEN LLP
8 SW 8th Street, Suite 1999
Miami, FL 33130
Office: 305-374-0440
jose@markmigdal.com
desiree@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on March 15, 2024, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ
Florida Bar No. 984280