UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/Reid

**DOMINIK KARNAS**, *et al.*,

    *Plaintiffs*,

*v.*

**MARK CUBAN**, *et al.*,

    *Defendants.*

_____/

## ORDER

The parties have filed a Notice of Voluntary Dismissal without Prejudice [ECF No. 232] as to Dameco Gates, one of the Plaintiffs in this case. Accordingly, we hereby **ORDER** that Plaintiff Dameco Gates is **TERMINATED** from the above-styled action.

**DONE AND ORDERED** in the Southern District of Florida on March 18, 2024.

                                            **ROY K. ALTMAN**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record