UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/Reid

**DOMINIK KARNAS**, *et al.*,

    *Plaintiffs*,

*v.*

**MARK CUBAN**, *et al.*,

    *Defendants*.

_____/

## **ORDER**

The parties have filed a Joint Motion to Stay the Case as to Certain Defendants (the "Joint Motion") [ECF No. 226], informing us that the Plaintiffs have settled their claims against Defendants Victor Oladipo and Robert Gronkowski. In their Joint Motion, the parties request that we stay the case as to Oladipo and Gronkowski, and that we modify our previous stay as to Defendant Landon Cassill, *see* Paperless Order Staying Case as to Landon Cassill [ECF No. 176], to allow "for the preliminary settlement approval process to be completed" in an efficient manner, Joint Motion at 2.

A federal district court's "authority to stay an action 'is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.'" *U.S. Liab. Ins. Co. v. Von Kahle*, 2014 WL 12776374, at *1 (S.D. Fla. Mar. 2, 2014) (Lenard, J.) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254–55 (1936)). We agree that a stay as to these Defendants is appropriate to "avoid unnecessary litigation among the settling parties." *Ibid.*

Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The parties' Joint Motion to Stay the Case as to Certain Defendants [ECF No. 226] is **GRANTED**. This action is **STAYED** as to Defendants Victor Oladipo and Robert Gronkowski.

2. By **May 3, 2024**, if any other Defendants have settled, the Plaintiff shall file a status report, proposing a schedule for the filing of a motion for preliminary approval, which will include the pending settlements with Defendants Cassill, Gronkowski, and Oladipo. If no other Defendant has settled by that date, the Plaintiff shall move for preliminary approval of the pending settlements with Defendants Cassill, Gronkowski, and Oladipo.

**DONE AND ORDERED** in the Southern District of Florida on March 18, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record