UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/Reid

**DOMINIK KARNAS**, *et al.*,

    *Plaintiffs*,

*v.*

**MARK CUBAN**, *et al.*,

    *Defendants.*

_____/

**OMNIBUS ORDER**

    Sigmund S. Wissner-Gross and Jessica N. Meyers, both of whom represent Defendants Mark Cuban and Dallas Basketball Limited, have each filed a motion for leave to withdraw as counsel. *See* Motion to Withdraw as to Sigmund S. Wissner-Gross [ECF No. 223]; Motion to Withdraw as to Jessica N. Meyers [ECF No. 224]. Being fully advised, the Court hereby **ORDERS** as follows:

1. The Motion to Withdraw as to Sigmund S. Wissner-Gross [ECF No. 223] is **GRANTED**. Mr. Wissner-Gross is deemed withdrawn as counsel of record for Defendants Mark Cuban and Dallas Basketball Limited and is relieved of further responsibility in this case.

2. The Motion to Withdraw as to Jessica N. Meyers [ECF No. 224] is **GRANTED**. Ms. Meyers is deemed withdrawn as counsel of record for Defendants Mark Cuban and Dallas Basketball Limited and is relieved of further responsibility in this case.

3. The Clerk is directed to remove Mr. Wissner-Gross and Ms. Meyers from the CM/ECF service list of this case.

**DONE AND ORDERED** in the Southern District of Florida on March 18, 2024.

                                                **ROY K. ALTMAN**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record