UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 22-cv-22538-ALTMAN/REID

DOMINIK KARNAS, *et al.*,

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

**[PROPOSED] ORDER ON DEFENDANTS' EXPEDITED MOTION TO MODIFY SCHEDULING ORDER TO EXTEND CLASS CERTIFICATION BRIEFING DEADLINES AND TO ENLARGE THE PAGE LIMIT GOVERNING DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**THIS CAUSE** came before the Court on Defendants Mark Cuban's and Dallas Basketball Limited d/b/a Dallas Mavericks' (together, "Defendants") Expedited Motion to Modify Scheduling Order to Extend Class Certification Briefing Deadlines and to Enlarge the Page Limit Governing Defendants' Response to Plaintiffs' Motion for Class Certification.

It is **ORDERED** that Defendants' Motion is **GRANTED**. Defendants shall file their Response to Plaintiffs' Motion for Class Certification no later than April 10, 2024, and Plaintiffs shall file their reply in support of their Motion for Class Certification no later than April 17, 2024. In addition, the page limit for Defendants' Response to Plaintiff's Motion for Class Certification shall be enlarged by ten (10) pages to a total of thirty (30) pages.  All other deadlines set forth in ECF No. 221 remain unchanged.

Case No.: 22-cv-22538-ALTMAN/REID

**DONE AND ORDERED** in Miami, Florida this _____ day of March, 2024.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

CC: Counsel of Record