UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/Reid

**DOMINIK KARNAS**, *et al.*,

    *Plaintiffs*,

*v.*

**MARK CUBAN**, *et al.*,

    *Defendants*.

_____/

## **ORDER**

The Defendants, Mark Cuban and the Dallas Mavericks, have filed a Motion for Extension [ECF No. 238], seeking *both* to extend their deadline to respond to the Plaintiffs' Motion for Class Certification [ECF No. 231] *and* to enlarge the page limit for their response, *see* Motion for Extension at 1. Upon careful review of the Defendant's Motion, the record, and the governing law, we find good cause to modify our scheduling order. *See* Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."). Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Defendants' Motion for Extension [ECF No. 238] is **GRANTED**. The Defendants shall respond to the Plaintiffs' Motion for Class Certification [ECF No. 231] by **April 10, 2024**. The Defendants' Response shall not exceed **thirty pages**.

2. The Plaintiffs shall file their Reply by **April 17, 2024**. The Plaintiffs' Reply shall not exceed **fifteen pages**.

3. The operative Scheduling Order [ECF No. 221] shall remain in place as to all other deadlines.

**DONE AND ORDERED** in the Southern District of Florida on March 21, 2023.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

2