**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 22-CV-22538-ALTMAN/REID**

DOMINIK KARNAS, *et al.*,

        Plaintiffs,

v.

MARK CUBAN, *et al.*,

        Defendants.

_____ /

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Jonathan D. White, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the Motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED.  Jonathan D. White may appear and participate in this action on behalf of Defendants Mark Cuban and Dallas Mavericks Limited d/b/a Dallas Mavericks.  The Clerk shall provide electronic notification of all electronic filings to Jonathan D. White, at jwhite@brownrudnick.com.

    DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida, this \_\_\_\_ day of March, 2024.

                                                             United States District Judge

Copies furnished to: All Counsel of Record