**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 22-CV-22538-ALTMAN/REID**

DOMINIK KARNAS, *et al*.,

                Plaintiffs,

v.

MARK CUBAN, *et al*.,

                Defendants.

_____ /

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Daniel L. Sachs of the law firm of Brown Rudnick LLP, 601 Thirteenth Street NW Suite 600, Washington, DC 20005; Telephone: 202-536-1796, for purposes of appearance as co-counsel on behalf of Defendants Mark Cuban and Dallas Mavericks Limited d/b/a Dallas Mavericks, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Daniel L. Sachs to receive electronic filings in this case, and, in support thereof, states as follows:

1.      Daniel L. Sachs is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bars of the State of New York, the State of California and the District of Colombia.

2.      Movant, Christopher E. Knight, Esquire, of the law firm of Fowler White Burnett, P.A., Brickell Arch., 1395 Brickell Avenue, Miami, Florida,  Telephone: 305-789-9200, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may

1

be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the Local Rules of this Court, Daniel L. Sachs has made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Daniel L. Sachs, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Daniel L. Sachs at email address: dsachs@brownrudnick.com.

WHEREFORE, Christopher E. Knight moves this Court to enter an Order for Daniel L. Sachs, to appear before this Court on behalf of Defendants Mark Cuban and Dallas Mavericks Limited d/b/a Dallas Mavericks, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Daniel L. Sachs.

Date: March 22, 2024

Respectfully submitted,

/s/ *Christopher E. Knight*
Christopher E. Knight
Fla. Bar No. 607363
Email: cknight@fowler-white.com

**FOWLER WHITE BURNETT, P.A.**
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

*Attorneys Defendants, Mark Cuban and Dallas Mavericks Limited d/b/a Dallas Mavericks*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via the Court's CM/ECF which will send notification of such filing to all attorneys of record.


/s/ *Christopher E. Knight*
Christopher E. Knight