IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CV-22538-ALTMAN/REID

DOMINIK KARNAS, *et al.*,

        Plaintiffs,

v.

MARK CUBAN, *et al.*,

        Defendants.

_____/

## CERTIFICATION OF DANIEL L. SACHS

Daniel L. Sachs, Esq., pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of Bars of the State of New York, the State of California and the District of Columbia; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                          */s/ Daniel L. Sachs*
                                                          Daniel L. Sachs