UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-22538-ALTMAN/REID

DOMINIK KARNAS, *et al.*, on behalf
of himself and others similarly situated,

     Plaintiffs,

v.

MARK CUBAN, *et al.*,

     Defendants.

_____/

**PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT
OF [ECF NO. 195] PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS'
OMNIBUS MOTION [ECF NO. 189] TO DISMISS THE SECOND AMENDED
COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

Plaintiffs submit, as supplemental authority in support of their Response in Opposition [ECF No. 195] to Defendants' Omnibus Motion to Dismiss the Second Amended Complaint [ECF No. 189], and in follow up on Plaintiffs' Notices of Filing Supplemental Authority filed in this action on March 14, 2024, [ECF No. 230], and March 21, 2024 [ECF No. 242], a recent order denying defendants' motion for judgment on the pleadings by the Honorable Katherine Polk Failla of the Southern District of New York in *SEC v. Coinbase, Inc., et. al.*, 23 Civ. 4738 (KPF), ECF No. 105 (S.D.N.Y. Mar. 27, 2024) (the "Coinbase Order"), where the Securities and Exchange Commission brought claims against Coinbase, Inc., and Coinbase Global, Inc. (together the "Coinbase Defendants"), for serving as an "unregistered intermediary of securities." Coinbase Order, at 2. The Coinbase Order is attached hereto as **Exhibit A**.

In the Coinbase Order, Judge Failla denied the Coinbase Defendants' motion for judgment on the pleadings with respect to all but one claim, finding "the SEC has sufficiently pleaded that Coinbase operates as an exchange, as a broker, and as a clearing agency under the federal securities laws, and, through its Staking Program, engages in the unregistered offer and sale of securities." *Id.* at 84.[1] Judge Failla also found that the SEC had pleaded "control person liability" for Coinbase

---

[1] Judge Failla only granted the motion as to the SEC's claim that Coinbase acted as an unregistered broker through its "Coinbase Wallet" service. *Id.* at 78, 84.

CASE NO.: *22-cv-22538-ALTMAN/REID*

Global. *Id.*

Dated:  March 27, 2024                                    Respectfully submitted,


**By: /s/ Adam M. Moskowitz**                    **By: /s/ David Boies**
Adam M. Moskowitz                                David Boies
Florida Bar No. 984280                           (admitted *pro hac vice*)
adam@moskowitz-law.com                           Alexander Boies
Joseph M. Kaye                                   (admitted *pro hac vice*)
Florida Bar No. 117520                           Brooke Alexander
joseph@moskowitz-law.com                         (admitted *pro hac vice*)
Barbara C. Lewis                                 **BOIES SCHILLER FLEXNER LLP**
barbara@moskowitz-law.com                        333 Main Street
Florida Bar No. 118114                           Armonk, NY 10504
**THE MOSKOWITZ LAW FIRM, PLLC**                 Phone: (914) 749–8200
2 Alhambra Plaza, Suite 601                      dboies@bsfllp.com
Coral Gables, FL 33134                           aboies@bsfllp.com
Telephone: (305) 740-1423                        balexander@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*        Stephen Neal Zack
                                                 Florida Bar No. 145215
                                                 **BOIES SCHILLER FLEXNER LLP**
                                                 100 SE 2nd St., Suite 2800
                                                 Miami, FL 33131
                                                 Office: 305-539-8400
                                                 Fax: 305-539-1307
                                                 szack@bsfllp.com

                                                 *Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on March 27, 2024, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ
Florida Bar No. 984280