UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 22-cv-22538-ALTMAN/REID

DOMINIK KARNAS, *et al*.,

    Plaintiffs,

v.

MARK CUBAN, *et al*.,

    Defendants.

                                                 /

**DEFENDANTS MARK CUBAN'S AND DALLAS MAVERICKS LIMITED d/b/a DALLAS MAVERICKS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY [ECF NO. 242] REGARDING DEFENDANTS' OMNIBUS MOTION TO DISMISS THE SECOND AMENDED COMPLAINT [ECF NO. 189]**

Pursuant to S.D. Fla. Local Rule 7.8, Defendants MARK CUBAN and DALLAS MAVERICKS LIMITED d/b/a DALLAS MAVERICKS respond to Plaintiffs' Notice of Supplemental Authority [ECF No. 242] concerning a recent final judgment (the "Final Judgment") entered by the Honorable Edgardo Ramos of the Southern District of New York in *Securities and Exchange Commission v. Genesis Global Capital, LLC and Gemini Trust Company, LLC*, No. 1:23-cv-00287-ER, ECF No. 56 (S.D.N.Y. March 18, 2024), as follows:

We previously addressed why the non-binding, out-of-circuit motion to dismiss decision in *Genesis* is factually distinguishable from our case. ECF No. 240. Now, Plaintiffs' most recent notice of supplemental authority alerts the Court that defendant Genesis Global Capital, LLC ("Genesis") has settled with the Securities and Exchange Commission ("SEC").

Genesis's decision to settle with the SEC has no bearing on the Court's decision on Defendants' Omnibus Motion to Dismiss the Second Amended Complaint [ECF No. 189]. The first paragraph of the Final Judgment makes clear that Genesis did not admit liability on the facts alleged by the SEC. *See Genesis*, ECF No. 56, at 1 ("Defendant Genesis Global Capital, LLC . . .

consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint[.]"). Simply put, a party's decision to settle a case is entitled to no precedential weight.

Date: March 28, 2024

Respectfully submitted,

*/s/ Christopher E. Knight*
CHRISTOPHER E. KNIGHT, ESQ.
Fla. Bar No. 607363
Email: cknight@fowler-white.com

ESTHER E. GALICIA, ESQ.
Fla. Bar No. 510459
Email: egalicia@fowler-white.com

ALEXANDRA L. TIFFORD, ESQ.
Fla. Bar No. 0178624
Email: atifford@fowler-white.com

**FOWLER WHITE BURNETT, P.A.**
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

*-and-*

PAUL C. HUCK, JR., ESQ.
Fla. Bar No. 0968358
Email: paul@lawsonhuckgonzalez.com

**LAWSON HUCK GONZALEZ, PLLC**
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: (850) 825-4334

*-and-*

STEPHEN A. BEST, ESQ.
*Pro Hac Vice*
Email: sbest@brownrudnick.com

RACHEL O. WOLKINSON, ESQ.
*Pro Hac Vice*
Email: rwolkinson@brownrudnick.com

**BROWN RUDNICK LLP**
601 Thirteenth Street, N.W.
Suite 600
Washington, DC 20005
Telephone:   (202) 536-1737
Facsimile:    (202) 536-1701
*Attorneys for Defendants Mark Cuban and Dallas Mavericks Limited d/b/a Dallas Mavericks*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via the Court's CM/ECF which will send notification of such filing to all attorneys of record.

*/s/ Christopher E. Knight*
CHRISTOPHER E. KNIGHT, ESQ.
Fla. Bar No. 607363
Email: cknight@fowler-white.com
