# EXHIBIT B

```
1                IN THE UNITED STATES DISTRICT COURT

2                   SOUTHERN DISTRICT OF FLORIDA

3                          MIAMI DIVISION

4       -------------------------x

5       DOMINIK KARNAS, et al.,    :

6                    Plaintiffs,  :  Case No.

7           v.                    :  1:22-cv-22538-ALTMAN/REID

8       MARK CUBAN, et al.,        :

9                    Defendants.   :

10      -------------------------x

11

12

13                   Videotaped Deposition of

14                        LEE REINERS

15                     Conducted Virtually

16                   Thursday, March 28, 2024

17                        10:05 a.m. EST

18

19

20

21

22

23      Job No.: 530570

24      Pages: 1 - 136

25      Reported by: Nancy C. Bendish, CCR, RMR, CRR
```

| | | |
|---|---|---|
| 1 | securities laws. | 10:13:21 |
| 2 | My opinion is also that VGX shares | 10:13:22 |
| 3 | many of the characteristics of an investment | 10:13:24 |
| 4 | contract under the securities laws. | 10:13:27 |
| 5 | Q. Okay. Could you describe what you | 10:13:29 |
| 6 | mean by EPAs and VGX. | 10:13:31 |
| 7 | A. Yes. So, the Earn Program | 10:13:35 |
| 8 | Accounts were the interest-bearing accounts that | 10:13:38 |
| 9 | were offered by Voyager, and VGX is the native | 10:13:41 |
| 10 | token, otherwise known as an exchange token, | 10:13:48 |
| 11 | that was issued by Voyager. | 10:13:52 |
| 12 | Q. Okay. We can use those EPA and | 10:13:55 |
| 13 | VGX to refer to those today. | 10:13:59 |
| 14 | What did you do to prepare this | 10:14:01 |
| 15 | report, Exhibit 1? | 10:14:04 |
| 16 | MR. ZACK: Object to the form, if | 10:14:08 |
| 17 | it calls for any conversations between counsel, | 10:14:10 |
| 18 | any discussions between counsel in preparation | 10:14:12 |
| 19 | for the report. | 10:14:15 |
| 20 | Do not relate any conversations | 10:14:21 |
| 21 | you had with counsel, please. | 10:14:23 |
| 22 | Q. Go ahead, Mr. Reiners. | 10:14:25 |
| 23 | A. So, I reviewed the Second Amended | 10:14:28 |
| 24 | Complaint, the defendants' motion to dismiss, | 10:14:32 |
| 25 | the CFTC's complaint, the New Jersey Bureau of | 10:14:38 |

| | | |
|---|---|---|
| 1 | Securities cease and desist order against | 10:14:44 |
| 2 | Voyager, a number of other publically available | 10:14:49 |
| 3 | documents, and I had two prep sessions with my | 10:14:50 |
| 4 | counsel. | 10:14:54 |
| 5 | Q. Okay. Roughly when were you | 10:14:55 |
| 6 | retained in this matter? | 10:14:57 |
| 7 | A. I was asked to write this report | 10:15:03 |
| 8 | sometime at the end of February, I believe. | 10:15:08 |
| 9 | Q. And let the record reflect the | 10:15:15 |
| 10 | report is dated on the front page March 15th, | 10:15:19 |
| 11 | 2024. | 10:15:26 |
| 12 | So, the things that you mentioned | 10:15:27 |
| 13 | as doing to prepare this report, you did that | 10:15:29 |
| 14 | between the end of February and March 15th; is | 10:15:32 |
| 15 | that right? | 10:15:37 |
| 16 | A. Correct. | 10:15:38 |
| 17 | Q. And did you review any of the | 10:15:39 |
| 18 | documents that were produced by either party in | 10:15:41 |
| 19 | this matter? | 10:15:44 |
| 20 | A. Can you be more specific? | 10:15:49 |
| 21 | Q. You mentioned reviewing two | 10:15:50 |
| 22 | complaints, the motion to dismiss, the cease and | 10:15:53 |
| 23 | desist order and other public documents. | 10:16:01 |
| 24 | I'll represent to you that parties | 10:16:03 |
| 25 | in this matter have made productions of | 10:16:05 |

