IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1:22-cv-22538 (Altman/Reid)

DOMINIK KARNAS, *et al.,*

    Plaintiffs,

    v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

### ORDER ON DEFENDANTS MARK CUBAN'S AND DALLAS BASKETBALL LIMITED D/B/A DALLAS MAVERICKS' MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF LEE REINERS

**THIS CAUSE** came before the Court upon Defendants MARK CUBAN's and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS' Motion to Exclude Expert Report and Testimony of Lee Reiners, and the Court being otherwise fully informed in the premises, it is

**ORDERED AND ADJUDGED** that said Motion to Exclude Expert Report and Testimony is hereby GRANTED and Lee Reiners' Report and testimony are excluded because they contain impermissible conclusions of law and are not based on sufficient facts.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this ____ day of April 2024.

                                                  THE HONORABLE ROY K. ALTMAN
                                                  District Court Judge

*Copies furnished to all Counsel/Parties of Record via CM/ECF.*