# **EXHIBIT 5**



# Transcript of Pierce Robertson

**Date:** January 26, 2023
**Case:** Robertson, et al. -v- Cuban, et al.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

```
 1              IN THE UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                       MIAMI DIVISION

 3    - - - - - - - - - - - - - - x
      PIERCE ROBERTSON, RACHEL     :
 4    GOLD, SANFORD GOLD, RAHIL    :
      SAYED, CHRISTOPHER           :   Case No.
 5    EHRENTRAUT, TODD             :   1:22-cv-22538
      MANGANIELLO, DAN NEWSOM,     :
 6    WILLIAM AYER, ANTHONY        :
      DORN, DAMECO GATES,          :
 7    MARSHALL PETERS, and         :
      EDWIN GARRISON, on behalf    :
 8    of themselves and all        :
      others similarly             :
 9    situated,                    :
                                   :
10         Plaintiffs,             :
                                   :
11      vs.                        :
                                   :
12    MARK CUBAN, and DALLAS       :
      BASKETBALL LIMITED, d/b/a    :
13    DALLAS MAVERICKS,            :
                                   :
14         Defendants.
      - - - - - - - - - - - - - - x
15

16             Videotaped Deposition of

17                  PIERCE ROBERTSON

18                 Chicago, Illinois

19            Thursday, January 26, 2023

20                    9:05 a.m.

21

22    Job No.: 478139

23    Pages: 1 - 326

24    Stenographically Reported By:

25    JENNIFER L. BERNIER, CSR, RMR, CRR
```

| | | |
|---|---|---|
| 1 | had to invest or you had to have on your app a | 11:39:01 |
| 2 | certain amount of that token to earn interest? | 11:39:05 |
| 3 | A  There were minimums for that token, and | 11:39:10 |
| 4 | there were incentives for holding the VGX token to | 11:39:12 |
| 5 | get higher interest. | 11:39:16 |
| 6 | Q  That's right.  But I'm focused on the | 11:39:17 |
| 7 | minimums. | 11:39:20 |
| 8 | A  Yes. | 11:39:20 |
| 9 | Q  If you didn't have -- if you held a token | 11:39:20 |
| 10 | which was on their schedule but didn't have the | 11:39:23 |
| 11 | minimum amounts, you didn't earn interest? | 11:39:27 |
| 12 | A  I believe that's the case. | 11:39:31 |
| 13 | Q  Yeah.  And that USDC is a token, right? | 11:39:33 |
| 14 | A  Correct. | 11:39:54 |
| 15 | Q  It's a stablecoin? | 11:39:54 |
| 16 | A  Correct. | 11:39:56 |
| 17 | Q  Bitcoin is a token, right? | 11:39:58 |
| 18 | A  Yes. | 11:40:03 |
| 19 | Q  And Ethereum is a token, right? | 11:40:04 |
| 20 | A  Yes. | 11:40:08 |
| 21 | Q  They were on a different schedule on the | 11:40:09 |
| 22 | Voyager platform than all of the other tokens, | 11:40:13 |
| 23 | right? | 11:40:16 |
| 24 | A  I don't recall.  I just recall that the | 11:40:16 |
| 25 | minimums were pretty low amounts, where any average | 11:40:18 |

| | | |
|---|---|---|
| 1 | investor would be -- would have been able to meet | 11:40:24 |
| 2 | the minimum thresholds.  They weren't -- they | 11:40:26 |
| 3 | weren't very high. | 11:40:29 |
| 4 | But I don't know which ones were higher in | 11:40:30 |
| 5 | U.S. dollar value than the others.  I don't recall. | 11:40:33 |
| 6 | Q  Okay.  Well, Ethereum's was -- you had to | 11:40:35 |
| 7 | have a -- have an Ethereum token to participate in | 11:40:39 |
| 8 | the earned -- | 11:40:42 |
| 9 | A  Okay. | 11:40:43 |
| 10 | Q  -- program account, interest-bearing | 11:40:43 |
| 11 | program.  And Ethereum, during the periods of time | 11:40:46 |
| 12 | we're talking about, was trading in thousands of | 11:40:50 |
| 13 | dollars per token, right? | 11:40:52 |
| 14 | A  Okay. | 11:40:54 |
| 15 | Q  So at least with Ethereum, you had to have, | 11:40:54 |
| 16 | at minimum at times, over $500 of Ethereum? | 11:41:00 |
| 17 | MR. BUSHMAN:  Object to the form. | 11:41:05 |
| 18 | BY MR. BEST: | 11:41:06 |
| 19 | Q  Do you have any reason to doubt that? | 11:41:06 |
| 20 | A  I don't. | 11:41:08 |
| 21 | Q  Okay.  So whatever -- however you want to | 11:41:09 |
| 22 | characterize the minimums -- | 11:41:14 |
| 23 | A  Mm-hmm. | 11:41:15 |
| 24 | Q  -- there were minimum thresholds that you | 11:41:16 |
| 25 | had to, as a customer, satisfy before you earned | 11:41:19 |

