# EXHIBIT 12

3/20/24, 9:34 PM | Duke Athletics on X: "Get a little, give a little this holiday season 🎁 Use code "BLUEDEVILS" when opening an @investvoyager a…

Case 1:22-cv-22538-RKA Document 254-12 Entered on FLSD Docket 04/10/2024 Page 2 of 2



X

⚙ Settings

← Post



Duke Athletics
@DukeATHLETICS

Get a little, give a little this holiday season 🎁

Use code "BLUEDEVILS" when opening an @investvoyager account to get $25 in #BTC ₿ and Voyager will make a donation to Duke Athletics scholarships #cryptoforall

4:53 PM · Dec 23, 2021

41 Reposts     8 Quotes     217 Likes

New to X?

Sign up now to get your...

G   Sign u...

  Sign u...

    Creat...

By signing up, you agre...
Privacy Policy, includin...

Relevant peo...



Duke Athlet...
@DukeATHL...
Duke Blue D...
Titles 🏆 | IC...
dukeathletic...

Trends are unava...

Terms of Service    Priv...
Accessibility    Ads info...

Don't miss what's happening
People on X are the first to know.                                    Log in



Exhibit

Webb 08

03/21/2024