# **EXHIBIT 13**

Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Jonathan White
@jdw232

Post

Voyager reposted
**Stephen Ehrlich**
@Ehrls15

Does it get any better than that! @investvoyager

**Kansas Men's Basketball** @KUHoops · Dec 29, 2021
a true work of art 🎨

9:04 AM · Dec 30, 2021

44 34 234 2

Post your reply
Reply

**Royal Pirate** @RoyalPirate33 · Dec 30, 2021
Ya not getting shafted with inflationary tokens as a boost and not more of your underlying asset....
2

**Ǫakenshield** @OakenshieldVGX · Dec 30, 2021
Beautiful
13

**Noah Kaufman, MD** @noahkaufmanmd · Dec 30, 2021
Amazing! Very nice indeed! Go Voyager!
3

**Onepunchman_7** @7Onepunchman · Jan 8, 2022
#Saitama
1 1

**MrBurns** @MrBurns00 · Dec 31, 2021
1) yes, anything Hoyas. 2) Wasnt Europe and Canada supposed to come online? How are the competitors able to be in every country but Voyager?
1

**fatboy202** @404boy1 · Jan 4, 2022
List #safemoon
1

**KyleMaxi** @numb3rs311 · Dec 30, 2021
Can you fix your customer support support issues ? I have thousands of dollars gone because of your company ... how@about a reply back . I only say this on every single post you post

Search

**Relevant peo**
**Stephen Eh**
@Ehrls15
**Voyager**
@investvoya
Official Twit
**Kansas Me**
@KUHoops
#PayHeed
Tweets fron
Natty Cham

**What's happe**
**Maple Leafs at Ca**
NHL · LIVE

Trending in United Sta
**Interpreter**
17.9K posts

Entertainment · Trend
**Simlish**

Sports · Trending
**Xavier Tillman**

Trending in United Sta
**AUSTON**
1,051 posts

Show more

Terms of Service Priv
Accessibility Ads inf

Exhibit
Webb 09
03/21/2024
exhibitsticker.com

say this on every single post you post ...

Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

**J.P. (ae)** @cryptom63833840 · Dec 30, 2021
Why not add a stop loss to your exchange? How hard can it be to code it in? Come on
1

**KyleMaxi** @numb3rs311 · Dec 30, 2021

Hey so I just wanted to inform everyone .
Me and my buddy had used VOYAGER when we first started trading crypto . Long story short , they Made 400$-500$ worth of ADA (CARDANO) disappear back in September , still have NOT received a reply back from customer service . My buddy sent me last week Polygon (MAtic ) last week(10days ago) and I still have not received it (750Matic) . I checked the address 10x , even had other ppl double check the address and it's correct . There's nothing wrong on either end. Support ticket still not answered .
WANTED TO GIVE A WARNING . To everyone and anyone . Please share and get the word out so people don't get screwed like myself ! If anyone thinks they can help , feel free to share on Twitter and Reddit .
Support ticket #400547
Support Ticket # 736367

**Georgette** @Georgette_369 · Dec 31, 2021
No it doesn't. That's pretty awesome🤩

**DrBurkenstock** @DrBurkenstock · Dec 30, 2021
Loving that slow motion Voyager in the background, Steve!
6

**Daniel** @Daniel23911065 · Dec 31, 2021
Please answer 1 question.🙏
Will you @Ehrls15 / @investvoyager be autoswapping BTTOLD for BTT ?
1

**Wilemsky Beaubrun** @WilemskyB · Dec 30, 2021
We want @InuSaitama

**Rolas Correia** @RolasCorreia · Dec 30, 2021
Awesome 👏

**Wicket the Ewok** @EwokCrytpo · Dec 30, 2021
Highlight ran a little long for me. I keep watching the first 4 seconds of it! Love it!
3

**Amir** @amirchalesh1368 · Dec 30, 2021
#shib

Jonathan White
@jdw232

Home

Explore

20+ Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

1

**Badr** @flyinghogfish · Dec 30, 2021
Crypto lift off confirmed

2

**Moose** @mrmorgan80 · Dec 31, 2021
Congrats guys! Keep pushing the vision! Looking forward to FY22 for the team!

**The Canadian Than⭕s** @DigitalDaniels_ · Dec 30, 2021
I watched the dunk 3 times then realized the voyager plug. Well done

1

**Mason Goodwin** @masofbase · Dec 30, 2021
@RyCal514

**Jonathan White**
@jdw232






