# **EXHIBIT 14**

3/20/24, 4:32 PM
Bucknell Athletics on X: "Bison Nation – Get a little, give a little this holiday season! Use code "RAYBUCKNELL" when you open a …

Case 1:22-cv-22538-RKA Document 254-14 Entered on FLSD Docket 04/10/2024 Page 2 of 2

X

Settings

← Post

**Bucknell Athletics**
@Bucknell_Bison

Bison Nation – Get a little, give a little this holiday season!

Use code "RAYBUCKNELL" when you open a @investvoyager account to get $25 in #Bitcoin + Voyager will make a donation to Bucknell Athletics.

investvoyager.com/app | #CryptoForAll



5:12 PM · Dec 23, 2021

26 Reposts   2 Quotes   143 Likes   2 Bookmarks

2

**New to X?**
Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Bucknell Athletics**
@Bucknell_Bison
This is the official Twitter account of Bucknell Bison Athletics. #RAYBUCKNELL! #rayBucknell

Trends are unavailable.

Terms of Service   Privacy Policy
Accessibility   Ads info

Don't miss what's happening
People on X are the first to know.

Log in