# **<u>EXHIBIT 15</u>**





X

Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Jonathan White
@jdw232

Post

**Providence Friars** @PCAthletics

Get a little, give a little this holiday with
@investvoyager

Use code “GOFRIARS” when you open a Voyager account to get $25 in #BitcoinMoney bag
Voyager will make a donation to the Providence Athletics general scholarship fund
#cryptoforall

2:36 PM · Dec 23, 2021

16 30 142 1

Post your reply Reply

**Derek** @theDL23 · Dec 23, 2021
$VGX

**Wilemsky Beaubrun** @WilemskyB · Dec 30, 2021
We want @InuSaitama

**Iron Man (VGX Hero)** @CryptoErmis · Dec 23, 2021
#VGXheroes $VGX

**Lucky & Dash's Uncle** @Indiana_Austin · Dec 23, 2021
Former Hoosier @aldurham01 plays for y'all! He's killin' it too.
#IUBB

3

**Hidden Star** @HiddenStarhelps Ad
Transform your business with us! Discover a wealth of resources designed to support women & minority entrepreneurs, all in one place.

From grants 💵 to funding sources 💰, revenue streams 📈 & income opportunities! Galaxy of Stars is your one-stop destination for success.

Search

**Relevant peo**

**Providence**
@PCAthleti
The official
Providence
linktr.ee/prc

**Voyager**
@investvoy
Official Twit

**What's happe**

**Pirates at Yankees**
MLB · LIVE

Trending in United Sta
**Under RICO**
2,859 posts

Trending in United Sta
**#GalaGames**

Trending in United Sta
**Interpreter**
17.4K posts

Trending in United Sta
**AUSTON**
1,035 posts

Show more

Terms of Service Priv
Accessibility Ads inf

3/20/24, 1:56 PM (2) Providence Friars on X: "The title 5 give a little interlude with @LivesvybyJackets 04/10/2024 RS" Magoo open a V…

