# **EXHIBIT 19**

Skip to main content     r/Invest_Voyager ✕   Search in r/Invest_Voyager   Log In   ⋯

**r/Invest_Voyager** • 2 yr. ago
4non3mouse

# Mavs100 Promo

I downloaded and signed up with the Mavs100 code but was unable to complete it initially. It said I was added to a wait list.

A few days later I got an email saying I was off the wait-list and could now complete my registration. It also said I would still receive my crypto rewards regardless of the 48 hour period.

I have signed up, deposited 101 and used it all to buy shib (up 20% for me atm). I have not received or found any info that indicates how or when I would get this bonus.

Has anybody successfully gotten the $100 BTC bonus or know if there is something else I need to do?

thanks

⬆ 6 ⬇    💬 10    ⬆ Share

Sort by: Best ⌄

➕ Add a Comment

**DemApples4u** • 2y ago

It said middle of the month you'd get the reward

⬆ 7 ⬇    💬 Reply    ⬆ Share    ⋯

**EmotionOpening** • 2y ago

Whoa! 100 BTC?!?!?!?

Or....do you mean $100 worth of BTC?

Please, make sure you write correctly to not give false hope to other users who just learned about MAVS100.

Also, your bonus rewards will take within 2 weeks. Congratulations in making part of Voyager community.

Welcome!!!

⊖  ⬆ 5 ⬇    💬 Reply    ⬆ Share    ⋯

**4non3mouse** OP • 2y ago

Skip to main content                                                                                              Log In

**Urfaust** • 2y ago

Should distribute in the middle of the month.

↑ 2 ↓          💬 Reply          ⬆ Share          …

**Devin-707** • 2y ago

I signed up last week on Sunday after getting off the waitlist, I just got the 100$ in Bitcoin bonus today. be patient

↑ 2 ↓          💬 Reply          ⬆ Share          …

⊕ 2 more replies

**Gravesnear** • 2y ago

Be patient, wait at least 10 days. I got mine, same situation

↑ 1 ↓          💬 Reply          ⬆ Share          …

**Spartanguy81** • 2y ago

Completed sign up, made deposit and purchase on 10/31 and got my btc bonus today.

↑ 1 ↓          💬 Reply          ⬆ Share          …

**dcherne** • 2y ago

I have been waiting 21 days for the $100 promo to be paid and Voyager has not responded to any of the emails I have sent them (other than an auto-response that says the will respond ASAP). Does anyone have a phone number for Voyager?

↑ 1 ↓          💬 Reply          ⬆ Share          …

## More posts you may like

 r/Nexo

Double refferal rewards promo?

5 upvotes · 15 comments

 r/uberdrivers

$750 Diamond Challenge Update (November 1st)

17 upvotes · 35 comments

Skip to main content                                                                                      Log In

5 upvotes · 27 comments

 r/UniversalHollywood

#LetMeUpgradeYa VIP to AP?

5 upvotes · 9 comments

 r/EIDL

Approved 500k!!! No LO Contact.

64 upvotes · 70 comments

 r/CreditCards

Chase Freedom Flex Approved

4 upvotes · 10 comments

 r/MkeBucks

Bucks Pro Shop order cancelled

21 upvotes · 13 comments

r/Sephora

Rouge $100 reward?

5 upvotes · 6 comments

r/SwagBucks

Cash Billionaire 3,000 SB NEWS

24 upvotes · 23 comments

r/AmexPlatinum

CONFIRMED: CLEAR $119 Delta offer + $60 "family member" works for AmEx $179 credit (plus maybe Rakuten)

31 upvotes · 20 comments

r/SwagBucks

BetMGM Casino question

5 upvotes · 9 comments

r/Visible

    Log In

## TOP POSTS

 Reddit
reReddit: Top posts of November 6, 2021

 Reddit
reReddit: Top posts of November 2021

 Reddit
reReddit: Top posts of 2021