# **EXHIBIT 30**

10.27.21 — 10.30.21

# Exclusive offer: Get $100 in Bitcoin with code MAVS100

Kick off Voyager's new partnership with the Dallas Mavericks with a crypto bonus:

1. Download Voyager on the App Store or Google Play Store
2. Create an account using the reward code **MAVS100**
3. Deposit $100 and make your first trade to unlock your **$100 Bitcoin reward***
4. This exclusive offer expires 10/30/2021 at 11:59 PM CT