# **EXHIBIT 32**

Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Post

**Voyager**
@investvoyager

Sadly, the cast means no 1v1 🏀

Instead, @VicOladipo and @ehrls15 are hanging out and catching up at #Bitcoin2022. #Crypto4All

4:05 PM · Apr 7, 2022

10 17 192

Post your reply Reply

**Royal Pirate** @RoyalPirate33 · Apr 7, 2022
how much of the marketing budget did you spend on this photo? SEC would love to know how that 40M tokens benefited the investors
5

**Hollermew** ☀️🏄🌊👀🧢🫐 @hollermew · Apr 8, 2022
#WOW #wearecultdao @cultdao #readthecultmanifesto $CULT your future will thank me
1

**OK-Messi** @jpsat8 · Apr 7, 2022
Ill take him... 😂🤣😂🤣

Jonathan White
@jdw232

Search

**Relevant peo**

**Voyager**
@investvoya
Official Twit

**Victor Olad**
@VicOladip
Young Mogu
Facebook: @
Oladipo4

**Stephen Eh**
@Ehrls15

**What's happe**

**Bucks at Celtics**
NBA · LIVE

Trending in United Sta
**Tevin**

Entertainment · Trend
**Bette Midler**
1,695 posts

Trending in United Sta
**#MusicForPagans**

Sports · Trending
**#AEWDynamite**
26.5K posts

Show more

Terms of Service Priv
Accessibility Ads inf

2

**Darby McDonough** @CaptPirateBooty · Apr 7, 2022

#crypto4all except if you want to have control of your coins. Allow transfers of Luna so holders can reap the benefits of the #terra ecosystem.

1 1 2

**JL** @JL90199 · Apr 8, 2022

#zinu #nfts @ZinuToken @ZinuDev @NChavez2019 @mulquota

1 1

**24/7Mirror** @27mirror Ad

Important reminder: when it comes to photo editing, less is always more.

From 247mirror.com

500 78 981 1.7M

Show more replies

X
Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Jonathan White
@jdw232





