# EXHIBIT 33

# X

**Home**

**Explore**

**Notifications** 20+

**Messages**

Grok

**Lists**

**Bookmarks**

**Communities**

**Premium**

**Profile**

**More**

**Post**

← **Post**



⇄ Voyager reposted

landon cassill ✓
@landoncassill  •••

She pretty @investvoyager





🏁 **NASCAR** ✓ @NASCAR · Feb 5, 2022
We're off and running here in 2022. 👀

#BuschLightClash x @lacoliseum

🔍 Search

**Relevant peo**


landon cass
@landoncas
NASCAR Dr


**V** Voyager
@investvoya
Official Twit


🏁 NASCAR ✓
@NASCAR
SUNDAY | 3:

**What's happe**

**Buffaloes at Bronc**
NCAA Men's Baske · S

Entertainment · Trend
**Bette Midler**
1,662 posts

Sports · Trending
**Ohtani**
Trending with Ippei

Sports · Trending
**#AEWDynamite**
20.6K posts

Trending
**Trump Tower**
27.9K posts

**Show more**

Terms of Service  Priv
Accessibility  Ads info

Jonathan White
@jdw232  •••





PRACTICE RESULTS
LA COLISEUM | 2.5.22

CHASE ELLIOTT
LAP TIME: 13.455
FASTEST DRIVER

P2        P3        P4

3:28 PM · Feb 5, 2022 from Los Angeles, CA

💬 28        🔁 37        ♡ 518        🔖 1        ⬆️

Post your reply                    Reply

**Landon Huffman** ✓ @LandonHuffman · Feb 5, 2022    ···
Pretty fast
💬        🔁 1        ♡ 2        📊        🔖 ⬆️

**Lord Poe** ✓ @TheJasonPoe · Feb 5, 2022    ···
I'll give you 1,000,000 Shibas for it?
💬        🔁        ♡ 1        📊        🔖 ⬆️

**24/7Mirror** ✓ @27mirror                    Ad ···
This artist takes his editing requests to strange results.

Hey James, my hand looks weird. Can you make it look like I'm holding the pole instead?

Sure.

People Who Asked For A Photo Edit And Got Unexpected Results

From 247mirror.com
💬 277        🔁 37        ♡ 496        📊 1.3M        🔖 ⬆️

**Xavier Singleton** ✓ @xaviksjpg · Feb 6, 2022    ···
All eyes on Crypto
💬 1        🔁        ♡        📊        🔖 ⬆️

**Scott**🖐️ ✓ @ScottHallaaa · Feb 5, 2022    ···
Pretty fast too!

3/20/2024 X: Landoncassill on X: "Enter the @VentureGX Sweepstakes...

Case 1:22-cv-22538-RKA   Document 254-33   Entered on FLSD Docket 04/10/2024   Page 4 of 5





