# **EXHIBIT 34**

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Search

**Voyager**
@investvoyager

You get #crypto, we give #crypto, thanks to @RobGronkowski 👈

Use code GRONK when you open a Voyager account to get $25 in Bitcoin.

We'll match your $25 $BTC with a donation to #Gronk Nation Youth Foundation 🏈

@RobGronkowski and #Voyager are making sure everyone wins 🏆

11:00 AM · Dec 5, 2021

33 37 244 2

Post your reply Reply

**Mike Smith** @theogmikesmith · Dec 5, 2021
Wen #dogecoin wallets/transfers?
1 3

**Anton** @Antons_profile · Dec 5, 2021
Tell him to buy this dip. 💜
1

**hero❌community** @heroXcommunity · Dec 5, 2021
🦸‍♂️🦸‍♀️🐸💪⚔️🟣🚀
4

**DrBurkenstock** @DrBurkenstock · Dec 5, 2021
Y'all straight up gave that dog Benadryl 😂
1 2

**AJ USA** 🇺🇸 @ajay_usa2 · Dec 5, 2021
Shiba lover 🕺 😊 🐕 #shib #doge

**Caroline**
@Carolin3035431

X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Caroline
@Carolin3035431

1

← Post

ROUTE44 @Rodeowem · Dec 5, 2021
Lmao how much y'all pay the man?
2

Ocas302 @CryptoKeeper007 · Dec 5, 2021

1

3heggy | 🔥Shibarium🔥 @cheggy19 · Dec 5, 2021
That's a gorgeous #SHIB 🐾🐾
1

$SHIB ALEXANDER🔶 @ShibAlexander · Dec 5, 2021
#SHIB 👀
3 13

Adam Hunch @AdamHunch · Dec 5, 2021
Was he paid to promote voyager using customers money they can't access?
4 3

WW4o2 @FourOhToo · Dec 5, 2021
Gronk!

Jim @LentzStrength · Dec 5, 2021
Diggin a lot of voyagers recent coin additions. Here are some suggestions for some new additions, these will all be huge in the future and getting them on voyager first will drive many new consumers to the platform. The phantasma soul token, gods, mx, omi, and ridotto

Smokey21.xrp @smoke_e021 · Dec 6, 2021

Relevant peo
Voyager
@investvoya
Official Twit
Rob Gronk
@RobGronk
Tampa Bay I

What's happe
Dodgers at Padres
MLB · This morning
Trending in United Sta
RICO IS NOT A CR
14K posts
Trending in United Sta
WE ARE GETTING
Trending in United Sta
The Flying Nun
Politics · Trending
María Corina Macl
66K posts
Show more

Terms of Service Priv
Accessibility Ads inf

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Caroline @Carolin3035431

Do not open a voyager account they are thieves that have stolen our songbird without a simple answer or comment. They don't value their customers!!!!!

**TrplJ** @j_trpl · Dec 5, 2021
@SECGov time to look into @investvoyager for skimming orders, tricking investors with referral bonuses they don't pay, and of course not listing a physical address where investors can contact them as they have 0 customer support

**Red Reign** @RedddReign · Dec 6, 2021
Please do better for future customers but in the mean time process my transfer...im out.

**.** @JustinScerini · Dec 5, 2021
But you can not withdrawal your #Dogecoin? Wen $Doge withdrawal's???
2 4 8

**David simon** @Xthunderpuppyx · Dec 6, 2021
If you deposit into voyager you will be lucky to ever receive the matching funds and they will then lock up your funds and refuse to ever let you get your money back and they will never answer a help ticket. Good luck.
1

**Stream the Vote** @StreamtheVote · Dec 5, 2021
When do we actually get it??? Cause I've been waiting

2 2

**Cript.com NFTs** @Edisonj44317979 · Dec 6, 2021
@Shibtoken 🚀🚀🚀🐕🐕🐕🙂🙂🙂🙂

**KryptoKong** @KryptoKong7 · Dec 6, 2021
Your ID verification sucks on iPhone. The scan box is greyed out and doesn't let me scan my ID!
1

## More replies

**ForWhatItsWorth!** @ForWhat03632301 · Dec 5, 2021
Maybe Gronk can find my crypto.

I am not getting a response from Voyage support. I transferred over 15k of VGX to my account and it hasn't showed up. The support request was filed November 9th and while the case is listed as open I haven't gotten a response. Case #295893.

X

Home

Explore

Notifications 1

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

Caroline
@Carolin3035431

1

**Diana Marshall** @dickdaleforever · Dec 5, 2021

Stupid ad.

**| S.Faich** @Faich7 · Dec 5, 2021

Wen SHIB

1

**Casey Reed** @CaseyReed62 · Dec 6, 2021

How about you guys hire some customer service so we can all get our money back since you decide to wait til we've added money to our account to lock us all out.

3 4

**Jack Stevens** @JackStev333 · Dec 6, 2021

It'd be cool if I was able to use my account. Love the app but I've been locked out for a month

**Chris Pouch** @ChrisPouch1 · Dec 5, 2021

Are you guys ever going to answer my emails
I literally made a Twitter for this.. I messaged yiu on everything.. you guys screwed me over $10,000

1

**XRP NFTs** @cryptoguy2222 · Dec 5, 2021

Free airdrops for all $SGB wallets!!!!!!
You don't even have to have any$SGB to participate!!!
As always DYOR that's why I would encourage you to look at their Twitter @CanaryXtoken

Zen God on YT has videos

Please use my link if you do participate

t.me
Telegram: Contact @CanaryX_Airdrop_Bot

**Ümit TOSUN...** @mitTOSU32769557 · Dec 5, 2021

#Shiba 😍 A very powerful coin. The people loved it.😍This is the people's money. Keep it, never sell it.😎👏💪🔥🚀😊

2

**Pang** @411HelpLine · Dec 21, 2021

@investvoyager @bbb_us @Ehrls15 @BrianBrooksUS hey guys. Voyager closed my acct but kept my shiba worth over 7k. Can you guys help me get my money, please? Is this even legal?

Trending in United Sta
**RICO IS NOT A CR**
14K posts

Trending in United Sta
**WE ARE GETTING**

Trending in United Sta
**The Flying Nun**

Politics · Trending
**María Corina Macl**
66K posts

Show more

Terms of Service Priv

Accessibility Ads inf

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

**Pang** @411HelpLine · Dec 22, 2021

@BuzzFeedNews @FOXTV @CoinDesk @ABC @USATODAYmoney @USATODAYmoney do a report on @investvoyager and their horrible services to their investors. Not returning emails, closing acct and pocketing shiba token $. So many more stories out there. @Ehrls15

**Caroline**
@Carolin3035431









