# EXHIBIT 35





Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Jonathan White
@jdw232

## Post

**Voyager**
@investvoyager

Test your trivia knowledge with crypto's favorite tight end @RobGronkowski to raise money for a good cause. What's not to love?

Hop onto Gronk's IG and join the action at 5 PM ET today. Proceeds go to @GronkNation Youth Foundation.

3:06 PM · Feb 16, 2022

21 26 230 1

Post your reply
Reply

**fatos** @fatosmena · Feb 16, 2022
Doge

**Bro** @JuStHeReToHeLq1 · Feb 21, 2022
twitter.com/hexorca/status...
This Post is from a suspended account. Learn more

**Travala.com** @travalacom Ad
This one's for the Crypto Whales

NEW exclusive & luxurious experiences have been added to Concierge.io. Apply today & #TravelUnlikeAnyOther with your favorite cryptocurrency.

#Bitcoin

Search

**Relevant peo**

**Voyager**
@investvoya
Official Twit

**Rob Gronkc**
@RobGronk
Tampa Bay I

**GronkNatic**
@GronkNat
Get Hype. T
for the Gron
Nation.

**What's happe**

**Kings at Raptors**
NBA · LIVE

Entertainment · Trend
**Bette Midler**
1,682 posts

Entertainment · Trend
**Bella Goth**

Trending in United Sta
**Tevin**

Sports · Trending
**#AEWDynamite**
22.3K posts

Show more

Terms of Service Priv
Accessibility Ads inf

From concierge.io

347 165 1.9K

**LUCIE | SHIB.IO** 🧜‍♀️ @LucieSHIB · Feb 16, 2022
Hello! Can you please list $Bone & $Leash?

1 8 20

**DreheteAnn** @DreheteAnn · Feb 16, 2022
Cool Cool Cool! Gronkio Cool

1

**Shillables** @shillables · Apr 25, 2022
Gronk, we want you in Shillables NFT Club. DM's always open for you Ser!

**teky929rr** @teky929rr · Feb 16, 2022
Wow the stupid things people do for money wtf..... where do I sign up??? 😜

1 1

**Yazdan** @Yazdan_NT · Feb 16, 2022
#SHIB #BONE🍖 #LEASH
#SHIBARMY
#SHIBOSHIS
💥💥💥 #ShibaSwap💥💥💥
#NFTs
#OSHIVERSE
💥💥🐕🐕🔥🔥🗽
#Ryoshi
#SHIBARIUM
#SHIBARMYSTRONG...
Show more

1

**Susan Tagler** @SusanTagler · Feb 18, 2022
Hey sweetie. We miss you smiling face every day in tampa.

**MysticMelody** @Victori80680369 · Feb 16, 2022
How can he be so cute?.... hmmm I mean Puppy :)

1

**Mitchell Magee** @MitchellMagee8 · Feb 16, 2022
Love it Rob.

1

Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

**Jonathan White**
@jdw232






**Jonathan White**
@jdw232