# **EXHIBIT 36**





Search

Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Jonathan White
@jdw232

Post

**Voyager**
@investvoyager

The winners are in! 🎉🎊🥂

@RobGronkowski and #Voyager teamed up to give 10 puzzle-fanatics each $1,000 VGX for solving Gronk's Cryptic Crypto Clues. Check out Gronk's IG Story to see the final winners.

5:43 PM · Jan 10, 2022

19 17 138

Post your reply Reply

**John Breen** @RealJohnBreen · Jan 10, 2022
Any update on BTT redenomination?
1 3

**joe$** @joel88965009 · Jan 10, 2022
#btt
1

**hero✕community** @heroXcommunity · Jan 10, 2022
👨‍🦲👨‍🦰🐸💪⚔️🟣🚀
#VGXheroes #VoyagerFamily #CryptoForAll $VGX $VYGVF $VOYG

discord.gg/vgxheroes
1 7

**Coinpaper** @coinpapercom Ad
Crypto Market Manipulation: Shedding Light on the Hidden Tactics
coinpaper.com/3631/crypto-ma...

**Relevant people**

**Voyager**
@investvoya…
Official Twit…

**Rob Gronk…**
@RobGronk…
Tampa Bay …

**What's happe…**

**Maple Leafs at Ca…**
NHL · LIVE

Sports · Trending
**Ohtani**
Trending with Ippei

Only on X · Trending
**WE ARE GETTING**
2,162 posts

Sports · Trending
**Xavier Tillman**

Entertainment · Trend…
**Simlish**

Show more

Terms of Service Priv… Accessibility Ads inf…

Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Jonathan White
@jdw232

Crypto Market Manipulation: Shedding Light on the Hidden Tactics

From coinpaper.com

2 · 2 · 11 · 7.3K

**DH** @Daniellehufly · Jan 11, 2022
Please my problem still no any result. Only helped me update the case number... can you fix out it . It's really difficult to communicate?!

**kathleen sigmund** @coloradochickco · Jan 11, 2022
Are you switching bttold over tomorrow? Please give us a current update.
2

**Deus** @AmadeusDurbin · Jan 10, 2022
what's the deal with #btt???? You haven't answered any emails or responded to any tweets. Since when is ignoring investors a good business model?
1

**Tom S.** @tommiespaghetti · Jan 10, 2022
Yay. What are you doing with BTT?
2

**DrBurkenstock** @DrBurkenstock · Jan 10, 2022
Congrats all!
1

**J** @jlcorven · Jan 12, 2022
My money was withdrawn from my bank account a solid week ago and is STILL not transferrable by Voyager. Give me my money back please!
2 · 1

**Lord Aragorn** @IDoN0tFearDeath · Jan 10, 2022

Relevant peo
Voyager
@investvoy
Official Twit
Rob Gronk
@RobGronk
Tampa Bay

What's happe
Maple Leafs at Ca
NHL · LIVE
Sports · Trending
Ohtani
Trending with Ippei
Only on X · Trending
WE ARE GETTING
2,162 posts
Sports · Trending
Xavier Tillman
Entertainment · Trend
Simlish
Show more

Terms of Service Priv
Accessibility Ads inf

- Home
- Explore
- 20+ Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

**Relevant peo**

**Voyager**
@investvoya
Official Twit

**Rob Gronk**
@RobGronk
Tampa Bay I

**What's happe**

**Maple Leafs at Ca**
NHL · LIVE

Sports · Trending
**Ohtani**
Trending with Ippei

Only on X · Trending
**WE ARE GETTING**
2,162 posts

Sports · Trending
**Xavier Tillman**

Entertainment · Trend
**Simlish**

Show more

Terms of Service Priv
Accessibility Ads inf

**Jonathan White**
@jdw232