# **<u>EXHIBIT 37</u>**

Search
Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Post

**Voyager**
@investvoyager

Still trying to figure out @RobGronkowski's #CrypticCryptoClues Game?

Here's at least ONE clue. Find 4 more and you could win $1K in Voyager Tokens $VGX!

Today's the last day to play. There's still time to be 1 of our 10 winners.

Enter now ➡️ bit.ly/32ftwMo

3:19 PM · Dec 22, 2021

33 13 110

Post your reply Reply

**Royal Pirate** @RoyalPirate33 · Dec 22, 2021
still trying to figure out, why steve cannot admit he screwed up and apologies for misleading token holders
1

**Manzo** @manzana1988_ · Dec 22, 2021
Blockchain, doge , BTC , gas fee , shiba inu

**BenQ MOBIUZ Gaming North America** @MobiuzGaming Ad
Join the adventure with #BenQ #MOBIUZ and Dragon's Dogma 2!

🎮 Enter our sweepstakes with @CapcomUSA_ for a chance to win game codes and the awesome #EX2710Q Gaming Monitor.

Don't wait – @DragonsDogma launches on 3/22! 🐉

Enter here: bit.ly/3Vlre7w

#DragonsDogma2

Jonathan White
@jdw232

Relevant peo
Voyager
@investvoya
Official Twit
Rob Gronk
@RobGronk
Tampa Bay I

What's happe
Maple Leafs at Ca
NHL · LIVE
Trending in United Sta
Under RICO
2,830 posts
Trending in United Sta
#GalaGames
Sports · Trending
Ohtani
Trending with Ippei
Trending in United Sta
AUSTON
1,023 posts
Show more

Terms of Service Priv
Accessibility Ads inf

3/20/24, 4:58 PM (20) Voyager on X: "Still trying to figure out @RobGronkowski's #CrypticCryptoClues Game? Here's at least ONE clue. Find 4 mor…

Case 1:22-cv-22538-RKA   Document 254-37   Entered on FLSD Docket 04/10/2024   Page 3 of 4







Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Jonathan White
@jdw232

**Relevant peo**

**Voyager**
@investvoy
Official Twit

**Rob Gronk**
@RobGronk
Tampa Bay

**What's happe**

**Maple Leafs at Ca**
NHL · LIVE

Trending in United Sta
**Under RICO**
2,830 posts

Trending in United Sta
**#GalaGames**

Sports · Trending
**Ohtani**
Trending with Ippei

Trending in United Sta
**AUSTON**
1,023 posts

Show more

Terms of Service Priv
Accessibility Ads inf