Case 1:22-cv-22538-RKA   Document 254-38   Entered on FLSD Docket 04/10/2024   Page 1 of 5

# **EXHIBIT 38**



Search

Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Jonathan White
@jdw232

## Post

**Voyager**
@investvoyager

Helping our guy @RobGronkowski spread a little "Gronkmas" cheer with a new game & giveaway!

Solve at least 5 correctly & you could win $1K in Voyager Tokens $VGX. 10 winners total. Just in time for the holidays.

#CrypticCryptoClues #Gronk

Enter here >>

From instagram.com

7:00 PM · Dec 21, 2021

23 16 148

Post your reply Reply

**Marcel** @christopmarcel · Dec 21, 2021
12 weeks!? To verify my SSN and passport?! Yet you're sending me emails to say I made it!? How do I rescind my information?

**Robert** @Rghj21 · Dec 21, 2021
What if a person doesn't use or have an Instagram account? I can name about 9-10 different clues.

2

**Liver King** @liverking Ad
An undeniable force of unmanliness...

**Relevant people**

**Voyager**
@investvoyager
Official Twit

**Rob Gronkowski**
@RobGronk
Tampa Bay

**What's happening**

**Pirates at Yankees**
MLB · LIVE

Sports · Trending
**Ohtani**
Trending with Ippei

Trending in United States
**Under RICO**
2,830 posts

Trending in United States
**#GalaGames**

Sports · Trending
**Megan Rapinoe**

Show more

Terms of Service Privacy
Accessibility Ads info

3/20/24, 4:52 PM (21) Voyager on X: "Helping cement @BarbarianBrothers as the "Grimm Brothers of Barbarians" will be how @unclebonbon & I plan to solve …

# X

- Home
- Explore
- Notifications (20+)
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**


Jonathan White
@jdw232

The kale doesn't fall far from the cow.

He's the most complete Barbarian to date.

He bled through his soul for this!

Join me in welcoming @AwakenWithJP to the brotherhood.

There will always be a commensurate trail of blood…

Show more



👥 **Readers added context they thought people might want to know**

Liver King was exposed for spending as much as 11,000 USD a month on steroids. Despite a prior apology and vow to go natural, he has since begun using steroids again. His muscles are not from a raw meat diet, which can also make you very ill.

businessinsider.com/liver-king-reg….

honehealth.com/edge/health/li…

cdc.gov/foodsafety/foo….

Do you find this helpful?   Rate it

Context is written by people who use X, and appears when rated helpful by others. Find out more.

💬 1.7K    🔁 1.2K    ❤ 11K    📊 120M    🔖    📤

---

**Robert** @Rghj21 · Dec 22, 2021
DogeCoin
Whale
Gas Fees
Buy the Dip
NFT
HODL
Bitcoin Pizza
Lightning Network
86 Career Touchdowns

💬   🔁   ❤   📊   🔖   📤

---

**Wilemsky Beaubrun** @WilemskyB · Dec 30, 2021
We want @InuSaitama

💬   🔁   ❤   📊   🔖   📤

---

🐵 **NFT World** @sachinppatkar · Dec 26, 2021
1986 NBA Draft
Whales buy the DIP
BlockChain Gas
DogeCoin goto Moon
Bitcoin Lightning Network

💬   🔁   ❤   📊   🔖   📤

## Relevant people

**Voyager**
@investvoyager
Official Twit…

**Rob Gronko…**
@RobGronk…
Tampa Bay …

## What's happening

**Pirates at Yankees**
MLB · LIVE

Sports · Trending
**Ohtani**
Trending with Ippei

Trending in United States
**Under RICO**
2,830 posts

Trending in United States
**#GalaGames**

Sports · Trending
**Megan Rapinoe**

Show more

Terms of Service   Privacy   Accessibility   Ads info

https://twitter.com/investvoyager/status/1473443203579879427   2/4

Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Jonathan White
@jdw232

**Snake Eater** @Long_wang8 · Dec 21, 2021
1.whales
2. Moon (looks like a moon globe)
3. Dip
4.doge dog
5. Gas (fees)
1 3

**TruthUnderground** @SamuelR56346026 · Dec 22, 2021
Why is there no shiba token on your exchange.. Get with the program
2

**CryptoNinja** 🥷 @cryptoninja87 · Jan 6, 2022

1

**Relevant peo**
**Voyager**
@investvoya
Official Twit
**Rob Gronkc**
@RobGronk
Tampa Bay I

**What's happe**
**Pirates at Yankees**
MLB · LIVE
Sports · Trending
**Ohtani**
Trending with Ippei
Trending in United Sta
**Under RICO**
2,830 posts
Trending in United Sta
**#GalaGames**
Sports · Trending
**Megan Rapinoe**
Show more

Terms of Service Priv
Accessibility Ads infc







Home
Explore
20+
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

**Relevant peo**

**Voyager**
@investvoya
Official Twit

**Rob Gronko**
@RobGronk
Tampa Bay I

**What's happe**

**Pirates at Yankees**
MLB · LIVE

Sports · Trending
**Ohtani**
Trending with Ippei

Trending in United Sta
**Under RICO**
2,830 posts

Trending in United Sta
**#GalaGames**

Sports · Trending
**Megan Rapinoe**

Show more

Terms of Service Priv
Accessibility Ads info

**Jonathan White**
@jdw232
...