# EXHIBIT 39











Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Rob Gronkowski reposted

**Voyager** @investvoyager

#Bitcoin all-time high

LOADING...

[redacted]] 99%

7:51 PM · Oct 15, 2021

48 92 750 1

Post your reply Reply

**fatos** @fatosmena · Oct 15, 2021
When wallet for doge

**Hoser** @doginall · Oct 15, 2021
You've recently become uncorrelated to this asset at the most inconvenient time 🤨

**Pancho** @PanchoCuervoRVN · Oct 15, 2021
nice
1

**ג'ה - בית להתפתחות רוחנית** @DotanYe · Oct 15, 2021
it is not 99% yet
1

**CryptoKrone** @DanielKrone4 · Oct 15, 2021
@SongbirdComm

**countx** @BRTcrpt · Oct 16, 2021
When EU app.???????

**John Griggs** @theberkute · Oct 15, 2021
Now we need ethereum to head that way.
2

**Rob** @VGXRob · Oct 15, 2021
Where is the rest of the VLP?
1 8

**nariboa29 -** @nariboa29 · Oct 16, 2021
If you do not answer my email I will go to the nearest office and I will claim I want my account back please 🤦🏾‍♂️
I send like 200 tiket 🤦🏾‍♂️ answer please if not i go to the office and and you are not going to want me to go, believe me

**Support** miércoles
Voyager Support: Ticket # (218607)

Relevant people
Voyager @investvoyager Official Twit

What's happening
Tomorrowland Wi
Music Festival · LIVE
Entertainment · Trend
Josh Peck
10.5K posts
Business and finance
$ETHFI
54.2K posts
Trending in United Sta
Megan
31.5K posts
Trending in United Sta
Lyon County
Show more

Terms of Service Priv
Accessibility Ads inf

Caroline @Carolin3035431

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Relevant peo

Voyager
@investvoya
Official Twit

What's happe

**Tomorrowland Wir**
Music Festival · LIVE

Entertainment · Trend
**Josh Peck**
10.5K posts

Business and finance
**$ETHFI**
54.2K posts

Trending in United Sta
**Megan**
31.5K posts

Trending in United Sta
**Lyon County**

Show more

Terms of Service   Priv
Accessibility   Ads info

Caroline
@Carolin3035431



🔍

𝕏

🏠  Home

🔍  Explore

🔔  Notifications

✉️  Messages

     Grok

☰  Lists

🔖  Bookmarks

👥  Communities

✖️  Premium

👤  Profile

⊙  More

**Post**

⏸ GIF

💬          ↻          ♡ 16          📊          🔖  📤

**Mikael** @Michael80940568 · Oct 16, 2021  ···
BTC with ATH and Voyager stock price? What's going on?

💬          ↻          ♡          📊          🔖  📤

**Abel Arce** @AbelHollis01 · Oct 15, 2021  ···
$VGX all-time high
LOADING...
■■■■■■□□□□□□□□
35%

💬          ↻          ♡ 11          📊          🔖  📤

**Nand_Bak** @nas_developer · Oct 15, 2021  ···
VGX all-time low

LOADING...

[■■■■■■■■■■] 99%

💬 1          ↻          ♡ 1          📊          🔖  📤

**Hans V.** @theRealHansV · Oct 15, 2021  ···
This weekend is gonna be wild!!!

💬          ↻          ♡ 2          📊          🔖  📤

**Michael** 🇮🇹 @forzaromaspqr · Oct 15, 2021  ···
I nominate whomever is tweeting for @investvoyager this week for
employee of the week.



▶ GIF

💬          ↻ 3          ♡ 32          📊          🔖  📤

**🧙FLⱭKi🌐X-Hero⚠️🧗** @_X_Floki · Oct 15, 2021  ···
I like this tweet @investvoyager.

$BTC SaH!
$VGX SaH!

**Relevant peo...**

Ⓥ  **Voyager**
    @investvoya...
    Official Twit...

**What's happe...**

**Tomorrowland Wi...**
Music Festival · LIVE

Entertainment · Trend...
**Josh Peck**
10.5K posts

Business and finance
**$ETHFI**
54.2K posts

Trending in United Sta...
**Megan**
31.5K posts

Trending in United Sta...
**Lyon County**

Show more

Terms of Service   Priv...
Accessibility   Ads inf...


