# EXHIBIT 40





Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Search

**Rob Gronkowski** @RobGronkowski

Everyone loves treats!!

> **Voyager** @investvoyager · Nov 23, 2021
> Everyone deserves a treat 🦴
>
> Use code GRONK when you open a #Voyager account to get $25 in #Bitcoin ₿ .
> ...
> Show more

1:49 PM · Nov 23, 2021

18 | 19 | 270 | 1

Post your reply
Reply

**Kathy Christian** @christian_kathy · Nov 23, 2021
If you don't read the description this looks like a Dogecoin giveaway. Which, in my opinion, it should be 😉! The people love Doge! Just ask @elonmusk 🤩😎

**hero❌community** @heroXcommunity · Nov 23, 2021
🦸‍♂️🦸‍♂️🐸💪⚔️🟣🚀

**Caroline** @Carolin3035431

X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

Grok

📋 Lists

🔖 Bookmarks

👥 Communities

✖️ Premium

👤 Profile

⊙ More

**Post**

🔍 Search

---

**CHEERS TO THAT, BABY!**
▶ GIF

💬          ↻          ♡ 4          ⬤          🔖  ⬆️

**Ecthelion** @LDani97 · Nov 23, 2021          •••
☝🏻
💬          ↻          ♡ 1          ⬤          🔖  ⬆️

**AtticusFish** 🇦🇺🇺🇦 @thevigorish24 · Nov 23, 2021          •••



💬          ↻          ♡ 2          ⬤          🔖  ⬆️

**AtticusFish** 🇦🇺🇺🇦 @thevigorish24 · Nov 23, 2021          •••
Thanks Gronk
💬          ↻          ♡          ⬤          🔖  ⬆️

**Madeline Ryan** @Madeline_Ryan17 · Nov 24, 2021          •••
Welcome back Gronk!
💬          ↻          ♡          ⬤          🔖  ⬆️

**L.A.2012** @LA201210 · Nov 23, 2021          •••
Gronk, don't promote scams
💬          ↻          ♡          ⬤          🔖  ⬆️

**BlueNovaNP** 🟣 @BIueNovaNP · Nov 23, 2021          •••
$vgx #vgx500
💬          ↻          ♡          ⬤          🔖  ⬆️

⬅  **Post**          @RedEyeStyle · Nov 23, 2021          •••
For anyone considering it, dont do it. Voyager is terrible. Was with them for
a year and am currently in the process of pulling all my funds but guess
what? Waited over 2 days to even begin an ETH transfer. Still shows
pending. DONT SIGN UP!!!
💬 1          ↻          ♡ 3          ⬤          🔖  ⬆️

**Relevant peo**

**Mr crypto veteran** @SanjaVanjablja · Nov 23, 2021          •••
Biggest treat is >500 $VGX tokens to start earning those sweet rewards on
@investvoyager platform!

Caroline
@Carolin3035431

💬   ⟲   ♡ 2   📊   🔖   ⬆

**BIG D** @THEREALBIGD30 · Nov 23, 2021
But that code still won't get me USAA insurance!

💬   ⟲   ♡ 2   📊   🔖   ⬆

**Kevin** @KevInvests48 · Nov 23, 2021
Glad you're baaack!!

💬   ⟲   ♡   📊   🔖   ⬆

**Military Mama** @e_cooper · Nov 23, 2021
You backing a scam exchange now?

💬   ⟲   ♡   📊   🔖   ⬆

**🏴‍☠️FLǪKi🌐X-Hero⚖️🏗️** @_X_Floki · Nov 23, 2021

> **🏴‍☠️FLǪKi🌐X-Hero⚖️🏗️** @_X_Floki · Nov 23, 2021
> Replying to @investvoyager and @RobGronkowski
> 🌶 used the code GRONK & then got the % interest boost on her $BTC 🌶 because she holds enough $VGX to qualify for the Voyager Loyalty Program
>
> She's a good girl, a happy customer, & supports @RobGronkowski's ...
> Show more
>
> [images of two dogs on grass]

💬   ⟲   ♡ 4   📊   🔖   ⬆

**Alexandra** @AlexandraHaddix · Nov 23, 2021
Everyone loves to be able to access their own money. Which seems like a lot of voyagers can't right now....

💬   ⟲   ♡   📊   🔖   ⬆

## More replies

**jay ✰** @ryanssuccop · Nov 23, 2021
give ralphie a treat

💬   ⟲   ♡   📊   🔖   ⬆

**ImNamedJames** @ImNamedJames · Nov 23, 2021
A treat was having Gronk back for the win over the Giants!

💬   ⟲   ♡   📊   🔖   ⬆



**Caroline**
@Carolin3035431

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

**Post**

Caroline
@Carolin3035431

...