# **EXHIBIT 41**





Search

Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Jonathan White
@jdw232

Post

**Voyager** @investvoyager · Nov 26, 2021
Announcing the #CyberMonday Special. For a limited time, earn $40 for each referral.

🦃🍁🍽️🌽🥂

14 33 167

**Voyager**
@investvoyager

All #Voyager referrals from Cyber Monday until the end of Tuesday will earn a $15 $BTC boost on top of the regular $25 reward 🤩

To qualify, your friend must open an account, deposit $100, and trade. T&Cs apply.

1:54 PM · Nov 26, 2021

10 1 72

Post your reply Reply

**Voyager** @investvoyager · Nov 26, 2021
Promo only lasts 48 hours, so act fast to stack rewards 🍂

Grab your referral code and get started.

9 2 63

**Jeanette James** @Jeanett73191906 · Nov 28, 2021
Unfortunately I have friends who have been trying to get an account put together and completed for a couple of weeks and they can't get it done You're so backed up.

**GeekFest** @GeekFestEvents Ad
**PRESS RELEASE:**
🎉Geek enthusiasts, rejoice!😄GeekFest West, geekfest.com, a locally owned and operated event🙂, will occur at the Everett Arena from July 19 to July 21, 2024. Be prepared for an unforgettable celebration of all things geek.😎👌🔥

**Relevant peo**
**Voyager**
@investvoya
Official Twit

**What's happe**
**Rams at Cavaliers**
NCAA Men's Basketba

Trending
**Trump Tower**
27.6K posts

Trending in United Sta
**Kid B**
2,704 posts

Trending in United Sta
**#pugtalk**

Trending in United Sta
**Neuralink**
63.3K posts

Show more

Terms of Service Priv
Accessibility Ads inf

Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

From geekfest.com

23 · 5 · 52 · 267K

**Jonathan Morrison** @IcKYThump_2008 · Nov 27, 2021
How about you guys get up to date on finalization on my account. I've been waiting over a month.

**Shug** 🤙🏻 @JShugs76 · Nov 26, 2021
Everyone that is using my referral code is not being able to open an account there being put on a waitlist I opened a ticket about this as well can you please help. @Channel75live

**Lord Aragorn** @IDoN0tFearDeath · Nov 26, 2021
Applies to #VLP members as well. Looking forward to $50 referrals 🤑

5

**Rat Race Referee** @ratracereferee · Nov 26, 2021
If I refer a friend will you unlock my account and give me my $4000 back?

2

Show additional replies, including those that may contain offensive content **Show**

**Relevant peo**

**Voyager**
@investvoya
Official Twit

**What's happe**

**Rams at Cavaliers**
NCAA Men's Basketba

Trending
**Trump Tower**
27.6K posts

Trending in United Sta
**Kid B**
2,704 posts

Trending in United Sta
**#pugtalk**

Trending in United Sta
**Neuralink**
63.3K posts

Show more

Terms of Service Priv
Accessibility Ads inf

**Jonathan White**
@jdw232

3/20/24, 4:30 PM (20) Voyager on X: "All #Voyager referrals from Cyber Monday until the end of Tuesday will earn a $25 $BTC bonus on top of the r…

