# **EXHIBIT 46**

**gronk** ✓
Paid partnership



**174,210 views**

**gronk** 120w · Hi, I'm Gronk. I love puzzles… and also love crypto. That's why I made Gronk's Cryptic Crypto Clues. Solve 5 clues to be entered to win $1,000 in Voyager Tokens (VGX) from my friends at Voyager.

Step 1: Watch the whole 🎬
Step 2: Follow @investvoyager
Step 3: List 5️⃣ correct answers in comments

🔟 winners in total! Ready? Set! Game On!

Rules ➡️ link in bio.

#CrypticCryptoClues #GronkNation #Gronk #voyagerpartner

View all 609 comments

December 20, 2021