# EXHIBIT 16

# FILED UNDER SEAL

# [RGOLD_CUBAN_00157]