# EXHIBIT 17

## FILED UNDER SEAL

## [RGOLD_CUBAN_0009]