# EXHIBIT 20

# FILED UNDER SEAL

# [GATES__CUBAN__00017-00020]