# EXHIBIT 21

# FILED UNDER SEAL

# [GARRISON__CUBAN__00007-00010]