# EXHIBIT 24

# FILED UNDER SEAL

# [Rob-Voyager-00000016 - Excerpted]