# EXHIBIT 26

# FILED UNDER SEAL

# [Sponsorship Agreement]