# EXHIBIT 43

# FILED UNDER SEAL

# [MAVSCUBAN00003620-25]