# EXHIBIT 44

# FILED UNDER SEAL

# [VOYAGER000825 - Excerpted]