# EXHIBIT 45

# FILED UNDER SEAL

[Rob-Voyager-00000016 - Excerpted]