IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1:22-cv-22538 (Altman/Reid)

DOMINIK KARNAS, *et al.*,

    Plaintiffs,

    v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

**ORDER ON DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL THE UNREDACTED VERSIONS OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION *AND* SUPPORTING EXHIBITS BECAUSE THEY CONTAIN REFERENCES TO CONFIDENTIAL INFORMATION**

**THIS CAUSE** came before the Court upon Defendants MARK CUBAN's and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS' Motion for Leave to File Under Seal the Unredacted Versions of Defendants' Opposition to Plaintiffs' Motion for Class Certification *and* Supporting Exhibits Because They Contain References to Confidential Information, and the Court being otherwise fully informed in the premises, it is

**ORDERED AND ADJUDGED** that said Motion for Leave to File Under Seal is hereby GRANTED and the Defendants may file under seal the unredacted versions of Defendants' Opposition to Plaintiffs' Motion for Class Certification *and* Supporting Exhibits.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this ____ day of April 2024.

                                                                THE HONORABLE ROY K. ALTMAN
                                                               District Court Judge

*Copies furnished to all Counsel/Parties of Record via CM/ECF.*