# EXHIBIT A

## Proposed Redactions to Exhibit 43 to Defendants' Opposition to Plaintiffs' Motion for Class Certification

From: Ryan Mackey
Sent: Wed 8/25/2021 9:37 PM (GMT-00:00)
To: Mark Cuban
Cc: Cynthia Marshall; Mark Cuban
Bcc:
Subject: Re: Voyager Company Overview (Confidential)

Tokens are not a big part of their strategy. Adoption of their mobile app using multiple currencies is

Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

---

**From:** Mark Cuban <mcuban@gmail.com>
**Sent:** Wednesday, August 25, 2021 4:36:17 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>; Mark Cuban <Mark.Cuban@dallasmavs.com>
**Subject:** Re: Voyager Company Overview (Confidential)

per year ?

On Wed, Aug 25, 2021 at 10:49 AM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

[REDACTED] for up to 5 years

**From:** Mark Cuban <mcuban@gmail.com>
**Sent:** Wednesday, August 25, 2021 10:49 AM
**To:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>
**Cc:** Mark Cuban <Mark.Cuban@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Re: Voyager Company Overview (Confidential)

How much do they want to spend ?

EXHIBIT
62

On Tue, Aug 24, 2021 at 11:51 PM Cynthia Marshall <Cynthia.Marshall@dallasmavs.com> wrote:

Thanks, Boss!

Let us dig in more. What would you like to know?

Mackey, are they willing to move forward without Mark's involvement? I think that could be a tad compromising. Just my two cynts.

Cynt

On Aug 25, 2021, at 12:12 AM, Mark Cuban <mcuban@gmail.com> wrote:

I'll dig in some more. The one thing we can't do is push a token as being better than others or claiming it's a good investment. So if that's important to them. That's n issue

On Tue, Aug 24, 2021 at 9:53 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

[redacted]

[redacted]

Before we go further, I told them you would need to check them out. If we advance conversations, they would welcome connecting with you directly to answer any specific questions you may have.

Ryan

PS. We're working hard to learn, talking to as many resources as we can: potential sponsors, agencies, teams, league office, etc. As of today, here's where we've made progress:



**From:** Drew Northfield <dnorthfield@excelsm.com>
**Sent:** Tuesday, August 24, 2021 6:58 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Voyager Company Overview (Confidential)

Hi Ryan,

Below is a quick but thorough overview of Voyager's business for you to share with Mark. Please keep this information **confidential**, and let me know if you have any questions before presenting. Their CEO and CMO would welcome the chance to meet with him and answer any questions if he would like to pursue a partnership discussion.

***Why Voyager?***

- * Voyager was founded in 2018 by a group of proven entrepreneurs with highly successful backgrounds at companies like E*TRADE, Uber, and Morgan Stanley.
- * Our goal is to take the complexity out of crypto for the everyday investor, and to bring crypto out of the shadows and into the light.
    - * This started with a simplified app that, from the beginning, allowed investors to seamlessly trade in USD and coins with zero commissions.
- * We have 1.8 million users, a $400mm Revenue Run Rate, a ~$2.5 billion market cap and several hundred million in liquidity to fuel growth.
- * We offer 64 coins currently and are curating and adding new coins every month--based on quality, liquidity and demand.

- * We are also a leader in paying rewards for holding crypto. Currently, we pay annual % rewards on 30+ coins.
    - * For example, we are currently paying 5.75% on BTC, 4.6% on ETH, 9% on USDC, 12% on DOT (on an annual basis).
- * We are not an exchange like Coinbase or Binance (exchanges are designed for institutions). Instead, we are an agency broker--which means that it is our responsibility to transact in the best interest of our customers.
- * Going forward, our mantra is *Crypto for All.* We are making it easy for anyone to learn about, invest in, and use crypto.
    - * We want consumers to be part of the evolution of finance while growing their own financial future.

***Publicly Traded Company***

- * Voyager was the first consumer crypto investing platform to go public – we are currently listed on the CSE.
- * Confidentially, we are moving to the TSX (8th largest exchange in the world) in just a couple of weeks (announcing on 8/23).
    - * Goal is to be on Nasdaq in 2022
- * We believe transparency is important for crypto investing platform—which is why we decided to go public early on, subjecting ourselves to standard reporting and regulation.
- * Coinbase is the only other public company in the crypto investing space.

***Voyager / VGX Community***

- * We have a very loyal and engaged community around our own token, VGX, which has a ~$1 billion market cap.
- * The VGX token pays 7% staking rewards annually, and, based on certain levels of VGX holdings (10k+), token holders can earn a 1% boost on all rewards we pay out.
- * We just completed what we believe is the largest Token Swap/Token Merger in history on the Ethereum blockchain.

- * Note the swap has also given the company a significant amount of tokens for marketing programs

- * Check out $VGX on Twitter and you will see a highly engaged community of token holders.
- * In September, we'll launch the much-anticipated Voyager Loyalty Program that pays rewards based on the quantity of VGX tokens held in a Voyager account.

***Recent Acquisitions / Growth Plan***

- * We just acquired a global payments company, Coinify, that brings us into the merchant/ B2B payments space (can replace BitPay)
  - * This will also will kickstart our European operations, which will begin in 2022
- * In the fall, we plan to launch a market-leading debit card tied to the USD Coin.

https://www.investvoyager.com/

--

Sent from My phone Typos are to be expected Markcuban.com for all my stuff !

--

Sent from My phone Typos are to be expected Markcuban.com for all my stuff !

--
m

http://www.markcuban.com
My NFTs https://lazy.com/mcuban
Lets Go Mavs !
#MFFL