IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1:22-cv-22538 (Altman/Reid)

DOMINIK KARNAS, *et al.*,

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

### [PROPOSED] ORDER ON DEFENDANTS' RENEWED MOTION FOR LEAVE TO FILE UNDER SEAL THE UNREDACTED VERSIONS OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION *AND* SUPPORTING EXHIBITS THAT CONTAIN REFERENCES TO CONFIDENTIAL INFORMATION

**THIS CAUSE** came before the Court upon Defendants MARK CUBAN's and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS' Renewed Motion for Leave to File Under Seal the Unredacted Versions of Defendants' Opposition to Plaintiffs' Motion for Class Certification *and* Supporting Exhibits That Contain References to Confidential Information, and the Court being otherwise fully informed in the premises, it is

**ORDERED AND ADJUDGED** that said Renewed Motion for Leave to File Under Seal is hereby GRANTED and the Defendants may file under seal the unredacted versions of Defendants' Opposition to Plaintiffs' Motion for Class Certification *and* Exhibits 26 and 43, and file publicly a partially redacted version of Exhibit 43 and Defendants' Opposition, and to withhold in full (file a slipsheet of) Exhibit 26.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this ____ day of April 2024.

                                                                     _____
                                                                     THE HONORABLE ROY K. ALTMAN
                                                                     District Court Judge

*Copies furnished to all Counsel/Parties of Record via CM/ECF.*