UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/Reid

**DOMINIK KARNAS**, *et al.*,

    *Plaintiffs*,

v.

**MARK CUBAN**, *et al.*,

    *Defendants.*
_____/

## ORDER

The Defendants have filed their Unopposed Renewed Motion for Leave to File Under Seal (the "Renewed Motion") [ECF No. 262]. The "Defendants now seek to file under seal only two Exhibits that contain the Defendants' proprietary business and competitive pricing information"—in addition to the unredacted version of their Response in Opposition to the Plaintiffs' Motion for Class Certification ("Defs.' Class Resp.") [ECF No. 254]. Renewed Mot. at 2.[1] The first Exhibit is the "sponsorship agreement between the Mavericks and Voyager," which the Defendants "seek to file under seal in its entirety[.]" *Ibid.*; *see also* Ex. 26 to Def.'s Class Resp. ("Sponsorship Agreement") [ECF No. 254-26] (slipsheet filing). The other Exhibit is an "email chain among employees of the Mavericks." Renewed Mot. at 2; *see also* Ex. 43 to Def.'s Class Resp. [ECF No. 254-43] ("Email Exhibit") (slipsheet filing). The Defendants "seek to redact only the portion of this Exhibit that contains competitive information regarding the Defendants' proprietary business strategy and

---

[1] We've already given the Defendants leave to file the unredacted version of the Expert Report of Patick Conroy [ECF No. 254-2] under seal. *See* Order on the Defendants' First Motion for Leave [ECF No. 258] at 5.

potential revenue streams," Renewed Mot. at 2, and have attached their proposed redactions to the Renewed Motion, *see* Redacted Email Exhibit [ECF No. 262-1].

Upon review of the Renewed Motion, the record, and the governing law, we find good cause to allow the Defendants to file these documents under seal. Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Defendants' Unopposed Renewed Motion for Leave to File Under Seal [ECF No. 262] is **GRANTED**.

2. By **April 22, 2024**, the Defendants shall file **UNDER SEAL** the unredacted versions of their Response in Opposition to the Plaintiffs' Motion for Class Certification, Exhibit 26 (the Sponsorship Agreement), and Exhibit 43 (the Email Exhibit). Those filings shall remain sealed until further notice of the Court.

3. The Defendants shall file on the public docket a partially redacted version of Exhibit 43 and a slipsheet of Exhibit 26.

4. The Plaintiffs shall file their Reply by **April 29, 2024**.

**DONE AND ORDERED** in the Southern District of Florida on April 22, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record