# **EXHIBIT 3**



# Transcript of Edwin E. Garrison

**Date:** March 21, 2024
**Case:** Karnas, et al. -v- Cuban, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF FLORIDA
 3                        MIAMI DIVISION
 4   -------------------------x
 5   DOMINIK KARNAS, et al.,    :
 6              Plaintiffs,     :  Case No.
 7        v.                    :  1:22-cv-22538-ALTMAN/REID
 8   MARK CUBAN, et al.,        :
 9              Defendants.     :
10   -------------------------x
11
12
13              Videotaped Deposition of
14                  EDWARD E. GARRISON
15                  Conducted Virtually
16               Thursday, March 21, 2024
17                     9:32 a.m. EST
18
19
20
21
22
23   Job No.: 530569
24   Pages: 1 - 109
25   Reported by:  Nancy C. Bendish, CCR, RMR, CRR
```

| | | |
|---|---|---|
| 1 | that were eligible to earn interest and you | 10:29:38 |
| 2 | invested in a threshold amount, correct? | 10:29:41 |
| 3 | A.   Correct. | 10:29:44 |
| 4 | Q.   And on those you earned interest, | 10:29:44 |
| 5 | right? | 10:29:48 |
| 6 | A.   Correct. | 10:29:48 |
| 7 | Q.   And Voyager paid that interest to | 10:29:53 |
| 8 | you? | 10:29:55 |
| 9 | A.   Correct. | 10:29:55 |
| 10 | Q.   Okay.  And then the second | 10:29:57 |
| 11 | grouping is you invested in a bunch of tokens | 10:30:02 |
| 12 | that were not on the Voyager Earn Program | 10:30:06 |
| 13 | account, correct? | 10:30:10 |
| 14 | MR. BUSHMAN:  Object to the form. | 10:30:11 |
| 15 | A.   It wasn't on the earn account, but | 10:30:12 |
| 16 | it was on the Voyager account, yes, sir. | 10:30:14 |
| 17 | Q.   I'm sorry.  You invested in tokens | 10:30:16 |
| 18 | that were on the Voyager account, that you could | 10:30:19 |
| 19 | trade but were not part of the EPA? | 10:30:23 |
| 20 | MR. BUSHMAN:  Objection. | 10:30:27 |
| 21 | A.   Right. | 10:30:29 |
| 22 | Q.   Okay? | 10:30:30 |
| 23 | A.   Yes. | 10:30:31 |
| 24 | Q.   And you didn't earn interest on | 10:30:31 |
| 25 | those, correct? | 10:30:32 |

| | | |
|---|---|---|
| 1 | A. Correct. | 10:30:34 |
| 2 | Q. And then finally, the third | 10:30:36 |
| 3 | category is there were tokens that you invested | 10:30:39 |
| 4 | in that were part of Voyager's Earn Program | 10:30:43 |
| 5 | Account, but you didn't invest the minimum | 10:30:47 |
| 6 | threshold to earn interest, correct? | 10:30:50 |
| 7 | A. Correct. | 10:30:53 |
| 8 | Q. And so, can we go down to the | 10:30:54 |
| 9 | bottom, please. | 10:31:00 |
| 10 | So, in tallying up all the | 10:31:08 |
| 11 | interest payments that Voyager paid you in the | 10:31:11 |
| 12 | history of you holding an account at Voyager, | 10:31:17 |
| 13 | using the data from, first and foremost, | 10:31:23 |
| 14 | Defendant's 2, and then converting it to a more | 10:31:28 |
| 15 | readable document in Defendant's 1, and then | 10:31:32 |
| 16 | taking all that data and distilling it for | 10:31:37 |
| 17 | Defendant's 3, that the total interest that you | 10:31:41 |
| 18 | earned from you holding cryptocurrencies that | 10:31:45 |
| 19 | were part of the Earn Program Account that you | 10:31:50 |
| 20 | invested a minimum threshold amount in was | 10:31:54 |
| 21 | $22.52? | 10:31:57 |
| 22 | A. Yes, sir. | 10:31:59 |
| 23 | MR. BUSHMAN: Objection. | 10:32:00 |
| 24 | A. But some of the coins also earned | 10:32:01 |
