# **EXHIBIT 7**



# Transcript of Lee Reiners

**Date:** March 28, 2024
**Case:** Karnas, et al. -v- Cuban, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF FLORIDA
 3                        MIAMI DIVISION
 4    -------------------------x
 5    DOMINIK KARNAS, et al.,    :
 6                Plaintiffs,    :  Case No.
 7         v.                    :  1:22-cv-22538-ALTMAN/REID
 8    MARK CUBAN, et al.,        :
 9                Defendants.    :
10    -------------------------x
11
12
13                 Videotaped Deposition of
14                       LEE REINERS
15                    Conducted Virtually
16                 Thursday, March 28, 2024
17                      10:05 a.m. EST
18
19
20
21
22
23    Job No.: 530570
24    Pages: 1 - 136
25    Reported by: Nancy C. Bendish, CCR, RMR, CRR
```

| | | |
|---|---|---|
| 1 | MR. BEST: Okay. Go ahead, Dan. | 11:32:44 |
| 2 | - - - | 11:32:49 |
| 3 | BY MR. SACHS: | 11:32:49 |
| 4 | Q. Do you have an awareness of the | 11:32:50 |
| 5 | cryptocurrencies that were offered for purchase | 11:32:52 |
| 6 | or custody on the Voyager application? | 11:32:56 |
| 7 | MR. ZACK: Objection to form. No | 11:33:01 |
| 8 | idea what the term "awareness" means. | 11:33:05 |
| 9 | A. I don't know every single | 11:33:11 |
| 10 | cryptocurrency that was available for purchase | 11:33:14 |
| 11 | and custody on the Voyager app. I do know that | 11:33:18 |
| 12 | Bitcoin was one, Ether was one, VGX of course | 11:33:24 |
| 13 | was one, and I know there were multiple others | 11:33:32 |
| 14 | but I can't name every single one. | 11:33:36 |
| 15 | Q. And do you have a belief, one way | 11:33:38 |
| 16 | or the other, as to whether each of those | 11:33:41 |
| 17 | cryptocurrencies were eligible for earning | 11:33:44 |
| 18 | interest on the Voyager app? | 11:33:47 |
| 19 | MR. ZACK: Objection to form. | 11:33:49 |
| 20 | A. So, I don't know every single | 11:34:00 |
| 21 | cryptocurrency that was eligible for rewards on | 11:34:05 |
| 22 | the Voyager app. I know that many of them were. | 11:34:08 |
| 23 | Q. Is it your belief that some | 11:34:15 |
| 24 | cryptocurrencies on the app were eligible for | 11:34:17 |
| 25 | earning interest and some were not? | 11:34:21 |

| | | |
|---|---|---|
| 1 | A. I don't know. | 11:34:27 |
| 2 | Q. You don't know because you've | 11:34:31 |
| 3 | never looked at this, or you can't remember? | 11:34:33 |
| 4 | MR. ZACK: Object to the form. | 11:34:36 |
| 5 | MR. BEST: Let me, if you don't | 11:34:40 |
| 6 | mind, Dan, let me just ask some questions and | 11:34:41 |
| 7 | get through this. | 11:34:45 |
| 8 | BY MR. BEST: | 11:34:45 |
| 9 | Q. Thank you for your answer. | 11:34:47 |
| 10 | Can you, for the purposes of these | 11:34:52 |
| 11 | questions, take what I'm about to say as fact | 11:34:55 |
| 12 | for a hypothetical. | 11:34:59 |
| 13 | If there are cryptocurrencies on | 11:35:02 |
| 14 | the Voyager platform that are not part of the | 11:35:06 |
| 15 | Voyager Earn Program, are they nonetheless | 11:35:10 |
| 16 | securities, in your opinion? | 11:35:20 |
| 17 | A. That's a hypothetical that I can't | 11:35:25 |
| 18 | answer. | 11:35:27 |
| 19 | Q. Okay, that's fair. | 11:35:28 |
| 20 | What about when you said that a | 11:35:30 |
| 21 | uniform class is anybody who purchased an EPA, | 11:35:38 |
| 22 | okay; do I have your definition right as to kind | 11:35:45 |
