# **EXHIBIT 12**

3/20/24, 4:53 PM
Case 1:22-cv-22538-RKA   Document 265-12   Entered on FLSD Docket 04/23/2024   Page 2 of 2
Duke Athletics on X: "Get a little, give a little this holiday season 🎁 Use code "BLUEDEVILS" when opening an @investvoyager a...



Duke Athletics on X: "Get a little, give a little this holiday season 🎁 Use code "BLUEDEVILS" when opening an @investvoyager account to get $25 in #BTC ₿ and Voyager will make a donation to Duke Athletics scholarships #cryptoforall"

4:53 PM · Dec 23, 2021

41 Reposts   8 Quotes   217 Likes



Exhibit
Webb 08
03/21/2024