# **EXHIBIT 14**

3/20/24, 4:36 PM Bucknell Athletics on X: "Bison Nation – Get a little, give a little this holiday season! Use code "RAYBUCKNELL" when you open a …

Case 1:22-cv-22538-RKA Document 265-14 Entered on FLSD Docket 04/23/2024 Page 2 of 2

# Post

**Bucknell Athletics**
@Bucknell_Bison

Bison Nation – Get a little, give a little this holiday season!

Use code "RAYBUCKNELL" when you open a @investvoyager account to get $25 in #Bitcoin 🅱 + Voyager will make a donation to Bucknell Athletics.

investvoyager.com/app | #CryptoForAll



5:12 PM · Dec 23, 2021

**26** Reposts   **2** Quotes   **143** Likes   **2** Bookmarks