# EXHIBIT 16



** CONFIDENTIAL **

‹   **Jeff Td Ameritrade Boca...** ›   ▭

And cosmos either on coinbase or voyager

Oh boy. I have lots to learn

I don't get nfts he tried to explain it to me

With voyager it takes like 5 days for funds to clear so I would have money in there now he thinks the crypto will go down a bit in the next coming weeks before he skyrockets off

📄 **IMG_5108.PNG**
PNG Image · 281 KB

Tue, Jan 18 at 10:58 AM

Jeff do you understand the difference between rsu and

iMessage

RGOLD_CUBAN__00158