# EXHIBIT 17

** CONFIDENTIAL **



| | |
|---|---|
| **From:** | Voyager |
| **To:** | rgold1@fau.edu |
| **Subject:** | Success—Your Bitcoin bonus is on its way |
| **Date:** | Friday, January 7, 2022 3:05:26 PM |

**EXTERNAL EMAIL :** Exercise caution when responding, opening links, or opening attachments.

Image

Hi rachel,

A friend successfully signed up for a Voyager account and traded using your referral code. Thanks to you, you've both earned $25 each in Bitcoin (BTC).

Your Bitcoin earnings will be deposited into your account and available to

RGOLD__CUBAN__00096

** CONFIDENTIAL **

trade immediately. Your funds will clear and be available within 14 business days.

**Want to earn more Bitcoin?**
Invite more friends and keep on earning. For each friend who completes their first deposit and trade of $100 or more, you both earn a $25 BTC bonus.

**REFER A FRIEND**

## Questions?

Have any additional questions or concerns? Check out our FAQs.

© 2021 Voyager Digital, LLC. VOYAGER is a trademark of Voyager IP, LLC, a wholly owned subsidiary of Voyager Digital Ltd. All services provided by Voyager Digital, LLC, a FinCEN registered company. Voyager VYGR.CN is listed on the CSE. Investments are subject to market risk. 2500 Plaza 5, 25th Floor, Jersey City, NJ 07311. All rights reserved. Unsubscribe .

TERMS OF USE | RISK DISCLOSURE

RGOLD_CUBAN_00097