# EXHIBIT 20

** CONFIDENTIAL **

| Timestamp (UTC) | Type | Internal Id | Platform | Platform Id | Blockchain Id | Record Type | Asset | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| 2021-05-08T01:30:49.000 | Deposit | 1758091383 | Voyager | | | Credit | ETC | 0.79175089 | |
| 2021-05-10T13:21:50.000 | Deposit | 1758091385 | Voyager | | | Credit | USD | 5000 | |
| 2021-05-10T13:26:40.000 | Fiat Buy | 1758091384 | Voyager | | | Debit | USD | -5000 | |
| 2021-05-10T13:26:40.000 | Fiat Buy | 1758091384 | Voyager | | | Credit | BTT | 705347.9481 | |
| 2022-01-20T18:51:28.000 | Trade | 1758091382 | Voyager | | | Debit | BTT | -705347.9 | |
| 2022-01-20T18:51:28.000 | Trade | 1758091382 | Voyager | | | Credit | BTT | 705347900 | |

GATES__CUBAN__00017