# EXHIBIT 21

| transaction_date | transaction_id | transaction_direction | transaction_type | base_asset | quote_asset | quantity | net_amount | price |
|---|---|---|---|---|---|---|---|---|
| 2021-11-23 19:17:45.272288+00 | D3DQ6W1ZWKG30 | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2021-11-23 21:05:47.126892+00 | VM6ZV5J3813Q | Buy | TRADE | DOGE | USD | 43.14348617 | 10 | 0.2317847 |
| 2021-11-23 21:06:32.995625+00 | MGYTXZDK5TQ4 | Buy | TRADE | VGX | USD | 16.50028876 | 80 | 4.8484 |
| 2021-11-23 21:10:35.245015+00 | 33MD4A2VVG5J | Buy | TRADE | DGB | USD | 189.3544905 | 10 | 0.052811 |
| 2021-11-23 21:57:48.730352+00 | WC0VPAB32H21 | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2021-11-23 22:03:27.058945+00 | BJRTGY8CGJFZ | Buy | TRADE | VET | USD | 151.5752074 | 20 | 0.1319477 |
| 2021-11-23 22:05:17.334784+00 | GCD8GV0YW3J3 | Buy | TRADE | ADA | USD | 44.723719 | 80 | 1.78876 |
| 2021-11-24 00:28:40.442962+00 | 6X2NH66YB9D4 | deposit | REWARD | BTC | N/A | 0.00173816 | 100 | 57532.23 |
| 2021-11-25 21:53:30.630933+00 | 7WZDHDJ3D81W | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2021-11-25 21:54:14.239334+00 | E63MG4W5NFZ2 | Buy | TRADE | XVG | USD | 3103.464863 | 80 | 0.02577764 |
| 2021-11-25 21:57:42.061866+00 | BCDF1BZ7C98W | Buy | TRADE | KNC | USD | 10.7513587 | 20 | 1.86023 |
| 2021-11-30 03:30:21.832652+00 | 0FE8MPMCW430 | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2021-11-30 03:31:52.026457+00 | QCMC24E0J64Q | Buy | TRADE | SHIB | USD | 2017756.255 | 100 | 0.00004956 |
| 2021-12-03 17:42:41.274834+00 | BWAWM206H1TR | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2021-12-03 17:44:06.983726+00 | 4HKMX5KM371A | Buy | TRADE | DAI | USD | 99.35516885 | 100 | 1.00649 |
| 2021-12-08 18:05:49.176026+00 | R447MMP5KXFP | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2021-12-08 18:06:37.977448+00 | RNE0CG269D39 | Buy | TRADE | BTTOLD | USD | 26669.51141 | 100 | 0.0037496 |
| 2021-12-11 02:09:27.582345+00 | BBVDHVS89SWJ | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2021-12-11 02:17:24.339337+00 | HFZF23KG504Y | Buy | TRADE | MANA | USD | 15.15748261 | 50 | 3.2987008 |
| 2021-12-11 02:23:29.669159+00 | 0R46WPZMYRTC | Buy | TRADE | MANA | USD | 15.20158068 | 50 | 3.28913164 |
| 2021-12-11 16:52:00.054918+00 | AZAMACZST84Z | deposit | BANK | USD | N/A | 500 | 500 | 1 |
| 2021-12-11 16:53:05.934733+00 | 0TK54W4RGDN5 | Buy | TRADE | SHIB | USD | 2860411.899 | 100 | 0.00003496 |
| 2021-12-11 16:54:16.607546+00 | 55DGFR7J2FG4 | Buy | TRADE | VET | USD | 2293.849456 | 200 | 0.08718968 |
| 2021-12-11 16:56:06.2593+00 | NT7JYQZ38C1Q | Buy | TRADE | BTTOLD | USD | 29488.43464 | 100 | 0.00339116 |
| 2021-12-11 16:56:40.258025+00 | E1PGCW5TT9FR | Buy | TRADE | DGB | USD | 2748.763057 | 100 | 0.03638 |
| 2021-12-11 16:57:58.698617+00 | WAVFZK0C9AMD | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2021-12-11 16:58:42.557886+00 | R3KFH84C2NB5 | Buy | TRADE | MANA | USD | 28.75106142 | 100 | 3.47813246 |
| 2021-12-11 16:59:25.407488+00 | R4GN7WD7Z0TE | Buy | TRADE | MANA | USD | 28.75870467 | 100 | 3.47394657 |
| 2021-12-12 01:57:53.04661+00 | 8TSKJNMRE5Q3 | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2021-12-12 02:03:41.787591+00 | 62MQ8X6AYQZV | Buy | TRADE | MANA | USD | 55.88797724 | 200 | 3.5785872 |
| 2021-12-12 23:08:25.40125+00 | Z24H3RB3SV70 | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2021-12-12 23:09:14.631219+00 | KSMQK396PWFC | Buy | TRADE | QTUM | USD | 19.73434727 | 200 | 10.1346144 |
| 2021-12-16 01:38:41.584908+00 | X0BXM52AK6M0 | deposit | BANK | USD | N/A | 300 | 300 | 1 |
| 2021-12-16 01:40:15.236354+00 | 1V5VPSSQVZEC | Buy | TRADE | ENJ | USD | 39.09279692 | 100 | 2.558016 |
| 2021-12-16 01:40:58.322269+00 | KG1RV3VNABDF | Buy | TRADE | BTTOLD | USD | 34868.96244 | 100 | 0.00286788 |
