# **EXHIBIT 22**



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

William Bejan
@WBejan93993

## Post

**Mirthless Chud**
@Ta11Texan

Wowwww @investvoyager offering $100 in $BTC for new sign ups using "mavs100" in the next 48 hours

5:12 PM · Oct 27, 2021

5 · 29 · 128 · 1

Post your reply
Reply

**Jumbo** @oukeline · Oct 27, 2021
What about ppl who already have voyager? Wtf @investvoyager
5 · 1

**Mirthless Chud** @Ta11Texan · Oct 27, 2021
You're missing the big picture here
1 · 1

Show replies

**matt** 🥊 @defimattyy · Oct 27, 2021
do they still have to deposit the same amount in? ($100)
1

**Joe The Auto Pro** 😎 @JoeTheAutoPro · Oct 27, 2021
Then you can sell it and buy $VGX! Lol 😎
3

**TheVision2088.algo** @thevision2088 · Oct 27, 2021
This really happening @DJCryptoYT
2

**Tommy Maha** @TomDavidBangkok · Oct 28, 2021
Mark Cuban asked Steve in the news event whether this $100 offering is in $VGX? Clever actually.
1

## Discover more
Sourced from across X

**Mirthless Chud** @Ta11Texan · Apr 6
What's @Ehrls15 hiding up his?

> **Hodlius ฿ Maximus** @MAKS_Diogenes · Apr 5
> Still cant believe that they cought Do Kwon (founder of terra luna) with a Trezor carrying 10000 #bitcoin ₿ on it, stuck up in his rectum
>
> This bear market was so crazy. Cant wait to see what the next bear market will bring

Search

**Relevant peo**

**Mirthless C**
@Ta11Texan
I have no ide

**Voyager**
@investvoya
Official Twit

**What's happe**

**Wres**
Wrestl

Trending in United Sta
**#Eclipse2024**
Trending with Bonnie

Sports · Trending
**Scott Drew**
3,509 posts

Politics · Trending
**Death to America**
102K posts

Sports · Trending
**No NBA**
6,061 posts

Show more

Terms of Service Priv
Accessibility Ads inf

4/8/24, 2:49 PM William Bejan on X: "Cuomo @izzy2agent retweeted on $BLSH now going to $4/23/24 $40" in the next 48 hours" …

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

1    2  218

William Bejan
@WBejan93993