# **<u>EXHIBIT 23</u>**

## [Intentionally Omitted]