# **EXHIBIT 24**

Rob-Voyager-00000016 (excerpted)

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Created At | User ID | Email | Trans ID | Trans Direction | Trans Type | | Status Internal | Asset | Amount | Market Price | Usd Value |
| 1390 | 2021-10-04 01:26:21.776 +0000 | 71571664-7e12-4d5d-b961-665a988fd518 | marshallapeters@gmail.com | 01FH4EHCAH9296RYG4V1W9FGXN | DEPOSIT | REWARD | | | BTC | 0.000519 | $ 48,110.50 | $ 25.00 |
| 1752 | 2021-05-06 19:06:52.985 +0000 | 71571664-7e12-4d5d-b961-665a988fd518 | marshallapeters@gmail.com | 01F51H6Q5Q17BXRT6BWCX9FJW2 | DEPOSIT | REWARD | | | BTC | 0.000447 | $ 55,855.20 | $ 25.00 |
| 1879 | 2021-02-05 19:45:54.036 +0000 | 71571664-7e12-4d5d-b961-665a988fd518 | marshallapeters@gmail.com | 01EXSVNFBM0KT6P3DZ6T1WZ3C0 | DEPOSIT | REWARD | | | BTC | 0.000664 | $ 37,608.14 | $ 25.00 |