# **EXHIBIT 31**

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

Search

**Rob Gronkowski**
@RobGronkowski

Feeling those good vibes when you 👀 $25 in bitcoin hit your account from @investvoyager.

That's what happens when you use code GRONK to download the Voyager app, deposit $100, and trade.
#crypto #partner

voyager.onelink.me/kFhQ/d02e0df6

11:52 AM · Nov 24, 2021

22 27 232

Post your reply Reply

**hero✕community** @heroXcommunity · Nov 24, 2021
Will do fren

1

**Matt...KeeperOfDogecoin** @matt_sawdy · Nov 24, 2021
#dogecoin is where it is at

**DreheteAnn** @DreheteAnn · Nov 25, 2021
GRONK GRONK🏈

**Low** 🛰️ @LaynLow · Nov 27, 2021
This chimp NFT from @CronosChimpClub .... 69-24/7 ... lol

**Caroline**
@Carolin3035431

X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Post

**Mighty Matt** 💪🏼 @HskrsStarsBucs · Nov 24, 2021
You played great this week, Gronk. Thanks for being a great role model for me and my kids.
2

**Critiqued** @Critiqueszn · Nov 24, 2021
If only you could become a USAA member
1 1

**宮エビ miyaebi** @komerirr · Nov 24, 2021
豆柴😍

**GCJ** @_JCMaximus · Nov 24, 2021
GNUS. Tell your boys to get on it.

## More replies

**R-Sol** @randyzzle32 · Nov 24, 2021
Gronk, are you planning on doing a VGX give away like OBJ recently did with Bitcoin? Would be awesome if you did. I'm working my way up to Adventurer Tier. Here's my QR code in case you do.
1

**Donna Greathouse** @DonnaGreathous9 · Nov 24, 2021
Hellz yeah 😏☺️☺️😎💚💜💚💜✨✨✨✨

**Caroline**
@Carolin3035431

**Relevant peo**
**Rob Gronkc**
@RobGronk
Tampa Bay I
**Voyager**
@investvoya
Official Twit

**What's happe**
**Blue Jackets at Re**
NHL · Last night
Politics · Trending
**#SaveMyHealthC**
1,385 posts

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Caroline
@Carolin3035431

**jay ☆** @ryanssuccop · Nov 24, 2021
bro where is ralphie wtf is this

1

**MMKK⑧** @MMKK_Group · Dec 11, 2021
MemeNFT – Biggest NFT Token Launch of 2021! Large team of Devs (including Daniel Moncada from Breaking Bad) with deep marketing connections! #MemeNFT #NFT #NFTcommunity #MEMES #BreakingBad #crypto #altcoins #bscgems #doge #elonmusk #babydoge #micropets

t.me/MemeNFTCom

**freshest1** @coachdoug3fresh · Nov 24, 2021

> **Steve** @Steve_At_COM3 · Nov 24, 2021
> Hey Everyone! Just dropped off the YetiCoin Sponsorship to @rockfitnessto. Here's the live video! YetiCoin Sponsorship Delivery!! youtu.be/JXxgoWUn6PI They're specifically making this available to low income families. @YetiCoinEth #YetiCoin #dogood #lowcapgems

**MoMoney🤑™** @MoneyGrundy · Nov 24, 2021
I'm inviting you to start investing in crypto with Voyager. Download the app and trade $100 to get $25 of free Bitcoin.

Use code PHI25E or this link to claim your BTC:

voyager.onelink.me/WNly/referral?...

**CryptoKranker** @CryptoKranker · Nov 24, 2021
@ShinChanToken
🌟@shinchantoken is the new kid on the block of ERC20 blockchain.
Brining you
#P2E, #staking and of course #NFT's!
HOTBIT listed, cmc & cg with regular special tax hours 🌶️💎🦸 you'd be mad not to check it out! 👾 t.me/ShinChanToken

Politics · Trending
**Biden Impeachme**
26.3K posts

Entertainment · Trend
**T'Challa**
2,928 posts

Show more

Terms of Service Priv
Accessibility Ads inf







