# **EXHIBIT 32**



X

Home

Explore

20+ Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

Jonathan White
@jdw232

Post

Voyager
@investvoyager

Sadly, the cast means no 1v1 🏀

Instead, @VicOladipo and @ehrls15 are hanging out and catching up at #Bitcoin2022. #Crypto4All

4:05 PM · Apr 7, 2022

10 17 192

Post your reply Reply

Royal Pirate @RoyalPirate33 · Apr 7, 2022
how much of the marketing budget did you spend on this photo? SEC would love to know how that 40M tokens benefited the investors

5

Hollermew ☀️🏄🌊👀🌊🫐 @hollermew · Apr 8, 2022
#WOW #wearecultdao @cultdao #readthecultmanifesto $CULT your future will thank me

1

OK-Messi 🛡️ @jpsat8 · Apr 7, 2022
Ill take him... 😂🤣😂🤣

Search

Relevant peo

Voyager
@investvoy
Official Twit

Victor Olad
@VicOladip
Young Mogu
Facebook: @
Oladipo4

Stephen Eh
@Ehrls15

What's happe

Bucks at Celtics
NBA · LIVE

Trending in United Sta
Tevin

Entertainment · Trend
Bette Midler
1,695 posts

Trending in United Sta
#MusicForPagans

Sports · Trending
#AEWDynamite
26.5K posts

Show more

Terms of Service Priv
Accessibility Ads inf

3/20/24, 4:32 PM (20) Voyager on X: "Sadly, the last means no v1 🚀 Instead, @VcDiacipo and @Cehus15 are hanging out and catching up at #Bi…

Case 1:22-cv-22538-RKA Document 265-32 Entered on FLSD Docket 04/23/2024 Page 3 of 4



