# **EXHIBIT 33**

← Post

↻ Voyager reposted

landon cassill ✓
@landoncassill

She pretty @investvoyager



NASCAR ✓ @NASCAR · Feb 5, 2022
We're off and running here in 2022. 👀

#BuschLightClash x @lacoliseum

**Relevant people**


landon cassill
@landoncassill
NASCAR Dr


Voyager
@investvoyager
Official Twit


NASCAR ✓
@NASCAR
SUNDAY | 3:

**What's happe**

Buffaloes at Bronc
NCAA Men's Baske

Entertainment · Trend
**Bette Midler**
1,662 posts

Sports · Trending
**Ohtani**
Trending with Ippei

Sports · Trending
**#AEWDynamite**
20.6K posts

Trending
**Trump Tower**
27.9K posts

Show more

Terms of Service  Priv
Accessibility  Ads info

X
Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

3:28 PM · Feb 5, 2022 from Los Angeles, CA

28 · 37 · 518 · 1

Post your reply
Reply

**Landon Huffman** @LandonHuffman · Feb 5, 2022
Pretty fast
1 · 2

**Lord Poe** @TheJasonPoe · Feb 5, 2022
I'll give you 1,000,000 Shibas for it?
1

**24/7Mirror** @27mirror Ad
This artist takes his editing requests to strange results.

People Who Asked For A Photo Edit And Got Unexpected Results
From 247mirror.com
277 · 37 · 496 · 1.3M

**Xavier Singleton** @xaviksjpg · Feb 6, 2022
All eyes on Crypto
1

**Scott** ✌️ @ScottHallaaa · Feb 5, 2022
Pretty fast too!

Jonathan White
@jdw232







