# EXHIBIT 36

3/20/24, 3:45 PM Voyager on X: "The winners are in! 🎉🎉🙌 @RobGronkowski and #Voyager teamed up to give 10 puzzle-fanatics each $1,...

Case 1:22-cv-22538-RKA  Document 265-86  Entered on FLSD Docket 04/23/2024  Page 2 of 4

← Post

**Voyager** @investvoyager ···

The winners are in! 🎉🎉🙌

@RobGronkowski and #Voyager teamed up to give 10 puzzle-fanatics each $1,000 VGX for solving Gronk's Cryptic Crypto Clues. Check out Gronk's IG Story to see the final winners.

5:43 PM · Jan 10, 2022

19        17        138

Post your reply                    Reply

**John Breen** ✔ @RealJohnBreen · Jan 10, 2022
Any update on BTT redenomination?
        1        3

**joe$** @joel88965009 · Jan 10, 2022
#btt
                1

**hero❌community** ✔ @heroXcommunity · Jan 10, 2022
🧑‍🚀🧑‍🚀🧑‍🚀💚🦊❌🪙🏆
#VGXheroes #VoyagerFamily #CryptoForAll $VGX $VYGVF $VOYG

discord.gg/vgxheroes
        1        7

**Coinpaper** ✔ @coinpapercom                    Ad
Crypto Market Manipulation: Shedding Light on the Hidden Tactics
coinpaper.com/3631/crypto-ma...

---

X

🔍 Sea

🏠 Home
🔍 Explore
🔔 Notifications  20+
✉️ Messages
   Grok
🗒️ Lists
🔖 Bookmarks
👥 Communities
✖️ Premium
👤 Profile
⊙ More

**Post**

Jonathan White
@jdw232

**Relevant peo**


**Voyager**
@investvoya
Official Twit


**Rob Gronk**
@RobGronk
Tampa Bay

**What's happe**

**Maple Leafs at Ca**
NHL · LIVE

Sports · Trending
**Ohtani**
Trending with Ippei

Only on X · Trending
**WE ARE GETTING**
2,162 posts

Sports · Trending
**Xavier Tillman**

Entertainment · Trend
**Simlish**

Show more

Terms of Service   Priv
Accessibility  Ads info

3/20/24, 9:46 PM
Case 1:22-cv-22538-RKA   Document 265-86   Entered on FLSD Docket 04/23/2024   Page 3 of 4
@InvestVoyager on X: "The numbers are in! Go 🗳️🗳️🗳️ @EliOrbach on X and we'll give you a puzzle right on each..."



Crypto Market Manipulation: Shedding Light on the Hidden Tactics

From coinpaper.com

💬 2          🔁 2          ♡ 11          📊 7.3K

**DH** @Daniellehufly · Jan 11, 2022
Please my problem still no any result. Only helped me update the case number... can you fix out it . It's really difficult to communicate?!

**kathleen sigmund** @coloradochickco · Jan 11, 2022
Are you switching bttold over tomorrow? Please give us a current update.

                                              ♡ 2

**Deus** @AmadeusDurbin · Jan 10, 2022
what's the deal with #btt???? You haven't answered any emails or responded to any tweets. Since when is ignoring investors a good business model?

                                              ♡ 1

**Tom S.** @tommiespaghetti · Jan 10, 2022
Yay.    What are you doing with BTT?

                                              ♡ 2

**DrBurkenstock** @DrBurkenstock · Jan 10, 2022
Congrats all!

                                              ♡ 1

**J** @jlcorven · Jan 12, 2022
My money was withdrawn from my bank account a solid week ago and is STILL not transferrable by Voyager. Give me my money back please!

💬 2                                          ♡ 1

**Lord Aragorn** @IDoN0tFearDeath · Jan 10, 2022

▶ GIF

_Hail!_

**Relevant people**

 **Voyager**
@investvoya
Official Twit

 **Rob Gronk**
@RobGronk
Tampa Bay

**What's happen**

**Maple Leafs at Ca**
NHL · LIVE

Sports · Trending
**Ohtani**
Trending with  Ippei

Only on X · Trending
**WE ARE GETTING**
2,162 posts

Sports · Trending
**Xavier Tillman**

Entertainment · Trend
**Simlish**

Show more

Terms of Service   Priv
Accessibility   Ads inf

**Home**
**Explore**
**Notifications** 20+
**Messages**
**Grok**
**Lists**
**Bookmarks**
**Communities**
**Premium**
**Profile**
**More**

**Post**

Jonathan White
@jdw232

Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Jonathan White
@jdw232

**Relevant peo**

**Voyager**
@investvoya
Official Twit

**Rob Gronkc**
@RobGronk
Tampa Bay I

**What's happe**

**Maple Leafs at Ca**
NHL · LIVE

Sports · Trending
**Ohtani**
Trending with Ippei

Only on X · Trending
**WE ARE GETTING**
2,162 posts

Sports · Trending
**Xavier Tillman**

Entertainment · Trend
**Simlish**

Show more

Terms of Service Priv
Accessibility Ads inf

