# **EXHIBIT 37**

Search

Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Jonathan White
@jdw232

Post

**Voyager**
@investvoyager

Still trying to figure out @RobGronkowski's #CrypticCryptoClues Game?

Here's at least ONE clue. Find 4 more and you could win $1K in Voyager Tokens $VGX!

Today's the last day to play. There's still time to be 1 of our 10 winners.

Enter now ➡️ bit.ly/32ftwMo

3:19 PM · Dec 22, 2021

33 · 13 · 110

Post your reply
Reply

**Royal Pirate** @RoyalPirate33 · Dec 22, 2021
still trying to figure out, why steve cannot admit he screwed up and apologies for misleading token holders

1

**Manzo** @manzana1988_ · Dec 22, 2021
Blockchain, doge , BTC , gas fee , shiba inu

**BenQ MOBIUZ Gaming North America** @MobiuzGaming Ad
Join the adventure with #BenQ #MOBIUZ and Dragon's Dogma 2!

🎮 Enter our sweepstakes with @CapcomUSA_ for a chance to win game codes and the awesome #EX2710Q Gaming Monitor.

Don't wait – @DragonsDogma launches on 3/22! 🐉

Enter here: bit.ly/3Vlre7w

#DragonsDogma2

**Relevant people**
Voyager @investvoya… Official Twit…
Rob Gronk… @RobGronk… Tampa Bay…

**What's happening**
Maple Leafs at Ca… NHL · LIVE
Trending in United Sta… Under RICO 2,830 posts
Trending in United Sta… #GalaGames
Sports · Trending Ohtani Trending with Ippei
Trending in United Sta… AUSTON 1,023 posts
Show more

Terms of Service Priv… Accessibility Ads inf…










135 64 536 229K

**Rob** @VGXRob · Dec 22, 2021
Hello to the fellow Rob!
1

**pimpkin spuce** @PSpuce · Dec 23, 2021
You PROMISED AVAX withdrawal/deposits 2 MONTHS AGO! Where are they ?

**JJ4Ever** @Crypto_Jitsu · Dec 23, 2021
Hey voyager, i'm having a problem with my account and you're holding my crypto hostage. Ticket was placed almost 2 weeks ago. Do you always ignore your customers?

**Wilemsky Beaubrun** @WilemskyB · Dec 30, 2021
We want @InuSaitama

**37** @_thirty3seven7 · Dec 25, 2021
Can you respond to my support ticket please?

**庫爾特** @DontKurtMe · Dec 22, 2021
Been waiting 10 weeks for my account to be active. Still says pending. Can I have some help?
2

**Jason Adelung** @adelung · Jan 4, 2022
Who were the 10 winners? Was it posted?
1

**Jason Lentz** @MrJTL · Dec 27, 2021
Did I win? I VoyaDominated!!

Relevant peo
Voyager @investvoy Official Twit
Rob Gronk @RobGronk Tampa Bay

What's happe
Maple Leafs at Ca
NHL · LIVE
Trending in United Sta
Under RICO
2,830 posts
Trending in United Sta
#GalaGames
Sports · Trending
Ohtani
Trending with Ippei
Trending in United Sta
AUSTON
1,023 posts
Show more

Terms of Service Priv Accessibility Ads inf

Jonathan White
@jdw232

Home
Explore
20+
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Relevant peo**

**Voyager**
@investvoya
Official Twit

**Rob Gronko**
@RobGronk
Tampa Bay I

**What's happe**

**Maple Leafs at Ca**
NHL · LIVE

Trending in United Sta
**Under RICO**
2,830 posts

Trending in United Sta
**#GalaGames**

Sports · Trending
**Ohtani**
Trending with Ippei

Trending in United Sta
**AUSTON**
1,023 posts

Show more

Terms of Service Priv
Accessibility Ads inf

**Jonathan White**
@jdw232

