# **EXHIBIT 38**



Search

Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

## Post

**Voyager**
@investvoyager

Helping our guy @RobGronkowski spread a little "Gronkmas" cheer with a new game & giveaway!

Solve at least 5 correctly & you could win $1K in Voyager Tokens $VGX. 10 winners total. Just in time for the holidays.

#CrypticCryptoClues #Gronk

Enter here >>

From instagram.com

7:00 PM · Dec 21, 2021

23 16 148

Post your reply Reply

**Marcel** @christopmarcel · Dec 21, 2021
12 weeks!? To verify my SSN and passport?! Yet you're sending me emails to say I made it!? How do I rescind my information?

VOYAGER

You made it! Welcome aboard 👋

Congratulations on starting your crypto journey with Voyager. We are happy to guide you through this adventure and answer any and all questions you may have.

Check out the links below to help you get started on the Voyager app.

Manage Your Account

additional information is needed.

Please note the review process may take up to 12 weeks. In the meantime, contacting our support team may cause further delays

View Orders and Transfers

| Cash | Balance | Available |
|---|---|---|
| USD | $0.00 | $0.00 |

**Robert** @Rghj21 · Dec 21, 2021
What if a person doesn't use or have an Instagram account? I can name about 9-10 different clues.

2

**Liver King** @liverking Ad
An undeniable force of unmanliness...

Jonathan White
@jdw232

Relevant peo
Voyager
@investvoy
Official Twit
Rob Gronk
@RobGronk
Tampa Bay

What's happe
Pirates at Yankees
MLB · LIVE
Sports · Trending
Ohtani
Trending with Ippei
Trending in United Sta
Under RICO
2,830 posts
Trending in United Sta
#GalaGames
Sports · Trending
Megan Rapinoe
Show more

Terms of Service Priv
Accessibility Ads inf

3/20/24, 4:52 PM (2) Voyager on X: "Helping punish @RobGronkowski started a life. Gronkmas Cometh will award 2022 &amp;amp; leave a life to solve ..."

The kale doesn't fall far from the cow.

He's the most complete Barbarian to date.

He bled through his soul for this!

Join me in welcoming @AwakenWithJP to the brotherhood.

There will always be a commensurate trail of blood...

Show more



**Readers added context they thought people might want to know**

Liver King was exposed for spending as much as 11,000 USD a month on steroids. Despite a prior apology and vow to go natural, he has since begun using steroids again. His muscles are not from a raw meat diet, which can also make you very ill.

businessinsider.com/liver-king-reg....

honehealth.com/edge/health/li...

cdc.gov/foodsafety/foo....

Do you find this helpful? Rate it

Context is written by people who use X, and appears when rated helpful by others. Find out more.

1.7K  1.2K  11K  120M

**Robert** @Rghj21 · Dec 22, 2021
DogeCoin
Whale
Gas Fees
Buy the Dip
NFT
HODL
Bitcoin Pizza
Lightning Network
86 Career Touchdowns

**Wilemsky Beaubrun** @WilemskyB · Dec 30, 2021
We want @InuSaitama

**NFT World** @sachinppatkar · Dec 26, 2021
1986 NBA Draft
Whales buy the DIP
BlockChain Gas
DogeCoin goto Moon
Bitcoin Lightning Network

https://twitter.com/investvoyager/status/1473443203579879427  2/4



Home
Explore
20+ Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

**Snake Eater** @Long_wang8 · Dec 21, 2021
1.whales
2. Moon (looks like a moon globe)
3. Dip
4.doge dog
5. Gas (fees)
1 3

**TruthUnderground** @SamuelR56346026 · Dec 22, 2021
Why is there no shiba token on your exchange.. Get with the program
2

**CryptoNinja** @cryptoninja87 · Jan 6, 2022

1

**Relevant peo**

**Voyager**
@investvoy
Official Twit

**Rob Gronk**
@RobGronk
Tampa Bay

**What's happe**

**Pirates at Yankees**
MLB · LIVE

Sports · Trending
**Ohtani**
Trending with Ippei

Trending in United Sta
**Under RICO**
2,830 posts

Trending in United Sta
**#GalaGames**

Sports · Trending
**Megan Rapinoe**

Show more

Terms of Service Priv
Accessibility Ads inf

**Jonathan White**
@jdw232

3/20/24, 1:56 PM (20) Voyager on X: "Helping out guy @RobGronkowski spread a little "Gronkmas" cheer with a new game & giveaway! Solve …

Home

Explore

20+ Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

**Relevant peo**

**Voyager**
@investvoy
Official Twit

**Rob Gronk**
@RobGronk
Tampa Bay I

**What's happe**

**Pirates at Yankees**
MLB · LIVE

Sports · Trending
**Ohtani**
Trending with Ippei

Trending in United Sta
**Under RICO**
2,830 posts

Trending in United Sta
**#GalaGames**

Sports · Trending
**Megan Rapinoe**

Show more

Terms of Service Priv
Accessibility Ads inf

**Jonathan White**
@jdw232

