# **EXHIBIT 39**



Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Caroline
@Carolin3035431

Rob Gronkowski reposted

**Voyager**
@investvoyager

#Bitcoin all-time high

LOADING...

██████████] 99%

7:51 PM · Oct 15, 2021

48 · 92 · 750 · 1

Post your reply
Reply

**fatos** @fatosmena · Oct 15, 2021
When wallet for doge

**Hoser** @doginall · Oct 15, 2021
You've recently become uncorrelated to this asset at the most inconvenient time 🤨

**Pancho** @PanchoCuervoRVN · Oct 15, 2021
nice
1

**ג'ה - בית להתפתחות רוחנית** @DotanYe · Oct 15, 2021
it is not 99% yet
1

**CryptoKrone** @DanielKrone4 · Oct 15, 2021
@SongbirdComm

**countx** @BRTcrpt · Oct 16, 2021
When EU app.???????

**John Griggs** @theberkute · Oct 15, 2021
Now we need ethereum to head that way.
2

**Rob** @VGXRob · Oct 15, 2021
Where is the rest of the VLP?
1 · 8

**nariboa29 -** @nariboa29 · Oct 16, 2021
If you do not answer my email I will go to the nearest office and I will claim I want my account back please 🤦🏾‍♂️
I send like 200 tiket 🤦🏾‍♂️ answer please if not i go to the office and and you are not going to want me to go, believe me

**Relevant people**
**Voyager**
@investvoya
Official Twit

**What's happening**

**Tomorrowland Wi**
Music Festival · LIVE

Entertainment · Trend
**Josh Peck**
10.5K posts

Business and finance
**$ETHFI**
54.2K posts

Trending in United Sta
**Megan**
31.5K posts

Trending in United Sta
**Lyon County**

Show more

Terms of Service Priv
Accessibility Ads inf













Dear Nc, Here is your ticket number: (218607) We've received your inquiry and will be looking into the qu...

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Caroline
@Carolin3035431

**Just Michelle** @MaryMichelleNay · Oct 19, 2021
$BITO #bitcoin ₿ futures EFT!!

**CoinDesk** @CoinDesk · Oct 19, 2021
🔔 ProShares rings the bell, launching the first U.S. #bitcoin ₿ futures ETF $BITO on the @NYSE.

2 2

**Draken_DYOR #VGXHero** 🌴 @VgxKen · Oct 15, 2021
$BTC 🚀

1

**CryptooooSaint** @iSpendAllMyMon2 · Oct 16, 2021
Let me send my VET out of voyager 😐

← **Post**

**SpartyOn** @ACE_HB1 · Oct 15, 2021
Sham platform without support. Have yet to get one reply to any of my support.
Company run by ghosts.

4 3

**turbo** @ScottSc73467258 · Oct 15, 2021
When can the $VGX holders expect the Crypto Back Rewards? Tonight? LFG!!! #Bitcoin ₿ 🚀

**The Crypto Corner** @_cryptocorner · Oct 15, 2021
waiting for voyager to reach ATH

**Relevant people**
**Voyager**
@investvoyager
Official Twitter

**What's happening**
**Tomorrowland Winter**
Music Festival · LIVE

Entertainment · Trending
**Josh Peck**
10.5K posts

Business and finance
**$ETHFI**
54.2K posts

Trending in United States
**Megan**
31.5K posts

Trending in United States
**Lyon County**

Show more

Terms of Service Privacy
Accessibility Ads info

16

**Mikael** @Michael80940568 · Oct 16, 2021
BTC with ATH and Voyager stock price? What's going on?

**Abel Arce** @AbelHollis01 · Oct 15, 2021
$VGX all-time high
LOADING...
■■■■■■□□□□□□□□□□
35%

11

**Nand_Bak** @nas_developer · Oct 15, 2021
VGX all-time low

LOADING...

██████████] 99%

1 1

**Hans V.** @theRealHansV · Oct 15, 2021
This weekend is gonna be wild!!!

2

**Michael** 🇮🇹 @forzaromaspqr · Oct 15, 2021
I nominate whomever is tweeting for @investvoyager this week for employee of the week.

3 32

**FLỌKi🌐X-Hero** @_X_Floki · Oct 15, 2021
I like this tweet @investvoyager.

Whoever is behind the curtain here deserves props.

$BTC SaH!
$VGX SaH!

**Relevant peo**
**Voyager**
@investvoy
Official Twit

**What's happe**

**Tomorrowland Wi**
Music Festival · LIVE

Entertainment · Trend
**Josh Peck**
10.5K posts

Business and finance
**$ETHFI**
54.2K posts

Trending in United Sta
**Megan**
31.5K posts

Trending in United Sta
**Lyon County**

Show more

Terms of Service Priv
Accessibility Ads inf

**Caroline**
@Carolin3035431

3/20/24, 4:39 PM
Voyager on X: "Join all the trending GM'ing" / X
Case 1:22-cv-22538-RKA    Document 265-39    Entered on FLSD Docket 04/23/2024    Page 5 of 7

| | |
|---|---|
| 🔍 Search | X |
| 🏠 | Home |
| 🔍 | Explore |
| 🔔 | Notifications |
| ✉️ | Messages |
| | Grok |
| 📋 | Lists |
| 🔖 | Bookmarks |
| 👥 | Communities |
| ✖️ | Premium |
| 👤 | Profile |
| ⋯ | More |

**Post**


Caroline
@Carolin3035431


GIF — Oh, you bloody mad genius.

