# **EXHIBIT 40**





Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Search

**Rob Gronkowski** @RobGronkowski

Everyone loves treats!!

> **Voyager** @investvoyager · Nov 23, 2021
> Everyone deserves a treat 🦴
>
> Use code GRONK when you open a #Voyager account to get $25 in #Bitcoin ₿ .
> ...
> Show more

1:49 PM · Nov 23, 2021

18 19 270 1

Post your reply Reply

**Kathy Christian** @christian_kathy · Nov 23, 2021
If you don't read the description this looks like a Dogecoin giveaway. Which, in my opinion, it should be 😉! The people love Doge! Just ask @elonmusk 🤩😎

**hero❌community** @heroXcommunity · Nov 23, 2021
🦸‍♂️🦸‍♂️🐸💪⚔️🟣🚀

**Caroline** @Carolin3035431

X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

4

**Ecthelion** @LDani97 · Nov 23, 2021
👌

1

**AtticusFish** 🇦🇺🇺🇦 @thevigorish24 · Nov 23, 2021

2

**AtticusFish** 🇦🇺🇺🇦 @thevigorish24 · Nov 23, 2021
Thanks Gronk

**Madeline Ryan** @Madeline_Ryan17 · Nov 24, 2021
Welcome back Gronk!

**L.A.2012** @LA201210 · Nov 23, 2021
Gronk, don't promote scams

**BlueNovaNP** @BIueNovaNP · Nov 23, 2021
$vgx #vgx500

Post

**Red Eye Style** @RedEyeStyle · Nov 23, 2021
For anyone considering it, dont do it. Voyager is terrible. Was with them for a year and am currently in the process of pulling all my funds but guess what? Waited over 2 days to even begin an ETH transfer. Still shows pending. DONT SIGN UP!!!

1 3

**Mr crypto veteran** @SanjaVanjablja · Nov 23, 2021
Biggest treat is >500 $VGX tokens to start earning those sweet rewards on @investvoyager platform!

Relevant peo

Caroline
@Carolin3035431

3/20/24, 3:30 PM RobGronkowski on X: "Everyone loves teats!"

Case 1:22-cv-22538-RKA    Document 265-40    Entered on FLSD Docket 04/23/2024    Page 4 of 5



**BIG D** @THEREALBIGD30 · Nov 23, 2021
But that code still won't get me USAA insurance!

♡ 2

**Kevin** @KevInvests48 · Nov 23, 2021
Glad you're baaack!!

**Military Mama** @e_cooper · Nov 23, 2021
You backing a scam exchange now?

🧜‍♂️🌐**FLǪKi**🌐**X-Hero**🏗️🚢 @_X_Floki · Nov 23, 2021
🌶️🐕❤️🦴

> 🧜‍♂️🌐**FLǪKi**🌐**X-Hero**🏗️🚢 @_X_Floki · Nov 23, 2021
> Replying to @investvoyager and @RobGronkowski
> 🌶️ used the code GRONK & then got the % interest boost on her $BTC 🦴 because she holds enough $VGX to qualify for the Voyager Loyalty Program
>
> She's a good girl, a happy customer, & supports @RobGronkowski's …
> Show more

♡ 4

**Alexandra** @AlexandraHaddix · Nov 23, 2021
Everyone loves to be able to access their own money. Which seems like a lot of voyagers can't right now….

**More replies**

**jay ✰** @ryanssuccop · Nov 23, 2021
give ralphie a treat

**ImNamedJames** @ImNamedJames · Nov 23, 2021
A treat was having Gronk back for the win over the Giants!

3/20/24, 3:30 PM                         Rob Gronkowski on X: "Everyone loves Deakin" / X

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post



Caroline
@Carolin3035431