# **EXHIBIT 44**

Rob-Voyager-000825 (Excerpted)                                                                                                                                                              CONFIDENTIAL

| CREATED_AT | USER_ID | EMAIL | TRANS_ID | TRANS_DIRECTION | TRANS_TYPE | STATUS_INTERNAL | ASSET | AMOUNT | MARKET_PRICE | USD_VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/24/2021 | 82e89b70-8f33-4838-9f2e-10bf1c1743e8 | anthonydoc@me.com | 01F8ZS7K4FW8PH21YY2EQFHRFB | deposit | REWARD | cleared | BTC | 0.00071832 | $ 34,803.47 | $ 25.00 |
| 11/14/2021 | 82e89b70-8f33-4838-9f2e-10bf1c1743e8 | anthonydoc@me.com | 01FMFS4MCE12T4ER0EH0GC0261 | deposit | REWARD | cleared | BTC | 0.00039145 | $ 63,865.42 | $ 25.00 |
| 12/13/2021 | 82e89b70-8f33-4838-9f2e-10bf1c1743e8 | anthonydoc@me.com | 01FPRHNK0691AJP4VA8KV4STPG | deposit | REWARD | cleared | BTC | 0.00049814 | $ 50,186.42 | $ 25.00 |
| 12/17/2021 | 00b80ecb-ab60-4dc4-9544-e1ed663513ad | karnasteamfl@gmail.com | 01FQ5BQYJD1W5JF832RM4QHA1N | deposit | REWARD | cleared | BTC | 0.00053953 | $ 46,336.38 | $ 25.00 |
| 12/17/2021 | 00b80ecb-ab60-4dc4-9544-e1ed663513ad | karnasteamfl@gmail.com | 01FQ5C1WMB8KVP590Y3P6GHH6Z | deposit | REWARD | cleared | BTC | 0.00053924 | $ 46,361.97 | $ 25.00 |
| 9/19/2021 | d3caec88-1f15-4621-99b6-7d3c1d9a095f | katharinesugrue@gmail.com | 01FFXXTRS16C59950RNYBNT6BG | deposit | REWARD | cleared | BTC | 0.00052099 | $ 47,985.32 | $ 25.00 |
| 5/9/2021 | 5c18c4a8-d7c9-454d-a910-27486b9843b4 | lisaprovino@gmail.com | 01F57AT8TS1AQ69ESXJMWXJ8XX | deposit | REWARD | cleared | BTC | 0.00042604 | $ 58,679.72 | $ 25.00 |
| 11/1/2021 | 4f4c0b5a-00d0-4b58-8d93-8377367dd851 | toddly@gowebb.com | 01FKCXGYJ03YHYXSXTDKASYYJ0 | deposit | REWARD | cleared | BTC | 0.00165098 | $ 60,570.18 | $ 100.00 |