# **EXHIBIT 45**

Rob-Voyager-00000016 (Excerpted)   CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CREATED_AT | USER_ID | EMAIL | TRANS_ID | TRANS_DIRECTION | TRANS_TYPE | STATUS_INTERNAL | ASSET | AMOUNT | MARKET_PRICE | USD_VALUE |
| 65 | 8/24/2021 | 8fed12ad-9fb0-4f92-9881-bc0645fdfd10 | anthonydorn21@gmail.com | 01FDTXC1443G82B6E4TZ8K4AXJ | deposit | REWARD | cleared | BTC | 0.00050903 | $ 49,113.46 | $ 25.00 |
| 247 | 12/11/2021 | 251d501a-79fd-404d-8943-070ec513fae8 | cje824@hotmail.com | 01FPNTZ1SMY30ZHR7RJZ5ET539 | deposit | REWARD | cleared | BTC | 0.00051078 | $ 48,945.23 | $ 25.00 |
| 340 | 3/30/2022 | 251d501a-79fd-404d-8943-070ec513fae8 | cje824@hotmail.com | 01FZDZSAJ88P7AT41YYFVQN07T | deposit | REWARD | cleared | BTC | 0.00052418 | $ 47,693.70 | $ 25.00 |
| 692 | 2/5/2021 | 71571664-7e12-4d5d-b961-665a988fd518 | marshallapeters@gmail.com | 01EXSVNFBM0KT6P3DZ6T1WZ3C0 | deposit | REWARD | cleared | BTC | 0.00066475 | $ 37,608.14 | $ 25.00 |
| 729 | 5/6/2021 | 71571664-7e12-4d5d-b961-665a988fd518 | marshallapeters@gmail.com | 01F51H6Q5Q17BXRT6BWCX9FJW2 | deposit | REWARD | cleared | BTC | 0.00044759 | $ 55,855.20 | $ 25.00 |
| 755 | 10/4/2021 | 71571664-7e12-4d5d-b961-665a988fd518 | marshallapeters@gmail.com | 01FH4EHCAH9296RYG4V1W9FGXN | deposit | REWARD | cleared | BTC | 0.00051964 | $ 48,110.50 | $ 25.00 |
| 833 | 11/24/2021 | a639721b-1c94-44a2-a8ed-1b9a053ca644 | missouried3@gmail.com | 01FN7NGD3V4Y2V6X2NH66YB9D4 | deposit | REWARD | cleared | BTC | 0.00173816 | $ 57,532.23 | $ 100.00 |
| 917 | 4/18/2021 | fd5f7aff-75f6-439f-8062-9c6024cd6b0d | newsomdrt@gmail.com | 01F3HXHVJDRPDMYJRF461DRZMC | deposit | REWARD | cleared | BTC | 0.00044464 | $ 56,225.03 | $ 25.00 |
| 956 | 2/7/2022 | fd5f7aff-75f6-439f-8062-9c6024cd6b0d | newsomdrt@gmail.com | 01FVA4B1J1VCC2T1RRXNSDBFKR | deposit | REWARD | cleared | BTC | 0.00058589 | $ 42,670.42 | $ 25.00 |
| 1035 | 7/27/2021 | 2ae92cd5-72f5-414a-9c07-f34e365b5190 | pierce7403@gmail.com | 01FBN35V49EHRW1MHNXNMA78AV | deposit | REWARD | cleared | VGX | 4.94315373 | $ 2.02 | $ 10.00 |
| 1036 | 7/27/2021 | 2ae92cd5-72f5-414a-9c07-f34e365b5190 | pierce7403@gmail.com | 01FBN366JKFYK0W0BCY81QWJ24 | deposit | REWARD | cleared | BTC | 0.00127514 | $ 39,211.26 | $ 50.00 |
