# Exhibit A

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF FLORIDA
 3                      MIAMI DIVISION
 4      -------------------------x
 5      DOMINIK KARNAS, et al.,   :
 6                Plaintiffs,     :  Case No.
 7          v.                    :  1:22-cv-22538-ALTMAN/REID
 8      MARK CUBAN, et al.,       :
 9                Defendants.     :
10      -------------------------x
11
12
13                 Videotaped Deposition of
14                        LEE REINERS
15                   Conducted Virtually
16                 Thursday, March 28, 2024
17                       10:05 a.m. EST
18
19
20
21
22
23      Job No.: 530570
24      Pages: 1 - 136
25      Reported by: Nancy C. Bendish, CCR, RMR, CRR
```

| | | |
|---|---|---|
| 1 | this matter based on your expertise in the | 10:28:14 |
| 2 | subject matter that is at issue in this case? | 10:28:18 |
| 3 |     A.    Can you repeat the question. | 10:28:23 |
| 4 |     MR. SACHS:  Nancy, please. | 10:28:25 |
| 5 |     (Last question read.) | 10:28:33 |
| 6 |     A.    Yes. | 10:28:35 |
| 7 |     Q.    And what makes you an expert on | 10:28:38 |
| 8 | this topic? | 10:28:42 |
| 9 |     A.    I have been teaching, writing and | 10:28:45 |
| 10 | speaking about the legal and regulatory issues | 10:28:50 |
| 11 | associated with cryptocurrency since 2017. | 10:28:54 |
| 12 |     Q.    Do you believe you are qualified | 10:29:01 |
| 13 | as an expert in cryptocurrency? | 10:29:04 |
| 14 |     A.    Yes. | 10:29:08 |
| 15 |     Q.    What have you written on this | 10:29:08 |
| 16 | topic, generally? | 10:29:10 |
| 17 |     A.    I've written multiple academic | 10:29:12 |
| 18 | journal articles, op-eds in various media | 10:29:16 |
| 19 | outlets, I've testified twice in Congress on | 10:29:24 |
| 20 | this issue.  I'm frequently cited in the | 10:29:27 |
| 21 | financial press.  I've appeared on television | 10:29:31 |
| 22 | multiple times speaking about these issues. | 10:29:35 |
| 23 | I've taught courses on these issues at Duke | 10:29:38 |
| 24 | University for several years; and my views are | 10:29:43 |
| 25 | sought by policymakers on these issues around | 10:29:49 |

1    the world.                                              10:29:52
2         Q.   And have you studied                          10:29:53
3    cryptocurrencies?                                       10:29:56
4         A.   Yes.                                          10:29:57
5         Q.   Could up explain your study of                10:29:58
6    cryptocurrencies.                                       10:30:01
7              MR. ZACK:  Object to form.                    10:30:03
8         A.   You're asking me to explain the               10:30:07
9    definition of study?                                    10:30:09
10        Q.   I'm asking what you did personally            10:30:10
11   to study cryptocurrencies.                              10:30:13
12        A.   I've read --                                  10:30:17
13             MR. ZACK:  Other than what he's               10:30:18
14   already talked about?                                   10:30:20
15             MR. SACHS:  Yes.                              10:30:22
16        A.   I've read many, many things about             10:30:25
17   cryptocurrency over the years.                          10:30:31
18        Q.   Sitting here today, do you own any            10:30:35
19   cryptocurrency?                                         10:30:39
20        A.   No.                                           10:30:40
21        Q.   Have you ever owned any                       10:30:40
22   cryptocurrency?                                         10:30:44
23        A.   Yes.                                          10:30:44
24        Q.   What did you own?                             10:30:44
