**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cv-22538-ALTMAN/Reid**

DOMINIK KARNAS *et al.*, on behalf of
himself and others similarly situated,

    Plaintiff,

v.

MARK CUBAN, *et al.,*

    Defendants.

_____/

**PLAINTIFFS'** *UNOPPOSED***, EXPEDITED MOTION FOR LEAVE TO FILE OBJECTIONS AND APPEAL OF MAGISTRATE JUDGE REID'S SEALED ORDER ON DEFENDANTS' MOTION FOR SANCTIONS [ECF NO. 259]**

On March 13, 2024, Magistrate Judge Reid ordered the Parties to brief Defendants' request for sanctions under seal, which the Parties did. ECF Nos. 229, 246, 251. On April 15, Magistrate Judge Reid entered a Sealed Order. ECF No. 259. Pursuant to Local Rule 4(a)(1), Plaintiffs may file their objections to the Sealed Order to appeal it to this Court within fourteen days (Monday, April 29, 2024). Given that Magistrate Judge Reid sealed the entirety of these proceedings, including her Sealed Order, Plaintiffs respectfully request the Court enter an order granting them leave to file their Objections to Magistrate Judge Reid's Sealed Order, under seal, by Monday, April 29, 2024.

A Proposed Order accompanies this Motion as **Exhibit A**.

**S.D. Fla. L.R. 7.1 Certification**

Plaintiffs' counsel certifies that they have conferred in good faith with Defendants' counsel in a good faith effort to resolve the issues raised in this motion and represent that Defendants do not oppose the relief sought in this motion.

| | |
|---|---|
| Dated: April 26, 2024 | Respectfully submitted, |

By: /s/ Adam M. Moskowitz
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
Barbara C. Lewis
Florida Bar No. 118114
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Miami, FL 33133
**Mailing Address:**
P.O. Box 653409
Miami, FL 33175
Office: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
barbara@moskowitz-law.com

*Co-Counsel for Plaintiffs and the Class*

By: /s/ Jose M. Ferrer
Jose M. Ferrer
Florida Bar No. 173746
Desiree Fernandez
Florida Bar No. 119518
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
Office: 305-374-0440
jose@markmigdal.com
desiree@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*

By: /s/ David Boies
David Boies
(Admitted Pro Hac Vice)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com


By: /s/ Stephen Neal Zack
Stephen Neal Zack
Florida Bar No. 145215
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on April 26, 2024, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record

By: /s/ Adam M. Moskowitz
Adam M. Moskowitz
Florida Bar No. 984280