# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CV-22538-ALTMAN/REID**

DOMINIK KARNAS, *et al.*,

        Plaintiffs,

v.

MARK CUBAN, *et al.*,

        Defendants.

_____/

**[PROPOSED] ORDER GRANTING
PLAINTIFFS'** *UNOPPOSED***, EXPEDITED MOTION FOR LEAVE TO FILE
OBJECTIONS AND APPEAL OF MAGISTRATE JUDGE REID'S SEALED ORDER ON
DEFENDANTS' MOTION FOR SANCTIONS [ECF NO. 259]**

    This cause came before the Court on the Plaintiffs' Unopposed, Expedited Motion for Leave to file Objections and Appeal of Magestrate Judge Reid's Sealed Order on Defendants' Motion for Sanctions (ECF No. ___) ("Motion").

    The Court has reviewed the Motion and hereby **ORDERS AND ADJUDGES** that:

1.    Plaintiffs' Motion is GRANTED.

DONE AND ORDERED in Miami, Florida this _____ day of April, 2024.

                                                                    HONORABLE ROY K. ALTMAN
                                                                    UNITED STATES JUDGE