UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/Reid

DOMINIK KARNAS *et al.*, on behalf of
himself and others similarly situated,

    Plaintiff,

v.

MARK CUBAN, *et al.*,

    Defendants.
_____ /

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Desiree Fernandez, of the law firm Mark Migdal & Hayden, LLC, hereby enters her appearance in this action as co-counsel for Plaintiffs and the putative class. Counsel respectfully requests that all orders, pleadings, and correspondence be served at the address below.

Dated: April 29, 2024

Respectfully submitted,

**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440

By: *s/ Desiree E. Fernandez*
Jose M. Ferrer
Florida Bar No. 173746
jose@markmigdal.com
Desiree E. Fernandez
Florida Bar No. 119518
desiree@markmigdal.com
eservice@markmigdal.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system, which sent notifications of such filing to all CM/ECF participants.

By: */s/ Desiree Fernandez*
Desiree Fernandez