UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-22538-ALTMAN/REID

DOMINIK KARNAS, *et al.*,

                Plaintiffs,

v.

MARK CUBAN, *et al.*,

                Defendants.
_____/

## JOINT REQUEST FOR A STATUS CONFERENCE

The Parties, by and through Undersigned Counsel, hereby respectfully request a fifteen (15) minute Status Conference so the Parties can discuss with the Court certain scheduling and logistical questions the Parties have.

| Dated: May 1, 2024. | Respectfully submitted, |
|---|---|
| *Attorneys for Defendants Mark Cuban and Dallas Mavericks Limited d/b/a Dallas Mavericks* | *Attorneys for Plaintiffs* |
| **/s/ Christopher E. Knight**<br>CHRISTOPHER E. KNIGHT, ESQ.<br>Fla. Bar No. 607363<br>Email: cknight@fowler-white.com | **By: /s/ Adam M. Moskowitz**<br>ADAM M. MOSKOWITZ<br>Florida Bar No. 984280<br>Email: adam@moskowitz-law.com |
| ESTHER E. GALICIA, ESQ.<br>Fla. Bar No. 510459<br>Email: egalicia@fowler-white.com | JOSEPH M. KAYE<br>Florida Bar No. 117520<br>Email: joseph@moskowitz-law.com |
| ALEXANDRA L. TIFFORD, ESQ.<br>Fla. Bar No. 0178624<br>Email: atifford@fowler-white.com | BARBARA C. LEWIS<br>Florida Bar No. 118114<br>Email: barbara@moskowitz-law.com |
| **FOWLER WHITE BURNETT, P.A.**<br>Brickell Arch, Fourteenth Floor<br>1395 Brickell Avenue | **THE MOSKOWITZ LAW FIRM, PLLC**<br>Continental Plaza<br>3250 Mary Street, Suite 202 |

Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

-and-

PAUL C. HUCK, JR., ESQ.
Fla. Bar No. 0968358
Email: paul@lawsonhuckgonzalez.com

**LAWSON HUCK GONZALEZ, PLLC**
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: (850) 825-4334

-and-

STEPHEN A. BEST, ESQ.
*Pro Hac Vice*
Email: sbest@brownrudnick.com
RACHEL O. WOLKINSON, ESQ.
*Pro Hac Vice*
Email: rwolkinson@brownrudnick.com
DANIEL L. SACHS, ESQ.
*Pro Hac Vice*
Email: dsachs@brownrudnick.com

**BROWN RUDNICK LLP**
601 Thirteenth Street, N.W.
Suite 600
Washington, DC 20005
Telephone: (202) 536-1737
Facsimile: (202) 536-1701

-and-

JONATHAN D. WHITE, ESQ.
*Pro Hac Vice*
Email: jwhite@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 209-4903

Miami, FL 33133
**Mailing Address:**
P.O. Box 653409
Miami, FL 33175
Office: (305) 740-1423

DAVID BOIES
*Pro Hac Vice*
Email: dboies@bsfllp.com

**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Telephone: (914) 749–8200

STEPHEN NEAL ZACK
Florida Bar No. 145215
Email: szack@bsfllp.com

TYLER ULRICH
Florida Bar No. 94705
Email: tulrich@bsfllp.com

**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400

*Case No.: 22-CV-22538-ALTMAN/REID*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on May 1, 2024, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

                        **By: /s/ Adam M. Moskowitz**
                        **Adam M. Moskowitz**
                        **Florida Bar No. 984280**