# Exhibit A

**Footnote 67 of the Reiners' Report accessed on May 1, 2024**

Get up to $200 for getting started

Sign up

← View all assets

**VGX Price**
**Market**
   Market stats
**About**
**News**
**Related Assets**
   Discover conversions
   Trending assets
   Popular assets
   Recently added
   Comparable market cap
   Advanced trading pairs
   Discover more assets
**Voyager Token Calculator**
**Coinbase Bytes**
**FAQ**

# Voyager Token VGX

USD  🔍 Search assets

VGX Price
**$0.0689**
↗ $0.0005 (0.70%)

1H  1D  1W  1M  1Y  ALL



10:50 AM  2:10 PM  5:25 PM  8:45 PM  12:00 AM  3:20 AM  6:35 AM  9:55 AM
Last updated: 10:22 AM, May 1, 2024

**Trade Voyager Token on DEX**

Voyager Token can be traded on a decentralized exchange (DEX) using your Coinbase web3 wallet.

Trade Voyager Token on DEX →

Voyager Token is only supported on a DEX. Additional fees will apply. Coinbase is not responsible for activity or assets traded on a DEX. Learn more.

## About Voyager Token

VGX is an Ethereum token that's used to reward and incentivize use of the Voyager centralized exchange. On Voyager, VGX holders can earn staking rewards, receive cashback on trades, and more.

**Resources**

📄 Whitepaper    🌐 Official website

### What Is Voyager Token (VGX)?

Voyager (VGX) is a regulated crypto broker that offers investors an easy, safe, and convenient experience in crypto asset trading. The platform executes orders across multiple exchanges and gives customers access to a liquid market. To simplify the process, Voyager offers an app that aims

Get up to $200 for getting started

Sign up

empower their financial freedom. According to the Voyager whitepaper, the platform aims to resolve the following problems traders and crypto stakers encounter when trading on various exchanges.

**Simplicity**: Trading and buying cryptocurrency in the crypto market involves complexities and can be confusing for stakers.

**Solution**: Voyager has created an easy-to-use application that simplifies and automates advanced crypto trading, staking, and earning rewards.

**Liquidity**: Unlike stock trading, there are challenges relating to price discrepancies across the crypto market. In addition, for crypto-asset exchanges, the order book is subject to price volatility and slippage and is relatively thin.

**Solution**: Voyager connects to multiple exchanges and liquidity providers to bring in liquidity, thereby aggregating prices across markets and executing order flow in seconds. Further, Voyager offers Smart Order Router technology that aims to quickly fill orders and lock in prices by processing data in real time.

**Fungibility:** Presently, the crypto-asset ecosystem is bisected from traditional assets. This creates a lengthy and challenging process to exchange traditional currency into crypto assets and back into traditional currency.

**Solution**: Voyager is aiming to bridge equity markets, real-world assets, and crypto assets by designing a new frontier of fungibility.

**All-in-one:** Certain platforms require converting traditional currency to crypto assets on one platform and then transferring those assets elsewhere to earn competitive yield rates or acquire other crypto assets.

**Solution**: Voyager empowers crypto stakers to gain broader access to the crypto markets by offering an easy traditional currency on-ramp and off-ramp, a yield reward program, and an altcoin selection. Through these features, Voyager aims to provide an easy-to-use and all-in-one destination.

With the solutions mentioned above, Voyager creates more choice, transparency, and a cost-efficient alternative for trading crypto assets.

VGX (Voyager Token) is the native utility token of the platform. The token is designed to reward Voyager customers for their loyalty, motivate community members to participate in the multifaceted rewards functions of VGX, and hold VGX in their Voyager accounts.

To grow further, in 2021, Voyager token underwent token swaps and mergers and created VGX 2.0. The token functions on the Ethereum blockchain as an ERC20 and boosts the crypto earning potential even higher with 7% staking rewards. Furthermore, VGX 2.0 token offers twofold benefits of rewarding and incentivizing customers for their organic behaviors and actions on the platform.

