# **Exhibit B**

**Footnote 68 of the Reiners' Report accessed on May 1, 2024**

UPDATES   KEY DOCUMENTS   COURT DOCKET   VIEW MY CLAIM   HELP CENTER

# For Creditors of the Voyager Wind-Down Debtor

This website is intended to keep Voyager creditors informed regarding the status of the Voyager bankruptcy cases.  If you are a creditor, please use the login button in the upper right hand corner to access additional information.

If you are having trouble accessing your information, please visit the Help Center to view our FAQs or submit a ticket.

VIEW MY CLAIM

## Recent Updates



**VOYAGER UPDATES**

Plan Administrator's Sixth Status Report

April 9, 2024

**VOYAGER UPDATES**

Plan Administrator's Fifth Status Report

January 3, 2024

**VOYAGER UPDATES**

Plan Administrator's Fourth Status Report

October 2, 2023

**LEGAL**

Privacy Policy

Privacy Disclosure

Licenses

**SUPPORT**

Help Center

©2024 Voyager Digital, LLC. VOYAGER is a trademark of Voyager IP, LLC, a wholly owned subsidiary of Voyager Digital Ltd. This website is maintained by the Plan Administrator of Voyager Digital Holdings, Inc.