# Exhibit C

**Footnote 69 of the Reiners' Report accessed on May 1, 2024**



# This site can't be reached

Check if there is a typo in assets.investvoyager.com.

If spelling is correct, try running Windows Network Diagnostics.

DNS_PROBE_FINISHED_NXDOMAIN

Reload