# Exhibit D

**Excerpts of Transcript of Deposition of Lee Reiners**

**(March 28, 2024)**



# Transcript of Lee Reiners

**Date:** March 28, 2024
**Case:** Karnas, et al. -v- Cuban, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1          IN THE UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF FLORIDA

3                  MIAMI DIVISION

4     -------------------------x

5     DOMINIK KARNAS, et al.,   :

6              Plaintiffs,  :  Case No.

7        v.                  :  1:22-cv-22538-ALTMAN/REID

8     MARK CUBAN, et al.,       :

9              Defendants.   :

10    -------------------------x

11

12

13            Videotaped Deposition of

14                  LEE REINERS

15              Conducted Virtually

16            Thursday, March 28, 2024

17                10:05 a.m. EST

18

19

20

21

22

23    Job No.: 530570

24    Pages: 1 - 136

25    Reported by: Nancy C. Bendish, CCR, RMR, CRR

Transcript of Lee Reiners
Conducted on March 28, 2024                    2

```
1   A P P E A R A N C E S:

2   (All participated remotely via
     Zoom Videoconference)
3

4

    ON BEHALF OF PLAINTIFFS
5   and THE WITNESS, LEE REINERS:

6

7        THE MOSKOWITZ LAW FIRM, PLLC
         BY:   JOSEPH M. KAYE, ESQ.
8              JOHN RODSTROM, ESQ.
         2 Alhambra Plaza, Suite 601
9        Coral Gables, Florida 33134
         305.740.1423
10

11
         BOIES SCHILLER & FLEXNER, LLP
12       BY:   STEPHEN N. ZACK, ESQ.
               TYLER ULRICH, ESQ.
13             BENJAMIN SOLOMON-SCHWARTZ, ESQ.
         100 Southeast 2nd Street
14       Suite 2800 - Miami Tower
         Miami, Florida 33131
15       305.539.8400

16

17  ON BEHALF OF DEFENDANTS:

18

19       BROWN RUDNICK, LLP
         BY:   DANIEL L. SACHS, ESQ.
20             STEPHEN A. BEST, ESQ.
               RACHEL O. WOLKINSON, ESQ.
21             JONATHAN WHITE, ESQ.
               CAROLINE HENSCHEL, ESQ.
22             VANESSA TORO-PLAZA, ESQ.
         601 Thirteenth Street, NW
23       Suite 600
         Washington, D.C. 20005
24       202.536.1700

25
```

Transcript of Lee Reiners
Conducted on March 28, 2024                          3

```
1    A P P E A R A N C E S (Cont'd):

2    (All participated remotely via
      Zoom Videoconference)
3

4

5    ON BEHALF OF DEFENDANTS:

6
          FOWLER WHITE BURNETT, P.A.
7         BY:  ALEXANDRA TIFFORD, ESQ.
               CHRISTOPHER KNIGHT, ESQ.
8         1395 Brickell Avenue
          14th Floor
9         Miami, Florida 33131
          305.789.9200
10

11

12   ALSO PRESENT:

13
          TIMOTHY McKENNA, NERA Economic Consulting
14
          RACHEL MARTIN, Boise Schiller
15
          SUE PYBAS, Planet Depos Technician
16
          JOSHUA TUBBS, Planet Depos Videographer
17

18

19

20

21

22

23

24

25
```

Transcript of Lee Reiners
Conducted on March 28, 2024                                    13

| | | |
|---|---|---|
| 1 | Securities cease and desist order against | 10:14:44 |
| 2 | Voyager, a number of other publically available | 10:14:49 |
| 3 | documents, and I had two prep sessions with my | 10:14:50 |
| 4 | counsel. | 10:14:54 |
| 5 | Q.    Okay.  Roughly when were you | 10:14:55 |
| 6 | retained in this matter? | 10:14:57 |
| 7 | A.    I was asked to write this report | 10:15:03 |
| 8 | sometime at the end of February, I believe. | 10:15:08 |
| 9 | Q.    And let the record reflect the | 10:15:15 |
| 10 | report is dated on the front page March 15th, | 10:15:19 |
| 11 | 2024. | 10:15:26 |
| 12 | So, the things that you mentioned | 10:15:27 |
| 13 | as doing to prepare this report, you did that | 10:15:29 |
| 14 | between the end of February and March 15th; is | 10:15:32 |
| 15 | that right? | 10:15:37 |
| 16 | A.    Correct. | 10:15:38 |
| 17 | Q.    And did you review any of the | 10:15:39 |
| 18 | documents that were produced by either party in | 10:15:41 |
| 19 | this matter? | 10:15:44 |
| 20 | A.    Can you be more specific? | 10:15:49 |
| 21 | Q.    You mentioned reviewing two | 10:15:50 |
| 22 | complaints, the motion to dismiss, the cease and | 10:15:53 |
| 23 | desist order and other public documents. | 10:16:01 |
| 24 | I'll represent to you that parties | 10:16:03 |
| 25 | in this matter have made productions of | 10:16:05 |

