# Composite

# Exhibit A

1          UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
2                 MIAMI DIVISION

3       CASE NO:  22-CV-22538-ALTMAN/REID

4


5
   DOMINIK KARNAS et al., on behalf of himself and
6  others similarly situated, ,

7          Plaintiff,

8  vs.

9


10   MARK CUBAN, et al.,

11          Defendants.
   _____/
12

13

14
                            WINSTON & STRAWN,LLP
15                          2121 N. Pearl Street
                            Suite 900
16                          Dallas, Texas 75201
                            Tuesday, 9:00  a.m.
17                          April 16, 2024

18          VIDEOTAPED DEPOSITION OF BILLY PHILLIPS

19

20       Taken before Marvalencia Miller, Florida

21  Professional Reporter, Notary Public in and for the

22  State of Florida at Large, pursuant to Notice of

23  Taking Deposition filed in the above case.

24

25



BILLY PHILLIPS                                                April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                            2

```
 1   APPEARANCES:

 2

 3   ON BEHALF OF THE PLAINTIFF:
     THE MOSKOWITZ LAW FIRM, PLLC
 4   3250 Mary Street
     Suite 202
 5   Miami, FL 33133
     BY:  Adam Moskowitz, Esquire
 6        Joseph M. Kaye, Esquire
          John Ronstrom, Esquire
 7
     BOIES SCHILLER FLEXNER, LLP
 8   333 Main Street
     Armonk, NY 10504
 9   BY: Brooke Alexander, Esquire

10   BOIES SCHILLER FLEXNER, LLP

11   100 SE 2nd St.
     Suite 2800
12   Miami, FL 33131
     BY: Stephen Zack, Esquire
13
     MARK MIGDAL HAYDEN LLP
14   8 SW 8th Street
     Suite 1999
15   Miami, FL 33130
     BY: Desiree Fernandez, Esquire
16
     ON BEHALF OF THE DEFENDANT:
17   BROWN RUDNICK
     601 13th St NW
18   Suite 600
     Washington, DC 20005
19   BY:  Stephen Best, Esquire
          Rachel Wolkinson, Esquire
20        Jonathan White, Esquire

21   FOWLER WHITE BURNETT
     1395 Brickell Ave
22   14th Floor
     Miami, FL 33131
23   BY: Christopher Knight, Esquire

24

25
```



```
 1                     - - - - - -

 2                       I N D E X

 3                     - - - - - -

 4
     BILLY PHILLIPS                              PAGE
 5       By Mr. Adam Moskowitz                     6
         By Ms. Brooke Alexander                 224
 6       By Mr. Stephen Best                     269
         By Mr. Adam Moskowitz                   287
 7

 8
                  EXHIBITS FOR IDENTIFICATION
 9
     PLAINTIFF'S                                 PAGE
10   No.289 - Depo Notice                         26
     No.290 - Mavericks what works for us         60
11   No.291 - MAVSCUBAN00020181 & MAVSCUBAN00020187 115
     No.292 - Sports Khabri Mavs Sponsors        125
12   No.293 - Sports Khabri Mavs Sponsors 22/23  130
     No.294 - Sports Khabri Mavs Sponsors 23/24  135
13   No.295 - Mavs are at Forbes # 8             137
     No.296 (also PX 303) - MAVSCUBAN00010378    145
14   No.297 - MAVSCUBAN00006939                  166
     No.007 - MAVSCUBAN00002840 (Voyager/Mavs Agreement)
15   No.298 - MAVSCUBAN00009873                  169
     No.299 - MAVSCUBAN00022857                  191
16   No.300 - Article Voyager Digital Mavs first Int'l
     Partner                                     197
17   No.301 - MAVSCUBAN00006178                  199
     No.302 - 10/27/21 Article About Mavs/Voyager Press
18   Conference
     No.031 - MAVSCUBAN00018517 - PX 031 -
19   MAVSCUBAN00018517.pdf
     No.303 - MAVSCUBAN00010378 - PX 303 -
20   MAVSCUBAN00010378.pdf                       245
     No.304 - MAVSCUBAN00004617 - PX 304 -
21   MAVSCUBAN00004617.pdf                       248
     No.305 - MAVSCUBAN00001858 - PX 305 -
22   MAVSCUBAN00001858.pdf                       250
     No.038B - MAVSCUBAN00001907 - PX 038B -
23   MAVSCUBAN00001907.pdf
     No.043 - MAVSCUBAN00018335 - PX 043 -
24   MAVSCUBAN00018335.pdf
     No.088 - MAVSCUBAN00007799 (McCarter Legal Opinion)
25   - MAVSCUBAN00007799.pdf
     No.318 - MAVSCUBAN00025065 - PX 318 - 2021-10-27
```



BILLY PHILLIPS                                                April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                             4

```
 1   MAVSCUBAN00025065.pdf
     No.085A – Mavs Voyager Recap 2021-22 Season – PX
 2   85A – Voyager Recap Deck.pdf

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1   (Thereupon, the following proceedings were had)

2          THE VIDEOGRAPHER:  All right.  We are

3       now on the record.  Today's date is

4       Tuesday, April the 16th, 2024.  The time is

5       currently 9:12 a.m. central time.  This is

6       the video and oral deposition of Billy

7       Phillips in the matter of Dominik Karnas

8       versus Mark Cuban, et al.  This deposition

9       is being taken place at Winston & Strawn in

10      Dallas, located at 2121 North Pearl Street

11      Suite 900 Dallas, Texas 75201.  I am the

12      legal videographer.  My name is Jason

13      Rolen, and the court reporter is Marva

14      Miller.

15         Will counsel and all parties present

16      state your appearance and whom you

17      represent, of which the court reporter will

18      swear in the witness.

19         MR. MOSKOWITZ:  On behalf of the

20      plaintiffs, we have Adam Moskowitz, Joey

21      Kaye, and Brooke Alexander here in Dallas.

22         MR. ZACK:  Stephen Zack on video for

23      the plaintiff.

24         MS. FERNANDEZ:  Desiree Fernandez,

25      Mark Migdal & Hayden, also for the



```
 1          plaintiff's.
 2               MR. RONSTROM:  John Ronstrom also for
 3          the plaintiffs with Moskowitz Law Firm.
 4               MS. WOLKINSON:  Rachel Wolkinson from
 5          Brown Rudnick on behalf of Mark Cuban and
 6          Dallas Basketball Limited doing business as
 7          the Dallas Mavericks, and I'm joined by
 8          Steven Best and Jonathan White.
 9               MR. KNIGHT:  Christopher Knight,
10          Fowler White Burnett, on behalf of
11          Mavericks and Mark Cuban.
12               MADAM COURT REPORTER:  Raise your
13          right hand please.
14     Thereupon,
15                    BILLY PHILLIPS,
16     Do you swear or affirm the testimony you are about
17     to give today will be the truth, the whole truth,
18     and nothing but the truth.
19               THE WITNESS:  I do.
20               DIRECT EXAMINATION
21     BY MR. MOSKOWITZ:
22          Q.   Good morning.  Is it okay if I call
23     you Billy?
24          A.   Mr. Phillips or Billy is fine.
25          Q.   Whichever one you want.
```



1          A.    Whatever you prefer.

2          Q.    Okay.  I don't -- have you ever been

3   deposed before?

4          A.    Never.

5          Q.    Okay.  I could figure that, you know,

6   and I'm sure you had a lot of preparation.  This

7   could not be an enjoyable experience for you.  I

8   understand that.  I would not want to be deposed.

9   I don't like cameras.  I don't like answering

10  questions under oath, all that stuff.  So thank you

11  so much for coming today.  We want to make this as

12  enjoyable as possible.  You know, obviously, it's

13  not fun, myself, Joey, and Brooke, we're the

14  plaintiff lawyers.  You know, Rachel and Steve are

15  the defense lawyers.

16          So our job is just to try to do the

17  best we can for our clients, and our clients

18  invested in Voyager, they lost a lot of money,

19  right?  So we have to take the depositions of the

20  defendant, and it's kind of weird, but the

21  Mavericks -- there's no person at the Mavericks, so

22  they put up a corporate rep, and they could pick

23  whoever you want.  And you're not Cynt Marshall,

24  right?  She was going to be the corporate rep, but

25  unfortunately she had some health issues with her



BILLY PHILLIPS                                    April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                              8

1   family.  So Steve was kind enough to get you.  And

2   I'm sure you weren't ecstatic about that call, but

3   he said that you would be prepared to be the

4   corporate rep, so thank you very much.

5           A.   You are welcome.

6           Q.   If you need to take 50 breaks today,

7   we don't care.  It's your show.  I mean that.

8   There's no jury.  We're just sitting around a table

9   right here.  I honestly want you to feel

10  comfortable.  Okay.  I have children, I have a

11  wife, I know real life.  This isn't real life.  You

12  know, this is -- your real life has nothing do with

13  this case.  You're not being sued anything like

14  that.  So any way we could make it any bit better

15  so that you just don't have a horrible experience,

16  that is our goal.

17            Our goal is not to trick you.  And I

18  know you've been prepared, but our goal is not to

19  trick you.  I'm just going to ask you some

20  questions, okay?  And I'm going to ask you,

21  basically, questions about you, Billy Phillips, and

22  then I'm going to ask you questions as the

23  Mavericks' corporate rep, right?  You understand

24  there's two different -- there's kind of two

25  different things.  One, you're speaking for the



```
 1   company, and one, you may say just on your own
 2   individual answer, right?  I know it's kind of
 3   weird, but we will try to work our way through
 4   those, okay?
 5            A.   Very good.
 6            Q.   Okay.  When did you get told that
 7   you'd be this corporate rep for the deposition?
 8   Was that about a month ago?
 9            A.   Less than that. Sekou Lewis just
10   walked up to me in the office and said --
11                MS. WOLKINSON:  So objection.  I just
12           want to instruct you, conversations between
13           you and counsel are privileged, so please
14           do not discuss any of your correspondence
15           directly with counsel.
16   BY MR. MOSKOWITZ:
17            Q.   Let me -- let me just -- very high
18   level, you know, very, like, just kind of
19   generally.  You don't have to get into specifics.
20   Just -- that's what I'm asking you.
21                When did you find out?  So Sekou Lewis
22   came up to you and just told you you're going to be
23   in this deposition about a couple of weeks ago?
24            A.   I didn't --
25                MR. MOSKOWITZ:  I don't want the
```



BILLY PHILLIPS                                    April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                             10

```
 1              content of it --
 2              MR. BEST:  Just take Sekou out of the
 3         conversation.
 4    BY MR. MOSKOWITZ:
 5         Q.   A person?  A person?  (Crosstalk)
 6         A.   I was asked by the Dallas Mavericks
 7    organization and if I would represent the Dallas
 8    Mavericks, and I volunteered.
 9         Q.   Great.  Thank you so much.  And again,
10    trying to make this as least -- least possible.
11    We've just got questions to ask you about the case
12    and hopefully get your answer.
13              What did you do in, say, the last,
14    whatever, three weeks since this person asked you?
15    Can you just kind of give me generally, what did
16    you do to get ready for today?
17         A.   It's been less than two weeks.  I met
18    with the attorneys six times, reviewed over
19    100 pages of documents to prepare for today.
20         Q.   I'm sorry.  You said less than
21    two weeks?
22         A.   Yes, six times.
23         Q.   The lawyers?
24         A.   With the lawyers.
25         Q.   Okay.  Did you meet with anyone else
```



BILLY PHILLIPS                                    April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                              11

```
 1   besides lawyers?
 2           A.   No.
 3           Q.   Did you ever call Mark Cuban?
 4           A.   No.
 5           Q.   Did you ever talk to Cynthia, Cynt
 6   Marshall?
 7           A.   No.
 8           Q.   So if I went through a list of
 9   Maverick employees, you never talked to any of
10   them?
11           A.   There was several employees, just
12   because of my job requirements, it's a very busy
13   time of year with the playoffs coming on.  But I've
14   informed, especially my superiors and my
15   counterparts, that I'll be away from the office
16   quit a bit based on the prepping for this, so there
17   was several individuals that I mentioned that will
18   be on the deposition.
19           Q.   Besides telling them that you're going
20   to be out, you didn't sit down with them and get
21   substantive information from them?
22           A.   No.  Most of them didn't know much
23   about it.
24           Q.   Okay.  So the six times you met with
25   lawyers, without telling me anything about what you
```



1  discussed, are they these lawyers that are here

2  today?

3          A.   Yes.

4          Q.   And in addition, you had mentioned

5  another individual.

6               Did you meet with in-house counsel at

7  Mavericks?

8          A.   Not once, no.

9          Q.   So Steve and Rachel and Jonathan?

10         A.   Yes.

11              MR. BEST:  Just for the record, just

12         me yesterday.

13  BY MR. MOSKOWITZ:

14         Q.   Chris?

15         A.   Correct.  Just -- yeah.

16              MR. BEST:  Chris and I just yesterday.

17  BY MR. MOSKOWITZ:

18         Q.   Okay.  So Rachel and John five times

19  or whatever?

20              MS. WOLKINSON:  Six.

21  BY MR. MOSKOWITZ:

22         Q.   I don't care the number.  Six.  Okay.

23  About how much hours?  Like how much time?  You

24  say -- first, was it in person or was it on Zoom?

25         A.   In person.



BILLY PHILLIPS                                        April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                    13

```
 1              Q.    In person?  And about how long?
 2              A.    Total hours was probably close to
 3   about 25 hours.
 4              Q.    Okay.  And you said you reviewed
 5   documents.
 6              Did you bring any documents, or you
 7   were shown documents?
 8              A.    I was shown documents.
 9              Q.    And had you seen those documents
10   before?
11              A.    Never.
12              Q.    And you discussed the documents?
13              A.    Yes.
14              Q.    Okay.  Did you ever find out other
15   issues that are going on in the case, like who
16   brought the case or what the complaint is about,
17   what are they seeking, what's the allegations?
18   Those types of things?
19              A.    I would say yes, I did discover some
20   things that I -- only because, you know, I was on
21   the outside of the whole -- once the bankruptcy was
22   -- I wasn't really involved in the lawsuit, so I
23   never really dove into it.
24              Q.    Okay.  So --
25              A.    I was busy enough with my current job.
```



BILLY PHILLIPS                                        April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                               14

1        Q.   Let me then ask you a little bit about

2   who Billy Phillips is just so we can go now to

3   the -- you individual.

4             So when did you start to work for the

5   Mavericks?

6        A.   This is my 31st season.

7        Q.   Congratulations.

8        A.   Thank you.

9        Q.   31st.  Are you the longest person

10  there?

11       A.   I'm top three.

12       Q.   Top three.  Okay.  So 31 years ago,

13  how did you join the Mavericks?  You were a soccer

14  coach?

15       A.   Very unusual story because I get to

16  speak to high school students and college students.

17  We do a ticket program where we have up to 1,200

18  students before a game, give them a tour of the

19  arena, and then three or four of us speak to them.

20  And I never really tell them about me because the

21  path that I took is not repeatable, but I do tell

22  them a story about it, and then we have follow up

23  questions from the students.  If they ask me how

24  did you get started, like you just did, I will tell

25  the story.



1                    Basically, I was a soccer player and

2       then soccer coach.  It didn't -- I was the

3       assistant coach of a team that was owned by the

4       Dallas Mavericks called the Dallas Sidekicks.  The

5       pay wasn't very good, so they said, you know, why

6       don't you try to find something else that can bring

7       revenue for both the organization and yourself?  So

8       I -- (cough) -- four-on-four tournament at the time

9       right here in the city.  Three-on-three basketball

10      was really popular.  They traveled all over the

11      country.  They set up courts in parking lots --

12              Q.    They're called three-on-three?

13              A.    Three-on-three basketball, yeah.  It

14      was called Streetball Partners.  So I said I can do

15      the same with four-on-four soccer.  So it's a

16      really great way to develop players because of a

17      lot of -- you touch the ball more than 11 versus

18      11.  It ended up being a program that -- that was

19      developed and honed and trickled down in the United

20      States even after I started the four-on-four.

21                   So I was doing this four-on-four

22      tournament at the Mavericks' office.  We worked in

23      the same office as the Dallas Mavericks.  Next to

24      me was the -- he was part owner, general manager,

25      and president of the Dallas Mavericks, called Norm



 1   Sonju, legendary person.

 2              So his son was there, and I was doing

 3   my job, and unlike now where there are maybe ten

 4   people that run this tournament, it was me, and I

 5   would hire players just to be able to help me and

 6   they would love the extra income.  So I was working

 7   long hours, one-man show developing these

 8   tournaments, and I got an offer to be the head

 9   coach of the Baltimore Blast, a very good,

10   established club.  They're still in business today.

11   But I wanted to meet with Norm because he was the

12   general manager of both the Sidekicks and

13   Mavericks, because he was on the board for the --

14   the league.  So I asked him, could we talk about

15   the stability of a league, because I didn't want to

16   go to a team that was --

17         Q.    There's no MLS at the time?

18         A.    No.  That time, it was -- no, there

19   was MLS because that.

20         Q.    Osmos --

21         A.    That was the demise of indoor soccer

22   when we approved MLS to become a league after world

23   cup '94, so it was already going at the time.

24         Q.    Okay.

25         A.    So the -- when he asked me to meet, he



1  said, "Let's go to lunch."  And he just asked

2  question some questions, like, you know, "Are you

3  tired of traveling?"  And I had been a player and a

4  coach for, at that time, 20 years maybe.  So yeah,

5  a lot of travel.  And I said, "Yeah."  And the next

6  day, he offered me a position at the Dallas

7  Mavericks.  That was 30 -- over 30 years ago.

8          Q.    Doing what?

9          A.    So my point of the story to those high

10  school students and students was that you never

11  know who I might meet, you may be my boss one day.

12  So -- be very polite -- to you.  Or I pointed -- in

13  the American Airlines Center, I pointed to the

14  security guard in the red coat, you should be

15  polite and nice to that person, but you never know,

16  that person could be your boss one day.  But it's

17  just a nice habit to be and have to have.

18          Q.    Absolutely.

19          A.    So that's my story, but to answer your

20  question, it was for the corporate sponsorship.

21  Marketing and corporate sponsorship were kind of

22  aligned at a time, so they separated corporate

23  sponsorship and marketing, and I went onto

24  corporate sponsorship from the get go.

25          Q.    That's a wonderful philosophy.  I



1  teach my children that and all of my friends that

2  all the time.  You need to be nice to people.  I

3  think it's karma, too.  You never know what's going

4  to happen in life.  It's easier to be nice to

5  people, so that's wonderful.

6          So they had corporate sponsorships and

7  they had marketing, and then when you joined, you

8  took over corporate sponsorships?

9      A.   Not took over.  I was just entry

10  level, you know.  Really, I wasn't trained for it,

11  but I -- they knew I was a hard worker and I could

12  pick up the other side of it.

13      Q.   So that was about 1992; am I right?

14      A.   Yeah.  There was a crossover of

15  Sidekicks and Mavericks where I'd volunteer to help

16  the Maverick games, so there may be a year or two

17  that I was on both, like, organizations, books.

18      Q.   Okay.  So I see from there, some

19  websites that have information on each of the

20  Mavericks' employees, and this says you're senior

21  director of corporate sponsorships from '92 to '93

22  until '19 to '20, and then you were promoted to

23  vice president of corporate partnerships in 2020.

24          Is that, like, the titles you've had?

25      A.   Yeah.  I didn't realize it said



1   partnerships.  We intertwined sponsorship and

2   partnership, so my business card says sponsorships.

3   Where we use partner and sponsor, I'm not sure what

4   website that was, but yeah, it's basically the same

5   position --

6          Q.   Okay --

7          A.   But I was promoted from senior

8   director to vice president of corporate

9   sponsorships.

10         Q.   Do you bring in partnerships?  Is that

11  part of your job to, like, go get partnerships for

12  the Mavericks?

13         A.   We look for sponsors every day.  Yeah,

14  I'm in charge right now of eight sales people that

15  we're looking for different sponsors to really --

16  you know, my philosophy with sponsorship is that

17  you have a product -- and I was taught this my

18  first meeting, which is an interesting story

19  because I ended up going to a meeting with

20  Coca-Cola, ran -- negotiating for a renewal.  It

21  ran well past midnight, and no cell phones.  I had

22  to pickup a pay phone and tell my wife, "Hey, I'm

23  serious.  I'm working."  And she said, "Well, if

24  this is the way it's going.  You should go back to

25  soccer."  So I said, "No, this will be an

1    exception, I promise," but there were some late

2    nights.

3            But the point of that was that the

4    development of that certain sponsorship taught me

5    lessons because I told the person that I was going

6    to work with everyday that, "I'll work really hard

7    for you."  And he told, "I want you to work really

8    hard, but I want you to work smart."  And also, the

9    second thing was that we are proud of our product

10   and we want you to help us sell cases.

11           So selling cases is not the point.

12   It's about building that relationship to know what

13   their need is.  And it's really about trying to

14   develop that relationship so we can achieve their

15   goals and initiatives.

16           Q.   Try to develop the relationship to

17   understand their goals?

18           A.   We always have discovery meetings that

19   allow us to understand what they're trying to

20   achieve.  And the best part about it is they're

21   great brands.  So we're a brand, you're a brand,

22   everyone here is a brand, and we try to develop our

23   brands together, try to raise each other up, but

24   it's a responsibility that I accept because, you

25   know, we look at -- we have a great vetting

 1  process.  We have a process to make sure that they

 2  fit our values.  And once we achieve that, we look

 3  forward to working with them.

 4          Q.   That's awesome.  What kind of values

 5  do you have at the Mavericks?

 6          A.   Well, Cynt Marshall has established a

 7  great list of values that we have.  You know,

 8  obviously, they entail many things that she's put

 9  forth, but, obviously, it's being a person that's

10  going to respect other people in the workplace, to

11  be able to understand that we all have a different

12  lifestyle, and you could be happy to bring

13  (cough) -- that kind of work.

14               And then the business side, we're

15  looking forward to making sure that -- there's

16  financial vetting that we do.  And we have an

17  entire process of -- we go through with the entire

18  organization to make sure that we're okay to

19  discuss the process of bringing on a potential

20  sponsor.

21          Q.   Tell me a little bit about your team.

22  You said you have a pretty extensive team that you

23  work with in terms of meeting these partners and

24  investigating them, checking them out, seeing if

25  it's a good fit.  Give me a little bit about the



 1  structure.

 2          How does that work?  Who is on the

 3  top?  Who's involved?

 4          A.  You want that currently or --

 5          Q.  Let's say doing the time of Voyager.

 6  We're going to get there eventually.  So, say,

 7  2021, 2022, around that time, what's the structure

 8  of this team?

 9          A.  Just the specifically the corporate

10  sponsorship team that we have, Ryan Mackey was a

11  senior vice president of corporate sponsorship.  I

12  was the vice president.  And underneath that, we

13  had sales men and women.

14          Do you want the list of everybody?

15          Q.  Just give me couple.  Do you know the

16  ones that worked on Voyager?

17          A.  I do.

18          Q.  Okay.

19          A.  It was Kory Nix, Kyle Tapply, and Clay

20  Christopher.

21          Q.  Where is Ryan Mackey now?

22          A.  Ryan currently working for -- huh,

23  there's an agency here in town that the stars work

24  with, and so he's working with that agency.  I

25  believe it's called Connect.  And then he also is



1   consulting for the Portland basketball team.

2           Q.   Do you know why he left the Mavericks?

3           A.   Yeah.  I might know a little bit about

4   it.  Probably -- maybe -- from this point, maybe a

5   year ago, you know, he was just -- just got

6   married, had a baby.  His wife had a son, so his

7   life changed quite a bit, I think.

8                Our job is very stressful.  I'm in a

9   great position now having a wife that supports me

10  and working long hours.  And, you know, there is a

11  term of burn out possibly.  I think, just that he

12  was just starting to get, you know, a little tired

13  of working a long time.

14          Q.   Okay.

15          A.   What's keeping me going is I can see

16  my retirement in the window, so it motivates me and

17  I want to really finish strong.  So I think he was

18  still in the position where he could some place

19  else where maybe he could be successful, but, you

20  know, you'd probably need to talk to Ryan Mackey

21  about the exact terms, but Ryan was a hard worker.

22  And I think it was just time that he wanted to take

23  a break.

24          Q.   Absolutely.  You said you see

25  retirement on the horizon.  Is there some age or



```
 1   date that you plan to retire?
 2            A.   No.  It's -- one day my wife says,
 3   "You need to retire."  The next day she says, "You
 4   better not retire," so...
 5            Q.   She can't take you at home.
 6            A.   Yes.
 7            Q.   Give me a little bit of background
 8   very, very briefly about yourself.
 9                 Where were you born?
10            A.   Long Island, New York.
11            Q.   Okay.  And then where did you grow up?
12            A.   Long Island, New York.
13            Q.   Where did you go to college?
14            A.   Adelphi University.  I went two years
15   at Nassau Community College and two years to
16   Adelphi University.
17            Q.   And then did you play soccer for
18   Adelphi?
19            A.   I did two things.  I played soccer and
20   ran track.
21            Q.   And what did you go on to play soccer
22   for, a professional team?
23            A.   I did.
24            Q.   Tell me a little bit about it?
25            A.   Sure.  I got third in the NCA
```



 1   division 2, 1,500 meters.  Second place would have

 2   gotten me to tour South America for a month.

 3   Instead, I got third, so it changed my life.  I

 4   ended up getting a try out for the Dallas Tornados

 5   here in Dallas, so I flew down in the middle of

 6   summer and ended up working out with them for a

 7   couple of months.  And I guess a year later or so,

 8   they sent me to England for six months and signed

 9   me to a professional contract.

10        Q.   Congratulations.  How long did you

11   play professional soccer?

12        A.   Indoor/outdoor, multiple teams,

13   probably nine years.

14        Q.   Great.  When you joined the Mavericks,

15   you said you were doing sort of work for the

16   Sidekicks and the Mavericks, sometime there was

17   some overlap.  Is there a big difference between

18   people that did corporate sponsors with the

19   Sidekicks and those that did it with the Mavericks?

20        A.   No.  Same -- same type of job, same

21   initiatives.  Probably the difference is just the

22   demographics.  There was a different demographic

23   for the soccer versus the basketball.

24        Q.   What are the different demographics?

25        A.   At that time, more family for the



1   Sidekicks.  It was a ticket price that was less

2   expensive.  It was more attainable for us to

3   leverage players between camps and programs, so we

4   really worked on the community and developing those

5   relationships, and so we said more families attend

6   games.

7           Q.   Okay.  Let me show you the first legal

8   document that we're going to look at.  This is the

9   notice for the deposition.  So it's just a legal

10  document where we say these are the issues that

11  we're going to discuss with Mr. Phillips today.

12           MR. KAYE:  Plaintiff's Exhibit 289.

13           (Thereupon, the Plaintiff's Exhibit

14      No. 289 was marked for identification.)

15  BY MR. MOSKOWITZ:

16           Q.   It's a legal document, so I don't

17  suppose you'd be familiar with it, but if you turn

18  to page 6, it says something?

19           A.   Let me look over it briefly.

20           Q.   Oh, yeah.  Take your time.  It's a

21  legal document that has, like, definitions and

22  stuff.  But if you turn to page 6, when you get

23  there, it starts to say the subjects that we're

24  going to talk about today.

25           Did you ever go through this notice?



```
 1              A.   Yes.
 2              Q.   Okay.  You went through each of these
 3    items with your lawyer?
 4              A.   Yes.
 5              Q.   Okay.  So are you ready and prepared
 6    to talk about each one of these 15 subjects?
 7              A.   Yes, I am.
 8              Q.   So let's go through this real quickly.
 9    Number one, all documents and responses you
10    provided to plaintiff's request for production of
11    interrogatories.
12                   What did -- what did you learn in the
13    couple weeks that you were preparing for this?
14                   Let me -- let me take a step back
15    because, chronologically, you said before the --
16    after the bankruptcy, you weren't involved in the
17    Voyager case, right?
18              A.   That would be correct.
19              Q.   So we have some e-mails where you were
20    very involved.  I mean, you're talking about
21    Voyager, you're doing this and that.
22                   When did it stop?  Like, when did your
23    work with the Voyager client stop?
24              A.   Well, I wasn't directly involved with
25    the Voyager sponsorship as a point person.
```



```
 1            Q.   After it --
 2            A.   No.  From the beginning.
 3            Q.   Okay.
 4            A.   The point of my involvement throughout
 5    the entire Voyager process was to support the team
 6    that we selected to work on it.  I have various
 7    roles.  I have other sponsorships and other people
 8    in the team, so I never dedicated 100 percent, not
 9    even close.  More like 10 to 15 or 20 percent on
10    Voyager.
11            Q.   Fair enough.  So you supported Ryan,
12    Cody [sic], Kyle, and Clay?
13            A.   Kyle.  You said Cody, so it was --
14            Q.   Cody Nix.
15            A.   I think you meant Kory Nix.
16            Q.   Kory?
17                 MS. WOLKINSON:  Kory, yeah.
18    BY MR. MOSKOWITZ:
19            Q.   Okay.  You supported Kory, Kyle,
20    Clay, and Ryan?
21            A.   There's also the activation team
22    involved as well.  Spencer was on activation.
23            Q.   What does that mean, "activation"?
24            A.   So activation is once you have a
25    signed agreement, there's a lot of elements in the
```



 1   agreement that you have to fulfill, assets that you
 2   agreed on.  And those assets take people to
 3   fulfill, and that probably, most times, is the most
 4   difficult part of the agreement.
 5           Q.   Is the most critical part?
 6           A.   Difficult.  Not -- not difficult
 7   because it's -- it just takes a lot of people to
 8   activate different programs.
 9           Q.   Okay.  So give me -- just generally,
10   Spencer was in charge of doing activation for
11   Voyager?
12           A.   Correct.
13           Q.   And what did he do for Voyager
14   specifically?
15           A.   So it depends on their assets.  And
16   with their assets, you have to work with multiple
17   departments in our organization.  You have to work
18   with the marketing department.  You have to work
19   with the social team.  You have to work with the
20   community relations team.  And depending on the
21   different assets in the agreement, then we'll have
22   those different processes to be able to fulfill.
23   We have a program called Asana.  It's just a
24   program that you --
25           Q.   How do you spell it?



```
1              A.   Huh, I don't really know.

2              Q.   Okay.  Asana?

3              A.   Asana.

4              Q.   Okay.

5              A.   And it's just a flow work program that

6    you enter it in different departments, it pops up.

7    It could be a creative.  It could be a sign you

8    have to develop.  It could be acquiring signs from

9    the client.  So it's just everyday, trying to

10   fulfill the obligations of the agreement.

11             Q.   Was -- in terms of size, was the

12   Voyager partnership for your team the smallest, the

13   largest, in the middle?  How does it rank at time

14   it became a form of -- with the Mavericks?

15             A.    It was probably top five.  I take that

16   back.  I didn't include our multiyear deals.  Top

17   ten.

18             Q.   Top ten.  And how many people were

19   working on the Voyager account in all these

20   different facets, which you said with Spencer and

21   marketing, social team, community?

22                  Do you know about how many people you

23   had helping them?

24             A.   They're all the same.  I mean, every

25   sponsor we have could have 10 to 20 people on it.
```



1  That was no different than any other sponsorship we

2  had.  It's -- it really is -- I'm a big advocate

3  about sports about teamwork, so every single one of

4  our partnerships from the ones -- from the bottom

5  10 percent to top 10 percent, take -- you know,

6  there's 10 to 20 people that work on these

7  sponsorships.  There's no different what Voyager

8  was or any other sponsorship.  We have the same

9  procedure for all of them.

10      Q.   Okay.  So when you're supporting the

11  team, what does that kind of mean, like, generally?

12  We'll get into some of e-mails where you have

13  stuff, but what did you basically do for these

14  people?  Like you helped do research, or what would

15  you do?

16      A.   You know, from the beginning,

17  obviously, Excel brought it to Ryan Mackey, and

18  Ryan would then say, "Has anyone claimed this?"  We

19  have a process --

20      Q.   Let me stop you just so we can go

21  through.  Excel, nobody will know what that is.

22  What is Excel?

23      A.   Excel is just a company that -- it's a

24  marketing company that will call on different

25  sports teams.  They have a client list and they



1    represent different brands.  And when they

2    represent the brands, they will bring you

3    opportunities.

4           Q.    Okay.  Did they get a percentage or a

5    commission for that?

6           A.    Yeah, they all did.

7           Q.    Do you know about what they got in the

8    Voyager deal?

9           A.    It's normally ██████████ percent.

10   This one was ██ percent.

11          Q.    So Excel calls Ryan Mackey, and they

12   say, "We've got a possible crypto client for you?"

13          A.    Mm-hmm.

14          Q.    And then -- what happens then?

15          A.    Well, we were very involved in that

16   category at the time, so -- and that's specifically

17   why Kory, Clay, and Kyle were the ones that were

18   digging deep into the category.  They had claimed

19   many different accounts, and we have a computer

20   program software that I could pull up and look at

21   it.  It's called Salesforce, and Salesforce has a

22   list of claim sponsors.  Each rep is allowed to

23   claim 50 partners.  On that list of everybody, not

24   just those three, but the entire sales group, no

25   one had Voyager claimed, so it was an open account.



 1          And Ryan -- the first conversation was

 2    really, you know, if we go forward with this, who

 3    do you think would want to work on it?  So I can't

 4    recall if it was myself, because I am a team

 5    player.  I like to make people work together, but I

 6    may have suggested or brought up together that

 7    since those three; Kyle, Kory, and Clay were

 8    heavily involved in the cryptocurrency block chain

 9    technology category.  Let's just put all three of

10    them on it.  And this way, we'll have the best

11    situation going forward.

12          Q.   Who decides let's put those people on

13    it?

14          A.   It would be Ryan Mackey.

15          Q.   When you say you were heavily

16    involved, what were some of the companies that you

17    were working with at the time?

18          A.   Oh, you can name -- we had crypto.com,

19    blockchain.com.  FTX probably was in that mix.

20    StormX was out in Portland.  A couple of deals were

21    already done.  We weren't the first.  So I think --

22    I couldn't remember the rest of them, but there

23    was quite a few at the time.  Oh, Coinbase, so...

24          Q.   Okay.  So when you say you can claim

25    up to 50, each person, like Kory, Kyle, they can



1    each have 50 people that they claim as their deal?

2            A.    50 companies.

3            Q.    50 companies.

4            A.    And they're not part of Blockchain

5    technology company.  They're every company you see

6    when you drive down the street.

7            Q.    Okay.  And then Ryan decided that the

8    three of you -- and we'll see some e-mails on it.

9    You guys can --

10           A.    Three of them.

11           Q.    Three of them.  And they could split,

12   like, up to ████████████████████ a year in

13   commission?  Do you know what --

14           A.    Seriously?

15           Q.    Do you know what means?

16           A.    They would not working today if that

17   was the case.  No one's ever received ██████████

18   in --

19           Q.    Have you seen the e-mails that mention

20   just an amount?

21                 MR. KNIGHT:  Let him finish his

22                 answers, please.  You guys are starting to

23                 talk over each other.  It's hard for the

24                 court reporter to hear.

25                 THE WITNESS:  I want to make sure --



```
 1              why don't you repeat the
 2              question because --
 3   BY MR. MOSKOWITZ:
 4         Q.    Yeah?
 5         A.    -- it's laughable if you had said that
 6   they got a ███████ commission, so repeat the
 7   question?
 8         Q.    We're going to look at documents that
 9   say whatever they say?
10         A.    Can you produce the documents?
11         Q.    Yeah, yeah, yeah, absolutely.  So I
12   just didn't know, when you said you looked at about
13   a hundred documents, if this was one of the
14   documents that you looked at that had a reference
15   to --
16         A.    I don't need to look at a document.
17   It's absurd.  There's no way that a rep would get a
18   ██████ commission or even split a ██████
19   commission.
20         Q.    Okay.
21         A.    The deal was only ██████ so if
22   you have a ██████ commission, plus you're
23   paying an agency fee, it's not a good deal for
24   the -- for anybody, anyone in the industry.  I
25   don't care what it is.  Even if -- in your
```



```
 1   industry, if you're going to -- I won't get into

 2   details, but it's -- no.

 3           Q.   Oh, I hear you.

 4           A.   I know exactly what the commission

 5   rate is.  If you want to go into that, I will be

 6   happy to discuss it.

 7           Q.   Okay.  What was the commission?  What

 8   did each person make from the business?

 9           A.   ███████████████████████████████████

     ████████████████████████████████████████

     █████████████████████████████████████████

     ████████████████████████████████████████████████

     ██████████████████████████████████████████

     ███████████████████████████████████████████

     ████████████████████████████████

     █████████████████████████████████████████

     █████████████████████████████████████████████████

     ██████████████████████████████████████████████

     ███████████████████████

     ████████████████████████ I'm just trying to figure it

21   out.  So Kyle, Kory, and --

22           A.   Clay.

23           Q.   -- Clay, they split ███████████ of

24   █████████████ for just the first year, so they each

25   got whatever ████████████████████████████into
```



```
1    ████████████ is?
2         A.   I lost you on the math, but it's what,
3    ███████████████  It was -- for it was ████████
     █████████████████████████████████
5         Q.   ████████████  each?
6         A.   Mm-hmm.
7         Q.   Okay.  And the first year, the Voyager
8    sponsorship was done and the Mavericks were paid
9    the ████████████
10        A.   Correct.
11        Q.   And they got their money, their ████████
     ███████████████?
13        A.   Yes.
14        Q.   And then what happened for the second
15   year or the third year, the fourth year?
16        A.   Zero.
17        Q.   Do you know what happened?  What
18   happened?
19        A.   There was a bankruptcy and Voyager
20   wasn't able to fulfill the obligation and --
21        Q.   Do you know why?
22        A.   They lost the partnership.
23        Q.   Did the Mavericks ever default?  How
24   did it actually end?
25        A.   There was -- I don't know.  It ended.
```



1  It's not the first time one of our sponsors were

2  either going out of business or were unable to pay

3  us, so...

4          Q.   But as somebody who was working with

5  the marketing team for Voyager, right, do you know

6  what happened near the end of the deal with

7  Voyager?  Was there interaction between the

8  Mavericks and Voyager?

9          A.   I was not in those discussions.

10          Q.   Okay.  So do you know if it's about

11  December 2022, the bankruptcy?

12          A.   It sounds accurate, yes.

13          Q.   Okay.  So sitting here as the

14  corporate rep, and now we're going to put another

15  hat on you, do you know anything about any of the

16  dealings between the Mavericks and Voyager, say,

17  for the five months before December 2022?

18          A.   I have some knowledge of it, yes.

19          Q.   Okay.  Tell me?  What do you know?

20          A.   Is there a specific question?

21          Q.   Like, how did it end?  Did the

22  Mavericks call Voyager?  Did they find out some

23  information that was troubling?  Just tell me what

24  happened?

25          A.   In my review of documents, I believe



 1  there was a conversation between Ehrlich and

 2  Mr. Cuban.

 3          Q.    And what was that discussion?

 4          A.    I don't recall.

 5          Q.    What did they discuss?

 6          A.    I believe that there was an issue with

 7  some investments that Mr. Ehrlich 's company --

 8  Voyager may have made, and that's all I recall.

 9          Q.    Do you know, as the corporate rep for

10  the Mavericks, anything else about why or how the

11  Mavericks and Voyager partnership ended?

12          A.    At my level, all I know is that the

13  partnership ended and we had to stop all

14  advertising.  And at the time, there were no games

15  going on.  It was in the off season, so it's kind

16  of easy to stop any promotions or advertisements.

17          Q.    Did the Mavericks suffer any damages

18  as a result of stopping this advertising, to your

19  knowledge?

20          A.    To my knowledge, no.  I believe that,

21  obviously, we would have been -- no.  In the off

22  season, there's no damages other than we would have

23  loved to have seen the agreement finish out.

24          Q.    Sure.  So the off season happens, the

25  deal is cancelled, right?  And then the Mavericks



 1  go on and get other sponsors, correct?

 2          A.   Uh-huh.

 3          Q.   And your testimony today is there was

 4  no damages as a result of the Voyager contract

 5  ending after the first year?

 6          A.   Sure.  The first of the year, but --

 7          Q.   No, no.  The first year of the

 8  contract?

 9          A.   Oh, first year.  Yes, first year of

10  the contract.

11          Q.   Okay.  Would you like to take a break.

12  We've going a little bit of time?

13               MS. WOLKINSON:  We can take a --

14               MR. MOSKOWITZ:  Why don't we take a

15          5-minute break just to -- I want you to be

16          relaxed.  We're not going to go the whole

17          day, so...

18               THE WITNESS:  I'm good.  I can last

19          all day.

20               THE VIDEOGRAPHER:  All right.  The

21          time is now 9:49 a.m.

22               (Thereupon, a short recess was taken.)

23               THE VIDEOGRAPHER:  All right.  The

24          time is now 10:04 a.m.  We are back on the

25          record.



1   BY MR. MOSKOWITZ:

2        Q.   Welcome back, Mr. Phillips.

3             Do you know who Bob Voulgaris is?  Do

4   you know who Bob Voulgaris is?

5        A.   The name sounds very familiar.  Do you

6   want to just tell me who he's with, and I'm sure

7   we'll --

8        Q.   I think with the Mavericks.  I'm not

9   sure, but is he employed at all with the Mavericks

10  as a data analyst?  Do you know?  Have you ever

11  dealt with him?  Does he do data analysis or

12  predictions on sports?

13       A.   Is that the person who was on

14  Basketball Analytics for a little bit?

15       Q.   I heard he did something with

16  analytics, and I'm just trying to figure out who he

17  is.

18       A.   He was on the basketball side.  I'm

19  not real familiar on the basketball.  We have two

20  sides of the business.  One is the basketball side,

21  and the other one is the business side, and I

22  really don't get much into the basketball side of

23  the business.

24       Q.   Have you ever met him?

25       A.   No.



```
 1          Q.   Does the name just refresh something?
 2   How do you know that he works on the basketball
 3   side?
 4          A.   I believe he -- if it's the right
 5   individual I may be thinking of, Mark may have
 6   hired him to look at analytics for the Mavericks,
 7   but I remember there were some conversations that
 8   the analytics that were being provided weren't
 9   assisting the team, and I think they parted ways,
10   but I'm really not familiar with this.
11          Q.   Do you know about how long ago that
12   was?
13          A.   I really don't know.  Probably -- no,
14   I don't.  Because COVID -- I'm not sure if it was
15   pre or post COVID.
16          Q.   Okay.  What about Matt Goodman?
17          A.   Matt Goodman, I know.
18          Q.   Who is Matt Goodman?
19          A.   Matt used to work for the NBA.  He was
20   our rep for TMBO.  TMBO is an organization that the
21   NBA provides resources for each team to be able to
22   be more educated and in the process of developing
23   sponsorships for individual teams, so they have rep
24   for each team, so Matt was our rep for a little
25   bit.
```



1          Q.   Does TMBO --

2          A.   He ended up working for the Dallas

3     Mavericks recently, was with us for about

4     six months or a year.

5          Q.   Okay.  Is TMBO is acronym?  Does that

6     mean something, TMBO?

7          A.   Yes.

8          Q.   Do you know what it means?

9          A.   Yes.  Team, management, and business

10    operations, I believe.  It's called TMBO so much

11    that I forget what it stands for.

12         Q.   If you spell it out, is it T-E-A-M?

13         A.   T-M-B-O.

14         Q.   TMBO.  So Matt was the representative

15    from the NBA that was working with the Mavericks?

16         A.   Correct.

17         Q.   And at one point, he then became an

18    employee of the Mavericks?

19         A.   Yes.  He worked for other companies

20    between that, though.  He worked for -- I believe

21    it was LIV Golf, NYFC football club, soccer team.

22    I'm not sure how they aligned, which one came

23    between where, but...

24         Q.   Did you ever work with Matt?

25         A.   Huh, with the Dallas Mavericks?



BILLY PHILLIPS                                    April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                              44

 1          Q.    Yes.

 2          A.    Well, I worked with him as a TMBO rep.

 3   But Ryan was really the interface.  They worked one

 4   on one.  And then, recently, Matt was our COO of

 5   the Dallas Mavericks.  And probably the most I've

 6   worked with him, he had the relationships from his

 7   LIV Golf experience, the NYFC experience, the NBA

 8   experience.  So he would pass on leads to me.  And

 9   Ryan left, I took on that role.  I never assumed

10   any additional -- like, Ryan was senior.  I didn't

11   become a senior, but I took a lot of his roles,

12   which were working with the agencies we work with,

13   working with Matt if he had a particular client

14   that he thinks could be a lead that we want to

15   prospect, that we want to work with.

16          Q.    How long did Matt work as the COO?

17          A.    He's not there today.  The position

18   was eliminated with our new ownership group.  I'm

19   not sure.  It could have been a year, six months to

20   a year.

21          Q.    When the Mavericks were sold, they got

22   rid of the position of COO?

23          A.    Correct.

24          Q.    Did anything else major change with

25   the ownership structure in terms of stuff that you



```
 1   do?  Like, is your day-to-day changed at all as a
 2   result of the sale?
 3           A.   Zero.
 4           Q.   Does Mark Cuban's -- based upon your
 5   work with him, does his work that he did presale
 6   change from after sale?
 7           A.   Huh, I really haven't -- I need to
 8   engage him, but if -- I'm sure we could have the
 9   same process.  We've kind of streamlined, you know,
10   the process, and nothing to do with anything that's
11   happened, but really, it's about -- we hired a new
12   SVP to take Ryan's position, Brittany Boyd.  So
13   she's brought a great deal of experience in
14   corporate sponsorships and also marketing.  So
15   she's a point of a lot of new processes to be able
16   to make us more efficient and streamline some
17   things.
18           We're still in -- we have a 100-day
19   plan.  We're only 40 days into that plan, so
20   nothing concrete, but I'm really excited about what
21   she's bringing to the Dallas Mavericks
22   organization.
23           Q.   Cool.  So when Matt was working as the
24   NBA representative, is those the times, the years
25   that the Voyager deal was taking place?
```

1          A.   I don't recall or even remember, going

2    through hundreds of documents in my prep for this,

3    or in the 25 hours that I even recall seeing

4    Matt's -- and his nickname is Goody -- name

5    mentioned.  So, like I said, that was extensive

6    documents, two binders this thick.  These

7    documents -- really, thousands of pages, so I don't

8    recall his name mentioned once, so I'm not sure why

9    he's brought up.

10          Q.   That's what I'm asking.  I don't know

11   what his involvement is.

12          A.   I don't know.

13          Q.   You don't know that he had any

14   involvement with Voyager?

15          A.   None.

16          Q.   Okay.  What you're saying -- we're

17   going to get to it, but the two binders of

18   documents that you looked at, that's the only

19   knowledge that you have about the Voyager deal

20   besides what you did personally?

21          A.   It's quite a bit.  Yeah.  I mean, I

22   also have 30 years experience in this industry, and

23   I think that comes into play with knowledge of just

24   a general treatment and processes of dealing with

25   sponsors.



1          Q.    Of course.

2          A.    At the end of the day, we're just

3    really looking to help build their brand, to

4    promote them, and develop what their needs are.  In

5    this particular case, it was about building a

6    brand.  It's, you know, a new company, and we have

7    another new company Shiftkey.  We had the Chime

8    check.  And usually, the first thing that they're

9    looking for is to build the brand.

10               Once the brand is established, then

11   there has been a trend in all sports that even

12   though you have a contract that's with assets in

13   it, deliverables, that you may have a conversation

14   with them and say, "You know what" -- because this

15   happened with Chime.  That we built the brand

16   fantastic the first year, and the second year, we

17   may want to change it to acquiring, you know,

18   activations or clients and their new goal may be.

19   So really, the first year with Voyager was just,

20   you know, trying to get their name out and get

21   their brand.

22          Q.    And why could the Mavericks help with

23   that?

24          A.    It's a professional sports team.  It's

25   pretty common that sports teams are a good vehicle



 1   to build brands.

 2          Q.   Why?

 3          A.   I think that could be a couple day

 4   conversation.  I'm sure there's quite a few

 5   seminars about it, but I'm a big believer in it.  I

 6   think -- you know, the old story about the rising

 7   tide rises boats, so we're a sports team that has,

 8   as any other sports team in the country, different

 9   advertising assets that provide a chance to build

10   brands and to achieve the promotion of a company.

11   So it's --

12          Q.   I think it's okay if you toot --

13          A.   It's a billion dollar industry, right?

14   I'm not talking the Dallas Mavericks.  I'm talking

15   all sports.

16          Q.   It's okay if you toot your own horn.

17   I mean, I'm saying why would a company like Voyager

18   go to the Dallas Mavericks versus, say, the

19   Sidekicks or a different company?

20          A.   Well, one, I think when you look at

21   our sponsorship team, we're very proud of -- you

22   know, I put in 30 years.  At the time, Ryan

23   probably had 25.  Kory had 20.  Clay had 22.  Kyle,

24   10, 15.  So, you know, when we do our discovery

25   meeting, you know, we're on these calls and they



1   see the experience that we could bring to the

2   table, I really have to give the City of Dallas a

3   lot of credit because we're the top five market in

4   the country.  And, you know, Mark is always trying

5   to put a winner on the court.  You know, he's -- we

6   have a 23-year old building, but if you walk in it

7   today, you think it's two-years old.  We put a lot

8   of CAPEX into the building.  We just put in a brand

9   new scoreboard, brand new seats.  We had to put a

10  new roof two years ago because it leaked.  But, you

11  know, we put a lot of assets into making it a

12  really great experience.

13            And from day one, I was with the team.

14  We won 11 games.  The second year, we won 13.  The

15  third year, we got Jason Kidd and we won 36.  I'll

16  fast forward to with Dirk after we won a

17  championship.  I had a partner that said to me on

18  the way home from the game -- he just said, "I feel

19  sorry for you that you have to sell that crap."

20  Dirk was at the end of his career.  The team wasn't

21  playing well.  I just listened.  He's kind of a

22  friend.  And he said -- then he followed up and

23  said, "I just want to let you know, my kids never

24  sat down.  They had an unbelievable time.  They

25  already asked me when they can come back."  And I



 1  said, "Thank you."  And that's the philosophy we

 2  have.

 3          We're throwing 41 parties.  We can't

 4  control what's on the court, but we really try to

 5  put a great product for every team and family fun

 6  and just being able to use your outdoor voice and

 7  to give a perfect stranger a high five and just go

 8  home happy, win or lose or draw.  So I think

 9  partners see that philosophy and the experience,

10  and they know that they'll get a good value for

11  what they're trying to achieve, and we've delivered

12  over the years.

13      Q.  How do you help these companies

14  attract people, say, across the country, or even

15  internationally?  Do the Mavericks help target

16  those customers?

17      A.  We can't.  The NBA has strict

18  guidelines on our radius of 150 miles from

19  basically right here, the American Airlines Center.

20  It does extend.  People don't know that we're

21  allowed to go a little outside the 150 based on the

22  three teams in our market.  Oklahoma City, Houston,

23  and San Antonio Spurs.  We can't go within their

24  75-mile radius.  We hardly ever do that because,

25  really, to be candid, our base of Mavericks, we go



BILLY PHILLIPS                                      April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                              51

1  west a little bit, but south, it's all Spurs.  You

2  go to Austin, it's 90 percent Spurs.

3             The international you mentioned, the

4  NBA was thinking they were giving us a great deal

5  in being able to utilize our Marks internationally.

6  They started with three, they extended to ten, but

7  they found out it wasn't that exclusive.  But the

8  toughest conversation we have with people who are

9  international parties does not give them a right to

10 do anything in the United States or Canada.  We're

11 still restricted to a 150-mile radius with the

12 extension of the 75 if we choose to.  It gives us a

13 right to go to rest of the world, but not Canada

14 and not the U.S.  So we cannot market outside the

15 150 miles of Dallas.

16             Q.   Okay.  So in October when you had the

17 global press conference with Voyager, you're aware

18 of that, right?

19             A.   I wasn't --

20             MS. WOLKINSON:  Objection.

21             THE WITNESS:  I recall --

22             MS. WOLKINSON:  You can answer.

23             MR. MOSKOWITZ:  You can still object.

24 BY MR. MOSKOWITZ:

25             Q.   You're not aware of --



1          A.   I don't understand what you mean by

2     "global."

3          Q.   Oh, sure.  Explain to me the press

4     conference that took place in October of 2021

5     between Mark Cuban, Steve Ehrlich, and the two

6     organizations?

7          A.   Sure.  It's a process that we've one

8     many times.  We have a press conference to announce

9     a new sponsorship.  This one was -- as I eluded

10    earlier that, you know, they are some partnerships

11    that are kind of intrigued by or proud to be a part

12    of.  One was Barbados.  Barbados ended up being a

13    3-year partner.  And as I got to know them and

14    understand their culture and that, like, 85 and

15    90 percent of their revenue is from tourism.  I

16    took a great responsibility to tell people what a

17    fantastic country it is to go visit.

18              This particular one, when I understood

19    the platform they were on, I was really comfortable

20    with it, which was based on education.  It was --

21    you know, to be -- I did a lot of research on this

22    category just to be able to understand, you know,

23    what Blockchain technology is about.  And much like

24    that phone, I guarantee you probably know about

25    25 percent of what it can do.  Of all the research



 1    I had, I probably still only know about 10 percent

 2    of Blockchain technology, mining.  You know, could

 3    you explain mining to me?

 4               So it -- it's just so -- it was so new

 5    that, you know, we were all learning about it, not

 6    just me, not just the Dallas Mavericks, but the --

 7    the country was on the real story on CNBC, which

 8    there was actually a story today about it.  So it's

 9    still a very viable commodity.  As we know, Bitcoin

10    hit $71,000 this month, and they were talking

11    about -- they had a whole segment on it, which I

12    hadn't seen in a while.  But back in those days, it

13    was probably every other segment.

14               So it was an intriguing category, but

15    the one thing -- well, a couple of things that made

16    me very comfortable in the process of going up to

17    the press conference, to answer your question, was

18    it was publicly traded, Toronto exchange and the --

19    LTC -- that made it extremely comfortable.  The

20    second one was that the platform was all about

21    education.  Even their tag line, "Crypto for all,"

22    it didn't say, "By Voyager."  It said, "Crypto for

23    all."  It was very generic.  It was, like, just

24    promoting the industry.

25               And the -- the conversations we had



1  going into it was that hey, this is about

2  education.  This is about getting people up to

3  speed on the category, trying to give them the

4  opportunity to understand all about blockchain

5  technology, cryptocurrency, and so I was very

6  comfortable leading into the press conference.  But

7  your initial question was just the press conference

8  itself.

9       Q.    That wasn't my question.  My question

10  was:  When you did the press conference, how do you

11  make sure that it doesn't go out to people, say, in

12  Florida or California, anywhere outside the 150

13  miles?

14       A.    That wasn't the original question, but

15  I'll answer your second question.  The second

16  question, that we have restrictions with the NBA

17  that we can't promote to other areas.  The internet

18  is uncontrollable.  The NBA acknowledges that.  So

19  when you do any type of -- in this case, it was a

20  promotion for Mavs 100.  It goes out on the

21  internet.  We don't restrict that.  That's just the

22  promotion of what we do with the internet.

23           At this point, you know, I can't tell

24  you more.  That's about all I know about our -- our

25  situation where we will send out just information



 1   about players, highlights, in this case, a

 2   promotion, but it goes out on the internet and

 3   there's really no real control over it.

 4          Q.   Okay.  I just -- I really want to

 5   spend a lot of time on this because I'm confused.

 6   You're saying there's a rule, and specifically with

 7   the Voyager contract, the rule was the Mavericks

 8   are not allowed to solicit customers or target

 9   customers outside of this 150-mile range in Dallas.

10          So you plan a press conference, and

11   the Mavericks know it's going to be on the

12   internet.  There's going to be 58 reporters from

13   all around the world covering this.  They're going

14   to write stories --

15          MS. WOLKINSON:  Okay.  Objection.

16   BY MR. MOSKOWITZ:

17          Q.   Okay.  Let me state the question

18   before you object.  You have -- we're going to get

19   into this.  You have, like, four million Facebook

20   followers, two million Instagram follow, 210,000

21   Snapchat followers -- this is at the time -- 1

22   million TikTok followers, 1.5 Twitch, and 1.8

23   Twitter?

24          When you do all this and you put it in

25   action, how do you make sure then that it doesn't



```
 1   go outside of Dallas?

 2          A.   First of all, there were --

 3               MS. WOLKINSON:  Objection.  Objection.

 4               THE WITNESS:  They were 13 --

 5               MR. MOSKOWITZ:  Okay.  Objection to

 6          form.  I got it.

 7   BY MR. MOSKOWITZ:

 8          Q.   Okay.  Go ahead.  Please finish the

 9   answer?

10               MR. KNIGHT:  If you could finish the

11          question before the answer starts, it will

12          allow to get an objection.

13   BY MR. MOSKOWITZ:

14          Q.   Go ahead.  You can answer the

15   question?

16          A.   Yeah.  You had stated there were

17   multiple reporters.  There were 13.  I believe

18   there were seven that were on the stream.  There

19   were another eight or six in presence.  One was

20   with the Mavericks, one with Dallas sports, one was

21   Dallas Morning News that covers the Mavericks and

22   the sports page.  So it was a disappointment with

23   the PR firm, Ketchum, that there was not more

24   people streaming or were not more people in the

25   audience, so that's the first fact.
```



 1   BY MR. MOSKOWITZ:

 2        Q.   You had six billion.  Do you remember

 3   interrogatory in case --

 4        A.   Yeah.  I believe the number was one

 5   million.

 6        Q.   Let me just -- let me just ask the

 7   question.  November 8, 2021, Ketchum informed

 8   defendant that Voyager received over one billion

 9   impressions with respect to the Voyager

10   announcement.

11             Did those one billion just come from

12   Dallas?

13        A.   So I will let you know, in my

14   industry, one billion, I personally don't think

15   that's accurate.  However, you know, it was from

16   Ketchum.  And to be real candidate, I believe, you

17   know, they potentially inflated numbers.  They were

18   giving those numbers, and we're going to accept

19   those numbers because, you know, we want to present

20   a good recap and be able to proceed with, you know,

21   the numbers they gave us, but it makes us look good

22   as well.

23             However, one billion impressions is

24   one thing.  There's a lot of follow up after that.

25   From the one billion impressions, you're looking at



1   clicks.  The second thing is unique visitors.  And

2   then the next process in this particular program,

3   which was called Mavs 100, you have people that

4   will actually download the app.  Then the next step

5   is when you download the app, you have to put in

6   your $100, which is a problem because I experienced

7   it personally.

8            The next situation, probably the most

9   important, is you have to then activate and to make

10  a trade to get the Mavs 100, those numbers from one

11  billion down to ████████-- and the actual numbers

12  from through research and process in this process

13  was probably closer to ████████ people that

14  actually got to that point.

15       Q.   Do you remember making charts and

16  slides for each of your sales meetings that you had

17  every month at the Mavericks?

18            MR. MOSKOWITZ:  Joey, you want to get

19       this exhibit?

20  BY MR. MOSKOWITZ:

21       Q.   These are slides that I think you were

22  involved in.  Your name is on this, where you would

23  do slides and update your sales team each month on

24  projects and promotions that you had; is -- is that

25  accurate?



```
 1              You have -- do you have monthly

 2    meetings at the Mavericks --

 3              MR. BEST:  Probably wait until he gets

 4         the document.

 5    BY MR. MOSKOWITZ:

 6         Q.   Okay.  Let me ask a question.  Do you

 7    have monthly meetings where you go through all of

 8    your promotions as the group?

 9         A.   Activation does, not in those

10    meetings, but somewhere weekly actually.

11         Q.   Okay.

12         A.   And usually, the ones that are in the

13    weekly meetings, they don't get into details.  They

14    just kind of say which -- if there's a watch party

15    at the Design District, kind of where more people

16    would be involved.

17         Q.   And do you update the NBA?  Do you

18    have meetings with the NBA to give them updates of

19    what's going on?

20         A.   No.  The NBA's process happens through

21    approval of the assets and agreement in contract --

22    (inaudible) process.  They don't probably get

23    involved at this stage.

24         Q.   Okay.  Well, we'll get to it.  We'll

25    get to it.
```



```
 1                    MR. BEST:  Take a minute break.

 2                    MR. MOSKOWITZ:  No, it's okay.  We'll

 3            just get to it when we get to it.  We're

 4            going to go through all of these exhibits

 5            any way.

 6    BY MR. MOSKOWITZ:

 7            Q.   Explain to me, are on -- there's a

 8    Mavs three-person social media team, correct?

 9            A.   Now, it could be 15.  It could be ten

10    people now.  I'm not sure --

11            Q.   Okay.

12            A.   -- how many they had at that time.

13                    MR. KAYE:  Plaintiff's Exhibit 290.

14                    (Thereupon, the Plaintiff's Exhibit

15            No. 290 was marked for identification.)

16    BY MR. MOSKOWITZ:

17            Q.   Let ask you:  Do you consider the

18    press conference a success?  You, as your position,

19    Mr. Phillips, and as the corporate rep of Dallas,

20    was it a success?

21            A.   I wasn't very proud of Mark's

22    presentation.  He didn't -- obviously, he was given

23    that document he read probably minutes before he

24    walked out there, so I don't think he did a really

25    good job.  He misspoke about it several times.
```



1   I've done quite a few things with Mark.  You know,

2   his experience Shark Tank, he's pretty good at --

3   like a one-take guy.  Like, he doesn't need

4   prompting, but that was probably one of his worse

5   performances that I've ever seen.  I don't think it

6   was great press.

7          Q.   Okay.  In what regards?  It's sounds

8   like very strong opinions.  What did he misstate?

9          A.   Yeah.  Huh, he misspoke the Mavs 100

10  several time.  I believe that he even said, "The --

11  if you do follow up with your trade, you get a

12  token," which, Mark, from day one, said, "We are

13  not doing this deal if a token is involved."  And

14  at that time, I'm not sure if he knew about VGX at

15  that time.  He may have, may have not, but -- and

16  then -- he may even know and the NBA told him.  The

17  NBA followed up with that same sentiment that if a

18  token is promoted, it's a no-go.  So he mentioned

19  that, and I believe Ehrlich corrected him and said,

20  "No, it's going to be BTC," which is Bitcoin, for

21  the $100.

22          But it was just reading from a paper.

23  It didn't seem like he was prepared.  He -- it

24  was -- you could see that he was there just

25  representing the Mavericks.  He wasn't there for



1   Mark Cuban.  I've seen him when he represents

2   himself.  He's way more engaging.

3          Q.   But everything he did at that press

4   conference was as the governor of the Dallas

5   Mavericks?

6          A.   He was the governor of the Dallas

7   Mavericks at the time, yes.

8          Q.   Is there anything that you think that

9   he misstated at the press conference, factually?

10  You have the Mavs 100.  You said that you get a

11  token if you follow up.  That was corrected, you

12  say, by Ehrlich?  Anything else that he --

13         A.   You have the 50 -- he said multiple

14  times that you put in 100, you get 50 back.  He

15  said that a couple of times, I believe.

16         Q.   You put in 50, you get 100?

17         A.   No, when you put $100 of your own

18  money, that once you make a trade, you get a free

19  $50, and the promotion was Mavs 100, which you get

20  $100.

21         Q.   Oh, so instead of 50, it's 100?

22         A.   And that -- yeah.  When you went back

23  to the building, the -- there were several sites,

24  not the Mavericks, that promoted this.  Even -- I'm

25  not familiar with it, but I've been told that

1    Reddit, they just (inaudible) everywhere.   In

2    marketing, you always look at the call to action.

3    What's going to attract your attention driving down

4    the highway?   What's the number one thing that you

5    look at?

6              And the number one thing in all of

7    those posts was $100 of free Bitcoin.   That was the

8    catch.   That was the -- the call to action.   That

9    was the driving force.   The Mavericks were just the

10   byproduct.   Mark was just the byproduct.   Those --

11   it was all about $100 free.

12             And to follow up on my one billion

13   impressions, we got down to, you know, arguably

14   between ███████████ that actually were able to get

15   through.   The next process is keeping those

16   accounts.   And this was expressed by Erica, who you

17   will probably bring up, and worked for Voyager,

18   that people were opting out.   So they could have

19   been opting out just to pocket the $100, or they

20   could have moved that money to Coinbase or another

21   platform that they were already in.

22             But, you know, at the end of the day,

23   the story was you have 100 free the dollars to

24   educate yourself, to understand the platform.   You

25   know, this is not an investment vehicle.   This is a



1   program that you can educate for a free 100, and it

2   would take $100 of your own money to get into it.

3   That's why I thought it was a pretty good

4   opportunity.

5            Q.    Where is the $100 coming from?

6            A.    There's a personal $100.

7            Q.    Right, but if you give $100 -- the

8   pitch that you're saying was the key to the whole

9   slogan, you put up $100 of your own dollars, where

10  does the other $100 come from?

11           A.    Huh, it came from Voyager.

12           Q.    So Voyager would give you $100 --

13           A.    $100 in Bitcoin.

14           Q.    Okay.  And that was the main thrust of

15  what the marketing pitch was?

16           A.    I think the -- Yeah, the call to

17  action was that you could get $100 of Bitcoin.

18           Q.    Okay.  Do you -- have you seen any

19  memos from Mark, or have you talked to him whether

20  he thought the press conference was a success?

21           A.    Huh, there was some comments that I he

22  thought did a good job in not just the press

23  conference, but just the engagement that -- but,

24  you know, Mark's a competitive guy.  You -- you did

25  this process with him.  You know, it's like he just



 1  says stuff off the cuff.

 2           Q.   Like, "I crushed it"?

 3           A.   That's the term I read, yes.

 4           Q.   Yeah.  Have you talked to him where he

 5  said --

 6           A.   No, I -- that comment -- this was a

 7  great team effort.  There were three, plus multiple

 8  people -- I know I mentioned Spencer, but it was a

 9  really well done partnership, sponsorship,

10  because -- and Mark was just a small part of it.

11  You know, this was a team effort.

12           Q.   How -- when you say that they did a

13  great job, why was it a great job versus -- you

14  have 30 years of promotion experience.

15               Why was this, the work that the

16  Mavericks did for the Voyager, why is that a great

17  job?

18           A.   Because our number one job is to build

19  our brand, so just the advice that we utilize for

20  signage.  Some companies will put their message

21  across it, "Crypto for all," and there's logo.  We

22  advised them, put Voyager, Voyager.  Crypto for

23  all.

24               So just -- there was a good

25  collaboration.  They were new to sports



1    sponsorship.  We had some experience in just little

2    things like that, just to be able to build their

3    brand from a product that everybody knew.  And the

4    one thing I told you earlier about, you know, we

5    have eight sales people that can claim 50 accounts,

6    and anybody claimed Voyager.  Obviously, it was a

7    brand that nobody knew about, so it was a pretty

8    good opportunity for us to help them achieve the

9    branding goal.

10         Q.   And did you?  It sounds like you did a

11   good job.

12         A.   Well, it takes five years.  You can't

13   do it in one year.  That's why we -- we love to

14   have a 5-year agreement.  We have a 30-year

15   agreement with American Airlines.  And so, to have

16   a multiyear sponsorship just gives you time to

17   constantly tweak things and look at how -- you

18   know, the needs that they might have, but yeah,

19   it's -- it was a good start.

20         Q.   Is this a -- it was a competitive

21   space at the time in 2021, crypto?

22         A.   Very much so, yeah, for -- all sports

23   team were chasing it.  And the category for us was

24   open, which we have a ton of exclusivity, so when a

25   new category becomes available like sports betting



 1  did a couple of years ago, we definitely have sales

 2  people looking at that category.

 3        Q.   So I just want to specifically focus

 4  in on Voyager.

 5        A.   Mm-hmm.

 6        Q.   When they came to you, you had said

 7  that nobody new really who they were?

 8        A.   No one had claimed it, so --

 9             MS. WOLKINSON:  So objection.

10             MR. MOSKOWITZ:  Okay.

11             MS. WOLKINSON:  Please.

12  BY MR. MOSKOWITZ:

13        Q.   Tell me -- just walk me through

14  exactly.  You said the team did a great job, and I

15  just want to try to understand generally.  What did

16  they do a great job in?  Like, when Voyager came to

17  you in -- was it October of 2021, what did you guys

18  do for them?

19        A.   If you want me to be specific, can you

20  produce the document of the contract, because on

21  the back of the contract, it has Exhibit A, which

22  has all of the assets, and I can go through line by

23  line.

24        Q.   Absolutely.  We'll do that.  We'll

25  wait for that.  Can you just give me real

1  generally, like --

2        A.   We did our job.  We really -- we did

3  our job.

4        Q.   That's what I'm just trying to

5  understand.  When they came to you, they weren't

6  that well known.

7             Did Mavericks help them become a

8  bigger brand, a better brand, a more well known

9  brand?

10       A.   That was what our job is for every

11 partner, is to be able to try to develop a brand,

12 trying to be able to increase their -- if it's a

13 new company especially, trying to get their name

14 out.  If they have other specifics, we will try to

15 look at those opportunities as well.

16       Q.   Do you look back on the eight months

17 that you worked with Voyager and say, "Yes, we

18 helped them.  We got their name out there.  We took

19 a company that maybe was very unknown in a

20 competitive space and made them very well known"?

21       A.   Huh, I can't tell you the well known

22 category.  Huh, I don't know.

23       Q.   How did these three guys do?  How did

24 Kyle, Ryan, and Chris do for what their goal was?

25            MR. BEST:  Objection.



```
 1    BY MR. MOSKOWITZ:

 2           Q.    You can answer?

 3           A.    I think we did a good job in

 4    fulfilling the assets that were in the agreement.

 5    I think since the bankruptcy happened, we really

 6    never evaluated.  We did a great job achieving the

 7    goals.  We have probably would have needed some

 8    tome, but there was a recap produced that may have

 9    shown that we achieved some of the things that we

10    wanted to do, but we fulfilled all the assets.  The

11    one we didn't was international because they

12    weren't ready yet.  They didn't have any business

13    in international, so...

14           Q.    So you said you did a ton of

15    research -- or I think the word was a lot of

16    research in terms of the category?

17                 Can you tell me, specifically, what

18    research the Mavericks did whether the VGX token

19    and the earn program were or were not unregistered

20    secured?  You know, was it legal to sell these or

21    not?

22                 MS. WOLKINSON:  Objection.

23    BY MR. MOSKOWITZ:

24           Q.    What research did the Mavericks do?

25                 MR. BEST:  Objection.
```



```
 1              THE WITNESS:  Every partner or
 2         potential prospect that we look into, we do
 3         a lot of research.  Huh, there are some
 4         things that are over our heads as far as
 5         understanding the technicality or legal
 6         implications.  We fulfilled our obligation
 7         to do our background, our vetting, our
 8         process to make sure that they -- up to the
 9         process where legal takes over, that they
10         were a company that we would proceed
11         negotiations with.  We got into the part
12         where we negotiated, and then we passed it
13         onto legal.
14              The VGX unregistered was beyond
15         probably any of our experiences with the
16         research that we had done.  At that time,
17         we had passed the agreement over to the
18         Dallas Mavericks GC.  Then he --
19              MS. WOLKINSON:  Well, I'm going the
20         instruct the witness not divulge any
21         privileged communications.
22    BY MR. MOSKOWITZ:
23         Q.   Okay.  We're going to get into details
24    about what those were.  You don't have to maybe say
25    what they are, but I want to know specifically.
```



1    　　　　　　The question of:  Are these accounts,

2    the earn accounts -- you know, when you put your

3    money in Voyager and you just let it sit and you

4    get interest and the tokens, would you agree with

5    me that today, it's clear that those are securities

6    and they're no longer being sold and the FTC has

7    shut down Voyager?

8    　　　　　　Do you agree with that?

9    　　　　　　MS. WOLKINSON:  Objection.

10   BY MR. MOSKOWITZ:

11   　　　Q.   Do you not have any opinion on the

12   securities being illegal or not legal?

13   　　　　　　MR. BEST:  Objection.

14   BY MR. MOSKOWITZ:

15   　　　Q.   Okay.

16   　　　A.   Yeah.  I don't have enough knowledge

17   to answer your question.  I know, the fact that was

18   Mark from day one, along with the NBA, told us that

19   we were not allowed to promote tokens.  In this

20   case, the VGX token.

21   　　　Q.   That didn't answer my question.  I

22   want know, as the corporate rep setting here today,

23   you went back and you looked at all the documents,

24   you talked to the people?

25   　　　　　　What investigation/research did the



BILLY PHILLIPS                                              April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                           72

1    Mavericks do before that press conference where

2    they said, "We're the global partners of Voyager,"

3    what did they do specifically on the point of are

4    these securities illegal, are these earn accounts

5    illegal?

6              MS. WOLKINSON:  Objection.

7              THE WITNESS:  Yeah, that was something

8         courts to decide.  I didn't have knowledge

9         of that.

10   BY MR. MOSKOWITZ:

11        Q.   I'm sorry.  For the court to decide?

12        A.   Yes.  As far as being legal --

13   legal -- the knowledge and information that Voyager

14   gave us, we were very comfortable where we were.

15   And if there was issues afterwards where it is now,

16   that's not for me to decide, and my knowledge of

17   that wasn't available.  And we were good to proceed

18   with it because of the NBA and legal counsel.

19        Q.   Okay.  So let's take each part of

20   that.  You said Voyager told you that this was

21   legal?

22              MS. WOLKINSON:  Objection.

23   BY MR. MOSKOWITZ:

24        Q.   Go ahead.  In your own words?

25        A.   They never said -- I'm not sure what



1  they said, to be candid, if they said it was legal

2  or not legal, but the discussion of approval of the

3  agreement was vetted through the Dallas Mavericks'

4  legal department and the NBA department.

5  Okay.  Before I get to the Dallas Mavericks

6  legal and the NBA legal, I just want to know,

7  from the corporate rep, you're the Mavericks

8  wearing the hat, the corporate rep:  Did you

9  rely on anything that Voyager told you that

10  these securities and these earn accounts are

11  legal or not legal?

12          A.    No.

13          MS. WOLKINSON:  Objection.

14  BY MR. MOSKOWITZ:

15          Q.    No.  I'm going the cross that off.  So

16  now we're going to talk about Dallas in-house legal

17  department.  Do you, as the Mavericks, you relied

18  on your in-house legal department to tell you that

19  these are legal products?

20          MR. BEST:  I'm going to object.

21          MR. MOSKOWITZ:  I'm not asking --

22          MR. BEST:  I'm going to ask him to

23      restrict -- let's -- because he's not --

24      I'm going to ask him to not answer that.

25      So let's figure out what you need so that



1   he can give you whatever answer you're

2   looking for without -- without confronting

3   privilege.

4        MR. MOSKOWITZ:  Okay.  The fact that

5   he's a witness -- he's the corporate rep

6   witness, if he got some information, it has

7   nothing to do with whether you're going to

8   invoke a reliance on capital defense.  I'm

9   just saying, factually, was there

10  information that the Mavericks received

11  from their in-house legal department on

12  whether these were legal or not?  I don't

13  know how -- we don't get to the second

14  part.  I've just got to know, factually,

15  was there evidence that relied upon.

16       MR. BEST:  Presumably -- presumably,

17  if in-house legal or NBA legal made a

18  determination that it was prohibited, it

19  would not have happened, right?

20       MR. MOSKOWITZ:  But he's the corporate

21  rep.  I mean, I have to hear from him to

22  bind the corporation either way.  He can

23  say, "We have a legal department and we

24  relied on them."

25       MR. BEST:  That's fine.



```
 1                    MR. MOSKOWITZ:  Just let me know that,

 2            because then if I need to --

 3                    MR. BEST:  That's absolutely fine.

 4                    MR. MOSKOWITZ:  --  compel it.

 5                    MR. BEST:  That's fine.

 6                    MR. MOSKOWITZ:  If he said, "We didn't

 7            listen to them," why am I going down that

 8            road?

 9                    MR. BEST:  That's fine.

10   BY MR. MOSKOWITZ:

11            Q.   So you relied upon -- you relied upon

12   the Mavs' in-house legal department to give you

13   advice?  You, meaning the Mavericks, on should I go

14   forward with Voyager or not?

15                    MR. BEST:  Let me say -- I'm not --

16            let's be very careful.  How about, did the

17            Mavericks in-house legal department ever

18            preclude you from going forward with the

19            Voyager contract?

20                    MR. MOSKOWITZ:  Well, that wouldn't be

21            enough because if they -- they had to have

22            made a decision.  I mean, I don't think

23            we're contesting that.

24                    MR. BEST:  No, I'm just trying to

25            figure out --
```



1             MR. MOSKOWITZ:  (Crosstalk) gave

2         him -- gave him advice.  I'm not asking you

3         what advice is now.

4             MR. BEST:  Right.

5             MR. MOSKOWITZ:  But, I mean, he got

6         some advice.

7             MR. BEST:  That's fine.  So just,

8         instead of the advice, there was a

9         determination made.  It wasn't advice.

10  BY MR. MOSKOWITZ:

11        Q.   Okay.  There was determination made

12  by -- you know that by Mavericks in-house counsel

13  that you can go forward with this deal, yes?

14            MR. BEST:  Yes or no?

15            THE WITNESS:  Yes.

16  BY MR. MOSKOWITZ:

17        Q.   Okay.  The Mavericks wouldn't partner

18  and promote a product if they knew it was illegal,

19  correct?

20        A.   Correct.

21        Q.   So you have in-house counsel.

22            Who is in-house counsel at this time?

23  The names of the people?

24        A.   Sekou Lewis and Nicole Leach.

25        Q.   Okay.  Did you personally,



1  Mr. Phillips, have any discussions with these two

2  in terms of whether this is legal or not?

3          A.   That's the best part of my job.  I do

4  not get involved in legal.

5          Q.   Okay.  As the corporate rep, did you

6  learn anything about any involvement by Mr. Lewis

7  or Ms. Leach in terms of that issue?

8          A.   No.  Church and state, that's -- I

9  don't get involved in the team doctors.  If I want

10  to switch to a different team doctor, I don't have

11  any control.  Same thing with the legal department,

12  I don't -- that's totally in their control.  If

13  they tell us we can't get involved, I move on.  And

14  that's pretty much my extent with the legal

15  department.  It's in their hands for me to get the

16  green light or red light.

17          Q.   Okay.  In the two weeks that you've

18  been preparing for this deposition, did you learn

19  any information about anything that the in-house

20  counsel of the Mavericks did, provided, espoused,

21  you know, stated?

22          A.   It reminded me of how long it took,

23  and that was little bit of frustration, but we've

24  had -- it's not the first one.  We just had a

25  backlog and contracts and things that they're



```
 1   working on, so things took longer than they did.  I
 2   did learn to understand that they did their due
 3   diligence, and it wasn't that they were not doing
 4   their job or they were delaying things on purpose.
 5   It was just that they were doing their due
 6   diligence, especially with conversations with the
 7   NBA legal counsel.
 8           Q.   Who was frustrated?  You said there
 9   was a little bit frustration.
10           A.   Mostly was Ryan Mackey for sure.  He
11   was the lead working with -- on the contract.
12           Q.   Why was Ryan frustrated?
13           MS. WOLKINSON:  Objection.
14   BY MR. MOSKOWITZ:
15           Q.   Why was Ryan frustrated?
16           A.   He thought that they probably weren't
17   working hard on it or just weren't focused on it or
18   putting it -- you know, there's obviously an
19   importance level on different things that happened
20   in the organization and, you know, you prioritize.
21   And Ryan probably thought this should be the number
22   one.  Like I said, it could have been number one,
23   but it was just -- they were doing their due
24   diligence, and that takes time.
25           Q.   Did Ryan want the deal to go forward?
```



```
 1              MS. WOLKINSON:  Objection.

 2              THE WITNESS:  He's in the corporate

 3         sponsorship department, and our job is to

 4         try to bring in new sponsors, so to answer

 5         your question, yes.

 6  BY MR. MOSKOWITZ:

 7         Q.   You said the third category is NBA.

 8  Did the NBA have to affirmatively approve the

 9  Voyager sponsorship?

10         A.   Yes, they did.

11         Q.   How do you know that?

12         A.   Huh, well, through my briefing, I

13  learned there.  But I know that, even before, the

14  NBA will determine certain categories that they get

15  involved in.  Currently, that, to my dismay or I'm

16  not -- lack of understanding, the category now is

17  tourism.  We cannot proceed with any tourism

18  partner anywhere in the world without confirming

19  with the NBA for approval first.  Back then, it was

20  crypto or any blockchain technology company.  The

21  NBA had to have 100 percent approval before we

22  could proceed with any contractual provision.

23         Q.   Do you know what that 100 percent

24  approval means?  Do you have to get it in writing?

25  Or how do you get their approval?
```



BILLY PHILLIPS                                          April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                      80

```
 1           A.   I don't know that.  That's between
 2   counsel.
 3           Q.   Did you find out in the last two weeks
 4   anything about how the NBA approved the Voyager
 5   deal?
 6           A.   I don't recall, no.
 7           Q.   Do you know anybody involved in that
 8   process, either from the Mavericks or from the NBA
 9   side?
10           MS. WOLKINSON:  Objection.
11           THE WITNESS:  I would image it was
12           legal counsel talking to the NBA legal
13           counsel.
14   BY MR. MOSKOWITZ:
15           Q.   Who would the NBA legal counsel be?
16           A.   I never had any involvement with legal
17   counsel at the NBA.
18           Q.   Sitting here today as the corporate
19   rep, do you know if those discussions actually took
20   place, or are you just guessing?
21           A.   I know it took place.
22           Q.   So there were discussions between
23   Sekou Lewis and some legal representative at the
24   NBA?
25           A.   Yes.
```



1       Q.   And at end of those discussion, the

2    NBA said to Sekou, "We give you consent.  We

3    approve.  Go ahead"?

4       A.   We would not be able to have this

5    contract signed without their approval.

6       Q.   What was their purpose?  Why was it

7    important for the NBA to approve these deals,

8    especially, you said, with crypto?

9            MS. WOLKINSON:  Objection.

10           THE WITNESS:  Huh, the only knowledge

11           I have was they were making sure that, you

12           know, tokens were not mentioned.

13           MR. BEST:  So -- so let me pause for a

14           second.

15           MR. MOSKOWITZ:  Can he finish the

16           question before you --

17           MR. BEST:  No.

18           MR. MOSKOWITZ:  So you can't instruct

19           the witness --

20           MR. BEST:  I'm instructing him not to

21           answer because he's getting it from

22           attorney client privileged communications.

23           MR. MOSKOWITZ:  No, no, no.  I said --

24           I said, "Generally, why is it important to

25           have the NBA give approval?"  You can't --



 1          you can't interrupt the witness in the
 2          middle of his answer to --
 3              MR. BEST:  The answer is predicated on
 4          privileged information.
 5    BY MR. MOSKOWITZ:
 6          Q.   Forget all privileged information.  I
 7    want to be very careful.  You had said today, if
 8    you're going to do tourism, you've got to go check
 9    with the NBA.  You said, back then, if you had
10    cryptocurrency, you had to check with the NBA.
11              My question is:  Why?  I'm not asking
12    you to talk about the conversations.  Why was
13    crypto something that you needed to get their
14    approval from?
15          A.   Much like why I don't understand why
16    tourism is being required to be approved by the
17    NBA, I don't understand why -- I didn't know at the
18    time why cryptocurrency had to be approved.
19          Q.   Do you know now?
20          A.   Not really, no.
21          Q.   Okay.
22          A.   Like I said, I'm not involved in
23    legal.  I just go if they tell me I'm good to go.
24    I don't really challenge them on the reasons why.
25          Q.   Have you ever heard a law firm



BILLY PHILLIPS                                          April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                        83

```
 1   McCarter English?
 2            A.   Yes.
 3            Q.   Okay.  Did the Mavericks rely on any
 4   information or materials from McCarter English in
 5   terms of any decision they made with Voyager?
 6            A.   I believe that was their
 7   representative for Voyager, so yes, the information
 8   they provided was -- we believed to be accurate.
 9            Q.   What information?
10            A.   I don't have the specifics.
11            Q.   How do you know any of this?
12            A.   It was in some of the documents that I
13   read.
14            Q.   You read some of the documents that
15   said what?
16            A.   I don't recall.
17            Q.   But I mean, what about McCarter
18   English?  You said you read documents on that?
19            A.   When they're giving information to
20   provide, you have -- you know, you have
21   information, you have to rely on that it was from a
22   reliable company, which they were a law firm.  And
23   I'm sure that there were some investigation on
24   those information that was provided, but it was not
25   my jurisdiction or knowledge to be able to be part
```



```
 1   of that process.

 2          Q.   I get that, Billy Phillips wearing the

 3   hat of Billy Phillips.  But now, as the hat of the

 4   Mavericks' corporate rep, are you saying that the

 5   Mavericks specifically relied on certain

 6   information provided by McCarter English for

 7   Voyager?

 8          A.   Yes.

 9          Q.   And what is that information?

10          A.   I don't have that information at my

11   fingertips.

12          Q.   Do you know what it's about?

13          A.   If you'd like to provide the

14   documents, I might be able to review them.

15          Q.   Okay.  Provide the documents.

16               Do you know if any other

17   investigations, research, due diligence that the

18   Mavericks did to see if, in fact, the Voyager

19   tokens and the Voyager earn accounts were not

20   unregistered securities?  You had mentioned, I

21   turned it over to legal, there was some discussion

22   with NBA.

23               Anything else?

24               MS. WOLKINSON:  Objection.

25               THE WITNESS:  I just know that tokens
```



1            were off the table from day one with Mark

2            and the NBA.

3      BY MR. MOSKOWITZ:

4            Q.   So what does that mean, tokens off the

5      table?

6            A.   We were not allowed to promote them or

7      use them in any advertising.

8            Q.   So you could, say, like Grey Goose,

9      you could advertise Grey, but you can't say -- like

10     give me an example.  You can't say the word

11     "vodka"?  I mean, what -- if you promoted Voyager

12     and you said you promoted all over the place, how

13     is that different than promoting Voyager and what

14     they did?

15               MS. WOLKINSON:  Objection.

16     BY MR. MOSKOWITZ:

17            Q.   Like Coca-Cola -- Like Coca-Cola and

18     Coca-Cola?  Or Grey Goose and the vodka?  Voyager

19     and the Voyager products?

20               MS. WOLKINSON:  Objection.

21     BY MR. MOSKOWITZ:

22            Q.   Okay.  Go ahead?

23            A.   At the time, they had 60 coins in

24     their portfolio, so it was never one that was

25     focused on, never even mentioned it.  All we were



BILLY PHILLIPS                                      April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                              86

```
 1   doing was building their brand, and the Mavs 100

 2   was trying to have Mavs fans activate the account

 3   so they get the free $100 and learn and be educated

 4   on the process, but it was one of many tokens --

 5   many coins that were available on the Voyager

 6   platform.

 7   BY MR. MOSKOWITZ:

 8        Q.   Did you talk about any of the tokens,

 9   all the coins?  I'm trying to understand.  You said

10   there's 60 of them?

11        A.   Obviously, we talked about Bitcoin

12   because that was one of the prizes for the Mavs

13   100, the $100,000 shot.  You could win $100,000 in

14   Bitcoin.  I don't recall us mentioning any specific

15   coin in advertising.  Never, no.

16        Q.   Do you have people who follow up to

17   make sure that, say, you know, if you're doing a

18   cannabis company, marijuana is not illegal?  I

19   mean, is somebody at the company making sure that

20   you're not promoting something which is illegal?

21             MS. WOLKINSON:  Objection.

22   BY MR. MOSKOWITZ:

23        Q.   You know what I mean?  Once you have a

24   sponsor, does somebody at least look to see if Grey

25   Goose has, you know, poison vodka?  Is somebody
```



1    following the make sure that your partners are not

2    getting in trouble?

3                MS. WOLKINSON:  Objection.

4                THE WITNESS:  We have a couple of

5           different departments.  DEI.  We have

6           compliance.  We have an extensive PR firm

7           both in the basketball side and the

8           business side that keep track of really

9           just probably media reports or any

10          activities, but we don't have a specific

11          group that will, you know, track companies.

12          I think it's more relying on if it was a

13          public statement or something that may have

14          happened during their relationship or the

15          agreement.

16   BY MR. MOSKOWITZ:

17        Q.   Do you know who was following if

18   Voyager was getting in trouble with many different

19   state attorney generals in terms of the saying,

20   "These are illegal products"?  Who at Mavericks --

21                MS. WOLKINSON:  Objection.

22   BY MR. MOSKOWITZ:

23        Q.   Okay.  Who at the Mavericks was in

24   charge of the specific Voyager account and making

25   sure if there's were other public reports.  Public,



BILLY PHILLIPS                                      April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                              88

```
 1   not private.  Public.  You know, the attorney

 2   general is doing this or -- who is tracking that to

 3   make sure that the Mavericks' name is not, you

 4   know, drawn through the mud?

 5          A.   Our legal department.

 6          Q.   Your legal department.  Do you know if

 7   they did that with Voyager?

 8          A.   I think --

 9               MR. BEST:  Objection.

10               THE WITNESS:  I think they do that

11          with every -- (inaudible)

12   BY MR. MOSKOWITZ:

13          Q.   You didn't have any discussions in the

14   last two weeks about Voyager and the legal

15   department?

16               MS. WOLKINSON:  Sir, objection.

17          You're asking him for discussions with

18          attorneys in the last two weeks?

19               MR. MOSKOWITZ:  I don't know what he

20          prepared.  He looked at a binder.

21   BY MR. MOSKOWITZ:

22          Q.   You never talked to Sekou Lewis about

23   this deposition?  I'm trying to understand how he

24   found out --

25          A.   I answer that question earlier.
```



1              MS. WOLKINSON:  He's previously said

2         that he's had discussions and he's had

3         25 hours of discussions --

4              MR. MOSKOWITZ:  With you.

5              MS. WOLKINSON:  -- with this

6         attorneys.  Right.  So you're asking him

7         about his discussions in the past two

8         weeks.

9    BY MR. MOSKOWITZ:

10             Q.   No, I'm asking -- so there's nothing

11   else you did?  You just looked at the documents.

12   So you don't know about if anybody at the Mavericks

13   was following, "Hey, what's going on with Voyager,"

14   just to make sure that we don't have to go back to

15   our customers and say to them, "Hey, what we said

16   in October, you know, be careful with this

17   product."  I'm just asking you if anybody was

18   tasked with that responsibility?

19             MS. WOLKINSON:  Objection.

20             THE WITNESS:  We really never advised

21        people to invest.  Mark Cuban has never

22        given information on investing.  He never

23        advocated on what to invest, so all we did

24        was have a promotion for a free $100 in

25        Bitcoin.



```
 1   BY MR. MOSKOWITZ:

 2          Q.   For the eight months that you were

 3   promoting Voyager, right, you didn't take their

 4   name off of the court?  You said you promoted it on

 5   one press conference.  For the next eight months,

 6   you have millions of internet advertising.  And

 7   you're right, we'll go to the agreement which says

 8   how many times you'll post this.  But on a daily

 9   bases for those eight months, until the bankruptcy,

10   you're promoting Voyager, right?

11               I know you're saying not the VGX

12   token, but you're promoting Voyager from

13   October 21st until the date of bankruptcy, correct?

14               MR. BEST:  Objection.

15               MS. WOLKINSON:  Objection.

16               THE WITNESS:  Can you tell me date of

17        bankruptcy?

18   BY MR. MOSKOWITZ:

19          Q.   July --

20               MR. KAYE:  5th.

21   BY MR. MOSKOWITZ:

22          Q.   -- 5th.  Because you said you're

23   familiar up until the bankruptcy?

24          A.   Most -- no, 95 percent of our

25   activation and assets were probably completed by
```



1  April 15th, which is the end of the regular season.

2  I believe we made the playoffs, so maybe there were

3  some assets in the playoffs as well.

4          Q.   So let's go October to April, you're

5  going full force, full speed, everything helping

6  Voyager, the name Voyager and the product Voyager,

7  the brand Voyager?

8              MS. WOLKINSON:  Objection.

9              MR. BEST:  Objection.

10  BY MR. MOSKOWITZ:

11          Q.   Right?

12          A.   Ask the question again, please?

13          Q.   Yeah.  Did you ever stop?  I don't

14  think you did.  That's why I think this is a pretty

15  easy answer.  From October, the press conference,

16  until the bankruptcy, but you say maybe until the

17  season ended.  But you don't take them off of your

18  social networking when the season is over.  I mean,

19  these Twitter stories and the advertising that you

20  do for Voyager -- for all your sponsors, those

21  don't end when the season ends?  Those are still on

22  the internet?  They're still there, correct?

23              MS. WOLKINSON:  Objection.

24              THE WITNESS:  Yes.

25  BY MR. MOSKOWITZ:



1         Q.   You can find them today?

2         A.   Exactly.

3         Q.   Okay.  So I just want to make sure

4   that there was no time from October until Voyager

5   went bankrupt that the Mavericks stopped promoting

6   Voyager, the brand?

7              MS. WOLKINSON:  Objection.

8              THE WITNESS:  We probably stopped

9              promoting them when the agreements and the

10             contract said to stop, which was the end of

11             the season because their assets are in the

12             game.  I don't believe any social posts

13             after the season, so it wasn't until

14             bankruptcy.  So the knowledge that we had

15             at the time was to fulfill the agreement.

16   BY MR. MOSKOWITZ:

17        Q.   And it went until the end of the

18   season, and whether that includes playoffs or not,

19   you've got to just go back to that season?

20             MS. WOLKINSON:  Objection.

21   BY MR. MOSKOWITZ:

22        Q.   Right?

23        A.   That would be correct.

24   So my question is just:  There's no time that

25   the Mavericks said, "We're going to stop



 1   promoting Voyager," because of whatever reason,

 2   whether it's something in the public, whether

 3   it's a government investigation?  Whatever it

 4   is, there was no time that the Mavericks took

 5   their foot off the pedal in terms of your

 6   promotion?

 7           MS. WOLKINSON:  Objection.  Asked and

 8        answered multiple times.

 9           MR. MOSKOWITZ:  If it's yes, then I'll

10        stop.

11           THE WITNESS:  We fulfilled the

12        agreement, and we were not told by any

13        department or organization to stop the

14        assets to be fulfilled.  So bankruptcy came

15        a little after the season was over.

16   BY MR. MOSKOWITZ:

17        Q.   Is the answer yes?  I mean, the

18   enthusiasm --

19        A.   I'm not sure of the question, so I

20   can't --

21        Q.   Let me do it again.  The enthusiasm

22   which your team had, which did a great job, Kyle

23   and Ryan and Chris and Cody [sic] -- Kory, the job

24   that they started in March -- in -- October -- they

25   started in September when they signed up, but the



1   work that they did was full force gun ho until the

2   end of the contract for the first year, which was

3   the end of the playoffs?

4              MS. WOLKINSON:  Objection.

5   BY MR. MOSKOWITZ:

6        Q.   It's just a yes or no?

7              MS. WOLKINSON:  Objection.

8              THE WITNESS:  We fulfill every

9         agreement to the best of our abilities, so

10        there was no additional -- you used gun ho,

11        you used a lot of terms that makes it sound

12        like we were focused on one particular

13        account.  It's just our job, and then

14        activation takes over.

15             Kory, Kyle, and Clay stepped back a

16        little bit and, Spencer and his activation

17        team took over.  So it's just the normal

18        process of any partnership that we

19        developed, and we fulfilled the agreement.

20   BY MR. MOSKOWITZ:

21        Q.   Okay.  Again, there was no time that

22   you, as the Mavericks, intentionally said, "Let's

23   slow down the promotion of Voyager"?

24             MS. WOLKINSON:  Objection.  Asked and

25        answered.



BILLY PHILLIPS
DOMINIK KARNAS V. MARK CUBAN

April 16, 2024
95

```
1              MR. MOSKOWITZ:  It's a yes or no.  I
2          don't know why --
3              MS. WOLKINSON:  He's answered this
4          question multiple times.
5              MR. MOSKOWITZ:  Really?  Just say no.
6          I mean, I don't -- I just want him to
7          answer no.
8   BY MR. MOSKOWITZ:
9          Q.   You say well, we do it for everybody.
10  Okay.  For Voyager, specifically.  I don't care
11  about Coca-Cola, Grey Goose.  I don't care about
12  American Airlines.  Voyager?
13              You did the press conference in
14  October, then you had the season.  You continued
15  with your promotion of Voyager throughout the
16  season?  That's my only question?
17              MS. WOLKINSON:  Objection.
18              THE WITNESS:  With any -- with any --
19  BY MR. MOSKOWITZ:
20          Q.   Is it yes, that's how we do it for
21  every company?
22              MR. KNIGHT:  Let him finish the
23          answer, please.
24              MR. MOSKOWITZ:  Yeah.  Sure.  I
25          mean --
```



1              MR. KNIGHT:  You keep interrupting.

2   BY MR. MOSKOWITZ:

3       Q.   I won't -- Okay.  Let me ask again.

4   Just with the Voyager promotion by the Mavericks,

5   you said they did a great job starting in October?

6              My question is:  Did the Mavericks

7   continue to promote the Voyager brand everyday

8   until what the contract said, which would be the

9   end of the season?

10             MS. WOLKINSON:  Objection.

11             THE WITNESS:  Yes.

12             MR. BEST:  Can we take a break?

13             MR. MOSKOWITZ:  Yeah.  Let me ask one

14       quick question.

15  BY MR. MOSKOWITZ:

16      Q.   What about Mavs Gaming, did that at

17  all stop the promotion on Mavs Gaming, the E

18  Sports, all that, did that continue as well?

19      A.   Huh, the timing of that one, I don't

20  recall.  I would have to look at their season again

21  when we fulfilled.  I know, you know, the one

22  biggest asset of that agreement was the gaming

23  center, and we never changed the name or put a sign

24  up or fulfilled that asset.

25             MR. MOSKOWITZ:  Okay.  Thank you.



1        Let's take a break.

2              THE VIDEOGRAPHER:  All right.  The

3        time is now 11:01.  We are off the record.

4              (Thereupon, a short recess was taken.)

5              THE VIDEOGRAPHER:  All right.  The

6        time is now 11:26 a.m.  We are back on

7        record.

8    BY MR. MOSKOWITZ:

9        Q.   Mr. Phillips, we are back on the

10   record now.  I am showing you an article that we

11   marked as Exhibit 290.  Can you tell us a little

12   bit -- in this article, the timeframe is

13   April 26th, 2021, a few months before the Voyager

14   partnership was announced.

15              Could you explain to us a little

16   bit -- as Billy Phillips who did sports, the

17   professional partnerships, and as the corporate rep

18   depo, tell me about the social media capabilities

19   of the Mavericks around this timeframe?

20        A.   Can I take a moment to read it?

21        Q.   Please.  Yeah.  That would be great.

22   Okay?

23        A.   Yes.

24        Q.   Okay.  Great.  So earlier this

25   morning, Mr. Phillips, we talked about a hierarchy



1   of the partnerships -- we called it partnerships

2   division.  We had you, you reported to Ryan Mackey,

3   Ryan reported to Mark.  And this article talks a

4   little bit about a 3-person social media team run

5   by an Iris Diaz.

6           Do you have knowledge -- personal

7   knowledge as to what this social marketing does?

8       A.   I know Iris the CMO.  Under her falls

9   the digital and social media team.  Just that I

10  know in the last ten years, social media has been a

11  more prevalent source of our communication because

12  of the demographics that -- requiring that social

13  media source.  So we're always trying to attract

14  younger demographic fans.

15          Mark has even talked about the

16  youngest one, which is the young kids from age

17  eight to ten, to be able to, you know, make Mavs

18  fans for life.  A lot of those, including my

19  grandson and granddaughters, are consuming media on

20  social media.

21      Q.   So this isn't something that you

22  worked on for 20 years when you were coming up, but

23  now you're getting familiar with social marketing?

24      A.   Well, until this day, I still am not

25  on any platform, but I do have a Facebook account,



1  but I'm not on it actively at all.  I don't have a

2  Twitter, X, Instagram, Meta, Facebook, so -- or

3  I'm -- I am very much aware of it.  It's in my

4  history.  I do follow it and use other people to

5  keep me up to date on some of the things, but it's

6  just a means of -- another means of advertising our

7  brand.

8          Q.   Okay.  When you say that she's the

9  CMO, is that chief marketing officer?

10         A.   Yes.

11         Q.   And who does she report to?

12         A.   She used to, at that time, potentially

13 fell under Theo Hodges, which is the CRO, chief

14 revenue officer.  There was a lot of changes.  They

15 hired a CRO, which was internal, Theo.  And then

16 COO -- I don't know exact timing of -- she's moved

17 around from really just -- she was the end point

18 for marketing, but then she fell under Theo, so I'm

19 not sure of the exact time.  I would think maybe

20 that time, she may have just -- it her that

21 followed to Cynt.

22         Q.   I'm sorry?

23         A.   Maybe the Cynt Marshall, the CEO.

24         Q.   Oh, Cynt Marshall.  Okay.  And then

25 Cynt Marshall reports to Mark?



1      A.   Correct.

2      Q.   Okay.  Do you know anything about this

3   3-person team that she had?  Did you ever deal with

4   them?

5      A.   So that's part of that Asana I told

6   you about earlier.  It was a platform that we enter

7   inventory into, and then the inventory then

8   disseminates to different departments and people to

9   fulfill the assets that are inside different

10   (inaudible) agreements.

11      Q.   When you looked at all these documents

12   in the two binders, was there Asana materials in

13   there by any chance?

14      A.   I don't recall, no.

15      Q.   Have you ever seen the Asana

16   materials?

17      A.   I don't go near it, no.  There's only

18   a few people that have access.  Nothing

19   proprietary.  It's just -- you know, you put in the

20   request, the request goes to a department that can

21   fulfill the request.  And three is, you know, not a

22   lot -- a large number.  It's a very small number

23   for any social media team in the NBA or other

24   sports teams.

25      Q.   I think you had said maybe it changed



BILLY PHILLIPS
DOMINIK KARNAS V. MARK CUBAN

April 16, 2024
101

1  because you said maybe there was ten?  Was that

2  mistaken?

3          A.   Well, now, social media includes a lot

4  of photographs and videographers, so they all fall

5  under that one department, but I would -- I really

6  don't know how many we have in that department.

7          Q.   Okay.  Would you say that the

8  Mavericks have a good social media following?

9          A.   Huh, I think we're in some categories

10  with the ones you mentioned, Instagram, Snapchat, I

11  think we're -- a couple of them a the re top ten.

12  The NBA, you know, having players like Luka, and

13  Kyrie doesn't hurt that, but it's -- these

14  numbers -- these individuals have more numbers

15  than -- than we do.  Some individuals around the

16  entertainment and sports field have larger numbers

17  than we do.

18          Q.   What was going on -- if you look at

19  the fourth paragraph down, it says, "The Mavs, like

20  most NBA teams, are allowing only a limited number

21  of fans to games this season.  So that has limited

22  ticket sales efforts through social media

23  platforms."

24              What was going on?  Was this during

25  the COVID time, right in the beginning of COVID,



 1 │ April 2021?

 2 │             MS. WOLKINSON:  Objection.

 3 │             THE WITNESS:  Huh, I can't answer

 4 │         specific questions about COVID.  I'm not

 5 │         sure if that's -- yeah, I think it was.  It

 6 │         was -- we went through a process with the

 7 │         NBA through COVID.  Looking back, it was an

 8 │         amazing plan.  To this day, just yesterday,

 9 │         I got a report that we -- the NBA set a

10 │         record for number of fans for one season in

11 │         its history this year.

12 │ BY MR. MOSKOWITZ:

13 │         Q.   This past season?

14 │         A.    This year.  So we look back, and it

15 │ was a fantastic COVID plan, first starting in

16 │ bubble, just getting the players to play, and then

17 │ being able to have no fans in our arena except for

18 │ essential personal, and then a limited number.  And

19 │ I think that's when this kicked in, that there were

20 │ a limited number of fans allowed in.  And then,

21 │ obviously, we opened up the full doors.

22 │             But the sponsorship, it was a fun

23 │ time.  It was a difficult time only workload wise.

24 │ Normally, we'll have -- out of 100 partners, we may

25 │ have 30 renewals.  We basically had to gave almost



1  every partner with renewal.  The good story, now

2  looking back, the hard work was worth it because we

3  renewed about 95 percent of our revenue, so we just

4  had really good relationships.  We were very

5  innovative.  We were creative.  We were -- looked

6  at different inventory.

7           Even when the arena was closed, we

8  were able to put signs that covered all the seats,

9  huge signs.  So our ROI was returned to the

10  partners, and mostly because of the relationships.

11  So looking back, you know, from what the NBA did

12  and from what we did, you know, there was -- and I

13  think -- really, I think, truly, to our governor,

14  Mark Cuban, because he never panicked.  He never

15  said, you know, "We're going to be in trouble."  He

16  never let anybody go.  Never cut anybody's salary.

17  He even went to the point where he asked us to

18  support local restaurants and purchase lunch that

19  we could invoice and expense back to the Mavericks

20  just to support local businesses because he felt

21  restaurants -- small restaurants, not chains, we

22  the ones that were going to be hurt the most.  So I

23  thought it was, you know, something that -- from

24  the top down, the success was because of the

25  relationships that we had.



1       Q.   That's fantastic.  Explain -- you said

2   sometimes when the seats are even empty, like

3   people can't come to the games, the Mavericks can

4   still make up that money?  How is that?

5       A.   Yea, we have -- like I said, we very

6   innovative, so signage was one of the easiest ways.

7       Q.   What does that mean, "signage"?

8       A.   Signage.  So you have digital signage

9   that's on the court.  It's called court-side

10   signage.  You had signage that we did with vinyl

11   banners that were over the seats that weren't

12   occupied.  And there's companies like Repucom,

13   which then converted to Nielsen, they purchased

14   Nielsen, so they key in the logos of these

15   companies into a computer algorithm that will then

16   give you an evaluation of what the signs were

17   worth.

18           So with putting massage logos on the

19   seats, it gave us a really good evaluation.  And

20   obviously the relationship with the partners that

21   we discussed this with, they were very appreciative

22   of that.

23           The second thing was that social

24   media.  In the bubble, there was players fishing

25   and doing other things because they were stuck in



 1  the Disney complex, so we were able to, you know,

 2  create different social media platforms that we

 3  could put logos on.  And so, the creativity and

 4  innovative of new inventory helped us quite a bit

 5  to keep the revenue for the Dallas Mavericks.

 6          Q.   Okay.

 7          A.   We're not the only.  Every team tried

 8  to do it as well.

 9          Q.   Sure.  This says, "The team's social

10  media platform" -- this is the paragraph down.

11          "The team's social media platform is a

12  critical element of its sponsorship business.

13  Quote, "We have an ROI on everything," Diaz said.

14  A recent example includes a Sprite sponsored post

15  that highlighted the players taste in sneakers."

16          How did you work with it in Voyager?

17  Do you know any social media that was used to get a

18  good ROI for Voyager?

19          A.   So I manage -- I still have another

20  hat that manages a few accounts, Coca-Cola, which

21  Sprite is one of them, AT&T, American Airlines, and

22  TXU Energy.  So I'm not in the day-to-day with

23  Voyager.  So I'd probably have to look at the

24  agreement to see what social media elements were in

25  there, and I could be more specific in your



```
 1   question.

 2            Q.   So, like, Coca-Cola is your -- you

 3   said you take sponsorship at 50 something?

 4   Coca-Cola is yours?

 5            A.   I still manage that account, yes.

 6            Q.   And then you would do the -- or be

 7   involved in the social media part for Coca-Cola?

 8            A.   Yeah.  Coca-Cola, in one of our

 9   meetings -- it wasn't in their agreement.  They --

10   there was a -- it's 5-year agreement, a couple,

11   three years in, they expressed to us that

12   lifestyles, style, music is really part of the

13   Sprite brand.  So, Kick shoes were getting really

14   popular, trying to see what players are wearing,

15   and so they did two promotions that went along with

16   the sneakers.

17                 One was a social media post, and the

18   other one was in an arena, you would show your

19   Kicks.  So fans would show their shoes.  And now

20   our whole staff during the game, except for me,

21   wear some type of Jordan or whatever brand it is.

22   They're wearing sneakers with their suits.

23            Q.   Cool.  If you look at second page, you

24   had mentioned it has some statistics.

25                 Do these look accurate?  I'm not
```



 1 │ holding you to the number, but do they look
 2 │ generally -- like, at this time in April of 2021,
 3 │ the Dallas Mavericks had about 4.2 million
 4 │ followers on Facebook, about 2.2 followers on
 5 │ Instagram, etc.?
 6 │         A.   I think they're accurate at that time,
 7 │ yes.
 8 │         Q.   And explain to me how these are used?
 9 │ So say you have a client like Voyager or Coca-Cola,
10 │ how do you use these different avenues to help
11 │ promote their brand?
12 │         A.   You know, it's accepted now in the
13 │ industry that you try to use this as an advantage
14 │ to say your organization has a nice following.
15 │ Like I expressed earlier, it's the younger
16 │ demographic that's utilizing these platforms.  And
17 │ if there is a way to promote a brand, there are a
18 │ lot of restrictions with players to utilize logos
19 │ and sponsorship with the certain players, so it --
20 │ you know, when Iris says that -- oh, where is it?
21 │ The ROI, that it's an important part -- here, it's
22 │ a -- "Media is a critical element of our
23 │ sponsorship business," I disagree with that.  I
24 │ mean, we're -- revenue, we're way below the league
25 │ average, like in the bottom third of revenue for



BILLY PHILLIPS
DOMINIK KARNAS V. MARK CUBAN

April 16, 2024
108

1   the teams.

2              I think in the next ten years, it'll

3   be a more important revenue stream, but it's still

4   not, like -- it's kind of an add-on based on the

5   sponsor's needs.  And sometimes if it make sense

6   because of, like, the Sprite one, they just want to

7   get into lifestyle, and it's a good program to tie

8   the two together.  But it's not -- it's not our

9   major revenue stream in our corporate sponsorship

10  portfolio.

11         Q.   Okay.  We're going to get to the

12  documents, and I know you said Exhibit Erin and B

13  up to the contract says exactly what you have to do

14  for Voyager.  But could you give me an example,

15  like, for what we're looking at here, Facebook,

16  Instagram, TikTok, how would you use those avenues

17  to promote the Voyager brand?  Or how did you?

18  Just a real general.

19         A.   Yeah.  Once again, I'd like to

20  reference the agreement to see how we -- which

21  actual assets we used for the -- the social media

22  platforms.

23         Q.   We'll go to see exactly the number,

24  but how do you use it?  I'm just talking generally.

25  Coca-Cola, let's just stick on Coca-Cola.



BILLY PHILLIPS                                           April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                        109

1              How do you use these facts that you

2      say to Coca-Cola, "We have 4.2 million Facebook

3      followers, you should promote with us.  You should

4      partner with us."

5              How do these help you promote?

6          A.   It's kind of like the impression

7      conversation before.  Just because we post the

8      Kick -- Sprite Kicks on the social media platform

9      doesn't mean it's going to be 4.2 or 2.2 or -- and

10     I don't think -- it wasn't posted on TikTok, but

11     Twitter, the 1.3, not everybody looking at it or

12     engaging with it.

13             So, you know, we probably did have

14     engagements if we had followed up on it, and it

15     could be in a recap that we put on afterwards.

16     But, obviously it's a platform that has some nice

17     numbers to it, but there hasn't been a social media

18     challenge on some of the promotions that we did.

19     We do have another company that will give us

20     evaluations on social media post as well.  That's

21     called Blinkfire.

22         Q.   Blinkfire?

23         A.   Uh-huh.

24         Q.   F-I-R-E?

25         A.   Yes.



BILLY PHILLIPS                                    April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                              110

1          Q.    And how often do you get those

2    reports?

3          A.    I think they're monthly.

4          Q.    How long have you been receiving those

5    reports?

6          A.    Huh, probably -- I think it's been

7    three years.

8          Q.    Did you look at any for Voyager?

9          A.    I have not looked at any for Voyager.

10         Q.    Okay.  And you said that you have

11   recap reports that show, like, with the signage

12   when the seats aren't there, it show you what the

13   value of the seat would be because of the clicks.

14   How often --

15         A.    And that one, based on the

16   Repucom/Nielsen company, that would give us the

17   evaluation.

18         Q.    Who -- is that in-house that you do

19   those reports, or is it a company?

20         A.    It's a company, Nielsen, pretty

21   famous -- you know, TV ratings, and they have

22   another division that does these evaluation for

23   signage.

24         Q.    How often -- how long have you been

25   getting the reports from Nielsen, the Mavericks?



1          A.    Repucom -- Nielsen bought Repucom, so
2    those go back quite a ways, probably seven or eight
3    years.
4          Q.    So for the Voyager case, how many
5    would there be?  Would they be, like, every week
6    you would get them?  How often would you get for an
7    account?
8          A.    Yes.  It's probably every couple of
9    months.
10         Q.    Every couple months?
11         A.    Yeah.  We would just use them -- we'd
12   use those numbers for out recap just to show that
13   we're delivering.
14         Q.    What does the recap mean?
15         A.    Recap -- at the end of the year, we
16   put together a recap of all the assets that were
17   delivered.  You know, one specific one was the Mavs
18   100.  That was a 48-hour promotion.  It didn't last
19   all season.  It went for 48 hours where fans were
20   able to download the Voyager app.  Once they have
21   their -- they put their personal $100 in, $100 goes
22   in and they have to activate the account.  Once
23   they make a trade, then they can get the $100 in
24   Bitcoin, but that was a 48-hour promotion.
25               So we would look at the metrics for



1    that 48 hours and show, you know, was it a

2    successful -- on that particular program, Ketchum

3    provided us quite a few of the numbers that we

4    probably shared in the recap.

5              Q.   What were the other codes?  Do you

6    remember for Voyager?  There's Mavs 100.  Do you

7    remember the others?

8              A.   Yeah.  Unfortunately, they weren't

9    very successful.  We had a promotion where we

10   passed the emoji of a Bitcoin, I believe, and they

11   had a race across the -- a crypto race, and they

12   passed the logo across the stands from the one

13   section to the other, 104 to 109.  And that was --

14   if they won, it was going to be Mavs 100.  If they

15   had lost at a certain time, it was Mavs 50.  But

16   out of that one for Mavs 50, I think we had -- it's

17   embarrassing to say -- like, six entries using that

18   code.

19             Q.   Okay.

20             A.   Then we had a Mavs 25, and that may

21   have been a little bit more.  I don't recall what

22   was that for.  And we may have had one more for

23   employees, and that was pretty low as well, less

24   than ten.

25             Q.   Okay.  One last question about this.



BILLY PHILLIPS                                    April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                              113

 1 | We're going to look at the agreement.  We're going
 2 | the look at specifically what the Mavs agreed do
 3 | for Voyager, but I think we had said before,
 4 | these -- for example, these six avenues, you know,
 5 | Facebook, that avenue, Instagram, this goes
 6 | worldwide.  And if the Mavericks promote on one of
 7 | these six sites, there's no restriction for, like,
 8 | just people in Dallas or people in Canada.  Those
 9 | go out to everybody in the world?
10 |         A.    They can read it.
11 |              MS. WOLKINSON:  Objection.
12 | BY MR. MOSKOWITZ:
13 |         Q.    Right.  Everybody can read it in the
14 | world?
15 |              MR. BEST:  Objection.
16 | BY MR. MOSKOWITZ:
17 |         Q.    Go ahead?
18 |         A.    I believe so.  I'm not that familiar
19 | with that.  I think the world is a little bigger
20 | than -- obviously, TikTok is not recognized in
21 | China even though they're a Chinese product.  I'm
22 | not sure what countries block these, but it's not
23 | restricted just to the Dallas-Forth Worth area.
24 | So how do you -- how do you reconcile the
25 | agreement if the agreement says you can't



1   promote outside of Dallas?  I think you had

2   said this morning, it's just accepted that the

3   internet is what?  Tell me in your words?

4              MS. WOLKINSON:  Objection.

5              THE WITNESS:  Huh, my words probably

6         don't really count.  I'm not a social media

7         expert.  And like I said, I don't even use

8         the platform myself, so I wouldn't call

9         myself an expert in this category.

10             It's something that the NBA has

11        approved, that when you do a post, it's not

12        restricted to go out.  And that's pretty

13        much not -- my knowledge of putting a post

14        on the internet.

15  BY MR. MOSKOWITZ:

16        Q.   Okay.  But as the Mavericks' corporate

17  representative, you're saying when you put these

18  out, you know that it goes across the globe,

19  barring countries that prohibit these specific

20  things, right?

21             MS. WOLKINSON:  Objection.

22             THE WITNESS:  I guess, yes.

23             MR. MOSKOWITZ:  Okay.  Let me show you

24        Exhibit 291.  This is what we were doing

25        before.



```
 1              (Thereupon, the Plaintiff's Exhibit
 2         No. 291 was marked for identification.)
 3    BY MR. MOSKOWITZ:
 4         Q.   If you turn to page just 185, I'm just
 5    going to show you, basically, one e-mail.  If you
 6    turn to page 185, you go in the middle -- take your
 7    time.  It's from Matt Wojciechowski you see, on
 8    December 6th, 2021?
 9              MS. WOLKINSON:  I'm sorry.  Where are
10         you?
11              MR. MOSKOWITZ:  Yeah.  Page 185 Mavs
12         Cuban 185 -- 20185.  And it's an e-mail
13         from Matt Wojciechowski, December 6th,
14         2021.
15    BY MR. MOSKOWITZ:
16         Q.   Do you see that?
17         A.   Yes.  The second one?
18         Q.   What's Matt's position at --
19         A.   He's the CFO.
20         Q.   He's the CFO of the Mavericks, right?
21         A.   Yes.
22         Q.   Okay.  Are these people that he's
23    sending it to, these include the people you said
24    that are on the Voyager team, right?  Ryan -- I
25    guess Ryan is?
```



 1          A.    I'm not sure how you describe team.
 2    Can you be more specific what team?  Like, are you
 3    talking about the three salesman and the activation
 4    team, because this includes our chief revenue
 5    officer.
 6          Q.    Yeah.  Who are these other people?
 7          A.    So Theo Hodges, chief revenue officer.
 8    You know Ryan Mackey, the senior VP of corporate
 9    sponsorships.  Iris Diaz is chief marketing
10    officer.  Erin Finegold, she's the head of PR.
11    Greg Nared is the basketball relations.  It
12    includes Mavs Gaming.  Ronnie Fauss is -- and Chris
13    Davidson, at the time, they were up on analytics.
14          Q.    What is analytics?
15          A.    It's just a popular department that's
16    been developed in sports teams now to understand
17    more of the data of companies.  It's more -- at
18    this point, we had very little use of it in our
19    department, but in the ticket department, it gave
20    them warm leads on ticket sales.  That was probably
21    the most beneficial part of it.  Since then, in the
22    recent -- last three months, really, we've
23    increased our analytics department to actually have
24    somebody focus on the corporate sponsorships.  And
25    from what we were told, we're well behind the NBA

1   average in doing that.

2          Q.   Matt is telling everybody here, "Team,

3   need your help.  We need to submit some info for

4   the upcoming NBA sales and marketing meetings.

5   This info is due to the NBA this coming Wednesday,

6   December 8th."

7               Can you just tell me what these NBA

8   sales and marketing meetings are all about?

9          A.   It's meetings that they invite top

10  level employees to reach NBA teams to discuss

11  different topics.  TMBO, that group earlier, is the

12  one that runs it and manages it.  They're a -- a

13  group that, you know, just needs to be able to

14  justify what they're doing, so they throw up some

15  contests for the teams who win.

16              At the end of the day, it's kind of --

17  it's really beneficial for best practices so you

18  get to see some of the cool programs of the teams.

19  And, you know, sometimes the best idea is one that

20  you borrow from somebody else and you put your own

21  twist on it and then activate it in your ability

22  with your own partners.

23          Q.   So how does that work if the Mavericks

24  people work with the NBA, how do you get to see --

25  like what you said, examples of other promotions



 1   that, say, the Heat are doing?  How does that work

 2   within the NBA?

 3           A.   Seems like Matt is asking for our

 4   submissions, which every team will submit to TMBO,

 5   and TMBO will pick the top three.  And then in the

 6   past, I remember I was on a -- it had to be

 7   during -- I'm not sure when -- maybe I didn't go,

 8   so I over saw it on the web that they voted --

 9   everyone in the room voted for the top winner.

10           So at TMBO, every team submits their

11   entry.  TMBO will narrow it down to the top three,

12   and then the people that are in the room are or on

13   the webcast will vote for the winner.

14           Q.   So how does this work?  It says here,

15   "Your team's top initiatives over the past

16   24 months."

17           So this group decides on the three

18   best or top initiatives that the Mavericks have

19   done?  Is that how -- is that how this works?

20           A.   Yes.  It's basically how it works,

21   yes.  I think there's more than one contest.

22   There's multiple contests for each department to

23   submit.

24           Q.   What does it mean, "top initiative"?

25   That's what I'm trying to figure out.  What is --



1    what is your definition of a top initiative?

2              A.   A program well run.  A program that we

3    completed the -- all the activations.  One that was

4    created, possibly different.  I think -- if I

5    recall, I think I did see a Voyager, which was

6    never submitted.  We actually realized it, but --

7    but that document I don't think was ever submitted.

8              But the -- the one reason why we would

9    probably look at a Voyager to be submitted, because

10   of the $100,00 Bitcoin half court success, when you

11   make a shot from half court.

12             Q.   Pretty news worthy, right?

13             A.   Obviously, yes.

14             Q.   So turn to three more pages.  You'll

15   see the slide that's attached to this e-mail.

16   These are the slides that were sent to Cynt.  And

17   if you see on the top, it says, "Voyager

18   Partnership.  Team of the year submission category:

19   Partnerships."

20             What are the different categories?

21             A.   I don't recall that year.  Even this

22   one doesn't look familiar.  Like, normally, it

23   would say -- submission partner.  Okay.  Okay.  It

24   was under -- this was for the partnership.  I'm

25   sure there was one for media, social media.  I'm



1   sure there was one for digital, and probably one

2   for community.

3           Q.   And who would pick this?

4           A.   Huh, it would be kind of a

5   collaboration of our activation team and corporate

6   sponsorship team.

7           Q.   And they decided that at least for

8   2021, the '21 and '22 season, their submission of

9   team of the year for partnership would be the

10  Voyager partnership?

11          A.   Looks that way, yes.

12          Q.   If go on it, it talks about that $100

13  in crypto, and then it says, "The announcement

14  groundbreaking and generous partnership generated

15  the following engagement."

16               What are those statistics?

17          A.   It's really good media speak to try to

18  make us win an award.

19          Q.   What is 63.3 million news story

20  audience?  What does that mean?

21          A.   That was probably just a combination

22  of all the different reports.  I would think the

23  bulk of that is secondary posts that we had nothing

24  do with, like the Reddit one I mentioned earlier.

25          Q.   63 million news stories about the



BILLY PHILLIPS                                              April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                          121

1   Voyager partnership?

2           A.   Is there a question?

3           Q.   Yes.  That's what I'm trying to

4   understand.  63.3 million, because it says,

5   "Audience."  I just didn't understand.

6                Does this mean that -- that, somehow,

7   the Mavericks were able to understand that there

8   are 63.3 million news stories that were published

9   on the Voyager partnership?

10          A.   I'm not sure where that number was

11  involved, but I'm sure it was a number that was

12  given to us by Ketchum, the PR firm for Voyager.

13  As I stated with the one billion, impressions, you

14  know -- numbers are inflated to make your job look

15  better, and we were given these numbers.  And I'm

16  sure we wanted to look good in Voyager's eyes as

17  well, so we weren't someone who was going to

18  challenge the numbers, but...

19          Q.   Do you have --

20          A.   I don't think there was a real audit

21  to see if this was.

22          Q.   Do have any reason to believe these

23  numbers are not accurate that you told the NBA?

24          A.   I would not bet they were accurate.  I

25  would not -- I am always challenging numbers that



 1  we receive via social media, even to the fact --

 2  that one company I told you about, Nielsen, gives

 3  us two different numbers.  One is QI number, the

 4  smaller number, because the first number that they

 5  gave us was so inflated that -- and it's a dollar

 6  figure.  It's so inflated that agencies and

 7  companies wouldn't accept it, so they did a more

 8  deeper dive into what they call a QI value, and now

 9  that's been more accepted.  So, yeah, numbers are

10  always going to be inflated.

11          Q.   Okay.  But just sitting here today,

12  you have no personal knowledge that any of these

13  numbers are incorrect, right?

14              MR. BEST:  Objection form.

15              THE WITNESS:  I've personally never

16          done a deep dive audit on these numbers.

17  BY MR. MOSKOWITZ:

18          Q.   So you don't know?

19          A.   I don't know if they're accurate.

20          Q.   What happened after Voyager -- after

21  Mavericks submitted the Voyager partnership?

22              MS. WOLKINSON:  Objection.  He's

23          already said that they did not submit it.

24  BY MR. MOSKOWITZ:

25          Q.   Do you know that, or you said, "I'm



BILLY PHILLIPS                                        April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                      123

```
 1   not sure"?
 2            A.   We actually -- this was one of the
 3   conversations that I had with Spencer, that he did
 4   not -- this was not submitted.
 5            Q.   Who is Spencer?
 6            A.   Spencer was the activation person.
 7            Q.   When did you talk to Spencer?
 8            A.   Maybe three days ago.
 9            Q.   And you call him up, or did you --
10            A.   He's that far away from my desk
11   (indicating).
12            Q.   And you said to him, "Hey, I'm looking
13   at this Voyager slide"?
14            A.   No, he -- I didn't have this document
15   in front of me.  And this is a document I've never
16   seen before because we use DIGIDECK.  It's a
17   platform that's a recap.  So I'm not even sure who
18   produced this.  And he looked through some things
19   and he couldn't find one document that stated the
20   team of the year submission category partnerships.
21   He wasn't familiar with it.
22            Q.   Okay.  But I'm confused how -- if you
23   talked to him about it, but you didn't have this in
24   front of you?
25            A.   Mm-hmm.
```




1          Q.   You didn't have it and you've never

2    seen it before, but did -- did Spencer specifically

3    say to you, "Even though there's a slide that says

4    we're going to submit" -- or they had planned to

5    submit team of the year submission category

6    partnerships, you know for a fact Spencer said it

7    was never provided to the NBA?  I'm trying to nail

8    down --

9               MS. WOLKINSON:  Objection.

10              THE WITNESS:  He said --

11   BY MR. MOSKOWITZ:

12          Q.   He said what?

13          A.   He's not aware of this ever being

14   submitted to the NBA.

15   Why did that come up?

16          A.   About?

17          Q.   Why were you talking to Spencer about

18   a slide that you've seen before?

19          A.   Because it's my due diligence and

20   preparation for this.  I wanted to know if this was

21   ever submitted to the NBA.

22          Q.   But you didn't see this?  That's what

23   I'm trying to understand.

24          A.   No, I saw this.

25          Q.   How did you see this?



```
 1              A.   It was submitted from our legal
 2      counsel for me to review.
 3              Q.   A printed out copy of this?
 4              MS. WOLKINSON:   Objection.   You -- I'm
 5         going to instruct the witness not to
 6         discuss any of our discussions in
 7         preparation for this deposition.   So we've
 8         already discussed that he reviewed lots of
 9         material in preparation for this
10         deposition.
11      BY MR. MOSKOWITZ:
12              Q.   Do you still have the two binders
13      that you were given?
14              A.   Yes.
15              Q.   Did those binders refresh your
16      recollection as to things that you maybe you
17      forgot?
18              A.   Yes.
19              Q.   Let me show you the next exhibit.
20              MR. MOSKOWITZ:   What number is this?
21              MR. KAYE:   Exhibit 292.
22              (Thereupon, the Plaintiff's Exhibit
23         No. 292 was marked for identification.)
24      BY MR. MOSKOWITZ:
25              Q.   Now, I'm going show you a few exhibits
```



 1   that list the Maverick sponsors.  We're going to go

 2   quickly through this, but I just want to get an

 3   idea, are these, in fact, the sponsors which the

 4   Mavericks had, because it's according to a website.

 5   You know what I'm saying?  It's sports -- check.  I

 6   don't know if it's official, so --

 7           A.   I've heard of that.

 8           Q.   Right.  So we're going to go

 9   through --

10           A.   Sports Business Journal?  They're

11   questionable to -- they're just looking for a news

12   story.  I've heard of that ever.

13           Q.   Great.

14           A.   And I get a lot of -- I get a lot

15   of --

16           Q.   Materials?  So this -- this site on

17   292, and I just want to try to get an idea.  We

18   haven't been produced?

19           A.   Can you give me a little history of

20   this company?  Are they local?  Are they national

21   or an international company?

22           Q.   It's a national site which has a lot

23   of information on sponsorship deals from companies.

24           A.   I questioned it right at beginning,

25   sports betting and (crosstalk).



BILLY PHILLIPS                                          April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                        127

1          Q.   Oh, absolutely.  It could be very

2    sketchy, that's why I'm asking you if, in fact, the

3    Mavericks had these companies, because I don't

4    know.  I don't have a separate document with all

5    the companies that the Mavericks promoted.  This

6    isn't a perfect copy either.

7               But in the years October 2020, around

8    that time, were American Airlines, DoorDash,

9    Anheuser-Busch, AT&T --

10         A.   Will you slow down and go one at time?

11         Q.   Oh, yeah.  You just --

12         A.   So American, yes, it's part of -- it's

13   in the middle of a 30-year deal.

14         Q.   DoorDash?

15         A.   DoorDash was just really kind of a

16   partnership because of the COVID-19.  It was a

17   one-year deal.

18         Q.   Anheuser-Busch?

19         A.   Two accounts, Ben E. Keith, a local

20   distributor, and Anheuser-Busch, the Nashville

21   brand, yes.

22         Q.   AT&T?

23         A.   One that I worked on, yes.

24         Q.   And Cynt Marshall was the former

25   executive?



1          A.   Yes.   She worked there for 36 years.

2          Q.   City Group?

3          A.   Yes.

4          Q.   Coca-Cola?

5          A.   Yes.

6          Q.   Constellation Brands?

7          A.   The brand of Modelo.

8          Q.   Modelo beer?

9          A.   Yes.

10         Q.   Dr. Pepper?

11         A.   And Dr. Pepper has no dot after

12   doctor, very adamant about that, but yes.

13         Q.   Ford?

14         A.   Yes.

15         Q.   Toyota?

16         A.   No.   Toyota was not, but Lexus is.

17   But it's under the Toyota umbrella, but we've

18   never, ever (inaudible) Toyota.  Only Lexus as our

19   luxury car.

20         Q.   Pizza Hut?

21         A.   Yes.

22         Q.   Wal-Mart?

23         A.   I don't know.  They were out at this

24   time.  They were -- we did we call them?  A

25   retail-tainment partnerships.  We did activations



1    with our entertainment teams at their stores, but

2    it was not during this time.

3            Q.   Okay.  I just want to go quickly.

4    That's why I'm not spending a lot of time on this.

5    Does it generally look like these are partners that

6    you were working with in 2020?

7            A.   Top Golf, (inaudible) was not -- was

8    out by then.  (Inaudible), yes.  Jack In The Box

9    was out.  Modelo is twice.  That really falls under

10   the Constellation.  And Fox Sports Southwest may

11   have been Bally's, but they're really not a

12   partner --

13           Q.   And some --

14           A.   (Inaudible) -- our TV partnership.

15           Q.   Okay.  And some of these, you, as Mr.

16   Phillips, you were in charge of, and others, other

17   people had the official designation of being in

18   charge of?

19           A.   Correct.

20           Q.   Okay.  Let me show you the next

21   exhibit.  This is for the next year of Dallas

22   Mavericks 2022 to 2023?  And again, I don't trust

23   this site either, so that's why I'm just asking

24   you.

25           A.   They're pretty accurate.  I had to



BILLY PHILLIPS                                        April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                      130

```
 1   reiterate details on it.
 2          Q.   I was just trying to get an idea of
 3   what the other sponsorships the Mavericks had?
 4               MR. KAYE:  This is Plaintiff's 293.
 5               (Thereupon, the Plaintiff's Exhibit
 6          No. 293 was marked for identification.)
 7   BY MR. MOSKOWITZ:
 8          Q.   Does this appear to be the sponsors
 9   that Mavericks had?  And I'm sorry something when
10   you print this from this site, there's a box that's
11   hidden in the back so it comes up.
12               But does this look like the
13   sponsors -- this is a lot smaller list -- that the
14   Mavericks had in December 2022?
15          A.   Betting Partner, no.  Who is the
16   Betting Partner?  We never did a deal with Betting
17   Partner.
18          Q.   So there's no Betting Partner.  That's
19   even covered up.  DoorDash, American Airlines,
20   Tequila?
21          A.   DoorDash was out.
22          Q.   Osadia Tequila?
23          A.   Yes.  They were all with the exception
24   of the Betting Partner.
25          Q.   So we see, for the first time, the
```



1   Voyager promotion.  That's on the second page, and

2   it says, "Official cryptocurrency partner."

3              What's the difference -- some of these

4   have just official partners, like the end, the

5   Tequila, proficient, and others in the beginning

6   are a specific category.

7              What's the difference?

8        A.   The article doesn't really know the

9   difference.

10       Q.   That's why I'm asking you?

11       A.   Like Osadia is not only the official,

12  but it's the exclusive for the Dallas Mavericks, so

13  they don't have any mention -- excuse me -- that

14  they're the official -- not only the official, but

15  exclusive.  There's a difference.  You still can be

16  official but not exclusive.

17       Q.   So Osadia Tequila doesn't advertise

18  with anybody but the Mavs?

19       A.   There is a building issue.  We have

20  American Airlines Center, so there still could be a

21  tequila in the American Airlines Center, but we

22  only promote Osadia, and they're no longer a

23  partner, by the way, a sponsor.

24       Q.   I'm sorry.  They're what?

25       A.   They're no longer a sponsor.



BILLY PHILLIPS                                              April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                          132

1        Q.   They're no longer?  If you go to where

2   the Voyager is, do you see the information that's

3   under the name Voyager?

4        A.   Yes.

5        Q.   It says "The Mavericks and Voyager, a

6   cryptocurrency trading platform, entered into a

7   5-year exclusive collaboration in October 2021,

8   making Voyager the team's first cryptocurrency

9   brokerage and global partner."

10            Is that accurate?  They got it right?

11       A.   We don't really use the word "global."

12  It's called international partner.

13       Q.   More accurate to say international

14  partner?

15       A.   That would be correct.  Let me make

16  sure that's accurate.

17       Q.   And then it says, "The relationship

18  between Voyager and the Mavericks aims to increase

19  accessibility to cryptocurrencies through worldwide

20  activations, fan engagement campaigns, and

21  educational and community programs.  The

22  partnership also includes naming rights for the

23  Mavs Gaming hub, which serve as the team official

24  gaming and event space."

25            Is that accurate?



```
 1              A.    That sounds like something that was
 2   taken out of the press release.  I would just make
 3   a note that the worldwide activation was based on
 4   the Voyager, as Mr. Ehrlich stated at the press
 5   conference, going Europe in 2022 and '23.  But at
 6   this point, there was no real worldwide activation
 7   set for the proceeding year.
 8              Q.    But one of the goals of the
 9   relationship was to increase worldwide activations.
10   I understand you're saying it never happened
11   because they never went to Europe, but that was the
12   original goal of the partnership?
13              MR. BEST:  Objection form.
14              THE WITNESS:  Yes.  I think with the
15          NBA allowing all NBA teams to create a new
16          inventory called, which was called
17          international partnership, yes, it was the
18          goal once they conducted business in Europe
19          or France or Germany, wherever they --
20          (crosstalk).
21   BY MR. MOSKOWITZ:
22              Q.    Could you give me just an example for
23   Voyager, how would the Mavericks help them increase
24   the worldwide activations of, you know, signing up
25   for Voyager?
```



BILLY PHILLIPS                                    April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                              134

1              How would you help?

2              MR. BEST:  Objection, form.  There

3         were no worldwide activations at the time.

4         It was impossibility.

5              MR. MOSKOWITZ:  How would you reach

6         the people?  That's what they wanted to --

7         it never officially got registered, but

8         he's going to reach the people.  Okay.

9         Objection to form.

10  BY MR. MOSKOWITZ:

11       Q.  How did you plan, as the people that

12  are their partners, right -- now you're wearing the

13  corporate representative hat.

14              How is -- how is the Mavericks going

15  the help that in terms of having worldwide

16  activations?

17              MS. WOLKINSON:  Objection.

18              THE WITNESS:  Very similar to what we

19         did in Dallas Forth-Worth, we're here to

20         help build their brand, so they're allowed

21         to use our marks and logos and have IP

22         rights in the rest of the world, with the

23         exception of anywhere in the United States

24         and Canada.  So it's a similar promotions

25         that we discussed, being able to utilize,



```
 1              potentially, our forward players, utilizing

 2              the different relationships we've developed

 3              overseas.  If we had continued, I was part

 4              of the team that went to Abu Dhabi and

 5              Madrid, so we developed relationships with

 6              those two countries, but as I stated, you

 7              know, they never activated because they

 8              were never available in foreign countries.

 9              And then, obviously, the contract -- it

10              wasn't continued because of the bankruptcy,

11              so...

12   BY MR. MOSKOWITZ:

13        Q.   Okay.  Let me show you the next

14   exhibit we'll Mark.  I'll try to go through these a

15   little quicker.  298.  This is --

16              MR. KAYE:  294.

17              MR. MOSKOWITZ:  294.

18              (Thereupon, the Plaintiff's Exhibit

19         No. 294 was marked for identification.)

20   BY MR. MOSKOWITZ:

21        Q.   This is dated Dallas Mavericks

22   sponsors 2023 to 2024?

23        A.   What was the month, again, that came

24   out?

25        Q.   This came out December 11th, 2023.
```



1          A.   They're all December-ish.

2          Q.   December-ish, yes.

3          A.   They have this for every single team

4   in the NBA?

5          Q.   Every team.  It's pretty amazing

6   what's on the internet.  You should go check it

7   out.

8               So if you go look at Exhibit 24,

9   again, like we did before, it lists maybe 20

10  different partnership.

11              Do these appear to be the partnerships

12  that the Mavericks had in December of 2023?

13         A.   They have Voyager.  That's not

14  accurate.  ThatWay, that's not accurate.  DoorDash

15  is not accurate.  Shiftkey is one word.  They did

16  correct the Lexus from Toyota.  So no, it's not 100

17  percent accurate.

18         Q.   Okay.  Some of these, as of this date,

19  are no longer partnerships?

20         A.   Correct.

21         Q.   And that would be like the Voyager

22  one?

23         A.   Osadia, yes.  And we never did -- we

24  never had a relationship with Sports Betting.

25         Q.   It has a Sports Betting on here?



BILLY PHILLIPS                                          April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                        137

```
1           A.    They do.

2           Q.    Where is Sports Betting?

3           A.    ThatWay.

4           Q.    Oh, ThatWay.  So the Mavericks and

5    ThatWay never established a multiyear relationship

6    in October 2021?

7           A.    No.

8           Q.    And ThatWay was never the Mavericks

9    official and exclusive free to play partner?

10          A.    No.

11          Q.    Okay.  Let me show you the next

12   exhibit.

13                MR. KAYE:  295.

14                MR. MOSKOWITZ:  We will go a little

15          quicker through these.

16                (Thereupon, the Plaintiff's Exhibit

17          No. 295 was marked for identification.)

18                MS. WOLKINSON:  Just please let the

19          witness still review the document.

20                MR. MOSKOWITZ:  Absolutely.

21                MS. WOLKINSON:  Thank you.

22   BY MR. MOSKOWITZ:

23          Q.    You know each year, Forbes kind of

24   ranks the companies, and companies kind of take

25   pride in that.
```



1          Does the Mavericks -- does the

2     Mavericks look to see what Forbes ranks them?

3          A.   I would not say take pride in it.

4          Q.   Do you follow it?

5          A.   I follow more of the premiere league

6     teams than I follow these.  You know, I get a kick

7     out of the Cowboys evaluations.

8               MR. BEST:  Overinflated.

9     BY MR. MOSKOWITZ:

10         Q.   All right.  I'm not going to ask you,

11    you know, a lot of questions on economics, and

12    we're -- you know, not punitive damages or

13    something.  I'm not worried about that.  I just

14    want to know generally, that's why I'm going

15    quickly through this?

16              They say that as of October 2022, they

17    have certain rankings, and they said the Mavericks

18    were valued at 3.3 billion, up from 2.7 billion in

19    2021, and 2.4 billion in 2020.  They had a one year

20    change at 22 percent and an operating income of 143

21    million.  Does that generally sound -- because I

22    know the numbers are reported.

23              Does it generally sound right?

24         A.   I really don't have knowledge of these

25    numbers, but, you know, TV revenue plays a huge



BILLY PHILLIPS                                                 April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                              139

```
 1   part, so I can't dispute them.  Obviously, it's
 2   coming from Forbes, fairly reputable.  Numbers that
 3   can be contested, I'm sure.
 4          Q.   Are they public -- like the number --
 5   the Mavericks -- their revenues, is that a public
 6   number that you make available?
 7          A.   Absolutely not.  We have strict
 8   guidelines that we never release our sponsorship's
 9   information.  It's compromising of our negotiations
10   and would compromise some future negotiations.
11          Q.   Okay.  But I didn't ask that question.
12   I said their revenue total, how much the Mavericks
13   make.  I don't know what that answer had to do with
14   that, but I'm saying --
15          A.   I thought you were referring to do we
16   make our numbers public.  I'm sorry.  I
17   misunderstood that.
18          Q.   No, it says they have a one year
19   change operating income of 143 million.  I'm
20   saying --
21          A.   You mentioned revenue.  Revenue --
22   Mark lost money most of his life as the 0owner of
23   the Dallas Mavericks.
24          Q.   I'm sorry.  Say that again?
25          A.   Mark has lost money in most of the
```



```
 1   years that he has owned the Mavericks.

 2           Q.    How do you know that?

 3           A.    Huh, there's ownership groups, that --

 4   partnership with Mark.  He's not the only sole

 5   owner, and they have an agreement that they could

 6   have cashed in when he bought the team at 285

 7   million.  And he said, "If you want to cash in at

 8   any time during my ownership, that's the percentage

 9   you're going to get.  However, in return, you won't

10   accept any of the losses."  So he never had a call

11   on the losses.  And one of those owners had

12   mentioned to me that the losses were substantial in

13   many years.

14           Q.    Who?

15           A.    I'm not at liberty to say.

16           Q.    He bought the Mavericks for 285

17   million, and he sold 75 percent for 3.5 million --

18   3.5 billion?

19           A.    Those numbers, I really never dove

20   into because they were multiple owners.  They were

21   four to five minority owners, and I'm not sure the

22   percentages and what -- who got what.

23           Q.    Is this part of your preparation for

24   the corporate rep deposition?

25           A.    Was it?
```



1          Q.   You volunteered this information.  I'm

2    just trying to figure out, is it responsive to a

3    certain request?

4          A.   There was no prep on that.  That was

5    my knowledge, just to tell you that it hasn't

6    always been profitable.  You asked me -- you said

7    that the profit was always maintained, that the

8    Mavericks made a profit.  I'm just telling you, in

9    fact, the Mavericks haven't made a profit every

10   year.

11         Q.   But you said Mark Cuban.  So when Mark

12   Cuban to when he sold it, it's your testimony that

13   he didn't make any profit?

14         A.   I never said that.

15         Q.   Right.  You said Mark never made money

16   each year?

17         A.   I said in the years of his ownership.

18   I didn't say the sale of the team.  I said the

19   years of his ownership, he had many years where he

20   presented a loss at the end of the year.

21         Q.   What about his overall ownership, did

22   he make a profit on the team?

23              MS. WOLKINSON:  Objection.

24              THE WITNESS:  I think it's pretty --

25              MR. BEST:  Objection.  What's the



```
 1              relevance?
 2                   MR. MOSKOWITZ:  I have no idea.  He's
 3              been talking about this for -- I didn't
 4              bring it up.
 5                   MR. BEST:  No, he's been talking about
 6              on a yearly basis --
 7                   MS. WOLKINSON:  He's trying to help
 8              you with your questions on the revenue.
 9                   MR. BEST:  That the revenue that
10              you're speaking about -- and you used the
11              term "profit."  I think that's what he's
12              taking challenge with.
13                   MR. MOSKOWITZ:  I think it's more
14              related to tweet.
15                   MS. WOLKINSON:  No, no.  He doesn't --
16                   MR. MOSKOWITZ:  It's nothing about
17              that?
18                   MS. WOLKINSON:  No, absolutely not.
19                   MR. MOSKOWITZ:  I have no idea why --
20                   MS. WOLKINSON:  He knows nothing about
21              a tweet.
22     BY MR. MOSKOWITZ:
23         Q.   Okay.  The value of the team, did the
24     value of the team go up in the past five year?  The
25     Mavericks?  The value?
```



1          A.   According to the Forbes report, yes.

2          Q.   What about according to you as the

3    corporate representative of the Dallas Mavericks?

4          A.   My knowledge is only what I read in

5    Forbes.

6          Q.   Do you have any reason to believe it's

7    not true?

8          A.   I see the evaluations of majority of

9    the sports teams, they're increasing.  So I would

10   not have any problems with -- with the reports that

11   Forbes -- they're probably a little inflated, but

12   they're pretty close.

13         Q.   Okay.  I'm not asking you exact

14   numbers, but they're saying that each year, the

15   team was doing better and was valued higher.

16              Are you in agreement with that general

17   statement?

18              MR. BEST:  Objection.  It doesn't say

19         the team was doing better each year.

20              THE WITNESS:  Yeah.  A lot of it's

21         based on different revenue streams, but

22         they take into account the buildings that

23         the team -- owners -- factors that I have

24         no idea how they get to these numbers, but

25         at the end of the day, if a property sold,



1          you pretty much know what the value is.

2    BY MR. MOSKOWITZ:

3          Q.    Based upon the value that it was sold?

4                MS. WOLKINSON:  Objection.

5    BY MR. MOSKOWITZ:

6          Q.    I'm just reiterating what you just

7    said?

8          A.    Well, it's in black and white if you

9    read it.

10         Q.    Can you explain to me -- now we're

11   going to shift topics.

12         A.    Are you done with the document?

13         Q.    Yes.  I'm done.  Before Voyager was

14   signed up in 2021, you did work with BitPay?

15               MS. WOLKINSON:  Objection.

16   BY MR. MOSKOWITZ:

17         Q.    You did work with BitPay, and they

18   were processing crypto payments?  Like if you

19   wanted to use Bitcoin at the Mavericks' game, they

20   were a company that helped the Mavericks do it?

21               Are you familiar with that?

22         A.    I have general knowledge on it.  It

23   was kind of more of a marketing play.  I think we

24   had one person that may have been paid for their --

25   some tickets through BitPay, but it wasn't a very



1   successful or something that lasted very long.

2          Q.   Did you ever go -- do you know someone

3   name Sonny Singh?

4          A.   No.

5          Q.   No?  And you're not familiar with

6   BitPay, the company?

7          A.   It's been a while since I even heard

8   that name.  I just -- I remember that they may have

9   been a fan or someone who said, "Hey, can we pay

10  for our season tickets in Bitcoin," and then this

11  company could have been the processer for that, and

12  Mark said, "Sure."

13         Q.   Okay.  Let's Mark this as an exhibit.

14              MR. KAYE:  We're on 296.

15              MR. MOSKOWITZ:  290 what?

16              MR. KAYE:  296.

17              (Thereupon, the Plaintiff's Exhibit

18         No. 296 was marked for identification.)

19  BY MR. MOSKOWITZ:

20         Q.   All right.  Mr. Phillips, I've showed

21  you what we marked as 296.  It's an series of

22  e-mails, six of them.  If you just look at the

23  first one right on top, it that you?  It says from

24  Ryan Mackey, September 15th, 2021, to Billy

25  Phillips?



1            Is that you?

2       A.   That is Ryan's -- does this work

3  backwards?

4       Q.   Yeah, it works backwards.  They're

5  chronologically -- the first one is the last one.

6  So I just want to make sure, this is something that

7  you received in the regular course of your business

8  at the Dallas Mavericks?

9       A.   I just want to see when I was brought

10  into it.

11       Q.   Of course.

12       A.   There was an e-mail before that from

13  Ryan, and that's Drew from Excel.  Was the first

14  e-mail from Mark?

15       Q.   The first one?

16       A.   Mark's are confusing because he

17  doesn't have a signature, so that's why I'm taking

18  a little time on this.  I'm sorry.

19       Q.   Oh, it's okay.

20       A.   The -- so September 13th, Mark wrote

21  that, but who is that to.

22       Q.   That's -- if you look at the next

23  e-mail, that's Sonny Singh, who is the owner of

24  BitPay.  So you're on this e-mail chain in the

25  beginning.



1          A.    I thought I was on --

2          Q.    At the end.

3          A.    At the end.  That's why I want to get

4     reference to why I was on it and what I said.

5                So the first one was Mark to Sonny.

6          Q.    Yeah.  So let's look at that.  Let's

7     go chronologically.  I don't want you to miss

8     anything.  On  September 13th, at 8:44, Mark

9     writes -- and this appears to look like an accurate

10    e-mail from Mark, right?

11         A.    It's one of his e-mail addresses.

12         Q.    Okay.  "Sonny, just a heads up that

13    the Mavs are getting a tone of inbound interest by

14    BitPay competitors to pay us from anywhere from

15    ███████████████ to replace BitPay.  Most are ██████

███████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████ I just wanted to give you the heads up.

19    Of course, if you would like to be a Mavs sponsor,

20    we would be wide open to it.  I just didn't want

21    you to be blind-sided since we have come so far

22    together."

23                Do you know anything about BitPay or

24    what they did for the Mavericks?

25         A.    No.



 1          Q.   When he says here -- he's telling this
 2    guy that the competitors -- eventually, this is an
 3    e-mail that gets to you about Voyager, right?
 4    Eventually, this discussion -- very quickly, the
 5    next e-mail is about Voyager who is contacting the
 6    Mavericks, correct?
 7               MS. WOLKINSON:  Objection.
 8    BY MR. MOSKOWITZ:
 9          Q.   Look at the next e-mail?
10          A.   I just want to read the one from --
11    okay.  I'm up to -- Mark is talking about can't
12    make promises unless we get paid.  The pay will
13    stay.
14          Q.   Okay.  And then if you keep going,
15    Ryan then writes to -- who's Drew Northfield from
16    Excel?
17          A.   He was one of the representatives from
18    that advertising agency that represents different
19    brands.
20          Q.   Okay.  And you see Ryan says, "We're
21    checking with legal on the agreement."
22               Do you see that on September 13th at
23    5:32 p.m.?
24          A.   Yes.
25          Q.   Is this anything to do with what you



1   said before, that our legal department -- and we

2   relied on our legal department to tell us if these

3   deals were legit or not?

4                   MS. WOLKINSON:  Objection.

5                   THE WITNESS:  It's a little early, but

6           I'm glad Ryan did that at this early stage.

7           It's more checks and balances.  If they

8           raise a reg flag, we'll got to legal first

9           before we get too involved here.

10  BY MR. MOSKOWITZ:

11          Q.   Okay.  Going back to Mark's e-mail

12  when he writes to Sonny, who were the people at the

13  time that were the crypto competitors that were

14  offering more than ██████████to be a primary

15  sponsor of Mavericks at this time?

16                  MS. WOLKINSON:  Sir, are you referring

17          to the September 13th, 2021, e-mail?

18                  MR. MOSKOWITZ:  Yes.

19                  THE WITNESS:  What time was that

20          e-mail?

21  BY MR. MOSKOWITZ:

22          Q.   September -- no, I'm just saying

23  around the September timeframe, as the Mavericks'

24  corporate rep and as the person in charge of

25  partnerships, when Mark says, "Most or more than



1    ▮▮▮▮▮

2              MS. WOLKINSON:  Objection.

3              MR. MOSKOWITZ:  Okay.  Let me just

4         state the question before you --

5    BY MR. MOSKOWITZ:

6         Q.   Mark says here, "Most are more than

7    ▮▮▮▮▮

8              My question is to you:  What were the

9    crypto competitors to BitPay around September 2021?

10        A.   I think I mentioned the ones that are

11   still in business is crypto.com.  The Cowboys have

12   -- I just went blank on the name.

13        Q.   No, I'm saying yours, not Cowboys.

14   Mark says, "The Mavs are getting a ton of interest

15   by BitPay's competitors," so who were these

16   competitors?  Clearly, Voyager is one of them

17   because we're talking about Voyager in the next

18   seven e-mails.

19             Are there any others that are offering

20   more than ▮▮▮▮▮

21             MR. BEST:  Objection, form.

22             THE WITNESS:  I interpret it as there

23        were -- the industry was kind of throwing

24        those numbers around from different various

25        crypto Blockchain companies, and



1           Blockchain.com was the Cowboys one.

2                We didn't have a cryptocurrency

3           partner, so  Mark's not saying we had a

4           partner.  I'm just saying that's just kind

5           of the industry standard for that category.

6           You know, we established category

7           exclusivities for every different category

8           and, you know, most of the sponsorships --

9           you're looking at airlines, soft drinks,

10          beer, electric.  Those are your bigs one

11          that are going to amend the large numbers.

12          And then we go down to furniture stores,

13          to -- so based on knowledge from the NBA

14          and different research we do, we put a

15          number on a different categories.

16               This number was being thrown out there

17          based on a few prior deals that were done,

18          a few agencies like Excel saying, "Hey,

19          we're talking to a company called Voyager,

20          that, you know, this is the kind of the --

21          the spend level that we're looking to get

22          involved in the teams."

23  BY MR. MOSKOWITZ:

24          Q.   Okay.  Two hours later --

25          A.   And that was.



```
 1            Q.    -- they say, "Appreciate the update.
 2    Voyager reached out today asking for an update."
 3    You see the top e-mail two hours later?
 4            A.    Mm-hmm.
 5            Q.    So we're specifically talking about
 6    Voyager.  I don't know why you said travel deals.
 7    When Mark is saying we've got other people asking,
 8    most are more than ███████████ he's talking -- I
 9    mean, all these e-mails are about Voyager.
10                 MR. BEST:  Objection, form.
11                 MS. WOLKINSON:  Objection.  The
12            e-mail --
13                 MR. MOSKOWITZ:  Without coaching the
14            witness, please.  Objection, form.  Great.
15            That's all you're allowed to do in the
16            Southern District of Florida.  I get it.
17            Objection, form.
18    BY MR. MOSKOWITZ:
19            Q.    Is there anybody else who he's talking
20    about?  He says, "Most are more than ███████████
21    One hour later, he writes to Singh, Ryan.
22    45 minutes later, he says, "I'm checking with legal
23    on the agreement."  This is the Voyager agreement.
24    And one hour later, he writes -- Jason Miller
25    writes, "Appreciate the intel and the update.
```



1  Voyager reached out today asking for an update.

2  When should I tell them to expect the next turn of

3  the proposal.  Maybe we ask for times and pitch

4  them via phone so we can get realtime feedback and

5  come back with another turn shortly thereafter that

6  is hopeful and close?"

7          And then 20 minutes later, "For your

8  information, we've got to move quickly on our

9  proposal.  I e-mailed Jason and told him we're

10 working on it."  This is from Ryan, and this is

11 you.  Billy Phillips is copied on this at 8:14?

12          "For your information, we've got to

13 move quickly on the proposal.  I e-mailed Jason and

14 told him we're working on it.  Can we talk tomorrow

15 to try to BS our way through this in the near term.

16 Probably most important to get something in their

17 hands that have it all fleshed out."  And then you

18 write back an hour later, "Do you want to BS the

19 Mark integration or have a commitment conversation

20 with them first?"

21          What does that mean?  You want to just

22 kind of BS to them about Mark's involvement?  What

23 does that mean?

24          MS. WOLKINSON:  Objection.

25          THE WITNESS:  So, at this point,



 1   the -- obviously, the Voyager assets are
 2   far from being in concrete.  So we have a
 3   term that we utilize, it's called, hey,
 4   it's all wet clay.  You know, so we throw
 5   things out there.  And, you know, since
 6   Ryan used the word "BS," I -- I
 7   incorporated it into my e-mail.  But, you
 8   know, the level of use of Mark is still up
 9   for discussion.  At the end of the day, he
10   ended up just appearing at the press
11   conference, reading a statement very
12   poorly, and announcing the Mavs 100 for
13   48 hours.
14        At this time, it could have been a
15   level that was more integrated, but it had
16   never turned out that way.  And obviously,
17   from the comments that Excel made, that
18   they really just wanted to see something.
19   I really liked, I believe -- maybe I'd have
20   to read it closer, but it was Ryan or the
21   Excel group to say, "Hey, why don't we get
22   on a call and work things out together?"
23        So -- and we presented them a lot of
24   different inventory, different ideas
25   developed.  We brainstormed.  We then go



1          back with Kyle, Kory, and Clay, and we put

2          it in a -- we use a program called DIGIDECK

3          in formal writing to be able to, you know,

4          take the conversations and the ideas and

5          the brainstorming all together and put it

6          in a format that's acceptable.  At that

7          time, you know, Mark's involvement was just

8          a thought, and it was nothing more --

9    BY MR. MOSKOWITZ:

10         Q.   Okay?

11         A.   -- than just being --

12         Q.   I don't think that answers the

13   question.

14              MR. KNIGHT:  No, let him finish his

15         answer.

16              MR. MOSKOWITZ:  Yeah.

17   BY MR. MOSKOWITZ:

18         Q.   Okay.  My question was --

19              MR. BEST:  He's not finished.  Are you

20         finished with your answer?

21              THE WITNESS:  No.  I want to read the

22         rest.  I only read the first sentence.  I

23         want to read the rest of it, and then I'll

24         ask you to ask the question again.

25              MR. MOSKOWITZ:  No.



 1                    THE WITNESS:  I did not finish.

 2     BY MR. MOSKOWITZ:

 3          Q.   But that's not the question here, and

 4     we only have a certain amount of time, but --

 5          A.   Well, let me read through the rest of

 6     it and see if it's taken out of context.

 7          Q.   Okay.  So my question --

 8               MR. KNIGHT:  He's trying to finish his

 9          answer.

10               MR. MOSKOWITZ:  I hear you.  And we're

11          not going have three people.  Stop, Chris.

12          We're not having three, four people.  You

13          can have two.  We're not having four.  I'm

14          not having four objections.

15               MR. KNIGHT:  You keep saying you're

16          interrupting him.

17     BY MR. MOSKOWITZ:

18          Q.   You can read the paragraph all you

19     want.  Take your time.

20          A.   I should have read the whole thing

21     before.  It makes more sense now.

22          Q.   Okay.  Good.

23          A.   I'm not done yet.  Okay.

24     Okay.  Ryan says back to you, "I like your

25     thoughts, especially the commission splits."



1  So this is what you were talking about this

2  morning.  What is the commission splits that

3  you proposed?

4          A.   It's even less than what I talked

5  about earlier today because he's deducting the

6  ██████████ from the overall yearly fee, so that

7  knocks it down to ██████████  So it's only

8  ██████████████████████ which would be split

9  three ways.  He did have an additional bonus

10 pool -- we're moving into a program where we wanted

11 to incentivize the activation team for doing the

12 hard work that they do because they're very

13 important in the renewal process and just the

14 relationships, so the pool was kind of another way

15 to take funds from all of our accounts and be able

16 to -- based on different criteria throughout the

17 year, we'd administer bonuses to different parts of

18 our department and, really, some other key areas in

19 the organization.

20         Q.   So who got this ██████? It says,

21 "And the bonus --

22         A.   Probably 20 people.  20 to maybe 40 --

23 20 to 30 people that may have seen a little bit of

24 that money.

25         Q.   And what does it mean "and the bonus



1   pool getting ███████████

2          A.   No.   Each is not accurate.   The bonus

3   pool would go into a pool where we would hand out,

4   based on different criteria throughout the year.

5          Q.   And this is activation, so people that

6   signed up for Voyager, if there was a good result

7   there, they would share in this bonus pool?

8          MS. WOLKINSON:   Objection.

9          THE WITNESS:   I think your question is

10         misleading.   I just want to make it

11         perfectly clear that this partnership, we

12         did not get any additional money than what

13         was in the contract.   For example, we did

14         not get a penny for any additional sign ups

15         that were throughout the year.

16   BY MR. MOSKOWITZ:

17         Q.   That wasn't my question?

18         A.   Well --

19         Q.   No, no, no --

20         A.   No, I thought you were referring bonus

21   pool as something that they did.

22         Q.   No, no, no.   That wasn't my question.

23         MR. KNIGHT:   Finish your answer.   You

24         keep interrupting again.

25   BY MR. MOSKOWITZ:



1          Q.   That's a candidate response.  That's

2     not a -- I never said you do get money.  I'm saying

3     here, the people in the activation, what does

4     "activation" mean?  Isn't activation signing up?

5               MS. WOLKINSON:  Objection.

6               THE WITNESS:  No.

7     BY MR. MOSKOWITZ:

8          Q.   Activation is not -- we looked at

9     before --

10         A.   That's a lot of the problems with our

11    conversations because -- and I'm big --

12    (inaudible) -- because Dirk Nowitzki once came to

13    me and goes, "I can't sit in your meetings.  I

14    don't understand the acronyms.  I don't understand

15    the language."  And it's all about your language

16    versus my language.  You know, when I say "brand,"

17    that means that we're going to try to achieve a

18    higher acknowledgment of their company.  When I say

19    "activation," it has nothing do with the promotion.

20    The activation is a department in the Dallas

21    Mavericks organization, in every sports team, that

22    they will carry out the execution of the contract.

23    So they're activating the account.

24               It could be requesting a sign from the

25    PR company.  They could be saying, "Hey, I need to



1  know who's going to go on the -- who's going to

2  come to the game next week?"  They're following up

3  on different elements on the contract.

4       Q.   So --

5       A.   It has nothing do with the activation

6  of the Mavs 100.

7       Q.   No part of the partnership with the

8  Mavs was to get more people to sign up with Voyage?

9  Wasn't that the whole idea?

10      A.   For 48 hours, it was.

11           MS. WOLKINSON:  Objection.

12 BY MR. MOSKOWITZ:

13      Q.   For eight months --

14      A.   No, 48 hours.

15           MS. WOLKINSON:  Objection.

16           MR. MOSKOWITZ:  Okay.  Objection.

17 BY MR. MOSKOWITZ:

18      Q.   And then after that 48 hours, what

19 happened?  Did you stop promoting Voyager?

20 Everyday, you did tweets, you did Instagram, you

21 did pictures of Mark Cuban.  There's thousands of

22 pictures of Mark Cuban, Dallas owner Mark Cuban

23 with Steve Ehrlich, or whatever he's doing?

24           MS. WOLKINSON:  Objection.

25 BY MR. MOSKOWITZ:



1        Q.   Why do you say -- why do you keep

2   saying 48 hours?  What happened after the 48 hours?

3   Did you shut -- I mean, they're still up there

4   today.  Did you shut all the promotions for

5   Voyager?

6             MR. BEST:  Objection, form.

7   BY MR. MOSKOWITZ:

8        Q.   But I don't understand why you keep

9   saying the answer 48 hours.  What happened after

10  the 48 hours?  On November 1st, are you -- you're

11  getting paid ████████ a year.  Are you not doing

12  stuff for Voyager November 1st?

13            MR. BEST:  Objection, form.

14  BY MR. MOSKOWITZ:

15       Q.   You can answer.  He just says that for

16  the record?

17       A.   I want to make myself perfectly clear.

18  The -- what you are calling the activation of the

19  Mavs 100 was for 48 hours.  We definitely had a

20  year-long, which was a season long, branding

21  campaign for Voyager to have people go on their

22  account just like we would try to push -- to

23  promote a Coca-Cola product.  To be able to say to

24  me that the -- we're trying to push the Mavs 100 or

25  a promotion throughout the year, that wasn't the



1  intent.  The offer to have people sign up for their

2  website was for 48 hours.  We continued the

3  branding campaign throughout the entire season.

4  BY MR. MOSKOWITZ:

5        Q.   And what was the purpose of the

6  branding company?

7        A.   To achieve the goal, which was to make

8  the Voyager name more popular amongst the Dallas

9  Forth Worth Mavericks fans.

10        Q.   You were using the internet, right?

11  Let's go back to the reality.  You're using the

12  internet.  You're not focusing -- you don't

13  restrict the internet to Dallas, so for eight more

14  months, you're pumping out all of these weekly --

15             MS. WOLKINSON:  Objection.

16  BY MR. MOSKOWITZ:

17        Q.   -- things.  I don't know why you keep

18  saying Dallas?

19             MR. BEST:  Objection, form.

20             THE WITNESS:  So the majority of the

21        promotional materials, the advertising, the

22        assets, the elements in the contract

23        agreement were for the Dallas Forth Worth

24        area.  There were a few social media

25        programs, but after that 48 hours, we did



1           not push the Mavs 100.  You can go on right

2           now and type in Mavs 100 Voyager, and

3           you'll see it wasn't from the Mavericks.

4           It's from various sites that just wanted to

5           talk about because cryptocurrency was a

6           pretty popular conversation at the time.

7  BY MR. MOSKOWITZ:

8           Q.    For get Mavs 100.  Forget it.

9  After -- starting November 1st, what did the

10  Mavericks do to promote Voyager.  Forget Mavs 100.

11  That lasted 48 hours, sold out, it was -- what else

12  did you do for them?

13           A.    If I could see the contract, I

14  could --

15           Q.    Okay.  We'll get to that.  We'll get

16  to that.  Because before, we said -- you said the

17  word "global activations" when we looked at the

18  sponsorship forms?

19           A.    I didn't say that.

20           Q.    No, I said, "This said it."  I said,

21  "Is this accurate?"  And you said, "Yeah, that

22  sounds kind of accurate."

23           A.    No, I didn't say that.  I said

24  we reiterated the world global.

25           Q.    No, not global.  Through worldwide



1  activations, fan engagement campaigns, and

2  educational and community programs.  That's what

3  you had said.  I read it, and you said, "Yes."

4               MS. WOLKINSON:  Objection.

5               THE WITNESS:  I think it probably came

6         from the contract.

7  BY MR. MOSKOWITZ:

8         Q.   So you weren't trying -- I'm just

9  trying to understand because the jury may watch

10 this video.  You're saying it wasn't at all your

11 goal as the promotion partner of the Mavericks to

12 get more people to sign up with Voyager?

13              MS. WOLKINSON:  Objection.

14              THE WITNESS:  In the 48 hours --

15 BY MR. MOSKOWITZ:

16        Q.   Forget 48 hours.  I'm not asking about

17 the 48 hours, okay?  Let's forgot the 48 hours.

18 Start 48 hours later.  One of the main purposes of

19 the Voyager campaign in all the materials is for

20 the Mavericks to promote them so more people use

21 the Voyager site and sign up with Voyager, right?

22              MS. WOLKINSON:  Objection, form.

23              THE WITNESS:  I would think that's

24        probably one of the goals in it, but that's

25        really more to build the brand of Voyager.



```
 1   BY MR. MOSKOWITZ:
 2        Q.   What do you build a brand for?  So
 3   that people sign up?
 4        A.   It take time.  It's a 5-year deal, so
 5   the first year was just to get people to know about
 6   it, and then we move to more.
 7             MR. BEST:  We're at 12:40.
 8             MR. MOSKOWITZ:  You want to break
 9        until 1:00.
10             MR. BEST:  Well, whatever, but do you
11        have something you want to talk about now?
12             MR. MOSKOWITZ:  I'm happy to break.
13             MS. WOLKINSON:  Do you want a lunch
14        break now.
15             MR. MOSKOWITZ:  Yeah, how about lunch
16        for 20 minutes?
17             MR. BEST:  Great.  20, 30, whatever.
18             MR. MOSKOWITZ:  So you want to say
19        1:05?
20             MR. BEST:  Food is here, isn't it?
21             MS. WOLKINSON:  Yeah.  We've -- we've
22        made arrangements for food.
23             MR. MOSKOWITZ:  Thank you so much.
24             THE VIDEOGRAPHER:  The time is now
25        12:40 p.m.  We're off the record.
```



```
 1                    (Thereupon, a lunch recess was taken.)
 2                    THE VIDEOGRAPHER:  All right.  This
 3              begins media tape number 2.  The time is
 4              now 1:25 p.m.  We are back on the record.
 5    BY MR. MOSKOWITZ:
 6         Q.   Okay.  Welcome back, Mr. Phillips.
 7    Today, I thinks it's to get a lot less -- no
 8    stress.  We can't do stress with Steve.  It's got
 9    to be calm.  It's going to be a lot easier.  This
10    is Exhibit 297.
11                    (Thereupon, the Plaintiff's Exhibit
12              No. 297 was marked for identification.)
13    BY MR. MOSKOWITZ:
14         Q.   It's an e-mail.  It's from you, dated
15    September 6th, 2021, and it's an overview about
16    Voyager.  It's sent to Kyle, Kory, Clay, Patrick,
17    Spencer, and Ryan?
18                    Did you say who Patrick Sorensen was
19    before?
20         A.   Patrick was the VP of activation at
21    the time.
22         Q.   Okay.  So at this time, September 6th,
23    why are you the one sending to the team this
24    information?
25                    MS. WOLKINSON:  Objection, it's
```



 1          October 6th.

 2                MR. MOSKOWITZ:  10?  October.

 3          Miscounted.

 4    BY MR. MOSKOWITZ:

 5          Q.   October 6th, why are you sending to

 6    the team this information on Voyager?

 7          A.   Yes.  So one of my roles is just to

 8    overlook all the prospects, potential sponsorships,

 9    and, you know, contribute towards development of a

10    proposal.  So this is purely a cut and paste from

11    the internet, just to kind of give everyone a

12    little background of the Voyager platform and, I

13    believe, some other information about them.

14    Really, just to make a small -- educated a little

15    bit to understand the terminology or their business

16    and just so it makes us more -- keep us a little

17    bit more focus on exactly trying to present a good

18    proposal document.

19          Q.   Okay.  So you could be prepared for

20    their meetings, your meetings with them?

21          A.   Yeah, and just general information.

22          Q.   Where did you find this information

23    from?  Do you know?

24          A.   I just do a lot of research and I -- I

25    don't know.  I wish I would have kept it because I



1  would have liked to use it not just for this, but

2  for other reference.  It's a good question.  I

3  don't know.  It could been any type of a site.

4           Q.   Do you know --

5           A.   It could have been off of their site.

6  I don't know.

7           Q.   Okay.  I don't know if it's just

8  formatting, but do you know what that number

9  "8226," before every sentence means?

10          A.   That's 100 percent formatting.

11          Q.   It's just formatting?  Okay.  Let's go

12  down on the first page.  I'm not going to obviously

13  ask you about all of these, but, say, like, the

14  middle.  It says, "For example, we are currently

15  paying 5.7 percent on BTC."

16               What is that information?

17          A.   Once again, just cut and paste, just

18  general information about Voyager and some of their

19  coins that they hold.

20          Q.   And do you know what these percentages

21  are for?

22          A.   I would they're any interest on

23  Bitcoin, Ethereum, and USDC, which was a

24  stablecoin.

25          Q.   Okay.  On the next page, there is a



1   heading "Voyager VGX Community."

2             What's the purpose of this

3   information?

4        A.   Purely background knowledge of their

5   platform.

6        Q.   Did you talk about these points with

7   this group?

8        A.   Doesn't seem like that was any

9   response to my e-mail.

10       Q.   Do you remember talking about issues,

11  like they have a very loyal and engaged community

12  around their own token, about 1 billion market cap,

13  the VGX pays 7 percent?

14            Are these issues that you discussed

15  with any of the people on this e-mail?

16       A.   Probably not, just really just general

17  information to give us knowledge of the company.

18       Q.   Okay.  That's good.  Let's move to

19  Exhibit 298.

20            (Thereupon, the Plaintiff's Exhibit

21       No. 298 was marked for identification.)

22            MR. KAYE:  What's the date on it?

23            MR. MOSKOWITZ:  (Crosstalk) --

24       agreement?

25            MR. KAYE:  The agreement was



1          previously marked as Exhibit 7.

2               MR. MOSKOWITZ:  Okay.  We'll go on to

3          the actual agreement.  I think it -- is

4          this going to be one on the computer?

5               MR. KAYE:  No, no.  We have this one

6          in hard copy.

7               MADAM COURT REPORTER:  Are you

8          changing the number?

9               MR. MOSKOWITZ:  No, this is still

10         Exhibit 7.

11              MS. WOLKINSON:  Previously marked 7.

12              MR. MOSKOWITZ:  Because we're sticking

13         with the original numbers, I think, right?

14              MR. KAYE:  Yeah.

15              MR. MOSKOWITZ:  Okay.

16              MR. KAYE:  We have a master list.

17    BY MR. MOSKOWITZ:

18         Q.   Okay.  Mr. Phillips, this morning, I

19    asked A few questions and you said, "Well, the

20    answers would be on Exhibit 1," which is the

21    sponsorship package?

22              Are we looking at Exhibit 7?  Is this

23    the sponsorship agreement between the Mavericks and

24    Voyager, and then on page 2854 starts Exhibit 1?

25         A.   Yes, it is.



```
 1              Q.   And you're familiar with this

 2   agreement?

 3              A.   Yes, I have knowledge of it.

 4              Q.   Okay.  Can you kind of walk me

 5   through -- if we start with Exhibit 1, because you

 6   said the package is going to say what to do.  Maybe

 7   I'll ask you quickly:  With each of your clients,

 8   Coca-Cola, whoever they are, the tequila company,

 9   do you have sort of a geared guide -- I don't know

10   if it's called a sponsorship package -- for them,

11   what you're going to do for them?

12              A.   The first part of the agreement, it's

13   mandated by the NBA certain language.  The Exhibit

14   Erin is total customized.

15              Q.   Exhibit 1?

16              A.   Exhibit 1.  Sorry.  Exhibit 1.

17              Q.   It's okay.

18              A.   There's a little bit of language in

19   here, but when you get more towards the inventory,

20   we customize it for every single individual

21   sponsor.

22              Q.   So the first part, which we'll get to

23   next, the sponsor agreement, this is a form that

24   the NBA provides?

25              A.   Correct.  It's between the NBA and the
```



 1   teams.

 2          Q.   Do you have discretion to change it?

 3          A.   Absolutely, yes.  There's opportunity

 4   through our legal counsel.

 5          Q.   Do you know if it was changed for

 6   Voyager?

 7          A.   I didn't have the redlines.  I did

 8   review some of -- there was quite a few redlines

 9   back and forth, and there was even -- we talked

10   about earlier, there was communication from the

11   Voyager legal counsel that the NBA provided the

12   questions for him to answer.  Those questions were

13   then answered by him, and even maybe one by the

14   other law firm that they work with.  They were

15   provided back to Sekou, Sekou shared them with the

16   NBA,  and the NBA had some follow-up questions on

17   those due diligence.  So it was -- and that was a

18   separate document from this to make sure that, you

19   know, all those questions were answered properly.

20          Q.   Okay.  I don't want to be redundant

21   with Brooke.  I think she's going to ask you

22   questions on that.  So I won't ask you questions

23   about -- between the NBA and Sekou and this

24   agreement.  I'm just going to look at Exhibit 1.

25          A.   Great.



BILLY PHILLIPS                                     April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                  173

1          Q.    So you draft each of these specific.

2     Do you sit down with the client and you say --

3     because we've seen some of the other prior e-mails.

4     They kind of say, "We want this."  You guys say,

5     "Okay.  We will agree to this."  And then this is

6     the final agreement of what you will do?

7          A.    That is correct, yeah.  There's a more

8     colorful PowerPoint type program, it's called

9     DIGIDECK, that we present with all the different

10    ideas and assets on.  And then when those are all

11    agreed upon, then it goes into a contractual

12    format.

13         Q.    Okay.  So let's kind of go through

14    this.  I guess start with business category

15    exclusivity.

16              What did the Mavericks agree that

17    Voyager would be exclusive for?

18         A.    As it states right here, the

19    cryptocurrency brokerage exchange, also had a

20    payment provider and -- which was not exclusive

21    because we had a partnership with the city and

22    Chime.  Chime did not have any credit or debit

23    program in the time, but it would give us the

24    ability to continue the city relationship.  And if

25    Voyager did have a type of payment provider



 1  program, then we could incorporate that into a not

 2  exclusive format.

 3          Q.   Okay.  So excluding them, the deemed

 4  companies are the ones that the Mavericks will not

 5  do work with, including Robinhood, Coinbase, those

 6  in that list -- in that paragraph?

 7          A.   That's correct.

 8          Q.   Right.  So that, basically, means that

 9  the Mavericks won't promote them during the terms

10  of this contract?

11          A.   Yeah.  This is what's in the contract,

12  but obviously companies come and go, and there may

13  be new companies added to that in the same

14  category, so it's not restricted just to the names

15  here.

16              The best example is with AT&T.  They

17  put in internet into their contract when nobody

18  knew what the internet was, and it blocked quite a

19  few different companies, but that was the

20  relationship we had with AT&T at the time.  So

21  here, we would evaluate and take suggestions based

22  on different merging companies and categories that

23  may infringe on what Voyager was trying to achieve.

24          Q.   Okay.  Let's go to the next page.  It

25  says there, "Signage," and it lists one minute of



1    television visible, court side signage during

2    regular season, local home game, one minute of

3    television."

4              Can you just kind of walk is through

5    what this is?

6         A.   Sure.  The first signage element is

7    digital court side that's in front of the two

8    benches facing the camera.  It's sold on a per

9    minute of game time basis.  So we have 48 minutes

10   of inventory.  There will be some bonus time based

11   on if there was a time out or a meeting or

12   something that we didn't go to commercial, so --

13   but they're guaranteed whatever promised time.  A

14   minute is actually kind of low.  We've mentioned

15   some of other partners, like Anheuser-Busch, and

16   they have four minutes in their deal and Chime had

17   four minutes, so one minute was relatively low.

18        Q.   And these things, the digital ID,

19   they're not really there, but when you watch TV, it

20   looks like they're there?

21        A.   No.  That's an easy mistake to make.

22   That inventory is virtual, so the virtual is

23   only -- is listed below.  That's only for home

24   games, so -- I'm sorry.  It's for away -- home and

25   away games, but it's only for the home markets.



1  And that's -- like, it could be a logo on this desk

2  right here where we don't see it, but you'll see it

3  on your TV market, which is only in the television

4  market of the Dallas Mavericks.

5          Q.   Oh, so the digital --

6          A.   Digital is LED, a hard sign that

7  there's and you can see it visually in the arena

8  and you can see it on TV.

9          Q.   Oh, okay.  So it says, "Voyager" on

10  the sign?

11          A.   Yeah.  They -- well, they use "Crypto

12  for all" because the platform, as you know, it was

13  based on education, based on trying to promote, not

14  just (inaudible) but the whole industry as well.

15          Q.   What is one spot of 360LErinD signage

16  in rotation?

17          A.   The 360, we have signage that's not

18  visible.  TV, it's in arena.  There's three

19  different ribbons, for lack of a better term, that

20  circulate the entire American Airlines Center, and

21  they're used mostly, like, during the promotions,

22  but they do have one minute that will pop up during

23  a game.  It's never consecutive.  It's always based

24  just, like, 20-second or 15-second increments

25  throughout the entire the game.



1          Q.   What does this mean?  So I'm just

2     saying practically, what did you do?  So during

3     every home game, approximately five minutes of in

4     arena time in 20-second increments showed Voyager

5     and their logo?

6          A.   Yes, the messaging.  I think they're

7     pretty much consistent.  I'd have to check the

8     recap and see if they changed it, but most of the

9     time, it was "Crypto for all."

10          Q.   It says, "Voyager"?

11          A.   It would say -- yeah.  They did a step

12     and repeat, so it'd say, "Voyager.  Crypto for all.

13     Voyager.  Crypto for all.  Voyager.  Crypto for

14     all."

15          Q.   And this would be for every home game?

16          A.   Correct.

17          Q.   Okay.  Then sponsor of the front and

18     back of the VIP chair backs, what are those?

19          A.   Those are really just covers that

20     cover the seats, the top half of the seat.  We take

21     them on and off for each game.

22          Q.   So during every home game, the seats

23     on the first, second, third, and fourth row would

24     say, "Voyager"?

25          A.   Yeah.  We got off to a slow start.



1   The production time to make those seats is about a

2   month, so -- not the seat, but a seat cover.  It

3   takes about a month, so we didn't really not

4   sure -- of the first game that they appeared in,

5   but yes, they would be for the -- like it said in

6   the contract first, the few rows.  Those were not

7   on a TV visible side, so it's good inventory, but

8   not great.

9          Q.   Okay.  What is -- then the virtual

10  signage is the one that's not really there, but it

11  comes up on the TV broadcast?

12         A.   Just local television, correct.

13         Q.   What were you going to do?  One

14  virtual on each side of the court during all

15  four quarters of each regular season home and local

16  away game.  What does that mean?  So when you look

17  at the court, it'll say, "Voyager," but it's not

18  really there?  But on TV, you'll see it there?

19         A.   Correct.  And the NBA had a rule, they

20  still do, that only the logo, so there's no tag

21  lines or messaging.  It'd just be a logo.

22         Q.   Okay.  The next is two mutually agreed

23  upon social media campaigns distributed during each

24  season the term on a minimum of two Dallas Maverick

25  social media channels.



```
 1              So what did you do?  Do we have to
 2    look at that other --
 3          A.    Yeah.  I don't think that --
 4          Q.    Do you know?
 5          A.    Normally, you know, we use the term
 6    "mutually agreed" a lot, so -- and this is -- and
 7    we established the trust factor that we're going to
 8    deliver something that's going to be advantageous,
 9    but I'd probably need to look at some examples
10    because this is -- this could be what we delivered.
11    Or I would doubt it, but, yes, this program --
12          Q.    You see where it says, "Example,
13    Voyager"?
14          A.    Yeah.  Educational videos.  I can't
15    tell you if that was delivered or not.
16          Q.    Okay.  What about the next one,
17    ability to integrate with and provide advertising
18    on the Dallas Mavericks' mobile app.  So if you go
19    to the Dallas Mavericks app, does it have things
20    about Voyager on it?
21          A.    I'm not sure how we created that
22    because I know for a fact that AT&T is the
23    presenting sponsor of that app.  There's, like --
24    some of the available inventory in that is the
25    scores of the game.  It could be a -- maybe a play
```



```
 1  of the game or a highlight of the game, so I'm not
 2  sure which particular asset they were sponsoring.
 3          Q.   Could you go onto the Dallas Mavericks
 4  app and then click to go to the Voyager app?
 5          A.   No, it's not available.  We wish we
 6  could.  We've been trying do that for years, but we
 7  could not do that.
 8          Q.   Why?
 9          A.   The company we were with is not that
10  sophisticated.  We're actually in the process of
11  moving companies in the summer.  We're redoing our
12  app, and that could be one of the features.
13          Q.   Cool.
14          A.   Along with the actually utilizing it
15  to get discounts in the arena as well.
16          Q.   Okay.  A minimum of two national
17  promotions to drive crypto adoption and increase
18  the Voyager network, including, without limitation,
19  broadcast integrations, pregame show, and halftime
20  segments.
21               Do you know what that was?
22          A.   I'm just reading it over again.
23          Q.   Yeah.
24          A.   The pregame show and halftime are just
25  the television that's local, so I'm a little
```



1  confused, to be candid, as to why this says

2  national promotions, because if pregame and

3  halftime segments are what we control, it's just

4  the local television.

5       Q.   But do you have any reason to believe

6  you didn't do national promotions, as the

7  contract --

8       A.   Yes.  I have a reason to believe that

9  we did not do that.

10      Q.   Okay.  And then the next one, a

11  minimum of two international promotions to drive

12  crypto adoption and increase the Voyager network.

13           What did you do there?

14      A.   Nothing, because international wasn't

15  available, you know.  And that was probably -- to

16  go back to a previous question, you know, the use

17  of the internet where it goes out internationally,

18  you know, we look at 5-year deals as an opportunity

19  to plant seeds to be able to develop international

20  markets.  And then, hopefully, when, you know, they

21  had the rights or had the product available in the

22  those countries and we had the rights to the NBA

23  internationally, we were able to -- to let them use

24  our marks and IP rights.

25           The -- the one example is we're



1   currently with a company called IPG right now --

2   sorry, SPORTFIVE.  SPORTFIVE is a company that's

3   representing us internationally.  They have a

4   3-year plan, so from 3 years on.  Their first year

5   is purely just building our brand in a couple of

6   different countries.  The second year is being able

7   to develop the relationships, and then the third

8   year, we're looking for sales.  So, you know, this

9   is the first year of our agreement, and hopefully

10  some of those extensions that you called check that

11  went beyond the 150 miles because that's -- the NBA

12  allows us to do.  That would plant those seeds in

13  those international countries.

14          Q.   Did you set up an opportunity fund of

15  ████████?

16          A.   Yeah.  I think it may have been more

17  internally.  Opportunity funds and activation

18  funds, we call them the same thing in different

19  agreements.  These are funds to -- if we have a

20  really good idea and it's -- you know, if a game is

21  on Saturday night and it's Monday, and we say,

22  "Boy, we're going to give away T-shirts in arena.

23  Voyager, would you be interested?"  We're like,

24  "Well, could we activate it from your opportunity

25  fund?"  You know, they say yes or no or something



1  about what they want to do.  But it just gives us a

2  little bit of a budget to control the last minute

3  ideas and some hard costs that programs who are

4  already in -- in the particular agreement.

5              We haven't come up to anything yet,

6  but, like, a hospitality fund, which is next, you

7  know, say we originally -- it has a number there,

8  but if we add two suite nights and, you know what,

9  they -- the blockchain -- what will they call it?

10 Texas blockchain group.  Say they were going to

11 host a night there, and they already used their

12 two, we could use the opportunity fund for an

13 additional suite.

14         Q.   Okay.  Let's turn to the next page.

15 I'm not going to go through most of these things.

16              What is partner platforms?  I didn't

17 understand that.  It says, "During each year of the

18 agreement, the Mavs will support a minimum of four

19 customer partner activation platforms for Voyager."

20         A.   Yes.  These were part of the education

21 program, just that we would host different -- you

22 know, some people call them summits, some people

23 call them platforms, but just opportunities to

24 invite the Texas blockchain and their new members

25 and say, "Hey, we have another education program."



1  So it's just a general term to describe another

2  program where we could invite Voyager's guests to

3  some type of event.

4       Q.   Okay.  Then in the middle of the page,

5  it starts to talk about the Mavs Gaming.

6            Can you just generally tell us what

7  this was?

8       A.   The NBA2K league was started by the

9  NBA a couple of year ago.  And, you know, their --

10 it seemed to have been a good fit just in our

11 discussions internally that they're on laptops,

12 computers all day long.  It's a young demographic,

13 and it might be a really good fit.

14           And then, at the time, the Mavs Gaming

15 team were practicing out of the Mavs Gaming Center,

16 it was converted to an event center that we were

17 planning on hosting anything from a wedding to bar

18 mitzvahs to press conferences, which we did.  It

19 was going to be open to the public, and we were

20 offering them the naming rights.  It was stalled

21 due to internal issues that we had, and we never

22 got a name, and ended up not activating that asset.

23      Q.   Did you do the jersey patch?

24      A.   Yeah.  The jersey patch on the Mavs

25 Gaming team.  Yeah, it's definitely on their



1   jerseys.

2          Q.   And all the other stuff?  I mean, I

3   don't have to go through each one, but most of this

4   other stuff with the LED court side signage, the

5   Texas ticket sponsor, did most of this stuff

6   happen?

7          A.   Yes.  I would say the gaming team,

8   they are -- their players are more available than

9   the regular NBA players, so I would say these

10  assets were delivered.

11         Q.   Okay.  Then let's just go to the two

12  in the middle of the page, social media headers.

13  What are four logo inclusions on all Mavs Gaming

14  social media headers?

15         A.   So there will be -- like I said, the

16  players are easier to be engaged than some of our

17  players are from the traditional basketball.  So

18  there could be a promotion where, let's go check

19  out the restaurants in Deep Elm, so they go review

20  a bunch of restaurants, and then on the header, it

21  would be "Gaming checks out restaurants in Deep Elm

22  presented by Voyager."  So they would have the

23  header over top.

24         Q.   Okay.  The next page, it says there's

25  an annual review, at least annually and



1  three months before the start of each NBA season.

2              You never reached that with Voyager

3  because they went bankrupt before?

4        A.   I know we prepared a recap.  I'm not

5  sure if it was presented.

6        Q.   Do you know if we have recap?  Did you

7  see it in the documents?  It's called a recap?

8        A.   That's what we call it, yes.

9        Q.   Okay.

10       A.   I did see because it was -- it was a

11  printed version.  In each slide -- it doesn't do it

12  justice because each slide has a button or a tab

13  where you can click videos, photos, and see more

14  elements that were in that particular asset.

15       Q.   Okay.  Let's turn to the last page,

16  2859, and these are the amounts that were to be

17  paid if the agreement went for the five years?

18       A.   Correct.

19       Q.   But it ended after -- so I think you

20  had said this morning, just ███████ was paid,

21  nothing else?

22       A.   I'm not sure what the playoff --

23       Q.   For the first year, there may have

24  been more for playoffs?

25       A.   Yeah, there may have been.



1          Q.   Okay.  In terms of the first part of

2     this, the language that's in here, you said,

3     basically comes from the NBA; am I right?

4          A.   The NBA and the teams have worked on

5     our sponsorship agreement.  I believe probably go

6     over and above what the NBA might ask for and --

7     just because we have a very conservative legal

8     counsel, and so -- but there is -- there is

9     specific language that the NBA requires to have in

10    this agreement, but I just know from -- when I

11    started with our first owner, Donald Carter, it was

12    literally a handshake agreement.  And then we went

13    to one page, and then one page led to one paragraph

14    from the NBA, and we went to this document.  I

15    relieved myself from the legal portion of the

16    agreements and -- because we brought in-house

17    counsel and let them do their job.

18         Q.   Okay.  On paragraph 11, it says,

19    "Default"?

20         A.   What page is that?

21         Q.   2847.  It's page 8 of the document.

22         A.   2847.  Okay.

23         Q.   It says, basically, in the event that

24    either party defaults, each party could have the

25    right to give notice and cancel the agreement.  It



 1  says, in Section 11023, "The institution of
 2  bankruptcy."
 3          So my question is to you:  Was this
 4  section ever used of the agreement?
 5          A.   This was, at this point, in the hands
 6  of our legal department.  This is probably one of
 7  their personal points, that if a company goes out
 8  of business or they don't pay, the contracts don't
 9  really do much.
10          Q.   But up to the date of the bankruptcy,
11  you had never declared a default on Voyager?  Like,
12  "Hey, we heard this, so now you're default"?
13          A.   Not to my knowledge.
14          Q.   Okay.  Did you have any role in the
15  bankruptcy of Voyager?
16          MR. BEST:  Objection, form.
17          THE WITNESS:  I was going to object to
18          that.
19  BY MR. MOSKOWITZ:
20          Q.   Okay.  As the corporate rep, do you
21  know anything about --
22          A.   What do you mean by that question?
23          Q.   Well, as the corporate rep, I'm just
24  wondering if you know anything about what Voyager
25  did -- I mean, what Mavericks did in the Voyager



 1 | bankruptcy?  Do you know if you filed a claim --
 2 |           MS. WOLKINSON:  Objection.
 3 | BY MR. MOSKOWITZ:
 4 |       Q.   -- as the corporate rep?
 5 |       A.   No.  That was -- our legal department
 6 | was handling that.
 7 |       Q.   So you if I ask you any questions
 8 | about what the Mavs filed, what they said,
 9 | anything, that would all be legal?
10 |       A.   Correct.
11 |       Q.   Okay.  Let me show you what we will
12 | mark as Exhibit 298.
13 |           I just want to make sure on the
14 |           top, and that's all I care about, is
15 |           your e-mail?
16 |           Is this an accurate e-mail?  Just
17 |           the top one?
18 |       A.   Yeah, but if you don't mind, I'd like
19 | to start at the beginning.
20 |       Q.   No, no, I don't -- we could rip it
21 | off.  I just care about the top e-mail.  I don't
22 | care about the rest of the document.  So the first
23 | one, I want to make sure, is this an e-mail from
24 | you to the team; Kyle, Ryan, Kory, Clay, and
25 | Spencer, October 28th?  You say, "That is amazing.



BILLY PHILLIPS                                                April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                           190

1   What a great example of our partners enhancing our

2   brand.  Mavs' logo on national TV for six minutes."

3              We weren't produced the picture, but I

4   think it's Steve Ehrlich wearing a Mavs T-shirt --

5   a Mavs golf shirt?

6         A.   In an interview, possibly.

7         Q.   Yeah.  Is that right?  And this was an

8   e-mail that you had sent?

9         A.   Yeah.  I love this e-mail.

10        Q.   Why do you love the e-mail?

11        A.   So I've been around for a long time.

12  The main reason of trying to establish and building

13  brands, and I talk the kids about your brand, don't

14  screw it up by a couple of tweets.  The power of

15  companies as well is able to enhance our brand.

16  So, this had been a fight with our marketing

17  department for almost seven years, that they feel

18  that when we bring in corporate partners and

19  sponsor to Mavericks, it's only a one-way street.

20  To me, it's two-way street.  We're building both

21  brands, and sometimes Coca-Cola, who is a worldwide

22  brand, that could also help us in developing the

23  Mavericks brand.  And, obviously, we want to help

24  Coca-Cola develop their brand.  So, here, you know,

25  Voyager was doing us a nice favor in helping the

BILLY PHILLIPS                                                April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                          191

```
 1   Mavs' brand.  That's what I was referring to --
 2            Q.   Okay.  Thank you.
 3            A.   -- and Steve.
 4            Q.   Okay.
 5                 MR. KAYE:  This will be 299.
 6                 (Thereupon, the Plaintiff's Exhibit
 7            No. 299 was marked for identification.)
 8                 MR. KAYE:  Is there a Bates number on
 9            it?
10                 MR. MOSKOWITZ:  Yes.  22857, 22858,
11            and 22859.  Excuse us just a second.
12                 MR. KAYE:  Got it.  299.
13   BY MR. MOSKOWITZ:
14            Q.   All right.  Mr. Phillips, I think this
15   morning we mentioned a bunch of terms, sponsorship
16   assets, and you said, "Can you show me the
17   document?"  You think that there's something there
18   that actually lists what sponsorship assets are.
19                 Is this what you were talking about?
20            A.   Not really.  This looks like an
21   executive summary from Erin Finegold White, who is
22   head of PR on the business side, to our CEO,
23   Cynthia -- Cynt Marshall.  I'd need to probably
24   look over the document a little bit to confirm
25   that, but --
```



1        Q.   Okay.  My question is about

2   sponsorship assets, if you want to look at just

3   that column?

4        A.   And also, I believe this is an

5   internal document.  It's not for any publication or

6   anything.  This is just to kind of give Cynt kind

7   of an overview of who's working on it, you know,

8   some of the deal points, obviously, some review of

9   Voyager.  She's really a vital part of the

10   organization.  She's involved in every business

11   sponsorship we have.  She's extremely gracious and

12   visits with everyone that comes to our games, so

13   she just likes to have the background and say, you

14   know -- for example, if you met someone for the

15   first time at Voyager, she'd say, "Hey, how is

16   Clay, Kory, and Kyle, and Spencer?  They doing a

17   good job for you?"  So she just wants this

18   background knowledge, so it's just an executive

19   summary for Cynt.

20        Q.   Sure.  Okay.  So when has their

21   sponsorship assets, can you just explain to us what

22   those are?  Are those Mavericks' or are those

23   Voyager's things?  Like, designation IP rights.

24   What does that mean?  Like, Voyager -- Mavericks is

25   agreeing to have Voyager be the official and



1  exclusive cryptocurrency exchange of the Dallas

2  Mavericks?

3          A.   It's really just a high -- highlight

4  of the agreement, and Erin a put global.  It's

5  international IP and marketing rights of the

6  Mavericks.  So it's the category exclusivity,

7  which -- that was designated in the contract.  And,

8  obviously, just a few of the assets that are in the

9  contract.  I don't think that it has everyone.  It

10 does talk about the education initiatives and some

11 of the bigger talking points that were sent.

12         Q.   What are the promotions?

13         A.   The back page?  So where are we at?

14 Promotions?  Yeah, once again, it doesn't give any

15 detail that this was a two-week -- I'm sorry, a

16 48-hour two-day program that --

17         Q.   Where does it say that?

18         A.   Well, it's -- no, it's just -- right

19 now, I'm telling you it wasn't word for word in the

20 contract.  It's just really kind of giving Cynt

21 Marshall an overview of the entire program.  She

22 doesn't want a 20-page document.

23         Q.   Sure.  I'm sorry.  So we looked at

24 Exhibit 7.  Does it say in the contract in any of

25 the --



 1          A.   It probably was under the one for
 2    platform conversations.
 3          Q.   Okay.  I'm just saying, you said the
 4    contract.  In the 46-page contract, does it ever
 5    mention that they're going to do a 48-hour
 6    promotion?  I didn't see it.
 7          A.   Yeah, it's under the mutually agreed
 8    upon platform.
 9          Q.   Okay.  Let's see.  Mutually agreed --
10    signage?  Mutually -- I don't see --
11          A.   Part of platforms.
12          Q.   Yeah.  Where does it say 48-hour --
13          A.   Oh, this is still in the development
14    stage.
15          Q.   I'm sorry.  You had said in the
16    contract, it uses the term "48-hour promotion"?
17          A.   Oh, I never said that.
18          Q.   Okay.  Just a mistake.  It doesn't
19    mention anything about a 48-hour -- specifically
20    the contract?
21          A.   I don't think I ever mentioned that a
22    48-hour promotion was written in the contract.  Did
23    I ever say that?
24          Q.   Okay.  If you didn't, I thought you
25    said it was in the contract.



1        A.    I think the questions were earlier

2   about elements that were in the contract, and I

3   said I would like to see it to refresh my memory of

4   the detailed -- the assets, but I never referred --

5   this is a common occurrence.  That's why I live the

6   word "mutually agreed upon."

7              We're not going to do something they

8   don't want to do.  We don't want to do something we

9   don't want to do.  So to develop these programs,

10  even after the contract is written -- I could show

11  you the Coca-Cola one -- there's nothing we're

12  currently doing that's in the written 5-year

13  agreement.  So we develop programs as we go along,

14  but the base of the foundation of the promotion is

15  in the contract.  We are going do some.  As we

16  developed it, it became Mavs 100.

17        Q.    Okay.  So the signage in the contract

18  where it says you're going to do something for

19  every home game, that didn't stop after 48 hours?

20  That continued every home game?

21        A.    Correct.

22        Q.    Okay.  I just want to make sure.

23  There are specific tasks that the Mavericks are

24  going to do for Voyager, which they did,

25  continuously throughout the season?



```
 1              A.    That's correct.

 2              Q.    Okay.  It wasn't limited to any

 3    48 hours?

 4                    MS. WOLKINSON:  Objection.

 5                    THE WITNESS:  The promotion that was

 6              developed ended up being a 48-hour --

 7    BY MR. MOSKOWITZ:

 8              Q.    That one, the Mavs 100?

 9              A.    Correct.

10              Q.    But in addition to that, the contract

11    has a lot of other tasks which Mavericks are going

12    do for Voyager?

13              A.    Sure.  It's a 5-year agreement.  We

14    have all season to activate.

15              Q.    To activate?

16              A.    That's where you get stuck on

17    activate.  Activate doesn't mean one promotion.

18    Activate means signage, virtual signage, community

19    programs, the Legends, which are mentioned, our

20    basketball team that's in Frisco, and then Mavs

21    Gaming.  We have to activate all of those different

22    assets.  Activate is not just the Mavs 100 for 48

23    hours.  Activate is the entire agreement.

24              Q.    Thank you.

25              A.    And that's the activation of the team.
```



1          Q.    That was helpful.  And that's run by

2    Sean?

3          A.    Patrick Sorensen.

4          Q.    Patrick.  What was Spencer?

5          A.    Spencer works under -- he's just an

6    activation executive.

7          Q.    So it's not just the Mavs basketball

8    team activation, it includes the Legends, it

9    includes the gaming, it includes all the other

10   aspects?

11              MS. WOLKINSON:  Objection.

12              THE WITNESS:  Those other properties

13         that fall under the Dallas Mavericks

14         umbrella, I don't recall the owner of the

15         Legends at the time.  They may have been

16         sold, but we were managing.

17   BY MR. MOSKOWITZ:

18         Q.    Okay.  Let's look at the next exhibit,

19   shall we?

20              MR. MOSKOWITZ:  Plaintiff's 300.

21              Can you mark this as 301?

22              MR. KAYE:  Yeah.

23              (Thereupon, the Plaintiff's Exhibit

24         No. 300 was marked for identification.)

25   BY MR. MOSKOWITZ:



 1           Q.   Mr. Phillips, we're looking at a press
 2    release, and this is from the Mavericks website.
 3    Club Maverick?
 4           Do you recognize this?
 5           A.   Yes.  This is an internal writer,
 6    Tamara Jolee.  She's a Dallas Mavericks employee.
 7    Mark has hired a couple of different reporters just
 8    to be able to write stories on Mavericks that would
 9    be on our website.  And he's often told them,
10    former Dallas morning news, even sports writers,
11    that -- to be honest and write what you see, and --
12    but Tamara Jolee doesn't ever write about the team.
13    She usually writes about community programming, so
14    this was an internal writer writing on our internal
15    website.
16           Q.   This is on October 28th, 2021?
17           A.   That's right.  Our first home game was
18    October 27th.  October 28th was the date of the
19    press conference, and then October 29th was our
20    first second home game where we did the 100,000
21    Bitcoin shop.
22           Q.   Okay.  This is still up on the
23    Mavericks' website, so have you -- was there ever a
24    time when you went back and said, "We're going take
25    down anything from Voyager that's on the Mavericks'



1   sites"?  Do you know of that?

2           A.   Yeah.  I would think that was a legal

3   question, and legal thought it was something

4   that -- I'm not sure if it's, you know, avoiding

5   the conversations here, looking to hide something.

6   I'm not sure what the conversation was, why or why

7   it was not taken down.

8           Q.   Okay.

9           A.   I'm not aware of any conversations

10  about it whatsoever.

11          Q.   Okay.  The press release talks about

12  these players, and I'm going the mark exhibit --

13  we're going to go to this one.  This is the next

14  one, 301?

15               (Thereupon, the Plaintiff's Exhibit

16          No. 301 was marked for identification.)

17  BY MR. MOSKOWITZ:

18          Q.   There are a bunch of e-mails going

19  back and forth with you and some people at the

20  Mavericks about having players ask questions during

21  the press conference?

22          A.   Yes.

23          Q.   And you see in the press -- in this

24  press statement that's Exhibit 300, Tamara lists

25  each of the questions, and she puts back the



 1  transcript from Mark Cuban and Steve Ehrlich of

 2  what they said in response.

 3            Does this look like an accurate

 4  reflection of what happened at the press

 5  conference?

 6            MS. WOLKINSON:  Where are you?

 7            MR. BEST:  Can you give a Bates

 8       number?

 9            MR. MOSKOWITZ:  It's just an article,

10       so there's no Bates number.  It's

11       Exhibit 300, page 2.

12  BY MR. MOSKOWITZ:

13       Q.   They have pictures of each of the

14  players, and it has Q, which is the question that

15  they asked, and then it has Steve Ehrlich and Mark

16  Cuban, and it has quotes of what they said in

17  response?

18            Do you see that?

19       A.   I do.

20  Okay.  And we're going to talk -- this is all

21  about how it happened.  So Voyager had the

22  idea, "Hey, Mavericks.  We think it's a good

23  idea if some of your players ask questions"?

24       A.   That's not correct.

25       Q.   Okay.  Great.  How did it happen?



```
 1                    MS. WOLKINSON:  Objection.
 2    BY MR. MOSKOWITZ:
 3         Q.    How did it happen?
 4         A.    It was -- in merging cryptocurrency
 5    was merging part of our culture.  Players were
 6    showing a great deal of interest in learning more
 7    about it.  Brandon, who is on one of these e-mails,
 8    is the liaison for us to have conversations with
 9    players.  Brandon either came to us and we went to
10    him, "Hey" -- I'll back up a little bit.
11                    At beginning of the season, we have
12    media day.  At media day, we have probably 15
13    stations along the way -- and actually, I did part
14    of media day.  And so, one of our things as we're
15    walking players around, we have a questionnaire.
16    What do you drink?  What's your favorite
17    restaurant?  Do you like pets?  Do you have a pet?
18    What's your favorite car?  Do you have any other
19    interests?
20                    We saw players write down
21    cryptocurrency.  With conversations with Brandon,
22    once he found out Voyager was a potential sponsor,
23    that he said, "Hey, anybody want to learn more
24    about cryptocurrency?"  So this was a combination
25    of a volunteer and paid appearance.  The volunteer
```



1    was that they wanted to know more about

2    cryptocurrency and the education.  The paid was

3    once it grew above the ████limit, because of the

4    NBA rules, it's called circumventing the salary

5    cap.

6            We can't pay players more than████

7    without the NBA raising a red flag, saying, "Hey,

8    you're paying players under the table.  You can't

9    do that."  Once it happens, you have to talk with

10   the agent, or the player has to talk directly to

11   the sponsor.  So, you know, it's a big deal for

12   Luka.  We'd walk away.  We introduced him to the

13   two people together and we step out of the room.

14           This was not a big deal at all.  I

15   think it was ████, but once again, it was over

16   the ████, so we let Voyager discuss with them

17   individually.  Are you interested in come to it?

18   If you would, we'd love to get you started, get you

19   an account, give you some Bitcoin, and you can be

20   on your way.  So I hope that answered the first

21   part of your question.

22           Q.   Yes.  Absolutely, it did.  So who paid

23   the ████ to the players?

24           A.   You know what?  In the discovery, I

25   meant to get more deep into that.  Normally --



```
 1   like, we -- we had done deals where we can cover

 2   the first ███.  And then, like, if there's

 3   additionally -- where I think there was an

 4   additional that Voyager gave them some additional

 5   ███ in -- in Bitcoin, but I don't know, but I

 6   would probably say --

 7              MR. BEST:  Do you know, or are you

 8       speculating?

 9              THE WITNESS:  I'm speculating.

10   BY MR. MOSKOWITZ:

11       Q.    Okay.  On October 22nd, Kyle writes,

12   "Hey, Brandon.  Just wanted to confirm --

13       A.    301?

14       Q.    6180.  I'm just going to try to --

15   this has all of the basic background.  They have

16   questions.  How much will be paid?  What's the

17   exact payment?  Okay.  So it's ███ in crypto in

18   a Voyager account; 50 percent in VGX token, 50

19   percent in either Bitcoin or Ethereum.

20              And then it says, "We'll need to

21   introduce them to Erica, and she can help set them

22   up with an account.  They will ne to provide the

23   information below to set up an account.  Their home

24   address, their cell phone number, their first and

25   last name.  And to confirm the ask, the players
```



BILLY PHILLIPS                                    April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                              204

1   will need to attend the press conference and ask at

2   least one predetermined question during the

3   question and answers."

4              So you came up with these questions,

5   and that's what I want to try to figure out.  Who

6   came up with the questions to ask them that they

7   should ask?

8        A.   Erica probably.  Erica was the one who

9   was --

10        Q.   It says -- if you look at the

11   page 6179, there's an e-mail from Erin Finegold

12   White, and she says, "Hey, Brandon" -- the bottom

13   of 6179.  "Hey, Brandon.  The Voyager team and

14   their agency are working on this.  We were very

15   clear that it needs to seem natural, so they are

16   working on folding the educational piece into the

17   question and answer, which sounds like a good

18   idea."

19              Does that help refresh your memory

20   that the Voyager team and their public relations

21   agency was working on the questions?

22        A.   Yes.  And you had asked me earlier in

23   the day.  I thought it was a well run press

24   conference.  And between's Mark uncomfortable

25   presentation or lack of knowledge and facts about



1   it, it was a little rough one on this one as well.

2   But you have to remember, COVID -- coming out of

3   COVID, everyone had masks on, so it wasn't the

4   smoothest transition, but they were questions that

5   were given to them.

6        Q.   Did anybody else educate these players

7   about Voyager prior to the press conference?

8        A.   I think that's why they attended the

9   press conference.  They probably were just told it

10  was an exchange company, and I think that's all

11  they do.  I wasn't privy to the conversations with

12  players, but we have some very intelligent players

13  there, Dwight Powell, Sanford, you have Brunson,

14  Max.  The group of players, they -- they have

15  pretty good knowledge.  I'm sure they will all

16  research.

17       Q.   If you look at page 6182, there's an

18  e-mail that's sent to you.  It's from Erin White.

19  It's dated October 18th, at 8:51 p.m.  Do you see

20  it says, "billy.phillips" there?

21       A.   No.  CC?  Is that the one?

22       Q.   Yeah?

23       A.   Yes.

24       Q.   It says, "I think you need to let all

25  the guys know about it.  When we met with Martins,



```
 1    he was extremely enthusiastic about crypto, and he

 2    wasn't on the original list.  Those were truly

 3    interested will show up.  The more who show, the

 4    better the story for the media."

 5               Why do you think that it was a better

 6    story for the media hearing from the players?

 7               MS. WOLKINSON:  Objection.

 8               THE WITNESS:  Well, you know, the

 9          players are Dallas Mavericks, and the

10          Dallas Mavericks are the players.  I think

11          it's just whenever you have player

12          integration, it's a better storytelling

13          opportunity, and we're all about telling

14          stories.

15    BY MR. MOSKOWITZ:

16          Q.    Okay.  Do you know how long these five

17    players had their Voyager accounts?

18          A.    No idea.

19          Q.    Do you know if they still have their

20    Voyager accounts or what's happened to them?

21          A.    No.

22          Q.    Do you know if they bought any more

23    Voyager tokens?

24          A.    I do not know.

25          Q.    Have you ever gone back to anybody at
```



1   the Mavs and said, "How many of you bought

2   Voyager?"

3           A.   No.

4           Q.   So you don't know, sitting here today,

5   how many people at the Dallas Mavericks actually

6   bought either Voyager earn accounts or Voyager

7   tokens?

8           A.   I know through the -- my briefing

9   that --

10              MS. WOLKINSON:   Sorry.  Before you

11         answer, nothing privileged.  Do not

12         disclose any privileged communications.

13              MR. BEST:  So let me be clear, you can

14         answer the question without siting a

15         source.

16              THE WITNESS:  Sure.  We had six -- we

17         had an education program for our employees,

18         and I think there were six sign-ups, but

19         I've never, ever discussed any coins that

20         were purchased in an individual account or

21         moneys that were deposited.  It was just a

22         general number that we had six employees

23         enter into the education program that

24         Voyager presented one time at our office.

25   BY MR. MOSKOWITZ:



```
 1            Q.   And you never talked about the tokens
 2    because that would be prohibited by what?
 3                 MS. WOLKINSON:  Objection.
 4                 THE WITNESS:  In the course of any
 5            day -- like, a couple of weeks ago, the
 6            video was a conversation in our office.  At
 7            that time, we were discussing the prices of
 8            Bitcoin and Ethereum, but it was a general
 9            conversation.  It had nothing to do with
10            Voyager.  It was just the industry
11            conversation.
12    BY MR. MOSKOWITZ:
13            Q.   No, no, no.  I understand that, but
14    you're saying when we did the educational seminars
15    for the employees, we have a couple of e-mails,
16    hey, we're going to teach everybody about Voyager.
17    You said, "Well, we purposely or you made sure we
18    never discussed the token?"
19                 And I'm saying to you, why -- why did
20    you make sure that you didn't discuss the VGX
21    token?  Is there a reason?
22            A.   I didn't say that, but you're
23    accurate.  I think we knew from NBA and from our
24    legal counsel that the token was not something that
25    we were going to promote or discuss.  It was just
```



```
 1    simply -- you know, it was really the education
 2    that Mr. Ehrlich presented.  It was about the
 3    industry itself.  He never was specific about --
 4    specially about his own product.  It was really
 5    more general about the whole industry.
 6           Q.    Okay.  So the amount -- I just want to
 7    try to understand exactly.
 8           Do you know how much was paid to each
 9    player, because the e-mails say there's going to be
10    ███████ broken up, you know, in crypto?
11           A.    I can't confirm if that was the final
12    number.
13           Q.    But the NBA rules are that if you're
14    getting more than ████, it needs to come from the
15    sponsor directly?
16           A.    Well, we can pay up to ████.  So it
17    was -- it's not a hard and fast rule, but it's kind
18    of just, if you do more, you could raise a red flag
19    with the NBA, and we comply with the NBA.
20           Q.    By doing it ████?
21           A.    By trying to keep all appearances
22    under ████.  And this is for an autograph signing.
23    And once you start to do more, it's just something
24    that we wanted to make sure that NBA is aware of
25    and we're not circumventing the salary cap.
```



1          Q.   Do you have any e-mail or any memory

2    where you told the players, "Don't tell anybody how

3    much we're giving you"?

4          A.   No.  I don't recall that, no.

5          Q.   Why do you laugh?  Is that silly?

6          A.   I would never do that.  And I've been

7    here, that's why I've been around for 30 years.

8          Q.   Is it confidential how much they were

9    paid to do these questions?

10         A.    It's just like all negotiations,

11   it's -- if they want to share it with their

12   teammates, it's not something that's not highly

13   confident, but --

14         Q.   In any of the e-mails, was it kept

15   confidentiality?

16         A.    There was quite a few number of people

17   on there, so whoever was on there, it's pretty

18   standard.  We don't go around discussing payments

19   to players or salaries or sponsorship agreements,

20   so...

21              MR. MOSKOWITZ:  Okay.  Let me show you

22         just a couple more press releases that we

23         have.

24   BY MR. MOSKOWITZ:

25         Q.   Who handles most of the press



BILLY PHILLIPS                                      April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                        211

 1 | releases?  Like if would include Voyager, as we've
 2 | seen, these public relations press briefings that
 3 | go out, who drafts those?
 4 |         A.   So Erin is in charge of the department
 5 | and -- , but CK is the person that will actually
 6 | draft them and send them out.  I was eating dinner
 7 | with her at the game the other night and asked her
 8 | how many press releases she's sent out over the
 9 | years, over 120.
10 |         Q.   120?
11 |         A.   Yeah.  I was shocked.
12 |         Q.   I'm just showing you one.  This is as
13 | of October 27th, 2021, and there's a nice picture
14 | of Mr. Cuban, and it says stuff about Voyager.
15 |         Did you know that the Voyager stock
16 | jumped the day of the announcement of joining in
17 | with the Mavericks?
18 |         A.   This is a stock image of Mark,
19 | correct.
20 |         Q.   Were you aware that the Voyager
21 | digital stock jumped 9.5 percent after the press
22 | conference?
23 |         A.   I think I was, yes.
24 |         Q.   Is that something they were happy
25 | with?



1          A.   It was never discussed.

2               MS. WOLKINSON:  Objection.

3               THE WITNESS:  I think --

4               MS. WOLKINSON:  Sorry.  You can

5          answer.

6               THE WITNESS:  We are all -- like I

7          said, we follow stocks in our group just

8          because it's an odd hobby at the time.  It

9          was a chance to follow the coins, and the

10         stock wasn't -- we were more kind of just

11         always looking at the levels of the

12         different coins on -- we had talked to

13         Coinbase in length, so a lot of -- I

14         wouldn't say a lot.  One or two had

15         Coinbase, so it was easy to track.  I

16         particularly downloaded the app for

17         Voyager.  I never put a penny into it.

18    BY MR. MOSKOWITZ:

19         Q.   You didn't?

20         A.   I did not, but it was -- it was really

21    a great platform to just follow the coins, see how

22    they were moving up and down.  And so, to answer

23    your question, the conversation of stocks and coins

24    were a daily occurrence in our group.  Nothing do

25    some with -- you know, some of them we re partners,



```
 1  some of them were not partners, some of them just
 2  liked the conversation.  So that's all I can tell
 3  you about that?
 4          Q.   Did you ever think in the 16 months --
 5  the 9 months of the relationship at Voyager, that
 6  Mark Cuban did anything outside of being the
 7  governor of the Mavericks?  He never did anything
 8  personally.  Everything that he did or said was as
 9  the Mavericks' representative; is that correct?
10          A.   I'm not sure I understand the
11  question.
12          Q.   Yeah.  Did he do -- did he ever do
13  anything on his own?  I mean, I just don't know if
14  you -- you know, you say, "Well, he did something,
15  but it wasn't on behalf of the Mavericks."
16               Could you think of anything that he
17  did that wasn't on behalf of the Mavericks?
18          A.   Well, he did Dancing With the Stars.
19          Q.   For Voyager?
20          A.   Oh, for Voyager?
21          Q.   I'm just saying specifically for
22  Voyager.
23          A.   No.
24          Q.   Because you're here as the corporate
25  rep of the Mavs.
```



1        A.    Yeah.   His engagement was with the

2   press conference, and he had some exchanges with

3   Steve Ehrlich, but nothing that was outstanding

4   that would --

5        Q.    All right.   Let me read you a quote

6   from him, and I've seen this a bunch of different

7   times.   It says, "Crypto assets and applications

8   are changing how business and personal finance are

9   done, said Mark Cuban.   We believe our partnership

10  with Voyager will allow the Mavs and NBA fans to

11  learn more about Voyager and how they can earn

12  more Voyager -- more from Voyager's platform than

13  from traditional financial applications."

14            Do you agree with that?

15       A.    I think it was taken out of context.

16  Mark, on various business shows, because he was

17  asked to be interviewed a lot, was -- he always

18  said this is a very high risk investment, even the

19  point that -- I think he may have given a number

20  that you should never even consider that more than

21  5 percent of your total investment portfolio should

22  be invested in this.   And that's why we were very

23  interest in Voyager because of the education of it,

24  and you can get in from a very small amount, play

25  with it, learn it, have some fun with it, but not



```
 1   an investment vehicle.
 2          Q.   Did you ever hear from Dallas Maverick
 3   fans that they were very upset over Voyager's
 4   crypto bankruptcy?  Did you read articles or
 5   stories about that?
 6          A.   Surprisingly, I've never had one
 7   conversation with disappointed -- including members
 8   of my team who have invested in coins through the
 9   Voyager exchange program.
10          Q.   Do you have people at work that
11   invested coins through the Voyager platform and
12   still hold them now?
13          A.   You interviewed one, Kyle Tapply.
14          Q.   Okay.  Do you know anybody that bought
15   the VGX token?
16          A.   No.  I've never discussed what their
17   individual purchases were or how much.
18          Q.   Do you know that Voyager went
19   bankrupt?
20          A.   Do I?
21          Q.   Yeah.
22          A.   Yes.
23          Q.   So people who had Voyager account,
24   until they get something back from the bankruptcy
25   court, they're worth zero?
```



```
 1                  MR. BEST:  Objection.

 2                  MS. WOLKINSON:  Objection.

 3                  MR. BEST:  Objection, form.

 4                  THE WITNESS:  Yeah.  I mean, that --

 5            they're kind of fortunate because they were

 6            received close to -- not them, but from

 7            what the readings were, 30 percent.

 8            There's just another 400 and something 50

 9            million.  So, hopefully -- I'm hoping, you

10            know, everyone will get close to

11            70 percent.  And if they held onto coins,

12            the -- you know, with the escalation of

13            the -- if the currency goes up, that they

14            could be level one day.

15                  But, you know, my personal -- I've

16            made investments where I've lost a lot of

17            money.  I've never blamed companies that

18            went out of business.  I have a friend who

19            worked for a company, his boss filed

20            bankruptcy, and, you know, it was my risk.

21            It was my responsibility.

22       BY MR. MOSKOWITZ:

23            Q.   Why do you say, "Hopefully, they get

24       back 70 percent -- hopefully, they get back more

25       than 70 percent of their money"?
```



```
 1                    Why do you say that?
 2            A.    I'm a nice person, so -- but they
 3    should -- you know, at that point, I would be happy
 4    if I -- if some of the stocks that I invested in,
 5    if I got a penny back, but I'm not really someone
 6    who was looking for that.  It was my decision.
 7                    MR. BEST:  Was your question about why
 8            the 70 percent number?
 9                    MR. MOSKOWITZ:  Yes.
10                    MR. BEST:  I think his question was
11            focused.
12                    THE WITNESS:  The question was on
13            70 percent?
14    BY MR. MOSKOWITZ:
15            Q.    I mean, do you have sympathy for these
16    people that lost all their money in Voyager?
17                    MR. BEST:  Objection, form.  They
18            didn't lose all of their money.
19                    MR. MOSKOWITZ:  It's objection to
20            form.  That's it, but --
21    BY MR. MOSKOWITZ:
22            Q.    For the people all of their money,
23    their account now is zero, do you have any sympathy
24    for them?
25            A.    It's tough to say.  I'm a person that
```



1  does have compassion for a lot of reasons, but this

2  particular investment vehicle was an individual

3  decision, so it's tough for me to say.

4          Q.   What about with the Mavericks

5  promotion?  Do you have any responsibility for

6  telling the people, trust us, this is safe, this is

7  a good investment?

8              MS. WOLKINSON:  Objection.

9              THE WITNESS:  Yeah.  I don't think we

10             ever said anything to what you just

11             mentioned about trust us.  The platform was

12             discussed in the press conference as an

13             educational opportunity.  You could put a

14             $100 down, and if you make the proper

15             trades or engagements, you could get a free

16             $100 in Bitcoin, and that gave you

17             opportunity.

18                 As I told you earlier, there were

19             probably some people that cashed out and

20             went to buy themselves a nice dinner.  But

21             no, you know, it was never, ever to be as a

22             vehicle where you should be putting your

23             life savings in.

24  BY MR. MOSKOWITZ:

25          Q.   Did you ever think that people would



1   be told that you're going to make money if you put

2   your money with Voyager?

3         A.   Through the education process, that

4   was a potential opportunity, but Mark said in the

5   press conference that this is far from a guarantee.

6         Q.   And did Mark tell people this is a

7   good investment to make money?

8              MS. WOLKINSON:   Objection.

9   BY MR. MOSKOWITZ:

10        Q.   Your understanding of the press

11  conference, which the people can watch on their

12  own, is Mark just said this is an educational

13  program?  He never tried the insinuate that you're

14  going to do really well financial by investigating

15  in Voyager?

16        A.   I think he's quoted saying it's high

17  risk and there's no guarantees in this.

18        Q.   Would be right if he did more than

19  that, if he said more than that?

20             MS. WOLKINSON:   Objection.

21             THE WITNESS:   He's never divulged or

22         advised people on any type of investments,

23         specific investments, so I don't think he

24         would start now.

25  BY MR. MOSKOWITZ:



BILLY PHILLIPS                                     April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                   220

1        Q.   All I'm asking is:  Would it be wrong

2   if he did that?

3             MS. WOLKINSON:   Objection.

4   BY MR. MOSKOWITZ:

5        Q.   If he went out and told people, "You

6   should go with Voyager over another company.  I

7   think it's better.  I think you're going to make

8   more money," would be wrong in your opinion as the

9   Mavericks' corporate rep?

10       A.   My thoughts are I would probably need

11  to think about that question.  I couldn't answer

12  right now.

13       Q.   Let's think about it.

14            MR. MOSKOWITZ:  Do we need the break,

15            or are we okay?  Go we go another

16            15 minutes.

17            MR. BEST:  Sure.

18  BY MR. MOSKOWITZ:

19       Q.   Do you want to think about that, or do

20  you want to get back to that?  I just -- you're

21  saying that it's okay if Mark Cuban, as the

22  representative for the Mavericks, said, "This is

23  for education --

24       A.   I just have a problem answering

25  because it didn't happen, so I have a problem --



```
 1             Q.   But let's say hypothetically if
 2   somebody --
 3             A.   You probably need to ask Mark that
 4   question; not me.
 5             Q.   But you're the Dallas Mavericks,
 6   you're the corporate representative.  Would you
 7   have wanted to tell people when the Mavericks
 8   started their partnership with Voyager, "You should
 9   buy Voyager.  I encourage you to buy Voyager.
10   Trust me.  I'm Mavericks or I'm Mark Cuban.  Trust
11   me.  It's a good investment"?  Is that something
12   that should have been said on behalf of the
13   Mavericks?
14             MS. WOLKINSON:  Objection.
15             MR. BEST:  Objection.
16             THE WITNESS:  I'm kind of worried this
17        will be taken out of context, so I don't
18        feel like I can answer this.
19   BY MR. MOSKOWITZ:
20             Q.   Yeah, but because your lawyer has
21   objections, it's not an instruction to you, you
22   know.  They're not telling you what to do?
23             A.   That before -- before they even --
24             Q.   So I'll just try to rephrase it.
25             MR. KNIGHT:  You're talking over the
```



```
 1              witness again.
 2   BY MR. MOSKOWITZ:
 3        Q.    What message did you want the
 4   Mavericks and Mr. Cuban to tell the customers at
 5   the time?  What was the message that you wanted,
 6   and what did you not want to give the impression
 7   of?
 8        A.    I appreciate that you rephrased the
 9   question.  The message that we wanted as the Dallas
10   Mavericks to be telling people that here's an
11   opportunity to getting educated in the space of
12   cryptocurrency and blockchain technology.  Once you
13   understand the space, you can then go on to this
14   Mavs 100 and invest $100.  And if you do the proper
15   procedure, you will get a $100 back, good for
16   48 hours.  Then within your timeframe, it could be
17   a year, it could be six months, it could be never,
18   you have an opportunity to educate yourself as if
19   you believe, personally, that this could be a good
20   investment and be part of your portfolio.  And if
21   you want to go to Las Vegas and pick black or red
22   for your investment, go for it.  If you want to
23   pick a couple fortune 500 blue chips stocks, go for
24   it.  If you want to invest in your 401K, which I've
25   spoken about to our organization, the benefits of
```

BILLY PHILLIPS                                    April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                              223

1 │ 401K, go for it.  But it's an individual decision,

2 │ and the education premise is what is most

3 │ important.  Is educate yourself on this category,

4 │ understand it's high risk, and you make the

5 │ individual decision.

6 │        Q.   And what should you not say?

7 │        A.   I don't think any of us are in the

8 │ position to tell people what to do with their

9 │ individual resources.  I'm not going to tell

10 │ people, even my own kids, what they should do to

11 │ invest their money.  It's about education and

12 │ learning.

13 │        Q.   Okay.  So in your opinion, as

14 │ corporate rep for the Mavericks, you, the

15 │ Mavericks, or Mr. Cuban never said, "You should

16 │ pick Voyager over one of their competitors"?

17 │            MS. WOLKINSON:  Objection.

18 │            THE WITNESS:  There were a bunch of

19 │            platforms out there, and Voyager just

20 │            happened to be the Dallas Mavericks'

21 │            partner.  Obviously, if we could have

22 │            picked a different one, the investment

23 │            portfolio may have been different, but that

24 │            was the Mavs' partner.

25 │            And everything that we had done at



BILLY PHILLIPS                                    April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                              224

```
 1              that point had put Voyager in a very good
 2              light that they were reputable and doing
 3              everything legally, and it was going to be
 4              a company that you could trust and work
 5              with.
 6                   MR. MOSKOWITZ:  Thank you very much.
 7              I don't have any further questions.
 8              Brooke, I know, is going to go.
 9                   MS. WOLKINSON:  Can we take a break
10              before?
11                   MR. MOSKOWITZ:  Yeah, that's what I'm
12              saying.  Do you want to go off the record?
13              We can go off the record.
14                   THE VIDEOGRAPHER:  All right.  The
15              time is now 2:33 p.m.  We're off the
16              record.
17                   (Thereupon, a short recess was taken.)
18                   THE VIDEOGRAPHER:  All right.  The
19              time is now 2:47 p.m.  We are back on
20              the record.
21                       CROSS-EXAMINATION
22   BY MS. ALEXANDER:
23         Q.   Good afternoon, Mr. Phillips.  My name
24   is Brooke Alexander.  I'm from Boyce Schiller.  We
25   are cocounsel with Mr. Moskowitz on this case.  We
```



1   are also here representing the plaintiffs?

2            Do you understand?

3        A.   I do.

4        Q.   Great.  I'm not going to repeat any of

5   the ground rules.  I will just let you know that we

6   will be looking at a lot of documents.  Please take

7   your time to read anything.  When they appear on

8   the screen, my colleague, Joey, will be putting

9   them up, so if you need to scroll up or down to see

10  more of the document, please ask.

11           Do you understand?

12       A.   I can't control it?

13           MS. ALEXANDER:  Do you want to drop

14       them in the chat as well?

15           MR. KAYE:  I can do that.

16  BY MS. ALEXANDER:

17       Q.   So within -- within the Zoom window,

18  if you want to be able to control the document

19  yourself, you can click on the chat function and

20  open the document from there, and that will give

21  you control over the document, so whichever is more

22  comfortable for you.

23           Okay.  I want to start with some

24  things you mentioned today.  First, you mentioned a

25  piece of software called Asana.



```
 1                Do you recall that?

 2        A.    Yes, I do.

 3        Q.    And who within the Mavericks

 4   organization used the Asana software.

 5        A.    The activation team.  They initiate

 6   their request on the platform, and then you go to

 7   specific groups in our organization.  If it's

 8   requesting a social media, a community program, a

 9   marketing asset, if it needs to be sent to creative

10   in marketing where they have to do some art work or

11   creative a piece, so it just gets disseminated to

12   the specific department that they need is requested

13   for.  It's a management tool.

14        Q.    Was Asana used in any way in relation

15   to the Voyager partnership?

16        A.    Yes, it was, because there were assets

17   that needed to be confirmed, even the court side

18   digital signage, the virtual signage, the simple

19   assets like that.

20        Q.    With respect to this litigation, did

21   the Mavericks produce any documents out of the

22   Asana piece of software?

23        A.    No.

24        Q.    Earlier today, you also mentioned

25   Nielsen and Blinkfire reports.
```



```
 1              Do you recall that?

 2         A.   Yes, I do.

 3         Q.   In this litigation, do you know if the

 4   Mavericks organization produced any reports that

 5   were derived from Nielsen or Blinkfire?

 6         A.   We would probably use the -- both of

 7   those different agencies for recaps.  They provide

 8   us ROI on signages that are -- and social media

 9   posts that they do evaluations on.  Pretty much

10   every team in the NBA and most sports team utilizes

11   their services to get the evaluations of signages

12   and social posts.

13         Q.   And do you know if any documents that

14   the Mavericks organization received from either of

15   those entities were provided to plaintiff's counsel

16   in this litigation?

17         A.   I'm not aware of those documents.

18         Q.   As part of your preparation for your

19   deposition today, did you inquire as to the

20   discovery that had been produced by the Mavericks'

21   organization?

22         A.   Can you be more specific what you mean

23   by "discovery"?

24         Q.   Sure.  Within the context of this

25   litigation, my clients have issued requests for
```



 1   documents to the defendants, and counsel is

 2   typically responsible for working with you to

 3   collect and then give us those documents, and I'm

 4   referring to that process as the production for

 5   litigation.

 6            So my question is whether you inquired

 7   into the steps that were taken for production as

 8   part of your preparation for today?

 9        A.   Yes, to the answer.

10        Q.   Yes?

11        A.   Yes.

12        Q.   And what can you tell me about the

13   production for litigation?

14        A.   I'm not sure I really understand the

15   terminology that you mean by "production for

16   litigation."

17        Q.   Did the Mavericks' organization

18   collect documents to provide to your counsel in

19   connection with this litigation?

20        A.   Yes.  I've reviewed quite a few number

21   of documents.  I'm sure there were -- there were

22   e-mails of people who worked for the Dallas

23   Mavericks, so yes.

24        Q.   Did you review those documents within

25   the last month or prior to that time period?



 1            A.    Just in the last two weeks.  So I had

 2    two sessions last week and two this week and a very

 3    short one yesterday.

 4            Q.    Do you have any knowledge as to how

 5    your counsel selected documents to be produced in

 6    this litigation?

 7            A.    We went through every page and two

 8    binders.  There was no real --

 9            MR. BEST:  You've got to listen to her

10            question.

11    BY MS. ALEXANDER:

12            Q.    So I'm not asking about the documents

13    necessarily that you reviewed for this.  I'm

14    talking more broadly.  Your counsel has produced to

15    us many thousands of documents, and I'm asking what

16    you know about the search process that you,

17    representatives of the Mavericks, and your counsel

18    undertook to select which documents were relevant

19    to this case and ultimately provided to us?

20            A.    I'm not aware of that process.

21            Q.    Okay.  Let's move on.  I want to go to

22    Plaintiff's Exhibit 31, which is going to be up on

23    your screen and in the chat.

24            MS. WOLKINSON:  I'm sorry.  What

25            exhibit is this?



BILLY PHILLIPS                                    April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                            230

1        MS. ALEXANDER:  31.

2        MR. KAYE:  This -- if you want a Bates

3   number, it's Mavs Cuban 18517.

4        MS. WOLKINSON:  I'm sorry.  Is it

5   going to go up on the screen?

6        MR. KAYE:  Yes.  We're putting it in

7   the chat first so that everybody gets it.

8   Let me know when it hits your chat.

9        THE WITNESS:  Received.  There's

10  invoices temp.

11       MR. BEST:  Hold on.  There's no

12  question pending.

13       THE WITNESS:  No, I'm just trying to

14  see.  There's multiple files.

15       MR. BEST:  It comes up in an Excel

16  spreadsheet and then there's a whole host

17  of stuff.

18       MR. KAYE:  31?

19       MS. ALEXANDER:  Yeah.

20       MR. KAYE:  This is just a PDF.

21       MS. WOLKINSON:  Yeah, it's just an

22  e-mail.

23       MS. ALEXANDER:  Okay.  Now I can see

24  it.  I can't see it in the chat.

25       THE WITNESS:  In the chat, it's coming



```
 1              up as multiple files.

 2                   THE VIDEOGRAPHER:  I believe you have

 3              to save it.

 4                   THE WITNESS:  Save it?

 5                   MR. MOSKOWITZ:  That would take it out

 6              of the chat.

 7                   MS. WOLKINSON:  Now we can't see the

 8              whole document.

 9                   MR. KAYE:  It's just showing one PDF

10              in the chat on my end.  Do you see it?

11                   MS. WOLKINSON:  Okay.  Now, I see it.

12                   Billy, do you see it now in the chat?

13              I can come and sit next to you.

14       BY MS. ALEXANDER:

15              Q.   Mr. Phillips, do you see the document

16       marked Exhibit 31 in the bottom right corner of the

17       first page?

18              A.   Yes, I do.

19              Q.   So they are three e-mails here, and

20       I'm going to direct your attention to the bottom

21       one.  We're going to review e-mail chains, to the

22       extent that we need talk about multiple e-mails on

23       them, from the bottom up.

24              A.   Thank you.

25              Q.   So the bottom e-mail is from Voyager
```



 1  to billy.phillips@dallasmavs.com.

 2            Do you see that e-mail?

 3        A.   It's to me, yes, from Voyager.

 4        Q.   Is that the e-mail address you used

 5  throughout your time with the Dallas Mavericks?

 6        A.   Yes, it is.

 7        Q.   And the date of this e-mail is

 8  September 15th, 2021, correct?

 9        A.   That's correct.

10        Q.   Is that before or after Voyager

11  finalized it's deal with the Mavericks?

12        A.   Before.

13        Q.   Do you know why you were receiving

14  this message from Voyager in this period of time?

15        A.   Yes.  As it states in this e-mail, it

16  was a newsletter that I must have signed up for to

17  educate me on the Voyager platform and company.

18        Q.   Did you have a Voyager account as of

19  September 15th, 2021?

20        A.   No.  I never had a Voyager account.

21        Q.   And if you scroll down into the body

22  of the e-mail, the first sentence reads, "The

23  Voyager loyalty program is unlocking your crypto

24  potential, and VGX is the key, with 7 percent

25  staking rewards, crypto back on trades, and more.



```
 1   The new VGX, Voyager's native rewards token takes
 2   your crypto journey to the next level."
 3              Do you see that?
 4         A.   Yes.
 5         Q.   As of September 2021, what did you
 6   understand that to mean?
 7         A.   Not a whole lot.  I was still in my
 8   early stages understanding the whole platform.
 9         Q.   After you received this e-mail, if we
10   look one e-mail up the chain, it appears that you
11   forwarded it to Clay, Kory, and Kyle and, CC'd
12   Ryan; is that correct?
13         A.   Correct.
14         Q.   Why did you do that?
15         A.   Those were the people working on the
16   proposal, and they needed knowledge.  It was
17   something that we were sharing amongst all three of
18   us or four or five of us, as it states -- the next
19   line.
20         Q.   And the top e-mail -- sorry?
21         A.   Yeah -- hold up the chat.
22              MR. BEST:  It just disappeared off the
23         screen for a second.
24              THE WITNESS:  Okay.  It's back.
25   BY MS. ALEXANDER:
```



 1          Q.    Is it back?

 2          A.    Yeah.

 3   Okay.  The top e-mail, Kory Nix says, "We have

 4   all done tons of research in this category to

 5   ramp up, and learning more everyday."

 6   Did I read that correctly?

 7          A.    Yes, you did.

 8          Q.    Who within the Mavericks' organization

 9   was responsible for researching companies that were

10   potential partners or sponsors?

11          A.    So it's a process that -- it's an

12   organizational process of -- obviously, the first

13   phase is the people working on the account.  So the

14   discovery phase and just doing our due diligence of

15   the knowledge we have from financial to ethical to

16   following with our values in our organization.  The

17   next phase, if there's certain assets that will be

18   considered into this proposal, that we check with

19   different department, from marketing and community

20   to digital.

21                And then once those all kind of check

22   the boxes, there's no red flags, then we'll proceed

23   to develop the proposal itself.  We submit that to

24   legal, and then it starts the legal process.

25          Q.    So not necessarily speaking about



1   Voyager, but the typical process for the Mavericks

2   to onboard a new partnership or sponsorship,

3   sponsor, what memorandums, opinions, written work

4   product would a team typically produce over the

5   course of the onboarding process?

6          A.    The procedure at that time, there was

7   no written document or forms that we filled out.

8   It was just our due diligence from the experience

9   that we've had over the years.  It was a very

10  mature team that was working on this, and the last

11  thing, you know, we want to go into  -- even

12  conversations with the company, that's not going to

13  align with the things that I had just mentioned so,

14  I really don't have documentation on it.  But, you

15  know, on a legal side, that's a, you know,

16  different game in itself.

17         Q.    What areas did you instruct your team

18  to leave to legal during the due diligence process?

19              MS. WOLKINSON:  Objection.

20              THE WITNESS:  One of the first e-mails

21         we received was that the token

22         conversations with any company was off

23         limits.  This particular token was with

24         this company, VGX.  The legal process took

25         place with the series of questions that



1          were presented by the NBA.  Those questions

2          were given to Sekou Lewis.  Sekou Lewis

3          passed it on to both representatives of the

4          legal counsel of Voyager and also their

5          representative legal counsel.  They

6          answered the questions, sent it back to

7          Sekou, Maverick's legal counsel.  He then

8          submitted it back to the NBA.  The NBA had

9          follow-up questions on those first set of

10         questions.  It was quite a lengthy number

11         of questions, three pages at least.

12   BY MS. ALEXANDER:

13         Q.  Great.  We'll get to those specific

14   questions later, and we'll look at some of those

15   documents.  I'm interested more broadly, not

16   speaking specifically about the Voyager deal, about

17   the amount of involvement legal typically has, but

18   let me clarify that question because I'm not

19   looking for anything that might be privileged.

20         What I'm looking for is what

21   instructions your -- you typically give to teams in

22   the process of onboarding a new sponsor in terms of

23   areas that they should not inquire into?

24         MS. WOLKINSON:  Objection.

25         THE WITNESS:  There's legal regulation



1         on cannabis and CBD, so we know those

2         restrictions.  Any time that we're looking

3         at a supplement or nutritional product, we

4         have go through the NBA protocol to have

5         all the ingredients approved.  There is

6         ethical and work-type questions we have,

7         obviously, with child labor, so we do a

8         pretty good deep dive into making sure that

9         we're not running into problems mid way

10        through our discussions with certain

11        company.

12   BY MS. ALEXANDER:

13        Q.   How much involvement did Mark Cuban

14   typically have in sponsorship deals the Mavericks

15   did?

16        A.   Mark's the governor of the Dallas

17   Mavericks, and he could be involved if necessary,

18   but, you know, he was focused on the basketball

19   side of the business ever since Cynt Marshall took

20   over.  Cynt Marshall is our CEO, and everything we

21   had to run through Cynt Marshall.

22        Q.   Is it fair to say that Cynt Marshall

23   was typically involved in sponsorship deals?

24        A.   Very much so, yes.  She had an

25   extensive background with AT&T, and she was a major



1  asset for us in developing relationships and

2  sponsorships.

3        Q.   Would the Mavericks have done a new

4  sponsorship deal if Cynt Marshall did not approve?

5        A.   Yes, it's happened this year.

6        Q.   Would the Mavericks have done a new

7  sponsorship deal if Mark Cuban did not approve?

8        A.   It's happened many times.

9        Q.   Can you give me an example?

10       A.   Huh, there's a product called Prime.

11 It was -- they have an isotonic beverage, but they

12 also have a very high caffeine beverage as well.

13 And it's nothing do with Mark's decision, but my

14 personal -- my son-in-law went into 711 after a

15 couple ball games on the weekend.  He said, "Kids,

16 pick out your own isotonic one, pick a Gatorade

17 one, pick the Powerade, you know, and pick Prime."

18 It was his 6-year old picking Prime.  He came back

19 out to the ball field, like, "What are you doing

20 letting him buy that product?"  He's like, "No,

21 it's isotonic.  It has no caffeine."  I'm like, "No

22 way."  Grabbed it, and sure enough, they had an

23 isotonic.

24            So Mark didn't want that confusion of

25 having company that really was very close to a high



```
 1   caffeine beverage with the same name, so he asked

 2   us not to engage on that particular client.

 3             THE VIDEOGRAPHER:  Counsel, I got

 4        kicked out of Zoom.  I'm just trying to get

 5        back on right now.

 6             MS. ALEXANDER:  Should we go off the

 7        record?

 8             THE VIDEOGRAPHER:  Probably so.  All

 9        right.  The time is now 3:06 p.m.  We're

10        off the record.

11             (Thereupon, a short recess was

12        taken.)

13             THE VIDEOGRAPHER:  All right.  The

14        time is now 3:10 p.m.  We are back on

15        record.

16   BY MS. ALEXANDER:

17        Q.   Mr. Phillips, right before the break

18   for our technical issue, we were talking about the

19   Prime deal, and you gave that as an example of a

20   deal that Voyager did over Mark's objection; is

21   that right?

22             MS. WOLKINSON:  No.  Objection.  You

23        just -- you said Voyager did a deal.

24   BY MS. ALEXANDER:

25        Q.   My apologies.  The Mavericks did a
```



 1  deal with Prime over Mark's objection; is that

 2  right?

 3          A.   No, that's not correct.  We didn't

 4  even get to any discussions with Prime.  It's an

 5  extenuating circumstance.  Mark was interviewed by

 6  the owner Prime, noticed the podcast.  And so, it

 7  was very much public that he asked him on the

 8  podcast, "Would you sponsor the Mavericks?"  So

 9  that's the only reason Mark was engaged, but we

10  don't really engage them that much.  It's just

11  because it hit this podcast.  It was public, and on

12  the podcast, the owner of Prime said, you know,

13  "Let's be a sponsor, right?"  So we reached out

14  through Cynt to Mark to say, "Is that something you

15  want us to follow up on?"  And we never followed

16  up.  It was not -- they were never a sponsor and

17  never considered a sponsor.

18          Q.   Okay.  Let's go back to the question,

19  because I'm worried you misunderstood.

20          My initial question was:  Did the

21  Mavericks ever sign a deal over Mark Cuban's

22  objection to that deal?

23          A.   No.

24          Q.   Did the Mavericks ever sign a deal

25  over Cynt Marshall's objection to doing the deal?



BILLY PHILLIPS                                    April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                  241

1            A.    Not at all.

2            Q.    So is it fair to say that Mark Cuban

3    and Cynt Marshall approved of every deal the

4    Mavericks have done during their tenure with the

5    organization?

6            A.    Mark is not involved in every deal.

7    Cynt Marshall gets that executive summary and she

8    has approval.  But this one, yeah, that's all.

9            Q.    Not speaking about the Voyager deal,

10   but again, speaking about the general process at

11   the Mavericks, is it typical to obtain a legal

12   opinion on every sponsorship deal?

13           A.    Yes.

14           Q.    And is that opinion typically received

15   before a contract is signed?

16           A.    Most definitely, yes.

17           Q.    Is it typical to obtain NBA approval

18   of a sponsorship deal?

19           A.    It's not on every sponsorship.

20   Certain categories, yes.

21           Q.    About what percentage of deals that

22   the Mavericks have done in your time have required

23   NBA approval?

24           A.    30 years.  I would be guessing.

25                 MS. WOLKINSON:  Don't guess.  Just



1              answer if you can answer.

2                    THE WITNESS:  I don't have a number.

3              More than ten.

4    BY MS. ALEXANDER:

5              Q.    Okay.  Other than approval by Cynt

6    Marshall, potentially approval by Mark Cuban, the

7    opinion of legal, and if necessary, the opinion of

8    the NBA, is there any other step in terms of

9    approvals in a typical deal process for the

10   Mavericks?

11             A.    As I mentioned earlier, the different

12   departments, based on inventory, assets,

13   availability, bandwidth, just the messaging

14   that would be with the different departments, so

15   yes, there's multiple levels of approvals.

16             Q.    With regards to the legal opinion on a

17   typical deal, would that come from in-house counsel

18   or outside counsel?

19             A.    Huh, I believe we've used both.

20             Q.    And are there any general factors that

21   you can explain to us about when you use in-house

22   versus outside counsel in that role?

23                   MS. WOLKINSON:  Objection.

24                   THE WITNESS:  Huh, I would understand

25             that if our general counsel wasn't



1              comfortable with the particular category or

2              if we needed advice, he would reach out to

3              outside counsel.

4    BY MS. ALEXANDER:

5         Q.   Okay.  Let's talk about the Voyager

6    deal specifically now.  In what ways was the

7    Voyager onboarding process following the typical

8    pattern?

9              MS. WOLKINSON:  Objection.

10             THE WITNESS:  This was a category that

11             we knew the NBA had involved it with, so

12             there was certain procedures that we

13             probably highlighted more than another

14             particular sponsor.  We still went through

15             our similar process in the organization.

16             Understanding what their requests were for

17             some of their initiatives and goals.  We

18             formulate a proposal.  We -- previous to

19             that, we would have all done the due

20             diligence, just doing research on the

21             company.  That's some of the e-mails we

22             passed around.  And then once we are

23             comfortable with that, move on to process

24             of sending out the assets to different

25             companies.  Along that way, I think them



```
 1              being a -- Voyager being a public company

 2              traded on the Toronto exchange DCE was one

 3              comfort level that we received.  And then

 4              from the second process after the group

 5              from sending information to all the

 6              different departments in the organization,

 7              approval of that inventory, then we have a

 8              legal document that would be proceeded to

 9              our general counsel.

10   BY MS. ALEXANDER:

11         Q.   And looking back on the onboarding

12   process for Voyager, in what ways was the Voyager

13   process different than what you would consider to

14   be the typical process?

15              MS. WOLKINSON:  Objection.

16              THE WITNESS:  The major difference was

17              the NBA involvement, especially the

18              questioning that they provided from the

19              pages to ask Voyager and their legal

20              counsel to provide answers to.  So the due

21              diligence was at a heightened level more

22              than any other proposal or sponsorship they

23              had entered into.

24              MS. ALEXANDER:  Let's put up B2, Joey.

25              MR. KAYE:  I have them all marked now,
```



1          so that's Plaintiff's 303 in the chat.

2               (Thereupon, the Plaintiff's Exhibit

3          No. 303 was marked for identification.)

4               MS. WOLKINSON:  You added it to the

5          chat?

6               MR. KAYE:  Uh-huh.

7               MS. WOLKINSON:  We haven't gotten it

8          yet.

9               MR. KAYE:  It's also on the screen.

10         Coming through now.

11              MS. WOLKINSON:  Thank you.  Is this

12         the document from September 15th, 2021?

13  BY MS. ALEXANDER:

14         Q.   So this is an e-mail chain?

15         A.   This Exhibit 303?

16              MR. STULL:  Yes.

17  BY MS. ALEXANDER:

18         Q.   Do you have access to the document,

19  Mr. Phillips?

20         A.   Yes.

21         Q.   Let me know when you're ready.

22         A.   I'm going start from bottom and work

23  my way up.

24              MR. BEST:  I think that this document

25         is in hard form.



```
 1              THE WITNESS:  We've reviewed this one
 2         in hard form.  I have 303.
 3              MR. BEST:  When you're labeling
 4         them --
 5              MS. ALEXANDER:  There would be a
 6         duplicate.
 7              MR. BEST:  Okay.
 8              MADAM COURT REPORTER:  For the court
 9         reporter, which one is the duplicate to?
10         What number?
11              MR. KAYE:  Does it say it on the
12         sticker?
13              THE WITNESS:  303 on the sticker or
14         not?
15              MS. WOLKINSON:  No.  It's bates number
16         10378.
17              MR. KAYE:  296 or 297.
18    BY MS. ALEXANDER:
19         Q.   Mr. Phillips, if you look at the
20    bottom e-mail on the chain, September 13th, 2021,
21    it references a company named BitPay?
22              Do you recognize that name?
23         A.   We spoke earlier.  Yes, vaguely.
24         Q.   And what did that company do?
25         A.   I thought they were a process server
```



1  for cryptocurrency.

2          Q.   To your knowledge, did the BitPay deal

3  continue after the Voyager deal started?

4          A.   Huh, we never had a sponsorship with

5  BitPay or received any money from them.

6          Q.   Flipping all the way to the front of

7  this document, the e-mail you discussed earlier

8  with Mr. Moskowitz, the second one, "Do you want to

9  BS the Mark integration or have a commitment

10  conversation with him first?"

11              What do you understand that to mean at

12  this point in time?

13              MS. WOLKINSON:  Okay.  Objection.

14              THE WITNESS:  As I stated earlier, it

15          was the formulation of putting together a

16          deck, as mentioned here.  Excel just wanted

17          to see if we get on the phone with them to

18          discuss different elements and assets that

19          we would put into a proposal.  And, you

20          know, we referred to this as wet clay, so

21          just development is really early, and we

22          could mold it any way we want.

23              At this point, Mark was probably --

24          you know, this can be discussed as -- as he

25          ended up, where he was in the press



1          conference for 19 minutes or 29 minutes,

2          maybe.

3          Q.   The next line says, "He is due doing

4     that for Coinbase already."

5               What did you mean by that?

6          A.   I would believe he was on some

7     business shows just talking about Coinbase.

8          Q.   Was that through the Dallas Mavericks'

9     organization?

10         A.   No.

11         Q.   Did the Dallas Mavericks ever have a

12    deal with Coinbase?

13         A.   No.

14         Q.   Let's go to C1.

15              MR. KAYE:  Plaintiff's Exhibit 304.

16              (Thereupon, the Plaintiff's Exhibit

17         No. 304 was marked for identification.)

18              THE WITNESS:  This is 304 or 303?

19              MS. ALEXANDER:  304.

20              THE WITNESS:  82521, 651, and --

21              MR. KAYE:  Yep.

22              MS. ALEXANDER:  And I'm going to focus

23         on the e-mails on the first page, not the

24         last e-mail, which has talking points.  Let

25         me know when you're ready.



 1          THE WITNESS:  Ready.

 2    BY MS. ALEXANDER:

 3          Q.   Let's start with the top e-mail.  This

 4    is from Cynt Marshall to Mark Cuban and Ryan

 5    Mackey, also CC'd to Mark Cuban?

 6          Do you see that?

 7          A.   I do.

 8          Q.   And it says, "Mackey, are they willing

 9    to move forward without Mark's involvement?  I

10    think that could be a tad compromising."

11          What do you understand that statement

12    to mean?

13          A.   Check the date, 8/25.  Mark's level of

14    engagement was not discussed at this point, so I'm

15    sure they're just seeing how we wanted to involve

16    Mark or if he wanted to be involved.

17          Q.   What would be compromising about his

18    involvement in this deal?

19          MS. WOLKINSON:  Objection.

20          THE WITNESS:  Huh, I'm not sure.

21      You'll probably have to ask Cynt.

22          MS. ALEXANDER:  Let's go to the next

23      one, B2.

24          THE WITNESS:  The same e-mail.

25          MS. ALEXANDER:  There's another



1          document.

2                    MR. KAYE:  It's 1858.

3                    MS. ALEXANDER:  1858.

4                    MR. KAYE:  It's in the chat.

5          Plaintiff's Exhibit 305.

6                    (Thereupon, the Plaintiff's Exhibit

7          No. 305 was marked for identification.)

8                    MS. ALEXANDER:  Let me know when you

9          have it.

10                   THE WITNESS:  305 is up.

11   BY MS. ALEXANDER:

12         Q.    And we're going to look at the top

13   e-mail.  Let me know when you're ready to proceed?

14         A.    Ready.

15         Q.    Okay.  The second sentence of the

16   e-mail says, "We can still get deals done, but it

17   will move the needle higher on investment level if

18   Mark is willing/perceived to be engaged."

19               Do you see that?

20         A.    I do.

21         Q.    What do you understand that to mean?

22         A.    Mark's knowledge of this category may

23   assist us in the request of Voyager, which was the

24   education process.  And he'd being an asset in

25   performing the press conference to talk about the



```
 1    education and opportunities that Voyager had been

 2    advocating since the day we first had a

 3    conversation with them.

 4           Q.   So if Mark is willing or perceived to

 5    be engaged by Voyager, Voyager will spend more

 6    money; is that correct?

 7                MS. WOLKINSON:  Objection.

 8                THE WITNESS:  No.  Mark was not part

 9           of the financial assets that were presented

10           or included in the agreement.

11    BY MS. ALEXANDER:

12           Q.   What does it mean to move the needle

13    higher on investment level?

14           A.   We have established a level of

15    investment for every category, and this particular

16    category was a really hot category at the time, so

17    we were looking to, you know, capitalize on the

18    industry, being something that was being utilized

19    by professional sports teams across the country

20    and, really, the world because a lot of teams in

21    Europe were promoting digital currency and

22    platforms before we were.

23           Q.   I'm going to read underneath the

24    bullet points.  "We don't include any of this in

25    pitches and don't promise anything.  It would be
```



1  considered an implied commitment to support the

2  partnership.  It's also not an endorsement, and

3  he's free to discuss any area of crypto he wants

4  publicly."

5          Is that talking about Mark Cuban?

6      A.   I want to -- I kind of lost you

7  there -- which -- that's on?

8      Q.   In the first e-mail --

9      A.   What's the number on the right side?

10  18 --

11      Q.   58?

12      A.   Okay.  Got you.  It's still the top

13  e-mail?

14      Q.   Yep.

15      A.   It's not an endorsement.  If Mark

16  wishes to attend the press conference, he's doing

17  it as the governor of the Dallas Mavericks.

18      Q.   And that's what "implied commitment"

19  means?

20      A.   Implied commitment --

21          MS. WOLKINSON:  Objection.

22          THE WITNESS:  At this stage it's,

23          again, just a conversation to see where he

24          would be involved and what level, but he

25          ended up just being part of the press



```
 1          conference and speaking for 29 minutes.
 2   BY MS. ALEXANDER:
 3          Q.   So by what -- what investment level?
 4   Is that referring to a dollar amount or a tier that
 5   you have within the organization?  What -- what
 6   does that reference?
 7          A.   The category itself is an investment
 8   level that we're trying to achieve, so based on the
 9   knowledge of other teams that have already closed
10   deals in cryptocurrency, the agencies that we're
11   working with, especially the Excel, it kind of
12   targeted a category that we would want to keep our
13   sponsorship level at.
14          Q.   What do you mean by "sponsorship
15   level"?
16          A.   Every single category demands a
17   different level.  Typically, the big ones are soft
18   drinks, beer, airlines, energy, communications, so
19   those demand a bigger investment level to have
20   exclusivity.  So as we develop any new category,
21   from -- pet care will be very low.  We do have
22   minimums of 250,000, all the way up to a category
23   which was extremely popular at the time with
24   cryptocurrency.  We established that the level of
25   investment should be between ██████████████   for
```



```
 1   exclusivity.
 2          Q.   So, for example, for a soft drink, in
 3   order have exclusivity, you're looking for them to
 4   be at a high investment level, which means they're
 5   spending a higher amount of money with the
 6   organization; is that right?
 7              MR. BEST:  Objection, form.
 8              THE WITNESS:  I don't know.  Can you
 9        repeat that, because it's --
10   BY MS. ALEXANDER:
11          Q.   So soft drinks are one of the areas
12   that you, in your last answer, indicated required a
13   higher investment level?
14              So my question is:  Should I
15   understand that to mean that in order for you to
16   partner with a soft drink company and for them to
17   have exclusivity, which you just discussed, they
18   would need to make a higher expenditure with you to
19   get that deal?
20              MR. BEST:  Objection.
21              MS. WOLKINSON:  Objection.
22              THE WITNESS:  The higher expenditure,
23        it would be a range that we're comfortable
24        with in gaining exclusivity.  Currently,
25        right now, we have no partner in the
```



```
1                     isotonic category.  We established a

2                     ████████ level investment.  We were offered

3                     less than that, and we did not accept

4                     the -- the new part -- the sponsorship.

5    BY MS. ALEXANDER:

6          Q.   So, here, your understanding or your

7    explanation of the term doesn't seem to fit within

8    the context of what's been written in this e-mail.

9    It says, "We can still get deals done, but it will

10   move the needle higher on investment level if Mark

11   is willing/perceived to be engaged?"

12                   MS. WOLKINSON:  Objection.

13                   MR. BEST:  There's no question yet, so

14         why don't you finish.

15   BY MS. ALEXANDER:

16         Q.   So, as I read this, it's saying that

17   the deal can still be done, but it will be at a

18   higher investment level if Mark is participating.

19   And what I hear you saying is that investment level

20   refers to a specific category, but Voyager wouldn't

21   change categories based on whether Mark is willing

22   or perceived to be engaged.  So I am having trouble

23   putting your explanation of this term into the

24   context of the e-mail?

25                   Can you explain?
```



1           MR. BEST:  Objection, form.

2           THE WITNESS:  It doesn't mean we

3      couldn't do a deal without Mark, and we

4      probably would have proceeded without Mark.

5      Mark ended up willing to do the press

6      conference.  Did that add value to it?

7      We'll never know, but we had a partner that

8      was willing to enter the negotiation with

9      us, and the assets we put forth, they

10     accepted.  Mark was in those negotiations.

11     He did not offer any services.  We then

12     asked him, "Will you be involved in the

13     press conference?"  And he said, "Yes."  He

14     obviously didn't prepare very well for it.

15     and it's far from suggested endorse --

16     promoting it.  He was there on the

17     education platform.  And I would confirm we

18     would have one this deal without Mark's

19     engagement.

20  BY MS. ALEXANDER:

21      Q.   Okay.  Let's move on.  What does the

22  term "fully integrated partnership" mean to you in

23  the context of the Mavericks' organization?

24      A.   Huh, we have a various number of

25  assets and elements that we can offer, and we're



1  going to utilize all those opportunities to make it

2  as integrated as possible.

3        Q.  Does integrated refer to the regular

4  use of assets over the course of a game or a

5  season?

6        A.  Yes.

7        Q.  Let's go to 38B.

8        MR. KAYE:  38B was previously marked

9        and going into the chat.

10        MS. ALEXANDER:  Let me know when you

11        have the document and you are ready to

12        proceed.

13        THE WITNESS:  I have the document.

14        It's a lengthy one, but I'm ready.

15  BY MS. ALEXANDER:

16        Q.  Okay.  I'm going to direct your

17  attention down to the third page, which has the

18  Bates stamp 1909, and you will see the heading

19  "International."  Let me know when you're there?

20        A.  I am there.

21        Q.  I'm looking at the bullet point, not

22  the paragraph itself.  Year one, "A global

23  partnership will provide Voyager with the

24  opportunity to have a larger US presence and

25  marketing territory.  We'll be able to host



 1   national promotions and sweepstakes by designating

 2   Voyager as our international marketing partner."

 3           Do you see that?

 4       A.   I do.

 5       Q.   Do you understand that statement to be

 6   accurate?

 7       A.   I do not.  We're not allowed to host

 8   national promotions and sweepstakes within the

 9   confines of the United States and Canada, so it's

10   incorrect.

11       Q.   So if I were to represent to you that

12   this document and this statement was provided to

13   Voyager, that would be a misstatement on the part

14   of the Mavericks' organization?

15           MS. WOLKINSON:  Objection.

16           MR. BEST:  You can answer.

17           THE WITNESS:  Yes.

18   BY MS. ALEXANDER:

19       Q.   Great?

20       A.   And I believe there was a conversation

21   after that to clarify this statement.  This is not

22   the financial contract.

23       Q.   What do you recall about the

24   clarification that was provided after this?

25       A.   We instructed Voyager on the NBA



BILLY PHILLIPS                                                April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                           259

1  international ruling of the 150-mile radius around

2  the American Airlines Center, and that the

3  international allows us to use their IP rights

4  anywhere else except for North America and Canada.

5          Q.   Who had that conversation with

6  Voyager?

7          A.   I believe Ryan Mackey.

8          Q.   And on what basis do you understand

9  that Ryan Mackey  is the person who had the

10  conversation?

11          A.   Ryan was the point of contact with

12  Erica for most of the conversations.

13          Q.   Do you recall any document

14  memorializing that conversation?

15          A.   I do not.

16          Q.   Okay.

17              MS. ALEXANDER:  Let's go to

18          Plaintiff's Exhibit 43.

19              MR. KAYE:  Mr. Phillips, do you need

20          it on the screen, or are you pulling it

21          yourself to look at it?

22              MS. WOLKINSON:  Can we take a break

23          after this document?

24              MS. ALEXANDER:  Sure.

25  BY MS. ALEXANDER:



1          Q.    Are you ready?

2          A.    Yes.

3    Great.  So this is an e-mail from Kory Nix to a

4    group of people at the Mavericks, including

5    yourself; is that correct?

6          A.    Yes.

7          Q.    And it ask, "Are there any marketing

8    guidelines from NBA, or do we expect any pushback

9    from legal regarding promoting fans investing in

10   cryptocurrency from our assets?"

11              Do you recall this e-mail?

12         A.    Not really, but I see it now, yes.

13         Q.    Do you know if any such guidelines

14   exist?

15         A.    Yes.  The international guidelines.  I

16   want to read through the whole thing just to see if

17   there's anything specific about Corey's question.

18              What was the question.

19         Q.    Do you know if any such guidelines

20   exist?

21         A.    Yes.  Kory is asking a very solid

22   question.  Will there be legal implications, and

23   the answer would be absolutely yes.  This one in

24   this category would not only require legal input as

25   it does in every agreement from the Dallas



 1   Mavericks legal counsel, but also, this will engage

 2   the NBA as well.

 3          Q.   And do you know if all of those things

 4   happened in this case?

 5               MS. WOLKINSON:  So, objection.

 6               THE WITNESS:  It seems like this

 7          e-mail was out of context.  It has no

 8          subject line.  So it's kind of early stages

 9          of the potential promotion of the Mavs 100,

10          but that's all I can say at this point with

11          the lack of information on this e-mail.

12   BY MS. ALEXANDER:

13          Q.   Do you recall if the Mavs 100

14   promotion was approved by legal before it happened?

15          A.   Before it -- was the approval of the

16   Mavs 100 approved by --

17               MR. BEST:  What's the it?

18   BY MS. ALEXANDER:

19          Q.   Before the promotion occurred?

20          A.   Yes.  The NBA approved as well.  We

21   would not do that without proper approval.

22               MR. BEST:  Can we take the break that

23          Rachel asked?

24               MS. ALEXANDER:  Yes, absolutely.

25               THE VIDEOGRAPHER:  All right.  The



```
 1              time is 3:46 p.m.  We are off the record.
 2                   (Thereupon, a short recess was
 3              taken.)
 4                   THE VIDEOGRAPHER:  All right.  The
 5              time is now 3:55 p.m.  We are back on the
 6              record.
 7    BY MS. ALEXANDER:
 8         Q.   Mr. Phillips, would you like to modify
 9    the answer you gave to the last question that was
10    pending prior to the break?
11         A.   Yes.  Thank you.  Huh, the NBA was not
12    aware of -- did not approve of the -- it was not a
13    signed contract and approval of the program that
14    we're running.  However, if there was any further
15    pullback from the NBA after the press conference or
16    Mavs' legal, we would terminate the contract.  We
17    were never going to be involved with a partnership
18    with Voyager.
19         Q.   So to make sure the record is clear,
20    my understanding of your statement is that at the
21    time of the press conference, the contract was not
22    yet signed, and final approval had not yet been
23    received from the NBA, but there was an
24    understanding that if ultimate approval was not
25    obtained from the NBA, the deal would be revoked;
```



```
 1    am I correct?

 2            A.   Yes.

 3                 MR. BEST:  And let me help.  And the

 4            NBA knew you were giving the press

 5            conference and did not object or tell you

 6            not to do it, correct?

 7                 THE WITNESS:  Correct, yes.

 8                 MR. MOSKOWITZ:  Could you just state

 9            the last part?  And then, eventually, they

10            gave their consent.

11                 MR. BEST:  And then they eventually

12            gave their consent.

13                 THE WITNESS:  Correct.

14                 MR. BEST:  Which then resulted in the

15            signed sponsorship?

16    BY MS. ALEXANDER:

17            Q.   The 29th, the final agreement was

18    signed?

19            A.   Yes.

20            Q.   And by the 29th, the NBA approval had

21    been provided?

22            A.   Yes.

23            Q.   Let's go to Exhibit 88.  I will

24    represent to you, Mr. Phillips, that we are not

25    going to talk in specifics about this document.
```



1              MS. WOLKINSON:  Did you send it?

2              MR. KAYE:  It's in the chat.

3              MS. ALEXANDER:  There should be three

4         in the chat.  It will be the first of the

5         three.

6    BY MS. ALEXANDER:

7         Q.   We will only speak about this in

8    general terms, so please read anything you need to

9    read to feel comfortable, don't feel compelled to

10   read the whole thing for purposes of any question I

11   might ask.  Let me know when you have it and you

12   are ready?

13        A.   Yes.

14        Q.   Do you recognize this document?

15        A.   Yes, I believe I reviewed this

16   briefly.

17        Q.   When did you review it briefly?

18        A.   It possibly was two weeks ago.

19        Q.   Do you recall seeing this document at

20   or around the time it was issued, May 28th, 2021,

21   per the document?

22        A.   No.

23        Q.   You mentioned to Mr. Moskowitz earlier

24   that there was a legal opinion obtained.  Do you

25   understand this document to be that legal opinion?



```
 1          A.   I can't trust legal opinions.  I'm not
 2   sure of your question.
 3          Q.   Did the Mavericks rely on this
 4   McCarter and English letter in undertaking the
 5   relationship with Voyager?
 6          A.   That's a legal question.  I can't
 7   respond to that.
 8          Q.   And you have no recollection of seeing
 9   this document prior to your preparation for this
10   deposition?
11          A.   No.
12          Q.   Okay.
13               MS. ALEXANDER:  Let's move on to 318.
14               MR. KAYE:  You mean 358?
15               MS. ALEXANDER:  No, this one.
16               MR. KAYE:  318.
17   BY MS. ALEXANDER:
18          Q.   The next document should be a one-page
19   instant message.  Let me know when you see that?
20          A.   PX85A?
21          Q.   No.
22               MR. KAYE:  318.
23               MS. ALEXANDER:  It's above it.
24               THE WITNESS:  Text message?
25   BY MS. ALEXANDER:
```



 1           Q.    Yes.  Let me know when you're ready?

 2           A.    Ready.

 3           Q.    So looking -- looking down in the

 4    conversation bubble, I see from, there's a number,

 5    and it says, "Clay, Christopher, to" -- there's a

 6    number -- "Billy Phillips home."

 7                 Do you see that?

 8           A.    Yes.

 9           Q.    Is the number listed there your phone

10    number?

11           A.    My cell number, yes.

12           Q.    And the content of the message reads,

13    "Everyone at Voyager okay today?  Where are we with

14    damage control?"

15                 Do you see that?

16           A.    Yes.  The date was the 27th.

17           Q.    And what happened on October 27, 2021?

18           A.    Clay was not on the inside of all the

19    conversations, so he was probably just checking the

20    status of the press conference.  It was on again,

21    off again, on again, off again so many times.  Clay

22    was probably just kind of concerned where we stand

23    with the next steps that will take place, and

24    Voyager expressed, you know, concerns, and Clay

25    probably got wind of that and he was just checking



 1   on status.

 2          Q.   So what damage is he referring to

 3   here?

 4          A.   At this point, the contract was not

 5   signed and the press conference was in question, so

 6   if there was no press conference, I think he was

 7   worried that there may have been some pushback from

 8   the sponsor of Voyager.

 9          Q.   So let's look at our last document,

10   and that's going to be 85A.  This is a large

11   document.  Please let me know when you have

12   downloaded it.

13          A.   It's taking a while.  It's downloaded.

14          Q.   Okay.  Do you recognize this document?

15          A.   Yes.

16          Q.   What do you recognize it to be?

17          A.   A recap.

18          Q.   And what is a recap?

19          A.   A recap is a listing of our assets

20   that were completed during this season.  I'm just

21   checking to see if it was a year-end or media

22   recap.  Sorry.  It's not on the format that I'm

23   used to.  I believe it's year-end recap.

24          Q.   So, this deck recaps all of the

25   Voyager-related activation that happened within the



1  '21/'22 season; is that correct?

2          A.   Yes.

3          Q.   Okay.  And that's all we need with

4  that document.

5               Finally, Mr. Phillips, between

6  October 29th, 2021, when the agreement was finally

7  signed, and the end of the 2022 -- 2021/2022

8  season, did the Mavericks ever consider terminating

9  the Voyager's sponsorship?

10         A.   No.

11              MS. ALEXANDER:  Thank you very much,

12         Mr. Phillips.  I appreciate your time

13         today.

14              THE WITNESS:  Thank you.

15              MS. ALEXANDER:  We can go off the

16         record briefly.

17              THE VIDEOGRAPHER:  All right.  The

18         time is 4:06 p.m.  We are off the record.

19              (Thereupon, a short recess was

20         taken.)

21              THE VIDEOGRAPHER:  All right.  The

22         time is now 4:17 p.m.  We are back on the

23         record.

24

25



```
 1                    CROSS-EXAMINATION

 2    BY MR. BEST:

 3         Q.   Hi, Billy.  I'm Steven Best, and as

 4    you know, I represent Mark Cuban and the Dallas

 5    Mavericks.  I'm going to just have a few questions

 6    for you today to clarify some answers that you've

 7    gave throughout the day today.

 8              Can you -- on your -- on the computer

 9    that's in front of you, can you pull up Plaintiff's

10    Exhibit 304?  And if you need help, it won't be me,

11    but Rachel will help you get it up.  Let me know

12    when you have it up.

13         A.   I have it up.

14         Q.   Turning your attention to the first

15    page of Plaintiff's Exhibit 304 with Bates number

16    Mavs Cuban 00004617, do you see an e-mail response

17    in the middle of this page by Mark Cuban?

18         A.   The bottom right-hand corner says,

19    "40 --

20         Q.   4617 is the front page.

21         A.   I have it, yes.

22         Q.   Middle of the page, do you see an

23    August 25th, 2021, e-mail from Mark Cuban?

24         A.   Yes.

25         Q.   Okay.  And can you read Mr. Cuban's
```



1    response into the record?

2              MR. MOSKOWITZ:  Objection, form.  And

3         could I have a standing objection on form.

4         I won't say it again.

5              MR. BEST:  Sure.

6              MR. MOSKOWITZ:  Leading.

7    BY MR. BEST:

8         Q.   Okay.  Can you read it into the

9    record?

10        A.   "We strongly -- we have strong

11   interest from Voyager as a crypto" --

12        Q.   On August 25, 2021, at 12:12 a.m.,

13   Mark Cuban wrote -- and it starts, "I'll dig in

14   some more."

15             Do you see that?

16        A.   Yes, sir.

17   Okay.  And do you see the next sentence after,

18   "I'll dig in some more"?

19        A.   Yes.

20        Q.   Okay.  What does that say?

21        A.   That he will not --

22        Q.   No.  What does the sentence say,

23   Billy?

24        A.   "I'll dig into some more.  The one

25   thing we can't do is push a token as being better



BILLY PHILLIPS                                          April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                        271

1   than others or claiming it's a good investment."

2          Q.   And then how does Mr. Cuban end the

3   e-mail?

4          A.   "So that's important to them.  That's

5   an issue."

6          Q.   Okay.  Do you understand that to have

7   been Mr. Cuban's position as governor of the Dallas

8   Mavericks, as regards to any discussions with

9   Voyager on the sponsorship agreement?

10         A.   Yes.

11         Q.   Did that ever change in any way,

12  shape, or form?

13         A.   Never.

14         Q.   And when Mr. Cuban gave the presence

15  conference on October 27th, 2021, did he do so

16  solely as the governor of the Dallas Mavericks?

17         A.   Yes, he did.

18         Q.   Did he do in any way, shape, and form

19  in his personal capacity?

20         A.   No.

21         Q.   Did he have anything to do with the

22  Voyager sponsorship in his personal capacity?

23         A.   None.

24         Q.   Let me turn your attention to the

25  sponsorship agreement.  And I apologize, I don't



 1  know what plaintiff's exhibit number that is.

 2          MR. KAYE:  Plaintiff's Exhibit 7.

 3  BY MR. BEST:

 4          Q.  Exhibit 7, Billy?

 5          A.  Yes.

 6          Q.  I want you to look at it for a second

 7  and confirm this is a true and accurate copy of the

 8  final sponsorship agreement that was signed between

 9  the Dallas Mavericks and Voyager.

10          A.  Yes, it is.

11          Q.  Okay.  And who signed it on behalf of

12  the Dallas Mavericks?  It's on the last page of it.

13          A.  It was Matt Wojciechowski, our chief

14  financial officer.

15          Q.  Okay.  And those are the -- his -- his

16  initials on the end of the document?  I apologize.

17  Yeah, at the end of the document or in the

18  exhibits --

19          A.  Yes.  I was looking at the left side.

20  Yes, right side is Dallas.  That was Matt's

21  signature.

22          Q.  It looks like it was a DocuSign or

23  something like that.

24          A.  Yes.

25          Q.  Was the sponsorship agreement that



1  you're looking at right now ever amended in any

2  way, shape, or form to the best of your knowledge?

3          A.   No.

4          Q.   So this was the one operating document

5  between the Dallas Mavericks and Voyager?

6          A.   Yes.

7          Q.   Okay.  Do you remember a discussion

8  earlier today as to what, if any, assurances or

9  comfort that Voyager gave to the Dallas Mavericks

10  regarding the legality of -- of Voyager and their

11  actions in their offering?  Do you remember talking

12  about that earlier?

13          A.   Yes.  There is language in here

14  that --

15          Q.   I'm just -- do you remember talking --

16          A.   Yes, I do.

17          Q.   Okay.  Can you turn to page 2 of the

18  sponsorship agreement, please?

19          A.   Yes.

20          Q.   And can you look at paragraph 3.03

21  with me here?

22          A.   Yes.

23          Q.   And can you look at 3.03 at the top

24  and then look at the language in 3.03A.

25               Do you see that?



```
 1              A.   I do.
 2              Q.   Okay.  Do you see that the sponsorship
 3    agreement states, "Sponsor" -- and who is the
 4    sponsor to this agreement?
 5              A.   Voyager.
 6              Q.   Okay.  And so, "Voyager hereby
 7    warrants and covenants as to the following."
 8              Do you see that?
 9              A.   I do.
10              Q.   And then paragraph A says, "All
11    tokens, cryptocurrency, and other tradable digital
12    products offered or promoted by sponsor" -- and you
13    just said sponsor is Voyager, correct?
14              A.   Correct.
15              Q.   " -- including but not limited to
16    nonrefundable tokens and all other offerings or
17    sponsor -- of sponsor, by sponsor are in compliance
18    with all applicable statutes, rules, regulations,
19    permits, codes, regulatory guidance, and laws of
20    any type.  Collectively, laws.  And sponsor shall
21    use its best commercially reasonable efforts to
22    ensure that all tokens and other offerings remain
23    in compliance with laws throughout the duration of
24    the term."
25                   Do you see that?
```



1        A.   I do.

2             MR. MOSKOWITZ:  Objection to form.

3   BY MR. BEST:

4        Q.   Okay.  Do you see that?

5        A.   Yes, I do.

6   Was that operative term in the sponsorship

7   agreement ever amended or rescinded in any way,

8   shape, or form?

9        A.   No.

10       Q.   Was this operative term in place

11  throughout the duration of the sponsorship?

12       A.   Yes, it was.

13       Q.   Now, you said that the NBA provided

14  certain language as to this part of the agreement.

15            Do you know whether that -- this

16  language was actually provided by the NBA?

17       A.   I do not know that.

18       Q.   Okay.  Is your understanding that the

19  NBA, though, reviewed this language before blessing

20  the Dallas Mavericks to enter into the sponsorship?

21       A.   Yes, I do.

22       Q.   And this was -- was this important to

23  the Dallas Mavericks, to have a representation and

24  warranty like this?

25            MR. MOSKOWITZ:  Objection to form.



```
 1              THE WITNESS:  Yes, it was.
 2    BY MR. BEST:
 3          Q.   And why was it important?
 4          A.   It allows us to understand that the
 5    information put forth from Voyager was true and
 6    accurate.
 7          Q.   Okay.  And along with being true and
 8    accurate, was it important that Voyager represent
 9    that -- that the cryptocurrency exchange and -- and
10    their offering and their platform was in compliance
11    with laws?
12          A.   Yes.
13          Q.   Please turn your attention to 303F on
14    page 3.  So I'm turning your -- do you see 303F?
15          A.   Yes.
16          Q.   Okay.  And 303F reads, "Sponsor hereby
17    represents warrants and covenants that sponsor" --
18    again, is sponsor Voyager?
19          A.   Yes.
20          Q.   -- "sponsor shall not promote any
21    specific cryptocurrency in connection with this
22    sponsorship package, the rights provided under the
23    agreement, or club."
24              Do you see that?
25          A.   Yes, I do.
```



```
 1            Q.   So how do you -- how do you understand
 2     this obligation by Voyager?
 3            A.   That we cannot promote any specific
 4     cryptocurrency in the package.
 5            Q.   Okay.  Does this say that Voyager
 6     shall not promote any specific cryptocurrency?
 7            A.   Yes.
 8            Q.   Okay.  So Voyager, under this
 9     sponsorship agreement, was not allowed to promote
10     VGX, their token --
11            A.   Yes.
12            Q.   -- correct?
13            A.   Yes.
14            Q.   Let me now also turn your attention to
15     3.03G, same on page 3.  Do you see 3.03G?
16            A.   Yes.
17            Q.   Do you see that 3.03G state,
18     "Sponsor" -- again, Voyager -- "hereby represents
19     warrants and covenants as to the following, that
20     sponsor" -- Voyager -- "acknowledges that club" --
21     who is club?
22            A.   Dallas Mavericks.
23            Q.   That the Dallas Mavericks is relying
24     solely on sponsor, Voyager, to ensure the legality
25     of all advertising, marketing, promotion undertaken
```



 1   by sponsor -- again, Voyager -- including, but not

 2   limited to, the sponsorship package and any make

 3   goods hereunder and all sponsor content included

 4   therein."

 5            Do you see that?

 6        A.   Yes, I do.

 7        Q.   All right.  Was that provision

 8   important to the Dallas Mavericks to have in this

 9   sponsorship agreement?

10        A.   Yes, it was.

11        Q.   And why was that?

12        A.   We're relying on the truthfulness of

13   Voyager.

14        Q.   And were you relying upon the Voyager

15   to say that they would be in compliance with all

16   regulations and laws regarding their marketing?

17        A.   Yes.

18        Q.   Let me turn your attention to page 10

19   of this same sponsorship agreement, entitled

20   "Independent Contractor."

21            Do you see that?

22        A.   Yes, I do.

23        Q.   Okay.  Do you see that in 14.01, there

24   is a provision as to the status of each of the

25   parties to in sponsorship agreement?



```
 1                   Do you see that?
 2           A.    I do.
 3           Q.    Okay.  Do where you see that it says,
 4   "The party shall be an act as independent
 5   contractors"?
 6                   Do you see that?
 7           A.    I do.
 8           Q.    All right.  And then the rest of the
 9   sentence says, "And under no circumstances shall
10   this agreement be construed as one of agency,
11   partnership, joint venture, or employment between
12   the parties."
13                   Do you see that?
14           A.    Yes, I do.
15           Q.    Was that provision ever amended during
16   the -- the period of time that this sponsorship
17   agreement was in place and effective?
18           A.    No, never.
19           Q.    Okay.  As regards -- let's -- let's
20   delve into this just a little bit more.
21                   Did the Mavericks ever consider
22   themselves an agent to Voyager?
23           A.    No.
24                   MR. MOSKOWITZ:  Objection to form.
25   BY MR. BEST:
```



BILLY PHILLIPS                                          April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                        280

```
 1                Q.   Did -- did the Mavericks -- strike
 2     that.
 3                     Did Voyager ever dictate terms to the
 4     Mavericks as to how to conduct themselves under the
 5     sponsorship agreement?
 6                A.   No.
 7                Q.   Did Voyager ever tell the Mavericks
 8     that they insist that they market in a certain way?
 9                A.   No.
10                Q.   Did they Voyager do anything to insist
11     that they speak about Voyager in any way, shape, or
12     form?
13                A.   Never.
14                Q.   Did Voyager ever dictate any terms of
15     how the Mavericks should act regarding Voyager?
16                A.   No.
17                Q.   As regards to partnership, in the
18     sports world, does -- do -- do professional teams
19     use the term "partnership" and "sponsorship"
20     interchangeably?
21                A.   Yes.
22                Q.   And why is that?
23                A.   Sponsorship and partnership are used
24     interchangeably because it's just an acronym that
25     we apply to in different conversations that we,
```



1  just to have meaning to us as a nonlegal entity.

2  It's more of a relationship and not a transaction,

3  but has no illegal implications.

4          Q.   Okay.  Did you share in the profits in

5  any way, shape, or form with Voyager?

6          A.   No.

7          Q.   All right.  Did you have access to

8  Voyager's books and records?

9          A.   Never, no.

10          Q.   Did you share in any losses with

11  Voyager?

12          A.   No.

13          Q.   Did you -- strike that.  The -- you

14  can put -- put away the sponsorship agreement.  You

15  have the confidential destination about the lawyer

16  --

17              MR. BEST:  Can we go off the record

18          for a second.

19              THE VIDEOGRAPHER:  All right.  The

20          time is now 4:33 p.m.  We are now off the

21          record.

22              (Thereupon, a short recess was

23          taken.)

24              THE VIDEOGRAPHER:  All right.  The

25          time is now 4:35 p.m.  We are back on the



```
 1              record.
 2    BY MR. BEST:
 3         Q.   Okay.   Turning your attention to
 4    Plaintiff's Exhibit 47, can you turn to the second
 5    page of the document with Bates number Mavs Cuban
 6    00015905?
 7         A.   I recall I made an error in my
 8    previous conversation.  I had mentioned players
 9    received more than ████, but after seeing -- even
10    before seeing this document, I remember that they
11    were only paid ████.  It was a combination of
12    ██████ in Bitcoin and ██████ in VGX.
13         Q.   Okay.  Thank you for that
14    clarification.
15              MR. MOSKOWITZ:  And I say objection to
16         the question.  I have the form --
17              MR. BEST:  I didn't ask a question.
18              MR. MOSKOWITZ:  You told him to read
19         something into the record.
20              MR. BEST:  I didn't.  I really didn't.
21              MR. MOSKOWITZ:  It's leading.
22              MR. BEST:  I didn't.
23              MR. MOSKOWITZ:  You just said pull
24         this up.  We've just talked about something
25         out there, and now you want -- objection,
```



```
 1              leading.  That's all.  Leading.
 2                   MR. BEST:  Okay.
 3                   MR. MOSKOWITZ:  Leading.  You can't
 4              tell a witness to read something on
 5              redirect.  How is that not leading?  But I
 6              shouldn't say a word.
 7   BY MR. BEST:
 8        Q.   Okay.  So I didn't ask you a question,
 9   but I want you -- I'm glad you made a
10   clarification.  And so that the record is
11   absolutely clear, do you see the statement
12   contained at the top of Mavs Cuban 15905?
13        A.   Yes.
14        Q.   All right.  Does this refresh your
15   recollection as to an earlier prior statement?
16                   MR. MOSKOWITZ:  Objection, form and
17              leading.
18                   THE WITNESS:  I recollected it pretty
19              much right after I said the incorrect
20              statement and didn't correct myself, but
21              yes, this makes it clear.  Yes.
22   BY MR. BEST:
23        Q.   Okay.  My question past this is:  Do
24   you understand the Mavericks to consider what
25   payments are made to players to be confidential
```



```
 1   proprietary information?

 2           A.   Yes --

 3                MR. MOSKOWITZ:  Objection to form.

 4           Objection, leading.

 5                THE WITNESS:  Yes, I do.

 6   BY MR. BEST:

 7           Q.   Okay.  And why is that?

 8                MR. MOSKOWITZ:  Same objection.

 9                THE WITNESS:  Confidentiality of

10           player salaries and promotions is something

11           that could be detrimental to future

12           negotiations and just something that is a

13           legal area that we do not discuss.

14   BY MR. BEST:

15           Q.   Okay.  Do you remember speaking in the

16   answering Mr. Moskowitz' questions earlier today

17   about the Mavs 100 cup?

18           A.   Yes, I do.

19           Q.   I want to focus upon the payment

20   arrangements under the sponsorship agreement.

21   Were -- under the sponsorship agreement terms, were

22   the Dallas Mavericks paid irrespective of the

23   success of any promotional campaign?

24           A.   We were paid ███████████

25           Q.   And with that ████████████ did it
```



```
1   matter how many sign-ups that Voyager received?

2         A.   No.  There was no additional bonus or

3   anything that would give us additional moneys.

4         Q.   Do you know what a success fee is?

5         A.   Yes, I do.

6         Q.   All right.  What is a success fee in

7   your -- in your head?

8         A.   In this particular situation, a

9   success fee could be based on the number of

10  sign-ups that Voyager had and we'd get an

11  additional bonus based on the success of their

12  promotion.

13        Q.   And did you have a success fee

14  arrangement with Voyager?

15        A.   No, we did not.

16        Q.   Okay.  Did you ever receive from

17  Voyager any updates in terms of data as to the

18  amount of sign-ups that Voyager received on behalf

19  of the Mavericks' promotion on October 27th, 2021?

20        A.   Through the briefing, yes, there was

21  an initial number of          .  And through the

22  briefing, I saw documentation that it was

23  through a ledger that Voyager provided.

24        Q.   Okay.  And that wasn't -- that didn't

25  trigger any extra money, though, from Voyager to
```



```
 1    the Mavericks, correct?

 2            A.   No.

 3            Q.   Again, did the Mavericks receive the

 4    ███████ sponsorship fee irrespective of the

 5    amount of sign-ups?

 6            A.   Yes, we did.

 7            Q.   Huh, counsel also showed you a legal

 8    opinion from McCarter and English.

 9                 Do you recall that?

10            A.   Yes, I do.

11            Q.   Was that part of the due diligence

12    that the Mavericks undertook before entering into

13    the sponsorship agreement with Voyager?

14            A.   Yes, it was.

15            Q.   And was -- did Voyager provide that

16    legal opinion to the Dallas Mavericks?

17            A.   Yes.

18                 MR. BEST:  I have no further

19            questions.

20                 MR. MOSKOWITZ:  If I'm going to do a

21            redirect, I have, like, two or three

22            questions, do you want me to wait?  Can I

23            do it now?

24                 MR. BEST:  Yes.

25
```



```
 1                    REDIRECT EXAMINATION
 2   BY MR. MOSKOWITZ:
 3        Q.    Okay.  I just have a couple of
 4   questions.  You just said that there was a certain
 5   amount that you were told of people that signed up
 6   from the October 7th, status press conference,
 7   correct?
 8        A.    Correct.
 9              MS. WOLKINSON:  Objection.
10   BY MR. MOSKOWITZ:
11        Q.    How many -- what number did you say?
12   You said, like, █████?
13        A.    So in my original conversation with
14   you, we whittled down because we talked about the
15   one billion impressions, and it came down to actual
16   people that signed up for the app and that had to
17   follow-up with the $100 that they would submit and
18   then, of course, the transaction, they had to make
19   a trade, and then they would get the Mavs 100.
20              In that 48-hour period, I had said in
21   the original comments between ████████  I
22   recall through our investigation of briefing that I
23   did see a document provided by Voyager that put
24   that number at █████.
25        Q.    I'm just trying to understand.  So
```



1   there's a number -- a Mavs' code that people could

2   use.  So somebody went back and looked how many

3   people used the Mavs' code.  And then you did more

4   work, and you're saying from that number, you

5   looked to see who actually followed up and who

6   invested, and that number is about ████████████

7            A.     █████.  That was provided by --

8            Q.     Do you know how many people used the

9   Mavs' code?

10           MR. KNIGHT:  Finish your answer.

11  BY MR. MOSKOWITZ:

12           Q.     How many people used the Mavs' code?

13           A.     According to the Voyager

14  documentation, it was ██████.

15  Is this confidential?  Did somebody tell you

16  not to mention how many people used the

17  Mavericks' code -- the Mavs' code?

18           A.     I was not told it was confidential.

19           Q.     That was the first number.  And then

20  the second number, you talked about now the ██████.

21  This morning, you said ██████ is a routine number.

22  Everybody knows it's got to be under ██████because

23  that's the NBA rule, correct?

24           MS. WOLKINSON:  Objection.

25           MR. MOSKOWITZ:  Okay.  Okay.  Okay.



```
 1              Objection to form.  I don't objection -- go
 2              ahead.  Objection to form.
 3    BY MR. MOSKOWITZ:
 4         Q.   This morning, you said the ▮▮▮▮
 5    amount is a well-recognized NBA rule, so everybody
 6    knows it's got to be under the ▮▮▮▮amount?
 7         A.   It's actually not the NBA rule.  The
 8    NBAPA suggests ▮▮▮▮.  We feel some of our players
 9    are -- it's all about the ask and the time.  And we
10    base the ask and the time on that basis, so the
11    privileges of us not divulging what the fee would
12    be north of ▮▮▮▮is really confident to us.
13         Q.   Sure.  Okay.
14              MR. MOSKOWITZ:  No further questions.
15              I just didn't understand the one about the
16              recall, because that was the first basis of
17              the three numbers.
18              MR. BEST:  The ▮▮▮▮doesn't have to
19              do anything with discussion.
20              MR. MOSKOWITZ:  He says --
21              MR. BEST:  The number of Voyager
22              impressions and sign-ups is not Mavericks
23              proprietary information.  That's Voyager's
24              data.
25              MS. WOLKINSON:  That's Voyager data.
```



```
1        MR. MOSKOWITZ:  He's saying the
2   number -- that's the eventual number -- is
3   those people that use the Mavs' code that
4   followed through and went through with the
5   process.
6        MR. BEST:  I understand.  That's
7   not --
8        MS. WOLKINSON:  That comes from
9   Voyager.
10       MR. BEST:  That has nothing to do
11  with --
12       MR. MOSKOWITZ:  So how is the number
13  confidential?  You said -- we said the
14  number of people --
15       MR. KNIGHT:  Voyager designated that
16  document confidential, so --
17       MR. MOSKOWITZ:  Voyager is not
18  complaining.
19       MR. BEST:  I'm not focused on the
20  ████.  It's not --
21       MS. WOLKINSON:  They've designated it
22  as confidential.  Voyager has.
23       MR. MOSKOWITZ:  Okay.
24       MS. WOLKINSON:  Right.  That's what I
25  mean.  Voyager has designated it as
```



BILLY PHILLIPS                                          April 16, 2024
DOMINIK KARNAS V. MARK CUBAN                                       291

1 | confidential.

2 |     MR. BEST:  We're done.

3 |     THE VIDEOGRAPHER:  The time is now

4 | 4:44 p.m.

5 |     MADAM COURT REPORTER:  Are you guys

6 | ordering expedite?

7 |     MR. KAYE:  Rough.  And then --

8 |     MS. ALEXANDER:  Regular delivery.

9 |     MR. KAYE:  Expedited.

10 |     MR. BEST:  Rough and expedite.

11 |     (Thereupon, the deposition was

12 | concluded at 4:44  p.m.)

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |



```
 1                    CERTIFICATE OF SHORTHAND REPORTER

 2

     STATE OF FLORIDA   )
 3                      )   SS.
     COUNTY OF DALLAS    )
 4
                     I, Marvalencia Miller, Florida
 5   Professional Reporter, do hereby certify that I was
     authorized to and did stenographically report
 6   deposition of BILLY PHILLIPS, that a review of the
     transcript was requested; and that the foregoing
 7   transcript, pages 1 through 291 is a true record of
     my stenographic notes.
 8
                     I FURTHER CERTIFY that I am not a
 9   relative, employee, or attorney, or counsel of any
     of the parties, nor am I a relative or employee of
10   any of the parties' attorney or counsel connected
     with the action, nor am I financially interested in
11   the action.

12                   DATED, this 17th day of April 2024.

13

14          Marvalencia Miller
     _____
15   MARVALENCIA MILLER

16

17

18

19

20

21

22

23

24

25
```



```
 1                    CERTIFICATE OF OATH

 2

 3   STATE OF FLORIDA

 4   COUNTY OF DALLAS

 5

 6

 7              I, the undersigned authority, certify

 8   that BILLY PHILLIPS personally appeared before me

 9   and was duly sworn.

10              WITNESS my hand and official seal this

11   17th day of April, 2024.

12

13

14

15   _ Marvalencia Miller _ _

16   MARVALENCIA MILLER
     Notary Public State of Florida
17   My commission Expires: 8-6-26
     Commission #HH 148575
18

19

20

21

22

23

24

25
```



```
 1                       ERRATA SHEET

 2             I, BILLY PHILLIPS, do hereby acknowledge

 3    that I have read this transcript and find it to be

 4    accurate except for the corrections noted below.

 5

 6    PAGE       LINE       /

 7    PAGE       LINE       /

 8    PAGE       LINE       /

 9    PAGE       LINE       /

10    PAGE       LINE       /

11    PAGE       LINE       /

12    PAGE       LINE       /

13    PAGE       LINE       /

14    PAGE       LINE       /

15    PAGE       LINE       /

16

17

18

19

20                         Billy Phillips

21

22         Signed and dated this      day of

23    2024.

24

25
```



# Plaintiffs'

# Exhibit 7

(Defendants contend this
exhibit must be filed under seal)

# Plaintiffs' Exhibit 31

**Kyle Tapply**

From:     Kory Nix
Sent:     Wed 9/15/2021 8:45 PM (GMT-00:00)
To:       Billy Phillips; Clay Christopher; Kyle Tapply
Cc:       Ryan Mackey
Bcc:
Subject: RE: Gronk + VGX—does it get any better?


Yep, looking forward to it, we have all done tons of research in this category to ramp up and learning more everyday so we should be able to activate some cool ideas around the space, pretty exciting.
KN


**From:** Billy Phillips <Billy.Phillips@dallasmavs.com>
**Sent:** Wednesday, September 15, 2021 3:36 PM
**To:** Clay Christopher <Clay.Christopher@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Fwd: Gronk + VGX—does it get any better?

More detailed information coming.
Below is their newsletter I just received.

Thanks,
Billy Phillips
Dallas Mavericks


Begin forwarded message:

> **From:** Voyager <no-reply@investvoyager.com>
> **Date:** September 15, 2021 at 3:27:25 PM CDT
> **To:** Billy Phillips <Billy.Phillips@dallasmavs.com>
> **Subject: Gronk + VGX—does it get any better?**
> **Reply-To:** no-reply@investvoyager.com



Hi billy ,

CONFIDENTIAL

EXHIBIT
31

MAVSCUBAN00018517

The Voyager Loyalty Program is unlocking your crypto potential, and VGX is the key.

With 7% staking rewards, crypto back on trades, and more, the new VGX, Voyager's native rewards token, takes your crypto journey to the next level

Why stack VGX? Our latest video has a few reasons.



## Have you met our new best friend? ☐

We're on the same team with NFL superstar and Tampa Bay Buccaneers tight end, Rob Gronkowski, with the endgame of bringing crypto to all. You can read more about this exciting partnership here.

We invited our BFF. Now, it's time for *you* to get your friends into the crypto game with Gronk and Voyager ☐

Click the button below to share your unique referral code with your friends. When they sign up and complete their first trade of $100 or more, you will both receive $25 in Bitcoin.

What are you waiting for? It's time to get in the game.

MAVSCUBAN00018518

## Voyager uplisted to the TSX

In case you missed it, Voyager officially uplisted to the Toronto Stock Exchange (TSX) last week in another big step toward the future of crypto.

You can now find Voyager on the TSX under the stock ticker VOYG. Check with your broker to see if they support the trading of TSX stocks.

Voyager stock is also available Over-the-Counter (OTC) through many US brokerages and can be purchased via the symbol VYGVF.

Thanks,

Team Voyager

MAVSCUBAN00018519



©2021 Voyager Digital, LLC. VOYAGER is a trademark of Voyager IP, LLC, a wholly owned subsidiary of Voyager Digital Ltd. All services provided by Voyager Digital, LLC, a FinCEN registered company. Investments are subject to market risk. 2500 Plaza 5, 25th Floor, Jersey City, NJ 07311. All rights reserved. Terms of Use. Risk Disclosure. Unsubscribe.

Voyager VOYG is listed on the TSX. CANADA: VOYG | US: VYGVF

CONFIDENTIAL

# Plaintiffs' Exhibit 38B

(Defendants contend this exhibit must be filed under seal)

# Plaintiffs' Exhibit 43

**Kyle Tapply**

From:      Kory Nix
Sent:      Thu 10/07/2021 1:35 PM (GMT-00:00)
To:        Kyle Tapply; Ryan Mackey; Spencer Santora; Billy Phillips; Patrick Sorensen; Clay Christopher
Cc:
Bcc:
Subject: [No Subject]


Are there any marketing guidelines from NBA or do we expect any push back from legal regarding promoting fans investing in cryptocurrency from our assets? Will we have any issues with the offer? If the dollar deposit number ($100) equals the amount of crypto  $100 in Bit/ETH) you get seems like we should be fine cause it is free crypto but wasn't sure if there was any guidelines to review..

EXHIBIT
43

CONFIDENTIAL

MAVSCUBAN00018335

# Plaintiffs' Exhibit 85A

(Redacted)



EXHIBIT
85A









# PARTNERSHIP ANNOUNCEMENT

Voyager and the Dallas Mavericks collaborated on the launch of this unique partnership through Dallas Mavs Social Media, Voyager social media and a designated press release highlighting the partnership.

For the first time in the company's history, Voyager offered a $100 sign up reward for Mavs fans to celebrate the announcement.

**FAN OFFER**

**PRESS CONFERENCE MESSAGING**





MENU

## PARTNERSHIP ANNOUNCEMENT

Voyager and the Dallas Mavericks collaborated on the launch of this unique partnership through Dallas Mavs Social Media, Voyager social media and a designated press release highlighting the partnership.

For the first time in the company's history, Voyager offered a $100 sign up reward for Mavs fans to celebrate the announcement.

**FAN OFFER**

**PRESS CONFERENCE MESSAGING**





# PARTNERSHIP ANNOUNCEMENT EVENT

The Mavs x Voyager partnership announcement event was attended by local and national media, the Texas Blockchain Council, and Mavs players.

The players in attendance were tasked with asking Mark and Steve questions about Voyager and cryptocurrency to help fans and media understand what this new partner was bringing to the table.

In addition to the in-person event held at the Mavs Gaming Hub, the press conference was livestreamed on mavs.com garnering 3,700 viewers.





MENU

# GIFTING & SPECIAL OFFERS

The Dallas Mavericks and Voyager gifted media in attendance with personalized Mavs x Voyager pullovers.





MENU

# GIFTING & SPECIAL OFFERS

The Dallas Mavericks and Voyager gifted media in attendance with personalized Mavs x Voyager pullovers.





MENU

## PARTNERSHIP LAUNCH RESULTS

In total, the Mavs x Voyager partnership launch announcement received **59 pieces of coverage**, including **21 broadcast hits**, generating over **one billion online impressions** and **over 1.4 million broadcast views.**







**MENU**

# GAME NIGHT SPONSORSHIP

To promote the partnership announcement, Voyager was the presenting sponsor of the Mavs vs Spurs game on October 28, 2021.

With that sponsorship, Voyager received the following assets:

- Voyager $100k Crypto Shootout
- Voyager Karaoke Cam
- PAs promoting the Mavs100 Offer
- Seat drops promoting the Mavs100 Offer
- Pregame Interview with CEO Steve Ehrlich
- Halftime Presentation
- LED 360 Signage during Visiting Team Free Throws
- Sponsor of 1st Quarter Replays
- LED Scorer's Table Signage
- LED Stanchion Arm Signage

**VOYAGER KARAOKE CAM**

**HALFTIME PRESENTATION**

**PREGAME INTERVIEW**



 **MENU**

# GAME NIGHT SPONSORSHIP

To promote the partnership announcement, Voyager was the presenting sponsor of the Mavs vs Spurs game on October 28, 2021.

With that sponsorship, Voyager received the following assets:

- Voyager $100k Crypto Shootout
- Voyager Karaoke Cam
- PAs promoting the Mavs100 Offer
- Seat drops promoting the Mavs100 Offer
- Pregame Interview with CEO Steve Ehrlich
- Halftime Presentation
- LED 360 Signage during Visiting Team Free Throws
- Sponsor of 1st Quarter Replays
- LED Scorer's Table Signage
- LED Stanchion Arm Signage

**VOYAGER KARAOKE CAM**

**HALFTIME PRESENTATION**

**PREGAME INTERVIEW**



 **MENU**

# GAME NIGHT SPONSORSHIP

To promote the partnership announcement, Voyager was the presenting sponsor of the Mavs vs Spurs game on October 28, 2021.

With that sponsorship, Voyager received the following assets:

- Voyager $100k Crypto Shootout
- Voyager Karaoke Cam
- PAs promoting the Mavs100 Offer
- Seat drops promoting the Mavs100 Offer
- Pregame Interview with CEO Steve Ehrlich
- Halftime Presentation
- LED 360 Signage during Visiting Team Free Throws
- Sponsor of 1st Quarter Replays
- LED Scorer's Table Signage
- LED Stanchion Arm Signage

**VOYAGER KARAOKE CAM**

**HALFTIME PRESENTATION**

**PREGAME INTERVIEW**









 MENU

## VOYAGER $100K CRYPTO SHOOTOUT

To celebrate the partnership Voyager wanted to give one lucky MFFL the chance to go home with $100,000 worth of cryptocurrency.

Video of the promotion was shared on Mavs social media and received over 420,000 impressions and 3,500 engagements. It was also picked up by media outlets and received over 4,000,000 online and TV impressions.





 **MENU**

# MAVS EMPLOYEE EDUCATION EVENT

On December 17, 2021, Voyager held an education event for Mavs employees. This event served as a way for Voyager to introduce themselves to the Mavs staff in more of a private setting and also educate staff on an emerging business category.



 **MENU**

## MAVS EMPLOYEE EDUCATION EVENT

On December 17, 2021, Voyager held an education event for Mavs employees. This event served as a way for Voyager to introduce themselves to the Mavs staff in more of a private setting and also educate staff on an emerging business category.









# TV-VISIBLE LED SIGNAGE

Voyager received the following tv-visible LED signage in all Mavs locally televised home games
- 1 minute of Scorer's Table LED signage
- 1 minute of Stanchion Arm LED signage

**Nielsen TV Exposure Analytics**
**Scorer's Table**
- Total Exposure Time: 1 Hour, 17 minutes and 3 seconds
- 100% Media Equivalency:
- QI Media Value

**Stanchion Arm**
- Total Exposure Time: 1 hour, 33 minutes and 42 seconds
- 100% Media Equivalency
- QI Media Value

Data provided by Nielsen Sports Connect

**TV EXPOSURE EXAMPLES**



# TV-VISIBLE LED SIGNAGE

Voyager received the following tv-visible LED signage in all Mavs locally televised home games
- 1 minute of Scorer's Table LED signage
- 1 minute of Stanchion Arm LED signage

**Nielsen TV Exposure Analytics**
**Scorer's Table**
- Total Exposure Time: 1Hour, 17 minutes and 3 seconds
- 100% Media Equivalency
- QI Media Value:

**Stanchion Arm**
- Total Exposure Time: 1 hour, 33 minutes and 42 seconds
- 100% Media Equivalency
- QI Media Value:

Data provided by Nielsen Sports Connect

**TV EXPOSURE EXAMPLES**

 **MENU**

# TV-VISIBLE LED SIGNAGE

Voyager received the following tv-visible LED signage in all Mavs locally televised home games

- 1 minute of Scorer's Table LED signage
- 1 minute of Stanchion Arm LED signage

**Nielsen TV Exposure Analytics**

**Scorer's Table**

- Total Exposure Time: 1Hour, 17 minutes and 3 seconds
- 100% Media Equivalency:
- QI Media Value:

**Stanchion Arm**

- Total Exposure Time: 1 hour, 33 minutes and 42 seconds
- 100% Media Equivalency:
- QI Media Value:

Data provided by Nielsen Sports Connect

**TV EXPOSURE EXAMPLES**



 **MENU**

# TV-VISIBLE LED SIGNAGE

Voyager received the following tv-visible LED signage in all Mavs locally televised home games
- 1 minute of Scorer's Table LED signage
- 1 minute of Stanchion Arm LED signage

### Nielsen TV Exposure Analytics
#### Scorer's Table
- Total Exposure Time: 1Hour, 17 minutes and 3 seconds
- 100% Media Equivalency:
- QI Media Value:

#### Stanchion Arm
- Total Exposure Time: 1 hour, 33 minutes and 42 seconds
- 100% Media Equivalency:
- QI Media Value:

Data provided by Nielsen Sports Connect

## TV EXPOSURE EXAMPLES





MENU

## LED 360 RING ROTATION

Voyager received one placement in the LED 360 Ring Rotation during all Mavs home games during the 21-22 Season, starting on October 28, 2021. The signage received the following exposure:

**Total In-Arena Time: 2 Hours, 59 Minutes, 51 Seconds**

**Nielsen TV Exposure Analytics**
- Total Exposure Time: 3 minutes and 9 seconds
- 100% Media Equivalency:
- QI Media Value

**TV EXPOSURE EXAMPLES**



**MENU**

# LED 360 RING ROTATION

Voyager received one placement in the LED 360 Ring Rotation during all Mavs home games during the 21-22 Season, starting on October 28, 2021. The signage received the following exposure:

**Total In-Arena Time: 2 Hours, 59 Minutes, 51 Seconds**

**Nielsen TV Exposure Analytics**
- Total Exposure Time: 3 minutes and 9 seconds
- 100% Media Equivalency: ▮▮▮▮▮
- QI Media Value: ▮▮▮▮▮

**TV EXPOSURE EXAMPLES**







## LED 360 RING ROTATION

Voyager received one placement in the LED 360 Ring Rotation during all Mavs home games during the 21-22 Season, starting on October 28, 2021. The signage received the following exposure:

**Total In-Arena Time: 2 Hours, 59 Minutes, 51 Seconds**

**Nielsen TV Exposure Analytics**
- Total Exposure Time: 3 minutes and 9 seconds
- 100% Media Equivalency
- QI Media Value:

**TV EXPOSURE EXAMPLES**

 **MENU**

# SEAT BACK COVERS

Voyager received seat back covers on all seats in the first row of the baseline and sideline opposite the Scorer's table at American Airlines Center in all locally televised Mavs home games.

**Nielsen TV Exposure Analytics**

- Total Exposure Time: 22 minutes and 45 seconds
- 100% Media Equivalency: ▮▮▮▮▮
- QI Media Value: ▮▮▮▮



 MENU

# VIRTUAL SIGNAGE

Voyager received virtual on-court signage during 2 Mavs TV broadcasts. The signage received the following exposure:

- Total Exposure Time: 1 Hour and 38 seconds
- 100% Media Equivalency: ▇▇▇▇▇▇
- QI Media Value: ▇▇▇▇▇





# SIGNAGE SOCIAL MEDIA EXPOSURE

Voyager signage at American Airlines Center has appeared in 376 posts on Mavs social media. This includes, Scorer's Table LED, Stanchion Arm LED, 360 Ring LED and the Front Row Seat Backs.

### Social Media Exposure (as of 6/13/22):

- Total Impressions: ▓▓▓▓▓▓
- Total Engagements: ▓▓▓▓
- Brand Valuation: ▓▓▓▓

Data provided by Blinkfire Analytics



 **MENU**

# FAN CLAPPER BACK AD

Voyager has received an ad placement on the back of the Fan Clapper at 8 Mavs Home Games.

The fan clappers are distributed on seats at Mavs home Games. ▇ are distributed at each game.





MENU

# PREGAME PA

Voyager has received a thirty-one pregame PAs during the season.

- Mavs25 was promoted at 29 games
- Mavs50 was promoted at 2 games



 MENU

# FIRST QUARTER REPLAYS

Voyager is the sponsor of first quarter replays. This includes a PA announcement before the start of the quarter and logo inclusion on the jumbotron during all replays during the 1st Quarter.



 **MENU**

# ON-COURT PROMOTIONS

Voyager received four on-court promotions during the 2021-22 season. The promotions occurred on the following dates:

- Oct 28, 2021 vs Spurs - $100K Crypto Shootout (Partnership Launch Night)
- Jan 19, 2022 vs Raptors - Crypto Dash
- Mar 21, 2022 vs Timberwolves - Skee-Ball
- Apr 10, 2022 vs Spurs - Skee-Ball (Fan Appreciation Night)



 MENU

# SKEE-BALL CONCOURSE ACTIVATION

Before the game on March 21, 2022 the Voyager Skee-Ball was activated on the concourse at American Airlines Center. The highest scoring participant was given the opportunity to play Skee-Ball on the court during a timeout.

Each participant received a Voyager x Mavs T-Shirt





**MENU**

# SKEE-BALL CONCOURSE ACTIVATION

Before the game on March 21, 2022 the Voyager Skee-Ball was activated on the concourse at American Airlines Center. The highest scoring participant was given the opportunity to play Skee-Ball on the court during a timeout.

Each participant received a Voyager x Mavs T-Shirt



 **MENU**

# SKEE-BALL CONCOURSE ACTIVATION

Before the game on March 21, 2022 the Voyager Skee-Ball was activated on the concourse at American Airlines Center. The highest scoring participant was given the opportunity to play Skee-Ball on the court during a timeout.

Each participant received a Voyager x Mavs T-Shirt





 **MENU**

# MAVS BALL

Voyager was the Entertainment Sponsor at the 2022 Mavs Ball, which took place at American Airlines Center on March 4, 2022.

**Entertainment Partner:**

- Silver Table of ten (10) at event
- Logo/name on screen during special guest entertainment and live band
- Logo/name included in e-mail announcement of entertainment
- Name recognition in program at event
- One (1) logo on Mavs Ball event page on Mavs.com/mavsball
- Name listed in one (1) Dallas Mavericks Press Release
- Specialty VIP gift

(Sorry the best group photo had Erika's eyes closed)

**VIEW IMAGES**



















**MENU**

# BUCKETS FOR ALL

Starting on February 16, the Mavs and Voyagers begin highlighting the Mavs player with the most assists during the game the day before.

The player was highlighted on social media the day after a Mavs win.

Post Analytics:
- 53 total posts across all channels
- 2,891,337 total impressions
- 122,843 total engagements
- ▓▓▓▓▓▓ total post valuation



 **MENU**

# MAVS.COM WEB ADS

Voyager utilized web ads on mavs.com to promote the Mavs25 offer starting on April 22, 2022.

The ads received the following exposure (as of 6/14/22):

- Total Impressions: 446,029
- Total Ad Clicks: 230







MENU

# PARTY ON THE PLAZA

Voyager sponsored the pregame Party on the Plaza before Fan Appreciation Night on April 10, 2022. Voyager was included on promotion of the party and signage on the plaza. Voyager had a sponsored booth to hand out giveaway items and promote sign ups.

A Mavs Legend autograph session was held during the party with Jason Terry, Devin Harris, Rolando Blackman, and Eddie Najera.

Promotion:

- In-Arena PAs: Two (3/29 and 4/8)
- Mavs Social Media:
  - 3 posts, 120k impressions
- Mavs Email:
- TV Drop-Ins: One (4/8)
- Radio: Twenty-four (:15) second spots
- Mavs.com Top Story: April 5-10
- Mavs.com Landing Page

**PROMOTIONAL ASSETS**

**TV DROP-IN**



 **MENU**

# PARTY ON THE PLAZA

Voyager sponsored the pregame Party on the Plaza before Fan Appreciation Night on April 10, 2022. Voyager was included on promotion of the party and signage on the plaza. Voyager had a sponsored booth to hand out giveaway items and promote sign ups.

A Mavs Legend autograph session was held during the party with Jason Terry, Devin Harris, Rolando Blackman, and Eddie Najera.

Promotion:
- In-Arena PAs: Two (3/29 and 4/8)
- Mavs Social Media:
  - 3 posts, 120k impressions
- Mavs Email:
- TV Drop-Ins: One (4/8)
- Radio: Twenty-four (:15) second spots
- Mavs.com Top Story: April 5-10
- Mavs.com Landing Page

**PROMOTIONAL ASSETS**

**TV DROP-IN**



 MENU

# PARTY ON THE PLAZA

Voyager sponsored the pregame Party on the Plaza before Fan Appreciation Night on April 10, 2022. Voyager was included on promotion of the party and signage on the plaza. Voyager had a sponsored booth to hand out giveaway items and promote sign ups.

A Mavs Legend autograph session was held during the party with Jason Terry, Devin Harris, Rolando Blackman, and Eddie Najera.

Promotion:
- In-Arena PAs: Two (3/29 and 4/8)
- Mavs Social Media:
  - 3 posts, 120k impressions
- Mavs Email:
- TV Drop-Ins: One (4/8)
- Radio: Twenty-four (:15) second spots
- Mavs.com Top Story: April 5-10
- Mavs.com Landing Page

**PROMOTIONAL ASSETS**

**TV DROP-IN**



 **MENU**

# PARTY ON THE PLAZA

Voyager sponsored the pregame Party on the Plaza before Fan Appreciation Night on April 10, 2022. Voyager was included on promotion of the party and signage on the plaza. Voyager had a sponsored booth to hand out giveaway items and promote sign ups.

A Mavs Legend autograph session was held during the party with Jason Terry, Devin Harris, Rolando Blackman, and Eddie Najera.

Promotion:

- In-Arena PAs: Two (3/29 and 4/8)
- Mavs Social Media:
  - 3 posts, 120k impressions
- Mavs Email:
- TV Drop-Ins: One (4/8)
- Radio: Twenty-four (:15) second spots
- Mavs.com Top Story: April 5-10
- Mavs.com Landing Page

**PROMOTIONAL ASSETS**

**TV DROP-IN**



 **MENU**

# PARTY ON THE PLAZA

Voyager sponsored the pregame Party on the Plaza before Fan Appreciation Night on April 10, 2022. Voyager was included on promotion of the party and signage on the plaza. Voyager had a sponsored booth to hand out giveaway items and promote sign ups.

A Mavs Legend autograph session was held during the party with Jason Terry, Devin Harris, Rolando Blackman, and Eddie Najera.

Promotion:
- In-Arena PAs: Two (3/29 and 4/8)
- Mavs Social Media:
  - 3 posts, 120k impressions
- Mavs Email:
- TV Drop-Ins: One (4/8)
- Radio: Twenty-four (:15) second spots
- Mavs.com Top Story: April 5-10
- Mavs.com Landing Page

**PROMOTIONAL ASSETS**

**TV DROP-IN**







# PARTY ON THE PLAZA

Voyager sponsored the pregame Party on the Plaza before Fan Appreciation Night on April 10, 2022. Voyager was included on promotion of the party and signage on the plaza. Voyager had a sponsored booth to hand out giveaway items and promote sign ups.

A Mavs Legend autograph session was held during the party with Jason Terry, Devin Harris, Rolando Blackman, and Eddie Najera.

Promotion:
- In-Arena PAs: Two (3/29 and 4/8)
- Mavs Social Media:
  - 3 posts, 120k impressions
- Mavs Email:
- TV Drop-Ins: One (4/8)
- Radio: Twenty-four (:15) second spots
- Mavs.com Top Story: April 5-10
- Mavs.com Landing Page

PROMOTIONAL ASSETS

TV DROP-IN



MENU

# PARTY ON THE PLAZA

Voyager sponsored the pregame Party on the Plaza before Fan Appreciation Night on April 10, 2022. Voyager was included on promotion of the party and signage on the plaza. Voyager had a sponsored booth to hand out giveaway items and promote sign ups.

A Mavs Legend autograph session was held during the party with Jason Terry, Devin Harris, Rolando Blackman, and Eddie Najera.

Promotion:

- In-Arena PAs: Two (3/29 and 4/8)
- Mavs Social Media:
  - 3 posts, 120k impressions
- Mavs Email
- TV Drop-Ins: One (4/8)
- Radio: Twenty-four (:15) second spots
- Mavs.com Top Story: April 5-10
- Mavs.com Landing Page

**PROMOTIONAL ASSETS**

**TV DROP-IN**



MENU

# PARTY ON THE PLAZA

Voyager sponsored the pregame Party on the Plaza before Fan Appreciation Night on April 10, 2022. Voyager was included on promotion of the party and signage on the plaza. Voyager had a sponsored booth to hand out giveaway items and promote sign ups.

A Mavs Legend autograph session was held during the party with Jason Terry, Devin Harris, Rolando Blackman, and Eddie Najera.

Promotion:

- In-Arena PAs: Two (3/29 and 4/8)
- Mavs Social Medias:
  - 3 posts, 120k impressions
- Mavs Email:
- TV Drop-Ins: One (4/8)
- Radio: Twenty-four (:15) second spots
- Mavs.com Top Story: April 5-10
- Mavs.com Landing Page

**PROMOTIONAL ASSETS**

**TV DROP-IN**





## PARTY ON THE PLAZA

Voyager sponsored the pregame Party on the Plaza before Fan Appreciation Night on April 10, 2022. Voyager was included on promotion of the party and signage on the plaza. Voyager had a sponsored booth to hand out giveaway items and promote sign ups.

A Mavs Legend autograph session was held during the party with Jason Terry, Devin Harris, Rolando Blackman and Eddie Najera.

Promotion:
- In-Arena PAs: Two (3/29 and 4/8)
- Mavs Social Media:
  - 3 posts, 120k impressions
- Mavs Email:
- TV Drop-Ins: One (4/8)
- Radio: Twenty-four (:15) second spots
- Mavs.com Top Story: April 5-10
- Mavs.com Landing Page

PROMOTIONAL ASSETS

TV DROP-IN

 **MENU**

## GAME NIGHT SPONSORSHIP

Voyager was the sponsor of the Fan Appreciation Night game. The following assets were sponsored by Voyager during the game:

- Skee-Ball
- Lucky Row
- Karaoke Cam
- 1st Quarter Replays
- 2nd Quarter Visiting Team Free Throws
- Inclusion on Fan Clapper
- Inclusion on T-shirt Giveaway
- Inclusion in Gameday Email





**MENU**

# GAME NIGHT SPONSORSHIP

Voyager was the sponsor of the Fan Appreciation Night game. The following assets were sponsored by Voyager during the game:

- Skee-Ball
- Lucky Row
- Karaoke Cam
- 1st Quarter Replays
- 2nd Quarter Visiting Team Free Throws
- Inclusion on Fan Clapper
- Inclusion on T-shirt Giveaway
- Inclusion in Gameday Email





MENU

# GAME NIGHT SPONSORSHIP

Voyager was the sponsor of the Fan Appreciation Night game. The following assets were sponsored by Voyager during the game:

- Skee-Ball
- Lucky Row
- Karaoke Cam
- 1st Quarter Replays
- 2nd Quarter Visiting Team Free Throws
- Inclusion on Fan Clapper
- Inclusion on T-shirt Giveaway
- Inclusion in Gameday Email



 MENU

## GAME NIGHT SPONSORSHIP

Voyager was the sponsor of the Fan Appreciation Night game. The following assets were sponsored by Voyager during the game:

- Skee-Ball
- Lucky Row
- Karaoke Cam
- 1st Quarter Replays
- 2nd Quarter Visiting Team Free Throws
- Inclusion on Fan Clapper
- Inclusion on T-shirt Giveaway
- Inclusion in Gameday Email





**MENU**

# GAME NIGHT SPONSORSHIP

Voyager was the sponsor of the Fan Appreciation Night game. The following assets were sponsored by Voyager during the game:

- Skee-Ball
- Lucky Row
- Karaoke Cam
- 1st Quarter Replays
- 2nd Quarter Visiting Team Free Throws
- Inclusion on Fan Clapper
- Inclusion on T-shirt Giveaway
- Inclusion in Gameday Email





**MENU**

# GAME NIGHT SPONSORSHIP

Voyager was the sponsor of the Fan Appreciation Night game. The following assets were sponsored by Voyager during the game:

- Skee-Ball
- Lucky Row
- Karaoke Cam
- 1st Quarter Replays
- 2nd Quarter Visiting Team Free Throws
- Inclusion on Fan Clapper
- Inclusion on T-shirt Giveaway
- Inclusion in Gameday Email





**MENU**   PARTNERSHIP LAUNCH   LAUNCH NIGHT   MAVS EMPLOYEE EDUCATION   GAMEDAYS   MAVS BALL   DIGITAL PRESENCE   FAN APPRECIATION NIGHT   2022 NBA PLAYOFFS

# GAME NIGHT SPONSORSHIP

Voyager was the sponsor of the Fan Appreciation Night game. The following assets were sponsored by Voyager during the game:

- Skee-Ball
- Lucky Row
- Karaoke Cam
- 1st Quarter Replays
- 2nd Quarter Visiting Team Free Throws
- Inclusion on Fan Clapper
- Inclusion on T-shirt Giveaway
- Inclusion in Gameday Email





**MENU**   PARTNERSHIP LAUNCH   LAUNCH NIGHT   MAVS EMPLOYEE EDUCATION   GAMEDAYS   MAVS BALL   DIGITAL PRESENCE   FAN APPRECIATION NIGHT   2022 NBA PLAYOFFS

# GAME NIGHT SPONSORSHIP

Voyager was the sponsor of the Fan Appreciation Night game. The following assets were sponsored by Voyager during the game:

- Skee-Ball
- Lucky Row
- Karaoke Cam
- 1st Quarter Replays
- 2nd Quarter Visiting Team Free Throws
- Inclusion on Fan Clapper
- Inclusion on T-shirt Giveaway
- Inclusion in Gameday Email







# 2022 NBA PLAYOFFS

As the sponsor of Mavs Home Playoffs games during the 2022 NBA Playoff run, Voyager received the following assets:

- Logo inclusion in Playoff Welcome Graphic and in-arena signage in all home games
- Three Skee-Ball promotions (1 each Round)
- 1 Fan Cam in all home games
- 1 T-shirt Toss in all home games
- Mavs25 Pregame and Halftime PA in all home games
- Sponsor of Mavs Starting Lineups in all home games
- Sponsor of Tipoff in all home games
- 1st Half Replays in all home games
- 2nd Quarter Visiting Team Free Throws in all home games
- 10k co-branded thundersticks distributed at every other home game
- 4 Tickets in the Germania Club at all Home Games
  - Tickets were utilized for a Playoffs Sweepstakes and as a Giveaway to Voyager Loyalty Members

*The Mavs played 8 Home Games during the 2022 NBA Playoffs

**IN-ARENA IMAGES**

**VOYAGER SKEE BALL**

**VOYAGER JUMP CAM**

















 MENU

# 2022 NBA PLAYOFFS

## LED 360 SIGNAGE TV EXPOSURE

Voyager's LED 360 Ring signage received the following exposure on television during the 2022 NBA Playoffs:

- Total Exposure Time: 5 minutes and 8 seconds
- 100% Media Equivalency: ███████
- QI Media Value: ██████

*Data provided by Nielsen Sports Connect

**TV EXPOSURE EXAMPLES**



















# 2022 NBA PLAYOFFS

## VIRTUAL ON-COURT SIGNAGE

Voyager received a virtual on-court placement in 11 total quarters on Bally Sports Southwest during the First Round of the NBA Playoffs.





# Plaintiffs' Exhibit 88

(Plaintiffs' understanding is this exhibit has no confidentiality designation from Defendants, and should be publicly filed. If Defendants believe that to be an error, they will advise)

# Plaintiffs’

# Exhibit 289

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CV-22538-ALTMAN/Reid

DOMINIK KARNAS *et al.*, on behalf of himself and
others similarly situated,

      Plaintiff,

v.

MARK CUBAN, *et al.*,

      Defendants.

_____/

**AMENDED[1] NOTICE OF TAKING THE *DUCES TECUM* VIDEOTAPED
DEPOSITION OF DALLAS BASKETBELL LIMITED D/B/A DALLAS MAVERICKS'
RULE 30(b)(6) REPRESENTATIVE(S)**

      Pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiffs' counsel will take the

deposition of the below-named entity on the date, time, and at the location indicated.

| | |
|---|---|
| **DEPONENT**: | Dallas Basketball Limited d/b/a Dallas Mavericks, by and through its corporate representative(s) with knowledge of the items listed in **Exhibit A**. |
| **DATE**: | April 16, 2024 |
| **TIME**: | 9:00 AM (CST) // 10:00 AM (EST) |
| **LOCATION**: | Winston & Strawn LLP<br>2121 N. Pearl Street, Suite 900<br>Dallas, Texas 75201 |
| **ZOOM**: | Contact counsel for zoom details |

      The aforesaid deposition will be before a court reporter, an officer authorized by law to

administer oaths and take depositions in the State of Texas. The deposition is being taken for the

_____
[1] Amended as to deposition date



EXHIBIT
Plaintiffs'
289

purpose of discovery, for use at trial, or both, or for such other purposes as are permitted under the Federal and Local Rules of Civil Procedure.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Dallas Basketball Limited d/b/a Dallas Mavericks shall both designate one or more officers, directors, managing agents, or other persons to testify on its behalf on each topic listed on **Exhibit A** attached hereto.

Dated: April 1, 2024                          Respectfully submitted,

By: **/s/ Adam M. Moskowitz**
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
Barbara C. Lewis
barbara@moskowitz-law.com
Florida Bar No. 118114
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

*Co-Counsel for Plaintiffs and the Class*

By: **/s/ Jose M. Ferrer**
Jose M. Ferrer
Florida Bar No. 173746
Desiree Fernandez
Florida Bar No. 119518
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
Office: 305-374-0440
jose@markmigdal.com
desiree@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*

By: **/s/ David Boies**
David Boies
(admitted *pro hac vice*)
Alexander Boies
(admitted *pro hac vice*)
Brooke Alexander
(admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
342 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

Stephen Neal Zack
Florida Bar No. 145215
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
Fax: 305-539-1307
szack@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was sent via electronic mail on

April 1, 2024, to all attorneys of record.

By: /s/ *Adam M. Moskowitz*
Adam M. Moskowitz

## EXHIBIT A

### I.    DEFINITIONS AND INSTRUCTIONS

Unless otherwise specified, the terms set forth below have the following meanings:

1.    "The Mavericks," "You," or "Your" means Defendant, Dallas Basketball Limited d/b/a Dallas Mavericks, any of its affiliates, subsidiaries, divisions, segments, predecessors, successors, officers, directors, employees, representatives, or agents.

2.    "Cuban" means Co-Defendant Mark Cuban and any of his affiliates, representatives, or agents.

3.    "Voyager Entities" means Voyager Digital LTD and Voyager Digital LLC, and any of their affiliates, subsidiaries, divisions, segments, predecessors, successors, officers, directors, employees, representatives, or agents..

4.    "Voyager Platform" refers to the Voyager Entities' mobile application cryptocurrency investment service that places cryptocurrency trade orders on behalf of users.

5.    "McCarter & English" means McCarter & English, LLP.

6.    The "Legal Opinion" means the legal opinion prepared by McCarter & English on whether Voyager's VGX tokens were considered a "security" under federal law.

7.    "Contracts and Agreements" is intended to and shall embrace and include all documents, forms, deeds, leases, memorandums of understanding, electronic correspondence, emails, letters and text messages that define rights and responsibilities between You and any related entity, or You and any other entity affiliated in any way with the promotion, marketing, sale, and servicing of Voyager's mobile application cryptocurrency trading/investment platform.

8.    "Document(s)" means any written, printed, typed or other graphic matter, of any kind or nature, whether in hard copy or electronic format, whether the original, draft, or a copy and copies bearing notations or marks not found on the original, including but not limited to memoranda, reports,

4

recommendations, notes, letters, envelopes, post-its, emails, telegrams, messages, manuscripts, studies, analyses, tests, comparisons, books, articles, pamphlets, magazines, newspapers, booklets, circulars, bulletins, notices, instructions, minutes, agreements, contracts, and all other written communications, of any type, including inter and intra-office communications, purchase orders, invoices, bills, receipts, questionnaires, surveys, charts, graphs, videos, photographs, sketches, drawings, house sheets, tapes, voice messages or other recordings, print-outs or compilations from which information can be obtained or, if necessary, translated through detection devices into reasonably usable form, including all underlying or preparatory materials and drafts thereof.

9.    "Communication(s)" means any mode or method of contact for the transmission, dissemination, request for, or receipt of information of any kind including thoughts, mental impressions, ideas, suggestions, etc., conveyed in any format, and by any means or medium whatsoever. This shall include, but shall not be limited to, all statements, admissions, denials, inquiries, discussions, conversations, negotiations, agreements, contracts, understandings, meetings, telephone conversations, voice messages, letters, correspondence, notes, telegrams, telexes, emails, advertisements, or any other form of written or verbal intercourse. The requests include communication to, from, or within a corporate entity or organization and include any and all communications by, between, and among its representatives, employees, agents, advisors, brokers, or attorneys (except when privileged).

10.    The words "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope hereof any information which might otherwise be construed as to be outside the scope of these discovery requests.

11.    "Relating to," "relate to," "regarding," or "reflecting" means in any way directly or indirectly concerning, referring to, disclosing, describing, confirming, supporting, evidencing, representing, clarifying, evidencing, supporting, or contradicting.

5

12.    "EPAs" refers to the interest-bearing Earn Program Accounts offered by the Voyager Entities on the Voyager Platform

13.    "VGX" refers to the native cryptocurrency exchange token of the Voyager Platform ecosystem.

14.    "Brand Ambassador" means any person or entity who is paid, directly or indirectly, by any of the Voyager Entities, including any of their affiliates, subsidiaries, divisions, segments, predecessors, successors, officers, directors, employees, representatives, press agents, lawyers, or agents to promote the Voyager Platform, EPAs, or VGX.

15.    Unless otherwise stated in a request, the time period for which you must respond is beginning in January 1, 2019 and ending at the present time.

## II.    DEPOSITION SUBJECTS

Pursuant to Rule 30(b)(6), Dallas Basketball Limited d/b/a Dallas Mavericks shall designate and produce for deposition one or more of its officers, directors, managing agents, or other persons who are knowledgeable about and consent to testify on its behalf concerning the following subject matters:

1.    All Documents and responses You provided in response to Plaintiffs' requests for production and interrogatories.

2.    All contracts or agreements between You, Cuban, and/or the NBA, and any of the Voyager Entities wherein You, Cuban, and/or the NBA received any form of compensation or consideration, directly or indirectly, from any of the Voyager Entities, or any other related entities for directly or indirectly promoting, selling, publishing, giving publicity to, or circulating any notice, circular, advertisement, newspaper, article, letter, investment service, or communication regarding the Voyager Platform or any of its offerings for sale. This topic includes, but is not limited to, the five-year exclusive, integrated partnership with any of the Voyager Entities and the Mavericks,

6

whereby the Voyager Entities became the Mavericks' first cryptocurrency brokerage and international partner.[2]

3.       All direct and indirect compensation YOU, Cuban, and/or the NBA received from the Voyager Entities.

4.       Your, Cuban's, or the NBA's status or role as Brand Ambassadors.

5.       All research or due diligence YOU, Cuban, and/or the NBA performed about the Voyager Entities, the Voyager Platform, and whether the Voyager Earn Program Account constitutes a "Security" before You began promoting the Voyager Platform to the public.

6.       All investments YOU, Cuban, and/or the NBA made in the Voyager Entities and/or the Voyager Platform, including but not limited to shares or options in Voyager Digital LTD, a Voyager Earn Program Account, or cryptocurrency assets held in a Voyager Earn Program Account, including the dates and amounts of each investment.

7.       All "educational and community programs, global activations, and fan engagement promotions" (such as the Mavs100 promotion), videos, content, and public statements YOU, Cuban, and/or the NBA made regarding the Voyager Entities or the Voyager Platform, including any videos or content that has been removed from their public-facing platforms.[3]

8.       All information Steve Ehrlich provided to You and Cuban regarding VGX and EPAs and all discussions You had regarding that information.

9.       Analyses performed or analytics provided concerning the success or reach of your, Cuban's, or the NBA's efforts at promoting, selling, publishing, giving publicity to, or circulating any notice, circular, advertisement, newspaper, article, letter, investment service, or communication regarding the Voyager Platform or any of its offerings for sale, including analyses performed or

---

[2] *See* https://www.prnewswire.com/news-releases/voyager-digital-becomes-the-official-cryptocurrency-brokerage-partner-of-the-dallas-mavericks-301410015.html (accessed February 22, 2024).

[3] *Id.*

analytics provided by you, Cuban, the NBA, social media platforms, or outside advisors or consultants.

10.    The identities and roles of any agents and advisors, whether paid or unpaid, who participated in any way in negotiating or securing agreements or partnership between you, Cuban, and the Voyager Entities for directly or indirectly promoting, selling, publishing, giving publicity to, or circulating any notice, circular, advertisement, newspaper, article, letter, investment service, or communication regarding the Voyager Platform or any of its offerings for sale.

11.    The custodians, devices, key words, and dates You used to search for documents responsive to Plaintiffs' discovery requests, and Your knowledge of any and all responsive documents that have been lost, stolen, or deleted (including, but not limited to, documents on any devices used by Ryan Mackey).

12.    All facts related to Your review of, evaluation of, and reliance on the McCarter & English Legal Opinion, and Your knowledge of all facts that McCarter & English relied upon in generating the Legal Opinion, including specifically the false statements that:

    i.    Voyager would not "establish, promote, facilitate or encourage a secondary market for the acquisition or disposition of the Voyager [VGX] Tokens" *__"for the purposes of speculative investment in the Voyager [VGX] Tokens"__*, and that

    ii.    Voyager was and would continue "to market and promote the Swap, to prospective Voyager community members and in public and private forums solely on the basis of New VGX's utility to obtain functionality on the Voyager Platform *__and not as an opportunity to earn a profit due to the potential of value appreciation of New VGX__*"

13.    Your players' involvement in the during the October 27, 2021 press conference in Dallas, Texas, including: (i) all payments You and Your players received for assisting in the promotion

of Voyager during the press conference; and (ii) Your players' preparation for the press conference; and (iii) the drafting and selection of the questions Your players asked during the conference.

14.     Any messages, media, or other communications you posted to platforms in the course of performing agreements between you and the Voyager Entities that were deleted or otherwise made inaccessible to public users, whether manually or automatically.

15.     The date(s) on which You concluded that the Voyager platform, EPAs, and/or VGX was illegal.

# Plaintiffs' Exhibit 290



**IN-DEPTH**

# Mavericks: What works for us

BY JOHN LOMBARDO

4.26.2021

With more than 10 million social media followers, the Dallas Mavericks take a savvy strategy in driving fan engagement and revenue over a variety of social media platforms. Part of their success is a commitment to do things their own way.

"We don't focus on other teams because other cities are different," said Iris Diaz, chief marketing officer for the Mavs. "Our biggest goal is to entertain fans."

While game highlights and recaps frequent the team's social media postings, the Mavs have found that offering behind-the-scenes content draws strong social media engagement. "It's showing things that we do off the court," Diaz said. "It's more about connecting our fans to our players." A Lexus-sponsored post, for example, highlights player fashion in a runway-style setting.

The Mavs, like most NBA teams, are allowing only a limited number of fans to games this season, so that's limited ticket sales efforts through social media platforms. But the team tags much of its content to its online merchandise store to drive sales. One Chime-sponsored post on Facebook earlier this month touts the team's City Edition jersey, offering a free T-shirt as an added incentive to buy.

The team's social media platform is a critical element of its sponsorship business. "We have an ROI on everything," Diaz said. A recent example includes a Sprite-sponsored post that highlighted the players' taste in sneakers. Sponsor Kroger gets added exposure across social channels, including Twitter, for its "Assist Tracker."

The team's game-day digital and social media content, such as starting lineups, halftime content and game recaps, are all heavily sponsored, adding value to those partnerships.

The Mavs' three-person social media team is careful to balance the commercial side with authentic content. The team wants consistent sponsorship of various social media content and avoids one-off deals. "On the days we don't have games we don't want to throw you another

ad," Diaz said.

0 articles remaining | **SUBSCRIBE**

EXHIBIT

Plaintiffs'
290

# Dallas Mavericks' Social Reach

**Facebook:** dallasmavs, 4.2M followers

**Instagram:** @dallasmavs, 2.2M followers

**Snapchat:** mavs, 210K followers

**TikTok:** @dallasmavs, 1.1M followers

**Twitch:** dallasmavericks, 1.5K followers

**Twitter:** @dallasmavs, 1.8M followers

Helping drive the team's social media strategy is a large international fan base thanks in part to Slovenian superstar Luka Doncic, who attracts much of the team's foreign fan engagement. One frequent series, dubbed around Doncic and teammate Boban Marjanovic, offers a fun take of their escapades on and off the court using everything from photos and video to animation.

While short video clips and highlights are a social media mainstay, Instagram carousel postings featuring multiple photos also attract heavy fan engagement. "They are the highest viewed," Diaz said. "They are organized and easy to view."

🔓

© 2024 Leaders Group. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Leaders Group.

0 articles remaining  |  **SUBSCRIBE**

# Plaintiffs' Exhibit 291

From:      Ronnie Fauss
Sent:      Thu 12/09/2021 4:36 AM (GMT-00:00)
To:        Cynthia Marshall
Cc:
Bcc:
Subject:   FW: NBA Awards Info INFLUENCER PROGRAM
Attachments: Team Of The Year 12.8.21[49] - Read-Only.pptx

This is updated.

**From:** Araceli Colmenero <Araceli.Colmenero@dallasmavs.com>
**Sent:** Wednesday, December 8, 2021 9:37 PM
**To:** Ronnie Fauss <Ronnie.Fauss@dallasmavs.com>
**Subject:** Re: NBA Awards Info INFLUENCER PROGRAM

Here is an update!

 **ARACELI COLMENERO**
CORPORATE COMMUNICATIONS AND EVENTS MANAGER
CELL: 512.369.9699
1333 N. STEMMONS FWY. STE. 105 | DALLAS, TX 75207

**From:** Ronnie Fauss <Ronnie.Fauss@dallasmavs.com>
**Date:** Wednesday, December 8, 2021 at 9:23 PM
**To:** Araceli Colmenero <Araceli.Colmenero@dallasmavs.com>
**Subject:** RE: NBA Awards Info INFLUENCER PROGRAM

Thanks so much and sorry...here you go!

**From:** Araceli Colmenero <Araceli.Colmenero@dallasmavs.com>
**Sent:** Wednesday, December 8, 2021 9:21 PM
**To:** Ronnie Fauss <Ronnie.Fauss@dallasmavs.com>
**Subject:** Re: NBA Awards Info INFLUENCER PROGRAM

I've made a couple changes but can restart from your new one!

 **ARACELI COLMENERO**
CORPORATE COMMUNICATIONS AND EVENTS MANAGER
CELL: 512.369.9699
1333 N. STEMMONS FWY. STE. 105 | DALLAS, TX 75207



CONFIDENTIAL

MAVSCUBAN00020181

**From:** Ronnie Fauss <Ronnie.Fauss@dallasmavs.com>
**Date:** Wednesday, December 8, 2021 at 9:20 PM
**To:** Araceli Colmenero <Araceli.Colmenero@dallasmavs.com>
**Subject:** RE: NBA Awards Info INFLUENCER PROGRAM

Have you made any changes yet? If not I'll shoot you a new version real quick.

**From:** Araceli Colmenero <Araceli.Colmenero@dallasmavs.com>
**Sent:** Wednesday, December 8, 2021 9:17 PM
**To:** Ronnie Fauss <Ronnie.Fauss@dallasmavs.com>
**Subject:** Re: NBA Awards Info INFLUENCER PROGRAM

Looking over and will send back in 20!



**ARACELI COLMENERO**
CORPORATE COMMUNICATIONS AND EVENTS MANAGER
CELL: 512.369.9699
1333 N. STEMMONS FWY. STE. 105 | DALLAS, TX 75207

**From:** Ronnie Fauss <Ronnie.Fauss@dallasmavs.com>
**Date:** Wednesday, December 8, 2021 at 8:57 PM
**To:** Araceli Colmenero <Araceli.Colmenero@dallasmavs.com>
**Subject:** RE: NBA Awards Info INFLUENCER PROGRAM

Thank you so very much!

I may have made a few edits, including one brand new slide.

Do you mind double checking and maybe making tweaks if needed? I'm submitting here in an hour or so...thanks!

**From:** Araceli Colmenero <Araceli.Colmenero@dallasmavs.com>
**Sent:** Wednesday, December 8, 2021 4:30 PM
**To:** Ronnie Fauss <Ronnie.Fauss@dallasmavs.com>
**Subject:** Re: NBA Awards Info INFLUENCER PROGRAM

Here is an update! I can adjust font size once we cut down on words!

CONFIDENTIAL



**ARACELI COLMENERO**

CORPORATE COMMUNICATIONS AND EVENTS MANAGER
CELL: 512.369.9699
1333 N. STEMMONS FWY. STE. 105 | DALLAS, TX 75207

**From:** Araceli Colmenero <Araceli.Colmenero@dallasmavs.com>
**Date:** Wednesday, December 8, 2021 at 4:24 PM
**To:** Ronnie Fauss <Ronnie.Fauss@dallasmavs.com>
**Subject:** Re: NBA Awards Info INFLUENCER PROGRAM

Hi Ronnie! On a call but finishing up and will send over to you in like 15-20!



**ARACELI COLMENERO**

CORPORATE COMMUNICATIONS AND EVENTS MANAGER
CELL: 512.369.9699
1333 N. STEMMONS FWY. STE. 105 | DALLAS, TX 75207

**From:** Ronnie Fauss <Ronnie.Fauss@dallasmavs.com>
**Date:** Wednesday, December 8, 2021 at 4:23 PM
**To:** Araceli Colmenero <Araceli.Colmenero@dallasmavs.com>
**Subject:** RE: NBA Awards Info INFLUENCER PROGRAM

How's it coming along? Thanks again!

**From:** Araceli Colmenero <Araceli.Colmenero@dallasmavs.com>
**Sent:** Wednesday, December 8, 2021 2:38 PM
**To:** Ronnie Fauss <Ronnie.Fauss@dallasmavs.com>; Lindsay Oster <Lindsay.Oster@dallasmavs.com>
**Cc:** Erin Finegold White <Erin.Finegold@dallasmavs.com>; Matt Wojciechowski
<Matt.Wojciechowski@dallasmavs.com>
**Subject:** Re: NBA Awards Info INFLUENCER PROGRAM

Absolutely! Thanks y'all!



**ARACELI COLMENERO**

CORPORATE COMMUNICATIONS AND EVENTS MANAGER
CELL: 512.369.9699
1333 N. STEMMONS FWY. STE. 105 | DALLAS, TX 75207

CONFIDENTIAL

**From:** Ronnie Fauss <Ronnie.Fauss@dallasmavs.com>
**Date:** Wednesday, December 8, 2021 at 2:24 PM
**To:** Lindsay Oster <Lindsay.Oster@dallasmavs.com>
**Cc:** Erin Finegold White <Erin.Finegold@dallasmavs.com>, Araceli Colmenero
<Araceli.Colmenero@dallasmavs.com>, Matt Wojciechowski
<Matt.Wojciechowski@dallasmavs.com>
**Subject:** RE: NBA Awards Info INFLUENCER PROGRAM

Thank you Lindsay!

Araceli, could you please insert this slide where the placeholder is in the powerpoint doc that you are
reviewing? Thanks!

**From:** Lindsay Oster <Lindsay.Oster@dallasmavs.com>
**Sent:** Wednesday, December 8, 2021 2:12 PM
**To:** Ronnie Fauss <Ronnie.Fauss@dallasmavs.com>
**Cc:** Erin Finegold White <Erin.Finegold@dallasmavs.com>; Araceli Colmenero
<Araceli.Colmenero@dallasmavs.com>; Matt Wojciechowski <Matt.Wojciechowski@dallasmavs.com>
**Subject:** FW: NBA Awards Info INFLUENCER PROGRAM
**Importance:** High

Hi Ronnie,
Please see the attached slide I created for the NBA Awards.  Please let me know if you need anything
else.  Thank you!

LINDSAY OSTER
INFLUENCER MANAGER
DALLAS MAVERICKS | 1333 N. STEMMONS FRWY., STE. 105 | DALLAS, TX 75207
CELL: 817-821-2930
EMAIL: LINDSAY.OSTER@DALLASMAVS.COM
BECOME A MAVS AMBASSADOR!

**From:** Erin Finegold White <Erin.Finegold@dallasmavs.com>
**Sent:** Tuesday, December 7, 2021 11:03 AM
**To:** Lindsay Oster <Lindsay.Oster@dallasmavs.com>
**Subject:** FW: NBA Awards Info

I'm going to send in Influencer programming for this.  I can send in our stats from business planning or
do you have an updated version or a recent recap?

ERIN FINEGOLD WHITE
SVP CORP. COMMS, CONTENT & EVENTS
DALLAS MAVERICKS
CELL: (214) 415-9183

CONFIDENTIAL

**From:** Matt Wojciechowski <Matt.Wojciechowski@dallasmavs.com>
**Date:** Tuesday, December 7, 2021 at 7:46 AM
**To:** Theo Hodges <Theo.Hodges@dallasmavs.com>, Ryan Mackey
<Ryan.Mackey@dallasmavs.com>, Iris Diaz <Iris.Diaz@dallasmavs.com>, Erin Finegold White
<Erin.Finegold@dallasmavs.com>, Greg Nared <Greg.Nared@dallasmavs.com>
**Cc:** Ronnie Fauss <Ronnie.Fauss@dallasmavs.com>, Chris Davidson
<Chris.Davidson@dallasmavs.com>
**Subject:** RE: NBA Awards Info

And if you have your slide ready any sooner, please send it over.  Cynt is wanting to review these before
we submit.  Thanks.

**From:** Matt Wojciechowski
**Sent:** Monday, December 6, 2021 9:52 AM
**To:** Theo Hodges <Theo.Hodges@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Iris
Diaz <Iris.Diaz@dallasmavs.com>; Erin Finegold White <Erin.Finegold@dallasmavs.com>; Greg Nared
<Greg.Nared@dallasmavs.com>
**Cc:** Ronnie Fauss <Ronnie.Fauss@dallasmavs.com>; Chris Davidson <Chris.Davidson@dallasmavs.com>
**Subject:** NBA Awards Info

Team,

Need your help!  We need to submit some info for the upcoming NBA Sales and Marketing
Meetings.  This info is due to the NBA this upcoming Wednesday, December 8th.

We need the following from you, per your respective category (see below):

- * Your Team's Top initiative(s) over the past 24 months – One is sufficient but if you have
  multiple, that's fine too but I would probably keep it to 3 max
- * Include any supporting data/metrics
- * Add some engaging visuals
- * Please use the attached slide template to include all this info and keep to one page
- * **Please submit back to Ronnie, Chris and I by EOD tomorrow**

Erin and Iris, they are combining Market and Digital so I would collaborate and figure out what makes
the most sense collectively.

Greg, Cynt wanted to include GEM for the "Other" category so please let us know if you can put
together something for that.

Thank you for your assistance and let us know if you need any help!

MAVSCUBAN00020185

MATT WOJCIECHOWSKI
CHIEF FINANCIAL OFFICER
DALLAS MAVERICKS | 1333 N. STEMMONS FREEWAY, STE.105
DALLAS, TX 75207
O: 214.658.7164 | M: 248.388.9530 | F: 214.658.7122
MATT.WOJCIECHOWSKI@DALLASMAVS.COM

CONFIDENTIAL

MAVSCUBAN00020186

## Voyager Partnership

### Team of the Year Submission Category: Partnerships

At the beginning of the 21/22 season, we entered a five year, fully-integrated partnership with Voyager, making the international brokerage our official cryptocurrency partner. As part of the agreement, Voyager has claimed naming rights to the Mavs Gaming Hub, the official headquarters of Mavs Gaming.

The launch of this unique promotion gave all Mavs fans an opportunity to receive $100 in cryptocurrency credit upon downloading the Voyager app. The announcement of this groundbreaking and generous partnership generated the following engagement:

- 63.3 million news story audience
- 40K unique story views on mavs.com
- 135K new Voyager accounts





# Voyager Partnership

**Team of the Year Submission Category**: Partnerships



At the beginning of the 21/22 season, we entered a five year, fully-integrated partnership with Voyager, making the international brokerage our official cryptocurrency partner. As part of the agreement, Voyager has claimed naming rights to the Mavs Gaming Hub, the official headquarters of Mavs Gaming.

The launch of this unique promotion gave all Mavs fans an opportunity to receive $100 in cryptocurrency credit upon downloading the Voyager app. The announcement of this groundbreaking and generous partnership generated the following engagement:

· 63.3 million news story audience

· 40K unique story views on mavs.com

· 135K new Voyager accounts





# MavsMeta Legend NFTs

**Team of the Year Submission Category**: Marketing/Digital

Internet site: Mavscollectibles.com

· MavsMeta Legend NFTs are being given for FREE to all fans that are attending a game and scanning a ticket, during the 2021-22 season.

· MavsMeta Legends are served to be NFT collectibles and are designed individually to represent our past Dallas Mavericks players in honor of the NBA 75th Anniversary.

· These are at no cost to all fans and are received by scanning tickets and attending a home game. NFTs will eventually be rewards for showing up early and tuning into Dallas Maverick games.

· We have delivered 12 NFTs this season: 12 out of 41, with an average of 7K delivered a night.



*MetaMavs*
Mark Cuban



*MetaMavs Legends*
Jason Kidd



Met



*Metamavs Legends*
Michael Finley

*MetaMavs Legends*
Derrick Harper



Meta
D

AT&T TV New   Subscription Promotion

Feedback on PDF editing

# Plaintiffs'

# Exhibit 292



IPL 2024    SPORTS BETTING ⌄    CRICKET ⌄    OTHER SPORTS ⌄     

PODCASTS 




**An interview with the owners of Kolkata Thunderbolts, Pawan and Sumedh Patodia**


**A conversation with Pranav Bajaj, Co-founder of Medulance**


**An interview with Pickleball United CEO, Pranav Kohli**


**A conversation with ?? FanCode Co-founder Yannick Colaco**


**An interview with GodLike Esports' Call of Duty: Mobile team**

NBA SPONSORS · OTHER SPORTS

# Sponsorship Deals of Dallas Mavericks

October 3, 2020    by ⬚⬚⬚ Staff

The Dallas Mavericks, an American professional basketball team based in Dallas, Texas, compete in the National Basketball Association (NBA) as a member club of the league's Southwest Division of the Western Conference. According to Forbes 2020, the team is the ninth most valuable franchise in the NBA, having an estimated value of $2.4 billion.

Let us look at the team's sponsors.

**American Airlines**

American Airlines – American Airlines is the official airline partner of the Dallas Mavericks. The American Airlines

EXHIBIT
Plaintiffs'
292


DON'T MISS                              ✕



...ces company, signed a multi-year deal with the Dallas Mavericks this year. They are the team's jersey patch partners.

## DoorDash

DoorDash – DoorDash, an on-demand local logistic platform, partnered with the Dallas Mavericks this year to support the restaurant industry in the times of the outbreak of the Covid-19 pandemic.

## Anheuser-Busch InBev SA



Anheuser-Busch InBev SA – Anheuser-Busch InBev is the official beer sponsor of the Dallas Mavericks.

## AT&T

AT&T – AT&T has an association with the Dallas Mavericks. The current CEO, Cynthia Marshall of the franchise, had been a former executive at AT&T.

## Citigroup Inc.



GO TO
**TOP**

llas Mavericks
ultinational finance
n.

Coca-Cola – Coca-Cola is one of the corporate sponsors of the Dallas Mavericks NBA franchise.



Constellation Brands – Constellation Brands, Inc. Class A is one of the partners of the Dallas Mavericks.

**Keurig Dr. Pepper**

Keurig Dr. Pepper – Keurig Dr. Pepper has an association with the Dallas Mavericks NBA franchise.

**Ford**

Ford – Ford is the corporate sponsor of the Dallas Mavericks.

**Toyota**

DON'T MISS                                    X of Toyota, is the

GO TO
**TOP**

Pizza Hut – Pizza Hut has a multi-year deal with the American Airlines Center (AAC) since 2015. AAC is Dallas Mavericks' home arena.

## Walmart Inc.

Walmart Inc. – Walmart Inc. is the corporate sponsor of the Dallas Mavericks.

TXU Energy – TXU Energy and American Airlines Center (AAC) have been associated since 2001. The company is the official energy provider of the team. Know more.

Topgolf – To create astonishing fan experiences, Topgolf Entertainment Group collaborated with the Dallas Mavericks this year.



GO TO
**TOP**

Borden – Borden, a dairy company, collaborated with the Dallas Mavericks and American Airlines Center in 2019. The goal is to provide nutritious options like milk on the game nights.

Jefferson Dental – Jefferson Dental is the official dentist of The Dallas Mavericks since 2019.

Jack in the Box – Jack in the Box is one of the partners of the Dallas Mavericks.

Modelo – The Dallas Mavericks is often seen promoting the Grupo Modelo on its social media platforms.

Sponsorship Deals of Dallas Mavericks



GO TO
**TOP**

Fox Sports Southwest – Fox Sports Southwest is the official television partner of the Dallas Mavericks.

ESPN 103.3 – ESPN 103.3 is the official radio partner of the Dallas Mavericks.

In the past, the Dallas Mavericks has also been associated with 5mile and Levy Restaurants.



## Related Posts

**Portland Trail Blazers Sponsors 2022-23**

**Utah Jazz Sponsors 2022-23**

January 20, 2023

**Atlanta Hawks Sponsors 2022-2023**

January 16, 2023



GO TO
**TOP**

## Leave a Reply

WRITE YOUR COMMENT...

NAME          EMAIL          WEBSITE

POST COMMENT



PREVIOUS STORY

**The CHAAAMMMPIOONSSSS: 2020/21 UCL Draw review**

NEXT STORY

**Sports Betting in the United States of America**

# Plaintiffs' Exhibit 293



**Sports Khabri** ™

IPL 2024  SPORTS BETTING ˅  CRICKET ˅  OTHER SPORTS ˅

FOOTBALL

F1

TENNIS

ESPORTS





NBA SPONSORS · OTHER SPORTS · TEAM/CLUB SPONSORS

# Dallas Mavericks Sponsors 2022-2023

December 22, 2022   by   Bhavya Das

The Dallas Mavericks are an American professional basketball team that were founded in 1980 in Dallas, Texas. The Mavericks compete in the National Basketball Association (NBA) as a member of the Western Conference Southwest Division.

The NBA team's new European star, Luka Don?i?, has given them new hope with his unstoppable results since his rookie year in the league. Here, we look at the Mavericks' sponsors:

**Also read:** NBA Sponsors 2022-23

# Official Jersey Patch Sponsor



**An interview with the owners of Kolkata Thunderbolts, Pawan and Sumedh Patodia**



**A conversation with Pranav Bajaj, Co-founder of Medulance**



**An interview with Pickleball United CEO, Pranav Kohli**



**A conversation with ?? FanCode Co-founder Yannick Colaco**

**An interview with GodLike Esports' Call of Duty: Mobile team**



EXHIBIT
Plaintiffs
293

GO TO
**TOP**



According to the agreement, Chime's logo is plac[ed]
top left shoulder of every Mavericks jersey. Chim[e]
more brand recognition at the American Airlines Center,
home ground of the Mavs, in addition to the patch.

# Official Cryptocurrency partner

## Voyager

The Mavericks and Voyager, a cryptocurrency trading
platform, entered into a five-year exclusive collaboration in
October 2021, making Voyager the team's first
cryptocurrency brokerage and a global partner.

The relationship between Voyager and the Mavericks aims
to increase accessibility to cryptocurrencies through
worldwide activations, fan engagement campaigns, and
educational and community programmes. The partnership
also includes naming rights for the Mavs Gaming Hub,
which serves as the team's official gaming and event space.

# Official Digital Lottery Partner

## Jackpocket

The Mavericks and Jackpocket, a US third-party app to
order lottery tickets, established a multi-year collaboration in

GO TO
**TOP**

DON'T MISS ✕

**ts Khabri** ™

CKET ˅     OTHER SPORTS ˅          f  X  ⦿
                                     ▶  ◉  ✉
s, prizes    FOOTBALL

             F1

             TENNIS

The relationship includes the Jackpocket branding    ESPORTS
appearing during selected opposing team free throw tries at
the American Airlines Center in addition to the contests and
VIP events for the spectators.

# Official Recovery Partner

## Therabody

The Mavericks named Therabody their official recovery
partner in October 2021. In accordance with the agreement,
the NBA team incorporated Therabody solutions into their
training and recovery schedules, including Theragun
percussive and vibration treatment, RecoveryAir pneumatic
compression, and PowerDot electrical stimulation.

As part of the collaboration, performance and wellness
specialists from the Therabody University, the business'
educational arm, also hold educational workshops for the
Mavericks players and coaching staff.

A digital content series was also produced by Therabody
and the Mavericks in addition to their relationship to
highlight how whole-body wellness can improve
performance both on and off the court. The Mavericks'
website and social media pages both offer access to the
series.

# Official Betting Partner

GO TO
**TOP**

**ts Khabri** ™

CKET ∨      OTHER SPORTS ∨

            FOOTBALL

            F1

branding      TENNIS

displayed all around the court at the American Air
Center thanks to lucrative branding rights.      ESPORTS

# Official Area Name Sponsor

## American Airlines

American Airlines obtained the naming rights to the Dallas
Mavericks stadium in 1999 and is an official partner of the
team. The naming rights to Dallas' American Airlines Center
were purchased by American Airlines for reportedly US$150
million.

# Official Partners

## DoorDash

In March 2020, DoorDash, a food delivery company,
partnered with the Dallas Mavericks to become an official
partner.

In order to let people know that restaurants were open,
delivery is safe, and restaurants needed customers more
than ever during the COVID pandemic, Mark Cuban and the
Mavs joined up to support DoorDash's #OpenForDelivery
programme.

## Shiftkey

GO TO
**TOP**

DON'T MISS    ✕

**ts Khabri**™

:KET ∨    OTHER SPORTS ∨        f  X  ⊙
                                    ▶  ⬤  ✉    🔍

the team    FOOTBALL

ded the    F1

at the State Fair, hospital visits for healthcare pro    TENNIS

and community events recognising single parents    ESPORTS

## Osadía Tequila

In October 2021, Osadía Tequila, a tequila brand
established in 2021, signed on as an official Dallas
Mavericks sponsor.

The upmarket tequila company built its very own Osadía
Club at the American Airlines Center in October 2022 as an
official partner, and every home game features its top-shelf
100% blue agave tequila.

As part of the deal, the tequila brand also donates 3% of its
profits from every home game to the S2 foundation, a
Dallas-Fort Worth non-profit organisation.

## Perficient

A multi-year extension of information technology consulting
company Perficient's agreement with the Dallas Mavericks
was announced in October 2022.

A number of marketing and corporate engagement
incentives, such as courtside and digital signage and client
hospitality amenities, are provided to Perficient as per the
conditions of the contract. Additionally, Perficient is the
exclusive sponsor of the Honorary Co-Captain programme,
which gives young Mavericks supporters access to an
exclusive pregame experience on the court.

GO TO
**TOP**



DON'T MISS                                    ×

KET ˅        OTHER SPORTS ˅

FOOTBALL

F1

ty and th    TENNIS

Training Court were renamed by the Mavericks an    ESPORTS
and new practice jerseys bearing the Lympo emb
also introduced.

This three-year agreement also called for the development
of a new Mavericks Fitness Team and the potential
integration of Lympo cryptocurrency tokens with Mavericks
blockchain projects, such as the ability to buy tickets.

## Related Posts



**Portland
Trail
Blazers
Sponsors
2022-23**

January 23, 2023

**Los
Angeles
Clippers
Sponsors
2022-23**

January 3, 2023

**Milwaukee
Bucks
Sponsors
2022-23**

December 23, 2022

Dallas Mavericks        NBA

GO TO
**TOP**



DON'T MISS ✕

...KET ✕    OTHER SPORTS ✕

strength    FOOTBALL
my mus    F1
            TENNIS
            ESPORTS

## Leave a Reply

WRITE YOUR COMMENT...

NAME    EMAIL    WEBSITE

POST COMMENT

Nottingham Forest announce UN Refugee Agency as shirt sponsor for rest of 2022-

NEXT STORY

Boston Celtics Sponsors 2022-23

GO TO
TOP

# Plaintiffs' Exhibit 294




# Sports Khabri ™

IPL 2024     SPORTS BETTING ⌄     CRICKET ⌄     OTHER SPORTS ⌄          f  X  ◉

PODCASTS



**An interview with the owners of Kolkata Thunderbolts, Pawan and Sumedh Patodia**





**A conversation with Pranav Bajaj, Co-founder of Medulance**

NBA · TEAM/CLUB SPONSORS



**An interview with Pickleball United CEO, Pranav Kohli**

# Dallas Mavericks Sponsors 2023/24



**A conversation with ?? FanCode Co-founder Yannick Colaco**

December 11, 2023   by   Rahul Naresh

This article contains information about National Basketball Association (NBA) franchise Dallas Mavericks' official sponsors and partners for the 2023/24 season.



**An interview with GodLike Esports' Call of Duty: Mobile team**

**Also Read**
NBA Sponsors 2023/24
Dallas Mavericks Sponsors 2022-2023

## American Airlines

American Airlines obtained the naming rights to the Mavericks stadium in 1999 and is an official partner of the team. The naming rights reportedly cost American Airlines US$150 million.

## Germania Insurance



EXHIBIT
Plaintiffs
294

GO TO
**TOP**

The Texas-based insurance company is also an official partner of the Mavericks and gains visibility by appearing across their social media platforms and other digital assets throughout the NBA season.

# AT&T

American multinational telecommunications company AT&T is also an official partner of the Dallas Mavericks and gains visibility by appearing on the team's social media platforms and other digital assets.

The company also serves as the Official 5G and Innovation partner of the NBA and WNBA while having deals with other NBA sides, including the Chicago Bulls, the Miami Heat, and the Houston Rockets.

# TIAA

The Teachers Insurance and Annuity Association of America-College Retirement Equities Fund (TIAA) and the Dallas Mavericks announced their partnership in March 2022, the former coming on board as the Official Retirement Partner of the team on a four-year deal.

As per the deal, the TIAA also serves as the charter partner to "Mavs Take ACTION!", the team's advocacy and action arm that aims for equity and justice in the local community.

# Chime

Chime, a US mobile banking service, was named the Mavericks' official jersey sponsor in January 2020 as part of a multi-year agreement.

According to the agreement, Chime's logo is placed on the top-left shoulder of every Mavericks jersey. Chime gains more brand recognition at the American Airlines Center.

# Modelo USA

Food and beverage brand Modelo USA is also an official partner of the Dallas Mavericks and currently presents the "Starting Five" creatives ahead of the team's NBA clashes.

## Michelob Ultra

Anheuser-Busch InBev, a multinational drink and brewing company based in Leuven, Belgium, is an official Mavericks sponsor. Through this partnership, the brewing company's light beer brand Michelob Ultra enjoys visibility across the Mavericks social media platforms.

## Tissot

Swiss watch brand Tissot and the Dallas Mavericks also have a partnership agreement in place.

As per the deal, Tissot gains branding visibility across the social media posts and other digital assets of the Mavericks.

## 7-Eleven

7-Eleven and the American Airlines Center have had an association since 2010.

This partnership entails the two offering exciting prizes to the Mavericks fans. One such promotional campaign saw the fans presented the chance to win signed gear and watch the Mavericks by purchasing products at the DFW 7-Eleven.

## Sprite

A lemon-flavoured carbonated drink manufactured by Coca-Cola, Sprite also serves as an official partner to the Dallas Mavericks and often appears across their social media platforms and digital assets.

# Ticketmaster

GO TO
**TOP**

This American ticket sales and distribution company based in Beverly Hills is also currently an official partner of the Mavericks. Tickets for the Mavericks' games can be purchased exclusively on the Ticketmaster platform.

## Tiff's Treats

Cookie manufacturing and delivery company Tiff's Treats is also an official partner of the Mavericks and appears on their birthday wish posts as part of this partnership.

## Perficient

A multi-year extension between information technology consulting company Perficient and the Dallas Mavericks was announced in October 2022.

A number of marketing and corporate engagement incentives, such as courtside and digital signage and client hospitality amenities, are provided to Perficient as per the conditions of the contract. Perficient also serves as the exclusive sponsor to the Honorary Co-Captain programme, which gives young Mavericks supporters access to an exclusive pre-game experience on the court.

## Citibank

The banking subsidiary of financial services multinational Citigroup, Citibank is also an official partner of the Mavericks and brings to their fans exciting offers and discounts as part of this partnership.

## EVO

It was announced in September 2022 that EVO Entertainment Group would serve as the Official Cinema

and Entertainment Center of the Dallas Mavericks as part of
a multi-year agreement.

As per this deal, EVO also serves as the Presenting
Sponsor to the Mavs ManiAACs, which are the original all-
male performance squad of the NBA.

# I Feel Slovenia

I Feel Slovenia, the official travel guide of Slovenia, signed a
two-year partnership agreement with the Dallas Mavericks
in 2023, the two parties coming together to promote
tourism, sport, opportunities, and more in the European
nation.

As part of the deal, the two parties organised the "I Feel
Slovenia Night" in April 2023.

# Grey Goose

French vodka brand Grey Goose is also an official partner
of the Dallas Mavericks and prominently features across
their social media platforms.

# Bally Sports

The Dallas Mavericks have Bally Sports on board as their
official television provider.

# Voyager

The Mavericks and Voyager, a cryptocurrency trading
platform, entered into a five-year exclusive collaboration
agreement in October 2021, Voyager becoming in the
process the team's first cryptocurrency brokerage as well as
a global partner.

The relationship between Voyager and the Mavericks aims
to increase accessibility to cryptocurrencies through

GO TO
TOP

worldwide activations, fan engagement campaigns and
educational and community programmes. The partnership
also includes naming rights for the Mavs Gaming Hub,
which serves as the team's official gaming and event space.

# Jackpocket

The Mavericks and Jackpocket, a US third-party app to
order lottery tickets, announced a multi-year collaboration
agreement in February 2022, the latter becoming the
former's official mobile lottery partner in the process.

As per the deal, Jackpocket offers fans fresh activations by
holding monthly prizes via the app. The relationship also
includes the Jackpocket branding appearing during select
opposing team free throw tries at the American Airlines
Center in addition to the contests and VIP events for the
spectators.

# Therabody

The Mavericks named Therabody their official recovery
partner in October 2021.

In accordance with the agreement, the Mavericks have
incorporated Therabody solutions into their training and
recovery schedules, including Theragun percussive and
vibration treatment, RecoveryAir pneumatic compression,
and PowerDot electrical stimulation.

As part of the collaboration, performance and wellness
specialists from Therabody University, the business'
educational arm, also hold educational workshops for the
Mavericks players and coaching staff.

A digital content series was also produced by Therabody
and the Mavericks in addition to their relationship to
highlight how whole-body wellness can improve
performance both on and off the court. The Mavericks'

4/13/24, 10:55 PM                                                Dallas Mavericks Sponsors 2023/24

Case 1:22-cv-22538-RKA    Document 276-1    Entered on FLSD Docket 05/01/2024    Page 444 of
website and social media pages both offer access to this
series.                                                                         513

GO TO
**TOP**

# Betway

The Mavericks and international online betting company
Betway established a multi-year relationship in October
2021, Betway becoming the Mavericks' Official and
Exclusive Free-to-Play Partner in the process.

As per the deal, Betway's branding is displayed all around
the court at the American Airlines Center.

# DoorDash

In March 2020, food delivery company DoorDash became
an official Mavericks partner.

In order to let people know that restaurants were open,
delivery was safe, and restaurants needed customers more
than ever during the COVID pandemic, Mark Cuban and the
Mavs joined up to support DoorDash's #OpenForDelivery
programme.

# Shift Key

The Dallas Mavericks and Texas-based tech company
ShiftKey signed a multi-year Official Partnership agreement
in August 2022.

ShiftKey has sponsored a number of projects over the
course of the partnership. These include the Mavs Vault at
the State Fair, hospital visits for healthcare professionals,
and community events recognising single parents.

# Osadía Tequila

In October 2021, Osadía Tequila, a tequila brand
established in 2021, signed on as an official Dallas

The upmarket tequila company built its very own Osadía Club at the American Airlines Center in October 2022 in accordance with this partnership, and every home game features its top-shelf 100% blue agave tequila. Osadía Tequila also donates 3% of its profits from every home game to the non-profit S2 Foundation.

# Lexus

The luxury division of Japanese automotive brand Toyota has been an official partner of the Dallas Mavericks since 2015.

As per the deal, Lexus holds the naming rights to the Mavericks' Platinum Level Club and Platinum Garage sections. The two parties also team up for various initiatives to help the local community.



**Rahul Naresh**

Leave a Reply

GO TO
**TOP**

WRITE YOUR COMMENT...

| NAME | EMAIL | WEBSITE |

POST COMMENT

PREVIOUS STORY

## Discussing Simon Grayson's departure from Bengaluru FC

NEXT STORY

## Lionel Messi and Michelob Ultra team up for Copa América 2024

## Latest from NBA

### WNBA teams up with Genius Sports

The Women's National Basketball Association (WNBA) has teamed up with UK-headquartered sports data and

### Klay Thompson: Sponsors | Investments

Here, we have a profile for Klay Thompson that details information about his brand

### The Resilience and Thriving Culture of NCAAB: A Deep Dive

The world of college basketball, particularly the National Collegiate Athletic Association (NCAA) Basketball (NCAAB),

### SoFi partners up with NBA

The National Basketball Association (NBA) has signed a multi-year, multi-divisional partnership agreement with banking

### NBA and WNBA renew Dream11 deal

The National Basketball Association (NBA) and Women's National Basketball Association (WNBA) have announced a

GO TO
**TOP**

© 2024 SportsKhabri.

ABOUT US    CONTACT US    PRIVACY POLICY
TERMS & CONDITIONS

f   X      ▶   ⊜   ✉

# Plaintiffs’ Exhibit 295

**MORE FROM HOMEPAGE**

What is a hit-and-run in Texas? What the Rashee Rice and
SMU football player charges mean

Iran unleashes attack on Israel

ADVERTISEMENT

Ad served by Google

Ad options   Send feedback   Why this ad

SPORTS > MAVERICKS

# Mavericks move up to No. 8 on Forbes' annual list of NBA's most valuable franchises

The Mavericks' value increase mirrored the NBA's overall trend.





Dallas Mavericks owner Mark Cuban celebrates with center Boban Marjanovic and guard Frank Ntilikina after a 111-101 victory over the Phoenix Suns in Game 4 of an NBA second round playoff series on Sunday, May 8, 2022, in Dallas. (Smiley N. Pool / Staff Photographer)

By SportsDay Staff
6:50 PM on Oct 27, 2022 CDT

   

The Dallas Mavericks continue to go up in value.

Owner Mark Cuban's Mavericks moved up to the No. 8 spot in Forbes' annual list ranking the most valuable NBA franchises, which released Thursday. The Mavericks were valued at $3.3 billions, up from $2.7 billion in 2021 and $2.4 billion in 2020. They had a 1-year change of 22% and an operating income of $143 million.

ADVERTISEMENT



The Mavericks weren't the only big winners in the Western Conference. This year was also the first in more than two decades that a non-Lakers, non-Knicks team sat at the top. It's the Golden State Warriors at No. 1,, valued at $7 billion. The Knicks were the most valuable team for the previous seven years, and still finished second on the list. The Lakers, Bulls, Celtics, Clippers and Nets are all above the Mavericks.

Forbes' report also said the average NBA franchise is up $2.86 billion from a year ago despite the stock market going down more than 15% in that same period — the NBA returned to its pre-Covid path. The NBA is looking to even more growth in the future once it reaches it's next national media deal in 2025-26.



**Mavericks**

Be the smartest Mavericks fan. Get the latest news.

| Enter your email address | | SIGN UP |

Or with:   G GOOGLE     f FACEBOOK

By signing up you agree to our Terms of Service and Privacy Policy

| Team | Value |
| --- | --- |
| Golden State Warriors | $7 billion |
| New York Knicks | $6.1 billion |
| Los Angeles Lakers | $5.9 billion |
| Chicago Bulls | $4.1 billion |
| Boston Celtics | $4 billion |
| Los Angeles Clippers | $3.9 billion |
| Brooklyn Nets | $3.5 billion |

| Team | Value |
| --- | --- |
| Dallas Mavericks | $3.3 billion |
| Houston Rockets | $3.2 billion |
| Philadelphia 76ers | $3.15 billion |

## Related Stories

VIEW MORE >

- Jaden Hardy, Olivier-Maxence Prosper to get heavy run vs. Thunder as Mavericks rest stars
- 76ers great Allen Iverson talks up Mavericks' Luka Doncic as the next face of the NBA
- 2023-24 NBA MVP race: Where does Dallas Mavericks star Luka Doncic stack up?

ADVERTISEMENT





**Find more Mavericks coverage from The Dallas Morning News here.**



SportsDay Staff

✉ websports@dallasnews.com   𝕏 @SportsDayDFW

---

**TOP PICKS**



**Deadly Fake**
30 Days Inside Fentanyl's Grip on North Texas

# Plaintiffs'

# Exhibit 296

(Redacted)

From:    Ryan Mackey
Sent:    Wed 9/15/2021 2:01 PM (GMT-00:00)
To:      Billy Phillips
Cc:      Patrick Sorensen
Bcc:
Subject: RE: Confidential Partnership


I like your thoughts! Especially the commission splits.


**From:** Billy Phillips <Billy.Phillips@dallasmavs.com>
**Sent:** Tuesday, September 14, 2021 10:18 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Patrick Sorensen <Patrick.Sorensen@dallasmavs.com>
**Subject:** RE: Confidential Partnership

Do you want to BS the Mark integration, or have a commitment conversation with him first?
Voyager really wants Mark to be part of the education process. He is doing that for Coinbase already,
and not getting any compensation, as far as I know.

Have you sent the Voyager 2.0 Digideck to Excel? In that deck you mentioned the Mavs Gaming Hub,
can it be called: Voyager Gaming and Crypto Education Center.

The only other thought I have if you want more eyes on it, you add Kyle and Clay on the case as they
have been building great decks.
Both have that category surrounded. The spilt can be on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮
commish split 3 ways with, Clay, Kyle, and the bonus pool getting ▮▮▮▮▮ each.

Thank You,

Billy Phillips
Dallas Mavericks
1333 N. Stemmons Freeway
Dallas, TX 75207
214-658-7127


**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Tuesday, September 14, 2021 8:14 PM
**To:** Sarah Musaali <Sarah.Musaali@dallasmavs.com>; Billy Phillips <Billy.Phillips@dallasmavs.com>;
Patrick Sorensen <Patrick.Sorensen@dallasmavs.com>
**Subject:** FW: Confidential Partnership

FYI: We gotta move quickly on a proposal. I emailed Jason and told him we're working on it.
Can we talk tomorrow to try to BS our way through this in the near term? Probably most important to
get something in their hands than have it all fleshed out.


EXHIBIT
Plaintiffs
296

CONFIDENTIAL

MAVSCUBAN00010378

**From:** Jason Miller <jmiller@excelsm.com>
**Sent:** Monday, September 13, 2021 7:53 PM
**To:** Drew Northfield <dnorthfield@excelsm.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** RE: Confidential Partnership

Appreciate the intel and update...Voyager reached out today asking for an update. When should I tell them to expect a next turn of the proposal? Maybe we ask for times and pitch them via phone so we can get real time feedback and come back with another turn shortly thereafter that is hopefully close?

**From:** Drew Northfield <dnorthfield@excelsm.com>
**Sent:** Monday, September 13, 2021 6:44 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Jason Miller <jmiller@excelsm.com>
**Subject:** Re: Confidential Partnership

Thanks Ryan - adding Jason for visibility. As an FYI, I'm on vacation in Mexico this week so he will be driving from the Excel side while I'm away. I'll be available to jump on calls w/ Voyager as needed and lend thoughts on the proposal once it's ready to go.

Drew Northfield
Excel Sports Management
971.344.3677

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Monday, September 13, 2021 5:32:30 PM
**To:** Drew Northfield <dnorthfield@excelsm.com>
**Subject:** FW: Confidential Partnership

**External email**
Hey Drew-
FYI: Read below.  We aren't interested in doing that but letting you know how they are looking at it.

Checking with legal on the agreement.  Also, we had a brainstorming session today.  More to come soon.
RM

**From:** Mark Cuban <mcuban@gmail.com>
**Sent:** Monday, September 13, 2021 3:07 PM
**To:** Sonny Singh <sonny@bitpay.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Re: Confidential Partnership

I can't make any promises , but unless we get paid bitpay will stay

On Mon, Sep 13, 2021, 2:28 PM Sonny Singh <sonny@bitpay.com> wrote:

Mark - Thanks for letting me know as we are starting to hear this a lot now.  We've pretty much had every sports team and sports league reach out to us about sponsoring various teams or events ranging

MAVSCUBAN00010379

from⬛⬛⬛⬛  Unlike the other crypto companies, we are not a trading exchange so we dont have a consumer business that makes money getting users to trade on their exchange.  As you know, we just make 1% on payment transactions which is very minimal revenue so we dont do sponsorships.  However, we are happy to fund some small promotions for discounts on crypto purchases on your site or some other things, but definitely not at the level you might be seeing.  The other vendors dont really have a payment option that would allow you to accept various cryptos from ALL the crypto wallets.  They will make you only accept from their crypto wallet.  One idea is maybe you sell them a sponsorship to be the official crypto trading partner of the Dallas Mavs, and keep the payment part separate as you want to get payments from all the wallets?  Im also good friends with all the exchanges like FTX, Coinbase, etc and can connect you if you want.

> On Sep 13, 2021, at 8:44 AM, Mark Cuban <mcuban@gmail.com> wrote:
>
> Sonny, just a heads up that the Mavs are getting a ton of inbound interest by BitPay competitors to pay us any where from⬛⬛⬛ up to replace bitpay. Most are more than⬛ and of course include promotional elements in addition to being the primary payment gateway
>
> i just wanted to give you the heads up.. Of course, if you would like to be a Mavs sponsor, we would be wide open to it !
>
> I just didnt want you to be blindsided since we have come so far together
>
>
>
> http://www.markcuban.com
> My NFTs https://lazy.com/mcuban
> Lets Go Mavs !
> #MFFL

CONFIDENTIAL

# Plaintiffs' Exhibit 297

**Kyle Tapply**

From:      Billy Phillips
Sent:      Wed 10/06/2021 6:14 PM (GMT-00:00)
To:        Tim McCarthy
Cc:        Kyle Tapply; Kory Nix; Clay Christopher; Patrick Sorensen; Spencer Santora; Ryan Mackey
Bcc:
Subject:   Voyager

Some information from Voyager:

Why Voyager?

&#8226;        Voyager was founded in 2018 by a group of proven entrepreneurs with highly successful backgrounds at companies like E*TRADE, Uber, and Morgan Stanley.

&#8226;        Our goal is to take the complexity out of crypto for the everyday investor, and to bring crypto out of the shadows and into the light.

o        This started with a simplified app that, from the beginning, allowed investors to seamlessly trade in USD and coins with zero commissions.

&#8226;        We have 1.8 million users, a $400mm Revenue Run Rate, a ~$2.5 billion market cap and several hundred million in liquidity to fuel growth.

&#8226;        We offer 64 coins currently and are curating and adding new coins every month--based on quality, liquidity and demand.

&#8226;        We are also a leader in paying rewards for holding crypto. Currently, we pay annual % rewards on 30+ coins.

o        For example, we are currently paying 5.75% on BTC, 4.6% on ETH, 9% on USDC, 12% on DOT (on an annual basis).

&#8226;        We are not an exchange like Coinbase or Binance (exchanges are designed for institutions). Instead, we are an agency broker--which means that it is our responsibility to transact in the best interest of our customers.

&#8226;        Going forward, our mantra is Crypto for All. We are making it easy for anyone to learn about, invest in, and use crypto.

o        We want consumers to be part of the evolution of finance while growing their own financial future.



Publicly Traded Company

&#8226;       Voyager was the first consumer crypto investing platform to go public &#8211; we are currently listed on the CSE.

&#8226;       Confidentially, we are moving to the TSX (8th largest exchange in the world) in just a couple of weeks (announcing on 8/23).

o       Goal is to be on Nasdaq in 2022

&#8226;       We believe transparency is important for crypto investing platform&#8212;which is why we decided to go public early on, subjecting ourselves to standard reporting and regulation.

&#8226;       Coinbase is the only other public company in the crypto investing space.


Voyager / VGX Community

&#8226;       We have a very loyal and engaged community around our own token, VGX, which has a ~$1 billion market cap.

&#8226;       The VGX token pays 7% staking rewards annually, and, based on certain levels of VGX holdings (10k+), token holders can earn a 1% boost on all rewards we pay out.

&#8226;       We just completed what we believe is the largest Token Swap/Token Merger in history on the Ethereum blockchain.

o       Note the swap has also given the company a significant amount of tokens for marketing programs

&#8226;       Check out $VGX on Twitter and you will see a highly engaged community of token holders.

&#8226;       In September, we&#8217;ll launch the much-anticipated Voyager Loyalty Program that pays rewards based on the quantity of VGX tokens held in a Voyager account.


Recent Acquisitions / Growth Plan

&#8226;       We just acquired a global payments company, Coinify, that brings us into the merchant/ B2B payments space

CONFIDENTIAL

o      This will also will kickstart our European operations, which will begin in 2022

&#8226;      In the fall, we plan to launch a market-leading debit card tied to the USD Coin.


Thank You,

Billy Phillips

Dallas Mavericks

1333 N. Stemmons Freeway

Dallas, TX 75207

214-658-7127

CONFIDENTIAL

MAVSCUBAN00006941

# Plaintiffs' Exhibit 298

**Ryan Mackey**

From:    Billy Phillips
Sent:    Thu 10/28/2021 3:09 PM (GMT-00:00)
To:    Kyle Tapply; Ryan Mackey; Kory Nix; Clay Christopher; Spencer Santora
Cc:
Bcc:
Subject: RE: Voyager Press Conference Live Stream Tomorrow

That is amazing.
What a great example of our partners enhancing our brand.
Mavs logo on National TV for over 6 minutes.



Thank You,

Billy Phillips
Dallas Mavericks
1333 N. Stemmons Freeway
Dallas, TX  75207
214-658-7127

**From:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Sent:** Thursday, October 28, 2021 9:46 AM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Billy Phillips <Billy.Phillips@dallasmavs.com>; Kory
Nix <Kory.Nix@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>; Spencer
Santora <Spencer.Santora@dallasmavs.com>
**Subject:** FW: Voyager Press Conference Live Stream Tomorrow

FYI...



CONFIDENTIAL

MAVSCUBAN00009873

Earlier this AM with Steve: https://video.foxbusiness.com/v/6279191298001#sp=show-clips

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Mike Marshall <Mike.Marshall@dallasmavs.com>
**Sent:** Thursday, October 28, 2021 9:43 AM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Adam Wermuth <Adam.Wermuth@dallasmavs.com>;
Spencer Santora <Spencer.Santora@dallasmavs.com>
**Subject:** Re: Voyager Press Conference Live Stream Tomorrow

Analytics attached.

**From:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Sent:** Thursday, October 28, 2021 8:56 AM
**To:** Adam Wermuth <Adam.Wermuth@dallasmavs.com>; Spencer Santora
<Spencer.Santora@dallasmavs.com>; Mike Marshall <Mike.Marshall@dallasmavs.com>
**Subject:** RE: Voyager Press Conference Live Stream Tomorrow

Hey Adam,

Thanks again for your help with all of this. Do you know if we can pull numbers from the stream
yesterday?

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Adam Wermuth <Adam.Wermuth@dallasmavs.com>
**Sent:** Tuesday, October 26, 2021 4:43 PM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Spencer Santora <Spencer.Santora@dallasmavs.com>;
Mike Marshall <Mike.Marshall@dallasmavs.com>
**Subject:** Re: Voyager Press Conference Live Stream Tomorrow

Sorry meant to reply to this email but the info is still the same LOL

Thank you!
Adam

**From:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Date:** Tuesday, October 26, 2021 at 3:43 PM
**To:** Spencer Santora <Spencer.Santora@dallasmavs.com>, Adam Wermuth

CONFIDENTIAL

MAVSCUBAN00009874

<Adam.Wermuth@dallasmavs.com>, Mike Marshall <Mike.Marshall@dallasmavs.com>
**Subject:** RE: Voyager Press Conference Live Stream Tomorrow

Hey Adam —

Sorry for the fire drill but can you let me know if this is going to be up and running for tomorrow? They want to include it in the press release that is going out first thing in the morning. Sorry for the last minute ask.

Appreciate the help.

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Spencer Santora <Spencer.Santora@dallasmavs.com>
**Sent:** Tuesday, October 26, 2021 10:56 AM
**To:** Adam Wermuth <Adam.Wermuth@dallasmavs.com>; Mike Marshall <Mike.Marshall@dallasmavs.com>
**Cc:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Subject:** Voyager Press Conference Live Stream Tomorrow

Hi Adam,

Could you please set up a landing page to host the press conference livestream tomorrow?

URL: mavs.com/voyager

Logo lock up is attached. Let me know if there is any other info you need.

@Mike Marshall — What do you need from me for the live stream?



**Spencer Santora**
Sponsorship Activation Manager
Dallas Mavericks | 1333 N Stemmons FWY #105 | Dallas, TX 75207
C: (817) 939-4334 | O: (214) 658-7144
Email: spencer.santora@dallasmavs.com

MAVSCUBAN00009875

This email may contain material that is PRIVILEGED and CONFIDENTIAL for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

CONFIDENTIAL

MAVSCUBAN00009876

# Plaintiffs' Exhibit 299

| | |
|---|---|
| From: | Erin Finegold White |
| Sent: | Fri 10/15/2021 4:39 PM (GMT-00:00) |
| To: | Cynthia Marshall |
| Cc: | |
| Bcc: | |
| Subject: | Voyager |
| Attachments: | VOYAGER Fact Sheet.pdf |

**ERIN FINEGOLD WHITE**
SR. VICE PRESIDENT, CORPORATE COMMUNICATIONS, CONTENT AND EVENTS
DALLAS MAVERICKS | MAVS GAMING
1333 N. STEMMONS FWY. | STE. 105 | DALLAS, TX 75207
**CELL:** (214) 415-9183



EXHIBIT
Plaintiffs
299

CONFIDENTIAL

MAVSCUBAN00022857

| **Mavs Gaming** | • Naming Rights of Mavs Gaming Hub - VOYAGER Gaming and Crypto Compound?<br>• Branding on Jersey<br>• Virtual In-Game Signage |
|---|---|
| **Promotions** | • Incentive program to drive cryptocurrency adoption and VOYAGER sign ups<br>• Minimum of two international promotions |
| **Other Opportunities** | • Mutually agreed upon digital content<br>• Utilize Mavs Influencers to support marketing, promotions, and education materials<br>• Mutually agreed upon Education programs |

# Full Brand Overview

Voyager was founded in 2018 by a group of proven entrepreneurs with highly successful backgrounds at companies like E*TRADE, Uber, and Morgan Stanley.

Our goal is to take the complexity out of crypto for the everyday investor, and to bring crypto out of the shadows and into the light. This started with a simplified app that, from the beginning, allowed investors to seamlessly trade in USD and coins with zero commissions. We have 1.8 million users, a $400mm Revenue Run Rate, a ~$2.5 billion market cap and several hundred million in liquidity to fuel growth.

We offer 64 coins currently and are curating and adding new coins every month--based on quality, liquidity and demand. We are also a leader in paying rewards for holding crypto. Currently, we pay annual % rewards on 30+ coins. For example, we are currently paying 5.75% on BTC, 4.6% on ETH, 9% on USDC, 12% on DOT (on an annual basis).

We are not an exchange like Coinbase or Binance (exchanges are designed for institutions). Instead, we are an agency broker--which means that it is our responsibility to transact in the best interest of our customers. Going forward, our mantra is *Crypto for All*. We are making it easy for anyone to learn about, invest in, and use crypto. We want consumers to be part of the evolution of finance while growing their own financial future.

### *Publicly Traded Company*

Voyager was the first consumer crypto investing platform to go public – we are currently listed on the CSE. Goal is to be on Nasdaq in 2022. We believe transparency is important for crypto investing platform—which is why we decided to go public early on, subjecting ourselves to standard reporting and regulation. Coinbase is the only other public company in the crypto investing space.

### *Voyager / VGX Community*

We have a very loyal and engaged community around our own token, VGX, which has a ~$1 billion market cap. The VGX token pays 7% staking rewards annually, and, based on certain levels of VGX holdings (10k+), token holders can earn a 1% boost on all rewards we pay out. We just completed what we believe is the largest Token Swap/Token Merger in history on the Ethereum blockchain. Recently launched the much-anticipated Voyager Loyalty Program that pays rewards based on the quantity of VGX tokens held in a Voyager account.

### *Recent Acquisitions / Growth Plan*

We just acquired a global payments company, Coinify, that brings us into the merchant/ B2B payments space. This will also kickstart our European operations, which will begin in 2022. In the fall, we plan to launch a market-leading debit card tied to the USD Coin.

MAVSCUBAN00022859

# VOYAGER

## Account Reps

**Account Executive:** Clay Christopher, Kory Nix, Kyle Tapply
**Activation Account Lead:** Spencer Santora

## Contacts (* - Key Decision

Erika E. Szychowski, SVP, Brand Marketing & Partnerships *

## About

Voyager is a cryptocurrency exchange that was founded in 2018 by a group of proven entrepreneurs with highly successful backgrounds at companies like E*TRADE, Uber, and Morgan Stanley.

Our goal is to take the complexity out of crypto for the everyday investor, and to bring crypto out of the shadows and into the light. Mantra is *Crypto for All*. We are making it easy for anyone to learn about, invest in, and use crypto.

**Extended Overview Below**

## Agreement

**Current Contract Length:** 5 Years
**Start Season:** 2021-22
**End Season:** 2025-26

## Objectives

Increase Brand Awareness
Cryptocurrency Education
Increase Cryptocurrency Adoption

## Community

Focused on educating people on cryptocurrency and making it more accessible for all.

## Competitors

| | |
|---|---|
| Cash App | Robinhood |
| Coinbase | Binance |
| Celsius | Venmo/Paypal |
| FTX | WeBull |
| Crypto.com | eToro |

## Digital Presence

Website: www.investvoyager.com/

FB/IG/TW Handle: @investvoyager

## Sponsorship Assets

**Designation/IP Rights**
- Official and Exclusive Cryptocurrency exchange of the Dallas Mavericks
- Global IP and marketing rights of the Dallas Mavericks

**Signage**
- LED Scorer's Table, LED Stanchion, LED 360
- Front/Back VIP Chair Backs
- Virtual On-Court Logo

**Digital**
- TBD Social Media Campaign
- Mavs App Integration

**Mavs Take Action**
- Mavs Take Action initiative – Mavs Major, scholarships, tuition, other education initatives

CONFIDENTIAL

# Plaintiffs'

# Exhibit 300

Tickets     Schedule     Team     Media     Shop     Mavs Insider

# VOYAGER DIGITAL BECOMES FIRST INTERNATIONAL PARTNER OF THE DALLAS MAVERICKS

The Dallas Mavericks inked the franchise's first international deal this week with Voyager Digital (TSX: VOYG) one of the fastest-growing, publicly traded cryptocurrency platforms in the United States.

The five-year exclusive, integrated partnership has a three-fold mission: make cryptocurrency more accessible through educational and digital programs, plus reach the global audience with activations and create innovative and transformative fan engagement programs.

Even more exciting? **Voyager is giving Mavs fans an unprecedented $100 CRYPTO REWARD until Oct. 30, 2021.**

**Here's how it works:**
- Download the Voyager Digital mobile application
- Create an account using the code **MAVS100**
- Next, deposit $100 and trade a minimum of $10 to unlock your $100 reward (please allow up to 10 days for the reward to be credited to your account)



*[Edit: Due to an influx of new users reported on Oct. 29, Voyager has added a waitlist that the company plans to lift shortly. Voyager writes that the offer will still be honored as long as you get on the waitlist during the offer period]*



## CUBAN: 'WE'RE GOING TO BE AT THE FOREFRONT OF INNOVATION'

Mavs governor Mark Cuban and Voyager CEO Steve Ehrlich announced the new Mavs-Voyager alliance at a Wednesday press conference with several players in attendance, including Jalen Brunson, Dorian Finney-Smith, Maxi Kleber, Frank Ntilikina and Dwight Powell.

[To watch the replay of the press conference, read the official press release and view photos from the event, visit here].

The timing of the Mavs-Voyager partnership is perfect for crypto-curious fans who want to start investing now.

"I think working together, we're going to be at the forefront of innovation," Cuban said. "We're going to come up with new ways to introduce Mavs fans to cryptocurrency and help them understand it. You know, there's a lot of hype, there's a lot of discussion, but most people don't understand the fundamentals behind it. We're going to try to bring that level of education to our fans and to our joint customers."

So what are the fundamentals and why should MFFLs care?



EXHIBIT

Plaintiffs

300

| Tickets | Schedule | Team | Media | Shop | Mavs Insider |
|---------|----------|------|-------|------|--------------|

The company is a mobile crypto broker that offers commission-free trading on more than 60 cryptocurrencies, with crypto services both for individuals and institutions (stay with me here).

In other words, it's a way to earn high returns while also getting skin in the game and the Voyager platform makes the process easy and simplified for fans of all ages. The 60+ crypto assets allows you to build a diverse portfolio from a single account.

"We're really excited and this is our first foray into a team sport," Voyager CEO and co-founder Steve Ehrlich said. "Everything we do at Voyager is about partnerships and partnering with the right people."

Ehrlich explained that Cuban is a leader in the cryptocurrency world and his deep understanding of the digital-asset space makes this partnership valuable to Voyager Digital.



As part of the deal, Voyager also receives naming rights to the Mavs Gaming Hub, the official gaming venue and digital home court of the Mavs' NBA 2K League team. It's also the venue that hosted Wednesday's press conference.

The official announcement of the Mavs Gaming Hub's new name will be later revealed.

"Really the whole key is not just the affiliation and (activations) with the Mavs, but it's the education we want to bring," said Ehrlich, who has been a veteran in the capital market industry for over 25 years.



"Education is really important for us. There's a lot for people to learn. Blockchain, cryptocurrency, bitcoin have all been around for 10 plus years, but people are just starting to learn about it, literally in the last nine months. You've seen this explosion of people having interest in cryptocurrency. To use a basketball term, we're still in the first half of the first quarter in teaching people about cryptocurrency. And it starts here. It starts now in Dallas."

So who better to teach the fundamentals and the early stage of the crypto game than the Mavs players themselves? At Wednesday's press conference, five players – officially dubbed as "team crypto-enthusiasts" by Cuban — asked questions to simplify the Voyager process for the everyone.

We've highlighted their questions below, with Cuban's and Ehrlich's answers in an easy-to-understand format.

And most of all – don't forget to download the Voyager app in the next 36 hours to score your free $100 and start investing.

**Q: DORIAN FINNEY-SMITH: HOW CAN I GET A VOYAGER ACCOUNT?**



**Steve Ehrlich:** It's really easy to get your account. That's one of the advantages of Voyager. You can actually download the app and fund your account and trade in three minutes or less. We make it really simple. We have a very easy-to-use and integrative platform that allows you to get engaged in the crypto market very quickly. That's one of the values of Voyager. You'll be trading in three minutes or less.

**Q: DWIGHT POWELL: WHAT MAKES VOYAGER APP DIFFERENT FROM OTHER CRYPTO APPS?**

**Steve Ehrlich:** It's the user interface that makes it really easy for people to use. It was really intuitive by doing that and that's how we set out when building the company. We've only been in business for three years. We wanted to make it very easy to get people engaged into the app and trade and engage with cryptocurrencies. We have our own community and our Voyager Token that allows you to participate in the community to learn more about crypto. (There's the) easy-to-use 65 coins right now and then you get to earn some safety coins right now. You get to create some wealth through the app, so we're really excited where it's going.



**Mark Cuban:** I know for me, it was really easy. I took some of my MATIC tokens that I owned and transferred them over because Voyager paid a higher interest rate, or return rate, than the application that I was using before. So it was really easy. They give you a wallet address and you just go into your MetaMask, or whatever you're using, and you send it to that destination address, and it shows up an hour later. You start earning more money. So right immediately, I was earning more than I went over to Voyager. With Voyager, the pricing has been far, far better. And so, if you're paying attention and want to get the best price, Voyager is a great platform for it

**Q: MAXI KLEBER: IS IT TOO LATE TO GET INTO CRYPTO?**

**Steve Ehrlich:** It's never too late and, actually, now is the right time. I still think it's the first half of the first quarter on crypto adoption. There are some numbers that I used in a Crypto 101 education platform that I used for NFL players. About 220 million people have crypto right now and we (anticipate) a billion in four years. So that shows you where we can actually go with crypto and crypto adoption.

News    AI    Halving    Gaming    Degen

Enter your email

Subscribe

© A next-generation media company. 2024 Decrypt Media, Inc.



| Tickets | Schedule | Team | Media | Shop | Mavs Insider |

**Mark Cuban:** You don't have to spend a lot of money in order to learn. It's not like the stock market where it's almost impossible, except on a few platforms, to spend $10 and get started. My now 12-year-old son got me in Dogecoin when it was less than a penny. I was like "let's do this" because it's a cheap way for him to learn how all of this works. While you have to put in a $100 to get the $100 bonus the next two days, if you don't have a hundred dollars and you just want to download the app and put in $5 and buy SHIBA INU (SHIB) and Dogecoin (DOGE), there's a lot of ways to inexpensively start.

### Q: JALEN BRUNSON: IF THIS IS MY FIRST TIME GETTING INTO CRYPTO, WHAT ARE SOME KEY THINGS I NEED TO KNOW?



**Steve Ehrlich:** Enter small and just learn a little bit. Start small and I think it's always wise to start financial investments small and then work your way up. As you start learning more and understanding more, then you can start increasing from there. But I think it's always a wise place to start.

**Mark Cuban:** Yeah, you're spending your money, so always be careful. But the other thing, look, there's investments, things like SHIBA INU and Dogecoin, those aren't investments. But Voyager...this is a good way to learn and it's something you can do on your smart phone. You can start getting into this and saving your money and that's just a unique opportunity.

### Q: FRANK NTILIKNINA: I'M FROM FRANCE, SO MY QUESTION IS IF VOYAGER IS GOING TO BE AVAILABLE OUTSIDE OF THE UNITED STATES?

**Steve Ehrlich:** Yes, we definitely are. We're hoping to be in Europe by the end of March 2022. We recently just got approval from the AMF in France, which is very hard to get. I think we're the only cryptocurrency platform that has that approval in France. It allows us to enter France, which we will, and that will be the first country we enter in Europe. Then we'll be able to get customers in the rest of Europe. We're excited about that.



**Stephen Ehrlich**
@Ehrls15 · Follow

So proud of the @investvoyager team in getting this done. Also thanks to @dallasmavs as we look forward to this partnership. Very excited and lots of cool things ahead.

**Voyager** @investvoyager
Voyager teams up with the @dallasmavs as their official crypto brokerage & international partner

Catch the official press conference live at 4 PM CT // 5 PM ET, with the Mavs, @Ehrls15, and @mcuban.

See you on the paint mavs.com/voyager/

2:41 PM · Oct 27, 2021

♥ 431    Reply    Share

Read 54 replies

| Tickets | Schedule | Team | Media | Shop | Mavs Insider |

cryptocurrency brokerage of the Dallas Mavericks, Voyager!

Head to mavs.com/voyager at 4pm CT to tune in to a special press conference with @mcuban and @investvoyager CEO, @ehris15.

#MFFL

Watch on X



12:57 PM · Oct 27, 2021

❤ 883    ♡ Reply    ⭱ Share

Read 90 replies

**Voyager** ⊘
@investvoyager · Follow

What a month. Let's recap:

Official crypto partner of the @dallasmavs
$75M investment from @AlamedaResearch
Final approval for Europe app launch
Partnered with @fundstrat
$VGX on @ftx_app
2nd month of Loyalty rewards
Appointed new CTO

... and we're just getting started

2:30 PM · Oct 28, 2021

❤ 761    ♡ Reply    ⭱ Share

Read 78 replies

Tickets     Schedule     Team     Media     Shop     Mavs Insider

Catch the official press conference live at 4 PM CT // 5 PM ET, with the Mavs, @Ehrls15, and @mcuban.

See you on the paint

mavs.com
Voyager Press Conference - The Official Home of the Dallas Mavericks

**Voyager** ⊘
@investvoyager · Follow

"We could not be more excited to partner with the Dallas Mavericks to make crypto more accessible for all."

Check out the press release for more details on the official partnership:

newswire.ca
Voyager Digital Becomes the Official Cryptoc...
/CNW/ – Voyager Digital Ltd. ("Voyager" or the "Company") (TSX: VOYG) (OTCQX: VYGVF) ...

1:41 PM · Oct 27, 2021                                    ⓘ

💬 247     ♡ Reply     ⬆ Share

Read 14 replies

MORE INFO

About Voyager Digital Ltd.
Voyager Digital Ltd. (TSX: VOYG;OTCQX: VYGVF; FRA: UCD2) is a fast-growing, publicly traded cryptocurrency platform in the United States founded in 2018 to bring choice, transparency, and cost efficiency to the marketplace. Voyager offers a secure way to trade over 60 different crypto assets using its easy-to-use mobile application and earn rewards up to 12 percent annually on more than 30 cryptocurrencies. Through its subsidiary Coinify ApS, Voyager provides crypto payment solutions for both consumers and merchants around the globe. To learn more about the company, please visit https://www.investvoyager.com.

# Plaintiffs'

# Exhibit 301

(Redacted)

**"Brandon Barkley" <Brandon.Barkley@dallasmavs.com>**

From:     Erin Finegold White
Sent:     Mon 10/25/2021 5:01 PM (GMT-00:00)
To:       "Brandon Barkley" <Brandon.Barkley@dallasmavs.com>
Cc:       "Kyle Tapply" <Kyle.Tapply@dallasmavs.com>, "Billy Phillips" <Billy.Phillips@dallasmavs.com>,
          "CK" <Collin.Kim@dallasmavs.com>, "Kory Nix" <Kory.Nix@dallasmavs.com>, "Ryan Mackey"
          <Ryan.Mackey@dallasmavs.com>, "Clay Christopher" <Clay.Christopher@dallasmavs.com>
Bcc:
Subject:  Re: Voyager Press Conference- Player Appearance


I should have an update by EOD. Thanks Brandon!

**ERIN FINEGOLD WHITE**
**SVP CORP. COMMS, CONTENT & EVENTS**
**DALLAS MAVERICKS**
CELL: (214) 415-9183


**From:** Brandon Barkley <Brandon.Barkley@dallasmavs.com>
**Date:** Monday, October 25, 2021 at 10:37 AM
**To:** Erin Finegold White <Erin.Finegold@dallasmavs.com>
**Cc:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>, Billy Phillips <Billy.Phillips@dallasmavs.com>,
CK <Collin.Kim@dallasmavs.com>, Kory Nix <Kory.Nix@dallasmavs.com>, Ryan Mackey
<Ryan.Mackey@dallasmavs.com>, Clay Christopher <Clay.Christopher@dallasmavs.com>
**Subject:** Re: Voyager Press Conference- Player Appearance

Hello Everyone,

Any update on ROS and questions for players to ask?

Thanks,

Brandon Barkley
Dallas Mavericks
Player Relations Manager
brandon.barkley@dallasmavs.com
Ph: 313-244-7373


**From:** Erin Finegold White <Erin.Finegold@dallasmavs.com>
**Sent:** Friday, October 22, 2021 9:33 AM
**To:** Brandon Barkley <Brandon.Barkley@dallasmavs.com>
**Cc:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Billy Phillips <Billy.Phillips@dallasmavs.com>; CK
<Collin.Kim@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Ryan Mackey



EXHIBIT
Plaintiffs
301

MAVSCUBAN00006178

<Ryan.Mackey@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>
**Subject:** Re: Voyager Press Conference- Player Appearance

Great! Thanks Brandon!

**ERIN FINEGOLD WHITE**
**SVP CORP. COMMS, CONTENT & EVENTS**
**DALLAS MAVERICKS**
**CELL:** (214) 415-9183

**From:** Brandon Barkley <Brandon.Barkley@dallasmavs.com>
**Date:** Friday, October 22, 2021 at 9:29 AM
**To:** Erin Finegold White <Erin.Finegold@dallasmavs.com>
**Cc:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>, Billy Phillips <Billy.Phillips@dallasmavs.com>,
CK <Collin.Kim@dallasmavs.com>, Kory Nix <Kory.Nix@dallasmavs.com>, Ryan Mackey
<Ryan.Mackey@dallasmavs.com>, Clay Christopher <Clay.Christopher@dallasmavs.com>
**Subject:** Re: Voyager Press Conference- Player Appearance

Erin,

Thank you for this information! It helps a ton, let me also add Frank Ntilikina to that list as well please.
I'll start the guys in getting accounts today, and information on when/wear/what of the event. We can
share the questions Monday.

Thanks,

Brandon Barkley
Dallas Mavericks
Player Relations Manager
Brandon.Barkley@dallasmavs.com
Ph: 313-244-7373

> On Oct 22, 2021, at 9:24 AM, Erin Finegold White <Erin.Finegold@dallasmavs.com>
> wrote:
>
> Hey Brandon, The Voyager team and their agency are working on this.  We were very
> clear that it needs to seem natural—so they are working on folding the educational
> piece into the Q&A, which sounds like a good idea.
> Some example questions:
> - If it's my first time buying crypto, what are some of the key things I need to know
>   before I do?
> - So I have crypto in my account. What can I do with it now other than trade or
>   hold it? What can I buy with it and how?

CONFIDENTIAL

We will have a more detailed script to you by Monday.  Does that work?
Is this list still accurate?

- Reggie Bullock:
- Dorian Finney-Smith:
- Dwight Powell:
- Maxi Kleber:
- Jalen Brunson:

Thanks so much for your help,
Erin

**ERIN FINEGOLD WHITE**
**SVP CORP. COMMS, CONTENT & EVENTS**
**DALLAS MAVERICKS**
**CELL:** (214) 415-9183


**From:** Brandon Barkley <Brandon.Barkley@dallasmavs.com>
**Date:** Friday, October 22, 2021 at 8:11 AM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Cc:** Erin Finegold White <Erin.Finegold@dallasmavs.com>, Billy Phillips
<Billy.Phillips@dallasmavs.com>, CK <Collin.Kim@dallasmavs.com>, Kory Nix
<Kory.Nix@dallasmavs.com>, Ryan Mackey <Ryan.Mackey@dallasmavs.com>,
Clay Christopher <Clay.Christopher@dallasmavs.com>
**Subject:** Re: Voyager Press Conference- Player Appearance

Thanks Kyle!! Is there a list of 5-10 questions that I can use to feed each player
attending one to ask at the press conference?


Brandon Barkley
Dallas Mavericks
Player Relations Manager
Brandon.Barkley@dallasmavs.com
Ph: 313-244-7373


On Oct 22, 2021, at 7:07 AM, Kyle Tapply
<Kyle.Tapply@dallasmavs.com> wrote:


Hey Brandon,

Just wanted to confirm what Voyager was willing to offer for the players
who attend the press conference event:

- █████████████████████.
  - 50% in VGX (Voyager Token)
  - 50% in either Bitcoin or Ethereum

CONFIDENTIAL

- We'll need to introduce them to Erika, and she can help set them up with an account. They will need to provide the information below to setup an account.
  - o   Home Address
  - o   Cell Phone Number
  - o   First and Last Name

To confirm the ask, the players will need to attend the press conference and ask a at least one pre-determined question during the Q&A session. If they want to ask more, no problem. After the press conference is over, they are free to go, unless they want to stick around and talk with media on their interest in the crypto space or they can hang around and chat with Mark/Steve.

Erin, feel free to correct anything if I misspoke. ☺

Please let me know if you have any questions.

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Brandon Barkley <Brandon.Barkley@dallasmavs.com>
**Sent:** Tuesday, October 19, 2021 3:52 PM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Erin Finegold White <Erin.Finegold@dallasmavs.com>
**Cc:** Billy Phillips <Billy.Phillips@dallasmavs.com>; Collin Kim <Collin.Kim@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Clay Christopher <Clay.Christopher@dallasmavs.com>
**Subject:** Re: Voyager Press Conference- Player Appearance

Hello Everyone,

Here is my list of confirmations and guys still waiting to confirm but are aware of the event. Let me know if we are good with these guys:

Confirmed: Reggie Bullock, Dorian Finney-Smith, DP, Maxi, Jalen

Not Confirmed: Frank Ntilikina, THJ, KP, Boban

Thanks,

Brandon Barkley

MAVSCUBAN00006181

Dallas Mavericks
Player Relations Manager
brandon.barkley@dallasmavs.com
Ph: 313-244-7373

**From:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Sent:** Monday, October 18, 2021 9:02 PM
**To:** Erin Finegold White <Erin.Finegold@dallasmavs.com>
**Cc:** Brandon Barkley <Brandon.Barkley@dallasmavs.com>; Billy Phillips
<Billy.Phillips@dallasmavs.com>; Collin Kim
<Collin.Kim@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>;
Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Clay Christopher
<Clay.Christopher@dallasmavs.com>
**Subject:** RE: Voyager Press Conference- Player Appearance

Agreed that KP should be on the list.

Just another consideration that you could help with your
expertise...Should we try to limit it to a reasonable number of players to
avoid having the entire team basically there, everyone but Luka,
because that would be a notable absence? I know that they're still
having ongoing conversations but want to avoid that situation, if
possible, right??

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Erin Finegold White <Erin.Finegold@dallasmavs.com>
**Sent:** Monday, October 18, 2021 8:51 PM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Cc:** Brandon Barkley <Brandon.Barkley@dallasmavs.com>; Billy Phillips
<Billy.Phillips@dallasmavs.com>; Collin Kim
<Collin.Kim@dallasmavs.com>; Kory Nix <Kory.Nix@dallasmavs.com>;
Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Clay Christopher
<Clay.Christopher@dallasmavs.com>
**Subject:** Re: Voyager Press Conference- Player Appearance

I think you need to let all the guys know about it. When we met with
Martins- he was extremely enthusiastic about crypto- and he wasn't on
the original list. Those who are truly interested will show up. The more
who show, the better the story for the media.

CONFIDENTIAL

Erin Finegold White
214.415.9183
Sent from my iPhone

On Oct 18, 2021, at 7:46 PM, Kyle Tapply
<Kyle.Tapply@dallasmavs.com> wrote:

I think we just invite the guys who have clearly
expressed interest in crypto. That's just my thought and
can be talked into more but I think if we had 5-7 guys
there we're covered.

Thanks,

Kyle Tapply
Cell: 970-396-7725

---

**From:** Brandon Barkley
<Brandon.Barkley@dallasmavs.com>
**Sent:** Monday, October 18, 2021 7:35:30 PM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Erin
Finegold White <Erin.Finegold@dallasmavs.com>
**Cc:** Billy Phillips <Billy.Phillips@dallasmavs.com>; Collin
Kim <Collin.Kim@dallasmavs.com>; Kory Nix
<Kory.Nix@dallasmavs.com>; Ryan Mackey
<Ryan.Mackey@dallasmavs.com>; Clay Christopher
<Clay.Christopher@dallasmavs.com>
**Subject:** Re: Voyager Press Conference- Player
Appearance

Thanks Kyle, not sure if this was answered below,
but am I okay to invite all 15 full time Mavs players
to the event?

Brandon Barkley
Dallas Mavericks
Player Relations Manager
brandon.barkley@dallasmavs.com
Ph: 313-244-7373

CONFIDENTIAL

**From:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Sent:** Monday, October 18, 2021 5:23 PM
**To:** Erin Finegold White
<Erin.Finegold@dallasmavs.com>; Brandon Barkley
<Brandon.Barkley@dallasmavs.com>
**Cc:** Billy Phillips <Billy.Phillips@dallasmavs.com>; Collin
Kim <Collin.Kim@dallasmavs.com>; Kory Nix
<Kory.Nix@dallasmavs.com>; Ryan Mackey
<Ryan.Mackey@dallasmavs.com>; Clay Christopher
<Clay.Christopher@dallasmavs.com>
**Subject:** RE: Voyager Press Conference- Player
Appearance

Hey all,

I know this conversation as somewhat morphed into the
questions that Brandon sent over Friday so I'll answer a
few of them below.

Hello Kyle,

Could you share all the information you have in
terms of the voyager deals for players that was I
can properly make the asks for the upcoming
reveal event and content opportunities.

1. How much will they be paid, and what are
   the exact payment options?
   - ▮▮▮ per player. Voyager would pay all
     the players who attended in crypto
     inside the Voyager app. Erika mentioned
     they would be willing to pay ▮▮▮ in
     VGX and the rest in BTC or ETH. To be
     honest, the upside right now is in VGX
     given how high ETH and BTC currently
     are. We will need name, address, email
     and phone number to pay them. We can
     have you connect directly with them so
     that we're not included on that
     exchange.

2. What is the exact ask for the event on
   10/27/21? The itinerary also if possible.
   - Attend the press conference event and
     be prepared to chat about crypto with

CONFIDENTIAL

Mark and Steve. We can help with some prepared questions or talking points if they are looking for that information.

3. Where will content from the event live, and how will it be used?
   - Yes, we will have content from the event that can be used for a recap video later on...I don't foresee the press conference questions and Q&A becoming a strong content piece for them to repurpose. They'll want to do that in a better setting down the road with the players

4. Is there a limit on content, event, and any other asks? There are a lot of players interested.
   - This is just the first event; they'll want to host other educational events throughout the season with the players and I am not sure if the player will want to be paid in crypto or if they players will want to be paid in cash like we've done in the past. More to come here.

Let me know please, as the players are asking a ton of follow ups when I discuss it with them. Any additional information you can provide helps!

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Erin Finegold White
<Erin.Finegold@dallasmavs.com>
**Sent:** Monday, October 18, 2021 3:50 PM
**To:** Brandon Barkley
<Brandon.Barkley@dallasmavs.com>; Kyle Tapply
<Kyle.Tapply@dallasmavs.com>
**Cc:** Billy Phillips <Billy.Phillips@dallasmavs.com>; Collin
Kim <Collin.Kim@dallasmavs.com>; Kory Nix
<Kory.Nix@dallasmavs.com>; Ryan Mackey

CONFIDENTIAL

MAVSCUBAN00006185

<Ryan.Mackey@dallasmavs.com>; Clay Christopher
<Clay.Christopher@dallasmavs.com>
**Subject:** Re: Voyager Press Conference- Player
Appearance

Honestly—it will be a HUGE deal if everyone who is
interested can come.  What a story that tells...

**ERIN FINEGOLD WHITE**
**SVP CORP. COMMS, CONTENT & EVENTS**
**DALLAS MAVERICKS**
**CELL:** (214) 415-9183

**From:** Brandon Barkley
<Brandon.Barkley@dallasmavs.com>
**Date:** Monday, October 18, 2021 at 2:40 PM
**To:** Kyle Tapply <Kyle.Tapply@dallasmavs.com>
**Cc:** Billy Phillips <Billy.Phillips@dallasmavs.com>,
Erin Finegold White
<Erin.Finegold@dallasmavs.com>, Collin Kim
<Collin.Kim@dallasmavs.com>, Kory Nix
<Kory.Nix@dallasmavs.com>, Ryan Mackey
<Ryan.Mackey@dallasmavs.com>, Clay Christopher
<Clay.Christopher@dallasmavs.com>
**Subject:** Re: Voyager Press Conference- Player
Appearance

Every player is interested to be honest, it may be
easier just to let me know who we don't want
there, and how much crypto each guy will get for
attending.

Brandon Barkley
Dallas Mavericks
Player Relations Manager
Brandon.Barkley@dallasmavs.com
Ph: 313-244-7373

> On Oct 18, 2021, at 2:22 PM, Kyle
> Tapply
> <Kyle.Tapply@dallasmavs.com>
> wrote:

CONFIDENTIAL

Yes, Dwight is interested as well. He's on the google doc at least.

Brandon, I owe you some feedback from your email on Friday but was planning to chat with this group (minus Erin) tomorrow AM and can have a better outline for you then.

Thanks,

Kyle Tapply
Cell: 970-396-7725

**From:** Billy Phillips
<Billy.Phillips@dallasmavs.com>
**Sent:** Monday, October 18, 2021 2:20 PM
**To:** Erin Finegold White
<Erin.Finegold@dallasmavs.com>;
Brandon Barkley
<Brandon.Barkley@dallasmavs.com>;
Collin Kim
<Collin.Kim@dallasmavs.com>
**Cc:** Kory Nix
<Kory.Nix@dallasmavs.com>; Ryan Mackey
<Ryan.Mackey@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>;
Clay Christopher
<Clay.Christopher@dallasmavs.com>
**Subject:** RE: Voyager Press Conference-Player Appearance

Just curious if Dwight Powell had an interest. There is a Canadian connection, since the first company that Steve Ehrlich co-founded was Voyager Digital Canada, and Voyager is now listed on the Toronto Stock Exchange.

Erin and I confirmed Jalen Brunson for the Press Conference a few minutes ago. Brandon had him primed.

Thank You,

CONFIDENTIAL

MAVSCUBAN00006187

Billy Phillips
Dallas Mavericks
1333 N. Stemmons Freeway
Dallas, TX 75207
214-658-7127

**From:** Erin Finegold White
<Erin.Finegold@dallasmavs.com>
**Sent:** Monday, October 18, 2021 1:33 PM
**To:** Brandon Barkley
<Brandon.Barkley@dallasmavs.com>
**Cc:** Kory Nix
<Kory.Nix@dallasmavs.com>; Ryan Mackey
<Ryan.Mackey@dallasmavs.com>; Billy Phillips
<Billy.Phillips@dallasmavs.com>; Kyle Tapply <Kyle.Tapply@dallasmavs.com>; Collin Kim
<Collin.Kim@dallasmavs.com>
**Subject:** Voyager Press Conference- Player Appearance

Hey Brandon,
Thanks for the chat earlier!

So here's the basic run down—we'd love to have any and all players (5 being the goal—but more are obviously welcome!!!) to come sit in the audience for the Mavs/ Voyager Launch Press Conference and Educational session. The session will begin around 2:30pm on Wednesday the 28th.

Mark will be joined by Steve Ehrlich, CEO of Voyager, to talk about the partnership, but also give an education on cryptocurrency, trading, mining...etc. We'd love to have the players involved to ask questions of both Mark and Steve, and take part in the educational portion.  We can help by planting questions with each of them—or if they have a general interest, we want them

CONFIDENTIAL

MAVSCUBAN00006188

to ask their own questions and
participate.
Media will be on site, so this tells the
story of "Crypto for All" and that
Voyager is big on educating the masses
in this space.
I'd love to be able to include the players
on the media invitation – so if we could
know who would be able to participate
by Thurs of next week, I think we'll be in
good shape.

DRAFT of the release is below, and
please let me know if I can send you
anything else.
Thanks so much,
Erin

## VOYAGER DIGITAL BECOMES THE OFFICIAL CRYPTOCURRENCY BROKERAGE / EXCHANGE PARTNER OF THE DALLAS MAVERICKS

*Voyager is the first international partner of the NBA Dallas Mavericks to drive worldwide crypto education, adoption, and utility*

NEW YORK, October XX, 2021 - Voyager Digital Ltd. ("Voyager" or the "Company") (TSX: VOYG; OTCQX: VYGVF; FRA: UCD2), one of the fastest-growing, publicly traded cryptocurrency platforms in the United States, has entered a five-year exclusive, integrated partnership with the NBA Dallas Mavericks, becoming the team's first cryptocurrency brokerage and international partner.

CONFIDENTIAL

MAVSCUBAN00006189

As the official crypto brokerage/exchange partner of the Mavericks, Voyager will make crypto more accessible through educational programs, community programs, and in-game activations. In 2019, the NBA gave teams the ability to provide international sponsorship rights, outside the US and Canada. This partnership makes Voyager the Mavericks' first international partner, enabling both parties to reach a wider, global audience to raise brand awareness and increase crypto education around the world.

"We could not be more excited to partner with the Dallas Mavericks to drive crypto adoption, and ultimately, make crypto more accessible for all," said Steve Ehrlich, CEO and Co-founder of Voyager. "This partnership gives us the opportunity to educate people all over the world on ways to use crypto in their everyday lives. We want to help people learn more ways to grow their wealth and achieve true financial freedom through crypto. We found a perfect partner to do this with in the Mavs, a leading NBA team, and their owner, Mark Cuban, who is already deeply involved in the crypto space."

The partnership also entails branding components including the renaming of the official gaming and event venue for the Dallas Mavericks, the Voyager Gaming and Crypto Compound. Voyager and the Mavericks will co-create additional promotional opportunities throughout the period of the partnership including educational programs, global activations, and fan engagement promotions.

[[Mavs quote]]

CONFIDENTIAL

MAVSCUBAN00006190

**About Voyager Digital Ltd.**

Voyager Digital Ltd. (TSX: VOYG; OTCQX: VYGVF; FRA: UCD2) is a fast-growing, publicly traded cryptocurrency platform in the United States founded in 2018 to bring choice, transparency, and cost efficiency to the marketplace. Voyager offers a secure way to trade over 60 different crypto assets using its easy-to-use mobile application, and earn rewards up to 12 percent annually on more than 30 cryptocurrencies. Through its subsidiary Coinify ApS, Voyager provides crypto payment solutions for both consumers and merchants around the globe. To learn more about the company, please visit https://www.investvoyager.com.

**About The Dallas Mavericks**

The Dallas Mavericks are a first-class global sports and entertainment organization providing memorable experiences for fans worldwide. The Mavs compete in the National Basketball Association as a member of the Western Conference and play at American Airlines Center under the direction of Coach Jason Kidd, General Manager Nico Harrison, CEO Cynt Marshall and Governor Mark Cuban. Since the inaugural season in 1980- 81, the Mavs have won four division titles, two conference championships and one NBA championship in 2011. In addition to on-court success, the Mavs are committed to making a difference in North Texas through community programs and the Mavs Foundation. For more information on Dallas Mavericks players, staff, stats and tickets, visit mavs.com.

ERIN FINEGOLD WHITE

CONFIDENTIAL

MAVSCUBAN00006191

SR. VICE PRESIDENT, CORPORATE
COMMUNICATIONS, CONTENT AND
EVENTS
DALLAS MAVERICKS | MAVS GAMING
1333 N. STEMMONS FWY. | STE. 105 |
DALLAS, TX 75207
**CELL:** (214) 415-9183

CONFIDENTIAL

MAVSCUBAN00006192

# Plaintiffs' Exhibit 302

4/14/24, 3:57 PM

Voyager Digital stock rises after partnership with Mark Cuban's Mavericks (OTCMKTS _ VYGVF) _ Seeking Alpha

On the Move        Cryptocurrency

# Voyager Digital becomes first international partner of Mark Cuban's Dallas Mavericks

Oct. 27, 2021 12:15 PM ET   **Voyager Digital Ltd. (VYGVQ) Stock**, **VOYG:CA Stock**   By: Max Gottlich, SA News Editor   30 Comments



EXHIBIT
Plaintiffs
302



Slaven Vlasic/Getty Images Entertainment

- Cryptocurrency exchange Voyager Digital (OTCQX:VYGVF) enters into a five-year exclusive, integrated partnership with famed billionaire entrepreneur Mark Cuban's Dallas Mavericks, becoming the team's first crypto brokerage and international partner.



- Voyager Digital stock jumps 9.5% in midafternoon trading.

- Voyager (OTCQX:VYGVF) and the Dallas basketball team aim to make crypto more accessible through educational and community programs, global activations and fan engagement promotion.

- The partnership also includes naming rights to the Mavs Gaming Hub, the official gaming and event venue for the Mavs NBA 2K League team.

- "Crypto assets and applications are changing how business and personal finance are done," said Mark Cuban. "We believe our partnership with Voyager will allow Mavs and NBA fans to learn more about Voyager and how they can earn more from Voyagers' platform than from traditional financial applications."

- Previously, (Oct. 1) Voyager Digital announces strategic investment in Fundstrat for providing crypto research.

# Plaintiffs'

# Exhibit 303

(Redacted)

From:    Ryan Mackey
Sent:    Wed 9/15/2021 2:01 PM (GMT-00:00)
To:      Billy Phillips
Cc:      Patrick Sorensen
Bcc:
Subject: RE: Confidential Partnership


I like your thoughts!  Especially the commission splits.

**From:** Billy Phillips <Billy.Phillips@dallasmavs.com>
**Sent:** Tuesday, September 14, 2021 10:18 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Patrick Sorensen <Patrick.Sorensen@dallasmavs.com>
**Subject:** RE: Confidential Partnership

Do you want to BS the Mark integration, or have a commitment conversation with him first?
Voyager really wants Mark to be part of the education process.  He is doing that for Coinbase already,
and not getting any compensation, as far as I know.

Have you sent the Voyager 2.0 Digideck to Excel?   In that deck you mentioned the Mavs Gaming Hub,
can it be called: Voyager Gaming and Crypto Education Center.

The only other thought I have if you want more eyes on it, you add Kyle and Clay on the case as they
have been building great decks.
Both have that category surrounded.  The spilt can be on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮
commish split 3 ways with, Clay, Kyle, and the bonus pool getting ▮▮▮▮▮▮▮▮

Thank You,

Billy Phillips
Dallas Mavericks
1333 N. Stemmons Freeway
Dallas, TX  75207
214-658-7127

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Tuesday, September 14, 2021 8:14 PM
**To:** Sarah Musaali <Sarah.Musaali@dallasmavs.com>; Billy Phillips <Billy.Phillips@dallasmavs.com>;
Patrick Sorensen <Patrick.Sorensen@dallasmavs.com>
**Subject:** FW: Confidential Partnership

FYI: We gotta move quickly on a proposal.  I emailed Jason and told him we're working on it.
Can we talk tomorrow to try to BS our way through this in the near term?  Probably most important to
get something in their hands than have it all fleshed out.



MAVSCUBAN00010378

**From:** Jason Miller <jmiller@excelsm.com>
**Sent:** Monday, September 13, 2021 7:53 PM
**To:** Drew Northfield <dnorthfield@excelsm.com>; Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** RE: Confidential Partnership

Appreciate the intel and update...Voyager reached out today asking for an update. When should I tell them to expect a next turn of the proposal? Maybe we ask for times and pitch them via phone so we can get real time feedback and come back with another turn shortly thereafter that is hopefully close?

**From:** Drew Northfield <dnorthfield@excelsm.com>
**Sent:** Monday, September 13, 2021 6:44 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Cc:** Jason Miller <jmiller@excelsm.com>
**Subject:** Re: Confidential Partnership

Thanks Ryan - adding Jason for visibility. As an FYI, I'm on vacation in Mexico this week so he will be driving from the Excel side while I'm away. I'll be available to jump on calls w/ Voyager as needed and lend thoughts on the proposal once it's ready to go.

Drew Northfield
Excel Sports Management
971.344.3677

---

**From:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Sent:** Monday, September 13, 2021 5:32:30 PM
**To:** Drew Northfield <dnorthfield@excelsm.com>
**Subject:** FW: Confidential Partnership

`External email`
Hey Drew-
FYI: Read below.  We aren't interested in doing that but letting you know how they are looking at it.

Checking with legal on the agreement.  Also, we had a brainstorming session today.  More to come soon.
RM

**From:** Mark Cuban <mcuban@gmail.com>
**Sent:** Monday, September 13, 2021 3:07 PM
**To:** Sonny Singh <sonny@bitpay.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Re: Confidential Partnership

I can't make any promises , but unless we get paid bitpay will stay

On Mon, Sep 13, 2021, 2:28 PM Sonny Singh <sonny@bitpay.com> wrote:

Mark - Thanks for letting me know as we are starting to hear this a lot now.  We've pretty much had every sports team and sports league reach out to us about sponsoring various teams or events ranging

MAVSCUBAN00010379

from███████████ Unlike the other crypto companies, we are not a trading exchange so we dont have a consumer business that makes money getting users to trade on their exchange.  As you know, we just make 1% on payment transactions which is very minimal revenue so we dont do sponsorships.  However, we are happy to fund some small promotions for discounts on crypto purchases on your site or some other things, but definitely not at the level you might be seeing.  The other vendors dont really have a payment option that would allow you to accept various cryptos from ALL the crypto wallets.  They will make you only accept from their crypto wallet.  One idea is maybe you sell them a sponsorship to be the official crypto trading partner of the Dallas Mavs, and keep the payment part separate as you want to get payments from all the wallets?  Im also good friends with all the exchanges like FTX, Coinbase, etc and can connect you if you want.

On Sep 13, 2021, at 8:44 AM, Mark Cuban <mcuban@gmail.com> wrote:

Sonny, just a heads up that the Mavs are getting a ton of inbound interest by BitPay competitors to pay us any where from ████ on up to replace bitpay. Most are more than ████ and of course include promotional elements in addition to being the primary payment gateway

i just wanted to give you the heads up.. Of course, if you would like to be a Mavs sponsor, we would be wide open to it !

I just didnt want you to be blindsided since we have come so far together

http://www.markcuban.com
My NFTs https://lazy.com/mcuban
Lets Go Mavs !
#MFFL

CONFIDENTIAL

# Plaintiffs'

# Exhibit 304

(Redacted)

## Ryan Mackey

From:     Cynthia Marshall
Sent:     Wed 8/25/2021 6:51 AM (GMT-00:00)
To:       Mark Cuban
Cc:       Ryan Mackey; Mark Cuban
Bcc:
Subject: Re: Voyager Company Overview (Confidential)

Thanks, Boss!

Let us dig in more. What would you like to know?

Mackey, are they willing to move forward without Mark's involvement? I think that could be a tad compromising. Just my two cynts.

Cynt

On Aug 25, 2021, at 12:12 AM, Mark Cuban &lt;mcuban@gmail.com&gt; wrote:

> I'll dig in some more. The one thing we can't do is push a token as being better than others or claiming it's a good investment.  So if that's important to them. That's n issue

> On Tue, Aug 24, 2021 at 9:53 PM Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt; wrote:

>> MC-

>> We have strong interest from Voyager as a crypto exchange partnership candidate.  Below are some of their key objectives they wanted to share with you.  They have received over $100M in funding and are comfortable with a ▇▇▇▇ annual spend.  The key components are branding, adoption of the platform using Mavs incentives and educational programs (for both kids and adults).  Your potential involvement (input/support, not endorsement) is very attractive to them as well.

>> Before we go further, I told them you would need to check them out.  If we advance conversations, they would welcome connecting with you directly to answer any specific questions you may have.

>> Ryan


Plaintiffs'
Exhibit
304

PS.  We're working hard to learn, talking to as many resources as we can: potential sponsors, agencies, teams, league office, etc.  As of today, here's where we've made progress:

-███████ has been working on larger deals (naming rights, jersey patch) and have been slow to respond

-███████ is now in a holding pattern as their CMO abruptly left the company last week; they were very aggressive prior to that and comfortable with ███ annually

-We reached out to ███████ about ███████ but he said they haven't been interested in large sports partnerships at this time; Excel Sports claims they can help us

-███████ and is interested in our payment processing business at the AAC; working with ███████ to determine viability and next steps

-██████ is very interested in promoting their API capabilities and is already a partner with Voyager; this could be an additional ███ category promoted alongside an exchange partner

-Like ███████ is also very interested in promoting their API platform alongside an exchange partner; they are currently reviewing a ███ proposal from the Suns

-Excel Sports also has other relationships they would like to help us with (below) so we're discussing next steps with them now

**From:** Drew Northfield &lt;dnorthfield@excelsm.com&gt;
**Sent:** Tuesday, August 24, 2021 6:58 PM

MAVSCUBAN00004618

**To:** Ryan Mackey &lt;Ryan.Mackey@dallasmavs.com&gt;
**Subject:** Voyager Company Overview (Confidential)

Hi Ryan,

Below is a quick but thorough overview of Voyager's business for you to share with Mark. Please keep this information **confidential**, and let me know if you have any questions before presenting. Their CEO and CMO would welcome the chance to meet with him and answer any questions if he would like to pursue a partnership discussion.

*Why Voyager?*

- Voyager was founded in 2018 by a group of proven entrepreneurs with highly successful backgrounds at companies like E*TRADE, Uber, and Morgan Stanley.
- Our goal is to take the complexity out of crypto for the everyday investor, and to bring crypto out of the shadows and into the light.
  - o This started with a simplified app that, from the beginning, allowed investors to seamlessly trade in USD and coins with zero commissions.
- We have 1.8 million users, a $400mm Revenue Run Rate, a ~$2.5 billion market cap and several hundred million in liquidity to fuel growth.
- We offer 64 coins currently and are curating and adding new coins every month--based on quality, liquidity and demand.
- We are also a leader in paying rewards for holding crypto. Currently, we pay annual % rewards on 30+ coins.
  - o For example, we are currently paying 5.75% on BTC, 4.6% on ETH, 9% on USDC, 12% on DOT (on an annual basis).
- We are not an exchange like Coinbase or Binance (exchanges are designed for institutions). Instead, we are an agency broker--which means that it is our responsibility to transact in the best interest of our customers.
- Going forward, our mantra is *Crypto for All.* We are making it easy for anyone to learn about, invest in, and use crypto.
  - o We want consumers to be part of the evolution of finance while growing their own financial future.

*Publicly Traded Company*

- Voyager was the first consumer crypto investing platform to go public – we are currently listed on the CSE.
- Confidentially, we are moving to the TSX (8th largest exchange in the world) in just a couple of weeks (announcing on 8/23).
  - o Goal is to be on Nasdaq in 2022

MAVSCUBAN00004619

- We believe transparency is important for crypto investing platform— which is why we decided to go public early on, subjecting ourselves to standard reporting and regulation.
- Coinbase is the only other public company in the crypto investing space.

### *Voyager / VGX Community*

- We have a very loyal and engaged community around our own token, VGX, which has a ~$1 billion market cap.
- The VGX token pays 7% staking rewards annually, and, based on certain levels of VGX holdings (10k+), token holders can earn a 1% boost on all rewards we pay out.
- We just completed what we believe is the largest Token Swap/Token Merger in history on the Ethereum blockchain.
  - Note the swap has also given the company a significant amount of tokens for marketing programs
- Check out $VGX on Twitter and you will see a highly engaged community of token holders.
- In September, we'll launch the much-anticipated Voyager Loyalty Program that pays rewards based on the quantity of VGX tokens held in a Voyager account.

### *Recent Acquisitions / Growth Plan*

- We just acquired a global payments company, Coinify, that brings us into the merchant/ B2B payments space (can replace BitPay)
  - This will also will kickstart our European operations, which will begin in 2022
- In the fall, we plan to launch a market-leading debit card tied to the USD Coin.

https://www.investvoyager.com/

--
Sent from My phone Typos are to be expected Markcuban.com for all my stuff !

CONFIDENTIAL

MAVSCUBAN00004620

# Plaintiffs'

# Exhibit 305

(Redacted)

From:     Ryan Mackey
Sent:     Wed 8/25/2021 1:32 PM (GMT-00:00)
To:       "Cynthia Marshall" <Cynthia.Marshall@dallasmavs.com>, "Mark Cuban" <mcuban@gmail.com>
Cc:       "Mark Cuban" <Mark.Cuban@dallasmavs.com>
Bcc:
Subject: Re: Voyager Company Overview (Confidential)

All of them we've talked to are interested in having access to Mark in some way because he's so visible in the industry.  We can still get deals done, but it will move the needle higher on investment level if Mark is willing/perceived to be engaged.

Things we've been asked:
-Limited social media support of Mavs initiatives
-Appearance at tech/crypto/biz summit
-Ability to bounce new ideas off him or ask for input
-Use his name along with Mavs where appropriate

We don't include any of this in pitches and don't promise anything.  It would be considered an implied commitment to support the partnership. It's also not an endorsement and he's free to discuss any area of crypto he wants publicly.


We can also move forward without Mark at all if that's preferred. Just let me know!
RM


Ryan Mackey
214-658-7132 (w)
214-869-5978 (m)

**From:** Cynthia Marshall <Cynthia.Marshall@dallasmavs.com>
**Sent:** Wednesday, August 25, 2021 1:51:12 AM
**To:** Mark Cuban <mcuban@gmail.com>
**Cc:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>; Mark Cuban <Mark.Cuban@dallasmavs.com>
**Subject:** Re: Voyager Company Overview (Confidential)

Thanks, Boss!

Let us dig in more. What would you like to know?

Mackey, are they willing to move forward without Mark's involvement? I think that could be a tad compromising. Just my two cynts.

Cynt


Plaintiffs'
Exhibit
305

MAVSCUBAN00001858

On Aug 25, 2021, at 12:12 AM, Mark Cuban <mcuban@gmail.com> wrote:

I'll dig in some more. The one thing we can't do is push a token as being better than others or claiming it's a good investment.  So if that's important to them. That's n issue

On Tue, Aug 24, 2021 at 9:53 PM Ryan Mackey <Ryan.Mackey@dallasmavs.com> wrote:

MC-

We have strong interest from Voyager as a crypto exchange partnership candidate.  Below are some of their key objectives they wanted to share with you.  They have received over $100M in funding and are comfortable with a ▮▮▮▮ annual spend.  The key components are branding, adoption of the platform using Mavs incentives and educational programs (for both kids and adults).  Your potential involvement (input/support, not endorsement) is very attractive to them as well.

Before we go further, I told them you would need to check them out.  If we advance conversations, they would welcome connecting with you directly to answer any specific questions you may have.

Ryan

PS.  We're working hard to learn, talking to as many resources as we can: potential sponsors, agencies, teams, league office, etc.  As of today, here's where we've made progress:

▮▮▮▮ has been working on larger deals (naming rights, jersey patch) and have been slow to respond

-▮▮▮▮▮▮ is now in a holding pattern as their CMO abruptly left the company last week; they were very aggressive prior to that and comfortable with ▮▮▮ annually

-We reached out to ▮▮▮▮▮▮ about ▮▮▮ but he said they haven't been interested in large sports partnerships at this time; Excel Sports claims they can help us

MAVSCUBAN00001859

-███████████████ as CMO and is interested in our payment processing business at the AAC; working with ██████████████ to determine viability and next steps

-██████████ is very interested in promoting their API capabilities and is already a partner with Voyager; this could be an additional ██████ category promoted alongside an exchange partner

-Like ████████████████ is also very interested in promoting their API platform alongside an exchange partner; they are currently reviewing a ██████ proposal from the Suns

-Excel Sports also has other relationships they would like to help us with (below) so we're discussing next steps with them now



**From:** Drew Northfield <dnorthfield@excelsm.com>
**Sent:** Tuesday, August 24, 2021 6:58 PM
**To:** Ryan Mackey <Ryan.Mackey@dallasmavs.com>
**Subject:** Voyager Company Overview (Confidential)


Hi Ryan,


Below is a quick but thorough overview of Voyager's business for you to share with Mark. Please keep this information **confidential**, and let me know if you have any questions before presenting. Their CEO and CMO would welcome the

CONFIDENTIAL

MAVSCUBAN00001860

chance to meet with him and answer any questions if he would like to pursue a partnership discussion.

### Why Voyager?

- Voyager was founded in 2018 by a group of proven entrepreneurs with highly successful backgrounds at companies like E*TRADE, Uber, and Morgan Stanley.
- Our goal is to take the complexity out of crypto for the everyday investor, and to bring crypto out of the shadows and into the light.
    - o   This started with a simplified app that, from the beginning, allowed investors to seamlessly trade in USD and coins with zero commissions.
- We have 1.8 million users, a $400mm Revenue Run Rate, a ~$2.5 billion market cap and several hundred million in liquidity to fuel growth.
- We offer 64 coins currently and are curating and adding new coins every month--based on quality, liquidity and demand.
- We are also a leader in paying rewards for holding crypto. Currently, we pay annual % rewards on 30+ coins.
    - o   For example, we are currently paying 5.75% on BTC, 4.6% on ETH, 9% on USDC, 12% on DOT (on an annual basis).
- We are not an exchange like Coinbase or Binance (exchanges are designed for institutions). Instead, we are an agency broker--which means that it is our responsibility to transact in the best interest of our customers.
- Going forward, our mantra is *Crypto for All.* We are making it easy for anyone to learn about, invest in, and use crypto.
    - o   We want consumers to be part of the evolution of finance while growing their own financial future.

### Publicly Traded Company

- Voyager was the first consumer crypto investing platform to go public – we are currently listed on the CSE.
- Confidentially, we are moving to the TSX (8th largest exchange in the world) in just a couple of weeks (announcing on 8/23).
    - o   Goal is to be on Nasdaq in 2022
- We believe transparency is important for crypto investing platform— which is why we decided to go public early on, subjecting ourselves to standard reporting and regulation.
- Coinbase is the only other public company in the crypto investing space.

CONFIDENTIAL

MAVSCUBAN00001861

### *Voyager / VGX Community*

- We have a very loyal and engaged community around our own token, VGX, which has a ~$1 billion market cap.
- The VGX token pays 7% staking rewards annually, and, based on certain levels of VGX holdings (10k+), token holders can earn a 1% boost on all rewards we pay out.
- We just completed what we believe is the largest Token Swap/Token Merger in history on the Ethereum blockchain.
  - Note the swap has also given the company a significant amount of tokens for marketing programs
- Check out $VGX on Twitter and you will see a highly engaged community of token holders.
- In September, we'll launch the much-anticipated Voyager Loyalty Program that pays rewards based on the quantity of VGX tokens held in a Voyager account.

### *Recent Acquisitions / Growth Plan*

- We just acquired a global payments company, Coinify, that brings us into the merchant/ B2B payments space (can replace BitPay)
  - This will also will kickstart our European operations, which will begin in 2022
- In the fall, we plan to launch a market-leading debit card tied to the USD Coin.

https://www.investvoyager.com/

--
Sent from My phone Typos are to be expected Markcuban.com for all my stuff !

MAVSCUBAN00001862

# Plaintiffs' Exhibit 318

Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 10/27/2021 10:14:29 AM -05:00 |
| Start time | 10/27/2021 10:14:29 AM -05:00 |

## Participants

+12148695619
Billy Phillips - Home* (owner)

+12148764073
Kory Nix*

+19703967725
kyle tapply*

+12148695977
Clay Christopher*

+14698650216
Patrick Sorensen*

+18179394334
Spencer Santora*

+12148695978
Ryan Mackey*

## Conversation - Instant Messages (1)



From: +12148695977 Clay Christopher
To: +12148695619 Billy Phillips - Home (owner)

Everyone at Voyager ok today? Where are we with damage control?

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12148695619 Billy Phillips - Home | | 10/27/2021 10:14:32 AM(UTC-5) | |

Status: Read
Platform:

10/27/2021 10:14:29 AM(UTC-5)



Plaintiffs'
Exhibit
318

CONFIDENTIAL                                                                 MAVSCUBAN00025065