UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/Reid

**DOMINIK KARNAS**, *et al.*, *on behalf of themselves and all other similarly situated*,

    *Plaintiffs*,

v.

**MARK CUBAN**, *et al.*,

    *Defendants*.

_____/

**ORDER**

For the reasons stated on the record at the Motions Hearing and Status Conference we held on May 6, 2024, *see* Paperless Minute Entry of Hearing [ECF No. 281], we hereby **ORDER and ADJUDGE** as follows:

1. By **May 10, 2024**, the Plaintiffs and Defendants Mark Cuban and Dallas Basketball Limited shall file a joint status report, apprising the Court of (1) whether the Defendants intend to object to the Plaintiffs' Motion for Preliminary Approval of Class Settlement [ECF No. 279]; and (2) the parties' positions on the proposed stay of discovery. **By that same date**, the parties shall file on the *public* docket the agreed-upon, partially redacted versions of the Sponsorship Agreement [ECF No. 265-26] and the Email Exhibit [ECF No. 265-43].

2. By **May 13, 2024**, these parties shall each submit a Supplemental Brief, not to exceed ten pages, on the following question: *Whether the Sponsorship Agreement either was terminated or expired at least one year ago, thus rendering its confidentiality provision inoperative here*. The parties may file their Supplemental Briefs **UNDER SEAL**.

3. Our ruling on the Plaintiffs' Motion for Reconsideration [ECF No. 269] and the Plaintiffs' Motion for Leave [ECF No. 277] is **DEFFERED** pending the submission of the parties' Supplemental Briefs.

**DONE AND ORDERED** in the Southern District of Florida on May 6, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record