# Exhibit A

**IN WITNESS WHEREOF**, the Parties to this Agreement have caused this document to be executed and delivered at Miami-Dade County, Florida.

CLASS REPRESENTATIVES                                     Dated: _____, 2024.

By: _____
ADAM MOSKOWITZ
Co-Lead Counsel for the Class
Representatives and the Proposed Class


THE SETTLING DEFENDANTS                                   Dated: \_\_\_\_\_05/02/24\_\_\_\_\_, 2024.


By: _____
ROBERT GRONKOWSKI


By: _____[signature]_____
VICTOR OLADIPO


By: _____
LANDON CASSILL

19