UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 22-22538-CIV-RKA


DOMINIK KARNAS, ET AL.,          .
                                 . Miami, Florida
          Plaintiffs,            .
                                 . May 6, 2024
          v.                     . 3:11 p.m.
                                 .
MARK CUBAN, ET AL.,              .
                                 .
          Defendants.            .
. . . . . . . . . . . . . . . .  .


                - - - - -

       Transcript of Zoom Status Conference had

        before the Honorable Roy K. Altman,

         United States District Judge.

                - - - - -












       Proceedings recorded by mechanical stenography, transcript
       produced by computer.

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(305)301-3276

```
APPEARANCES:

For the Plaintiffs:      Joseph M. Kaye, Esq.
                         Adam M. Moskowitz, Esq.
                         The Moskowitz Law Firm
                         P.O. Box 653409
                         Miami, Florida  33175
                                 and
                         Stephen N. Zack, Esq.
                         Boies Schiller Flexner LLP
                         100 SE 2nd Street
                         Suite 2800
                         Miami, Florida 33131
                                 and
                         Jose M. Ferrer, Esq.
                         Desiree E. Fernandez, Esq.
                         Mark, Migdal & Hayden, P.A.
                         80 SW 8th Street
                         Suite 1999
                         Miami, Florida  33131
                                 and
                         Howard M. Bushman, Esq.
                         The Moskowitz Law Firm, PLLC
                         Two Alhambra Plaza, Suite 601
                         Coral Gables, FL 33134


For the Defendant        Christopher E. Knight, Esq.
Cuban, et al.:           Alexandra L. Tifford, Esq.
                         Fowler White Burnett, P.A.
                         1395 Brickell Avenue
                         14th Floor
                         Miami, Florida  33131-3302
                                  and
                         Stephen A. Best, Esq.
                         Rachel O. Wolkinson, Esq.
                         Jonathan White, Esq.
                         Brown Rudnick LLP
                         601 Thirteenth Street NW
                         Suite 600
                         Washington, DC 20005
                                 and
                         Paul C. Huck, Jr., Esq.
                         The Huck Law Firm
                         334 Minorca Avenue
                         Coral Gables, Florida 33134
```

```
APPEARANCES (CONTINUED):

For the Defendant      Jonathan S. Feldman, Esq.
Victor Oladipo:        Phang & Feldman, P.A.
                       Two South Biscayne Boulevard
                       One Biscayne Tower
                       Suite 1600
                       Miami, Florida  33131
                               and

                       Barry Turner, Esq.
                       Barry S. Turner, P.A.
                       PO Box 330189
                       Miami, Florida  33233-0189

For the Defendant      Robert C. Mayfield, Esq.
Robert Gronkowski      Bradley Arant Boult Cummings
and Landon Cassill:    1001 Water Street
                       Suite 1000
                       Tampa, Florida  33602

Court Reporter:        Francine C. Salopek, RMR, CRR
                       Official Court Reporter
                       United States District Court
                       Wilkie D. Ferguson, Jr., U.S. Courthouse
                       400 N. Miami Avenue, Room 12-4
                       Miami, Florida 33128
                       (305)301-3276

ALSO PRESENT:          Alex Wittenberg (present on Zoom)
                       Law360

                       -  -  -  -  -
```

```
 1              MONDAY, MAY 6, 2024, 3:11 P.M.

 2            (The Judge is presently on the bench)

 3           THE COURT:  All right.  Calling the last case of the

 4      day, Karnas vs. Cuban, et al., 22-CV-22538.

 5           Who's here for the plaintiff?

 6           MR. MOSKOWITZ:  Good afternoon, Your Honor.  Adam

 7      Moskowitz on behalf of the plaintiffs.

 8           THE COURT:  Good afternoon.

 9           MR. ZACK:  Stephen Zack on behalf of the plaintiff.

10           THE COURT:  Good afternoon.

11           MR. KAYE:  Joey Kaye, Moskowitz Law Firm, on behalf of

12      the plaintiff.

13           THE COURT REPORTER:  I can't hear you, sir.

14           THE COURT:  Just pull it close to you.

15           MR. KAYE:  Joey Kaye from The Moskowitz Law Firm on

16      behalf of the plaintiffs.

17           THE COURT:  Good afternoon.

18           MR. BUSHMAN:  Good afternoon, Your Honor.  Howard

19      Bushman for the plaintiffs.

20           THE COURT:  Good afternoon.

21           MR. FERRER:  Good afternoon, your Honor.  Jose Ferrer

22      and Desiree Fernandez on behalf of the plaintiffs.

23           THE COURT:  Good afternoon.

24           MR. BEST:  Good afternoon, Your Honor.  Stephen Best

25      on behalf of the defendants.
```

```
1              THE COURT:  Good afternoon.
2              MR. HUCK:  Good afternoon, Your Honor.  Paul
3    Huck, Jr., on behalf of the defendants.
4              THE COURT:  Good afternoon.
5              MS. WOLKINSON:  Good afternoon, Your Honor.  Rachel
6    Wolkinson on behalf of defendants.
7              THE COURT:  Good afternoon.
8              MR. KNIGHT:  Good afternoon, Your Honor.  Christopher
9    Knight on behalf of the defendants.
10             THE COURT:  Good afternoon, sir.  And you've been
11   stalking me on airplanes.  That's what the U.S. marshals think.
12             MR. KNIGHT:  You are correct.
13             MR. TURNER:  Good afternoon, Your Honor.  Barry Turner
14   on behalf of Victor Oladipo.
15             THE COURT:  Good afternoon.
16             MS. TIFFORD:  Alexandra Tifford on behalf of the
17   defendants.
18             THE COURT:  All right.  Good afternoon.
19             We set this hearing both to hear arguments on two
20   pending motions -- one, the plaintiffs' motion for
21   reconsideration of the order granting the defendants' renewed
22   motion for leave to file under seal, what I'll call the motion
23   for reconsideration, at ECF Number 269; and, two, the
24   plaintiffs' motion for leave to file an unredacted reply in
25   support of class certification -- that's ECF Number 277 -- and
```

1    in response to the parties' request for a status conference.

