UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CV-22538-ALTMAN/Reid

Dominik Karnas, *et al.*, on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

Mark Cuban, *et al.*,

    Defendants.

_____/

### [PROPOSED] ORDER FOLLOWING JOINT STATUS REPORT

**THIS CAUSE** came before the Court upon the Parties' Joint Status Report [ECF No. __], requesting a stay of all deadlines in the Amended Scheduling Order while the Parties pursue discovery from third party Voyager and resolving issues on various pending motions. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Parties' request to stay all deadlines in the Amended Scheduling Order (ECF No. 221) while the Parties continue to pursue discovery against third party Voyager is **GRANTED**;

2. The Parties' request for a Status Conference is **GRANTED**. A Status Conference to address the status of discovery and address new case deadlines is **SET** for **September 23, 2024**, at _____ in the Miami Division, Courtroom 12-4.

3. As Plaintiffs have withdrawn their Motion for Reconsideration (ECF No. 269), all deadlines associated with that motion are hereby vacated;

4. As the Parties have resolved all issues related to redactions of the Sponsorship Agreement (ECF No. 256-26) and Email Exhibit (ECF No. 256-43), the Parties' request to vacate the May 13, 2024 deadline for additional briefing (*see* ECF No. 282 ¶ 2) is **GRANTED**;

5. As Plaintiffs have withdrawn their Motion for Leave to File Unredacted Reply (ECF No. 277), all deadlines associated with that motion are hereby vacated;

6. The Parties' request to stay all pending motions, briefing, appeal, attorneys' fee requests pursuant to L.R. 7.3, and hearings related to Magistrate Judge Reid's April 15, 2024 Sealed Order (ECF Nos. 259, 273), Defendants' March 22, 2024 motion (ECF No. 246), and Plaintiffs' May 1st email to Judge Reid (tentatively set for May 22, 2024) is **GRANTED**; and

7. The Parties' request to vacate the Court's Nov. 19, 2023 Order Scheduling Mediation (ECF No. 199) is **GRANTED**.

**DONE AND SO ORDERED** in Chambers in Miami, Florida, on this ____ day of _____ 2024.

THE HONORABLE ROY K. ALTMAN
United States District Judge

Copies furnished to all Counsel of Record via CM/ECF