**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 22-CV-22538-ALTMAN/Reid**

Dominik Karnas, *et al.,*

    *Plaintiffs,*

v.

Mark Cuban, *et al.*,

    *Defendants.*

_____/

**MOTION FOR DEFENSE COUNSEL FOR DEFENDANT ROBERT GRONKOWSKI**
**TO APPEAR VIA ZOOM FOR THE MOTION HEARING SET FOR MAY 23, 2024**

Mr. Robert Gronkowski, through undersigned counsel, hereby moves this Honorable Court to permit his lead counsel, Mr. Craig Mayfield, to appear via Zoom teleconference for the upcoming May 23, 2024, set hearing as to Plaintiffs' Motion for Preliminary Approval of First Tranche of Settlements, Provisional Certification of Proposed Settlement Class (Doc. 279).  Mr. Mayfield resides out of town and has family obligations both surrounding and including the actual high school graduation ceremony of his oldest son on Thursday and Friday, March 23 and 24. Permission to appear remotely by Zoom would allow Mr. Mayfield to attend on behalf of his client without compromising any of those important obligations.  Mr. Gronkowski does not have retained local counsel in the Miami area as an alternative.  Mr. Mayfield has conferred with all other parties in this matter and there are no objections to his appearing via Zoom.

**WHEREFORE**, for the foregoing reasons, the listed Mr. Gronkowski requests that lead counsel Mr. Mayfield be permitted to appear via Zoom for the hearing scheduled for May 23, 2024.

DATED:  May 20, 2024

Respectfully submitted,

*/s/ R. Craig Mayfield*
R. Craig Mayfield
Florida Bar No. 429643
BRADLEY ARANT BOULT CUMMINGS LLP
Thousand & One
1001 Water Street, Suite 1000
Tampa, Florida  33602
Tel:  (813) 559-5500 | Fax:  (813) 229-5946
Primary Email:  cmayfield@bradley.com
Secondary Email:  tabennett@bradley.com
*Attorneys for Defendants Robert Gronkowski and
Landon Cassill*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 20, 2024, the foregoing document was filed with the

Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all

counsel of record.

*/s/ R. Craig Mayfield*
*Attorneys for Defendants Robert Gronkowski and*
*Landon Cassill*

4867-7560-2368.1