# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 22-CV-22538-ALTMAN/Reid

Dominik Karnas, et al., on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

Mark Cuban, et al.,

    Defendants.

_____/

**DECLARATION OF GRAHAM D. PENNY REGARDING NOTICE PURSUANT
TO CLASS ACTION FAIRNESS ACT OF 2005**

I, Graham D. Penny, declare as follows:

    1.    I am an Assistant Director of JND Legal Administration, LLC ("JND"). JND is a legal administration services provider with its headquarters located in Seattle, Washington. This Declaration is based on my personal knowledge as well as upon information provided to me by experienced JND employees.

    2.    JND was asked to effect notice of the proposed Settlement in the above-captioned action pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"). On May 10, 2024, JND duly sent by Federal Express or U.S. Mail notice of the settlement in the action to the United States Attorney General and the appropriate State officials. An example CAFA notice and list of recipients is attached hereto as **Exhibit A**.

1

3.      JND subsequently confirmed that all of the notices had been delivered.  Copies of the delivery reports are attached hereto as **Exhibit B**.  As of the date of this Declaration, JND has not received any inquiries or objections from any State or Federal officials.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2024, at Totowa, New Jersey.

BY: _____
GRAHAM D. PENNY

2

# Exhibit A



May 10, 2024

The Appropriate Federal
and State Officials Identified
in Attachment A


**RE: CAFA Notice of Proposed Class Action Settlement**


Dear Sir or Madam:

This Notice is being provided to you in accordance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, in respect of Defendants Robert Gronkowski, Victor Oladipo, and Landon Cassill (collectively, "Settling Defendants"). Plaintiffs' Motion for Preliminary Approval of First Tranche of Settlements, Provisional Certification of Proposed Settlement Class, and Approval of the Proposed Schedule was filed with the Court on May 3, 2024. As of the date of this Notice, the Court has not scheduled an approval hearing.

| | |
|---|---|
| **Case Name:** | *Dominik Karnas, et al., v. Mark Cuban, et al.* |
| **Case Number:** | 1:22-cv-22538-RKA |
| **Jurisdiction:** | *United States District Court for the Southern District of Florida (Miami Division)* |
| **Date Settlement filed with Court:** | May 3, 2024 |

Copies of all materials filed in the above-named actions are electronically available on the Court's PACER website found at https://pcl.uscourts.gov. Additionally, in compliance with 28 U.S.C. § 1715(b), the enclosed CD-ROM contains the following documents filed in the Action:

**01 - Second Amended Complaint.pdf**
   [Redacted] Second Amended Class Action Complaint (ECF 186), filed October 24, 2023[1]

**02 - Preliminary Approval Motion.pdf**
   Plaintiffs' motion for Preliminary Approval of First Tranche of Settlements, Provisional Certification of Proposed Settlement Class, and Approval of the Proposed Schedule (ECF 279), filed May 3, 2024, and attaching:

   1. **Settlement Agreement**
   2. **Declaration of Gina Intrepido-Bowden Regarding Proposed Settlement Notice Plan**
   3. **Class Counsel's Resumes**
   4. **Proposed Long Form Notice**
   5. **Proposed Schedule**
   6. **Proposed Preliminary Approval Order**

---

[1] The original Class Action Complaint and Demand for Jury Trial (ECF 1) and Amended Class Action Complaint and Demand for Jury Trial (ECF 34) are electronically available via PACER. The Settling Defendants were not identified as defendants in the preceding complaints.

It is not possible to provide a breakdown of the Settlement Class in accordance with 28 U.S.C. § 1715 (b)(7) at this time. However, we anticipate that the Settlement Class is sufficiently numerous as to include Class Members potentially residing in all 50 U.S. states, as well as the District of Columbia, and may include Class Members residing in U.S. territories and associated states.

There are no other settlements or agreements made between Counsel for the parties related to the class defined in the proposed settlement, and as of the date of this Notice, no Final Judgment or notice of dismissal has been entered in this case.

