UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CV-22538-ALTMAN/REID**

DOMINIK KARNAS, *et al*.,

       Plaintiffs,

v.

MARK CUBAN, *et al*.,

       Defendants.

_____/

## **JOINT MOTION FOR LEAVE TO FILE *UPDATE ON* JOINT STATUS REPORT**

The Plaintiffs and Defendants Mark Cuban and Dallas Basketball Limited d/b/a Dallas Mavericks (the "Defendants"), by and through undersigned counsel, hereby respectfully move the Court for permission to file an *Update On* Joint Status Report. The purpose of the new report is to advise the Court of the progress the Plaintiffs and Defendants have made toward resolving certain issues addressed in their May 9, 2024 Joint Status Report [ECF No. 286]. The proposed *Update On* Joint Status Report is attached hereto as "Exhibit A."

| | |
|---|---|
| Dated: May 24, 2024 | Respectfully submitted, |
| *Attorneys for Defendants Mark Cuban and Dallas Mavericks Limited d/b/a Dallas Mavericks* | *Attorneys for Plaintiffs* |
| **/s/ Christopher E. Knight** | **/s/ Adam M. Moskowitz** |
| CHRISTOPHER E. KNIGHT, ESQ. | ADAM M. MOSKOWITZ, ESQ. |
| Fla. Bar No. 607363 | Florida Bar No. 984280 |
| Email: cknight@fowler-white.com | Email: adam@moskowitz-law.com |
| ESTHER E. GALICIA, ESQ. | JOSEPH M. KAYE, ESQ. |
| Fla. Bar No. 510459 | Florida Bar No. 117520 |
| Email: egalicia@fowler-white.com | Email: joseph@moskowitz-law.com |

<div style="columns:2">

ALEXANDRA L. TIFFORD, ESQ.
Fla. Bar No. 0178624
Email: atifford@fowler-white.com

**FOWLER WHITE BURNETT, P.A.**
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200

PAUL C. HUCK, JR., ESQ.
Fla. Bar No. 0968358
Email: paul@lawsonhuckgonzalez.com

**LAWSON HUCK GONZALEZ, PLLC**
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: (850) 825-4334

STEPHEN A. BEST, ESQ.
*Pro Hac Vice*
Email: sbest@brownrudnick.com

RACHEL O. WOLKINSON, ESQ.
*Pro Hac Vice*
Email: rwolkinson@brownrudnick.com

DANIEL L. SACHS, ESQ.
*Pro Hac Vice*
Email: dsachs@brownrudnick.com

**BROWN RUDNICK LLP**
601 Thirteenth Street, N.W.
Suite 600
Washington, DC 20005
Telephone: (202) 536-1737

BARBARA C. LEWIS, ESQ.
Florida Bar No. 118114
Email: barbara@moskowitz-law.com

**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

DAVID BOIES, ESQ.
*Pro Hac Vice*
Email: dboies@bsfllp.com

**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Telephone: (914) 749–8200

STEPHEN NEAL ZACK, ESQ.
Florida Bar No. 145215
Email: szack@bsfllp.com

TYLER ULRICH, ESQ.
Florida Bar No. 94705
Email: tulrich@bsfllp.com

**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400

</div>

JONATHAN D. WHITE, ESQ.
*Pro Hac Vice*
Email: jwhite@brownrudnick.com

**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 209-4903

Case No. 22-CV-22538-ALTMAN/REID

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via the Court's CM/ECF which will send notification of such filing to all attorneys of record.

 */s/ Christopher E. Knight*
CHRISTOPHER E. KNIGHT, ESQ.
Fla. Bar No. 607363
cknight@fowler-white.com