**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CV-22538-ALTMAN/REID**

DOMINIK KARNAS, *et al.*,

        Plaintiffs,

v.

MARK CUBAN, *et al.*,

        Defendants.

_____/

## *UPDATE ON* JOINT STATUS REPORT

The Plaintiffs and Defendants Mark Cuban and Dallas Basketball Limited d/b/a Dallas Mavericks (the "Defendants") jointly and respectfully write to provide the Court with a status update on their productive efforts to resolve or streamline three issues that had been in dispute.

First, in accordance with Magistrate Judge Reid's April 15, 2024, Sealed Order (ECF No. 259) and pursuant to S.D. Fla. Local Rule 7.3, Plaintiffs and Defendants (hereinafter the "Parties") reached an agreement on Defendants' request for attorneys' fees and do not require any further intervention from the Court on this issue. The Parties will write Magistrate Judge Reid separately to update the Court on this issue.

Second, the Parties have also reached an agreement on the issues raised by Plaintiffs' counsel in their May 1, 2024, email to Magistrate Judge Reid, and responded to by Defense counsel in their May 2, 2024, email to Magistrate Judge Reid. The Parties no longer seek any Court intervention on the issues discussed in these emails. The Parties will write Magistrate Judge Reid separately to update the Court on this issue.

Third, in terms of Plaintiffs' Objections and Appeal of the Sealed Order (ECF No. 273), the Parties respectfully suggest that no further briefing is necessary, but of course, the Parties await any additional guidance from the Court. Under the Court's current Order, Plaintiffs may still file a Reply to Defendants' Opposition (ECF 289) by May 24, 2024.

Moreover, should the Court have any questions about any of the Parties' agreements on these issues, the Parties will certainly be prepared to address them at the currently scheduled May 29, 2024 hearing or as otherwise ordered by the Court.

Dated: May 24, 2024.

Respectfully submitted,

*Attorneys for Defendants Mark Cuban and Dallas Mavericks Limited d/b/a Dallas Mavericks*

*Attorneys for Plaintiffs*

*/s/ Christopher E. Knight*
CHRISTOPHER E. KNIGHT, ESQ.
Fla. Bar No. 607363
Email: cknight@fowler-white.com

ESTHER E. GALICIA, ESQ.
Fla. Bar No. 510459
Email: egalicia@fowler-white.com

ALEXANDRA L. TIFFORD, ESQ.
Fla. Bar No. 0178624
Email: atifford@fowler-white.com

**FOWLER WHITE BURNETT, P.A.**
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

*-and-*

PAUL C. HUCK, JR., ESQ.
Fla. Bar No. 0968358

**By:** */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ
Florida Bar No. 984280
Email: adam@moskowitz-law.com

JOSEPH M. KAYE
Florida Bar No. 117520
Email: joseph@moskowitz-law.com

BARBARA C. LEWIS
Florida Bar No. 118114
Email: barbara@moskowitz-law.com

**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

DAVID BOIES
*Pro Hac Vice*
Email: dboies@bsfllp.com

**BOIES SCHILLER FLEXNER LLP**
333 Main Street

*Case No.: 22-CV-22538-ALTMAN/REID*

Email: paul@lawsonhuckgonzalez.com

**LAWSON HUCK GONZALEZ, PLLC**
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: (850) 825-4334

*-and-*

STEPHEN A. BEST, ESQ.
*Pro Hac Vice*
Email: sbest@brownrudnick.com
RACHEL O. WOLKINSON, ESQ.
*Pro Hac Vice*
Email: rwolkinson@brownrudnick.com
DANIEL L. SACHS, ESQ.
*Pro Hac Vice*
Email: dsachs@brownrudnick.com

**BROWN RUDNICK LLP**
601 Thirteenth Street, N.W.
Suite 600
Washington, DC 20005
Telephone: (202) 536-1737
Facsimile: (202) 536-1701

*-and-*

JONATHAN D. WHITE, ESQ.
*Pro Hac Vice*
Email: jwhite@brownrudnick.com

**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 209-4903

Armonk, NY 10504
Telephone: (914) 749–8200

STEPHEN NEAL ZACK
Florida Bar No. 145215
Email: szack@bsfllp.com

TYLER ULRICH
Florida Bar No. 94705
Email: tulrich@bsfllp.com

**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400

*Case No.: 22-CV-22538-ALTMAN/REID*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was filed on May 24, 2024, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

By: **/s/ Christopher E. Knight**
Christopher E. Knight