UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CV-22538-ALTMAN/REID**

DOMINIK KARNAS, *et al.*,

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING THE JOINT MOTION
FOR LEAVE TO FILE *UPDATE ON* JOINT STATUS REPORT**

**THIS CAUSE** came before the Court upon the Plaintiffs' and Defendants Mark Cuban's and Dallas Basketball Limited d/b/a Dallas Mavericks' (the "Defendants") Joint Motion for Leave to File *Update On* Joint Status Report [ECF No. __] ("Joint Motion") and, the Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that:

1.    The Joint Motion [ECF No. ____] is hereby **GRANTED.**

2.    The Plaintiffs and Defendants are to file their *Update On* Joint Status Report, attached as "Exhibit A" to the Joint Motion, within two (2) business days from entry of this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this ____ day of _____ 2024.

                                        THE HONORABLE ROY K. ALTMAN
                                        United States District Judge

Copies furnished to all Counsel of Record via CM/ECF