UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 22-CV-22538-ALTMAN/Reid

Dominik Karnas, *et al.*, on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

Mark Cuban, *et al.*,

    Defendants.

_____/

### PLAINTIFFS' RESPONSE TO MAY 26, 2024 ORDER TO SHOW CAUSE

Pursuant to the Court's Order, [ECF No. 296], Plaintiffs state their Objections filed to Magistrate Judge Reid's Sealed Order should be denied as Moot. The main purpose of filing the Updated Joint Status Report was to inform the Court that the Parties, in accordance with guidance from the Court, were able to reach an amicable resolution to all pending discovery issues.

Dated: May 28, 2024                    Respectfully submitted,

| | |
|---|---|
| **By:** */s/ Adam M. Moskowitz* | **By:** */s/ David Boies* |
| Adam M. Moskowitz | David Boies |
| Florida Bar No. 984280 | (Admitted Pro Hac Vice) |
| Joseph M. Kaye | **BOIES SCHILLER FLEXNER LLP** |
| Florida Bar No. 117520 | 333 Main Street |
| Barbara C. Lewis | Armonk, NY 10504 |
| Florida Bar No. 118114 | Phone: (914) 749–8200 |
| **THE MOSKOWITZ LAW FIRM, PLLC** | dboies@bsfllp.com |
| Continental Plaza | |
| 3250 Mary Street, Suite 202 | Stephen Neal Zack |
| Miami, FL 33133 | Florida Bar No. 145215 |
| **Mailing Address:** | Tyler Ulrich |
| P.O. Box 653409 | Florida Bar No. 94705 |
| Miami, FL 33175 | **BOIES SCHILLER FLEXNER LLP** |
| Office: (305) 740-1423 | 100 SE 2nd St., Suite 2800 |
| adam@moskowitz-law.com | Miami, FL 33131 |
| joseph@moskowitz-law.com | Office: 305-539-8400 |
| barbara@moskowitz-law.com | szack@bsfllp.com |
| | tulrich@bsfllp.com |
| *Co-Counsel for Plaintiffs and the Class* | |
| | *Co-Counsel for Plaintiffs and the Class* |

1

Jose M. Ferrer
Florida Bar No. 173746
Desiree Fernandez
Florida Bar No. 119518
MARK MIGDAL HAYDEN LLP
8 SW 8th Street, Suite 1999
Miami, FL 33130
Office: 305-374-0440
jose@markmigdal.com
desiree@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on May 28, 2024, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ
Florida Bar No. 984280