**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cv-22538-ALTMAN/Reid**

**DOMINIK KARNAS**, *et al.*, *on behalf of*
*themselves and all other similarly situated,*

      *Plaintiffs,*

*v.*

**MARK CUBAN**, *et al.*,

      *Defendants.*

_____/

**ORDER**

    For the reasons stated on the record at the May 29, 2024, Motion Hearing, *see* Paperless Minute

Entry of Hearing [ECF No. 300], we hereby **ORDER and ADJUDGE** as follows:

1. The Plaintiffs' Motion for Preliminary Approval of First Tranche of Settlements [ECF No.

   279] is **DENIED as moot**.

2. The Plaintiffs shall file a Renewed Motion for Preliminary Approval of First Tranche of

   Settlements, along with an accompanying proposed order, by **June 3, 2024**.

    **DONE AND ORDERED** in the Southern District of Florida on May 29, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record