UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-22538-ALTMAN/REID

DOMINIK KARNAS, *et al.*, on behalf
of himself and others similarly situated,

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.
_____/

**PLAINTIFFS' RESPONSE TO DEFENDANTS MARK CUBAN'S AND DALLAS BASKETBALL LIMITED D/B/A DALLAS MAVERICKS' NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANTS' MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF
LEE REINERS [ECF NO. 306]**

Pursuant to S.D. Fla. Local Rule 7.8, Plaintiffs' respond to Defendants' Notice of Supplemental Authority [ECF No. 306] concerning a recent decision (the "Decision," attached as Ex. 1) entered by the Honorable Federico A. Moreno of the Southern District of Florida in *Harper v. O'Neal et al.*, 23- 21912-CIV-MORENO ("*Harper*"), ECF No. 92 (S.D. Fla. Aug. 16, 2024), as follows:

Defendants' reliance on Judge Moreno's order and their characterization of its relevance to this matter is misleading. Judge Moreno's ruling specifically addressed the propriety of attaching an expert report to a complaint, a procedural context fundamentally different from the current situation where the expert report by Professor Reiners is offered in support of a motion for class certification. The context in which the report is utilized is critical, as Juge Moreno's decision did not pertain to the admissibility or use of an expert report in support of a class certification motion.

Judge Moreno's ruling in *Harper* does not categorically exclude expert opinions on legal matters but instead concerns the appropriateness of including such a report as part of the initial pleading. Notably, the order struck portions of the report attached to the complaint that opined on whether certain assets were unregistered investment contracts, stating that "the only legal expert will

be the Court, with the assistance of the excellent attorney arguments on appropriate statutory, and case law," Order at 1. However, Judge Moreno did not strike the entire report, leaving open the possibility that portions related to governance or non-fungible tokens "may become relevant at later stages of the proceeding." This further underscores that the context in which the report is introduced is determinative of its admissibility and relevance.

In this case, the Reiners report is not being used as an attachment to a complaint but as a substantive piece of evidence in support of class certification, a context in which courts routinely rely on expert analysis to understand complex factual and legal issues. Defendants' attempt to extend Judge Moreno's reasoning to this entirely different procedural posture is therefore inapposite.

Thus, Plaintiffs respectfully submit the Court should reject Defendants' invitation to exclude Professor Reiners' report based on Judge Moreno's Order and instead analyze Professor Reiners' opinions, utilizing those that are helpful to aid in the Court's analysis.

Dated:  August 21, 2024

Respectfully submitted,

**By: /s/ Adam M. Moskowitz**
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
Barbara C. Lewis
barbara@moskowitz-law.com
Florida Bar No. 118114
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Telephone: (305) 740-1423

*Co-Counsel for Plaintiffs and the Class*

Jose M. Ferrer
Florida Bar No. 173746
Desiree Fernandez
Florida Bar No. 119518
MARK MIGDAL HAYDEN LLP
8 SW 8th Street, Suite 1999
Miami, FL 33130

**By: /s/ David Boies**
David Boies
(admitted *pro hac vice*)
Alexander Boies
(admitted *pro hac vice*)
Brooke Alexander
(admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com
aboies@bsfllp.com
balexander@bsfllp.com

Stephen Neal Zack
Florida Bar No. 145215
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
Fax: 305-539-1307
szack@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

CASE NO.: 22-cv-22538-ALTMAN/REID

Office: 305-374-0440
jose@markmigdal.com
desiree@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on August 21, 2024, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: /s/ *Adam M. Moskowitz*
ADAM M. MOSKOWITZ
Florida Bar No. 984280