UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-22538-ALTMAN/Reid

DOMINIK KARNAS, *et al.,* on behalf
of themselves and all others similarly
situated,

    *Plaintiffs*,

v.

MARK CUBAN, *et al.*,

    *Defendants*.
_____/

**PLAINTIFF'S MOTION FOR CERTAIN COUNSEL TO APPEAR AT OCTOBER 15, 2024 HEARING VIA ZOOM**

In accordance with the Court's directive, Plaintiffs respectfully seek leave for their out-of-town counsel to participate in the October 15, 2024 status conference via Zoom. Adam Moskowitz and Joseph M. Kaye of The Moskowitz Law Firm and Steve Zack of Boies Schiller Flexner LLP will attend the hearing in person. In the interests of efficiency and cost-effectiveness, Plaintiff respectfully requests that the Court grant leave for out-of-town counsel from Boies Schiller Flexner LLP listed below to attend via Zoom videoconference. Plaintiffs understand that the court has already provided Zoom information for observation of the hearing, and include that information below for ease of reference:

    Zoom Meeting ID: 160 7688 8099

    Passcode: 183310

**CONCLUSION**

**WHEREFORE**, Plaintiff respectfully requests the Court grant this motion allowing certain counsel to appear at the October 15, 2024 hearing via Zoom and enter an order with appropriate instructions in this regard.

1

Dated: October 14, 2024                                    Respectfully submitted,

By: /s/ *Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

David Boies
Alexander Boies
Brooke A. Alexander
Marc Ayala
**Boies Schiller Flexner LLP**
333 Main Street
Armonk, NY 10504
Tel:     (914) 749-8200
*dboies@bsfllp.com*
*aboies@bsfllp.com*
*balexander@bsfllp.com*
*mayala@bsfllp.com*

Stephen Neal Zack
Tyler Ulrich
**Boies Schiller Flexner LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
*szack@bsfllp.com*
*tulrich@bsfllp.com*

*Co-Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on October 14, 2024, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ
Florida Bar No. 984280