UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 22-CV-22538-ALTMAN/Reid

DOMINIK KARNAS, *et al.*, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.
_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
CERTAIN COUNSEL TO APPEAR AT
OCTOBER 15, 2024 HEARING VIA ZOOM**

THIS CAUSE came before the Court upon Plaintiff's Motion for Certain Counsel to Appear on October 15, 2024 Hearing via Zoom, [ECF No. __]. Having considered the documents submitted by the parties and the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**. The out-of-town counsel from Boies Schiller Flexner LLP may attend the hearing via Zoom videoconference at:

**Zoom Meeting ID: 160 7688 8099**
**Passcode: 183310**

**DONE AND ORDERED** in Chambers at Miami, Florida this ____ day of October 2024.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record

1