UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/Reid

**DOMINIK KARNAS**, *et al.*, *on behalf of themselves and all other similarly situated*,

    *Plaintiffs*,

v.

**MARK CUBAN**, *et al.*,

    *Defendants*.

_____/

## ORDER

For the reasons stated on the record at the October 15, 2024, Status Conference, *see* Paperless Minute Entry of Hearing [ECF No. 314], we hereby **ORDER and ADJUDGE** as follows:

1. The Defendants' Response to the Plaintiffs' Motion for Class Certification [ECF No. 265] and the Plaintiffs' Reply in Support of their Motion for Class Certification [ECF No. 276] are **STRICKEN**.

2. The Defendants shall file a Renewed Response to the Plaintiffs' Motion for Class Certification [ECF No. 231] by **October 31, 2024**. The Plaintiffs shall file their Reply by **November 15, 2024**.

3. This case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on October 16, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record