**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**Case No: 1:22-cv-22538 (Altman/Reid)**

**DOMINIK KARNAS**, *et al.,*

    Plaintiffs,

    v.

**MARK CUBAN**, *et al.*,

    Defendants.

_____/

### [PROPOSED] ORDER ON DEFENDANTS' UNOPPOSED MOTION TO VACATE ECF NO. 315 AND TO SET BRIEFING SCHEDULE FOR SUPPLEMENTAL BRIEFING ON CLASS CERTIFICATION

**THIS CAUSE** came before the Court upon Defendants' Unopposed Motion to Vacate ECF No. 315 and to Set Briefing Schedule for Supplemental Briefing on Class Certification [ECF No. 316], and the Court being fully apprised, it is **ORDERED AND ADJUDGED** that

1. The Court's Order of October 16, 2024, [ECF No. 315] is **VACATED** and Defendants' Response to Plaintiffs' Motion for Class Certification [ECF No. 265] and the Plaintiffs' Reply in Support of their Motion for Class Certification [ECF No. 276] are not stricken and remain on file.

2. The Defendants shall file a Supplemental Response to Plaintiffs' Motion for Class Certification [ECF No. 231] by **October 31, 2024**. The Plaintiffs shall file their Reply by **November 15, 2024**.

3. This case shall remain **CLOSED**.

Case No: 1:22-cv-22538 (Altman/Reid)

**DONE AND ORDERED** in Chambers in Miami, Florida, on this ____ day of October 2024.

                              THE HONORABLE ROY K. ALTMAN
                              United States District Judge

*Copies furnished to all Counsel/Parties of Record via CM/ECF.*