IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1:22-cv-22538 (ALTMAN/Reid)

DOMINIK KARNAS, *et al.,*

    Plaintiffs,

    v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

**ORDER ON DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL THE UNREDACTED VERSION OF DEFENDANTS' SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, THE SUPPORTING DECLARATION OF HARRIS LABEL, *AND* SUPPORTING EXHIBITS THERETO BECAUSE THEY CONTAIN REFERENCES TO CONFIDENTIAL INFORMATION**

**THIS CAUSE** came before the Court upon Defendants MARK CUBAN's and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS' Unopposed Motion for Leave to File Under Seal the Unredacted Version of Defendants' Supplemental Opposition to Plaintiffs' Motion for Class Certification, the Supporting Declaration of Harris Label, *and* Supporting Exhibits Thereto Because They Contain References to Confidential Information (the "Motion" and the "Supplemental Opposition") and the Court being otherwise fully informed of the premises, it is

**ORDERED AND ADJUDGED** that said Unopposed Motion is hereby GRANTED and the Defendants may file under seal the unredacted versions of Defendants' Supplemental Opposition, the supporting Declaration of Harris Label, *and* Supporting Exhibits thereto.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this _____ day of November 2024.

                                                          _____
                                                          THE HONORABLE ROY K. ALTMAN
                                                          District Court Judge

Copies furnished to all counsel/parties of record.