# EXHIBIT B

# FILED UNDER SEAL: DESIGNATED HIGHLY CONFIDENTIAL BY VOYAGER