EXHIBIT C



# CRYPTO FOR ALL

The easy way to buy, hold, and earn crypto every month.



**BUY WITH A SWIPE**



**EARN UP TO 12% ANNUAL AWARDS**



**DISCOVER MORE THAN 60 ASSETS**

FOLLOW US  @INVESTVOYAGER





### EXCLUSIVE 48-HR OFFER FOR MAVS FANS

# GET $100 IN CRYPTO

## USE CODE: MAVS100

**Limited-time offer!** 48-hour exclusive Dallas Mavericks offer expires 10/30/2021 at 11:59 PM CT.

## Get in the crypto game with an unprecedented $100 CRYPTO REWARD.

### HERE'S HOW IT WORKS:

**1** SCAN THE QR CODE AND DOWNLOAD VOYAGER

**2** CREATE AN ACCOUNT USING CODE MAVS100

**3** DEPOSIT $100 AND TRADE TO UNLOCK YOUR $100 REWARD*




Proud Partner of the Dallas Mavericks

**TRY.INVESTVOYAGER.COM/MAVS**
FOR TERMS AND DETAILS

*Must create a new Voyager account, deposit funds, and purchase at least $100 in crypto to qualify. Please allow up to 24 hours for the reward to be credited to your account. Offer expires 11:59 PM CT, 10/30/2021.