# EXHIBIT D

# $100 in Free Bitcoin: NBA Team Dallas Mavericks and Voyager Kick Off Partnership With BTC Bonus

The NBA team Dallas Mavericks has partnered with crypto platform Voyager and is offering its fans a $100 bonus in bitcoin to sign up and trade crypto on the partnered platform. "We're going to come up with new ways to introduce Mavs fans to cryptocurrency and help them understand it," said Mark Cuban, the owner of the Dallas Mavericks.



## Dallas Mavericks and Voyager Offer $100 Bitcoin Bonus

The NBA team Dallas Mavericks has partnered with cryptocurrency platform Voyager "to make crypto more accessible to all," the professional basketball team said Wednesday.

10/30/24, 10:50 AM $100 in Free Bitcoin: NBA Team Dallas Mavericks and Voyager Kick Off Partnership With BTC Bonus – Bitcoin News

Case 1:22-cv-22538-RKA Document 323-4 Entered on FLSD Docket 10/31/2024 Page 3 of 4

Announcing the partnership, Dallas Mavericks owner Mark Cuban said:

> *The Mavs have entered into a five-year international, integrated partnership with Voyager. They are our first international partner and our first crypto partner.*

"I think working together, we're going to be at the forefront of innovation," Cuban opined. "We're going to come up with new ways to introduce Mavs fans to cryptocurrency and help them understand it."

He continued: "There's a lot of hype, there's a lot of discussion, but most people don't understand the fundamentals behind it. We're going to try to bring that level of education to our fans and to our joint customers."

Voyager is listed on the Toronto Stock Exchange (TSX) and can be traded under the ticker symbol VOYG. Its stock is also available over the counter (OTC) through many U.S. brokerage firms. Voyager CEO Steve Ehrlich commented: "We're really excited and this is our first foray into a team sport."

To kick off the partnership, Voyager is offering a "crypto bonus," the company noted. Bobby Karalla, digital content manager for the Dallas Mavericks, tweeted Wednesday:

> *Fans who download the app, create an account with promo code MAVS100, deposit $100, and make one trade can receive $100 in free BTC for the next 48 hours.*

"This exclusive offer expires 10/30/2021 at 11:59 PM CT," Voyager clarified.

"Voyager and the Dallas Mavericks will work to make cryptocurrency more accessible through educational and community programs, global activations, and fan engagement promotions," the announcement details. "The partnership also includes naming rights to

10/30/24, 10:50 AM $100 in Free Bitcoin to NBA Team: Dallas Mavericks and Voyager Kick Off Partnership With BTC Bonus – News Bitcoin News

Case 1:22-cv-22538-RKA Document 323-4 Entered on FLSD Docket 10/31/2024 Page 4 of 4

the Mavs Gaming Hub, the official gaming and event venue for the Mavs NBA 2K League team."

*What do you think about the partnership between the Dallas Mavericks and Voyager? Let us know in the comments section below.*

TAGS IN THIS STORY

Dallas Mavericks, dallas mavericks bitcoin, dallas mavericks bitcoin bonus, dallas mavericks doge, dallas mavericks dogecoin, dallas mavericks shib, dallas mavericks shiba inu, voyager