# EXHIBIT E

10/30/24, 10:05 AM
(EXPIRED) $100 worth of Bitcoin from Voyager & Dallas Mavericks
Case 1:22-cv-22538-RKA   Document 324-1   Entered on FLSD Docket 10/31/2024   Page 2 of 5

# (EXPIRED) $100 worth of Bitcoin from Voyager & Dallas Mavericks

By Nick Reyes   -   October 30, 2021                                                                                                                                             15

| 1.3k Shares | f 617 | X 400 | F 252 | P |

**Sorry, this deal is no longer available.** Do you want to be alerted about new deals as they're published? Click here to subscribe to Frequent Miler's Instant Posts by email.

> Just a small update to note that some readers have already received their $100 in free Bitcoin and that Voyager is apparently not available for residents of New York State. That explains why I'm still on the waitlist…seems that's one upgrade that isn't going to clear.

As has been reported by numerous news outlets, if you the Voyager cryptocurrency app, in conjunction with the Dallas Mavericks, is offering $100 in free Bitcoin if you download the app and sign up for an account by 10/30/21 at 11:59pm Central Time, deposit $100, and make at least one $10 trade. I initially held off on writing about this because everyone was waitlisted, but an email from Voyager indicated today that as long as you get on the waitlist before the deadline they intend to honor the $100 offer. This looks like a pretty easy money new account bonus – I was happy to sign up for $200 in two-player mode.



## The Deal

- Cryptocurrency trading app **Voyager** is offering a bonus of **$100 in Bitcoin** when you download the Voyager app, create an account using the reward code **MAVS100**, deposit $100, and make a first trade of at least $10

- **Direct link to this promotion** (but note that you'll need to download the Voyager app in the Google Play store or Apple App store to create an account)

## Key Terms

- Must create your account by 10/30/21 at 11:59pm Central Time (I wouldn't count on the promo to run that long and wouldn't be surprised if it gets pulled early)

- Must use reward code **MAVS100**

- Must deposit $100 and make a first trade of at least $10

- Please allow up to 10 days for the reward to post to your account

- See promotion page for full terms

## Quick Thoughts

The deal here is very simple: you need to download the Voyager app and sign up for an account using Reward Code MAVS100. After downloading the app, I think the first step in account creation may have been verifying phone and email. I believe it was the second screen, where you enter your name, that there was a "Reward Code" space where you need to type MAVS100. Don't forget the code as I don't imagine they'll honor the offer without it.

After trying to enter my home address, I received a notification that said, "You're currently on a waitlist to open your account due to a surge in demand. We will contact you soon to activate your account." When I received that message earlier this afternoon, I decided not to post the deal because I was far from certain that they would clear the waitlist in time and pay out the offer.

However, a few hours later, Voyager sent the following email:

> *Hi there,*
>
> **Welcome to Voyager.**
>
> *We noticed you started the account creation process using code **MAVS100**.*
>
> *To handle the influx of new users, we've added a waitlist that we plan to lift shortly. Rest assured, once you complete your account creation, fund your account with $100 or more, and make your first trade,* **you will still receive your $100 CRYPTO REWARD regardless of the 48-hr offer expiration.**
>
> *Keep your eyes out for further updates and we're glad to have you on board.*
>
> *Team Voyager*

That's great news — it looks like they intend to make good on the offer as long as you get on the waitlist during the offer period. **I wouldn't recommend waiting on this if interested**. I wouldn't be surprised if it gets pulled early.

While there is obviously some risk here, it seems that Mark Cuban and the Dallas Mavericks have tied themselves up with Voyager, so I expect the platform won't collapse in short order. You do need to deposit $100 and make one trade of at least $10. I don't see any requirement to invest in a specific cryptocurrency, so it looks like you could buy $10 worth of USDC (a "stablecoin" pegged to the US Dollar that should maintain its value).

I typically avoid account bonuses worth less than $150 unless they involve very little effort and I can at least double up in two-player mode. With a single $100 deposit and single $10 trade required, this fit the bill for a super easy account bonus that should make me and my wife about two hundred bucks richer in the next ten days (of course Bitcoin is very volatile, so that $100 may be worth more or less than $100 very quickly). I don't see any restriction against selling the Bitcoin as soon as you get it and withdrawing, though I'll probably let it ride as Bitcoin. Bitcoin is up more than 360% over the past year as of the time of writing. It is hard to imagine that pace of growth being sustained over the coming year, but I'll play with the house's money and hope that the ride isn't over.