UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CV-22538-ALTMAN/Reid**

DOMINIK KARNAS, *et al*.,

        Plaintiffs,

v.

MARK CUBAN, *et al*.,

        Defendants.

_____/

**<u>DEFENDANTS' NOTICE OF FILING THE "DECLARATION OF HARRIS LABEL"
WITH REDACTED EXHIBITS IN SUPPORT OF DEFENDANTS MARK CUBAN'S
AND DALLAS BASKETBALL LIMITED'S SUPPLEMENTAL RESPONSE IN
OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY NATIONWIDE ISSUE
CLASSES, PURSUANT TO FEDERAL RULES 23(a), 23(b)(3), and 23(c)(4),
AND INCORPORATED MEMORANDUM OF LAW [ECF NO. 323]</u>**

Defendants MARK CUBAN and DALLAS BASKETBALL LIMITED d/b/a DALLAS
MAVERICKS hereby file the attached "Declaration of Harris Label" with Redacted Exhibits in
Support of Defendants' Supplemental Opposition to Plaintiffs' Motion to Certify Nationwide Issue
Classes, Pursuant to Federal Rules 23(a), 23(b)(3), and 23(c)(4), and Incorporated Memorandum
of Law [ECF No. 323].

Respectfully submitted,

*/s/ Christopher E. Knight*
CHRISTOPHER E. KNIGHT, ESQ.
Fla. Bar No. 607363
Email: cknight@fowler-white.com

ESTHER E. GALICIA, ESQ.
Fla. Bar No. 510459
Email: egalicia@fowler-white.com

ALEXANDRA L. TIFFORD, ESQ.
Fla. Bar No. 0178624
Email: atifford@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:      (305) 789-9201

*-and-*

PAUL C. HUCK, JR., ESQ.
Fla. Bar No. 0968358
Email: paul@lawsonhuckgonzalez.com

LAWSON HUCK GONZALEZ PLLC
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: (305) 441-2299
Telecopier: (305) 441-8849

*-and-*

STEPHEN A. BEST, ESQ.
*Pro Hac Vice*
Email:  sbest@brownrudnick.com

RACHEL O. WOLKINSON, ESQ.
*Pro Hac Vice*
Email:  rwolkinson@brownrudnick.com

2

DANIEL L. SACHS, ESQ.
*Pro Hac Vice*
Email: dsachs@brownrudnick.com

BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
Telephone (202) 536-1755


*-and-*

JONATHAN D. WHITE, ESQ.
*Pro Hac Vice*
Email: jwhite@brownrudnick.com

BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4903

*Attorneys for Defendants Mark Cuban
and Dallas Basketball Limited d/b/a
Dallas Mavericks*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via the Court's CM/ECF which will send notification of such filing to all attorneys of record.

/s/ Christopher E. Knight
CHRISTOPHER E. KNIGHT, ESQ.
Fla. Bar No. 607363
cknight@fowler-white.com