# LABEL DECLARATION
# EXHIBIT 1

# FILED UNDER SEAL: UNDERLYING DATA DESIGNATED HIGHLY CONFIDENTIAL BY VOYAGER