# LABEL DECLARATION
# EXHIBIT 3

# FILED UNDER SEAL: UNDERLYING DATA DESIGNATED HIGHLY CONFIDENTIAL BY VOYAGER