# LABEL DECLARATION
# EXHIBIT 6d

# FILED UNDER SEAL: UNDERLYING DATA DESIGNATED HIGHLY CONFIDENTIAL BY VOYAGER