**LABEL DECLARATION
EXHIBIT 6e**

**FILED UNDER SEAL:
UNDERLYING DATA DESIGNATED
HIGHLY CONFIDENTIAL BY
VOYAGER**