# LABEL DECLARATION
# EXHIBIT 6h

# FILED UNDER SEAL: UNDERLYING DATA DESIGNATED HIGHLY CONFIDENTIAL BY VOYAGER