# LABEL DECLARATION
# EXHIBIT 6i

# FILED UNDER SEAL:
# UNDERLYING DATA DESIGNATED
# HIGHLY CONFIDENTIAL BY
# VOYAGER