# LABEL DECLARATION
# EXHIBIT 6k

# FILED UNDER SEAL:
# UNDERLYING DATA DESIGNATED HIGHLY CONFIDENTIAL BY VOYAGER