**LABEL DECLARATION**
**EXHIBIT 6r**

**FILED UNDER SEAL:**
**UNDERLYING DATA DESIGNATED**
**HIGHLY CONFIDENTIAL BY**
**VOYAGER**