UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/Reid

**DOMINIK KARNAS**, *et al.*,

   *Plaintiffs*,

v.

**MARK CUBAN**, *et al.*,

   *Defendants*.

_____/

## ORDER

The Defendants have filed their Unopposed Motion for Leave to File Under Seal the Unredacted Version of Defendants' Supplemental Opposition to Plaintiffs' Motion for Class Certification, the Supporting Declaration of Harris Label, and Supporting Exhibits Thereto Because They Contain References to Confidential Information ("Unopposed Motion for Leave to File Under Seal") [ECF No. 322]. "The at-issue protected-as-Confidential information consists" of certain Voyager customer data derived from access to Voyager's "customer database, as well as data from Named Plaintiffs' user accounts." *Id.* at ¶¶ 3–4. After careful review, we find good cause to allow the Defendants to file these documents under seal. Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Defendants' Unopposed Motion for Leave to File Under Seal [ECF No. 322] is **GRANTED**.

2. By **November 26, 2024**, the Defendants shall file **UNDER SEAL** the unredacted versions of their Supplemental Opposition, the supporting Declaration of Harris Label, and Supporting Exhibits. Those filings shall remain sealed until further order of the Court.

3. The Defendants have already filed on the public docket partially redacted versions of these documents. So, those documents need not be refiled.

**DONE AND ORDERED** in the Southern District of Florida on November 12, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record