# Exhibit A

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CV-22538-ALTMAN/REID**

DOMINIK KARNAS, *et al.*,

        Plaintiffs,

v.

MARK CUBAN, *et al.*,

        Defendants.

_____/

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENT TO REPLY ON MOTION FOR CLASS CERTIFICATION [ECF NO.319] AND FOR LIMITED EXCEPTION TO STAY [ECF NO. 321]**

This cause came before the Court on the Plaintiffs' Partially Unopposed Motion for Extension of Time to File Supplement to Reply on Motion for Class Certification [ECF No. 319] and for Limited Exception to Stay [ECF No. 321] (ECF No. ___) ("Motion").

The Court has reviewed the Motion and hereby **ORDERS AND ADJUDGES** that:

1. Plaintiffs' Motion is GRANTED.

2. Plaintiffs shall file their Supplement to Reply on Motion for Class Certification on or before December 17, 2024.

3. The Court hereby lifts the stay to allow Plaintiffs to depose Defendants' class certification expert, Harris Label, before their response date.

DONE AND ORDERED in Miami, Florida this _____ day of November, 2024.

 

                                              _____
                                              HONORABLE ROY K. ALTMAN
                                              UNITED STATES JUDGE