IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1:22-cv-22538 (ALTMAN/Reid)

DOMINIK KARNAS, *et al.,*

    Plaintiffs,

v.

MARK CUBAN, *et al.*,

    Defendants.

_____/

**ORDER ON PLAINTIFFS'** ***UNOPPOSED*** **MOTION FOR LEAVE TO FILE UNDER SEAL THEIR REPLY TO DEFENDANTS' SUPPLEMENTAL OPPOSITION [ECF NO. 323] TO PLAINTIFFS' MOTION TO CERTIFY ISSUE CLASSES [ECF NO. 254]**

    **THIS CAUSE** came before the Court upon Plaintiffs' Unopposed Motion for Leave to File Under Seal the unredacted versions of their Reply to Defendants' Supplemental Opposition to Plaintiffs' Motion to Certify Issue Classes, the Deposition Transcript of Harris Label, *and* Supporting Exhibits Thereto Because They Contain References to Confidential Information (the "Motion" and the "Supplemental Reply") and the Court being otherwise fully informed of the premises, it is

    **ORDERED AND ADJUDGED** that said Unopposed Motion is hereby GRANTED and the Plaintiffs may file under seal the unredacted versions of Plaintiffs' Reply to Defendants' Supplemental Opposition, the Deposition Transcript of Harris Label, *and* Supporting Exhibits thereto.

    **DONE AND ORDERED** in Chambers in Miami, Florida, on this \_\_\_\_ day of December 2024.

                                                                THE HONORABLE ROY K. ALTMAN
                                                                 District Court Judge

Copies furnished to all counsel/parties of record.