UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22538-ALTMAN/Reid

**DOMINIK KARNAS**, *et al.*,

   *Plaintiffs*,

*v.*

**MARK CUBAN**, *et al.*,

   *Defendants.*
_____/

## ORDER GRANTING MOTION TO SEAL

The Plaintiffs filed an Unopposed Motion to File Under Seal (the "Unopposed Motion") [ECF No. 332]. After careful review, we find good cause to allow the Plaintiffs to file the unredacted versions of their Reply to the Defendants' Supplemental Opposition [ECF No. 323] to the Plaintiffs' Motion to Certify Class Issues [ECF No. 254], the Deposition Transcript of Harris Label, and Supporting Exhibits, under seal and hereby **ORDER and ADJUDGE** that the Unopposed Motion [ECF No. 332] is **GRANTED**. The Plaintiffs may file **UNDER SEAL** unredacted versions of their Reply to the Defendants' Supplemental Opposition [ECF No. 323] to the Plaintiffs' Motion to Certify Class Issues [ECF No. 254], the Deposition Transcript of Harris Label, and Supporting Exhibits. These filings shall remain **SEALED** until further order of the Court.

**DONE AND ORDERED** in the Southern District of Florida on December 19, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record