| | | |
|---|---|---|
| 1 | confidential documents pursuant to discovery in | 10:16:07 |
| 2 | this matter.  Did you review any of those | 10:16:11 |
| 3 | documents that were produced by any of the | 10:16:13 |
| 4 | parties? | 10:16:15 |
| 5 | A.    No. | 10:16:16 |
| 6 | MR. ZACK:  I object to the form of | 10:16:17 |
| 7 | the question. | 10:16:18 |
| 8 | A.    No. | 10:16:22 |
| 9 | Q.    Did you decide what documents you | 10:16:23 |
| 10 | wanted to review before preparing your report? | 10:16:27 |
| 11 | A.    Yes. | 10:16:31 |
| 12 | Q.    And how did you go about making | 10:16:32 |
| 13 | that decision? | 10:16:34 |
| 14 | A.    I looked at the documents that I | 10:16:37 |
| 15 | thought were most informative as to the | 10:16:40 |
| 16 | substance of EPAs and VGX, and how they're | 10:16:44 |
| 17 | offered, sold, traded. | 10:16:51 |
| 18 | Q.    And are there any documents that | 10:16:54 |
| 19 | you didn't review that you think are necessary | 10:16:55 |
| 20 | in order to support your report? | 10:16:59 |
| 21 | MR. ZACK:  Object to the form. | 10:17:01 |
| 22 | A.    No. | 10:17:04 |
| 23 | Q.    So is it fair to say you believe | 10:17:05 |
| 24 | you've reviewed adequate documents in order to | 10:17:07 |
| 25 | support the opinion that you've written here? | 10:17:11 |

| | | |
|---|---|---|
| 1 | should be limited to an objection to one person | 10:21:38 |
| 2 | making those objections.  That's my view.  If | 10:21:43 |
| 3 | you want to ask the court, that's fine.  But as | 10:21:46 |
| 4 | far as I'm concerned -- | 10:21:50 |
| 5 | MR. BEST:  Let's see how it goes. | 10:21:53 |
| 6 | MR. ZACK:  It's just a waste of | 10:21:55 |
| 7 | time. | 10:21:56 |
| 8 | MR. BEST:  I agree it's a waste of | 10:21:57 |
| 9 | time, Steve.  Let's see how it goes.  If it | 10:21:59 |
| 10 | disrupts the deposition, if I think it disrupts | 10:22:02 |
| 11 | the deposition, or Dan does, we'll go to the | 10:22:05 |
| 12 | court.  Let's just keep moving on. | 10:22:07 |
| 13 | MR. ZACK:  I'm okay with that. | 10:22:10 |
| 14 | Any time we want to do either thing is fine with | 10:22:12 |
| 15 | us. | 10:22:16 |
| 16 | MR. BEST:  Great.  Sorry, Dan. | 10:22:16 |
| 17 | MR. SACHS:  No worries. | 10:22:19 |
| 18 | BY MR. SACHS: | 10:22:20 |
| 19 | Q.    Mr. Reiners, does your report | 10:22:20 |
| 20 | express an opinion as to whether the EPAs and | 10:22:23 |
| 21 | VGX are investment contracts? | 10:22:26 |
| 22 | A.    My report says that they support | 10:22:31 |
| 23 | the elements of an investment contract, but I do | 10:22:35 |
| 24 | not believe anywhere in the report do I say | 10:22:38 |
| 25 | definitively that they are investment contracts. | 10:22:41 |

```
1    report to be.                                    10:33:36

2              Does your report express an           10:33:37

3    opinion as to what constitutes a successful     10:33:39

4    solicitation under the law?                     10:33:42

5         A.    No.                                  10:33:46

6         Q.    Does your report express an          10:33:47

7    opinion as to who is a statutory defendant under 10:33:49

8    the law?                                         10:33:54

9         A.    No.                                  10:33:55

10        Q.    Does your report express an          10:33:55

11   opinion as to whether defendants were agents who 10:33:56

12   materially aided in the sale of securities under 10:34:00

13   the law?                                         10:34:03

14        A.    No.                                  10:34:04

15        Q.    Does your report express an          10:34:04

16   opinion as to plaintiffs' relationship in this  10:34:06

17   case with the defendants?                       10:34:10

18        A.    No.                                  10:34:13

19        Q.    Does your report express an          10:34:14

20   opinion as to any defenses in this case?        10:34:15

21        A.    Yes.                                 10:34:25

22        Q.    What does your report -- what        10:34:27

23   opinion does your report express as to defenses? 10:34:30

24        A.    I believe in the report, I don't     10:34:35

25   know which section, I reference some of the      10:34:40
```