| | | |
|---|---|---|
| 1 | interest on a specific token? | 11:41:22 |
| 2 | A  That's correct. | 11:41:24 |
| 3 | Q  So then as you described, there were | 11:41:25 |
| 4 | rewards, like promotional rewards, right, where you | 11:41:37 |
| 5 | got free crypto for signing up? | 11:41:41 |
| 6 | A  Some people did, yes. | 11:41:44 |
| 7 | Q  You didn't? | 11:41:45 |
| 8 | A  I don't believe so, no. | 11:41:46 |
| 9 | Q  All right.  Did you know about the Voyager | 11:41:47 |
| 10 | rewards program? | 11:41:53 |
| 11 | A  When I -- | 11:41:54 |
| 12 | Q  And promotional opportunities? | 11:41:56 |
| 13 | A  I didn't give it any attention when I | 11:41:59 |
| 14 | initially signed up. | 11:42:01 |
| 15 | Q  Okay. | 11:42:03 |
| 16 | A  I spoke of it later to people. | 11:42:03 |
| 17 | Q  All right.  And so you spoke of it later to | 11:42:06 |
| 18 | people to -- because there was a promotional | 11:42:08 |
| 19 | campaign to earn free crypto if you referred a | 11:42:12 |
| 20 | friend or referred somebody to the platform, right? | 11:42:17 |
| 21 | A  There was that, as well as the Mavericks | 11:42:19 |
| 22 | promotion that I recall. | 11:42:24 |
| 23 | Q  Right.  You didn't sign up for the Mavericks | 11:42:25 |
| 24 | promotion, right? | 11:42:28 |
| 25 | A  I did not. | 11:42:29 |

| | | |
|---|---|---|
| 1 | Q   Okay.  You didn't sign up for any of the | 11:42:30 |
| 2 | Mavericks promotions, right? | 11:42:32 |
| 3 | A   I didn't recall that there were more than | 11:42:34 |
| 4 | one; but no, I did not. | 11:42:37 |
| 5 | Q   Okay.  And so in the Mavericks promotion -- | 11:42:39 |
| 6 | let's just focus on that for a second since you | 11:42:41 |
| 7 | mentioned it. | 11:42:45 |
| 8 | The Mavericks promotion was in October of | 11:42:46 |
| 9 | 2021, right? | 11:42:48 |
| 10 | A   Yes. | 11:42:49 |
| 11 | Q   All right.  You had been an accountholder of | 11:42:50 |
| 12 | Voyager for months before that promotion came | 11:42:53 |
| 13 | online, right? | 11:42:58 |
| 14 | A   Yeah.  I heard about Voyager for the first | 11:42:59 |
| 15 | time.  I never heard of it -- I heard Mark speak of | 11:43:01 |
| 16 | it on some kind of online video in April, and I | 11:43:05 |
| 17 | downloaded the app and was not in a rush to use it | 11:43:09 |
| 18 | or anything; but that was when I first downloaded | 11:43:13 |
| 19 | it. | 11:43:15 |
| 20 | Q   I'm going to ask you, when we break for | 11:43:16 |
| 21 | lunch, to work with your counsel from the Moskowitz | 11:43:19 |
| 22 | firm and from Boies Schiller, a very well-known firm | 11:43:24 |
| 23 | with lots of lawyers, to locate where Mr. Cuban made | 11:43:29 |
| 24 | any comment about Voyager prior to October 28 in the | 11:43:40 |
| 25 | public forum.  Okay? | 11:43:43 |