**Caroline**
@Carolin3035431                   ···







GIF

*Oh, you bloody mad genius.*

♡ 17

**BionicCryptoBeaver** @mleepearce83 · Oct 15, 2021

Day 8 going on 9 of no response from Voyager support ticket.

Anxiety loading...

GIF

💬   🔁   ♡ 2

**Daniel Dalri** @DalriDaniel · Oct 16, 2021
🔥

**Tom Brady** @TomBrad75429871 · Oct 20, 2021
Hey rob man I miss you really I do. I just want you to know I always will be your friend. I'm tired tonight. I had on fuck of a long day. Just trying not to go overboard. Had probation appointment for a friend and I feel drained. It's like bed soon. Hey I want your my sunglasses

💬 1   🔁   ♡ 1

### More replies

**Ms. Behaven** @Trumpster20242 · Oct 19, 2021
Release our coins we already paid for. Been waiting 10 days since you took the $$$ out of my account.

**Steve** @TheStevenOne · Oct 15, 2021
I'm inviting you to start investing in crypto with Voyager. Download the app and trade $100 to get $25 of free Bitcoin.
Use code 6C8617BF8 or this link to claim your BTC:

**Caroline**
@Carolin3035431

Relevant peo...
Voyager
@investvoya...
Official Twit...

What's happe...

Dodgers at Padres...
MLB · This morning

Entertainment · Trend...
**Josh Peck**
10.6K posts

Entertainment · Trend...
**Cyclops**
8,910 posts

Entertainment · Trend...
**Captain America**
11.3K posts

Business and finance...
**$ETHFI**
81.2K posts

Show more

Terms of Service   Priv...
Accessibility   Ads inf...



voyager.onelink.me/WNIy/referral?...

**Ansoniq** @Lightside3879 · Oct 16, 2021
What great support, your app stops sending sms verification codes so you blame the customer. I have had the same cellphone number since I was 17. I am not 35. Your app sucks, your support sucks. I hope you fail and shutdown.

**Martial** @GODFATHEROFFIC1 · Oct 16, 2021
whitelist for battle zombies nft is now open ..

#defi #invest #business #eth #trader #cryptoart #ethereum #ltc #trading #cryptocurrency #bitcoin ₿ #blockchain #btc ₿ #crypto #nft #nftart #sol 36

**SHIB General** ⭐⭐⭐⭐⭐ @PaulParatrooper · Oct 21, 2021
I have Voyager and they are dishonest about their referral fees. I am a real investor on Voyager and even have VGX coin. I will keep tweeting until they pay me my referral fees. My user name is Arianababy. I am also a real U.S. Veteran Airborne. Hate dishonesty pls retweet

**Ms. Behaven** @Trumpster20242 · Oct 15, 2021
Im filing complaints with the FBI and FTC! You took $4000 of mine in three payments and NEVER delivered the first coin!

**Olivia margaine** @1t_hodlII · Oct 15, 2021
#Bitcoin ₿ broke through $61k and is now reported at $62k Long-Term Holders have returned to impressive unrealised profits.

$62k is psychology resistance.BIG ROUND NUMBER we will power through this quickly

I've been taking @1t_hodlII tweets and tips seriously and I've earned

♡ 1

**Casie Bullington** @BullingtonCasie · Oct 16, 2021
SHIB perfectly 🤑 Free SHIB @BONUS_SHIB

**Denise Kevan** @KevanDenise · Oct 15, 2021
Transaction confirmed - 36 000 000 000 SHIBA tokens! Thank you @BONUS_SHIB We are with you SHIBA INU 👏

**Nisha Barrowcliff** @NishaBarrowcli1 · Oct 16, 2021
SHIBA SUPER 🤑 Bonus tokens SHIBA @BONUS_SHIB

**Geeky peak** @Dontmindatal · Oct 16, 2021
Wanna own a zombie? Then take a look here ☝️

#BattleZombies #NFT

11,939 Rare Battle Zombies to be minted on #Solona #blockchain

Whitelist open now

#Minting starts on Oct 28th



...
Show more

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Relevant peo**

**Voyager**
@investvoya
Official Twit

**What's happe**

**Dodgers at Padres**
MLB · This morning

Entertainment · Trend
**Josh Peck**
10.6K posts

Entertainment · Trend
**Cyclops**
8,910 posts

Entertainment · Trend
**Captain America**
11.3K posts

Business and finance
**$ETHFI**
81.2K posts

Show more

Terms of Service Priv
Accessibility Ads inf

**Caroline**
@Carolin3035431