| 25 | promotions from, like Shiba Inu if you hold X | 10:32:03 |

| | | |
|---|---|---|
| 1 | amount they gave you -- Voyager would give you X | 10:32:07 |
| 2 | amount for holding those on that account. | 10:32:10 |
| 3 |     Q.   Okay.  That's not interest, | 10:32:12 |
| 4 | though.  That's a reward. | 10:32:14 |
| 5 |     A.   Right, I understand. | 10:32:16 |
| 6 |     Q.   Right?  Am I correct? | 10:32:17 |
| 7 |     A.   Correct. | 10:32:20 |
| 8 |     Q.   And so the total interest that you | 10:32:20 |
| 9 | earned from Voyager's Earn Program Account | 10:32:24 |
| 10 | holdings was $22.52, correct? | 10:32:29 |
| 11 |     MR. BUSHMAN:  Object to form. | 10:32:33 |
| 12 |     A.   Correct. | 10:32:35 |
| 13 |     MR. BEST:  Can we now go back to | 10:32:42 |
| 14 | Defendant's 1. | 10:32:44 |
| 15 |     Q.   Now, you held these crypto | 10:33:11 |
| 16 | positions for a period of time before you sold | 10:33:14 |
| 17 | them, correct? | 10:33:21 |
| 18 |     A.   Correct, sir. | 10:33:23 |
| 19 |     Q.   Indulgence one second.  I've just | 10:33:30 |
| 20 | got to get my docs in order. | 10:33:33 |
| 21 |     MR. BUSHMAN:  We've been going | 10:33:36 |
| 22 | about an hour, Steve; you want to take a quick | 10:33:37 |
| 23 | break? | 10:33:39 |
| 24 |     MR. BEST:  Yeah, why don't we take | 10:33:40 |
| 25 | a quick break.  How long do you want, Howard? | 10:33:41 |

| | | |
|---|---|---|
| 1 | MR. BUSHMAN:  Just five minutes. | 10:33:44 |
| 2 | MR. BEST:  Perfect.  Talk to you | 10:33:46 |
| 3 | in five minutes.  We're off the record. | 10:33:51 |
| 4 | THE VIDEOGRAPHER:  Going off the | 10:33:51 |
| 5 | record, the time is 10:33 a.m. | 10:33:52 |
| 6 | (Recess taken.) | 10:34:03 |
| 7 | THE VIDEOGRAPHER:  We are back on | 10:46:34 |
| 8 | the record and the time is 10:46 a.m. | 10:46:35 |
| 9 | MR. BEST:  Thank you so much. | 10:46:38 |
| 10 | BY MR. BEST: | 10:46:40 |
| 11 | Q.    Mr. Garrison, I want to just ask | 10:46:40 |
| 12 | you a few questions regarding where you were | 10:46:43 |
| 13 | when you opened your account and made your | 10:46:48 |
| 14 | trades.  Were you in any other state other than | 10:46:53 |
| 15 | Oklahoma for your trading activity on Voyager? | 10:46:57 |
| 16 | A.    No, sir. | 10:47:01 |
| 17 | Q.    All your trading activity took | 10:47:03 |
| 18 | place in the State of Oklahoma? | 10:47:06 |
| 19 | A.    Yes, sir. | 10:47:10 |
| 20 | Q.    And where were you when you | 10:47:12 |
| 21 | watched the Mavs press conference on October | 10:47:15 |
| 22 | 27th? | 10:47:21 |
| 23 | A.    I was home that evening, sir. | 10:47:22 |
| 24 | Q.    In Oklahoma? | 10:47:24 |
| 25 | A.    Yes, sir. | 10:47:25 |

| | | |
|---|---|---|
| 1 | Thing about that, the conference, | 10:47:29 |
| 2 | I saw the YouTube video, I logged into YouTube, | 10:47:31 |
| 3 | that's how I saw the conference, was through the | 10:47:35 |
| 4 | YouTube video. | 10:47:38 |
| 5 | Q. I think that's what you said. Are | 10:47:40 |
| 6 | you saying that you don't remember whether it | 10:47:42 |
| 7 | was live or not, but you just saw it -- | 10:47:45 |
| 8 | A. Right. | 10:47:48 |
| 9 | Q. -- on YouTube? | 10:47:49 |
| 10 | A. I saw the video, yes. | 10:47:52 |
| 11 | Q. And when you saw it, you saw it | 10:47:53 |