| 23 | of a uniform class? | 11:35:48 |
| 24 | A. I didn't use those exact words, | 11:35:52 |
| 25 | but I think that is an accurate description of | 11:35:54 |

| | | |
|---|---|---|
| 1 | the uniform class. | 11:36:00 |
| 2 | Q. Does the class include -- do you | 11:36:03 |
| 3 | consider the class to include investors who | 11:36:06 |
| 4 | purchased tokens outside of the Voyager Earn | 11:36:10 |
| 5 | Program Account as part of that class? | 11:36:14 |
| 6 | MR. KAYE: Form. What are you | 11:36:20 |
| 7 | defining as Earn Program Account, Steve? Do you | 11:36:21 |
| 8 | mean on the Voyager platform, account on | 11:36:26 |
| 9 | the platform? | 11:36:29 |
| 10 | MR. BEST: On the Voyager | 11:36:30 |
| 11 | platform. This is important, so I'm going to | 11:36:31 |
| 12 | repeat my question. | 11:36:35 |
| 13 | BY MR. BEST: | 11:36:35 |
| 14 | Q. Do you consider, in your | 11:36:36 |
| 15 | definition of class, those members of the class | 11:36:39 |
| 16 | who opened an account on the Voyager platform, | 11:36:43 |
| 17 | which then triggered an Earn Program Account, | 11:36:46 |
| 18 | that those investors who purchased tokens that | 11:36:53 |
| 19 | were not part of the Voyager Earn Program | 11:36:58 |
| 20 | rewards? | 11:37:01 |
| 21 | MR. ZACK: Object to the form. | 11:37:03 |
| 22 | A. So, I want to make sure I | 11:37:09 |
| 23 | understand the question, so maybe I can repeat | 11:37:13 |
| 24 | it back. | 11:37:15 |
| 25 | So you're asking me whether or not | 11:37:19 |

| | | |
|---|---|---|
| 1 | customers who purchased cryptocurrency through | 11:37:25 |
| 2 | Voyager but were never enrolled in the EPA | 11:37:31 |
| 3 | program -- | 11:37:33 |
| 4 | Q.    No. | 11:37:37 |
| 5 | A.    -- would be counted as class | 11:37:38 |
| 6 | members? | 11:37:41 |
| 7 | Q.    No. | 11:37:43 |
| 8 | A.    Well, please clarify. | 11:37:44 |
| 9 | Q.    So they opened up an account on | 11:37:46 |
| 10 | Voyager, okay.  And they purchased | 11:37:48 |
| 11 | cryptocurrency that was available to purchase on | 11:37:51 |
| 12 | the Voyager platform, but was not part of | 11:37:53 |
| 13 | Voyager's Earn Program rewards system; and so | 11:37:56 |
| 14 | they did not earn interest on those | 11:38:01 |
| 15 | cryptocurrency tokens.  Are they part of the | 11:38:05 |
| 16 | class? | 11:38:07 |
| 17 | MR. ZACK:  Object to the form. | 11:38:07 |
| 18 | A.    That would depend. | 11:38:24 |
| 19 | Q.    That would depend on what? | 11:38:30 |
| 20 | A.    It would depend on the information | 11:38:31 |
| 21 | that those specific individuals had access to | 11:38:35 |
| 22 | and that had been communicated to them.  If they | 11:38:42 |
| 23 | were led to believe, through representations | 11:38:47 |
| 24 | made by Voyager or any of its employees or | 11:38:49 |
| 25 | affiliates, that by purchasing crypto through | 11:38:53 |

| | | |
|---|---|---|
| 1 | Voyager or using the Voyager application, that | 11:38:59 |
| 2 | they could potentially profit, earn rewards, | 11:39:04 |
| 3 | gain income, you know, whatever the gain may be, | 11:39:08 |
| 4 | then it is possible for those members, for those | 11:39:16 |
| 5 | individuals to be part of the class, in my | 11:39:21 |
| 6 | opinion. | 11:39:23 |
| 7 | Q. And the only way to glean that | 11:39:27 |
| 8 | information that you just mentioned is to go on | 11:39:30 |