| 2021-12-16 01:42:41.234554+00 | AXSHHCZ0J9KT | Buy | TRADE | DGB | USD | 2763.957988 | 100 | 0.03618 |
| 2021-12-17 00:37:27.390054+00 | P58YD0D7TAXJ | deposit | BANK | USD | N/A | 300 | 300 | 1 |
| 2021-12-17 00:39:17.771801+00 | ZNT4Q0TCC0RK | Buy | TRADE | SHIB | USD | 2963841.138 | 100 | 0.00003374 |
| 2021-12-17 00:41:43.070391+00 | VRMRS1XACZTY | Buy | TRADE | BTTOLD | USD | 35348.67937 | 100 | 0.00282896 |
| 2021-12-17 00:42:59.520947+00 | 4D5QBQ33XV59 | Buy | TRADE | DGB | USD | 2771.680082 | 100 | 0.0360792 |
| 2021-12-17 15:46:27.829238+00 | 0S92B0YW69CX | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2021-12-17 16:01:28.332026+00 | WQ7S0RYKX0NW | Buy | TRADE | SHIB | USD | 3112356.054 | 100 | 0.00003213 |
| 2021-12-17 16:02:16.012508+00 | V49KR2PANTT4 | Buy | TRADE | BTTOLD | USD | 37281.71556 | 100 | 0.00268228 |
| 2021-12-18 16:14:14.118949+00 | KFJ091WTRJYK | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2021-12-18 16:15:23.21129+00 | XAGVTQAJJ53D | Buy | TRADE | SKL | USD | 249.4253241 | 50 | 0.2004608 |
| 2021-12-18 16:15:38.989699+00 | QZM0DDV4HQRX | Buy | TRADE | ZRX | USD | 62.62597371 | 50 | 0.79839078 |
| 2021-12-19 17:02:43.743719+00 | 6NNPVT14VCJN | deposit | BANK | USD | N/A | 400 | 400 | 1 |
| 2021-12-19 17:03:40.299667+00 | TY3ZFVC2K4B6 | Buy | TRADE | ADA | USD | 78.022023 | 100 | 1.28168941 |
| 2021-12-19 17:04:55.283362+00 | YWVV68VEXBHJ | Buy | TRADE | DOGE | USD | 571.6015217 | 100 | 0.17494705 |
| 2021-12-19 17:05:36.372951+00 | 1G4HT5WZXQ0T | Buy | TRADE | SKL | USD | 495.9431847 | 100 | 0.201636 |
| 2021-12-19 17:06:49.129929+00 | RJ1Q9HY9X82A | Buy | TRADE | BTTOLD | USD | 36747.41298 | 100 | 0.00272128 |
| 2021-12-21 13:11:41.086413+00 | HVQN0C4V2CA1 | deposit | BANK | USD | N/A | 400 | 400 | 1 |
| 2021-12-21 13:12:31.987618+00 | P0N98A435W43 | Buy | TRADE | MANA | USD | 60.77978064 | 200 | 3.29056798 |
| 2021-12-21 13:13:00.910675+00 | YSZ4A22H1J92 | Buy | TRADE | ENJ | USD | 81.60307611 | 200 | 2.450888 |
| 2021-12-23 02:49:01.602375+00 | 0W1GAWY6AG3Z | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2021-12-23 02:50:23.72214+00 | N9EJW0G8750B | Buy | TRADE | FTM | USD | 59.5167242 | 100 | 1.6802 |
| 2021-12-23 02:50:46.869589+00 | XCDBZWDW538E | Buy | TRADE | SAND | USD | 19.39285471 | 100 | 5.1565384 |
| 2021-12-25 04:08:07.548426+00 | Z6JQRXX5MAVR | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2021-12-25 04:09:08.699881+00 | HNPYB5EETYMN | Buy | TRADE | SHIB | USD | 5263157.895 | 200 | 0.000038 |
| 2021-12-26 20:15:33.258987+00 | E7T5PQ0XWRKV | deposit | BANK | USD | N/A | 300 | 300 | 1 |
| 2021-12-26 20:17:22.618695+00 | J6J2GN69VDZ1 | Buy | TRADE | DGB | USD | 2557.840446 | 100 | 0.03909548 |
| 2021-12-26 20:19:12.924749+00 | T27YJB82JC1Z | Buy | TRADE | SKL | USD | 418.7239972 | 100 | 0.2388208 |
| 2021-12-26 20:20:34.643467+00 | 5F0P1PR1Z4ZX | Buy | TRADE | BTTOLD | USD | 34673.58289 | 100 | 0.00288404 |
| 2021-12-30 21:08:22.126915+00 | 0GZQ8DK92MKG | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2021-12-30 21:09:11.606947+00 | V7QDFC4VRQFT | Buy | TRADE | ALGO | USD | 57.42215852 | 100 | 1.741488 |
| 2021-12-31 04:55:36.079042+00 | 7FBNEEHZ8GK8 | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2021-12-31 04:56:55.677052+00 | YM985XVJ0Z2E | Buy | TRADE | SKL | USD | 473.8510061 | 100 | 0.2110368 |
| 2021-12-31 17:18:16.092054+00 | 85FRCCWRW64C | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2021-12-31 17:19:07.864401+00 | Z41Q3A71STXX | Buy | TRADE | KEEP | USD | 254.1507907 | 200 | 0.7869344 |
| 2022-01-02 15:40:43.611371+00 | E38QM7PB30KR | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2022-01-02 15:43:11.136926+00 | 6H1Y1JZTW9MX | Buy | TRADE | CHZ | USD | 316.0815996 | 100 | 0.316374 |