💬   🔁   ♥ 17   📊   🔖   📤

**BionicCryptoBeaver** @mleepearce83 · Oct 15, 2021
Day 8 going on 9 of no response from Voyager support ticket.

[Anxiety loading... GIF]

💬   🔁   ♥ 2   📊   🔖   📤

**Daniel Dalri** @DalriDaniel · Oct 16, 2021
🔥

💬   🔁   ♥   📊   🔖   📤

**Tom Brady** @TomBrad75429871 · Oct 20, 2021
Hey rob man I miss you really I do. I just want you to know I always will be your friend. I'm tired tonight. I had on fuck of a long day. Just trying not to go overboard. Had probation appointment for a friend and I feel drained. It's like bed soon. Hey I want your my sunglasses

💬 1   🔁   ♥ 1   📊   🔖   📤

**More replies**

**Ms. Behaven** @Trumpster20242 · Oct 19, 2021
Release our coins we already paid for. Been waiting 10 days since you took the $$$ out of my account.

💬   🔁   ♥   📊   🔖   📤

**Steve** @TheStevenOne · Oct 15, 2021
I'm inviting you to start investing in crypto with Voyager. Download the app and trade $100 to get $25 of free Bitcoin.

Use code 6C8617BF8 or this link to claim your BTC:

---

**Relevant people**

 **Voyager**
@investvoyager
Official Twit...

**What's happen...**

Dodgers at Padres
MLB · This morning

Entertainment · Trend...
**Josh Peck**
10.6K posts

Entertainment · Trend...
**Cyclops**
8,910 posts

Entertainment · Trend...
**Captain America**
11.3K posts

Business and finance...
**$ETHFI**
81.2K posts

Show more

Terms of Service   Priv...
Accessibility   Ads info...

## Post

voyager.onelink.me/WNly/referral?...

**Ansoniq** @Lightside3879 · Oct 16, 2021
What great support, your app stops sending sms verification codes so you blame the customer. I have had the same cellphone number since I was 17. I am not 35. Your app sucks, your support sucks. I hope you fail and shutdown.

**Martial** @GODFATHEROFFIC1 · Oct 16, 2021
whitelist for battle zombies nft is now open ..

#defi #invest #business #eth #trader #cryptoart #ethereum #ltc #trading #cryptocurrency #bitcoin ₿ #blockchain #btc ₿ #crypto #nft #nftart #sol 36

**SHIB General ★★★★★** @PaulParatrooper · Oct 21, 2021
I have Voyager and they are dishonest about their referral fees. I am a real investor on Voyager and even have VGX coin. I will keep tweeting until they pay me my referral fees. My user name is Arianababy. I am also a real U.S. Veteran Airborne. Hate dishonesty pls retweet

**Ms. Behaven** @Trumpster20242 · Oct 15, 2021
Im filing complaints with the FBI and FTC! You took $4000 of mine in three payments and NEVER delivered the first coin!

**Olivia margaine** @1t_hodlll · Oct 15, 2021
#Bitcoin ₿ broke through $61k and is now reported at $62k Long-Term Holders have returned to impressive unrealised profits.

$62k is psychology resistance.BIG ROUND NUMBER we will power through this quickly

I've been taking @1t_hodll tweets and tips seriously and I've earned

1

**Casie Bullington** @BullingtonCasie · Oct 16, 2021
SHIB perfectly 👑 Free SHIB @BONUS_SHIB

**Denise Kevan** @KevanDenise · Oct 15, 2021
Transaction confirmed - 36 000 000 000 SHIBA tokens! Thank you @BONUS_SHIB We are with you SHIBA INU 👏

**Nisha Barrowcliff** @NishaBarrowcli1 · Oct 16, 2021
SHIBA SUPER 👑 Bonus tokens SHIBA @BONUS_SHIB

**Geeky peak** @Dontmindatal · Oct 16, 2021
Wanna own a zombie? Then take a look here ✌️

#BattleZombies #NFT

11,939 Rare Battle Zombies to be minted on #Solona #blockchain

Whitelist open now

#Minting starts on Oct 28th

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Caroline
@Carolin3035431

**Relevant peo**
Voyager
@investvoya
Official Twit

**What's happe**
Dodgers at Padres
MLB · This morning

Entertainment · Trend
Josh Peck
10.6K posts

Entertainment · Trend
Cyclops
8,910 posts

Entertainment · Trend
Captain America
11.3K posts

Business and finance
$ETHFI
81.2K posts

Show more

Terms of Service Priv
Accessibility Ads inf

...
Show more

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Relevant peo**

**Voyager**
@investvoya
Official Twit

**What's happe**

**Dodgers at Padres**
MLB · This morning

Entertainment · Trend
**Josh Peck**
10.6K posts

Entertainment · Trend
**Cyclops**
8,910 posts

Entertainment · Trend
**Captain America**
11.3K posts

Business and finance
**$ETHFI**
81.2K posts

Show more

Terms of Service Priv
Accessibility Ads inf

**Caroline**
@Carolin3035431