| 1091 | 12/12/2021 | 2ae92cd5-72f5-414a-9c07-f34e365b5190 | pierce7403@gmail.com | 01FPQREEVZ5753X0B0PJ71BBW1 | deposit | REWARD | cleared | BTC | 0.00050197 | $ 49,803.69 | $ 25.00 |
| 1235 | 5/16/2021 | a63e92be-f9d0-43cb-8401-5a336d90e5a2 | raysayed786@gmail.com | 01F5S8Q8R8MC75NEXESVXXM8PX | deposit | REWARD | cleared | BTC | 0.00052596 | $ 47,531.99 | $ 25.00 |
| 1363 | 1/6/2022 | 6a8ea334-c2b0-4040-b72d-a3bec066ec62 | rgold1@fau.edu | 01FRRC77GQFBVB7J1687YK17QN | deposit | REWARD | cleared | BTC | 0.00057677 | $ 43,344.84 | $ 25.00 |
| 1364 | 1/7/2022 | 6a8ea334-c2b0-4040-b72d-a3bec066ec62 | rgold1@fau.edu | 01FRV21QJ88QNH6WE3RQSDY070 | deposit | REWARD | cleared | BTC | 0.00059821 | $ 41,791.35 | $ 25.00 |
| 1377 | 1/14/2022 | 6479901b-3087-4f78-a8fd-b54eac8e49f7 | schmatzy@aol.com | 01FSCRH3M2ZZ7NKEG63YB8HCDW | deposit | REWARD | cleared | BTC | 0.00057903 | $ 43,175.45 | $ 25.00 |
| 1426 | 2/23/2021 | d051b718-57a3-44af-8b63-de229d853121 | william.ayer7@icloud.com | 01EZ66HN5WK7STAHKSF91NA4SK | deposit | REWARD | cleared | BTC | 0.00046438 | $ 53,834.78 | $ 25.00 |
| 1427 | 2/23/2021 | d051b718-57a3-44af-8b63-de229d853121 | william.ayer7@icloud.com | 01EZ66M28WVY30Z1EVMAH7EMV4 | deposit | REWARD | cleared | BTC | 0.00046423 | $ 53,852.87 | $ 25.00 |
| 1447 | 5/7/2021 | d051b718-57a3-44af-8b63-de229d853121 | william.ayer7@icloud.com | 01F548RBQT899VFPDMKD4AK6AE | deposit | REWARD | cleared | BTC | 0.00043328 | $ 57,699.53 | $ 25.00 |
| 1486 | 9/6/2021 | d051b718-57a3-44af-8b63-de229d853121 | william.ayer7@icloud.com | 01FEYPRTTS2QENZCNSK0AWJKD3 | deposit | REWARD | cleared | BTC | 0.00047619 | $ 52,500.01 | $ 25.00 |
| 1498 | 10/26/2021 | d051b718-57a3-44af-8b63-de229d853121 | william.ayer7@icloud.com | 01FJX54YT3YJTQ2Y6PR0DVYR65 | deposit | REWARD | cleared | BTC | 0.00039868 | $ 62,707.16 | $ 25.00 |
| 1549 | 5/11/2022 | d051b718-57a3-44af-8b63-de229d853121 | william.ayer7@icloud.com | 01G2T4GCQ8H1W5RNNGM8WTDMAA | deposit | REWARD | cleared | VGX | 32.55208333 | $ 0.77 | $ 25.00 |
| 1554 | 5/26/2022 | d051b718-57a3-44af-8b63-de229d853121 | william.ayer7@icloud.com | 01G3YTMKP3EAT7X0Q2VAK9GV0K | deposit | REWARD | cleared | VGX | 32.46753247 | $ 0.77 | $ 25.00 |
| 1556 | 5/28/2022 | d051b718-57a3-44af-8b63-de229d853121 | william.ayer7@icloud.com | 01G43ZE73G3PQEZNQR8YJW3BPE | deposit | REWARD | cleared | VGX | 34.48275862 | $ 0.73 | $ 25.00 |