25        A.   I have owned Bitcoin, Ether and               10:30:46

| | | |
|---|---|---|
| 1 | Litecoin. | 10:30:53 |
| 2 | Q. But you sold them at some point? | 10:30:54 |
| 3 | A. Yes. | 10:30:57 |
| 4 | Q. And how did you go about buying | 10:31:00 |
| 5 | those cryptocurrencies? | 10:31:04 |
| 6 | A. The first time I bought | 10:31:05 |
| 7 | cryptocurrency was at a cryptocurrency ATM. | 10:31:07 |
| 8 | Subsequent purchases were done via the Coinbase | 10:31:15 |
| 9 | and Gemini exchanges. | 10:31:21 |
| 10 | Q. Okay. Did you study | 10:31:24 |
| 11 | cryptocurrencies as part of any degree that you | 10:31:28 |
| 12 | hold? | 10:31:31 |
| 13 | A. No. | 10:31:35 |
| 14 | Q. Do you have a degree in anything | 10:31:41 |
| 15 | relating to the federal securities laws? | 10:31:44 |
| 16 | A. No. | 10:31:49 |
| 17 | MR. KAYE: Form. | 10:31:53 |
| 18 | Q. Do you teach any courses on | 10:31:57 |
| 19 | cryptocurrency? | 10:32:00 |
| 20 | A. I have. | 10:32:01 |
| 21 | Q. What courses? | 10:32:02 |
| 22 | A. I've taught a cryptocurrency law | 10:32:04 |
| 23 | and policy course. | 10:32:07 |
| 24 | Q. When was that? | 10:32:08 |
| 25 | A. I last taught that course in the | 10:32:11 |

| | | |
|---|---|---|
| 1 | fall of 2022. | 10:32:13 |
| 2 |     Q.    And who were the students, what | 10:32:15 |
| 3 | type of degrees were they seeking? | 10:32:18 |
| 4 |     A.    They were law students. | 10:32:21 |
| 5 |     Q.    And so was that a course connected | 10:32:23 |
| 6 | with a law school? | 10:32:25 |
| 7 |     A.    Yes. | 10:32:26 |
| 8 |     Q.    Which law school? | 10:32:27 |
| 9 |     A.    Duke Law School. | 10:32:30 |
| 10 |     Q.    Apart from what we've discussed, | 10:32:34 |
| 11 | is there anything else that gives you | 10:32:36 |
| 12 | specialized knowledge or expertise on the topic | 10:32:38 |
| 13 | of cryptocurrencies? | 10:32:42 |
| 14 |     A.    Not that I can think of. | 10:32:47 |
| 15 |     Q.    Okay.  We looked at Section 1.01 | 10:32:49 |
| 16 | and the statements in there about the EPAs and | 10:32:55 |
| 17 | VGX having characteristics that lend themselves | 10:33:01 |
| 18 | towards the tests regarding Howey -- or the | 10:33:04 |
| 19 | Howey and Reves tests.  Does your report express | 10:33:09 |
| 20 | an opinion regarding any other issue under the | 10:33:13 |
| 21 | federal securities laws? | 10:33:19 |
| 22 |     A.    I don't believe so. | 10:33:27 |
| 23 |     Q.    Okay.  We're going to go through a | 10:33:28 |
| 24 | couple other topics.  I just want to be sure I | 10:33:30 |
| 25 | understand what you believe the scope of your | 10:33:34 |

| | | |
|---|---|---|
| 1 | New Jersey. | 10:40:02 |
| 2 | Q. Do you believe -- I'm asking about | 10:40:03 |
| 3 | your report. So, does your report express an | 10:40:06 |
| 4 | opinion as to -- I'm repeating the question. I | 10:40:09 |
| 5 | understand your answer about other states' | 10:40:15 |
| 6 | definitions resembling Howey, but I'm asking | 10:40:19 |
| 7 | does your report express an opinion as to | 10:40:22 |
| 8 | whether EPAs -- whether the offer and sale of | 10:40:25 |
| 9 | EPAs and VGX meet the definition of investment | 10:40:30 |
| 10 | contracts under any other state law? | 10:40:34 |
| 11 | A. I do not believe my report | 10:40:36 |
| 12 | references any other state law beyond New | 10:40:38 |
| 13 | Jersey. | 10:40:40 |
| 14 | Q. Okay. We're going to scroll down | 10:40:40 |
| 15 | to -- we are now on page 25 of your report. Is | 10:40:53 |
| 16 | this your CV, Mr. Reiners? | 10:41:34 |
| 17 | A. Yes. | 10:41:37 |
| 18 | Q. Okay, we're going to walk through | 10:41:38 |
| 19 | this. | 10:41:39 |
| 20 | It appears to me that you | 10:41:40 |
| 21 | graduated high school in 2004; is that right? | 10:41:41 |
| 22 | A. 2003. | 10:41:46 |
| 23 | Q. I'm sorry, 2003. And what did you | 10:41:47 |