**History of Voyager Token (VGX)**                                                        ∧

Steve Ehrlich, Phillip Eytan, Oscar Salazar, and Gaspard de Dreuzyare are the founders of Voyager token. Ehrlich is the CEO and was previously the CEO of Tradier, Inc., a financial technology firm. Eytan is a serial entrepreneur and cofounded Pager, a digital health start-up. Oscar Salazar is the cofounder of Uber as its founding architect and CTO.

Voyager Digital Ltd. and its subsidiaries, collectively referred to as Voyager, is the developer of Voyager (crypto-asset platform). Proceeding to the native token, VGX has its roots in the Ethos Token (launched in 2017). Voyager acquired Ethos.io in 2019 and incorporated the technology, team,

Get up to $200 for getting started

**Sign up**

expansion plan, the native tokens of Voyager were integrated into a new single token model (VGX

| How Are New Voyager Tokens (VGX) Created? | ^ |

Voyager offers the Voyager Loyalty Program, an expanded rewards program that involves automatic enrollment of customers followed by staking and earning VGX. Through the program, customers can earn VGX rewards and achieve and maintain other reward benefits on the platform. Further, by staking more VGX 2.0, users can scale up the reward tiers in the loyalty program on the platform. These tiers ascend from Adventurer to Explorer to Navigator. To qualify for the Voyager Loyalty Program, customers simply need to maintain a balance of VGX 2.0 in their Voyager account.

### Get up to $200 for getting started

Earn free crypto after making your first purchase. Terms apply.

**Sign me up** →



Sum of median estimated savings and rewards earned, per user in 2021 across multiple Coinbase programs (excluding sweepstakes). This amount includes fee waivers from Coinbase One (excluding the subscription cost), rewards from Coinbase Card, and staking rewards.

| Market | ^ |

**Market stats**



5/1/24, 10:32 AM
Case 1:22-cv-22538-RKA   Document 275-1   Entered on FLSD Docket 05/01/2024   Page 5 of 12
Voyager Token (VGX) Live Prices, Chart, and News in United States | Coinbase — vgx coin

Get up to $200 for getting started

Sign up

## News about Voyager Token  ⌃

**Bitcoin Magazine • May 01, 24**

**WATCH: MicroStrategy Hosts Bitcoin For Corporations Conference**

MicroStrategy hosts its Bitcoin for Corporations conference today, featuring leaders discussing how firms can adopt BTC as a treasury asset like MicroStrategy's pioneering strategy.

Read more



**Blockworks • May 01, 24**

**BlackRock doubles down on tokenization via investment in Securitize**

The world's largest asset manager led a $47 million funding round by a blockchain-focused firm it has worked with before

Read more



**Bitcoin Magazine • May 01, 24**

**OP_CAT: The Purr-fect Solution for Covenants?**

A thorough breakdown of OP_CAT, and what it enables, by Kiara Bickers from Blockstream.

Read more



**BeInCrypto • May 01, 24**

**Top News That Will Impact the Crypto Market in May 2024**

May 2024 brings key events that could define crypto's path — Fed rates, inflation, and the Tornado Cash trial's outcome.The post Top News That Will Impact the Crypto Market in May 2024 appeared first on BeInCrypto.

Read more



**The Block • May 01, 24**

**Crypto forensics firm Elliptic using advances in AI to detect bitcoin money laundering**

The analytics firm said it has made new advances in using artificial intelligence to detect money laundering with bitcoin.

Read more



**BeInCrypto • May 01, 24**

**Chainlink to Launch Financial Information eXchange (FIX) Blockchain Adapter**

Chainlink and Rapid Addition are innovating in institutional trading by developing a blockchain adapter that enhances digital asset transactions.The post Chainlink to Launch Financial Information eXchange (FIX) Blockchain Adapter appeared...

Read more



## Related Assets  ⌃

Get up to $200 for getting started

Sign up

PNG - BTC

SEAM - ETH

TIME - USDC

VELO - USDT

A selection of conversions for different assets and currencies.