Transcript of Lee Reiners
Conducted on March 28, 2024                              14

| | | |
|---|---|---|
| 1 | confidential documents pursuant to discovery in | 10:16:07 |
| 2 | this matter.  Did you review any of those | 10:16:11 |
| 3 | documents that were produced by any of the | 10:16:13 |
| 4 | parties? | 10:16:15 |
| 5 | A.    No. | 10:16:16 |
| 6 | MR. ZACK:  I object to the form of | 10:16:17 |
| 7 | the question. | 10:16:18 |
| 8 | A.    No. | 10:16:22 |
| 9 | Q.    Did you decide what documents you | 10:16:23 |
| 10 | wanted to review before preparing your report? | 10:16:27 |
| 11 | A.    Yes. | 10:16:31 |
| 12 | Q.    And how did you go about making | 10:16:32 |
| 13 | that decision? | 10:16:34 |
| 14 | A.    I looked at the documents that I | 10:16:37 |
| 15 | thought were most informative as to the | 10:16:40 |
| 16 | substance of EPAs and VGX, and how they're | 10:16:44 |
| 17 | offered, sold, traded. | 10:16:51 |
| 18 | Q.    And are there any documents that | 10:16:54 |
| 19 | you didn't review that you think are necessary | 10:16:55 |
| 20 | in order to support your report? | 10:16:59 |
| 21 | MR. ZACK:  Object to the form. | 10:17:01 |
| 22 | A.    No. | 10:17:04 |
| 23 | Q.    So is it fair to say you believe | 10:17:05 |
| 24 | you've reviewed adequate documents in order to | 10:17:07 |
| 25 | support the opinion that you've written here? | 10:17:11 |

Transcript of Lee Reiners
Conducted on March 28, 2024                          26

| | | |
|---|---|---|
| 1 | Litecoin. | 10:30:53 |
| 2 | Q. But you sold them at some point? | 10:30:54 |
| 3 | A. Yes. | 10:30:57 |
| 4 | Q. And how did you go about buying | 10:31:00 |
| 5 | those cryptocurrencies? | 10:31:04 |
| 6 | A. The first time I bought | 10:31:05 |
| 7 | cryptocurrency was at a cryptocurrency ATM. | 10:31:07 |
| 8 | Subsequent purchases were done via the Coinbase | 10:31:15 |
| 9 | and Gemini exchanges. | 10:31:21 |
| 10 | Q. Okay. Did you study | 10:31:24 |
| 11 | cryptocurrencies as part of any degree that you | 10:31:28 |
| 12 | hold? | 10:31:31 |
| 13 | A. No. | 10:31:35 |
| 14 | Q. Do you have a degree in anything | 10:31:41 |
| 15 | relating to the federal securities laws? | 10:31:44 |
| 16 | A. No. | 10:31:49 |
| 17 | MR. KAYE: Form. | 10:31:53 |
| 18 | Q. Do you teach any courses on | 10:31:57 |
| 19 | cryptocurrency? | 10:32:00 |
| 20 | A. I have. | 10:32:01 |
| 21 | Q. What courses? | 10:32:02 |
| 22 | A. I've taught a cryptocurrency law | 10:32:04 |
| 23 | and policy course. | 10:32:07 |
| 24 | Q. When was that? | 10:32:08 |
| 25 | A. I last taught that course in the | 10:32:11 |