2    That joint motion for status conference was at ECF Number 274.

3         I'll begin by considering the plaintiffs' motions.

4         First, the motion for reconsideration and the motion

5    for leave.  Pending before us now are the plaintiffs' motion

6    for reconsideration and the plaintiffs' motion for leave to

7    file an unredacted reply.

8         On April the 22nd of last year, we granted -- no -- of

9    this year, we granted the defendants' renewed motion for leave

10   to file under seal -- that was ECF Number 262 -- allowing them

11   to fully or partially redact two exhibits referenced in their

12   response in opposition to the plaintiffs' motion for class

13   certification, which was ECF Number 265.  Our order was at 263.

14   Those exhibits are, one, the sponsorship agreement, ECF

15   Number 265-26, which the defendants sought to seal in full;

16   and, two, the email exhibit, ECF Number 265-43, which is only

17   partially redacted.

18        Although we originally characterized that motion as

19   unopposed -- that's our order at page 1 -- the plaintiffs have

20   since clarified that their consent extended only to the

21   defendants' public filing of some exhibits they initially

22   sought to file under seal.  And that's their motion for

23   reconsideration at 6, stating that the plaintiffs "would not

24   object to any of plaintiffs' documents being filed publicly."

25        Because the plaintiffs were unable to engage in the

1    adversarial process through a response to the defendants'

2    renewed motion, the interests of justice, I think, require that

3    the plaintiffs now have an opportunity to be heard on this

4    issue.  See, for example, *Prudential vs. Emerson*,

5    919 F.Supp. 415, at 417, a Middle District of Florida case by

6    Judge Kovachevich, citing *American Home Assurance Company*,

7    763 F.2d at 1293 *(sic)*, Footnote 2.

8            The plaintiffs also want to publicly file their reply

9    brief, which includes a redacted reference to the deposition of

10   Billy Phillips, at ECF Number 276-1, a confidential document

11   pursuant to the "stipulated protective order," which is the

12   reply, ECF Number 276, at 1, Footnote 2.

13           On May 5th, just yesterday, the parties submitted, as

14   I required them to do, a joint status report, at ECF

15   Number 280, informing the Court that they have agreed on

16   proposed redactions to the email exhibit.  That's the JSR at

17   page 1.  The parties have also agreed to certain disclosures in

18   the sponsorship agreement but remain in dispute about most of

19   its passages.  And the parties couldn't agree on whether the

20   plaintiffs may publicly disclose in their reply the "specific

21   amount of commission that Mavericks' employees received in

22   connection with the Voyager Sponsorship Agreement."  That's the

23   joint status report, ECF Number 280, at pages 2 to 3.  See also

24   the Commission email, ECF Number 280-2 (highlighting the

25   disputed language).

1    We'll start with the Sponsorship Agreement.  According

2  to the defendants, the Sponsorship Agreement must be redacted

3  because "it contains proprietary and competitive business and

4  pricing information, the disclosure of which would harm the

5  Mavericks' competitive position."  That's the renewed motion at

6  2.

7    I recognize that courts have allowed the redaction of

8  similar documents that contained "a confidentiality provision,

9  reflect business decisions, and include competitively sensitive

10  and detailed pricing information on the company's products."

11  That's the defendants' renewed motion at page 4, quoting, for

12  example, *Declan Flight, Inc. vs. Textron Eaviation, Inc.*,

13  2023 WL 4847575, at page 2, a Middle District of Florida

14  decision from Magistrate Judge Lammens.  See also *Pinnacle

15  Towers vs. Airpowered*, 2015 WL 5897524, at page 1 to 2, a

16  Middle District of Florida case from 2015, also Magistrate

17  Judge Lammens.  It's for that reason that we were willing to

18  take the defendants at their word about the sensitivity of the

19  redacted information -- that's my order at page 2 -- finding

20  good cause based on the defendants' representation.

21    Having now reviewed the documents, though, I don't

22  think these redactions were necessary.  As the plaintiffs point

23  out, "the Sponsorship Agreement's confidentiality provision

24  specifically stated it would only survive at most a year beyond

25  its termination, which in this case is a year after July the

1    5th, 2022."  That's the motion for reconsideration at page 10.

2    The defendants didn't tell us of that fact when they sought

3    leave to file the Sponsorship Agreement under seal.  And as the

4    Sponsorship Agreement, including the price term, is no

5    longer -- doesn't appear to be confidential by its own terms,

6    this isn't the type of case where a document must be sealed to

7    protect the business from "competitors viewing confidential

8    business information."  That's *Pinnacle Towers*, the case the

9    defendants cited, at pages 1 to 2.