If you have any questions regarding the details of the case and settlement, please contact Plaintiffs' Counsel's representative at:

    Joseph M. Kaye
    The Moskowitz Law Firm
    P.O. Box 653409
    Miami, FL 33175
    Phone: 305-740-1423
    Fax: 786-298-5737
    Email:Joseph@moskowitz-Law.Com

For questions regarding this Notice, please contact JND at:

    JND Class Action Administration
    1100 2nd Ave, Suite 300
    Seattle, WA  98101
    Phone: 800-207-7160

Regards,

JND Legal Administration

Encl.

*Dominik Karnas, et al., v. Mark Cuban, et al.*, **Case No. 1:22-cv-22538-RKA (S.D. Fla.)**
**CAFA Notice – Attachment A – Service List**

| | |
|---|---|
| Merrick Garland<br>Office of the U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC  20529 | Treg R. Taylor<br>Office of the Attorney General<br>1031 W 4th Ave Ste 200<br>Anchorage, AK  99501 |
| Steve Marshall<br>Attorney General's Office<br>501 Washington Ave<br>Montgomery, AL  36104 | Tim Griffin<br>Office of the Attorney General<br>323 Center St Ste 200<br>Little Rock, AR  69591 |
| Kris Mayes<br>Office of the Attorney General<br>2005 N Central Ave<br>Phoenix, AZ  82078 | CAFA Coordinator<br>Office of the Attorney General<br>Consumer Protection Section<br>455 Golden Gate Ave., Ste 11000<br>San Francisco, CA  87098 |
| Phil Weiser<br>Office of the Attorney General<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Fl<br>Denver, CO  80203 | William Tong<br>Office of the Attorney General<br>165 Capitol Ave<br>Hartford, CT  06106 |
| Brian Schwalb<br>Office of the Attorney General<br>400 6th St NW<br>Washington, DC  20001 | Kathy Jennings<br>Delaware Department of Justice<br>Carvel State Office Building<br>820 N French Street<br>Wilmington, DE  16281 |
| Ashley Moody<br>Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL  31349 | Chris Carr<br>Office of the Attorney General<br>40 Capitol Sq SW<br>Atlanta, GA  29034 |
| Anne E. Lopez<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI  93910 | Brenna Bird<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 E. Walnut Street Rm 109<br>Des Moines, IA  50210 |

| | |
|---|---|
| Raúl R. Labrador<br>Office of the Attorney General<br>700 W. Jefferson St, Suite 210<br>Boise, ID 83720 | Kwame Raoul<br>Office of the Attorney General<br>Office Services<br>115 South LaSalle, 23rd Floor<br>Chicago, IL 60603 |
| Todd Rokita<br>Office of the Attorney General<br>Indiana Government Center South<br>302 W Washington St 5th Fl<br>Indianapolis, IN 46204 | Kris W. Kobach<br>Office of the Attorney General<br>120 SW 10th Ave 2nd Fl<br>Topeka, KS 65015 |
| Russell Coleman<br>Office of the Attorney General<br>Capitol Building<br>700 Capitol Ave Ste 118<br>Frankfort, KY 37152 | Liz Murrill<br>Office of the Attorney General<br>1885 N. Third St<br>Baton Rouge, LA 70802 |
| CAFA Coordinator<br>General Counsel's Office<br>Office of Attorney General<br>One Ashburton Pl, 20th Floor<br>Boston, MA 02108 | Anthony G. Brown<br>Office of the Attorney General<br>200 St. Paul Pl<br>Baltimore, MD 21202 |
| Aaron Frey<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04327 | Dana Nessel<br>Department of Attorney General<br>G. Mennen Williams Building, 7th Fl<br>525 W Ottawa St<br>Lansing, MI 47866 |
| Keith Ellison<br>Office of the Attorney General<br>445 Minnesota St<br>Suite 1400<br>St. Paul, MN 52970 | Andrew Bailey<br>Attorney General's Office<br>Supreme Court Building<br>207 W High St<br>Jefferson City, MO 63585 |
| Lynn Fitch<br>Office of the Attorney General<br>Walter Sillers Building<br>550 High St Ste 1200<br>Jackson, MS 39201 | Austin Knudsen<br>Office of the Attorney General<br>Justice Building, Third Fl<br>215 N. Sanders<br>Helena, MT 55084 |