| | |
|---|---|
| 1 | arguments that the defense made in their motion | 10:34:45 |
| 2 | to dismiss regarding EPAs. | 10:34:48 |
| 3 | Q. Okay. Apart from the arguments in | 10:34:53 |
| 4 | defendants' motion to dismiss, does your report | 10:34:57 |
| 5 | express an opinion as to any other defenses in | 10:35:01 |
| 6 | this matter? | 10:35:04 |
| 7 | MR. ZACK: Object to form. | 10:35:04 |
| 8 | A. No. | 10:35:07 |
| 9 | Q. Does your report express any | 10:35:09 |
| 10 | opinion as to damages in this matter? | 10:35:10 |
| 11 | A. No. | 10:35:13 |
| 12 | Q. Okay. Do you believe that your | 10:35:15 |
| 13 | report expresses an opinion as to the motion for | 10:35:17 |
| 14 | class certification? | 10:35:22 |
| 15 | A. I don't specifically address that | 10:35:32 |
| 16 | motion in my report. | 10:35:34 |
| 17 | Q. Okay. Is it fair to say your | 10:35:39 |
| 18 | report does not express an opinion as to whether | 10:35:41 |
| 19 | the issue of typicality has been met in this | 10:35:44 |
| 20 | case? | 10:35:48 |
| 21 | A. I don't address that issue in my | 10:35:49 |
| 22 | report. | 10:35:51 |
| 23 | Q. Does your report express an | 10:35:52 |
| 24 | opinion as to the issue of predominance under | 10:35:53 |
| 25 | Rule 23(b) in this case? | 10:35:57 |

| | | | |
|---|---|---|---|
| 1 | A. | Not to my knowledge, no. | 10:35:59 |
| 2 | Q. | Does your report express an | 10:36:00 |
| 3 | opinion as to the issue of superiority under | | 10:36:02 |
| 4 | Rule 23(b) in this case? | | 10:36:06 |
| 5 | A. | Not to my knowledge. | 10:36:08 |
| 6 | Q. | Does your report express an | 10:36:09 |
| 7 | opinion as to the issue of commonality under | | 10:36:10 |
| 8 | Rule 23(a) in this case? | | 10:36:13 |
| 9 | A. | Not to my knowledge. | 10:36:15 |
| 10 | Q. | Does your report express an | 10:36:17 |
| 11 | opinion as to the issue of issue certification | | 10:36:19 |
| 12 | in this case? | | 10:36:22 |
| 13 | A. | Not to my knowledge. | 10:36:24 |
| 14 | Q. | Does your report express an | 10:36:25 |
| 15 | opinion as to the issue of choice of law? | | 10:36:27 |
| 16 | A. | No. | 10:36:29 |
| 17 | Q. | Does your report express an | 10:36:30 |
| 18 | opinion as to the issue of the class definition | | 10:36:33 |
| 19 | in this case? | | 10:36:36 |
| 20 | A. | Not to my knowledge, no. | 10:36:38 |
| 21 | Q. | Does your report express an | 10:36:40 |
| 22 | opinion as to the issue of ascertainability in | | 10:36:42 |
| 23 | this case? | | 10:36:45 |
| 24 | A. | Not to my knowledge. | 10:36:46 |
| 25 | Q. | Does your report express an | 10:36:47 |