| | | |
|---|---|---|
| 1 | A   I can tell you when he did it.  I personally | 11:43:45 |
| 2 | spent hours at multiple times trying to locate, on | 11:43:47 |
| 3 | videos, anything.  And Mark and his people have done | 11:43:49 |
| 4 | a very good job removing any mention of Voyager, and | 11:43:53 |
| 5 | I wasn't able to find anything. | 11:43:55 |
| 6 | Q   Okay.  Do you know that Mr. Cuban removed it | 11:43:57 |
| 7 | from the Internet? | 11:43:59 |
| 8 | A   Somebody did. | 11:44:00 |
| 9 | Q   Okay.  I'm going to ask you for what your | 11:44:02 |
| 10 | factual basis is that it was removed. | 11:44:07 |
| 11 | A   Because I'm unable to find any -- | 11:44:11 |
| 12 | Q   Okay. | |
| 13 | A   -- mention of it.  And I just recall the | 11:44:13 |
| 14 | video -- | 11:44:14 |
| 15 | Q   Could it be that it doesn't exist? | 11:44:15 |
| 16 | MR. BUSHMAN:  Hold on.  Hold on.  Allow him | 11:44:17 |
| 17 | to finish his answer, and then you can ask the next | 11:44:18 |
| 18 | question. | 11:44:21 |
| 19 | MR. BEST:  Sure. | 11:44:21 |
| 20 | THE WITNESS:  I recall a video where he | 11:44:21 |
| 21 | mentioned platforms that were easy for beginners | 11:44:23 |
| 22 | and, in the same sentence, is mentioning Robinhood | 11:44:26 |
| 23 | and Coinbase, mentioned Voyager in and around the | 11:44:30 |
| 24 | time that I downloaded the app. | 11:44:32 |
| 25 | | |

| | | |
|---|---|---|
| 1 | BY MR. BEST: | 11:44:34 |
| 2 | Q  Do you know that he didn't know about | 11:44:35 |
| 3 | Voyager as a platform and then never had used it | 11:44:36 |
| 4 | until maybe September of 2021? | 11:44:40 |
| 5 | MR. BUSHMAN:  Object to the form. | 11:44:42 |
| 6 | BY MR. BEST: | 11:44:44 |
| 7 | Q  Do you know that? | 11:44:45 |
| 8 | A  I don't believe that is true.  In fact, | 11:44:46 |
| 9 | Mark -- | 11:44:49 |
| 10 | Q  Do you know that? | 11:44:49 |
| 11 | A  Do I -- | 11:44:49 |
| 12 | Q  Do you know that Mr. Cuban used the Voyager | 11:44:50 |
| 13 | platform before September of 2021? | 11:44:55 |
| 14 | MR. BUSHMAN:  Object to the form. | 11:44:57 |
| 15 | You can answer. | 11:44:59 |
| 16 | THE WITNESS:  I believe that he did, based | 11:44:59 |
| 17 | on what I recall seeing in the video, as well as him | 11:45:02 |
| 18 | mentioning buying Dogecoin with his children or son. | 11:45:07 |
| 19 | BY MR. BEST: | 11:45:10 |
| 20 | Q  He could have bought Dogecoin from any | 11:45:11 |
| 21 | platforms, right? | 11:45:13 |
| 22 | A  Agreed. | 11:45:14 |
| 23 | Q  Okay.  So will you look, at lunch, with all | 11:45:14 |
| 24 | your counsel? | 11:45:21 |
| 25 | A  I will take a second look. | 11:45:22 |