| 12 | while you were in Oklahoma, though, correct? | 10:47:55 |
| 13 | A. Yes, sir. | 10:47:57 |
| 14 | Q. You understand that as lead class | 10:47:59 |
| 15 | plaintiff in this case, there's a bunch of | 10:48:01 |
| 16 | allegations about violations of various states' | 10:48:06 |
| 17 | consumer protection laws and securities laws | 10:48:14 |
| 18 | outside of Oklahoma, right? | 10:48:19 |
| 19 | A. Sir, I'm not familiar with -- I | 10:48:21 |
| 20 | mean, I don't know the laws; that's why I got my | 10:48:23 |
| 21 | attorneys. | 10:48:26 |
| 22 | Q. All right. But you read the | 10:48:26 |
| 23 | complaint, right? | 10:48:28 |
| 24 | A. Yes. | 10:48:29 |
| 25 | Q. And the complaint talked about | 10:48:30 |

| | | |
|---|---|---|
| 1 | violations of California law.  You didn't have | 10:48:33 |
| 2 | any actions that you took while you were in | 10:48:39 |
| 3 | California, correct? | 10:48:42 |
| 4 |        MR. BUSHMAN:  Objection to form. | 10:48:43 |
| 5 |    A.   I was not ever in California, sir. | 10:48:45 |
| 6 |    Q.   Okay.  And so do you have a claim | 10:48:47 |
| 7 | under California law, that you know of? | 10:48:51 |
| 8 |        MR. BUSHMAN:  Object to form. | 10:48:53 |
| 9 |    Q.   You can answer. | 10:48:59 |
| 10 |        MR. BUSHMAN:  You can answer it. | 10:49:00 |
| 11 |    A.   Do I have what, sir? | 10:49:02 |
| 12 |    Q.   Do you have a claim in California? | 10:49:04 |
| 13 |    A.   We have representatives on our | 10:49:07 |
| 14 | class action that's from California, yes, sir. | 10:49:11 |
| 15 |    Q.   But you don't have a personal | 10:49:13 |
| 16 | claim, but you may have representatives; is that | 10:49:17 |
| 17 | a fair comment? | 10:49:21 |
| 18 |        MR. BUSHMAN:  Object to form. | 10:49:22 |
| 19 |    Q.   You can answer. | 10:49:24 |
| 20 |    A.   Yes. | 10:49:26 |
| 21 |        MR. BUSHMAN:  Ed, for purposes of | 10:49:30 |
| 22 | the deposition, if I object, you still can | 10:49:31 |
| 23 | answer the question unless I instruct you not to | 10:49:34 |
| 24 | answer.  Okay? | 10:49:36 |
| 25 |        THE WITNESS:  Okay, thank you. | 10:49:37 |

Transcript of Edwin E. Garrison
Conducted on March 21, 2024                52

| | | |
|---|---|---|
| 1 | Q. And let's just talk -- let's just | 10:49:41 |
| 2 | get right to it. What are your claims against | 10:49:51 |
| 3 | the Dallas Mavericks and Mark Cuban? | 10:49:53 |
| 4 | A. My claim, sir, is that after | 10:49:56 |
| 5 | watching the videos and signing up to Voyager | 10:49:58 |
| 6 | based off what Mark Cuban was being a | 10:50:02 |
| 7 | partnership in, I invested in crypto and Voyager | 10:50:06 |
| 8 | and trusted him, had faith in him and, you know, | 10:50:11 |
| 9 | they unfortunately went bankrupt on us. So our | 10:50:18 |
| 10 | claim is to try and get back at a minimum what | 10:50:21 |
| 11 | we lost. | 10:50:26 |
| 12 | Q. So let's focus on that. I heard | 10:50:27 |
| 13 | you say videos, plural, from Mark Cuban. I only | 10:50:30 |
| 14 | know of one video. | 10:50:37 |
| 15 | A. Right. That's the video, yes, | 10:50:39 |
| 16 | sir, from YouTube. | 10:50:41 |
| 17 | Q. So a singular video, correct? | 10:50:43 |
| 18 | A. Correct, sir. | 10:50:46 |
| 19 | Q. Did you follow the Voyager website | 10:50:47 |
| 20 | or do you follow Voyager on Twitter? | 10:50:51 |