| 9 | a case-by-case basis with each of the account | 11:39:33 |
| 10 | holders, correct? | 11:39:37 |
| 11 | MR. KAYE: Form. | 11:39:39 |
| 12 | A. Not necessarily. I mean, I | 11:39:41 |
| 13 | believe in the SEC versus Telegram decision. | 11:39:45 |
| 14 | The judge there said something along the lines | 11:39:50 |
| 15 | that you don't have to search for the precise | 11:39:53 |
| 16 | motivation or knowledge of every single | 11:39:56 |
| 17 | purchaser, investor. You have to look at the | 11:40:00 |
| 18 | characteristics of the EPA program as a whole. | 11:40:05 |
| 19 | Q. You didn't mention motivation once | 11:40:10 |
| 20 | when giving your explanation. So taking | 11:40:15 |
| 21 | motivation aside, how do you answer the | 11:40:18 |
| 22 | questions that you posed without talking to the | 11:40:20 |
| 23 | investors on an individual basis? | 11:40:25 |
| 24 | MR. ZACK: I object to the form of | 11:40:27 |
| 25 | the question. | 11:40:29 |

| | | |
|---|---|---|
| 1 | Q.   You don't, correct? | 11:40:35 |
| 2 | MR. ZACK:  I'll certainly object | 11:40:39 |
| 3 | to you answering for him, Steve. | 11:40:40 |
| 4 | MR. BEST:  I accept that | 11:40:46 |
| 5 | objection.  I withdraw that comment. | 11:40:48 |
| 6 | Q.   But answer the question, the | 11:40:50 |
| 7 | original question. | 11:40:52 |
| 8 | A.   Can you repeat the original | 11:40:53 |
| 9 | question, please. | 11:40:55 |
| 10 | MR. BEST:  Can you read it back, | 11:40:55 |
| 11 | Nancy. | 11:41:14 |
| 12 | (Last question read.) | 11:41:14 |
| 13 | A.   Well, I think you would have to | 11:41:21 |
| 14 | look at the broader information environment | 11:41:23 |
| 15 | associated with Voyager.  The standard is not | 11:41:27 |
| 16 | what was in the mind or knowable to every single | 11:41:31 |
| 17 | customer.  But if there was sufficient | 11:41:39 |
| 18 | information that would have led a reasonable | 11:41:42 |
| 19 | customer to believe that using Voyager, whether | 11:41:45 |
| 20 | or not they knew they were in EPAs, could result | 11:41:52 |
| 21 | in financial gains, then I think that's | 11:41:56 |
| 22 | sufficient to include those individuals in the | 11:41:59 |
| 23 | class definition. | 11:42:02 |
| 24 | Q.   Do you know if Voyager loaned out | 11:42:05 |
| 25 | the investment as it relates to cryptocurrency | 11:42:10 |

Transcript of Lee Reiners
Conducted on March 28, 2024  69

| | | |
|---|---|---|
| 1 | purchases that were not on the earn program | 11:42:17 |
| 2 | rewards system? | 11:42:24 |
| 3 | A.   I don't know if Voyager lent out | 11:42:27 |
| 4 | cryptocurrencies that were not enrolled in EPAs. | 11:42:30 |
| 5 | Q.   It's critical for the | 11:42:33 |
| 6 | consideration of whether they're a security, | 11:42:36 |
| 7 | though, correct? | 11:42:40 |
| 8 | MR. ZACK:  Objection to form. | 11:42:41 |
| 9 | A.   I don't think so. | 11:42:47 |
| 10 | MR. BEST:  I'm going to let Dan | 11:42:53 |
| 11 | take it over at this point. | 11:42:56 |
| 12 | BY MR. SACHS: | 11:42:56 |
| 13 | Q.   Let's go back to the report, | 11:43:02 |
| 14 | Exhibit 1, please. | 11:43:03 |
| 15 | Let me ask a general question | 11:43:38 |
| 16 | first.  Do you see Section 2.03 here in front of | 11:43:40 |
| 17 | you, Mr. Reiners? | 11:43:44 |
| 18 | A.   Yes. | 11:43:46 |
| 19 | Q.   Do you see it says:  "In October | 11:43:46 |