| 2022-01-02 16:27:31.253804+00 | K4SSG5FWWP0G | Sell | TRADE | DAI | USD | 99.35 | 98.53 | 0.991712 |

GARRISON_CUBAN_00007

| Date | ID | Type | Venue | Asset | Cur | Amount | Qty | Price |
|---|---|---|---|---|---|---|---|---|
| 2022-01-02 16:28:51.708486+00 | D4RVFQM61QTK | Buy | TRADE | QTUM | USD | 10.48759527 | 98 | 9.3443728 |
| 2022-01-02 18:31:43.103097+00 | CA054BGBTP69 | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-01-02 18:32:21.77099+00 | 955XNQHESFJQ | Buy | TRADE | ALGO | USD | 58.18879237 | 100 | 1.718544 |
| 2022-01-02 18:32:38.888824+00 | 6A6BJMSD9TGP | Buy | TRADE | IOT | USD | 72.3664 | 100 | 1.381856 |
| 2022-01-02 18:39:21.373603+00 | GSS4E5KXG4NJ | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2022-01-02 18:39:56.482129+00 | H4SMS1P3K1SB | Buy | TRADE | XLM | USD | 345.9307115 | 100 | 0.28907523 |
| 2022-01-02 22:02:15.317669+00 | 45F8YVB1Q0B9 | Sell | TRADE | BTC | USD | 0.001738 | 81.57 | 46935.0368 |
| 2022-01-02 22:09:06.427379+00 | K12TFJW7E8Y1 | Buy | TRADE | AMP | USD | 1647.406741 | 82 | 0.0497752 |
| 2022-01-04 02:45:22.576149+00 | 0Q8YQNE0853S | Sell | TRADE | KNC | USD | 10.75 | 14.43 | 1.342232 |
| 2022-01-04 02:46:41.339177+00 | D12F7HGVJEV2 | Buy | TRADE | KEEP | USD | 17.85127674 | 14.52 | 0.8133872 |
| 2022-01-04 03:09:25.741699+00 | 56R2BNEFVX9A | Sell | TRADE | VGX | USD | 16.5 | 47.83 | 2.8986 |
| 2022-01-04 03:10:36.565528+00 | 2TEJ8653QZNK | Buy | TRADE | ADA | USD | 36.215749 | 47.83 | 1.32069613 |
| 2022-01-16 16:30:25.785416+00 | AR05GAYYRE13 | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-01-16 16:31:33.453966+00 | 10EH116SEREF | Buy | TRADE | KEEP | USD | 113.3246179 | 100 | 0.8824208 |
| 2022-01-16 16:32:04.313928+00 | G062YS0MBYZ8 | Buy | TRADE | HBAR | USD | 296.2281858 | 100 | 0.3375776 |
| 2022-01-08 17:07:37.413135+00 | 6QE9MDPBJTF3 | Sell | TRADE | SAND | USD | 19.39 | 89.63 | 4.6227136 |
| 2022-01-08 17:09:31.467202+00 | 8FGK7CRGKYBS | Buy | TRADE | FTM | USD | 38.31245661 | 89.63 | 2.339448 |
| 2022-01-10 04:21:33.061605+00 | 5RHC6D4VJGAT | deposit | BANK | USD | N/A | 300 | 300 | 1 |
| 2022-01-10 04:25:18.015903+00 | 7M38T6D9AEK8 | Buy | TRADE | ADA | USD | 252.771952 | 300 | 1.18684054 |
| 2022-01-11 04:11:12.966375+00 | VRQ91H25S43M | Sell | TRADE | SHIB | USD | 16217523.2 | 429.44 | 0.00002648 |
| 2022-01-11 04:12:18.01683+00 | VSXR0BFPYEEQ | Buy | TRADE | SHIB | USD | 15470100.86 | 429.45 | 0.00002776 |
| 2022-01-11 14:10:42.659587+00 | WPJFNQ53XRGC | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2022-01-11 14:11:50.946109+00 | D5V63GVV69GR | Buy | TRADE | SHIB | USD | 3593244.7 | 100 | 0.00002783 |
| 2022-01-12 23:45:09.868797+00 | D5XPM4FY75TG | deposit | BANK | USD | N/A | 500 | 500 | 1 |
| 2022-01-12 23:46:35.336616+00 | ZRDZ2CWGTN91 | Buy | TRADE | ADA | USD | 151.556485 | 200 | 1.31964 |
| 2022-01-12 23:47:33.88324+00 | 7AV9WMFKMF22 | Buy | TRADE | AMP | USD | 2314.771949 | 100 | 0.0432008 |
| 2022-01-12 23:48:08.650309+00 | 3DCENA7C4CH6 | Buy | TRADE | BTTOLD | USD | 37715.35468 | 100 | 0.00265144 |
| 2022-01-12 23:49:17.77152+00 | 337M60GRP5WH | Buy | TRADE | VET | USD | 1196.366873 | 100 | 0.0835864 |
| 2022-01-14 03:41:06.835928+00 | V2DD3XPEH1RQ | deposit | BANK | USD | N/A | 400 | 400 | 1 |
| 2022-01-14 03:41:53.981301+00 | A0QRK9R06JER | Buy | TRADE | ADA | USD | 158.640266 | 200 | 1.26071397 |
| 2022-01-14 03:42:15.950132+00 | VQ72BGYZSBCC | Buy | TRADE | SHIB | USD | 3263707.572 | 100 | 0.00003064 |
| 2022-01-14 03:43:04.655011+00 | VMD86B57D2F2 | Buy | TRADE | FTM | USD | 33.66341433 | 100 | 2.970584 |
| 2022-01-14 04:37:49.359719+00 | 4ST19603A68P | Sell | TRADE | QTUM | USD | 30.22 | 230.75 | 7.6356 |
| 2022-01-14 04:38:38.401438+00 | 8REARHX0JR3T | Buy | TRADE | QTUM | USD | 29.7158488 | 230.74 | 7.76488 |