| 24 | do after that? | 10:41:50 |
| 25 | A. I served in the military. | 10:41:52 |

| | | |
|---|---|---|
| 1 | Q.   And that's noted here as a | 10:41:55 |
| 2 | communications specialist?  Thank you for your | 10:41:58 |
| 3 | service, in all sincerity. | 10:42:02 |
| 4 | What did you do upon finishing | 10:42:05 |
| 5 | your service with the military? | 10:42:07 |
| 6 | A.   I enrolled at the University of | 10:42:09 |
| 7 | St. Thomas. | 10:42:11 |
| 8 | Q.   And what did you study there? | 10:42:12 |
| 9 | A.   Economics. | 10:42:14 |
| 10 | Q.   Did you take any courses in law? | 10:42:14 |
| 11 | A.   No. | 10:42:20 |
| 12 | Q.   Did you graduate from the | 10:42:21 |
| 13 | University of St. Thomas? | 10:42:24 |
| 14 | A.   Yes. | 10:42:25 |
| 15 | Q.   What degree did you receive? | 10:42:26 |
| 16 | A.   I believe my degree was a Bachelor | 10:42:28 |
| 17 | of Science in business economics. | 10:42:30 |
| 18 | Q.   And what did you do after that? | 10:42:32 |
| 19 | A.   I enrolled in Duke University's | 10:42:34 |
| 20 | Master of Public Policy Program. | 10:42:38 |
| 21 | Q.   When did that start? | 10:42:41 |
| 22 | A.   Fall of 2009. | 10:42:44 |
| 23 | Q.   And was that at the Sanford | 10:42:47 |
| 24 | School? | 10:42:51 |
| 25 | A.   Yes. | 10:42:51 |

| | | |
|---|---|---|
| 1 | Q. Was it a separate school at that | 10:42:52 |
| 2 | time? | 10:42:55 |
| 3 | A. I believe it was. | 10:42:55 |
| 4 | Q. Believe it or not, I have an | 10:42:57 |
| 5 | undergraduate degree from the Sanford School, so | 10:42:59 |
| 6 | I'm quite familiar and happy to have spent my | 10:43:02 |
| 7 | time there. I would have been happy to spend my | 10:43:07 |
| 8 | time with you in Durham today. I'm sorry it | 10:43:11 |
| 9 | didn't work out. | 10:43:13 |
| 10 | A. Well, be thankful because it's a | 10:43:14 |
| 11 | crummy day here today, actually. | 10:43:16 |
| 12 | Q. Maybe we'll have another | 10:43:18 |
| 13 | opportunity. | 10:43:20 |
| 14 | What did your master -- your study | 10:43:20 |
| 15 | as part of your master's of public policy | 10:43:25 |
| 16 | entail? | 10:43:28 |
| 17 | A. Variety. | 10:43:30 |
| 18 | MR. ZACK: You've gone through 25. | 10:43:31 |
| 19 | Are you going to go through page 26, 27, or are | 10:43:33 |
| 20 | we just going to go ahead and attach those | 10:43:36 |
| 21 | pages? | 10:43:38 |
| 22 | MR. SACHS: I'm sorry. I don't | 10:43:40 |
| 23 | understand the question. | 10:43:42 |
| 24 | MR. ZACK: Page 26 has quite a few | 10:43:43 |
| 25 | articles. Page 27 has quite a few articles. My | 10:43:46 |

| | | |
|---|---|---|
| 1 | BY MR. SACHS: | 10:45:36 |
| 2 | Q. I believe my question was what did | 10:45:36 |
| 3 | your study as part of your master's of public | 10:45:39 |
| 4 | policy degree entail, Mr. Reiners? | 10:45:41 |
| 5 | A. Studied a variety of topics. | 10:45:45 |
| 6 | Economics, finance, regulation, policy issues. | 10:45:50 |
| 7 | Q. How many years was that course of | 10:45:56 |
| 8 | study? | 10:45:58 |
| 9 | A. Two years. | 10:45:59 |
| 10 | Q. Did you study law at all? | 10:46:00 |
| 11 | A. I don't believe I took a law | 10:46:05 |
| 12 | course, but of course law influences public | 10:46:07 |
| 13 | policy and vice versa, so legal issues did of | 10:46:12 |
| 14 | course come up in my course of study. | 10:46:16 |
| 15 | Q. Sure. And as far as you're aware, | 10:46:18 |
| 16 | were there law students in any of your courses? | 10:46:20 |
| 17 | A. I don't know. | 10:46:24 |
| 18 | Q. Sitting here today, do you | 10:46:26 |
| 19 | remember any law students being present in any | 10:46:27 |
| 20 | of your courses? | 10:46:30 |
| 21 | MR. ZACK: Asked and answered. | 10:46:31 |
| 22 | Object to form. | 10:46:33 |
| 23 | A. I don't know if there were law | 10:46:36 |
| 24 | students or not. I don't remember. | 10:46:39 |
| 25 | Q. Upon your graduation with your | 10:46:41 |