MASK - TJS
Mask Network - Tajikistani Somoni

GST - RSD
Green Satoshi Token - Serbian Dinar

GYEN - ZMW
GYEN - Zambian Kwacha

SHDW - TND
Shadow Token - Tunisian Dinar

AST - RWF
AirSwap - Rwandan Franc

OXT - LBP
Orchid - Lebanese Pound

FOX - SHP
Shapeshift FOX Token - Saint Helenian Pound

TRAC - SDG
OriginTrail - Sudanese Pound

VOXEL - CAD
Voxies - Canadian Dollar

AMP - JOD
Amp - Jordanian Dinar

MKR - GNF
Maker - Guinean Franc

SUKU - CVE
SUKU - Cape Verdean Escudo

## Trending assets

Assets with the biggest change in unique page views on coinbase.com over the past 24 hours.

XYO

NKN

SUKU

UMA

DIA

API3

SUI

MXC

## Popular cryptocurrencies

A selection of cryptocurrencies in the top 50 by market cap.

Bitcoin

Ethereum

Tether

Solana

USDC

XRP



Get up to $200 for getting started

Sign up

Polkadot

Bitcoin Cash

## Recently added

A selection of the most recently added cryptocurrencies.

- Arkham
- Tensor
- Neon EVM
- Safe
- Karrat
- Shadow Token

## Comparable market cap

Of all the assets on Coinbase, these 12 are the closest to Voyager Token in market cap.

- Katana Inu
- BurgerCities
- Rakon
- Vectorspace AI
- FC Barcelona Fan Token
- REI Network
- Travala.com
- Cream Finance
- Opulous
- Optimus AI
- XSGD
- QuickSwap

## Advanced trading

Here is a selection of spot and futures markets that people watch

- BTC Futures
- ETH Futures
- TRB-BTC
- WBTC-BTC
- ETH-BTC
- CBETH-ETH
- SOL-ETH
- ADA-ETH
- BTC-USDC
- ETH-USDC
- BTC-USDT
- ETH-USDT

Get up to $200 for getting started

Sign up

| | | | |
|---|---|---|---|
| | BENQI | | Gods Unchained |
| | API3 | | Band Protocol |
| | Flare | | The Graph |
| | ApeCoin | | Muse |
| | Storj | | Marinade |
| | Audius | | Internet Computer |

## Social ⌃

**Some highlights about Voyager Token on social media**

243 unique individuals are talking about Voyager Token and it is ranked #536 in most mentions and activity from collected posts. In the last 24 hours, across all social media platforms, Voyager Token has an average sentiment score of 4 out of 5. Finally, Voyager Token is becoming more newsworthy, with 0 news articles published about Voyager Token. This is a 0% increase in news volume compared to yesterday.

On Twitter, people are mostly bullish about Voyager Token. There were 53.97% of tweets with bullish sentiment compared to 14.29% of tweets with a bearish sentiment about Voyager Token. 31.75% of tweets were neutral about Voyager Token. These sentiments are based on 63 tweets.

On Reddit, Voyager Token was mentioned in 44 Reddit posts and there were 87 comments about Voyager Token. On average, there were more upvotes compared to downvotes on Reddit posts and more upvotes compared to downvotes on Reddit comments.

Powered by LunarCrush

### Overview

| CONTRIBUTORS ⓘ | VOLUME RANK ⓘ |
|---|---|
| 243 people | #536 |

**AVERAGE SENTIMENT** ⓘ
4 out of 5

### Twitter

Get up to $200 for getting started

Sign up

| | | |
|---|---|---|
| 53.97% | 31.75% | 14.29% |
| Bullish | Neutral | Bearish |