Transcript of Lee Reiners
Conducted on March 28, 2024                          38

| | | |
|---|---|---|
| 1 | BY MR. SACHS: | 10:45:36 |
| 2 | Q.    I believe my question was what did | 10:45:36 |
| 3 | your study as part of your master's of public | 10:45:39 |
| 4 | policy degree entail, Mr. Reiners? | 10:45:41 |
| 5 | A.    Studied a variety of topics. | 10:45:45 |
| 6 | Economics, finance, regulation, policy issues. | 10:45:50 |
| 7 | Q.    How many years was that course of | 10:45:56 |
| 8 | study? | 10:45:58 |
| 9 | A.    Two years. | 10:45:59 |
| 10 | Q.    Did you study law at all? | 10:46:00 |
| 11 | A.    I don't believe I took a law | 10:46:05 |
| 12 | course, but of course law influences public | 10:46:07 |
| 13 | policy and vice versa, so legal issues did of | 10:46:12 |
| 14 | course come up in my course of study. | 10:46:16 |
| 15 | Q.    Sure.  And as far as you're aware, | 10:46:18 |
| 16 | were there law students in any of your courses? | 10:46:20 |
| 17 | A.    I don't know. | 10:46:24 |
| 18 | Q.    Sitting here today, do you | 10:46:26 |
| 19 | remember any law students being present in any | 10:46:27 |
| 20 | of your courses? | 10:46:30 |
| 21 | MR. ZACK:  Asked and answered. | 10:46:31 |
| 22 | Object to form. | 10:46:33 |
| 23 | A.    I don't know if there were law | 10:46:36 |
| 24 | students or not.  I don't remember. | 10:46:39 |
| 25 | Q.    Upon your graduation with your | 10:46:41 |

Transcript of Lee Reiners
Conducted on March 28, 2024                    46

| | | |
|---|---|---|
| 1 | the law school? | 10:55:46 |
| 2 | MR. ZACK:  Objection to form. | 10:55:47 |
| 3 | A.    I don't know what Duke Law | 10:55:50 |
| 4 | considered. | 10:55:52 |
| 5 | Q.    Are you a law professor at Duke? | 10:55:55 |
| 6 | A.    No. | 10:56:00 |
| 7 | Q.    Have you ever appeared on the Duke | 10:56:04 |
| 8 | Law website as a member of the faculty? | 10:56:10 |
| 9 | A.    I believe I had a profile on the | 10:56:16 |
| 10 | Duke Law website, but whether or not that was | 10:56:18 |
| 11 | listed under a page of faculty members, I don't | 10:56:24 |
| 12 | know. | 10:56:29 |
| 13 | Q.    Okay.  What's the difference | 10:56:32 |
| 14 | between a lecturing fellow and a member of the | 10:56:34 |
| 15 | Duke Law faculty? | 10:56:37 |
| 16 | A.    I don't know. | 10:56:41 |
| 17 | Q.    Are you a member of the faculty of | 10:56:50 |
| 18 | the Duke Economics Department? | 10:56:53 |
| 19 | A.    That -- I believe so, yes.  That's | 10:56:58 |
| 20 | my full-time position in the Econ Department. | 10:56:59 |
| 21 | Q.    Can you describe what you do in | 10:57:03 |
| 22 | the Econ Department in a little more detail. | 10:57:05 |
| 23 | A.    I teach courses primarily. | 10:57:08 |
| 24 | Q.    What courses do you teach? | 10:57:10 |
| 25 | A.    I teach a course on financial | 10:57:12 |

Transcript of Lee Reiners
Conducted on March 28, 2024                                    47

| | | |
|---|---|---|
| 1 | regulation.  I teach a course on climate change | 10:57:14 |
| 2 | and financial markets within the Econ | 10:57:19 |
| 3 | Department. | 10:57:22 |
| 4 | Q.     And you said your role with the | 10:57:24 |
| 5 | Econ Department is full time.  What does that | 10:57:28 |
| 6 | mean? | 10:57:32 |
| 7 | A.     That means that most of my time is | 10:57:33 |
| 8 | spent working on Econ Department related classes | 10:57:35 |
| 9 | and other matters. | 10:57:40 |
| 10 | Q.     Does the Econ Department expect | 10:57:41 |
| 11 | you to teach a certain number of courses or do a | 10:57:44 |
| 12 | certain number of things as part of this role? | 10:57:48 |
| 13 | A.     There's certainly a teaching | 10:57:50 |
| 14 | expectation, yes. | 10:57:52 |
| 15 | Q.     What is the teaching expectation? | 10:57:54 |
| 16 | A.     I think it's expected that I teach | 10:57:59 |
| 17 | at least two courses every academic year. | 10:58:02 |
| 18 | Q.     And do you believe that your | 10:58:07 |
| 19 | salary, which I'm not asking what it is, but do | 10:58:08 |
| 20 | you believe that your salary is contingent on | 10:58:11 |
| 21 | your teaching those two courses? | 10:58:15 |
| 22 | MR. ZACK:  Object to form. | 10:58:16 |
| 23 | A.     I mean, I don't -- if I didn't | 10:58:20 |
| 24 | teach those two courses, I can't say if they | 10:58:22 |
| 25 | would pay me or not.  I don't know the answer to | 10:58:26 |