10           It also means that the price terms as redacted in the

11   email exhibit and in the plaintiffs' reply also aren't really

12   confidential.  Because the defendants themselves, in entering

13   into the agreement, didn't "anticipate a long-term need to

14   protect any of this information," we're skeptical that whatever

15   interest the defendants still have in keeping the information

16   confidential outweighs the public's presumptive common-law

17   right to inspect and copy judicial records, as identified in,

18   for example, *United States vs. Rosenthal*, 763 F.2d 1291, at

19   1292 to '93, an Eleventh Circuit case from 1985.

20           So I'll ask the defendants, then, how it is that the

21   defendants' proposed redactions are so important when by its

22   own terms the document seems to suggest that they could become

23   public within a year after the termination of the agreement,

24   which has already expired more than one year ago?

25           MR. HUCK:  Your Honor, thank you for the opportunity,

SEALED PROCEEDINGS

1    and I will address that specific question.

2              I do want to raise an issue, though, that

3    Mr. Moskowitz had raised with us yesterday, and that is that

4    some members of the press had expressed interest of attending

5    this hearing, and to the extent we're going to be discussing

6    information --

7              THE COURT:  Is there anybody --

8              *(Woman raised her hand)*

9              THE COURT:  Welcome to the courtroom.  What an irony

10   that you're to be removed in a question about public access.

11             UNIDENTIFIED WOMAN:  That's why I'm here.

12             THE COURT:  If you wouldn't mind, just until I rule,

13   we'll bring you back in.  Okay, ma'am?

14             UNIDENTIFIED WOMAN:  Yes, sir.

15             *(The unidentified woman exited the courtroom)*

16             *(The following proceedings were ordered sealed by the*

17   *Court:)*

18

19

20

21

22

23

24

25

SEALED PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

12

SEALED PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

13

SEALED PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SEALED PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SEALED PROCEEDINGS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

SEALED PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SEALED PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SEALED PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SEALED PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SEALED PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SEALED PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SEALED PROCEEDINGS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

23

SEALED PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SEALED PROCEEDINGS

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(305)301-3276

SEALED PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SEALED PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SEALED PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SEALED PROCEEDINGS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

SEALED PROCEEDINGS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

SEALED PROCEEDINGS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

SEALED PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SEALED PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

33

SEALED PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SEALED PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              *(The foregoing proceedings were ordered sealed by the*
2    *Court)*
3              *(Unidentified woman entered the courtroom)*
4              THE COURT:  Welcome back, ma'am.
5              UNIDENTIFIED WOMAN:  Thank you.
6              THE COURT:  All right.  The courtroom is now unsealed.
7         Go ahead, sir.
8              MR. BEST:  Thank you.
9              So where we're at is, given the posture of this case
10   and the arguments that have been made on class certification,
11   the arguments actually for class certification by the
12   plaintiffs state in specificity that the data is necessary for
13   their efforts for determination of damages going forward.
14   We're looking at it from a determination of causation before we
15   even get to damages.  But we both agree that that data is
16   critical to the advancement of this case.
17             THE COURT:  So what are you asking me for?
18             MR. BEST:  I'm asking, Your Honor, respectfully, to
19   stay discovery for three months or continue and push all the
20   deadlines, however you want to frame it, so that we can get
21   the --
22             THE COURT:  So the clock's not working against you.
23             MR. BEST:  Yes, Your Honor.
24             THE COURT:  Now, if I stay discovery, are they going
25   to stop working on that, or no?

```
 1              MR. BEST:  No, Your Honor.
 2              THE COURT:  Okay.
 3              MR. BEST:  They know --
 4              THE COURT:  I don't have a problem with that.
 5              Any objection to that?
 6              MR. MOSCOWITZ:  Well, we do, Your Honor, just because
 7    we don't see what the need is now.  And I agree with Steve,
 8    we're trying to move everything quickly.  We have a motion to
 9    dismiss that's fully briefed.  We're waiting for a ruling.  We
10    have a motion for class cert. that's fully briefed.  We're
11    waiting a ruling on that.  So I don't know the final numbers of
12    what Voyager bankruptcy people get at the end of the day.  That
13    shouldn't have a bearing on the motion to dismiss or the motion
14    for class cert.  So I don't know what else needs to be done.
15              THE COURT:  Well, because he's saying that there are
16    deadlines that are going to come up.  The reality is, the way
17    these things work is, right now, on that side of the docket,
18    we're on a First Amendment trial, writing the order on that
19    case, which is going to be probably a hundred pages.  Okay?
20    Then after that is a constitutional takings case at summary
21    judgment that is pending longer than yours.  So that's -- and
22    you're probably third on the list.
23              So whether that's going to happen in the next month or
24    two months -- I mean, those two orders that are in front of you
25    are huge orders.  Both constitutional cases, one after a full
```

1   bench trial -- which I hate bench trials for that reason, let

2   the jurors decide -- but I'm deciding, so that's happening.

3   And then summary judgment on another constitutional takings

4   issue.  And so those are going to be two very long orders that

5   have to come out before I get to your order.

6           And his point is that you're going to want that stuff

7   at some point, and there's, I guess, a discovery deadline

8   that's --

9           MR. BEST:  July 8th.

10          THE COURT:  -- July 8th, and today is May 6, so I may

11  not rule on your motion until something like mid-July, in which

12  case your discovery deadline will have expired before you've

13  been able to get all your stuff that you need.  And that

14  doesn't work for you or it doesn't work for him.  That's what

15  it sounds like.  So I'm happy to work with you guys on whatever

16  makes sense.