| | |
|---|---|
| Josh Stein<br>Attorney General's Office<br>114 W Edenton St<br>Raleigh, NC  27603 | Drew H. Wrigley<br>Office of the Attorney General<br>State Capitol, 600 E Boulevard Ave<br>Dept. 125<br>Bismarck, ND  58505 |
| Mike Hilgers<br>Attorney General's Office<br>2115 State Capitol<br>Lincoln, NE  68509 | John Formella<br>Office of the Attorney General<br>NH Department of Justice<br>1 Granite Place South<br>Concord, NH  03301 |
| Matthew J. Platkin<br>Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market St 8th Fl, West Wing<br>Trenton, NJ  08611 | Raúl Torrez<br>Office of the Attorney General<br>Villagra Building<br>408 Galisteo Street<br>Santa Fe, NM  87501 |
| Aaron Ford<br>Office of the Attorney General<br>Old Supreme Court Building<br>100 N Carson St<br>Carson City, NV  84984 | CAFA Coordinator<br>Office of the Attorney General<br>28 Liberty St 15th Fl<br>New York, NY  10005 |
| Dave Yost<br>Attorney General's Office<br>State Office Tower<br>30 E Broad St 14th Fl<br>Columbus, OH  39801 | Gentner Drummond<br>Office of the Attorney General<br>313 NE 21st St<br>Oklahoma City, OK  69898 |
| Ellen F. Rosenblum<br>Oregon Department of Justice<br>Justice Building<br>1162 Court St NE<br>Salem, OR  93205 | Michelle Henry<br>PA Office of the Attorney General<br>Strawberry Square 16th Fl<br>Harrisburg, PA  17120 |
| Peter F. Neronha<br>Office of the Attorney General<br>150 S Main St<br>Providence, RI  -00004 | Alan Wilson<br>Office of the Attorney General<br>Rembert C. Dennis Bldg<br>1000 Assembly St Rm 519<br>Columbia, SC  29201 |

Marty Jackley
Office of the Attorney General
1302 E Highway 14 Ste 1
Pierre, SD  49000

Jonathan Skrmetti
Office of the Attorney General
500 Dr Martin L King Jr Blvd
Nashville, TN  37219

Ken Paxton
Office of the Attorney General
300 W. 15th St
Austin, TX  78701

Sean D. Reyes
Office of the Attorney General
Utah State Capitol Complex
350 North State St Ste 230
Salt Lake City, UT  84114

Jason S. Miyares
Office of the Attorney General
202 N. Ninth St.
Richmond, VA  23219

Charity R. Clark
Attorney General's Office
109 State St.
Montpelier, VT  04608

Bob Ferguson
Office of the Attorney General
1125 Washington St SE
Olympia, WA  96218

Josh Kaul
Attorney General's Office
P.O. Box 7857
Madison, WI  45850

Patrick Morrisey
Office of The Attorney General
State Capitol, 1900 Kanawha Blvd E
Building 1 Rm E-26
Charleston, WV  25276

Bridget Hill
Office of the Attorney General
109 State Capitol
200 W 24th St Rm W109
Cheyenne, WY  78360

Fainu'ulelei Falefatu Ala'ilima-Utu
Department of Legal Affairs
Exec Ofc Bldg, 3rd Fl
P.O. Box 7
Utulei, AS  96799

Douglas B. Moylan
Office of the Attorney General
Administration Division
590 S Marine Corps Dr, Suite 902
Tamuning, GU  93376

Edward Manibusan
Office of the Attorney General
Administration Building
P.O. Box 10007
Saipan, MP  88043