| | | |
|---|---|---|
| 1 | opinion as to the difference between the federal | 10:36:49 |
| 2 | and state securities laws on the issue of | 10:36:51 |
| 3 | unregistered securities? | 10:36:53 |
| 4 | A.      Not to my knowledge. | 10:36:57 |
| 5 | Q.      Does your report express an | 10:36:59 |
| 6 | opinion as to the tests that are applicable | 10:37:01 |
| 7 | under state law on the issue of unregistered | 10:37:08 |
| 8 | securities? | 10:37:12 |
| 9 | MR. ZACK:  Object to form. | 10:37:14 |
| 10 | A.      I believe at some point in the | 10:37:20 |
| 11 | report I do reference state law, specifically | 10:37:22 |
| 12 | New Jersey state law.  I don't know if that | 10:37:28 |
| 13 | reference would go so far as to constitute an | 10:37:30 |
| 14 | opinion, though. | 10:37:33 |
| 15 | Q.      Okay.  Are you familiar with the | 10:37:34 |
| 16 | definition of an investment contract under state | 10:37:46 |
| 17 | law? | 10:37:50 |
| 18 | MR. ZACK:  Object to form. | 10:37:55 |
| 19 | A.      Well, I'm not going to know -- | 10:37:58 |
| 20 | MR. ZACK:  Any state law? | 10:38:00 |
| 21 | MR. SACHS:  Yes, any state law. | 10:38:02 |
| 22 | A.      In New Jersey my understanding is | 10:38:07 |
| 23 | that the definition resembles the definition as | 10:38:09 |
| 24 | laid out by the Supreme Court in Howey. | 10:38:15 |
| 25 | Q.      And what's the basis for that | 10:38:18 |

| | |
|---|---|
| 1 | A.    In the FTX multi-district | 11:04:04 |
| 2 | litigation I know class cert was granted. | 11:04:09 |
| 3 | Q.    Okay.  Any others you can think | 11:04:12 |
| 4 | of? | 11:04:14 |
| 5 | A.    I believe it was granted in the | 11:04:20 |
| 6 | Harper versus O'Neal case as well, but I'm not | 11:04:21 |
| 7 | 100 percent on that. | 11:04:26 |
| 8 | Q.    Okay.  Anything else? | 11:04:28 |
| 9 | A.    The question was class cert in | 11:04:37 |
| 10 | crypto cases? | 11:04:39 |
| 11 | Q.    That's right. | 11:04:41 |
| 12 | A.    I believe there's a, yes, in the | 11:04:44 |
| 13 | Dapper Labs case, I believe class certification | 11:04:51 |
| 14 | was granted. | 11:04:54 |
| 15 | Q.    Okay. | 11:04:58 |
| 16 | A.    And there might be a Binance case | 11:05:00 |
| 17 | where class certification was granted, but I'm | 11:05:05 |
| 18 | not 100 percent on that. | 11:05:07 |
| 19 | Q.    Does your report in this case | 11:05:09 |
| 20 | refer to or rely on any of those cases that you | 11:05:11 |
| 21 | just mentioned? | 11:05:14 |
| 22 | A.    No. | 11:05:24 |
| 23 | Q.    Just a couple more questions and | 11:05:24 |
| 24 | we'll take a break. | 11:05:26 |
| 25 | Do you believe that you have | 11:05:27 |