| | | |
|---|---|---|
| 1 | Q  Okay.  And then we can address it after | 11:45:24 |
| 2 | lunch. | 11:45:27 |
| 3 | The platform itself, the Voyager platform, | 11:45:37 |
| 4 | is self-directed, right? | 11:45:42 |
| 5 | Do you know what self-directed means?  It | 11:45:46 |
| 6 | means you have to make your own investment | 11:45:48 |
| 7 | decisions. | 11:45:50 |
| 8 | A  Yes, it is. | 11:45:50 |
| 9 | Q  Okay.  As is Coinbase, right? | 11:45:51 |
| 10 | A  I believe so. | 11:45:54 |
| 11 | Q  And you self-directed all your trading and | 11:45:57 |
| 12 | investment activity on the Voyager account, right? | 11:46:06 |
| 13 | A  I did. | 11:46:10 |
| 14 | Q  Nobody else was using your Voyager account | 11:46:10 |
| 15 | when you made trades, right? | 11:46:16 |
| 16 | A  No.  Just myself. | 11:46:18 |
| 17 | Q  Okay.  Now, I'm going to show you -- just so | 11:46:19 |
| 18 | we can complete the record, I'm going to show you | 11:46:45 |
| 19 | what's going to be marked as Robertson 43. | 11:46:57 |
| 20 | (Robertson Exhibit 43 was marked for | 11:47:14 |
| 21 | identification and attached to transcript.) | 11:47:14 |
| 22 | BY MR. BEST: | 11:47:14 |
| 23 | Q  Do you see what's Robertson 43? | 11:47:15 |
| 24 | A  I do. | 11:47:18 |
| 25 | Q  Okay.  Do you see the screenshot from the | 11:47:18 |

Transcript of Pierce Robertson
January 26, 2023
112

| | | |
|---|---|---|
| 1 | Voyager platform as to the schedule of interest that | 11:47:21 |
| 2 | Voyager will pay for holding certain thresholds of | 11:47:31 |
| 3 | Bitcoin? | 11:47:37 |
| 4 |     A   I do. | 11:47:37 |
| 5 |     Q   All right.  Is this a fair and accurate | 11:47:38 |
| 6 | representation of what the schedule for Bitcoin | 11:47:41 |
| 7 | looked like on Voyager? | 11:47:44 |
| 8 |     A   It appears to be so. | 11:47:45 |
| 9 |     Q   All right.  Do you see that, unlike other | 11:47:46 |
| 10 | cryptos, there is tiers of ownership and with | 11:47:49 |
| 11 | different interest payment amounts?  And then it | 11:47:55 |
| 12 | tells you the amount of Bitcoin needing to be held | 11:48:01 |
| 13 | to earn those thresholds? | 11:48:08 |
| 14 |     A   I see that. | 11:48:11 |
| 15 |     Q   Okay.  Is that -- obviously these interest | 11:48:12 |
| 16 | amounts change every year, right? | 11:48:19 |
| 17 |     A   Every so often, sure. | 11:48:23 |
| 18 |     Q   Was it -- by the way, were they changing | 11:48:25 |
| 19 | more regularly?  I presume the interest amounts | 11:48:28 |
| 20 | change with the market conditions. | 11:48:33 |
| 21 |     A   I believe they did monthly changes on what | 11:48:35 |
| 22 | tokens were part of the program and what the | 11:48:39 |
| 23 | interest may be. | 11:48:42 |
| 24 |     Q   Okay.  And so I represent that this was | 11:48:43 |
| 25 | screenshotted recently after Voyager went in | 11:48:49 |

| | | |
|---|---|---|
| 1 | Q What is XLM? | 15:27:15 |
| 2 | A XLM is the token name of Stellar. | 15:27:21 |
| 3 | Q And why did you buy Stellar? | 15:27:28 |
| 4 | A It was a crypto that I came across, did a | 15:27:30 |
| 5 | little research, and wanted to own a small amount | 15:27:33 |
| 6 | of, similar to some of the ones we've spoken | 15:27:35 |
| 7 | previously. And this one, I purchased $245, also on | 15:27:38 |
| 8 | May 9th. | 15:27:41 |
| 9 | Q Okay. And you purchased it with a market | 15:27:42 |
| 10 | price around 14 cents a token? | 15:27:57 |
| 11 | A Correct. | 15:28:00 |
| 12 | Q And indeed, you purchased a threshold | 15:28:01 |
| 13 | quantity of it to earn interest on the Voyager | 15:28:06 |
| 14 | platform. Do you see that? | 15:28:10 |
| 15 | A I did qualify for the interest that one | 15:28:11 |
| 16 | month for May. | 15:28:14 |
| 17 | Q And then you again, on June 22nd, sold your | 15:28:15 |
| 18 | entire position with a market price 3 cents lower | 15:28:29 |
| 19 | than you purchased it a little over a month -- | 15:28:35 |
| 20 | A Yeah. | 15:28:39 |
| 21 | Q -- later? | 15:28:39 |
| 22 | A To clarify, what I was describing earlier | 15:28:39 |
| 23 | with my lower value assets, including this one and | 15:28:42 |
| 24 | BitTorrent, I can visually remember myself looking | 15:28:45 |
| 25 | at my Voyager and looking from the bottom up, lowest | 15:28:49 |