| 21 | A. I have seen them on and off, yes, | 10:50:56 |
| 22 | sir. I don't follow -- I follow them now | 10:50:58 |
| 23 | because of what happened, yes. They told me to | 10:51:01 |
| 24 | go ahead -- Voyager told us to go ahead and redo | 10:51:04 |
| 25 | our account. | 10:51:06 |

Transcript of Edwin E. Garrison
Conducted on March 21, 2024                91

| | | |
|---|---|---|
| 1 | about is the Mavs' sponsorship of Voyager; is | 12:01:14 |
| 2 | that correct? | 12:01:22 |
| 3 | A. Yes. | 12:01:22 |
| 4 | Q. And the universe of statements by | 12:01:25 |
| 5 | Mr. Cuban, as we've discussed, was his | 12:01:28 |
| 6 | statements at the October 27th, 2021 press | 12:01:33 |
| 7 | conference, correct? | 12:01:37 |
| 8 | A. Correct. | 12:01:38 |
| 9 | MR. BUSHMAN: Object to the form. | 12:01:38 |
| 10 | Q. Okay. You don't know of any other | 12:01:43 |
| 11 | statements by Mr. Cuban regarding the Voyager | 12:01:45 |
| 12 | that have been made public, correct? | 12:01:48 |
| 13 | A. Correct. | 12:01:51 |
| 14 | Q. And so, what if you were an | 12:01:58 |
| 15 | investor who opened an account in, say, February | 12:02:02 |
| 16 | of 2021, seven months or so before Mr. Cuban | 12:02:08 |
| 17 | made any statements; do you represent that | 12:02:13 |
| 18 | investor? | 12:02:16 |
| 19 | MR. BUSHMAN: Object to the form. | 12:02:17 |
| 20 | (Reporter clarification.) | 12:02:17 |
| 21 | THE WITNESS: I didn't have a | 12:02:26 |
| 22 | chance to answer the question, I'm sorry. I | 12:02:27 |
| 23 | haven't had a chance to answer. I stopped | 12:02:29 |
| 24 | because those two were talking. | 12:02:33 |
| 25 | Q. But you can answer. | 12:02:37 |

Transcript of Edwin E. Garrison
Conducted on March 21, 2024                                    92

| | | |
|---|---|---|
| 1 | A. Repeat that please, now. | 12:02:38 |
| 2 | Thank you. | 12:02:39 |
| 3 | Q. Do you represent investors who | 12:02:41 |
| 4 | opened an account at Voyager prior to October | 12:02:44 |
| 5 | 27th, 2021 when Mr. Cuban and the Mavs gave | 12:02:50 |
| 6 | their press conference? | 12:02:57 |
| 7 | MR. BUSHMAN: Object to the form. | 12:02:58 |
| 8 | A. Yes. | 12:02:59 |
| 9 | Q. And how do you represent them if | 12:03:01 |
| 10 | there was no touchpoint to Mr. Cuban? | 12:03:04 |
| 11 | A. Because they may have reinvested | 12:03:08 |
| 12 | into it because of Mr. Cuban's joining. | 12:03:11 |
| 13 | Q. And how do you prove that? | 12:03:13 |
| 14 | A. That's up to -- I can't say for | 12:03:16 |
| 15 | everybody, speak for everybody. I'm speaking as | 12:03:20 |
| 16 | a representative that I invested because of | 12:03:22 |
| 17 | Mr. Cuban; so I'm assuming they did, too. | 12:03:25 |
| 18 | Q. That's a very helpful answer, | 12:03:35 |
| 19 | thank you. Let me ask you this. | 12:03:37 |
| 20 | We can all tell that you had a | 12:03:40 |
| 21 | touchpoint to Mr. Cuban because you signed up | 12:03:44 |
| 22 | and used the Mavs' promotional code, correct? | 12:03:50 |
| 23 | A. Correct, sir. | 12:03:55 |
| 24 | Q. And so past that, do you | 12:03:56 |
| 25 | understand that there were probably 20 celebrity | 12:04:03 |

Transcript of Edwin E. Garrison
Conducted on March 21, 2024
93

| | | |
|---|---|---|
| 1 | sponsors of Voyager during this, around this | 12:04:13 |
| 2 | period of time or during the time that Voyager | 12:04:17 |