| 20 | 2019, Voyager began offering EPAs allowing | 11:43:48 |
| 21 | customers to earn rewards based on their crypto | 11:43:51 |
| 22 | deposits.  The EPAs were akin to savings account | 11:43:55 |
| 23 | with Voyager paying interest in the form of the | 11:43:59 |
| 24 | crypto that customers held as principal." | 11:44:02 |
| 25 | Do you see that? | 11:44:05 |

Transcript of Lee Reiners
Conducted on March 28, 2024

70

| | | |
|---|---|---|
| 1 | A. Yes. | 11:44:06 |
| 2 | Q. Is that a statement of fact or | 11:44:06 |
| 3 | opinion? | 11:44:09 |
| 4 | MR. ZACK: Objection to form. | 11:44:09 |
| 5 | A. The first sentence is certainly a | 11:44:21 |
| 6 | statement of fact, assuming that it's correct in | 11:44:23 |
| 7 | the Second Amended Complaint. And I believe | 11:44:29 |
| 8 | that's also the date that was in the CFTC | 11:44:32 |
| 9 | complaint. | 11:44:35 |
| 10 | I think the use of the word "akin" | 11:44:37 |
| 11 | in the second sentence is more suggestive of an | 11:44:42 |
| 12 | opinion, although I'll note that Voyager also | 11:44:44 |
| 13 | promoted EPAs as being similar to savings | 11:44:47 |
| 14 | accounts but with a higher rate of return. | 11:44:52 |
| 15 | Q. Okay. Let's focus on the first | 11:44:56 |
| 16 | sentence then. What is the source of that fact? | 11:44:58 |
| 17 | A. I believe I pulled this from the | 11:45:04 |
| 18 | Second Amended Complaint. It's either that or | 11:45:09 |
| 19 | the CFTC complaint. | 11:45:13 |
| 20 | Q. So if there are sentences like | 11:45:15 |
| 21 | this one of fact in your report that don't have | 11:45:17 |
| 22 | citations, should we assume that they are coming | 11:45:21 |
| 23 | from the Second Amended Complaint or the CFTC | 11:45:24 |
| 24 | complaint? | 11:45:28 |
| 25 | MR. ZACK: Objection to form. | 11:45:28 |

Transcript of Lee Reiners
Conducted on March 28, 2024  98

| | | |
|---|---|---|
| 1 | investor purchased an investment contract? | 12:54:19 |
| 2 | MR. ZACK: Objection to form. | 12:54:21 |
| 3 | A. All of the other facts and | 12:54:28 |
| 4 | analysis around EPAs as laid out in my expert | 12:54:30 |
| 5 | report. | 12:54:34 |
| 6 | MR. SACHS: Okay. I want to put | 12:54:37 |
| 7 | one thing on the record before we go forward. | 12:54:39 |
| 8 | Actually, Sue, could you please pull up Tab 16, | 12:54:41 |
| 9 | please. | 12:54:47 |
| 10 | Mr. Zack, I would ask you to | 12:54:50 |
| 11 | refrain from making speaking objections and to | 12:54:52 |
| 12 | limit your objection to form because, in my | 12:54:56 |
| 13 | view, there were a couple objections you made in | 12:54:58 |
| 14 | the prior session that were leading the witness; | 12:55:00 |
| 15 | so I'll ask you to limit yourself going forward. | 12:55:03 |
| 16 | MR. ZACK: I'd like you to tell me | 12:55:05 |
| 17 | which those were. | 12:55:06 |
| 18 | MR. SACHS: On the next break I'm | 12:55:08 |
| 19 | happy to point you to it, but I'm asking you to | 12:55:10 |
| 20 | not do that going forward. | 12:55:12 |
| 21 | MR. ZACK: You do not have to | 12:55:14 |
| 22 | worry about me objecting other than form, unless | 12:55:16 |
| 23 | necessary. | 12:55:21 |
| 24 | MR. SACHS: We have a new exhibit | 12:55:31 |
| 25 | here and I would rather not have on the screen | 12:55:32 |

Transcript of Lee Reiners
Conducted on March 28, 2024                                99

| | | |
|---|---|---|