| 2022-01-14 04:39:19.240166+00 | DMWNWX20JPK4 | Sell | TRADE | SAND | USD | 0.0028 | 0.01 | 4.8747264 |
| 2022-01-15 14:42:29.727395+00 | YP18TDZKSX8K | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-01-15 14:43:11.760619+00 | 9HRZKRDNR7ME | Buy | TRADE | CELO | USD | 19.59493353 | 100 | 5.10336 |
| 2022-01-15 14:44:25.573418+00 | MXJS9976DK0N | Buy | TRADE | GRT | USD | 171.7504809 | 100 | 0.58224 |
| 2022-01-15 03:15:12.075442+00 | CM79MCF51A97 | Sell | TRADE | BTTOLD | USD | 272793.6 | 668.56 | 0.00245078 |
| 2022-01-15 03:16:10.590568+00 | Y6W0XWWB19DB | Buy | TRADE | BTTOLD | USD | 260167.2523 | 668.57 | 0.00256977 |
| 2022-01-15 13:52:24.156128+00 | TB37HDZF9FV2 | deposit | BANK | USD | N/A | 500 | 500 | 1 |
| 2022-01-15 13:53:18.001192+00 | DAPD76ZXVSW4 | Buy | TRADE | VET | USD | 1250.187528 | 100 | 0.079988 |
| 2022-01-15 13:53:42.485787+00 | YKPKPTJB1309 | Buy | TRADE | ADA | USD | 156.159232 | 200 | 1.280744 |
| 2022-01-15 13:54:14.187135+00 | D2WNCEK911Z0 | Buy | TRADE | IOT | USD | 87.1803 | 100 | 1.147048 |
| 2022-01-15 13:54:54.48189+00 | AE4PY42KX3RS | Buy | TRADE | ALGO | USD | 71.34010969 | 100 | 1.401736 |
| 2022-01-15 14:26:12.034293+00 | E09ARFGXM1PE | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-01-15 14:26:34.386734+00 | 05FX0Q38KN19 | Buy | TRADE | DOGE | USD | 1038.905289 | 200 | 0.19251033 |
| 2022-01-16 04:33:01.234141+00 | 3GMJSA7SXTFG | deposit | BANK | USD | N/A | 500 | 500 | 1 |
| 2022-01-16 04:33:36.431221+00 | 0F5JMSMMDV01 | Buy | TRADE | ADA | USD | 366.673503 | 500 | 1.36361094 |
| 2022-01-16 06:27:01.518646+00 | 5RYKP51H8JN1 | Sell | TRADE | IOT | USD | 159.54 | 178.54 | 1.119072 |
| 2022-01-16 06:27:35.96884+00 | QBT71Z4D8QCE | Sell | TRADE | ZRX | USD | 62.6 | 46.43 | 0.74166492 |
| 2022-01-16 06:29:06.318401+00 | T99TJMQNVMQT | Buy | TRADE | ADA | USD | 161.658009 | 224.97 | 1.39164154 |
| 2022-01-16 17:06:25.541191+00 | 15ASHTZVYYMJ | Sell | TRADE | CHZ | USD | 316.0815 | 85.7 | 0.271142 |
| 2022-01-16 17:06:50.374101+00 | A83PHBRR3KS2 | Buy | TRADE | ADA | USD | 60.414058 | 85.7 | 1.418544 |
| 2022-01-16 17:09:14.321067+00 | 871XJNQ4PDC0 | Sell | TRADE | HBAR | USD | 296.2 | 81.58 | 0.2754272 |
| 2022-01-16 17:09:36.433633+00 | 9G37BMMV9MDB | Buy | TRADE | ADA | USD | 57.509755 | 81.58 | 1.41854194 |
| 2022-01-16 22:02:37.068022+00 | 87SE1KWV5K4G | Sell | TRADE | XLM | USD | 345.9 | 88.28 | 0.25521934 |
| 2022-01-16 22:02:55.205761+00 | 95BM0YSMH4GX | Buy | TRADE | ADA | USD | 62.32069 | 88.28 | 1.416544 |
| 2022-01-16 22:08:30.772509+00 | V7ZJBN6DHMQY | Sell | TRADE | CELO | USD | 19.564 | 96.89 | 4.952432 |
| 2022-01-16 22:09:46.543108+00 | TG5VWZT3KZ3P | Buy | TRADE | ADA | USD | 68.063438 | 96.89 | 1.42352491 |
| 2022-01-18 02:07:23.16971+00 | RW79J2V91XFA | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-01-18 02:07:48.622533+00 | Y4RWHYKN65AP | Buy | TRADE | BAT | USD | 194.2985047 | 200 | 1.029344 |
| 2022-01-19 02:09:20.830428+00 | ZPWV9SEB401R | Sell | TRADE | CELO | USD | 0.03 | 0.13 | 4.34552 |
| 2022-01-20 17:13:10.030856+00 | 7FQ08FTV37HV | deposit | ADMIN | BTTOLD | N/A | -260167.3 | -668.37 | 0.002569 |
| 2022-01-20 17:13:10.398724+00 | 4BFGAAW9ZQ6C | deposit | ADMIN | BTT | N/A | 260167300 | 668.63 | 0.00000257 |
| 2022-01-20 20:39:28.22323+00 | 8F9V5VRP09M8 | deposit | BANK | USD | N/A | 300 | 300 | 1 |
| 2022-01-20 20:40:04.895199+00 | DZ8Y3QVW0MF6 | Buy | TRADE | DGB | USD | 3497.383957 | 100 | 0.0285928 |
| 2022-01-20 20:40:24.829573+00 | VT47066DH1FX | Buy | TRADE | VET | USD | 1351.468251 | 100 | 0.0739936 |
| 2022-01-20 20:40:52.310342+00 | FEXHPTYN6TRA | Buy | TRADE | XVG | USD | 7414.058092 | 100 | 0.01348789 |
| 2022-01-21 22:22:15.073959+00 | 11DAPA7FFH9H | Sell | TRADE | MANA | USD | 204.56 | 446.21 | 2.18129228 |