| | | |
|---|---|---|
| 1 | master's in public policy, what did you do next? | 10:46:43 |
| 2 | A. I went to work for the Federal | 10:46:46 |
| 3 | Reserve Bank of New York. | 10:46:48 |
| 4 | Q. And what did you do there? | 10:46:49 |
| 5 | A. Multiple roles. Most of my time | 10:46:53 |
| 6 | there was spent as an examiner of systemically | 10:46:55 |
| 7 | important financial institutions. | 10:46:59 |
| 8 | Then my last role there was | 10:47:00 |
| 9 | working in the Executive Office doing policy | 10:47:04 |
| 10 | coordination with international standard-setting | 10:47:06 |
| 11 | bodies, as well as other domestic regulatory | 10:47:10 |
| 12 | agencies. | 10:47:12 |
| 13 | Q. As I see, your resume refers to | 10:47:13 |
| 14 | the role from 2011 to 2015 as a bank examiner? | 10:47:15 |
| 15 | A. Um-hum. | 10:47:20 |
| 16 | Q. What was the title of the person | 10:47:21 |
| 17 | that you reported to? | 10:47:22 |
| 18 | A. I reported to multiple people | 10:47:27 |
| 19 | during that time. I do not remember their | 10:47:29 |
| 20 | title. | 10:47:33 |
| 21 | Q. Is there one whose title you | 10:47:34 |
| 22 | remember? | 10:47:40 |
| 23 | A. No. | 10:47:40 |
| 24 | Q. Could you go into a little more | 10:47:40 |
| 25 | detail about what you did as a bank examiner? | 10:47:43 |

| | |
|---|---|
| 1   A.   Yeah, so most of my time was | 10:47:49 |
| 2 spent, as I said, supervising systemically | 10:47:52 |
| 3 important financial institutions, specifically | 10:47:57 |
| 4 focused on their capital and liquidity position. | 10:48:01 |
| 5 So that was the nature of my work there. | 10:48:07 |
| 6   Q.   And how did you analyze these | 10:48:09 |
| 7 banks' capital and liquidity positions? | 10:48:11 |
| 8   A.   Variety of methods.  Data that we | 10:48:15 |
| 9 had access to, data that they provided to us, | 10:48:19 |
| 10 documents produced by the firms themselves, | 10:48:23 |
| 11 frequent meetings with firm management.  So, a | 10:48:27 |
| 12 variety of methods. | 10:48:30 |
| 13   Q.   Okay.  And how did your work and | 10:48:31 |
| 14 responsibilities change when you became a senior | 10:48:34 |
| 15 associate to the Executive Office? | 10:48:37 |
| 16   A.   Well, at that point in time I left | 10:48:40 |
| 17 the Supervision Department of the New York Fed, | 10:48:42 |
| 18 so I was no longer exclusively focused on bank | 10:48:47 |
| 19 supervision, and I was focused on a broader | 10:48:51 |
| 20 array of issues that were relevant to the New | 10:48:56 |
| 21 York Fed's mandate. | 10:48:59 |
| 22   Q.   Okay.  During your time at the | 10:49:03 |
| 23 Federal Reserve, did you have an opportunity to | 10:49:05 |
| 24 work in things relating to the crypto industry? | 10:49:09 |
| 25   A.   Yes. | 10:49:13 |

1  Q.  Could you describe that, please.   10:49:14
2  A.  Well, crypto was in its nascent   10:49:17
3  stages at that point in time.  So during my time   10:49:21
4  in the Executive Office I spearheaded an   10:49:23
5  informal working group of New York Fed employees   10:49:27
6  from throughout the organization who were   10:49:34
7  starting to pay attention to cryptocurrency, and   10:49:35
8  we held sort of periodic meetings to update one   10:49:39
9  another on what we were seeing; and if it was   10:49:43
10 relevant to flag that for the New York Fed's   10:49:46
11 management team.   10:49:51
12  Q.  You said this was an informal   10:49:55
13 working group?   10:49:57
14  A.  Yes.   10:49:58
15  Q.  And at the periodic meetings you   10:49:59
16 would share with each other information you had   10:50:03
17 seen about the crypto industry?   10:50:05
18  A.  Well, about crypto in general.   10:50:09
19 There wasn't much of an industry to speak of at   10:50:11
20 that point in time.   10:50:14
21  Q.  And how did you, when you were   10:50:15