Reddit

## Voyager Token Calculator

### How much is 1 VGX?

**CONVERSION TABLE**

| | |
|---|---|
| VGX/USD (United States Dollar) | $0.0689 |
| VGX/CAD (Canadian Dollar) | CA$0.0948 |
| VGX/GBP (British Pound) | £0.0552 |
| VGX/JPY (Japanese Yen) | ¥10.86 |
| VGX/INR (Indian Rupee) | ₹5.75 |
| VGX/BRL (Real) | R$0.36 |
| VGX/EUR (Euro) | €0.0645 |
| VGX/NGN (Nigerian Naira) | NGN 94.55 |
| VGX/KRW (South Korean Won) | ₩95.41 |
| VGX/SGD (Singapore Dollar) | S$0.0940 |
| View more | Last update: 10:22 AM |

## Coinbase Bytes

**Coinbase Bytes**

### The week's biggest crypto news, sent right to your inbox

Your email address

Subscribe now

Learn how we collect your information by visiting our **Privacy Policy**.

**Voyager Token is on the decline this week.**

Get up to $200 for getting started

Sign up

Token since its launch.

The current circulating supply of Voyager Token is 210,532,091.9 VGX which means that Voyager Token has as total market cap of 210,532,091.9.

## FAQ 

**What is the current price of Voyager Token?**

We update our Voyager Token to USD currency in real-time. Get the live price of Voyager Token on Coinbase.

**What is the market cap of Voyager Token?**

The current market cap of Voyager Token is $14.43M. A high market cap implies that the asset is highly valued by the market.

**What is the all time high of Voyager Token?**

The all-time high of Voyager Token is $12.54. This all-time high is highest price paid for Voyager Token since it was launched.

**What is the 24 hour trading volume of Voyager Token?**

Over the last 24 hours, the trading volume of Voyager Token is $5.86M.

**What other assets are similar to Voyager Token?**

Assets that have a similar market cap to Voyager Token include Katana Inu, BurgerCities, Rakon, and many others. To see a full list, see our comparable market cap assets.

**How many Voyager Token are there?**

The current circulating supply of Voyager Token is 211 million.

**What is the relative popularity of Voyager Token?**

Voyager Token ranks 159 among tradable assets on Coinbase. Popularity is currently based on relative market cap.

**What is the current trading activity of Voyager Token?**

Currently, 75% of Coinbase users are buying Voyager Token. In other words, 75% of Coinbase customers have increased their net position in Voyager Token over the past 24 hours through trading.

**Can I buy Voyager Token on Coinbase?**

Get up to $200 for getting started

Sign up

Certain content has been prepared by third parties not affiliated with Coinbase Inc. or any of its affiliates and Coinbase is not responsible for such content. Coinbase is not liable for any errors or delays in content, or for any actions taken in reliance on any content. Information is provided for informational purposes only and is not investment advice. This is not a recommendation to buy or sell a particular digital asset or to employ a particular investment strategy. Coinbase makes no representation on the accuracy, suitability, or validity of any information provided or for a particular asset. Prices shown are for illustrative purposes only. Actual cryptocurrency prices and associated stats may vary. Data presented may reflect assets traded on Coinbase's exchange and select other cryptocurrency exchanges.

## coinbase

© 2024 Coinbase

Blog • Twitter • Facebook

### Company

About
Careers
Affiliates
Blog
Press
Security
Investors
Vendors
Legal & privacy
Cookie policy
Cookie preferences
Do Not Share My Personal Information
Digital Asset Disclosures

### Learn

Bitcoin Halving
Ethereum Merge
Explore
Coinbase Bytes newsletter
Crypto basics
Tips & tutorials
Crypto glossary
Market updates
What is Bitcoin?
What is crypto?
What is a blockchain?
How to set up a crypto wallet
How to send crypto
Taxes

### Support

Help center
Contact us

### Individuals

Buy & sell
Earn free crypto
Wallet
NFT
Card
Coinbase One

### Businesses

Institutional
Prime
Asset Hub
Commerce
Derivatives Exchange

### Developers

Developer Platform
Base
Staking
Onramp
Wallets
Wallet SDK
Sign in with Coinbase
Exchange API
Prime API
Base Node
Build Onchain Apps

Get up to $200 for getting started

Sign up

Payment methods
Account access
Supported crypto
Status