Transcript of Lee Reiners
Conducted on March 28, 2024                           48

| | | |
|---|---|---|
| 1 | that, I guess. | 10:58:29 |
| 2 | Q.    Okay.  No need to find out, I'm | 10:58:29 |
| 3 | sure. | 10:58:32 |
| 4 | MR. ZACK:  Is this a good time to | 10:58:33 |
| 5 | take a little break?  We've been going about an | 10:58:35 |
| 6 | hour. | 10:58:39 |
| 7 | MR. SACHS:  Almost.  I'd like to | 10:58:39 |
| 8 | finish a couple of questions. | 10:58:41 |
| 9 | MR. ZACK:  Go ahead.  I just want | 10:58:42 |
| 10 | to know what's a good time. | 10:58:44 |
| 11 | MR. BEST:  Let's get through this, | 10:58:44 |
| 12 | Dan, and let's take a break.  I agree with | 10:58:46 |
| 13 | Steve. | 10:58:47 |
| 14 | MR. SACHS:  Absolutely.  Let's | 10:58:47 |
| 15 | just finish a little more of the resume and then | 10:58:49 |
| 16 | we'll take a break. | 10:58:51 |
| 17 | BY MR. SACHS: | 10:58:53 |
| 18 | Q.    Does the law school -- do you get | 10:58:54 |
| 19 | paid for teaching courses at the law school? | 10:58:57 |
| 20 | A.    Yeah, I did in the fall of 2022 | 10:59:05 |
| 21 | when I last taught a stand-alone course at the | 10:59:08 |
| 22 | law school, yes. | 10:59:12 |
| 23 | Q.    And is that payment, salary, | 10:59:13 |
| 24 | separate and apart from what you get from the | 10:59:15 |
| 25 | Economics Department? | 10:59:18 |

Transcript of Lee Reiners
Conducted on March 28, 2024                                    49

| | | |
|---|---|---|
| 1 | A.    At that time it was, yes. | 10:59:19 |
| 2 | Q.    Are you -- let's see.  You're not | 10:59:20 |
| 3 | teaching a course at the law school for this | 10:59:25 |
| 4 | spring 2024 semester; is that right? | 10:59:27 |
| 5 | A.    No. | 10:59:30 |
| 6 | Q.    Are you teaching a course at the | 10:59:30 |
| 7 | law school next year, academic year? | 10:59:32 |
| 8 | A.    I don't know. | 10:59:37 |
| 9 | Q.    At the moment do you have plans to | 10:59:37 |
| 10 | do so? | 10:59:39 |
| 11 | A.    No. | 10:59:40 |
| 12 | Q.    Would you like to? | 10:59:42 |
| 13 | MR. ZACK:  Objection. | 10:59:44 |
| 14 | A.    I'm indifferent. | 10:59:48 |
| 15 | Q.    Do you have an office at Duke? | 10:59:50 |
| 16 | A.    Yes. | 10:59:54 |
| 17 | Q.    Where is your office? | 10:59:54 |
| 18 | A.    In the Social Sciences Building. | 10:59:57 |
| 19 | Q.    Is that on the main quad, next to | 11:00:00 |
| 20 | the Allen building? | 11:00:02 |
| 21 | A.    Yes. | 11:00:04 |
| 22 | Q.    Do you have an office at the law | 11:00:04 |
| 23 | school? | 11:00:07 |
| 24 | A.    No. | 11:00:07 |
| 25 | Q.    Apart from the things on your | 11:00:18 |