17          I noticed in your motion on this issue that you said

18  you were interested in having the status conference so you

19  could find out his position.  I'm not sure if you've had a

20  chance to discuss a way of resolving this.  I'm fine with

21  either, staying the discovery period for three months, if

22  that's what you think you need, so that you can get all this

23  stuff without having been prejudiced by an impending deadline,

24  but I'm open to other suggestions.

25          MR. MOSCOWITZ:  I would just ask, let us try to talk.

1    We haven't talked about it yet, so just give us until the end

2    of the week, and we'll try to come up with something that's

3    amicable between both of us.

4              THE COURT:  I don't have a problem with that.  Why

5    don't you, on Friday, when you submit your status report on

6    whether you're going to object to the motion for the

7    certification of the settlement class and the settlement

8    itself, that you discuss with him this question, and you let me

9    know in that notice what you guys agree to, or, if not, I'll

10   just rule on it.

11             MR. BEST:  Of course.

12             THE COURT:  All right?  So that will be by this

13   Friday.

14             And then by the 13th, which is next week, you'll

15   submit to me your ten pages each on where we are with

16   termination of this agreement.

17             Yeah.  But there are the redactions to the -- or the

18   proposed redactions to the email exhibit that you have agreed

19   to.  And so at the very least, those should be submitted.

20   Correct?

21             MR. MOSCOWITZ:  Yes, Your Honor.

22             THE COURT:  All right.

23             MR. BEST:  And we have made substantial unredactions

24   of the Sponsorship Agreement, which, irrespective of how Your

25   Honor rules, we're okay with.  So we've taken, also, the AEO

1    label off of the body of the Sponsorship Agreement.

2           THE COURT:  So do you want to refile all those with at

3    least the agreed-to unredactions in both documents, so at least

4    that's in the public sphere for now, or do you want to wait

5    until I rule once and for all?  What do you prefer?

6           Mr. Moskowitz?

7           MR. MOSCOWITZ:  It doesn't matter to us.

8           MR. BEST:  Whatever Your Honor's preference.

9           THE COURT:  All right.  Why don't you refile it now

10   with the unredactions, so that at least it's in the public

11   sphere so far as it's agreed to.  And then after you've

12   submitted your briefing on the question of termination, I'll

13   rule on it, and then we could either refile -- leave as is, if

14   I deny the motion for reconsideration, or refile again if I

15   grant it.

16          Yes, sir.

17          MR. BEST:  Thank you very much.

18          THE COURT:  Anything else then from the plaintiffs?

19          MR. MOSCOWITZ:  No, Your Honor.

20          THE COURT:  Anything else from the defendants?

21          MR. BEST:  No, Your Honor.

22          THE COURT:  All right, folks.  Nice to see you all.

23          Mr. Zack, nice to see you, sir.

24          Have a good day, everyone.

25          MR. MOSCOWITZ:  Thank you.

```
 1            MR. BEST:  Thank you, Your Honor.

 2            (The Judge exited the courtroom)

 3            (Proceedings concluded at 3:52 p.m.)

 4                        -  -  -  -  -

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18                    C E R T I F I C A T E

19       I hereby certify that pursuant to Section 753,

20  Title 28, United States Code, the foregoing is a true and

21  correct transcript from the record of proceedings in the

22  above-entitled matter.

23
        /s/Francine C. Salopek                5-6-2024
24  Francine C. Salopek, RMR-CRR              Date
    Official Court Reporter
25
```

**MR. BEST: [13]**
**MR. BUSHMAN: [1]**  4/18
**MR. FERRER: [1]**  4/21
**MR. HUCK: [2]**  5/2 9/25
**MR. KAYE: [2]**  4/11 4/15
**MR. KNIGHT: [2]**  5/8 5/12
**MR. MOSCOWITZ: [6]**  36/6 37/25
38/21 39/7 39/19 39/25
**MR. MOSKOWITZ: [1]**  4/6
**MR. TURNER: [1]**  5/13
**MR. ZACK: [1]**  4/9
**MS. TIFFORD: [1]**  5/16
**MS. WOLKINSON: [1]**  5/5
**THE COURT REPORTER: [1]**  4/13
**THE COURT: [33]**
**UNIDENTIFIED WOMAN: [3]**  10/11
10/14 35/5

**'**

**'93 [1]**  9/19

**/**

**/s/Francine [1]**  40/23

**0**

**0189 [1]**  3/7

**1**

**10 [1]**  9/1
**100 [1]**  2/6
**1000 [1]**  3/10
**1001 [1]**  3/9
**12-4 [1]**  3/13
**1291 [1]**  9/18
**1292 [1]**  9/19
**1293 [1]**  7/7
**1395 [1]**  2/15
**13th [1]**  38/14
**14th [1]**  2/16
**1600 [1]**  3/4
**1985 [1]**  9/19
**1999 [1]**  2/10

**2**

**20005 [1]**  2/20
**2015 [1]**  8/16
**2015 WL 5897524 [1]**  8/15
**2022 [1]**  9/1
**2023 WL 4847575 [1]**  8/13
**2024 [3]**  1/7 4/1 40/23
**22-22538-CIV-RKA [1]**  1/4
**22-CV-22538 [1]**  4/4
**22538 [1]**  4/4
**22nd [1]**  6/8
**26 [1]**  6/15
**262 [1]**  6/10
**263 [1]**  6/13
**265 [1]**  6/13
**269 [1]**  5/23
**274 [1]**  6/2
**276 [1]**  7/12
**277 [1]**  5/25