Domingo Emanuelli Hernández
Dpto. de Justicia de Puerto Rico
Calle Teniente César González 677
Esq. Ave. Jesús T. Piñero
San Juan, PR  00918

| | |
|---|---|
| Ian Clement<br>Office of the Attorney General<br>3438 Kronprindsens Gade<br>GERS Building 2nd Fl<br>St. Thomas, VI  -04947 | Leonito Bacalando, Jr.<br>Department of Justice<br>P.O. Box PS-105<br>Palikir<br>Pohnpei State, FM  96941 |
| Richard Hickson, Attorney General<br>C/O Marshall Islands Embassy<br>2433 Massachusetts Ave NW<br>Washington, DC  20008 | Ernestine K. Rengiil<br>Office of the Attorney General<br>P.O. Box 1365<br>Koror, PW  96940 |

# Exhibit B



FedEx® Tracking



# Summary Tracking Results

| TRACKING ID | SHIP DATE | SHIPPER CITY, STATE | RECIPIENT CITY, STATE | STATUS | DELIVERED DATE | SCHEDULED DELIVERY DATE | SERVICE |
|---|---|---|---|---|---|---|---|
| 776312913960 | 5/10/24 | SEATTLE, WA | Washington, DC | ✓ Delivered | 5/13/24 9:19 AM | | FedEx Express |
| 776312943643 | 5/10/24 | SEATTLE, WA | Anchorage, AK | ✓ Delivered | 5/13/24 9:33 AM | | FedEx Express |
| 776312942187 | 5/10/24 | SEATTLE, WA | Montgomery, AL | ✓ Delivered | 5/13/24 10:24 AM | | FedEx Express |
| 776312942246 | 5/10/24 | SEATTLE, WA | Little Rock, AR | ✓ Delivered | 5/13/24 9:28 AM | | FedEx Express |
| 776312874146 | 5/10/24 | SEATTLE, WA | Phoenix, AZ | ✓ Delivered | 5/13/24 9:53 AM | | FedEx Express |
| 776312842920 | 5/10/24 | SEATTLE, WA | San Francisco, CA | ✓ Delivered | 5/13/24 11:53 AM | | FedEx Express |
| 776312940942 | 5/10/24 | SEATTLE, WA | Denver, CO | ✓ Delivered | 5/14/24 12:39 PM | | FedEx Express |
| 776312942280 | 5/10/24 | SEATTLE, WA | Hartford, CT | ✓ Delivered | 5/13/24 9:20 AM | | FedEx Express |
| 776312805867 | 5/10/24 | SEATTLE, WA | Washington, DC | ✓ Delivered | 5/13/24 12:44 PM | | FedEx Express |
| 776312873584 | 5/10/24 | SEATTLE, WA | Wilmington, DE | ✓ Delivered | 5/13/24 9:08 AM | | FedEx Express |
| 776312804676 | 5/10/24 | SEATTLE, WA | Tallahassee, FL | ✓ Delivered | 5/13/24 9:40 AM | | FedEx Express |
| 776312844018 | 5/10/24 | SEATTLE, WA | Atlanta, GA | ✓ Delivered | 5/13/24 9:29 AM | | FedEx Express |

  

| Tracking | Ship Date | Origin | Destination | Status | Delivered | Service |
|---|---|---|---|---|---|---|
| 776313049481 | 5/10/24 | SEATTLE, WA | HONOLULU, HI | Delivered | 5/13/24 11:29 AM | FedEx Express |
| 776312806061 | 5/10/24 | SEATTLE, WA | Des Moines, IA | Delivered | 5/13/24 9:58 AM | FedEx Express |
| 776312941088 | 5/10/24 | SEATTLE, WA | Boise, ID | Delivered | 5/13/24 9:49 AM | FedEx Express |
| 776312912210 | 5/10/24 | SEATTLE, WA | Chicago, IL | Delivered | 5/13/24 10:24 AM | FedEx Express |
| 776312943540 | 5/10/24 | SEATTLE, WA | Indianapolis, IN | Delivered | 5/13/24 10:13 AM | FedEx Express |
| 776312874352 | 5/10/24 | SEATTLE, WA | Topeka, KS | Delivered | 5/13/24 9:52 AM | FedEx Express |
| 776312941310 | 5/10/24 | SEATTLE, WA | Frankfort, KY | Delivered | 5/13/24 10:51 AM | FedEx Express |
| 776312912596 | 5/10/24 | SEATTLE, WA | Baton Rouge, LA | Delivered | 5/13/24 10:27 AM | FedEx Express |
| 776312842872 | 5/10/24 | SEATTLE, WA | Boston, MA | Delivered | 5/13/24 9:28 AM | FedEx Express |
| 776312804757 | 5/10/24 | SEATTLE, WA | Baltimore, MD | Delivered | 5/13/24 8:53 AM | FedEx Express |
| 776312803246 | 5/10/24 | SEATTLE, WA | Augusta, ME | Delivered | 5/13/24 9:34 AM | FedEx Express |
| 776312843490 | 5/10/24 | SEATTLE, WA | Lansing, MI | Delivered | 5/13/24 10:32 AM | FedEx Express |
| 776312873231 | 5/10/24 | SEATTLE, WA | St. Paul, MN | Delivered | 5/13/24 8:57 AM | FedEx Express |
| 776312804698 | 5/10/24 | SEATTLE, WA | Jefferson City, MO | Delivered | 5/13/24 8:44 AM | FedEx Express |
| 776312912839 | 5/10/24 | SEATTLE, WA | Jackson, MS | Delivered | 5/13/24 3:50 PM | FedEx Express |