| | | |
|---|---|---|
| 1 | MR. ZACK: Was that a question or | 11:24:21 |
| 2 | a statement? | 11:24:22 |
| 3 | A. I have not reviewed that brief. | 11:24:27 |
| 4 | MR. BEST: Why don't you repeat | 11:24:31 |
| 5 | it, Dan, and say have you reviewed that brief, | 11:24:33 |
| 6 | so that it's clear. | 11:24:34 |
| 7 | MR. SACHS: That's what the record | 11:24:34 |
| 8 | says, but I'll repeat it. | 11:24:35 |
| 9 | Q. Have you reviewed the plaintiffs' | 11:24:36 |
| 10 | motion for class certification? | 11:24:39 |
| 11 | A. I believe it was sent to me and I | 11:24:42 |
| 12 | might have opened it and browsed it, but I | 11:24:47 |
| 13 | wouldn't say that I reviewed it. | 11:24:51 |
| 14 | Q. Did you have any role in drafting | 11:24:52 |
| 15 | it? | 11:24:54 |
| 16 | A. No. | 11:24:54 |
| 17 | Q. Do you believe that your report in | 11:24:55 |
| 18 | this matter supports plaintiffs' motion for | 11:24:57 |
| 19 | class certification in this case? | 11:25:01 |
| 20 | MR. ZACK: Objection to form. | 11:25:04 |
| 21 | A. Well, considering that I haven't | 11:25:07 |
| 22 | reviewed it, I'm not in a position to answer | 11:25:08 |
| 23 | affirmatively to that question. | 11:25:13 |
| 24 | Q. Okay. Do you believe that the | 11:25:17 |
| 25 | substance of your expert opinion touches on any | 11:25:19 |

| | | |
|---|---|---|
| 1 | A.    Yes. | 11:44:06 |
| 2 | Q.    Is that a statement of fact or | 11:44:06 |
| 3 | opinion? | 11:44:09 |
| 4 | MR. ZACK:  Objection to form. | 11:44:09 |
| 5 | A.    The first sentence is certainly a | 11:44:21 |
| 6 | statement of fact, assuming that it's correct in | 11:44:23 |
| 7 | the Second Amended Complaint.  And I believe | 11:44:29 |
| 8 | that's also the date that was in the CFTC | 11:44:32 |
| 9 | complaint. | 11:44:35 |
| 10 | I think the use of the word "akin" | 11:44:37 |
| 11 | in the second sentence is more suggestive of an | 11:44:42 |
| 12 | opinion, although I'll note that Voyager also | 11:44:44 |
| 13 | promoted EPAs as being similar to savings | 11:44:47 |
| 14 | accounts but with a higher rate of return. | 11:44:52 |
| 15 | Q.    Okay.  Let's focus on the first | 11:44:56 |
| 16 | sentence then.  What is the source of that fact? | 11:44:58 |
| 17 | A.    I believe I pulled this from the | 11:45:04 |
| 18 | Second Amended Complaint.  It's either that or | 11:45:09 |
| 19 | the CFTC complaint. | 11:45:13 |
| 20 | Q.    So if there are sentences like | 11:45:15 |
| 21 | this one of fact in your report that don't have | 11:45:17 |
| 22 | citations, should we assume that they are coming | 11:45:21 |
| 23 | from the Second Amended Complaint or the CFTC | 11:45:24 |
| 24 | complaint? | 11:45:28 |
| 25 | MR. ZACK:  Objection to form. | 11:45:28 |

```
1            A.      I would not suggest that you          11:45:35

2    should assume that.  But, largely, statement of      11:45:38

3    facts like this would have been informed by what     11:45:45

4    I read in the Second Amended Complaint and CFTC       11:45:47

5    complaint.                                            11:45:50

6            Q.      How is a reader of your report to      11:45:51

7    know the source of the statements of fact that        11:45:54

8    are in there?                                         11:45:57

9                 MR. ZACK:  Objection to form.            11:45:58

10           A.      I don't know.                          11:46:02

11           Q.      I'm sorry, you said I don't know,      11:46:04

12   okay.                                                 11:46:07

13                The second sentence includes,            11:46:08

14   "with Voyager paying interest in the form of the      11:46:14

15   crypto that customers held as principal."             11:46:17

16                Is that second part a statement of       11:46:20

17   fact or opinion?                                      11:46:22

18           A.      Well again, I would say that that      11:46:34

19   sentence was informed by what I read in the CFTC      11:46:35

20   complaint and the Second Amended Complaint.  So,      11:46:39

21   taking those complaints as fact, then this            11:46:42

22   should be read as fact.                               11:46:45

23           Q.      Okay.  And are there other            11:46:47

24   sentences of fact in your report that come from       11:46:51

25   things other than the Second Amended Complaint,       11:46:55
```