| | | |
|---|---|---|
| 1 | value assets, and selling them all to get to fiat to | 15:28:53 |
| 2 | make the transfer. | 15:28:56 |
| 3 | And that's as my fear of the collapse of | 15:28:57 |
| 4 | Voyager is starting to grow; and I'm thinking, all | 15:29:00 |
| 5 | right, well, let's get all these sold off to fiat, | 15:29:03 |
| 6 | transfer. And that was the beginning stage on the | 15:29:06 |
| 7 | 22nd. | 15:29:08 |
| 8 | Q Okay. The entire crypto market for tokens | 15:29:10 |
| 9 | was getting significantly lower during this period | 15:29:13 |
| 10 | of time too, correct? | 15:29:19 |
| 11 | A It had been over it. | 15:29:20 |
| 12 | Q All right. And if your investment strategy | 15:29:22 |
| 13 | was to hold through these market fluctuations, you | 15:29:29 |
| 14 | could have transferred this token to yet another | 15:29:34 |
| 15 | wallet, correct? | 15:29:39 |
| 16 | A Correct. What I did is, I wrote down on a | 15:29:40 |
| 17 | piece of paper the quantity I sold and intended to | 15:29:43 |
| 18 | once the fiat transfer was complete to repurchase | 15:29:47 |
| 19 | these assets in another platform. I was trying to | 15:29:50 |
| 20 | just consolidate the lower value assets I had -- | 15:29:54 |
| 21 | Q Mm-hmm. | 15:29:57 |
| 22 | A -- transfer to fiat, and then purchase. A | 15:29:57 |
| 23 | lot of these smaller ones didn't have the -- you | 15:30:01 |
| 24 | couldn't transfer as simple from exchange to | 15:30:06 |
| 25 | exchange. | 15:30:09 |

| | | |
|---|---|---|
| 1 | Q Okay. But you didn't -- you didn't | 15:30:09 |
| 2 | investigate which -- whether or not you'd be able to | 15:30:11 |
| 3 | transfer this asset to one of your other wallets? | 15:30:14 |
| 4 | A I could confirm that it would have been | 15:30:17 |
| 5 | likely to transfer to a hardware wallet, but there | 15:30:19 |
| 6 | would have been significant fees, much like it would | 15:30:22 |
| 7 | have happened with the BitTorrent. | 15:30:25 |
| 8 | So the least expensive way would be sell it, | 15:30:27 |
| 9 | transfer it to your bank account in fiat, deposit | 15:30:30 |
| 10 | the fiat, and make a purchase in a platform outside | 15:30:33 |
| 11 | of Voyager, another platform; and then hold the | 15:30:37 |
| 12 | asset there. Because a transfer on the blockchain | 15:30:41 |
| 13 | would have just ate up... | 15:30:44 |
| 14 | Q And your decision to sell was your own | 15:30:45 |
| 15 | investment decision predicated upon what you were | 15:30:47 |
| 16 | reading in the news and what you were hearing, | 15:30:50 |
| 17 | correct? | 15:30:52 |
| 18 | A Again, it was my decision based on the | 15:30:52 |
| 19 | pressure of Voyager failing and trying to get things | 15:30:55 |
| 20 | out and -- | 15:30:57 |
| 21 | Q Well, Voyager hadn't failed at this point, | 15:30:58 |
| 22 | correct? | |
| 23 | A It had begun to restrict withdrawals and | 15:31:00 |
| 24 | limitations on withdrawals, and that -- that was in | 15:31:04 |
| 25 | the group, like BitTorrent, of the first group of | 15:31:08 |