| 3 | was offering an Earn Program Account? | 12:04:20 |
| 4 | MR. BUSHMAN: Object to form. | 12:04:23 |
| 5 | A.   I remember Mr. Cuban and I also | 12:04:26 |
| 6 | remember seeing Mr. Cassill, I believe was one | 12:04:30 |
| 7 | of them, Mr. Gronkowski, the ones I remember. | 12:04:36 |
| 8 | Q.   Would you have any reason to | 12:04:41 |
| 9 | dispute that there were ten, if not 20 more | 12:04:43 |
| 10 | celebrity endorsors? | 12:04:52 |
| 11 | A.   It could be possible, yes. | 12:04:59 |
| 12 | Q.   Do you know that along with | 12:05:02 |
| 13 | promotional codes that Voyager offered something | 12:05:09 |
| 14 | called a referral code? | 12:05:12 |
| 15 | A.   I've heard of that, yes, sir. | 12:05:15 |
| 16 | Q.   And what is a referral code as you | 12:05:17 |
| 17 | understand? | 12:05:19 |
| 18 | A.   If you refer a friend or another | 12:05:20 |
| 19 | person to invest into Voyager, they would give | 12:05:23 |
| 20 | you some kind of promotion for doing it. | 12:05:27 |
| 21 | Q.   Okay.  And that was available to | 12:05:31 |
| 22 | people who already had accounts at Voyager to | 12:05:39 |
| 23 | use to refer friends or acquaintances to the | 12:05:44 |
| 24 | site? | 12:05:49 |
| 25 | A.   I'm not familiar how long it was | 12:05:50 |

Transcript of Edwin E. Garrison
Conducted on March 21, 2024 94

| | | |
|---|---|---|
| 1 | on. I know of it but I'm not familiar with the | 12:05:52 |
| 2 | whole site, that part. I am familiar with -- | 12:05:55 |
| 3 | Q. But that's how the concept of a | 12:06:00 |
| 4 | referral code works, correct? | 12:06:02 |
| 5 | A. Correct. | 12:06:06 |
| 6 | Q. And do you know how many members | 12:06:07 |
| 7 | of your class referred investors to this class | 12:06:10 |
| 8 | that got referral codes? | 12:06:18 |
| 9 | A. No, sir. | 12:06:20 |
| 10 | Q. And do you know that Duke | 12:06:31 |
| 11 | University Athletics promoted Voyager? | 12:06:36 |
| 12 | A. No, sir. I just know Mr. Cuban | 12:06:42 |
| 13 | and Mr. Gronkowski and Mr. Cassill, the ones I | 12:06:44 |
| 14 | know of. | 12:06:48 |
| 15 | Q. Do you know that Duke University | 12:06:48 |
| 16 | Athletics sent out a worldwide blast on their | 12:06:52 |
| 17 | Twitter account announcing their promotion with | 12:06:58 |
| 18 | Voyager to all members who followed Duke | 12:07:05 |
| 19 | Athletics? | 12:07:10 |
| 20 | A. No, sir, not aware of it. | 12:07:11 |
| 21 | Q. Okay. And do you know, similarly, | 12:07:13 |
| 22 | that University of Kansas Athletics did the same | 12:07:17 |
| 23 | thing; that is, sent a worldwide blast out to | 12:07:20 |
| 24 | all followers of the University of Kansas | 12:07:24 |
| 25 | Athletics to support Voyager? | 12:07:29 |

Transcript of Edwin E. Garrison
Conducted on March 21, 2024                                  95

| | | |
|---|---|---|
| 1  | A.    No, sir.  Again, Mr. Cuban is the | 12:07:30 |
| 2  | only one I know of and Mr. Cassill and | 12:07:34 |
| 3  | Mr. Gronkowski, that I'm aware of. | 12:07:37 |
| 4  | Q.    If these blasts that I've just | 12:07:42 |
| 5  | talked about by Duke University and University | 12:07:45 |
| 6  | of Kansas and a bunch of others occurred within | 12:07:48 |
| 7  | a one- to two-month time frame of the Mavs' | 12:07:55 |
| 8  | sponsorship in October, you'd agree that it | 12:08:01 |