| 1 | what is currently on the screen. | 12:55:36 |
| 2 | Sue, I'm pulling up Tab 16, | 12:55:46 |
| 3 | please. | 12:55:50 |
| 4 | THE TECHNICIAN:  I just took it | 12:55:51 |
| 5 | off.  I apologize. | 12:55:53 |
| 6 | MR. SACHS:  That's okay. | 12:55:53 |
| 7 | THE TECHNICIAN:  And you want me | 12:55:56 |
| 8 | to mark this Exhibit 3? | 12:55:57 |
| 9 | MR. SACHS:  Yes, please. | 12:55:58 |
| 10 | (Exhibit Reiners 3 was marked and | 12:56:02 |
| 11 | introduced at this time.) | 12:56:06 |
| 12 | THE TECHNICIAN:  You have control. | 12:56:13 |
| 13 | BY MR. SACHS: | 12:56:14 |
| 14 | Q.    Mr. Reiners, this is a screenshot | 12:56:14 |
| 15 | from the Wayback Machine of the Voyager either | 12:56:17 |
| 16 | website or application.  Have you seen this | 12:56:23 |
| 17 | before? | 12:56:26 |
| 18 | A.    Not in this form.  I think some of | 12:56:33 |
| 19 | this information was included in other Voyager | 12:56:36 |
| 20 | complaints. | 12:56:41 |
| 21 | Q.    Okay.  So you may have seen the | 12:56:42 |
| 22 | information in it, but the document itself is | 12:56:44 |
| 23 | not something you've looked at? | 12:56:46 |
| 24 | A.    Not to my recollection. | 12:56:49 |
| 25 | Q.    Okay.  I'd like to ask you about | 12:56:51 |

Transcript of Lee Reiners
Conducted on March 28, 2024

100

| | | |
|---|---|---|
| 1 | some of this information at the top. | 12:56:53 |
| 2 | A. Um-hum. | 12:56:56 |
| 3 | Q. I want you to take the time that | 12:56:56 |
| 4 | you need to review it. Why don't you do that, | 12:57:00 |
| 5 | and my first question is: Do you see the list | 12:57:03 |
| 6 | of assets on page 1? | 12:57:07 |
| 7 | A. Yes, yes. | 12:57:10 |
| 8 | Q. Do you see that this chart | 12:57:11 |
| 9 | reflects rewards available to Voyager customers, | 12:57:13 |
| 10 | depending on the asset and minimum monthly | 12:57:20 |
| 11 | balance for that asset? | 12:57:24 |
| 12 | A. Yes. | 12:57:27 |
| 13 | Q. And do you understand, or do you | 12:57:28 |
| 14 | see that the rewards at this time, which was | 12:57:32 |
| 15 | October, in the column in the middle, has a | 12:57:34 |
| 16 | percentage of interest that would be earned on | 12:57:38 |
| 17 | an annualized basis for each of those assets? | 12:57:41 |
| 18 | A. I see the percentage interest. I | 12:57:46 |
| 19 | will take you at your word that that is payable | 12:57:51 |
| 20 | based on an annualized basis. | 12:57:54 |
| 21 | Q. Fair enough. Okay. That's fine | 12:57:56 |
| 22 | for purposes of the question. | 12:58:01 |
| 23 | There are, I don't know, maybe 20 | 12:58:03 |
| 24 | assets listed here, and I will represent to you | 12:58:06 |
| 25 | that a cryptocurrency called Klay, K-l-a-y, or | 12:58:09 |

Transcript of Lee Reiners
Conducted on March 28, 2024
101

| | | |
|---|---|---|
| 1 | Klay-token, K-l-a-y-t-n, is a cryptocurrency | 12:58:16 |
| 2 | that does not appear on this list. | 12:58:24 |
| 3 | Have you ever heard of Klaytn | 12:58:26 |
| 4 | before? | 12:58:30 |
| 5 | A. No. | 12:58:31 |
| 6 | Q. If an investor in an EPA, | 12:58:31 |
| 7 | purchaser of an EPA -- strike that. Let me | 12:58:35 |
| 8 | start over. | 12:58:37 |
| 9 | If a customer deposited money into | 12:58:38 |
| 10 | an EPA and purchased Klaytn, which is not one of | 12:58:43 |
| 11 | the interest-bearing assets here, would you | 12:58:49 |
| 12 | consider that customer to have purchased a | 12:58:52 |