| 2022-01-21 22:23:05.825172+00 | 1ABNMMJDD73K | Buy | TRADE | ADA | USD | 387.152175 | 446.34 | 1.15288 |
| 2022-01-22 06:00:15.12066+00 | NKQBDDD5PXP6 | Sell | TRADE | DOGE | USD | 1653.6 | 218.28 | 0.13200328 |
| 2022-01-22 06:00:52.194224+00 | MPH5344DRXST | Buy | TRADE | ADA | USD | 198.995628 | 218.28 | 1.09690852 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2022-01-22 16:27:07.219129+00 | NFEEBGG6R2FV | Sell | TRADE | SHIB | USD | 22327053.1 | 430.47 | 0.00001928 |
| 2022-01-22 16:27:54.077767+00 | SVBW13N824MM | Buy | TRADE | SHIB | USD | 21267786.56 | 430.46 | 0.00002024 |
| 2022-01-25 16:21:16.715206+00 | 5MXVKHZ3ZK44 | Sell | TRADE | AMP | USD | 3962.17 | 111.31 | 0.0280925 |
| 2022-01-26 16:24:16.713716+00 | BDYWC0MPBSVA | withdrawal | BANK | USD | N/A | 111 | 111 | 1 |
| 2022-01-27 06:25:19.913949+00 | Q8QFEVBQMWGQ | Sell | TRADE | ENJ | USD | 120.69 | 176.12 | 1.459295 |
| 2022-01-27 06:27:01.126763+00 | 9JX5STN2F8VF | Buy | TRADE | VET | USD | 3369.997794 | 176.43 | 0.05235315 |
| 2022-01-29 18:35:50.811964+00 | XVQXYQ0HNB7A | Sell | TRADE | QTUM | USD | 29.71 | 174.78 | 5.8828755 |
| 2022-01-29 18:37:30.655179+00 | PAQJKT7P33KR | Buy | TRADE | KEEP | USD | 405.2972945 | 174.78 | 0.431239 |
| 2022-01-31 16:28:57.002002+00 | Y202TVCX19QA | deposit | INTEREST | ADA | N/A | 4.291722 | 4.54 | 1.058 |
| 2022-02-01 23:38:19.516159+00 | X50MGFE5HM7Q | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-02-02 23:39:31.511407+00 | JMW8263VWHZ8 | Buy | TRADE | GALA | USD | 531.6801625 | 100 | 0.188083 |
| 2022-02-02 23:40:12.653004+00 | VZP4XYWTKQZ0 | Buy | TRADE | KAVA | USD | 31.2524416 | 100 | 3.19975 |
| 2022-02-02 23:42:16.723483+00 | NK3S7163SCKX | Sell | TRADE | FTM | USD | 131.49259 | 248.06 | 1.88649 |
| 2022-02-02 23:42:35.515396+00 | 053KB69H2JK1 | Buy | TRADE | KAVA | USD | 31.2915591 | 100 | 3.19575 |
| 2022-02-02 23:42:55.655384+00 | 31HGB1N9C9T7 | Buy | TRADE | GALA | USD | 789.2850003 | 148.06 | 0.1875875 |
| 2022-02-03 02:10:49.431495+00 | RR6HJWJ4AYE0 | deposit | INTEREST | SHIB | N/A | 16279.81983 | 0.34 | 0.00002103 |
| 2022-02-03 18:14:03.686963+00 | APEA58VZBHSR | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-02-03 18:15:21.462744+00 | BW4CGTW2W85E | Buy | TRADE | LRC | USD | 118.4069529 | 100 | 0.844545 |
| 2022-02-03 18:17:49.512549+00 | MR1Z0R3TWTQK | Buy | TRADE | KAVA | USD | 30.10506668 | 100 | 3.3217 |
| 2022-02-04 00:46:22.695205+00 | BG60DKZF1D6T | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-02-04 00:47:15.234079+00 | S62NZAZ6PJQ9 | Buy | TRADE | ANKR | USD | 2503.643114 | 200 | 0.07988359 |
| 2022-02-05 19:36:16.935085+00 | 7CJV3K1QT4AT | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-02-05 19:53:53.925983+00 | EA5R3JBAN8PJ | Buy | TRADE | GALA | USD | 380.0063461 | 100 | 0.2631535 |
| 2022-02-05 19:54:21.4016+00 | H2QQHRE23DSN | Buy | TRADE | ALGO | USD | 99.06384665 | 100 | 1.00945 |
| 2022-02-07 14:21:38.260046+00 | PPRTVAPGRV31 | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2022-02-07 14:22:02.615186+00 | SJEGW75JEFCB | Buy | TRADE | GRT | USD | 199.3541722 | 100 | 0.5016198 |
| 2022-02-09 15:03:28.33228+00 | ME5YEKC18VY1 | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-02-09 15:04:02.352672+00 | QBEXJ7F3FAQY | Buy | TRADE | ALGO | USD | 95.3843124 | 100 | 1.04839 |
| 2022-02-09 15:04:33.843025+00 | QSB6BAQPS674 | Buy | TRADE | GALA | USD | 272.6764558 | 100 | 0.366735 |
| 2022-02-12 14:29:21.158769+00 | JA200GBY7PM9 | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-02-12 14:30:11.867786+00 | W12MTZGSJPZZ | Buy | TRADE | ANKR | USD | 2604.047993 | 200 | 0.0768035 |
| 2022-02-19 03:01:23.886861+00 | M4483SVG5TGS | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-02-19 03:02:13.590637+00 | MPVY80DBG374 | Buy | TRADE | HBAR | USD | 855.7511613 | 200 | 0.2337128 |