22 part of that group, go about identifying   10:50:16
23 information about crypto?   10:50:19
24  A.  I mean, I can't speak for everyone   10:50:27
25 that was a member of that group and how they   10:50:31

| | | |
|---|---|---|
| 1 | sourced their information.  I sourced my | 10:50:33 |
| 2 | information from reading the various articles, | 10:50:35 |
| 3 | papers, things on the internet. | 10:50:38 |
| 4 | Q. And apart from reading things on | 10:50:42 |
| 5 | the internet about crypto, did you have any | 10:50:44 |
| 6 | other way of gathering information about crypto | 10:50:47 |
| 7 | at that time? | 10:50:50 |
| 8 | MR. ZACK: Objection to form. | 10:50:51 |
| 9 | A. I mean, there were of course | 10:50:59 |
| 10 | multiple ways to learn about crypto at that | 10:51:02 |
| 11 | point in time.  I don't remember everything that | 10:51:05 |
| 12 | I was encountering.  But certainly I think | 10:51:08 |
| 13 | conversations with folks within the | 10:51:12 |
| 14 | organization, as well as occasionally at | 10:51:17 |
| 15 | regulated institutions also informed my views. | 10:51:21 |
| 16 | Q. Okay.  So you mentioned reading | 10:51:26 |
| 17 | things on the internet and conversations with | 10:51:29 |
| 18 | people.  Apart from that and what you've | 10:51:31 |
| 19 | mentioned, anything else? | 10:51:36 |
| 20 | A. I mean, and there was books, too, | 10:51:38 |
| 21 | at the time.  So reading a variety of sources. | 10:51:41 |
| 22 | Q. Okay.  It appears you left the | 10:51:44 |
| 23 | Federal Reserve in 2016? | 10:51:46 |
| 24 | A. Correct. | 10:51:49 |
| 25 | Q. And what did you do next? | 10:51:49 |

| | | |
|---|---|---|
| 1 | A. I came to work at Duke University | 10:51:52 |
| 2 | School of Law. | 10:51:55 |
| 3 | Q. And what was your role there? | 10:51:56 |
| 4 | A. I was the executive director of | 10:52:00 |
| 5 | the Global Financial Market Center. | 10:52:03 |
| 6 | Q. What is, or what was at the time | 10:52:05 |
| 7 | the Global Financial Market Center? | 10:52:07 |
| 8 | A. It was an academic center within | 10:52:10 |
| 9 | the law school that was dedicated to the study | 10:52:12 |
| 10 | of financial regulation. | 10:52:17 |
| 11 | Q. And what was your role there? | 10:52:20 |
| 12 | A. Executive director. | 10:52:23 |
| 13 | Q. What did you do as executive | 10:52:24 |
| 14 | director? | 10:52:27 |
| 15 | A. I managed the day-to-day | 10:52:28 |
| 16 | operations of the center. | 10:52:31 |
| 17 | Q. What did that entail? | 10:52:33 |
| 18 | A. Organizing events, organizing | 10:52:38 |
| 19 | speakers. I edited a blog, dicated (phonetic) a | 10:52:40 |
| 20 | financial regulation, interacted with students, | 10:52:47 |
| 21 | taught classes, hosted a podcast, interacted | 10:52:50 |
| 22 | with other folks throughout Duke University that | 10:52:58 |
| 23 | were interested in these issues, hosted | 10:53:01 |
| 24 | conferences. | 10:53:03 |
| 25 | Q. And at that time were you also -- | 10:53:04 |

1     did you also start a role as a lecturing fellow?                    10:53:07
2          A.    Yes.                                                      10:53:12
3          Q.    And what does that mean?                                  10:53:12
4          A.    That was just a title.  It                                10:53:16
5     entailed teaching classes.                                           10:53:17
6          Q.    And what courses did you -- sorry.                        10:53:19
7                What was the time period that you                         10:53:21
8     were a lecturing fellow?                                             10:53:24
9          A.    Well, I became a lecturing fellow                         10:53:28
10    when I started at Duke Law, and I've still                           10:53:31
11    lectured there.  So I'm a lecturing fellow at                        10:53:37