Transcript of Lee Reiners
Conducted on March 28, 2024                               60

| | | |
|---|---|---|
| 1 | order to purchase an EPA in this matter? | 11:28:16 |
| 2 | MR. ZACK:  Object to form. | 11:28:19 |
| 3 | MR. BEST:  Let me re-ask it. | 11:28:22 |
| 4 | Mr. Reiners, how do you purchase | 11:28:25 |
| 5 | an EPA on the Voyager platform? | 11:28:28 |
| 6 | THE WITNESS:  My understanding on | 11:28:33 |
| 7 | this question is informed by the Second Amended | 11:28:35 |
| 8 | Complaint, as well as the New Jersey Bureau of | 11:28:40 |
| 9 | Securities' cease and desist order, which said | 11:28:44 |
| 10 | that all customers who open an account on | 11:28:48 |
| 11 | Voyager were automatically enrolled in EPAs | 11:28:51 |
| 12 | unless they chose to opt out. | 11:28:56 |
| 13 | BY MR. SACHS: | 11:29:00 |
| 14 | Q.    And do you have an understanding | 11:29:01 |
| 15 | of what that means to enroll in an EPA? | 11:29:02 |
| 16 | A.    So, as I understand the operations | 11:29:11 |
| 17 | of Voyager and the EPA program, again as | 11:29:13 |
| 18 | identified in the Second Amended Complaint, as | 11:29:18 |
| 19 | well as some of the other sources that I | 11:29:23 |
| 20 | mentioned previously, that customers who | 11:29:25 |
| 21 | purchased cryptocurrency through Voyager and | 11:29:30 |
| 22 | maintained that cryptocurrency with Voyager, had | 11:29:37 |
| 23 | that cryptocurrency automatically pooled into | 11:29:42 |
| 24 | the EPA program. | 11:29:46 |
| 25 | Q.    Okay.  So the two characteristics | 11:29:49 |

Transcript of Lee Reiners
Conducted on March 28, 2024                61

| | | |
|---|---|---|
| 1 | that I've heard you say are, one, opening an | 11:29:53 |
| 2 | account; and, two, purchasing cryptocurrency. | 11:29:57 |
| 3 | Are there other characteristics or steps that | 11:30:00 |
| 4 | you understand to be necessary in order to have | 11:30:03 |
| 5 | purchased an EPA? | 11:30:06 |
| 6 | MR. ZACK:  Object to form. | 11:30:12 |
| 7 | A.     There may be.  I've never used the | 11:30:17 |
| 8 | Voyager platform, so I'm not familiar with the | 11:30:19 |
| 9 | user interface.  So my understanding is that all | 11:30:23 |
| 10 | Voyager customers were automatically enrolled | 11:30:30 |
| 11 | upon opening an account and funding the account | 11:30:34 |
| 12 | into EPAs, unless they chose to opt out. | 11:30:37 |
| 13 | Now, the mechanism by which that | 11:30:40 |
| 14 | opt out was available to them, I cannot speak | 11:30:43 |
| 15 | to. | 11:30:46 |
| 16 | MR. BEST:  Mr. Reiners, have you | 11:30:46 |
| 17 | ever been to the Voyager website? | 11:30:48 |
| 18 | THE WITNESS:  I went to the | 11:30:52 |
| 19 | Voyager website after the bankruptcy.  It may | 11:30:54 |
| 20 | have been through the Wayback Machine, though. | 11:31:00 |
| 21 | I'm not sure if the website is still operating | 11:31:03 |
| 22 | on its own. | 11:31:07 |
| 23 | MR. BEST:  And when you went to | 11:31:11 |
| 24 | the website, did you look for any web pages on | 11:31:13 |
| 25 | the Voyager website -- strike that. | 11:31:17 |

Transcript of Lee Reiners
Conducted on March 28, 2024                                    79

| | | |
|---|---|---|
| 1 | specific tokens to determine whether or not the | 11:56:45 |
| 2 | Earn Program Account is a security? | 11:56:50 |
| 3 | MR. ZACK:  I'm going to object and | 11:56:52 |
| 4 | instruct him not to answer that question because | 11:56:55 |
| 5 | it invades the attorney-client privilege here. | 11:56:57 |
| 6 | MR. BEST:  Okay. | 11:57:01 |
| 7 | BY MR. BEST: | 11:57:08 |
| 8 | Q.    Did you review anything on the | 11:57:08 |
| 9 | Voyager application or Voyager website regarding | 11:57:09 |
| 10 | how Voyager treats specific tokens? | 11:57:13 |
| 11 | MR. ZACK:  Again, please do not | 11:57:22 |
| 12 | reveal any conversations you've had with your | 11:57:24 |
| 13 | counsel. | 11:57:29 |
| 14 | Q.    What Steve just said is absolutely | 11:57:33 |
| 15 | correct.  I just have asked you did you review | 11:57:36 |
| 16 | anything on the Voyager website or the Voyager | 11:57:39 |
| 17 | application regarding the treatment of the | 11:57:41 |
| 18 | tokens specifically? | 11:57:47 |
| 19 | A.    Can you clarify what you mean by | 11:57:49 |
| 20 | treatment? | 11:57:51 |
| 21 | Q.    Did you review any documentation | 11:57:52 |
| 22 | from the Voyager website or the Voyager | 11:57:56 |
| 23 | application in your determination as to whether | 11:57:58 |
| 24 | or not a specific token on the Earn Program | 11:58:05 |
| 25 | Account is a security? | 11:58:11 |