**28 [1]**  40/20
**280 [2]**  7/15 7/23
**2800 [1]**  2/6
**2nd [1]**  2/6

**3**

**301-3276 [1]**  3/14
**305 [1]**  3/14
**3276 [1]**  3/14
**330189 [1]**  3/7
**3302 [1]**  2/16
**33128 [1]**  3/14
**33131 [3]**  2/7 2/10 3/4
**33131-3302 [1]**  2/16
**33134 [2]**  2/13 2/23
**33175 [1]**  2/4
**33233-0189 [1]**  3/7
**334 [1]**  2/22
**33602 [1]**  3/10
**3:11 [2]**  1/8 4/1
**3:52 [1]**  40/3

**4**

**400 [1]**  3/13
**415 [1]**  7/5
**417 [1]**  7/5
**43 [1]**  6/16
**4847575 [1]**  8/13

**5**

**5-6-2024 [1]**  40/23
**5897524 [1]**  8/15
**5th [2]**  7/13 9/1

**6**

**600 [1]**  2/20
**601 [2]**  2/12 2/19
**653409 [1]**  2/3

**7**

**753 [1]**  40/19
**763 F.2d 1291 [1]**  9/18
**763 F.2d at [1]**  7/7

**8**

**80 [1]**  2/9
**8th [3]**  2/9 37/9 37/10

**9**

**919 F.Supp. 415 [1]**  7/5

**A**

**above [1]**  40/22
**above-entitled [1]**  40/22
**access [1]**  10/10
**According [1]**  8/1
**Adam [2]**  2/2 4/6
**address [1]**  10/1
**advancement [1]**  35/16
**adversarial [1]**  7/1
**AEO [1]**  38/25
**afternoon [19]**
**agree [4]**  7/19 35/15 36/7 38/9

**agreed-to [1]**  39/3
**agreement [12]**
**Agreement's [1]**  8/23
**airplanes [1]**  5/11
**Airpowered [1]**  8/15
**al [4]**  1/6 1/9 2/14 4/4
**Alex [1]**  3/15
**Alexandra [2]**  2/14 5/16
**Alhambra [1]**  2/12
**allowed [1]**  8/7
**allowing [1]**  6/10
**Although [1]**  6/18
**Altman [1]**  1/14
**Amendment [1]**  36/18
**American [1]**  7/6
**amicable [1]**  38/3
**amount [1]**  7/21
**anticipate [1]**  9/13
**APPEARANCES [2]**  2/1 3/1
**April [1]**  6/8
**Arant [1]**  3/9
**aren't [1]**  9/11
**arguments [3]**  5/19 35/10 35/11
**Assurance [1]**  7/6
**attending [1]**  10/4
**Avenue [3]**  2/15 2/22 3/13

**B**

**bankruptcy [1]**  36/12
**Barry [3]**  3/6 3/6 5/13
**bearing [1]**  36/13
**begin [1]**  6/3
**bench [3]**  4/2 37/1 37/1
**beyond [1]**  8/24
**Billy [1]**  7/10
**Biscayne [2]**  3/3 3/3
**body [1]**  39/1
**Boies [1]**  2/5
**Boulevard [1]**  3/3
**Boult [1]**  3/9
**Box [2]**  2/3 3/7
**Bradley [1]**  3/9
**Brickell [1]**  2/15
**brief [1]**  7/9
**briefed [2]**  36/9 36/10
**briefing [1]**  39/12
**Brown [1]**  2/19
**Burnett [1]**  2/15
**Bushman [2]**  2/11 4/19
**business [4]**  8/3 8/9 9/7 9/8

**C**

**call [1]**  5/22
**Calling [1]**  4/3
**Cassill [1]**  3/9
**causation [1]**  35/14
**cause [1]**  8/20
**cert [2]**  36/10 36/14
**certification [5]**  5/25 6/13 35/10
35/11 38/7
**certify [1]**  40/19
**chance [1]**  37/20
**characterized [1]**  6/18

**C**

**Christopher [2]**  2/14 5/8
**Circuit [1]**  9/19
**cited [1]**  9/9
**citing [1]**  7/6
**CIV [1]**  1/4
**clarified [1]**  6/20
**class [7]**  5/25 6/12 35/10 35/11 36/10
  36/14 38/7
**clock's [1]**  35/22
**close [1]**  4/14
**Code [1]**  40/20
**commission [2]**  7/21 7/24
**common [1]**  9/16
**common-law [1]**  9/16
**Company [1]**  7/6
**company's [1]**  8/10
**competitive [2]**  8/3 8/5
**competitively [1]**  8/9
**competitors [1]**  9/7
**computer [1]**  1/24
**concluded [1]**  40/3
**conference [4]**  1/13 6/1 6/2 37/18
**confidential [5]**  7/10 9/5 9/7 9/12
  9/16
**confidentiality [2]**  8/8 8/23
**connection [1]**  7/22
**consent [1]**  6/20
**constitutional [3]**  36/20 36/25 37/3
**contained [1]**  8/8
**contains [1]**  8/3
**CONTINUED [1]**  3/1
**copy [1]**  9/17
**Coral [2]**  2/13 2/23
**COURT [8]**  1/1 3/11 3/12 3/12 7/15
  10/17 35/2 40/24
**Courthouse [1]**  3/13
**courtroom [5]**  10/9 10/15 35/3 35/6
  40/2
**courts [1]**  8/7
**critical [1]**  35/16
**CRR [2]**  3/11 40/24
**CUBAN [3]**  1/9 2/14 4/4
**Cummings [1]**  3/9
**CV [1]**  4/4