OBTAIN PROOF OF DELIVERY

  

FedEx® Tracking

   

## Summary Tracking Results

| TRACKING ID | SHIP DATE | SHIPPER CITY, STATE | RECIPIENT CITY, STATE | STATUS | DELIVERED DATE | SCHEDULED DELIVERY DATE | SERVICE |
|---|---|---|---|---|---|---|---|
| 776312805341 | 5/10/24 | SEATTLE, WA | Helena, MT | Delivered | 5/13/24 9:17 AM | | FedEx Express |
| 776312873665 | 5/10/24 | SEATTLE, WA | Raleigh, NC | Delivered | 5/13/24 8:45 AM | | FedEx Express |
| 776312844544 | 5/10/24 | SEATTLE, WA | Bismarck, ND | Delivered | 5/13/24 10:06 AM | | FedEx Express |
| 776312914555 | 5/10/24 | SEATTLE, WA | Lincoln, NE | Delivered | 5/13/24 8:17 AM | | FedEx Express |
| 776312872740 | 5/10/24 | SEATTLE, WA | Concord, NH | Delivered | 5/13/24 9:42 AM | | FedEx Express |
| 776312913375 | 5/10/24 | SEATTLE, WA | Trenton, NJ | Delivered | 5/13/24 8:34 AM | | FedEx Express |
| 776312942095 | 5/10/24 | SEATTLE, WA | Santa Fe, NM | Delivered | 5/13/24 9:27 AM | | FedEx Express |
| 776312804047 | 5/10/24 | SEATTLE, WA | Carson City, NV | Delivered | 5/13/24 9:08 AM | | FedEx Express |
| 776312842806 | 5/10/24 | SEATTLE, WA | New York, NY | Delivered | 5/13/24 8:44 AM | | FedEx Express |
| 776312844051 | 5/10/24 | SEATTLE, WA | Columbus, OH | Delivered | 5/13/24 10:24 AM | | FedEx Express |
| 776312871640 | 5/10/24 | SEATTLE, WA | Oklahoma City, OK | Delivered | 5/13/24 10:09 AM | | FedEx Express |
| 776312845518 | 5/10/24 | SEATTLE, WA | Salem, OR | Delivered | 5/13/24 8:42 AM | | FedEx Express |

   