| | | |
|---|---|---|
| 1 | the CFTC complaint or the other complaints that | 11:46:57 |
| 2 | you mentioned earlier? | 11:47:02 |
| 3 | MR. ZACK:  I definitely object to | 11:47:03 |
| 4 | the form.  You want him to read the whole report | 11:47:05 |
| 5 | while he answers that question? | 11:47:07 |
| 6 | MR. SACHS:  If he's unable to | 11:47:09 |
| 7 | answer it, we can talk about it.  Let's see what | 11:47:10 |
| 8 | he thinks. | 11:47:13 |
| 9 | A.    Can you repeat the question. | 11:47:15 |
| 10 | MR. SACHS:  Nancy, could you | 11:47:15 |
| 11 | please. | 11:47:31 |
| 12 | (Last question read.) | 11:47:31 |
| 13 | MR. ZACK:  Object to the form | 11:47:34 |
| 14 | without him having the opportunity to read the | 11:47:35 |
| 15 | report. | 11:47:39 |
| 16 | A.    I don't know. | 11:47:40 |
| 17 | Q.    Can you think of any other sources | 11:47:43 |
| 18 | of fact that appear in your report other than | 11:47:46 |
| 19 | the complaints that we've discussed today? | 11:47:50 |
| 20 | MR. ZACK:  Object to the form; | 11:47:53 |
| 21 | asked and answered. | 11:47:55 |
| 22 | A.    I don't know. | 11:48:09 |
| 23 | MR. SACHS:  Could we please pull | 11:48:12 |
| 24 | up exhibit, Tab 2X, I believe, which is the | 11:48:14 |
| 25 | plaintiffs' motion for class certification. | 11:48:23 |

| | | |
|---|---|---|
| 1 | held and/or transferred additional funds to an | 12:06:37 |
| 2 | EPA and/or purchased, repurchased, invested, | 12:06:40 |
| 3 | and/or reinvested in VGX tokens." | 12:06:43 |
| 4 | Do you see that? | 12:06:48 |
| 5 | A.    Yes. | 12:06:48 |
| 6 | Q.    Have you reviewed this proposed | 12:06:48 |
| 7 | class definition before? | 12:06:51 |
| 8 | A.    Again, I browsed it.  I wouldn't | 12:06:58 |
| 9 | go so far as to say I reviewed it. | 12:07:00 |
| 10 | Q.    Are you familiar with the concept | 12:07:05 |
| 11 | of a class definition? | 12:07:07 |
| 12 | A.    Yes. | 12:07:07 |
| 13 | Q.    Just at a high level, what do you | 12:07:08 |
| 14 | understand that to mean? | 12:07:10 |
| 15 | A.    All members of the class would be | 12:07:12 |
| 16 | entitled to any damages. | 12:07:14 |
| 17 | Q.    And this description of the | 12:07:16 |
| 18 | proposed class here, does your report express an | 12:07:19 |
| 19 | opinion that all of them can be treated in a | 12:07:23 |
| 20 | common way as to the question of whether the EPA | 12:07:27 |
| 21 | or VGX that they bought is a security? | 12:07:30 |
| 22 | MR. ZACK:  Object to form. | 12:07:34 |
| 23 | A.    My report doesn't specifically | 12:07:43 |
| 24 | comment on the proposed class, but given my | 12:07:45 |
| 25 | analysis of the VGX token and EPAs, I think you | 12:07:50 |