| | | |
|---|---|---|
| 1 | assets, my least valued ones that I sold to get out | 15:31:11 |
| 2 | of there to repurchase in another platform. | 15:31:14 |
| 3 | Q Okay. So it was the restriction on | 15:31:18 |
| 4 | withdrawals at this time and your concerns about | 15:31:19 |
| 5 | what you're hearing in the market that was the | 15:31:24 |
| 6 | impetus for the sale? | 15:31:26 |
| 7 | A I tried to make the best decision based on | 15:31:27 |
| 8 | the pressures at the time, you know, to sell for | 15:31:30 |
| 9 | fiat, avoid the blockchain fees. | 15:31:38 |
| 10 | Q Okay. Let's turn to 72. | 15:31:41 |
| 11 | MR. BEST: Is it 72 we're on? | 15:31:45 |
| 12 | MR. BUSHMAN: Yes. | 15:31:46 |
| 13 | (Robertson Exhibit 72 was marked for | 15:31:46 |
| 14 | identification and attached to transcript.) | |
| 15 | BY MR. BEST: | |
| 16 | Q Do you see Robertson 72? | 15:32:11 |
| 17 | A I do. | 15:32:12 |
| 18 | Q You see it's a demonstrative exhibit of your | 15:32:13 |
| 19 | trading in a crypto token called VeChain? | 15:32:16 |
| 20 | A I do. | 15:32:23 |
| 21 | Q Same stipulations and same standing | 15:32:26 |
| 22 | objection apply. | 15:32:28 |
| 23 | Do you know that VET, or VeChain, is not on | 15:32:30 |
| 24 | the Voyager EPA program? | 15:32:37 |
| 25 | A Correct. | 15:32:39 |

Transcript of Pierce Robertson
January 26, 2023                                    222

| | | |
|---|---|---|
| 1 | Q So there was no interest paid or earned? | 15:32:39 |
| 2 | A Correct. This was bought for my own | 15:32:41 |
| 3 | interest, to hold. | 15:32:44 |
| 4 | Q Okay. And why did you buy VET? | 15:32:44 |
| 5 | A It was one of interest to me that I wanted | 15:32:47 |
| 6 | to hold onto a small amount, similar to the previous | 15:32:50 |
| 7 | two we just discussed. | 15:32:52 |
| 8 | Q Okay. All right. Voyager didn't tell you | 15:32:53 |
| 9 | to buy VeChain, correct? | 15:32:58 |
| 10 | A Correct. | 15:33:01 |
| 11 | Q Mr. Cuban didn't tell you to buy VeChain, | 15:33:01 |
| 12 | correct? | 15:33:11 |
| 13 | A Correct. | 15:33:11 |
| 14 | Q Okay. Let's turn to the next one, 73. | 15:33:12 |
| 15 | (Robertson Exhibit 73 was marked for | 15:33:26 |
| 16 | identification and attached to transcript.) | 15:33:27 |
| 17 | BY MR. BEST: | 15:33:27 |
| 18 | Q Do you see 73? | 15:33:30 |
| 19 | A I do. | 15:33:31 |
| 20 | Q This is a demonstrative exhibit of your | 15:33:32 |
| 21 | trading data extracted from your investment summary | 15:33:38 |
| 22 | on Fantom? | 15:33:43 |
| 23 | A Correct. | 15:33:45 |
| 24 | Q And do you see that -- with the same | 15:33:45 |
| 25 | stipulations and same standing objection, do you see | 15:33:49 |

Transcript of Pierce Robertson
January 26, 2023                                                     223

| | | |
|---|---|---|
| 1 | that there was a buy of Fantom on May 11, 2022? | 15:33:53 |
| 2 | A  I do. | 15:34:00 |
| 3 | Q  And the Fantom token abbreviation is FTM? | 15:34:00 |
| 4 | A  Correct. | 15:34:06 |
| 5 | Q  What caused you to buy Fantom on May 11th? | 15:34:06 |
| 6 | A  Same reason as the previous tokens, things | 15:34:10 |
| 7 | that I wanted to own a small amount.  This one, I | 15:34:15 |
| 8 | put $1,500 in on May 11 to have and hold some Fantom | 15:34:19 |
| 9 | token. | 15:34:24 |
| 10 | Q  Okay.  And you sold on June 22nd, correct? | 15:34:25 |
| 11 | A  Again, this was grouped in like the previous | 15:34:30 |
| 12 | two or three we had spoke about that were in the | 15:34:34 |
| 13 | lower value that I initially sold so that I could | 15:34:37 |
| 14 | transfer to fiat and repurchase on a different | 15:34:40 |
| 15 | exchange. | 15:34:43 |
| 16 | Q  All right.  Do you see the drop in market | 15:34:43 |
| 17 | price on Fantom? | 15:34:45 |
| 18 | A  I do. | 15:34:47 |
| 19 | Q  All right.  So within about a month and a | 15:34:47 |
| 20 | week or two, within a six weeks' period of time, the | 15:34:51 |
| 21 | market price dropped from 43 cents a share to | 15:34:54 |
| 22 | 26 cents.  Do you see that? | 15:35:00 |
| 23 | A  I do. | 15:35:01 |
| 24 | Q  And was that consistent with your | 15:35:02 |
| 25 | recollection of how the market price for Fantom was | 15:35:05 |