| 9  | would make it hard to determine the touchpoints | 12:08:04 |
| 10 | to other people's investments, right? | 12:08:08 |
| 11 | MR. BUSHMAN:  Object to the form. | 12:08:11 |
| 12 | A.    If they -- repeat that question, | 12:08:15 |
| 13 | please, sir. | 12:08:16 |
| 14 | Q.    You'd agree with me that if there | 12:08:17 |
| 15 | are hundreds of thousands of blasts going out by | 12:08:21 |
| 16 | various athletic departments around the country | 12:08:25 |
| 17 | about Voyager, it would be hard, harder to | 12:08:28 |
| 18 | determine who was influenced by what in the | 12:08:35 |
| 19 | process of making investment decisions, other | 12:08:41 |
| 20 | than just relying on Mark Cuban; correct? | 12:08:44 |
| 21 | MR. BUSHMAN:  Object to the form. | 12:08:46 |
| 22 | A.    I know me, for a personal fact, | 12:08:49 |
| 23 | for me it was Mark Cuban that made me do it. | 12:08:51 |
| 24 | Mr. Cuban is the one that -- I did it because of | 12:08:55 |
| 25 | Mark Cuban and who he was. | 12:08:59 |

Transcript of Edwin E. Garrison
Conducted on March 21, 2024                                96

| | | |
|---|---|---|
| 1 | Q.    How would we, since you're the | 12:09:01 |
| 2 | lead of the class, how do we determine from your | 12:09:05 |
| 3 | class those people who didn't sign up for the | 12:09:10 |
| 4 | Mavs' 100 code, having some evidence that they | 12:09:14 |
| 5 | watched or saw Mr. Cuban's video and made | 12:09:26 |
| 6 | investment decisions accordingly? | 12:09:31 |
| 7 |         MR. BUSHMAN:  Object to the form. | 12:09:33 |
| 8 |    A.    You would have to ask them. | 12:09:34 |
| 9 |    Q.    Individually? | 12:09:39 |
| 10 |    A.    Yes. | 12:09:40 |
| 11 |    Q.    Okay. | 12:09:41 |
| 12 |         MR. BEST:  I think we're done. | 12:09:43 |
| 13 |         MR. BUSHMAN:  Okay.  I just have a | 12:09:48 |
| 14 | few -- | 12:09:50 |
| 15 |         MR. BEST:  Could we take a five | 12:09:51 |
| 16 | minute break, just a two-minute break to make | 12:09:52 |
| 17 | sure I'm done?  I want to ask my folks if I | 12:09:55 |
| 18 | missed something. | 12:09:58 |
| 19 |         MR. BUSHMAN:  Sure. | 12:09:59 |
| 20 |         MR. BEST:  And then we'll be right | 12:09:59 |
| 21 | back. | 12:10:01 |
| 22 |         THE VIDEOGRAPHER:  We're going off | 12:10:02 |
| 23 | the record.  The time is 12:10 p.m. | 12:10:04 |
| 24 |         (Recess taken.) | 12:10:12 |
| 25 |         THE VIDEOGRAPHER:  We are going | 12:12:17 |

Transcript of Edwin E. Garrison
Conducted on March 21, 2024                           97

| | | |
|---|---|---|
| 1 | back on the record and the time is 12:12 p.m. | 12:12:29 |
| 2 | - - - | 12:12:34 |
| 3 | EXAMINATION BY MR. BUSHMAN: | 12:12:34 |
| 4 | Q.   Mr. Garrison, I just have a couple | 12:12:35 |
| 5 | of quick questions. | 12:12:37 |
| 6 | We reviewed exhibits -- Exhibit 5, | 12:12:39 |
| 7 | which was a transcript of a press conference. | 12:12:58 |
| 8 | Do you recall that? | 12:13:00 |
| 9 | A.   Yes. | 12:13:01 |
| 10 | Q.   And of course it was a transcript; | 12:13:03 |
| 11 | it wasn't the actual video of the press | 12:13:05 |
| 12 | conference, correct? | 12:13:07 |
| 13 | A.   Right. | 12:13:09 |
| 14 | Q.   So, can you sort of set the stage | 12:13:09 |
| 15 | for me as to what you saw in that video?  Was | 12:13:12 |