| 13 | security under your expert opinion in this case? | 12:58:55 |
| 14 | MR. ZACK: Object to the form. | 12:58:58 |
| 15 | A. Yes. | 12:59:08 |
| 16 | Q. Why is that the case? | 12:59:09 |
| 17 | A. Because the assessment of whether | 12:59:15 |
| 18 | or not EPAs are investment contracts and, | 12:59:18 |
| 19 | therefore, securities, is based upon the | 12:59:21 |
| 20 | totality of the facts and circumstances | 12:59:22 |
| 21 | associated with EPAs. It is not based upon | 12:59:24 |
| 22 | whether or not one specific individual who had | 12:59:28 |
| 23 | an EPA, a hypothetical individual who had an | 12:59:31 |
| 24 | EPA, actually did or did not receive rewards. | 12:59:35 |
| 25 | So you don't have to assess the | 12:59:41 |

Transcript of Lee Reiners
Conducted on March 28, 2024                                      102

| | | |
|---|---|---|
| 1 | precise knowledge or motivation of any one | 12:59:42 |
| 2 | individual.  You have to look at the totality of | 12:59:48 |
| 3 | EPAs. | 12:59:51 |
| 4 | Q.    Is it therefore your expert | 12:59:53 |
| 5 | opinion that an individual who buys an EPA using | 12:59:54 |
| 6 | the Klaytn and one who buys one of the tokens | 13:00:00 |
| 7 | listed here, is not different in any relevant | 13:00:05 |
| 8 | purpose for assessing whether the EPA is a | 13:00:07 |
| 9 | security? | 13:00:11 |
| 10 | MR. ZACK:  Objection to form; | 13:00:11 |
| 11 | asked and answered.  You can answer it again if | 13:00:16 |
| 12 | you like. | 13:00:20 |
| 13 | A.    Again, given all the facts and | 13:00:22 |
| 14 | circumstances around the offering and operations | 13:00:25 |
| 15 | of the EPA program, it is my belief that all | 13:00:32 |
| 16 | EPAs are investment contracts. | 13:00:41 |
| 17 | Q.    And for the individual who puts | 13:00:46 |
| 18 | their money into Klaytn in the EPA, what are the | 13:00:48 |
| 19 | facts or documents that would lead you to | 13:00:55 |
| 20 | conclude that such a person would reasonably | 13:00:57 |
| 21 | expect a profit from their EPA? | 13:01:01 |
| 22 | MR. ZACK:  Object to form. | 13:01:06 |
| 23 | A.    I can't speculate as to the | 13:01:11 |
| 24 | mindset of a hypothetical individual.  I can | 13:01:14 |
| 25 | only speak to all of the facts around the EPA | 13:01:18 |

Transcript of Lee Reiners
Conducted on March 28, 2024

103

| | | |
|---|---|---|
| 1 | program, which I reviewed and analyzed in my | 13:01:23 |
| 2 | report. | 13:01:28 |
| 3 | Q.    Right, but in this situation we | 13:01:29 |
| 4 | have an individual who purchased an asset that | 13:01:31 |
| 5 | was not interest-bearing; and so they're not | 13:01:34 |
| 6 | expecting profit from interest.  And I'm asking | 13:01:38 |
| 7 | what are the facts that you would point to as | 13:01:41 |
| 8 | establishing that such a person, or another | 13:01:45 |
| 9 | similarly situated, was expecting profit from | 13:01:47 |
| 10 | the EPA? | 13:01:50 |
| 11 | MR. ZACK:  Object to form. | 13:01:51 |
| 12 | A.    It is difficult for me to | 13:01:58 |
| 13 | speculate as to what this hypothetical | 13:02:00 |
| 14 | individual did or did not expect.  I would need | 13:02:02 |
| 15 | to have additional information about what this | 13:02:07 |
| 16 | person knew about the broader operations of the | 13:02:11 |
| 17 | EPA program. | 13:02:16 |
| 18 | Furthermore, even if they knew | 13:02:18 |