| 2022-02-19 16:07:19.769707+00 | DH94MY5XYB4V | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2022-02-19 16:11:12.827143+00 | XRZ5K3QXHCNZ | Buy | TRADE | GRT | USD | 234.9005735 | 100 | 0.42571203 |
| 2022-02-19 16:11:37.478568+00 | K0G3SGY94JQX | Buy | TRADE | GALA | USD | 343.8363889 | 100 | 0.290836 |
| 2022-02-26 17:05:21.16562+00 | NPGWE0QVGQ6G | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-02-26 17:09:28.397473+00 | 15W6C0DG3BEH | Buy | TRADE | TRX | USD | 3309.588142 | 200 | 0.06043004 |
| 2022-03-01 08:49:44.543885+00 | 1W4PGQ2EHNA0 | deposit | INTEREST | ADA | N/A | 7.483384 | 7.25 | 0.969 |
| 2022-03-01 14:11:44.950293+00 | VXAJA88SF593 | deposit | INTEREST | GRT | N/A | 0.66128311 | 0.25 | 0.3772 |
| 2022-03-01 15:27:15.331187+00 | P5YHG32NVD8M | deposit | INTEREST | ALGO | N/A | 0.55508338 | 0.47 | 0.853 |
| 2022-03-01 22:39:32.71832+00 | XYPPJOKQXZ18 | deposit | INTEREST | SHIB | N/A | 17735.26849 | 0.46 | 0.00002586 |
| 2022-03-02 22:23:19.519935+00 | 9SNF4T6T93Y7 | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-03-02 22:23:41.3484+00 | EGNCVWP7F6J3 | Buy | TRADE | REN | USD | 509.6839959 | 200 | 0.3924 |
| 2022-03-17 00:51:23.611935+00 | PPTBARKC2CF7 | Sell | TRADE | VET | USD | 9613 | 454.4 | 0.0472696 |
| 2022-03-17 00:57:48.701422+00 | W9TTHJ5KG30M | Buy | TRADE | JASMY | USD | 9290.062699 | 200 | 0.02152838 |
| 2022-03-17 01:02:34.388477+00 | TKW7XFK0P3B2 | Buy | TRADE | REN | USD | 579.5018602 | 200 | 0.345114 |
| 2022-03-17 01:03:54.966335+00 | WMFAXDX43XPB | Buy | TRADE | GALA | USD | 222.9635991 | 54 | 0.242192 |
| 2022-03-19 19:11:55.057544+00 | M6C4HVYT6MAY | Sell | TRADE | VET | USD | 0.4 | 0.02 | 0.0502796 |
| 2022-03-19 19:14:55.922415+00 | Q7VZ8PF6YB59 | Sell | TRADE | ADA | USD | 2152 | 1932.68 | 0.89808726 |
| 2022-03-19 19:16:25.311136+00 | RDCSMX12T7QJ | Buy | TRADE | ANKR | USD | 1327.161149 | 100 | 0.0753488 |
| 2022-03-19 19:17:16.687216+00 | M6REAZXJ6J7T | Buy | TRADE | REN | USD | 796.1276352 | 300 | 0.376824 |
| 2022-03-19 19:17:44.681074+00 | G574G8310B2Q | Buy | TRADE | TRX | USD | 3178.239484 | 200 | 0.06292792 |
| 2022-03-19 19:18:48.95789+00 | 5K0X14TYSFRT | Buy | TRADE | ADA | USD | 216.897156 | 200 | 0.922096 |
| 2022-03-19 19:19:37.159335+00 | 7TGT4EYF9NGC | Buy | TRADE | JASMY | USD | 7743.374253 | 300 | 0.0387428 |
| 2022-03-19 19:20:25.038328+00 | MRMR726RYDS0 | Buy | TRADE | BICO | USD | 191.7874075 | 300 | 1.564232 |
| 2022-03-19 19:21:21.792562+00 | 2MQ55C73AM4R | Buy | TRADE | STMX | USD | 13016.42673 | 200 | 0.0153652 |
| 2022-03-19 19:22:26.118391+00 | XPV9YT2RV2C3 | Buy | TRADE | JASMY | USD | 8640.806416 | 333.11 | 0.0385508 |
| 2022-03-20 13:32:07.805067+00 | 9P05WRV79SGD | deposit | BANK | USD | N/A | 300 | 300 | 1 |
| 2022-03-20 13:33:41.631224+00 | BZ722KG7NGED | Buy | TRADE | FET | USD | 888.867819 | 300 | 0.337508 |
| 2022-03-20 13:34:47.887497+00 | R1PWHH8S9W67 | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2022-03-20 13:35:29.814835+00 | ZDTXCV5VTYBA | Buy | TRADE | FET | USD | 296.289273 | 100 | 0.337508 |
| 2022-03-23 15:13:18.903982+00 | CYFQ3AKWPKEW | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-03-23 15:14:21.456295+00 | TMRN2BQ5C5AF | Buy | TRADE | TRAC | USD | 290.8175521 | 200 | 0.6877164 |
| 2022-03-27 20:14:23.976983+00 | P8A0SYXF70HF | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-03-27 20:17:48.690669+00 | 3TSVBQGEZAJH | Buy | TRADE | SPELL | USD | 46446.81839 | 200 | 0.004306 |
| 2022-03-31 17:24:57.814774+00 | VKWPZBS2VRRY | Sell | TRADE | SKL | USD | 1637.94 | 423.36 | 0.258472 |
| 2022-03-31 17:32:11.29427+00 | 1XTDHHEKEDX3 | Buy | TRADE | JASMY | USD | 5779.546034 | 200 | 0.0346048 |
| 2022-03-31 17:33:08.203652+00 | BYE9EXE54VQ9 | Buy | TRADE | FET | USD | 441.512799 | 200 | 0.452988 |