12    Duke.  But my courses at Duke Law were multiple.                     10:53:40
13    I taught courses on FinTech law and policy,                          10:53:46
14    cryptocurrency law and policy.  I would lecture                      10:53:52
15    in big bank regulation.  I taught two sort of                        10:53:56
16    smaller seminar courses related to financial                         10:54:05
17    regulation and financial policy.                                     10:54:08
18         Q.    And are you still today a                                 10:54:10
19    lecturing fellow associated with the law school?                     10:54:13
20         A.    Yes.                                                      10:54:16
21         Q.    Are you on the faculty of the Duke                        10:54:17
22    Law School?                                                          10:54:20
23         A.    I mean, I'm not full time at the                          10:54:23
24    law school.                                                          10:54:25
25         Q.    So are you on the faculty of the                          10:54:27

| | |
|---|---|
| 1 you don't like his answer, it's too bad.  That's | 11:55:22 |
| 2 his answer. | 11:55:24 |
| 3         You don't have to give an answer | 11:55:28 |
| 4 other than what you believe. | 11:55:31 |
| 5     A.   The conclusions of my report are | 11:55:34 |
| 6 subject to the interpretation of the reader.  I | 11:55:37 |
| 7 cannot speak for everyone who has read my | 11:55:40 |
| 8 report. | 11:55:43 |
| 9     Q.   And I'm asking, do you believe the | 11:55:44 |
| 10 conclusions of your report speak to any issue | 11:55:47 |
| 11 other than the issue of whether EPAs and VGX are | 11:55:51 |
| 12 securities? | 11:55:57 |
| 13         MR. ZACK:  I object to form, asked | 11:55:57 |
| 14 and answered numerous times already. | 11:55:59 |
| 15     A.   Again, I was not asked to opine on | 11:56:07 |
| 16 anything other than the status of VGX and EPAs. | 11:56:08 |
| 17 So, it was not my intention to provide a | 11:56:11 |
| 18 conclusion on any of the other issues that | 11:56:17 |
| 19 plaintiffs raise. | 11:56:21 |
| 20     Q.   Okay. | 11:56:23 |
| 21         MR. BEST:  Dan, can I just ask.  I | 11:56:28 |
| 22 apologize. | 11:56:31 |
| 23 BY MR. BEST: | 11:56:35 |
| 24     Q.   What information do you need to | 11:56:35 |
| 25 review from Voyager as to their treatment of | 11:56:37 |

| | | |
|---|---|---|
| 1 | to explain it to you.  Can we please go off the | 13:39:44 |
| 2 | record? | 13:39:47 |
| 3 | MR. ZACK:  I don't want to go off | 13:39:47 |
| 4 | the record at this time. | 13:39:49 |
| 5 | MR. SACHS:  You object to going | 13:39:49 |
| 6 | off the record? | 13:39:50 |
| 7 | MR. ZACK:  Let's continue to try | 13:39:51 |
| 8 | and get through with this. | 13:39:52 |
| 9 | MR. SACHS:  Okay.  I need some | 13:39:53 |
| 10 | time; let's please go off the record. | 13:39:54 |
| 11 | MR. ZACK:  I do not wish to do so. | 13:39:57 |
| 12 | MR. SACHS:  Can we please go off | 13:40:00 |
| 13 | the record? | 13:40:02 |
| 14 | MR. ZACK:  Just tell me how much | 13:40:02 |
| 15 | time you need. | 13:40:03 |
| 16 | MR. SACHS:  I need some more time. | 13:40:04 |
| 17 | I can't give you a minute until I look at my | 13:40:04 |
| 18 | notes and take some time, Mr. Zack.  This is | 13:40:07 |
| 19 | obstreperous.  I've never seen conduct like this | 13:40:09 |
| 20 | before.  Can I please go off the record? | 13:40:11 |
| 21 | MR. ZACK:  I've never seen conduct | 13:40:12 |
| 22 | like yours before and I've been practicing 50 | 13:40:15 |
| 23 | years.  You've been practicing what, five | 13:40:18 |
| 24 | minutes?  I'll tell you, I don't know what your | 13:40:21 |
| 25 | problem is, but you can go ahead and ask your | 13:40:24 |