Transcript of Lee Reiners
Conducted on March 28, 2024                    80

| | | |
|---|---|---|
| 1 | MR. KAYE:  Form. | 11:58:15 |
| 2 | A.    As I said earlier, I did not | 11:58:18 |
| 3 | download the app, so I have not reviewed | 11:58:21 |
| 4 | anything on the app. | 11:58:24 |
| 5 | In terms of the information I | 11:58:29 |
| 6 | reviewed on Voyager's website, I don't recall if | 11:58:30 |
| 7 | I saw anything that reflected Voyager's own | 11:58:36 |
| 8 | views as to the security status of tokens that | 11:58:42 |
| 9 | they made available for trading. | 11:58:47 |
| 10 | Q.    I didn't ask for their views.  I | 11:58:49 |
| 11 | asked as to how they treated the specific token | 11:58:52 |
| 12 | and whether they lent it out. | 11:58:57 |
| 13 | MR. ZACK:  Object to form. | 11:59:00 |
| 14 | A.    Again, I'm not -- | 11:59:05 |
| 15 | Q.    Did you see a notation about that | 11:59:07 |
| 16 | on the Voyager website? | 11:59:07 |
| 17 | A.    Again, I'm not sure what you mean | 11:59:11 |
| 18 | by treated.  But as to the second element of | 11:59:13 |
| 19 | your question, I do not recall reviewing | 11:59:17 |
| 20 | anything that Voyager produced that provided a | 11:59:21 |
| 21 | glimpse into their thought process around which | 11:59:33 |
| 22 | tokens would be lent out to third parties. | 11:59:36 |
| 23 | Q.    Okay.  Is that critical to your | 11:59:41 |
| 24 | analysis as to whether or not they're a | 11:59:47 |
| 25 | security? | 11:59:51 |

Transcript of Lee Reiners
Conducted on March 28, 2024                                    91

| | | |
|---|---|---|
| 1 | MR. SACHS:  One more time, please, | 12:12:31 |
| 2 | Nancy. | 12:12:51 |
| 3 | (Last question read.) | 12:12:51 |
| 4 | MR. ZACK:  Same objection. | 12:12:55 |
| 5 | A.    My report does not specifically | 12:12:57 |
| 6 | state that. | 12:13:00 |
| 7 | Q.    Do you believe that there is any | 12:13:03 |
| 8 | difference in any manner between an EPA that | 12:13:05 |
| 9 | included an investment in a cryptocurrency that | 12:13:10 |
| 10 | was interest-bearing and one that was not? | 12:13:15 |
| 11 | MR. ZACK:  Objection to form; | 12:13:17 |
| 12 | asked and answered. | 12:13:19 |
| 13 | A.    I believe all EPAs are investment | 12:13:23 |
| 14 | contracts. | 12:13:25 |
| 15 | Q.    And why, in your view, is an EPA | 12:13:27 |
| 16 | that was invested in a noninterest-bearing | 12:13:31 |
| 17 | cryptocurrency is an investment contract? | 12:13:36 |
| 18 | A.    Again, that's a hypothetical, but | 12:13:47 |
| 19 | Voyager was still pooling those assets and per | 12:13:58 |
| 20 | the terms of service, reserving the right to | 12:14:04 |
| 21 | hypothecate, re-hypothecate, lend or do whatever | 12:14:08 |
| 22 | else they wanted with customers' crypto assets, | 12:14:13 |
| 23 | while at the same time making representations | 12:14:18 |
| 24 | that Voyager customers could generate returns. | 12:14:20 |
| 25 | So I think given those | 12:14:25 |