**D**

**damages [2]**  35/13 35/15
**data [2]**  35/12 35/15
**Date [1]**  40/24
**DC [1]**  2/20
**deadline [3]**  37/7 37/12 37/23
**deadlines [2]**  35/20 36/16
**decide [1]**  37/2
**decision [1]**  8/14
**decisions [1]**  8/9
**Declan [1]**  8/12
**Defendant [3]**  2/14 3/2 3/8
**defendants [15]**
**defendants' [7]**  5/21 6/9 6/21 7/1
  8/11 8/20 9/21
**deny [1]**  39/14
**deposition [1]**  7/9

**Desiree [2]**  2/8 4/22
**detailed [1]**  8/10
**determination [2]**  35/13 35/14
**disclose [1]**  7/20
**disclosure [1]**  8/4
**disclosures [1]**  7/17
**discovery [5]**  35/19 35/24 37/7 37/12
  37/21
**discuss [2]**  37/20 38/8
**discussing [1]**  10/5
**dismiss [2]**  36/9 36/13
**dispute [1]**  7/18
**disputed [1]**  7/25
**DISTRICT [7]**  1/1 1/2 1/15 3/12 7/5
  8/13 8/16
**DIVISION [1]**  1/3
**docket [1]**  36/17
**document [3]**  7/10 9/6 9/22
**documents [4]**  6/24 8/8 8/21 39/3
**DOMINIK [1]**  1/6

**E**

**Eaviation [1]**  8/12
**ECF [12]**
**efforts [1]**  35/13
**Eleventh [1]**  9/19
**email [5]**  6/16 7/16 7/24 9/11 38/18
**Emerson [1]**  7/4
**employees [1]**  7/21
**engage [1]**  6/25
**entitled [1]**  40/22
**Esq [15]**
**et [4]**  1/6 1/9 2/14 4/4
**et al [1]**  4/4
**everyone [1]**  39/24
**exhibit [4]**  6/16 7/16 9/11 38/18
**exhibits [3]**  6/11 6/14 6/21
**exited [2]**  10/15 40/2
**expired [2]**  9/24 37/12
**expressed [1]**  10/4
**extended [1]**  6/20
**extent [1]**  10/5

**F**

**F.2d [1]**  7/7 9/18
**F.Supp. [1]**  7/5
**fact [1]**  9/2
**Feldman [2]**  3/2 3/2
**Ferguson [1]**  3/13
**Fernandez [2]**  2/8 4/22
**Ferrer [2]**  2/8 4/21
**file [7]**  5/22 5/24 6/7 6/10 6/22 7/8 9/3
**filed [1]**  6/24
**filing [1]**  6/21
**final [1]**  36/11
**fine [1]**  37/20
**Firm [5]**  2/3 2/12 2/22 4/11 4/15
**FL [1]**  2/13
**Flexner [1]**  2/5
**Flight, [1]**  8/12
**Flight, Inc. vs. Textron [1]**  8/12
**Floor [1]**  2/16
**FLORIDA [14]**

**folks [1]**  39/22
**Footnote [2]**  7/7 7/12
**Footnote 2 [2]**  7/7 7/12
**foregoing [2]**  35/1 40/20
**Fowler [1]**  2/15
**frame [1]**  35/20
**Francine [3]**  3/11 40/23 40/24
**Friday [2]**  38/5 38/13
**front [1]**  36/24

**G**

**Gables [2]**  2/13 2/23
**grant [1]**  39/15
**granted [2]**  6/8 6/9
**granting [1]**  5/21
**Gronkowski [1]**  3/9

**H**

**hand [1]**  10/8
**happy [1]**  37/15
**harm [1]**  8/4
**hate [1]**  37/1
**Hayden [1]**  2/9
**hear [2]**  4/13 5/19
**heard [1]**  7/3
**hearing [2]**  5/19 10/5
**hereby [1]**  40/19
**highlighting [1]**  37/24
**Home [1]**  7/6
**Honor [18]**
**Honor's [1]**  39/8
**Honorable [1]**  1/14
**Howard [2]**  2/11 4/18
**Huck [2]**  2/21 2/22
**Huck, [1]**  5/3
**Huck, Jr [1]**  5/3
**huge [1]**  36/25
**hundred [1]**  36/19

**I**

**I'll [5]**  5/22 6/3 9/20 38/9 39/12
**I'm [7]**  10/11 35/18 37/2 37/15 37/19
  37/20 37/24
**identified [1]**  9/17
**impending [1]**  37/23
**Inc [1]**  8/12
**Inc. [1]**  8/12
**include [1]**  8/9
**includes [1]**  7/9
**including [1]**  9/4
**information [7]**  8/4 8/10 8/19 9/8
  9/9 9/15 10/6
**informing [1]**  7/15
**initially [1]**  6/21
**inspect [1]**  9/17
**interest [2]**  9/15 10/4
**interested [1]**  37/18
**interests [1]**  7/2
**irony [1]**  10/9
**irrespective [1]**  38/24
**issue [4]**  7/4 10/2 37/4 37/17

**J**

joint [3]  6/2 7/14 7/23
Jonathan [2]  2/18 3/2
Jose [2]  2/8 4/21
Joseph [1]  2/2
Jr [3]  2/21 3/13 5/3
JSR [1]  7/16
Judge [6]  1/15 4/2 7/6 8/14 8/17 40/2
Judge Kovachevich [1]  7/6
Judge Lammens [2]  8/14 8/17
judgment [2]  36/21 37/3
judicial [1]  9/17
July [4]  8/25 37/9 37/10 37/11
jurors [1]  37/2
justice [1]  7/2

**K**

KARNAS [2]  1/6 4/4
Karnas vs. Cuban [1]  4/4
Kaye [3]  2/2 4/11 4/15
keeping [1]  9/15
Knight [2]  2/14 5/9
Kovachevich [1]  7/6

**L**

label [1]  39/1
Lammens [2]  8/14 8/17
Landon [1]  3/9
language [1]  7/25
law [6]  2/3 2/12 2/22 4/11 4/15 9/16
Law360 [1]  3/16
leave [7]  5/22 5/24 6/5 6/6 6/9 9/3
 39/13
list [1]  36/22
LLP [2]  2/5 2/19
long-term [1]  9/13

**M**

Magistrate [2]  8/14 8/16
MARK [2]  1/9 2/9
marshals [1]  5/11
matter [2]  39/7 40/22
Mavericks' [2]  7/21 8/5
May 5th [1]  7/13
May 6 [1]  37/10
Mayfield [1]  3/8
mean [1]  36/24
means [1]  9/10
mechanical [1]  1/24
members [1]  10/4
MIAMI [10]
mid [1]  37/11
mid-July [1]  37/11
Middle [3]  7/5 8/13 8/16
Migdal [1]  2/9
Minorca [1]  2/22
MONDAY [1]  3/18
month [1]  36/23
months [3]  35/19 36/24 37/21
Moskowitz [8]  2/2 2/3 2/12 4/7 4/11
 4/15 10/3 39/6
motion [25]
motions [2]  5/20 6/3

**move [1]**  36/8
Mr. [3]  10/3 39/6 39/23
Mr. Moskowitz [2]  10/3 39/6
Mr. Zack [1]  39/23

**N**

necessary [2]  8/22 35/12
nice [2]  39/22 39/23
notice [1]  38/9
noticed [1]  37/17
Number [12]
Number 262 [1]  6/10
Number 265 [1]  6/13
Number 265-26 [1]  6/15
Number 265-43 [1]  6/16
Number 269 [1]  5/23
Number 274 [1]  6/2
Number 276 [1]  7/12
Number 276-1 [1]  7/10
Number 277 [1]  5/25
Number 280 [2]  7/15 7/23
Number 280-2 [1]  7/24
numbers [1]  36/11
NW [1]  2/19

**O**

object [2]  6/24 38/6
objection [1]  36/5
Official [2]  3/12 40/24
Oladipo [2]  3/2 5/14
open [1]  37/24
opportunity [2]  7/3 9/25
opposition [1]  6/12
order [7]  5/21 6/13 6/19 7/11 8/19
 36/18 37/5
ordered [2]  10/16 35/1
orders [3]  36/24 36/25 37/4
originally [1]  6/18
outweighs [1]  9/16

**P**

P.A [4]  2/9 2/15 3/2 3/6
p.m [3]  1/8 4/1 40/3
P.O [1]  2/3
page [7]  6/19 7/17 8/11 8/13 8/15
 8/19 9/1
page 1 [3]  6/19 7/17 8/15
page 10 [1]  9/1
page 2 [2]  8/13 8/19
page 4 [1]  8/11
pages [4]  7/23 9/9 36/19 38/15
pages 1 [1]  9/9
pages 2 [1]  7/23
partially [2]  6/11 6/17
parties [3]  7/13 7/17 7/19
parties' [1]  6/1
passages [1]  7/19
Paul [2]  2/21 5/2
pending [3]  5/20 6/5 36/21
people [1]  36/12
period [1]  37/21
Phang [1]  3/2
Phillips [1]  7/10

**Pinnacle [2]**  8/14 9/8
plaintiff [3]  4/5 4/9 4/12
plaintiffs [15]
plaintiffs' [8]  5/20 5/24 6/3 6/5 6/6
 6/12 6/24 9/11
Plaza [1]  2/12
PLLC [1]  2/12
PO [1]  3/7
point [3]  8/22 37/6 37/7
position [2]  8/5 37/19
posture [1]  35/9
prefer [1]  39/5
preference [1]  39/8
prejudiced [1]  37/23
present [2]  3/15 3/15
presently [1]  4/2
press [1]  10/4
presumptive [1]  9/16
price [2]  9/4 9/10
pricing [2]  8/4 8/10
problem [2]  36/4 38/4
proceedings [5]  1/24 10/16 35/1
 40/3 40/21
process [1]  7/1
produced [1]  1/24
products [1]  8/10
proposed [3]  7/16 9/21 38/18
proprietary [1]  8/3
protect [2]  9/7 9/14
protective [1]  7/11
provision [2]  8/8 8/23
Prudential [1]  7/4
Prudential vs. Emerson [1]  7/4
public [5]  6/21 9/23 10/10 39/4 39/10
public's [1]  9/16
publicly [3]  6/24 7/8 7/20
pull [1]  4/14
pursuant [2]  7/11 40/19
push [1]  35/19

**Q**

question [4]  10/1 10/10 38/8 39/12
quickly [1]  36/8
quoting [1]  8/11

**R**

Rachel [2]  2/18 5/5
raise [1]  10/2
raised [2]  10/3 10/8
reality [1]  36/16
received [1]  7/21
recognize [1]  8/7
reconsideration [7]  5/21 5/23 6/4 6/6
 6/23 9/1 39/14
record [1]  40/21
recorded [1]  1/24
records [1]  9/17
redact [1]  6/11
redacted [5]  6/17 7/9 8/2 8/19 9/10
redaction [1]  8/7
redactions [5]  7/16 8/22 9/21 38/17
 38/18
reference [1]  7/9

**R**
referenced [1]  6/11
refile [4]  39/2 39/9 39/13 39/14
reflect [1]  8/9
remain [1]  7/18
removed [1]  10/10
renewed [5]  5/21 6/9 7/2 8/5 8/11
reply [6]  5/24 6/7 7/8 7/12 7/20 9/11
report [2]  7/14 7/23 38/5
Reporter [3]  3/11 3/12 40/24
representation [1]  8/20
request [1]  6/1
required [1]  7/14
resolving [1]  37/20
respectfully [1]  35/18
response [3]  6/1 6/12 7/1
reviewed [1]  8/21
RKA [1]  1/4
RMR [2]  3/11 40/24
RMR-CRR [1]  40/24
Robert [2]  3/8 3/9
Room [1]  3/13
Rosenthal [1]  9/18
Roy [1]  1/14
Rudnick [1]  2/19
rule [5]  10/12 37/11 38/10 39/5 39/13
rules [1]  38/25
ruling [2]  36/9 36/11

**S**
Salopek [3]  3/11 40/23 40/24
Schiller [1]  2/5
SE [1]  2/6
seal [5]  5/22 6/10 6/15 6/22 9/3
sealed [3]  9/6 10/16 35/1
Section [1]  40/19
sense [1]  37/16
sensitive [1]  8/9
sensitivity [1]  8/18
settlement [2]  38/7 38/7
sic [1]  7/7
side [1]  36/17
skeptical [1]  9/14
sought [3]  6/15 6/22 9/2
sounds [1]  37/15
South [1]  3/3
SOUTHERN [1]  1/2
specific [2]  7/20 10/1
specificity [1]  35/12
sphere [2]  39/4 39/11
sponsorship [10]
stalking [1]  5/11
state [1]  35/12
stated [1]  8/24
STATES [5]  1/1 1/15 3/12 9/18 40/20
States vs [1]  9/18
status [7]  1/13 6/1 6/2 7/14 7/23
   37/18 38/5
stay [2]  35/19 35/24
staying [1]  37/21
stenography [1]  1/24
Stephen [4]  2/5 2/17 4/9 4/24
Steve [1]  36/7

stipulated [1]  7/11
stop [1]  35/25
Street [4]  2/6 2/9 2/19 3/9
stuff [3]  37/6 37/13 37/23
submit [2]  38/5 38/15
submitted [3]  7/13 38/19 39/12
substantial [1]  38/23
suggest [1]  9/22
suggestions [1]  37/24
Suite [6]  2/6 2/10 2/12 2/20 3/4 3/10
summary [2]  36/20 37/3
support [1]  5/25
survive [1]  8/24
SW [1]  2/9

**T**
take [1]  8/18
taken [1]  38/25
takings [2]  36/20 37/3
talk [1]  37/25
talked [1]  38/1
Tampa [1]  3/10
tell [1]  9/2
term [2]  9/4 9/13
termination [4]  8/25 9/23 38/16
   39/12
terms [3]  9/5 9/10 9/22
Textron [1]  8/12
thank [6]  9/25 35/5 35/8 39/17 39/25
   40/1
think [4]  5/11 7/2 8/22 37/22
Thirteenth [1]  2/19
three months [2]  35/19 37/21
Tifford [2]  2/14 5/16
Title [1]  40/20
Tower [1]  3/3
Towers [2]  8/15 9/8
Towers vs. Airpowered [1]  8/15
transcript [3]  1/13 1/24 40/21
trial [2]  36/18 37/1
trials [1]  37/1
true [1]  40/20
Turner [3]  3/6 3/6 5/13
two months [1]  36/24

**U**
U.S [1]  3/13
U.S. [1]  5/11
U.S. marshals [1]  5/11
unable [1]  6/25
unidentified [2]  10/15 35/3
UNITED [5]  1/1 1/15 3/12 9/18 40/20
unopposed [1]  6/19
unredacted [2]  5/24 6/7
unredactions [3]  38/23 39/3 39/10
unsealed [1]  35/6
us [7]  6/5 9/2 10/3 37/25 38/1 38/3
   39/7

**V**
Victor [2]  3/2 5/14
viewing [1]  9/7
Voyager [2]  7/22 36/12

vs. [4]  4/4 7/4 8/12 8/15

**W**
wait [1]  39/4
waiting [2]  36/9 36/11
Washington [1]  2/20
Water [1]  3/9
week [2]  38/2 38/14
Welcome [2]  10/9 35/4
White [2]  2/15 2/18
Who's [1]  4/5
Wilkie [1]  3/13
willing [1]  8/17
Wittenberg [1]  3/15
WL [2]  8/13 8/15
Wolkinson [2]  2/18 5/6
woman [3]  10/8 10/15 35/3
word [1]  8/18
work [4]  36/17 37/14 37/14 37/15
working [2]  35/22 35/25
writing [1]  36/18

**Y**
yours [1]  36/21

**Z**
Zack [3]  2/5 4/9 39/23
Zoom [2]  1/13 3/15