| Tracking | Ship Date | Origin | Destination | Status | Delivered | Service |
|---|---|---|---|---|---|---|
| 776312914430 | 5/10/24 | SEATTLE, WA | Harrisburg, PA | Delivered | 5/13/24 9:53 AM | FedEx Express |
| 776312915724 | 5/10/24 | SEATTLE, WA | Providence, RI | Delivered | 5/13/24 9:32 AM | FedEx Express |
| 776312803073 | 5/10/24 | SEATTLE, WA | Columbia, SC | Delivered | 5/13/24 9:26 AM | FedEx Express |
| 776312913169 | 5/10/24 | SEATTLE, WA | Pierre, SD | Delivered | 5/13/24 8:54 AM | FedEx Express |
| 776312872750 | 5/10/24 | SEATTLE, WA | Nashville, TN | Delivered | 5/13/24 9:19 AM | FedEx Express |
| 776312873713 | 5/10/24 | SEATTLE, WA | Austin, TX | Delivered | 5/13/24 10:20 AM | FedEx Express |
| 776312942603 | 5/10/24 | SEATTLE, WA | Salt Lake City, UT | Delivered | 5/13/24 9:54 AM | FedEx Express |
| 776312872522 | 5/10/24 | SEATTLE, WA | Richmond, VA | Delivered | 5/13/24 10:26 AM | FedEx Express |
| 776312843993 | 5/10/24 | SEATTLE, WA | Montpelier, VT | Delivered | 5/13/24 8:36 AM | FedEx Express |
| 776312805731 | 5/10/24 | SEATTLE, WA | Olympia, WA | Delivered | 5/13/24 10:15 AM | FedEx Express |
| 776312915334 | 5/10/24 | SEATTLE, WA | Charleston, WV | Delivered | 5/13/24 9:26 AM | FedEx Express |
| 776312842357 | 5/10/24 | SEATTLE, WA | Cheyenne, WY | Delivered | 5/13/24 9:58 AM | FedEx Express |
| 776313115979 | 5/10/24 | SEATTLE, WA | TAMUNING | Delivered | 5/13/24 10:28 AM | FedEx Express |
| 776313206510 | 5/10/24 | SEATTLE, WA | SAIPAN DAN DAN | Delivered | 5/17/24 9:00 AM | FedEx Express |
| 776313254692 | 5/10/24 | SEATTLE, WA | SAN JUAN, PR | Delivered | 5/13/24 2:07 PM | FedEx Express |
| 776313303960 | 5/10/24 | SEATTLE, WA | ST. THOMAS | Delivered | 5/13/24 2:29 PM | FedEx Express |




| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 776313386110 | 5/10/24 | SEATTLE, WA | POHNPEI | ✓ Delivered | 5/16/24 2:41 PM | | FedEx Express |
| 776313434310 | 5/10/24 | SEATTLE, WA | KOROR | ✓ Delivered | 5/16/24 3:13 PM | | FedEx Express |

**OBTAIN PROOF OF DELIVERY**

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

ShopRunner

**LANGUAGE**

🌐 United States

**FOLLOW FEDEX**      

© FedEx 1995-2024

Site Map | Terms of Use | Privacy & Security

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9470109105156075564182

Copy            Add to Informed Delivery (https://informeddelivery.usps.com/)

## Scheduled Delivery by

**MONDAY**
**13** May 2024 ⓘ    by **6:00pm** ⓘ

Your item has been delivered and is available at a PO Box at 9:19 am on May 11, 2024 in MADISON, WI 53707.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered
**Delivered, PO Box**

MADISON, WI 53707
May 11, 2024, 9:19 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates  ⌄

Proof of Delivery  ⌄

USPS Tracking Plus®  ⌄

Feedback

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9470109105156572997360

Copy            Add to Informed Delivery (https://informeddelivery.usps.com/)

**Scheduled Delivery by**

**MONDAY**
**13** May 2024 ⓘ

by
**6:00pm** ⓘ

Your item has been delivered and is available at a PO Box at 4:40 am on May 14, 2024 in PAGO PAGO, AS 96799.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, PO Box**

PAGO PAGO, AS 96799
May 14, 2024, 4:40 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

Proof of Delivery ⌄

USPS Tracking Plus® ⌄

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9470109105156572995991

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Scheduled Delivery by

**SUNDAY**
**12** May 2024 ⓘ

by
**6:00pm** ⓘ

Your item was delivered in or at the mailbox at 11:24 am on May 13, 2024 in WASHINGTON, DC 20008.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, In/At Mailbox**
WASHINGTON, DC 20008
May 13, 2024, 11:24 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

Proof of Delivery ⌄

USPS Tracking Plus® ⌄