| | | |
|---|---|---|
| 1 | could infer that this is an appropriate class | 12:07:54 |
| 2 | definition. | 12:07:58 |
| 3 | Q.    Okay, great.  Let's now look back | 12:07:59 |
| 4 | at Exhibit 1, please. | 12:08:04 |
| 5 | And as you recall, the motion for | 12:08:24 |
| 6 | class certification, Exhibit 2, referenced | 12:08:26 |
| 7 | paragraphs 1.02 and 8.06.  Do you remember that | 12:08:29 |
| 8 | discussion, Mr. Reiners? | 12:08:43 |
| 9 | A.    Yes. | 12:08:44 |
| 10 | Q.    I'm now pointing you to paragraph | 12:08:45 |
| 11 | 8.06.  Do you see 8.06 in front of you and can | 12:08:48 |
| 12 | you take a second to read it to yourself. | 12:09:03 |
| 13 | (Witness reviewing document.) | 12:09:07 |
| 14 | A.    Yup. | 12:09:13 |
| 15 | Q.    Is this one of the parts of your | 12:09:14 |
| 16 | report that you were thinking of when you | 12:09:16 |
| 17 | said -- sorry, I lost the realtime here -- is | 12:09:31 |
| 18 | this one of the parts of your report that you | 12:09:42 |
| 19 | were thinking of when you were referring to the | 12:09:44 |
| 20 | security class and how the definition of a | 12:09:47 |
| 21 | security applies to all of them equally? | 12:09:52 |
| 22 | MR. KAYE:  Form. | 12:09:56 |
| 23 | A.    I think this is part of the report | 12:10:00 |
| 24 | that would inform that definition. | 12:10:02 |
| 25 | Q.    Okay.  Do you see where it says, | 12:10:06 |

```
1                MR. ZACK:  Objection, form.            13:25:49

2        A.     I believe we discussed this prior       13:25:51

3   to lunch.  My answer now would be the same, that    13:25:53

4   my report does not specifically address the         13:26:00

5   class cert issue.                                    13:26:05

6                I do believe that the facts and        13:26:07

7   analysis within my report are supportive of         13:26:10

8   plaintiffs' argument as highlighted on this page    13:26:17

9   here.                                                13:26:23

10       Q.     Okay.  Same question about the          13:26:23

11  second phrase here about does your report           13:26:25

12  reflect an opinion as to whether the issue of       13:26:28

13  whether EPAs and VGX are securities and whether     13:26:32

14  defendants' solicited their sales, whether that     13:26:37

15  issue would materially advance this litigation      13:26:41

16  for plaintiffs and the potentially millions of      13:26:45

17  affected consumers around the nation making         13:26:45

18  class treatment appropriate?                         13:26:48

19               MR. ZACK:  Object to form.             13:26:50

20       A.     My report did not address the           13:26:52

21  solicitation point that you just raised.  I         13:26:55

22  think my report does inform whether or not VGX      13:27:01

23  and EPAs are securities.                             13:27:06

24       Q.     And does your report reflect an         13:27:08

25  opinion about whether class treatment is            13:27:10
```

| | | |
|---|---|---|
| 1 | appropriate? | 13:27:12 |
| 2 | MR. ZACK:  Object to form. | 13:27:15 |
| 3 | A.    My report does not explicitly | 13:27:17 |
| 4 | state anything around class certification, but I | 13:27:21 |
| 5 | think, again, the facts and analysis in my | 13:27:28 |
| 6 | report have informed plaintiffs' lawyers as to | 13:27:30 |
| 7 | this motion for class certification. | 13:27:36 |
| 8 | Q.    Do you see I've just highlighted a | 13:28:16 |
| 9 | sentence from Exhibit 2 that states, | 13:28:19 |
| 10 | "Irrespective of the individual issues which may | 13:28:21 |
| 11 | arise, the focus of the litigation concerns the | 13:28:23 |
| 12 | alleged common course of unfair conduct embodied | 13:28:26 |
| 13 | in Voyager's scheme to market and sell | 13:28:30 |
| 14 | unregistered securities"? | 13:28:33 |
| 15 | A.    Yes. | 13:28:36 |
| 16 | Q.    Does your report express an | 13:28:36 |
| 17 | opinion as to what the individual issues that | 13:28:38 |
| 18 | may arise or what the focus of the litigation | 13:28:40 |
| 19 | concerns? | 13:28:43 |
| 20 | MR. ZACK:  Object to form. | 13:28:44 |
| 21 | A.    My report was merely focused on | 13:28:52 |
| 22 | EPAs and VGX and whether or not they share | 13:28:57 |
| 23 | characteristics of notes and/or investment | 13:29:01 |
| 24 | contracts.  I think that is the only issue that | 13:29:06 |
| 25 | my report explicitly expresses a view on. | 13:29:09 |