| | | |
|---|---|---|
| 1 | dropping? | 15:35:07 |
| 2 | A   Yes.  I would have liked to hold that one | 15:35:08 |
| 3 | through. | 15:35:10 |
| 4 | Q   And -- well, let me ask you this:  Do you | 15:35:11 |
| 5 | have your phone? | 15:35:19 |
| 6 | A   Mm-hmm. | 15:35:19 |
| 7 | Q   Can you look and see what Fantom is trading | 15:35:20 |
| 8 | at right now? | 15:35:23 |
| 9 | A   My service in here has not been good, but I | 15:35:24 |
| 10 | can look. | 15:35:27 |
| 11 | MR. KNIGHT:  You have to get a Wi-Fi. | 15:35:28 |
| 12 | THE WITNESS:  Yeah.  It was jumping on and | 15:35:31 |
| 13 | off it.  Let's see. | 15:35:33 |
| 14 | I haven't looked at Fantom probably in close | 15:35:34 |
| 15 | to a year, so I don't know anything about it.  48 | 15:35:37 |
| 16 | cents, 48.16. | 15:35:47 |
| 17 | BY MR. BEST: | 15:35:53 |
| 18 | Q   Okay.  So when you sold for 26 cents -- | 15:35:53 |
| 19 | A   I sold under the pressures at the time when | 15:35:55 |
| 20 | I grouped it in my lower ones.  I wish I could have | 15:35:57 |
| 21 | held that through until now because it would be in | 15:36:00 |
| 22 | the green. | 15:36:03 |
| 23 | Q   What was precluding you from selling on your | 15:36:03 |
| 24 | Voyager platform and repurchasing it on another | 15:36:07 |
| 25 | platform if you wanted to do a long hold? | 15:36:10 |

Transcript of Pierce Robertson
January 26, 2023                                                             225

| | | |
|---|---|---|
| 1 | A   Nothing was, other than the time between | 15:36:12 |
| 2 | getting it into the other account and whatever the | 15:36:15 |
| 3 | price fluctuations could have been, three days for | 15:36:18 |
| 4 | the money to post on the way out and three days to | 15:36:22 |
| 5 | post on the way in to the new exchange, almost a | 15:36:24 |
| 6 | week's time.  So as you can see, the market | 15:36:27 |
| 7 | fluctuates a lot in a week in this period of time. | 15:36:31 |
| 8 | Q   But you could have bought it with the cash | 15:36:34 |
| 9 | that you got, $902, on another crypto wallet | 15:36:36 |
| 10 | exchange, correct? | 15:36:40 |
| 11 | A   Yes.  That was -- that was my goal, was to | 15:36:40 |
| 12 | try and repurchase these assets we've been speaking | 15:36:42 |
| 13 | about, the last three or four, on another exchange, | 15:36:45 |
| 14 | yes. | 15:36:48 |
| 15 | Q   And did you indeed purchase Fantom on | 15:36:48 |
| 16 | another exchange? | 15:36:51 |
| 17 | A   I don't recall if I bought Fantom again. | 15:36:52 |
| 18 | Q   Okay. | 15:36:54 |
| 19 | A   I don't believe so, though. | 15:36:55 |
| 20 | Q   Okay.  But nothing was precluding you from | 15:36:56 |
| 21 | doing that? | 15:37:01 |
| 22 | A   No. | 15:37:02 |
| 23 | Q   Okay.  Let's turn to 74. | 15:37:03 |
| 24 | (Robertson Exhibit 74 was marked for | 15:37:23 |
| 25 | identification and attached to transcript.) | 15:37:25 |