| 16 | this an individual press conference by Mark | 12:13:18 |
| 17 | Cuban, was it a joint press conference?  What | 12:13:21 |
| 18 | did it look like? | 12:13:24 |
| 19 | A.   It was a joint press conference | 12:13:25 |
| 20 | with Mr. Ehrlich and Mr. Cuban and it was there | 12:13:27 |
| 21 | done in the Mavs' arena. | 12:13:31 |
| 22 | Q.   And what were the gentlemen | 12:13:33 |
| 23 | wearing? | 12:13:36 |
| 24 | A.   They were both wearing Mav logo | 12:13:36 |
| 25 | shirts. | 12:13:41 |

Transcript of Edwin E. Garrison
Conducted on March 21, 2024                              98

| | | |
|---|---|---|
| 1 | Q.    And was there anything in the | 12:13:41 |
| 2 | backdrop behind them? | 12:13:44 |
| 3 | A.    There was the Mav logos on a board | 12:13:45 |
| 4 | behind them. | 12:13:50 |
| 5 | Q.    And was there a Voyager logo | 12:13:51 |
| 6 | behind them as well? | 12:13:54 |
| 7 | A.    Yes. | 12:13:55 |
| 8 | Q.    Was the press conference one | 12:14:01 |
| 9 | person speaking and another person speaking, or | 12:14:04 |
| 10 | was it like a back and forth kind of | 12:14:07 |
| 11 | conversation? | 12:14:10 |
| 12 | A.    Back and forth.  It was a back and | 12:14:10 |
| 13 | forth. | 12:14:12 |
| 14 | MR. BUSHMAN:  Can you pull up, | 12:14:13 |
| 15 | Mr. Court Reporter, Defendant's Exhibit 5, | 12:14:15 |
| 16 | please.  If you could turn to page 3.  Thank | 12:14:18 |
| 17 | you.  Just a little bit further down, please. | 12:14:42 |
| 18 | Q.    Mr. Garrison, can you read | 12:14:49 |
| 19 | starting on line 16 to 22 into the record? | 12:14:56 |
| 20 | A.    "The Mavs and Voyager will also | 12:14:59 |
| 21 | work on developing unique and engaging | 12:15:01 |
| 22 | promotions for all Mavs fans.  First and | 12:15:03 |
| 23 | foremost, fans who download the app, create an | 12:15:07 |
| 24 | account using the promotional code of MAVS100, | 12:15:11 |
| 25 | deposit $100, and make a trade will get $100 in | 12:15:15 |

Transcript of Edwin E. Garrison
Conducted on March 21, 2024

99

| | | |
|---|---|---|
| 1 | crypto. I'm guessing that's Voyager?" | 12:15:19 |
| 2 | Q. And when you saw "I'm guessing | 12:15:26 |
| 3 | that's Voyager," what did you take that to mean | 12:15:29 |
| 4 | when you saw the video? | 12:15:31 |
| 5 | A. That that's what Mr. Cuban was | 12:15:33 |
| 6 | there for, because of Voyager, the token. | 12:15:38 |
| 7 | Q. The Voyager token. | 12:15:43 |
| 8 | A. Yes. | 12:15:45 |
| 9 | Q. And how did that affect your | 12:15:45 |
| 10 | purchasing decision to buy the Voyager token? | 12:15:46 |
| 11 | MR. BEST: Objection, form. | 12:15:51 |
| 12 | A. I believed in what Mr. Cuban was | 12:15:54 |
| 13 | talking about. I listened to him and I | 12:15:56 |
| 14 | understood what he was saying and I believed in | 12:15:59 |
| 15 | him and I trusted him and I bought Voyager | 12:16:01 |
| 16 | tokens. | 12:16:04 |
| 17 | MR. BUSHMAN: And if you could, | 12:16:06 |
| 18 | Mr. Court Reporter, please move down to page 11 | 12:16:09 |
| 19 | of the transcript. | 12:16:13 |
| 20 | Q. Oh, Mr. Garrison, just for clarity | 12:16:17 |
| 21 | of the record, what you just read into the | 12:16:19 |
| 22 | record from the transcript, that was Mr. Cuban | 12:16:23 |
| 23 | speaking? | 12:16:25 |
| 24 | A. Yes. | 12:16:25 |
| 25 | Q. We can go to page 11. You there? | 12:16:29 |