| 19 | very little, that does not change my assessment | 13:02:21 |
| 20 | as to whether or not EPAs are securities, | 13:02:24 |
| 21 | because that assessment has to be based upon, as | 13:02:26 |
| 22 | numerous courts have found, the entire | 13:02:32 |
| 23 | circumstances associated with EPAs. | 13:02:36 |
| 24 | Q.    So is it your view that the EPA | 13:02:39 |
| 25 | itself is a security? | 13:02:42 |

Transcript of Lee Reiners
Conducted on March 28, 2024

104

| | | |
|---|---|---|
| 1 | A.     It is my view -- | 13:02:45 |
| 2 | MR. ZACK:  Object to form. | 13:02:48 |
| 3 | A.     It is my view, as laid out in my | 13:02:50 |
| 4 | expert report, that EPAs share many of the | 13:02:52 |
| 5 | circumstances and characteristics that are | 13:02:57 |
| 6 | indicative of an investment contract. | 13:03:00 |
| 7 | Q.     And is it your view that the EPA | 13:03:04 |
| 8 | itself is the thing that shares the | 13:03:13 |
| 9 | circumstances and characteristics that are | 13:03:17 |
| 10 | indicative of an investment contract? | 13:03:18 |
| 11 | MR. ZACK:  Object to form. | 13:03:21 |
| 12 | A.     Yes, it is my view that the EPA | 13:03:26 |
| 13 | program represents or shares the characteristics | 13:03:29 |
| 14 | common to an investment contract. | 13:03:34 |
| 15 | Q.     Do you have the same view as to a | 13:03:41 |
| 16 | buyer of an EPA -- excuse me. | 13:03:45 |
| 17 | Do you have the same view as to | 13:03:50 |
| 18 | the buyer of an EPA that purchased a | 13:03:52 |
| 19 | cryptocurrency that was not interest-bearing | 13:03:57 |
| 20 | under the application of the Reves test? | 13:03:59 |
| 21 | MR. ZACK:  Object to the form. | 13:04:03 |
| 22 | A.     Yes. | 13:04:08 |
| 23 | Q.     Similar question to what I asked | 13:04:10 |
| 24 | you:  What are the facts that lead you to | 13:04:12 |
| 25 | conclude that a buyer of an EPA that deposits | 13:04:15 |

| | | |
|---|---|---|
| 1 | money into a cryptocurrency that's not | 13:04:18 |
| 2 | interest-bearing would be buying a security | 13:04:22 |
| 3 | under the Reves test? | 13:04:24 |
| 4 | MR. ZACK:  Object to form; asked | 13:04:26 |
| 5 | and answered. | 13:04:28 |
| 6 | A.    The answer is the same as provided | 13:04:30 |
| 7 | for an investment contract.  Again, you have to | 13:04:32 |
| 8 | look at the totality of facts and circumstances | 13:04:36 |
| 9 | associated with EPAs.  And I think when you do | 13:04:39 |
| 10 | that, it duplicates a note under the Reves test. | 13:04:43 |
| 11 | Q.    And are there any specific facts | 13:04:47 |
| 12 | that you can point to that would have a | 13:04:49 |
| 13 | reasonable buyer expect profit under the Reves | 13:04:52 |
| 14 | test when they buy an EPA with money deposited | 13:04:58 |
| 15 | into a noninterest-bearing cryptocurrency? | 13:05:00 |
| 16 | MR. ZACK:  Objection to form. | 13:05:05 |
| 17 | A.    Again, my analysis is not based | 13:05:07 |
| 18 | off of one individual purchaser.  It's based off | 13:05:09 |
| 19 | of the entirety of the facts and circumstances | 13:05:15 |
| 20 | associated with EPAs. | 13:05:18 |
| 21 | Q.    And I'm asking for you to identify | 13:05:20 |
| 22 | the specific facts relating to the entire | 13:05:22 |
| 23 | offering of EPAs that support your analysis. | 13:05:27 |
| 24 | MR. ZACK:  Object to form; asked | 13:05:30 |
| 25 | and answered. | 13:05:32 |