| 2022-03-31 18:30:41.34294+00 | A176J7HPVPMY | Buy | TRADE | TRX | USD | 306.517915 | 23.36 | 0.07621088 |
| 2022-04-01 07:57:22.052471+00 | B9HY25835YNR | deposit | INTEREST | ADA | N/A | 5.011128 | 5.68 | 1.134 |
| 2022-04-01 15:44:11.879315+00 | 97SCNEQKMH0H | deposit | INTEREST | STMX | N/A | 8.397694665 | 0.18 | 0.02197 |
| 2022-04-01 19:22:30.989396+00 | 0Y7KFEV5VBQV | deposit | INTEREST | GRT | N/A | 1.011075297 | 0.46 | 0.4526 |

GARRISON_CUBAN_00009

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2022-04-01 20:46:24.4372+00 | P5DHN4RM5FDG | deposit | INTEREST | ALGO | N/A | 0.63656073 | 0.59 | 0.92 |
| 2022-04-02 00:34:21.964304+00 | 4JD11ORK21T3 | deposit | INTEREST | SHIB | N/A | 17751.02468 | 0.45 | 0.00002523 |
| 2022-04-03 16:29:24.154675+00 | GNEQ3JJQK731 | Sell | TRADE | ALGO | USD | 382.59 | 349.68 | 0.913976 |
| 2022-04-03 16:31:45.935973+00 | CT1XXADTA3CH | Buy | TRADE | FET | USD | 319.79208 | 150.68 | 0.47118115 |
| 2022-04-03 16:32:58.888526+00 | K78QWQA67QYH | Buy | TRADE | SPELL | USD | 17022.5225 | 100 | 0.00587457 |
| 2022-04-03 16:34:09.057074+00 | 9NK68NQ76WK6 | Buy | TRADE | REN | USD | 210.4144527 | 99 | 0.4705 |
| 2022-04-03 16:38:33.385259+00 | CJ801V7EDP47 | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-04-13 16:39:21.787491+00 | 8S6QEMVVDXS6 | Buy | TRADE | STMX | USD | 8016.289099 | 200 | 0.0249492 |
| 2022-04-26 02:54:15.613369+00 | XP3DFKWHKNKT | Sell | TRADE | KAVA | USD | 92.64 | 393.45 | 4.24703602 |
| 2022-04-26 02:54:45.817395+00 | KBSNDYW4B5E5 | Sell | TRADE | KAVA | USD | 0.009 | 0.04 | 4.248016 |
| 2022-04-26 02:55:21.170287+00 | PHRBGKHPE8EA | Sell | TRADE | ADA | USD | 322.5 | 363.92 | 1.128448 |
| 2022-04-26 02:55:42.865304+00 | 1S59KHA1B2M2 | Sell | TRADE | KEEP | USD | 790.62 | 502.55 | 0.63563638 |
| 2022-04-26 02:56:05.375251+00 | GXD92FA6K66Q | Sell | TRADE | GRT | USD | 607.61 | 270.48 | 0.445148 |
| 2022-04-26 02:56:28.53661+00 | CJPG1CC99353 | Sell | TRADE | GRT | USD | 0.06 | 0.03 | 0.44524493 |
| 2022-04-26 02:57:28.413388+00 | GHFDWSHPJS7X | Sell | TRADE | GALA | USD | 2540.4479 | 603.19 | 0.237436 |
| 2022-04-26 02:58:09.022021+00 | 79CY0KD5894D | Sell | TRADE | ANKR | USD | 6434.85225 | 558.46 | 0.0867868 |
| 2022-04-26 03:04:42.272361+00 | D3RG41NK0C51 | withdrawal | BANK | USD | N/A | 2692.11 | 2692.11 | 1 |
| 2022-04-26 22:35:07.477146+00 | Z2ZK8F1R7409 | Sell | TRADE | HBAR | USD | 855.7 | 178.18 | 0.208228 |
| 2022-04-26 22:35:33.114688+00 | W3YJZ8K88TDM | Buy | TRADE | FET | USD | 378.900003 | 178.18 | 0.470256 |
| 2022-04-26 22:36:54.547201+00 | 3W4HCKMFMXY8 | Sell | TRADE | DGB | USD | 14528.9 | 409.88 | 0.02821104 |
| 2022-04-26 22:37:20.274917+00 | 1A3KH956MZKX | Buy | TRADE | SPELL | USD | 20187.82755 | 100 | 0.00495348 |
| 2022-04-26 22:37:35.064368+00 | 9VE86ZAMQNEH | Buy | TRADE | JASMY | USD | 3071.517207 | 100 | 0.0325572 |
| 2022-04-26 22:37:54.795421+00 | 4Y2ATMS9M8D9 | Buy | TRADE | FET | USD | 446.69005 | 209.88 | 0.469856 |
| 2022-04-26 22:38:46.038394+00 | VSQ824B2TWX4 | Sell | TRADE | BAT | USD | 194.2 | 147.92 | 0.76169878 |
| 2022-04-26 22:39:06.125513+00 | BQTMW1R4NJTX | Buy | TRADE | FET | USD | 314.490547 | 147.92 | 0.470348 |
| 2022-04-26 22:41:18.587774+00 | V70FNYTPZCHM | Sell | TRADE | TRX | USD | 6794.3 | 428.56 | 0.0630768 |
| 2022-04-26 22:41:41.953912+00 | J807JX61VC06 | Buy | TRADE | REN | USD | 968.8313289 | 428.56 | 0.44234738 |
| 2022-04-15 15:34:27.244743+00 | VBZXV49GSPEQ | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2022-04-15 15:34:46.477337+00 | Q1Z8EYZ5AG8M | Buy | TRADE | JASMY | USD | 5614.066605 | 100 | 0.0178124 |
| 2022-04-16 21:22:38.057738+00 | KMECRT5KPZ28 | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-04-16 21:23:12.478337+00 | BY6ZGPETCBST | Buy | TRADE | SHIB | USD | 7645259.939 | 200 | 0.00002616 |
| 2022-04-17 23:01:18.835522+00 | V35493JKEP50 | Sell | TRADE | STMX | USD | 21041 | 383.69 | 0.0182352 |
| 2022-04-17 23:01:59.276286+00 | HPNQSWG77JTP | Buy | TRADE | FET | USD | 528.93045 | 181 | 0.3422 |
| 2022-04-17 23:02:52.603648+00 | RAJ8QPKP71GV | Buy | TRADE | REN | USD | 553.5682828 | 181 | 0.3269696 |
| 2022-04-18 00:08:27.516722+00 | YNX0ANSX3Q2V | Sell | TRADE | STMX | USD | 0.1 | 0 | 0.0175528 |
| 2022-04-22 00:10:03.244698+00 | FZHKM0RHJ024 | Sell | TRADE | SPELL | USD | 83657.1 | 335.29 | 0.00400788 |
| 2022-04-22 00:11:00.357944+00 | K3S30QGHWV19 | Buy | TRADE | JASMY | USD | 15215.18979 | 356.98 | 0.02346208 |
| 2022-04-26 12:16:46.391612+00 | E13ZF2XG2MMH | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2022-04-26 12:17:17.154539+00 | 0YCSX52V2NR8 | Buy | TRADE | XVG | USD | 9696.12349 | 100 | 0.0103134 |
| 2022-05-01 22:42:42.468362+00 | AEV11P5NRB0P | deposit | INTEREST | SHIB | N/A | 10369.23222 | 0.22 | 0.00002092 |
| 2022-05-14 12:18:31.98138+00 | 0FE1SS78CZ81 | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-05-14 12:18:54.995716+00 | 629CSKH91XS2 | Buy | TRADE | LUNC | USD | 672924.8679 | 200 | 0.00029721 |
| 2022-05-14 12:20:31.433381+00 | 25JRHAHTAPWY | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2022-05-14 12:20:57.105419+00 | E4ZMY4F5MVKN | Buy | TRADE | LUNC | USD | 384334.5248 | 100 | 0.00026019 |
| 2022-05-19 01:23:04.657656+00 | 7Q6YP4ZGPZ8R | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-05-19 01:23:38.246146+00 | DJPA3290VC5P | Buy | TRADE | ROSE | USD | 2819.442878 | 200 | 0.070936 |
| 2022-05-20 17:29:14.305624+00 | 8Z73SCFB743D | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-05-20 17:30:20.750706+00 | 7QJCDF1N8271 | Buy | TRADE | TRX | USD | 2705.676387 | 200 | 0.07391867 |
| 2022-05-20 17:32:02.540877+00 | RYA3VQNY5TWN | Sell | TRADE | FET | USD | 3615 | 594.65 | 0.16449521 |
| 2022-05-20 17:32:23.312747+00 | AZJ17FBVBHN3 | Buy | TRADE | TRX | USD | 8014.521125 | 594 | 0.07411547 |
| 2022-06-01 08:18:11.755816+00 | Z8XS4JXABVNR | deposit | INTEREST | SHIB | N/A | 12072.8531 | 0.14 | 0.00001116 |
| 2022-06-01 20:18:44.593904+00 | VJW5MPXEQRMA | deposit | INTEREST | LUNC | N/A | 1932.624696 | 0.29 | 0.00014999 |
| 2022-06-04 00:00:24.957494+00 | PEK1K7PQFCJG | deposit | ADMIN | LUNA | N/A | 4.856 | | |
| 2022-06-04 00:00:25.165284+00 | 2Y76KASH1FVJ | deposit | ADMIN | LLUNA | N/A | 11.33 | | |
| 2022-06-04 05:17:22.870555+00 | J1EF2XCW430J | Sell | TRADE | REN | USD | 3618.12 | 513.93 | 0.1420432 |
| 2022-06-04 16:41:28.063163+00 | 10SYF39CK7PJ | Buy | TRADE | ADA | USD | 444.487115 | 250 | 0.562446 |
| 2022-06-04 18:27:52.498804+00 | BJS9G52Z839T | Buy | TRADE | LUNA | USD | 40.09215528 | 264.58 | 6.599296 |
| 2022-06-08 21:19:55.022017+00 | CZ63X5C3Q0PB | Sell | TRADE | LRC | USD | 118.406 | 61.15 | 0.516472 |
| 2022-06-08 21:22:15.021298+00 | 5ETVPYCRHS44 | Sell | TRADE | TRAC | USD | 290.81 | 89.66 | 0.30830572 |
| 2022-06-08 21:22:34.750666+00 | KZFKH0178ZQE | Sell | TRADE | FET | USD | 0.47 | 0.07 | 0.147776 |
| 2022-06-08 21:29:02.030607+00 | 4PYJVM0AV410 | Buy | TRADE | TRX | USD | 1833.264764 | 150.88 | 0.08230126 |
| 2022-06-10 01:26:44.981868+00 | E010ZY8A68G8 | Sell | TRADE | LUNA | USD | 22 | 66.55 | 3.025112 |
| 2022-06-10 01:27:19.737553+00 | NAKCD2N3A5YA | Buy | TRADE | LUNC | USD | 801131.5758 | 66.55 | 0.00008307 |
| 2022-06-14 14:41:15.455923+00 | MD9T1S9PM2DK | Sell | TRADE | BICO | USD | 191.787 | 120.58 | 0.62873008 |
| 2022-06-14 14:41:37.143135+00 | VK6E0P0T73A2 | Buy | TRADE | TRX | USD | 1490.456284 | 120.58 | 0.0809014 |
| 2022-06-20 18:19:15.214099+00 | QQGJAEVCDWAC | Sell | TRADE | TRX | USD | 14043.9 | 836.55 | 0.0595668 |
| 2022-06-20 18:19:56.153729+00 | 3SDV6MTCGV8Y | Buy | TRADE | ADA | USD | 1715.893738 | 836.55 | 0.48753019 |

369107653.9   53446.46