Transcript of Lee Reiners
Conducted on March 28, 2024                                    95

| | | |
|---|---|---|
| 1 | A.    I don't know that. | 12:19:10 |
| 2 | Q.    Did you read from the Voyager | 12:19:12 |
| 3 | website Voyager's terms of service; yes or no? | 12:19:14 |
| 4 | A.    I don't recall. | 12:19:19 |
| 5 | MR. KAYE:  Form. | 12:19:20 |
| 6 | Q.    You don't recall? | 12:19:21 |
| 7 | A.    (Witness shakes head.) | 12:19:23 |
| 8 | Q.    And you certainly didn't read it | 12:19:25 |
| 9 | off of Voyager's application, because you never | 12:19:26 |
| 10 | went there, correct? | 12:19:29 |
| 11 | A.    Correct. | 12:19:30 |
| 12 | MR. BEST:  Okay. | 12:19:31 |
| 13 | MR. SACHS:  Hearing nothing else, | 12:19:34 |
| 14 | I think now is a good time for lunch.  Let's go | 12:19:35 |
| 15 | off the record at 12:19 p.m., please. | 12:19:40 |
| 16 | THE VIDEOGRAPHER:  The time is | 12:19:54 |
| 17 | 12:19 p.m.; we are going off the record. | 12:19:56 |
| 18 | (Luncheon recess.) | 12:20:04 |
| 19 | THE VIDEOGRAPHER:  The time is | 12:51:49 |
| 20 | 12:52 p.m.; we are going back on the record. | 12:52:03 |
| 21 | MR. SACHS:  Thank you and hello | 12:52:06 |
| 22 | again, Mr. Reiners.  We are back on the record | 12:52:08 |
| 23 | after lunch.  You are still under oath and we | 12:52:10 |
| 24 | are now back to video recording. | 12:52:15 |
| 25 | While we were off the record your | 12:52:16 |

Transcript of Lee Reiners
Conducted on March 28, 2024                    99

| | | |
|---|---|---|
| 1 | what is currently on the screen. | 12:55:36 |
| 2 | Sue, I'm pulling up Tab 16, | 12:55:46 |
| 3 | please. | 12:55:50 |
| 4 | THE TECHNICIAN:  I just took it | 12:55:51 |
| 5 | off.  I apologize. | 12:55:53 |
| 6 | MR. SACHS:  That's okay. | 12:55:53 |
| 7 | THE TECHNICIAN:  And you want me | 12:55:56 |
| 8 | to mark this Exhibit 3? | 12:55:57 |
| 9 | MR. SACHS:  Yes, please. | 12:55:58 |
| 10 | (Exhibit Reiners 3 was marked and | 12:56:02 |
| 11 | introduced at this time.) | 12:56:06 |
| 12 | THE TECHNICIAN:  You have control. | 12:56:13 |
| 13 | BY MR. SACHS: | 12:56:14 |
| 14 | Q.    Mr. Reiners, this is a screenshot | 12:56:14 |
| 15 | from the Wayback Machine of the Voyager either | 12:56:17 |
| 16 | website or application.  Have you seen this | 12:56:23 |
| 17 | before? | 12:56:26 |
| 18 | A.    Not in this form.  I think some of | 12:56:33 |
| 19 | this information was included in other Voyager | 12:56:36 |
| 20 | complaints. | 12:56:41 |
| 21 | Q.    Okay.  So you may have seen the | 12:56:42 |
| 22 | information in it, but the document itself is | 12:56:44 |
| 23 | not something you've looked at? | 12:56:46 |
| 24 | A.    Not to my recollection. | 12:56:49 |
| 25 | Q.    Okay.  I'd like to ask you about | 12:56:51 |

Transcript of Lee Reiners
Conducted on March 28, 2024                                    136

```
1              REPORTER'S CERTIFICATION.

2

3         I, NANCY C. BENDISH, Certified

4    Court Reporter, N.J. License No. XI00836, and

5    the officer before whom the foregoing remote

6    deposition was taken, do hereby certify the

7    foregoing transcript is a true and correct

8    record of the testimony of LEE REINERS; that

9    said testimony was taken by me stenographically

10   and thereafter reduced to typewriting under my

11   direction; that reading and signing was not

12   requested; and that I am neither counsel for,

13   related to, nor employed by any of the parties

14   to this case and have no interest, financial or

15   otherwise, in its outcome.

16              IN WITNESS WHEREOF, I have hereunto

17   set my hand this 1st day of April 2024.

18

19

20

21   _____

22   NANCY C. BENDISH, CCR, RMR, CRR

23   Notary Public of the State of New York

24   My commission expires March 15, 2026

25
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM